*16020*

1

```
              REPORTER'S RECORD

            VOLUME 14 OF 44 VOLUMES

        TRIAL COURT CAUSE NO. 07-CR-885-B

- - - - - - - - - - - - x
                          :
STATE OF TEXAS            :    IN THE DISTRICT COURT
                          :
VS                        :    138th JUDICIAL DISTRICT
                          :
MELISSA ELIZABETH LUCIO   :
                          :    CAMERON COUNTY, TEXAS
- - - - - - - - - - - - x


                 JURY EMPANELMENT


    On the 28th day of May, 2008, the following
proceedings came on to be heard in the above-entitled and
numbered cause before the Honorable Arturo C. Nelson,
Judge Presiding, held in Brownsville, Cameron County,
Texas.



    Proceedings reported by computerized stenotype
machine.
```

FILED IN
COURT OF CRIMINAL APPEALS

AUG 0 6 2009

Louise Pearson, Clerk

ORIGINAL

Adelaido Flores, Jr.
Certified Shorthand Reporter

2

1                        **A P P E A R A N C E S**

2       **APPEARING FOR THE STATE:**

3           HON. ALFREDO PADILLA, JR.
            State Bar No. 15404600
4           & HON. JOSEPH KRIPPEL
            State Bar No. 24007515
5           & HON. MARIA DE FORD
            State Bar No. 24043626
6           Assistants to the Criminal District Attorney
            Cameron County Courthouse
7           974 E. Harrison Street
            Brownsville, Texas  78520
8           Telephone:  (956) 544-0849
            Fax:  (956) 544-0869 Fax
9

10      **APPEARING FOR THE DEFENDANT:**

11          HON. PETE GILMAN
            State Bar No. 07952500
12          6933 N. Expressway
            Olmito, Texas  78575
13          Telephone:  (956) 350-6954
            Fax:  (956) 350-8056
14

15      **APPEARING FOR THE DEFENDANT:**

16          HON. ADOLFO E. CORDOVA, JR.
            State Bar No. 00787286
17          Law Office of Adolfo E. Cordova, Jr.
            711 North Sam Houston
18          San Benito, Texas  78586
            Telephone:  (956) 399-1299
19          Fax:  (956) 399-4484

20

21

22

23

24

25

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1                    VOLUME 14

 2          CHRONOLOGIAL INDEX - JURY EMPANELMENT

 3     5/28/09                              PAGE    VOL

 4

 5     Pledge of Allegiance                   3     14

 6

 7     Panel Sworn                            3     14

 8

 9     Court Covers Exemptions                5     14

10

11     Discuss./Mot. Limine                  11     14

12

13     Examination by the Court

14     NAME                DX   CX   RDX   RCX   VDX    VOL

15     Fernando Narjal                             12     14
       Ashley Garza                                13     14
16     Mari Cabriales                              15     14
       Jessica Dominguez                           15     14
17     Vallarie Dillon                             17     14
       Duane Mishler                               17     14
18     Francisco Rodriguez                         18     14
       Mari Saladero                               19     14
19     Donna Del Fonner                            21     14
       Ken Soles                                   23     14
20     Maria Longoria                              24     14
       Jaime Capetillo                             25     14
21     Jennifer Wroten                             27     14
       Janet Cortez                                29     14
22     Juanita Hernandez                           30     14
       Mari Cabriales                              31     14
23     Alicia Aguilar                              31     14
       Maria Sanchez                               33     14
24     Robert Tamayo                               34     14
       Justin Fisher                               36     14
25     David Guest                                 37     14
       Carolina Castillo                           38     14
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

| | | |
|---|---|---|
| Consuelo James | 39 | 14 |
| Maria Rodriguez | 40 | 14 |
| Aida Castillo | 41 | 14 |
| John Randolph | 43 | 14 |
| Jeffrey Gowen | 45 | 14 |
| Ernest Castillo | 46 | 14 |
| David Cavazos | 47 | 14 |
| Michelle Hariston | 48 | 14 |
| Evana Juarez | 49 | 14 |
| Eileen Anderson | 52 | 14 |
| | | |
| Objection/P. Juror Excused | 54 | 14 |
| | | |
| Rosa Rodriguez | 54 | 14 |
| Carlos Ramirez | 56 | 14 |
| Rosa Garcia | 58 | 14 |
| Veronica Rodriguez | 59 | 14 |
| Irma Velasquez | 61 | 14 |
| Liliana Chavez | 62 | 14 |
| Guadalupe Garza | 63 | 14 |
| Sally Smith | 65 | 14 |
| Victor Dias | 65 | 14 |
| Jennifer McNabb | 69 | 14 |
| Donald Wiles | 70 | 14 |
| Remo Saccani | 71 | 14 |
| Brenda De La Rosa | 73 | 14 |
| Norma Jimenez | 75 | 14 |
| Elvia Atkinson | 77 | 14 |
| Norma Gonzales | 80 | 14 |
| Santiago Robles | 81 | 14 |
| Maria Perez | 82 | 14 |
| Maria V. Perez | 82 | 14 |
| Sandra Gonzalez | 83 | 14 |
| Maria Moreno | 84 | 14 |
| Juan Cantu | 85 | 14 |
| Erica Garcia | 85 | 14 |
| Hector Rivera | 88 | 14 |
| Alberto Reyes | 89 | 14 |
| Norma Esquivel | 92 | 14 |
| Elsa Rodriguez | 94 | 14 |
| Alicia Aguilar | 96 | 14 |
| Deyanira Lopez | 97 | 14 |
| Eva Gutierrez | 98 | 14 |
| Maria Barrera | 99 | 14 |
| Blanca Gomez | 100 | 14 |
| Tomas Flores | 102 | 14 |
| Janet De La Fuente | 104 | 14 |
| Larry Neblett | 106 | 14 |
| Rosalinda Garcia | 107 | 14 |

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1            ALPHABETICAL WITNESS INDEX - JURY EMPANELMENT

 2     NAME                   DX   CX   RDX   RCX    VDX    VOL

 3     Aguilar, Alicia                               31    14
       Aguilar, Alicia                               96    14
 4     Alarcon, Patricia                            212    14
       Alvarado, Elva                               108    14
 5     Anderson, Eileen                              52    14
       Anzaldua, Jenny                              227    14
 6     Arredondo, Guadalupe                         207    14
       Athey, Virginia                              198    14
 7     Atkinson, Elvia                               77    14
       Atkinson, Maria                              321    14
 8     Atkinson, Martha                             374    14
       Baca, Doris                                  127    14
 9     Barbosa, Maria                               165    14
       Barrera, Maria                                99    14
10     Beauchemin, Denise                           171    14
       Berlanga, Ruby                               195    14
11     Bressler, Joseph                             191    14
       Brown, Livia                                 160    14
12     Brown, Robert                                164    14
       Cabriales, Mari                               15    14
13     Cabriales, Mari                               31    14
       Cadena, Pedro                                344    14
14     Cadena, Roland                               199    14
       Campbell, Antonia                            234    14
15     Campos, Bertha                               189    14
       Campos, Juan                                 157    14
16     Canales, Debra                               291    14
       Cantu, Juan                                   85    14
17     Cantu, Maria T.                              236    14
       Cantu, Reynaldo                              114    14
18     Cantu, Reynaldo                              307    14
       Capetillo, Jaime                              25    14
19     Captetillo, Jaime                            240    14
       Cardenas, Lucia                              337    14
20     Casanova, Iris                               140    14
       Castillo, Aida                                41    14
21     Castillo, Carolina                            38    14
       Castillo, Ernest                              46    14
22     Cavazos, David                                47    14
       Cestero, Anibel                              304    14
23     Chapa, Roberto                               145    14
       Chapman, Paul                                371    14
24     Chavez, Liliana                               62    14
       Colunga, Julio                               372    14
25     Contreras, Delia                             277    14
       Corker, Irma                                 254    14
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

| | | | |
|---|---|---|---|
| 1 | Cortez, Janet | 29 | 14 |
| | Crosby, Kevin | 215 | 14 |
| 2 | Cruz, Cynthia | 111 | 14 |
| | Cruz, Cynthia | 338 | 14 |
| 3 | Cruz, Erminio | 305 | 14 |
| | Cruz, Manuel | 166 | 14 |
| 4 | Cruz, Maria | 262 | 14 |
| | Cruz, Maria | 310 | 14 |
| 5 | Cruz, Rosa | 273 | 14 |
| | De La Cruz, Rosa | 183 | 14 |
| 6 | De La Fuente, Janet | 104 | 14 |
| | De Leon, Jenny | 170 | 14 |
| 7 | Degorostiza, Marino | 346 | 14 |
| | Del Fonner, Donna | 21 | 14 |
| 8 | Dias, Victor | 65 | 14 |
| | Diaz, Gilberto | 183 | 14 |
| 9 | Diaz, Rozanne | 221 | 14 |
| | Dillon, Vallarie | 17 | 14 |
| 10 | Dominguez, Jessica | 15 | 14 |
| | Duncan, Roy | 340 | 14 |
| 11 | Elliff, William | 224 | 14 |
| | Esquivel, Norma | 92 | 14 |
| 12 | Estrada, Eric | 200 | 14 |
| | Fiscal, Jose | 331 | 14 |
| 13 | Fisher, Justin | 36 | 14 |
| | Flores, Elvia | 192 | 14 |
| 14 | Flores, Manuel | 370 | 14 |
| | Flores, Tomas | 102 | 14 |
| 15 | Galvan, Johnny | 361 | 14 |
| | Gamez, Adolfo | 353 | 14 |
| 16 | Gamez, Aida | 112 | 14 |
| | Garcia, Agapita | 116 | 14 |
| 17 | Garcia, Aida | 230 | 14 |
| | Garcia, Christina | 178 | 14 |
| 18 | Garcia, Erica | 85 | 14 |
| | Garcia, Guadalupe | 156 | 14 |
| 19 | Garcia, Juan | 373 | 14 |
| | Garcia, Reymundo | 313 | 14 |
| 20 | Garcia, Rosa | 58 | 14 |
| | Garcia, Rosalinda | 107 | 14 |
| 21 | Garza, Ashley | 13 | 14 |
| | Garza, Guadalupe | 63 | 14 |
| 22 | Garza, Michelle | 168 | 14 |
| | Gomez, Adolfo | 121 | 14 |
| 23 | Gomez, Blanca | 100 | 14 |
| | Gomez, Blanca | 308 | 14 |
| 24 | Gomez, Jaime | 330 | 14 |
| | Gonzales, Norma | 80 | 14 |
| 25 | Gonzalez, Agustin | 182 | 14 |
| | Gonzalez, Arturo | 264 | 14 |

| # | Name | | |
|---|------|---|---|
| 1 | Gonzalez, Sandra | 83 | 14 |
|   | Goodrich, Zachary | 216 | 14 |
| 2 | Gowen, Jeffrey | 45 | 14 |
|   | Gracia, Noe | 141 | 14 |
| 3 | Gracia, Noe | 352 | 14 |
|   | Guajardo, Tomas | 169 | 14 |
| 4 | Guerrero, Jose | 363 | 14 |
|   | Guest, David | 37 | 14 |
| 5 | Gutierrez, Eva | 98 | 14 |
|   | Haecke, Brandon | 151 | 14 |
| 6 | Haecke, Brandon | 326 | 14 |
|   | Haeke, Brandon | 269 | 14 |
| 7 | Hariston, Michelle | 48 | 14 |
|   | Hernandez, Juanita | 30 | 14 |
| 8 | Hernandez, Selena | 333 | 14 |
|   | Hinojosa, Deanna | 128 | 14 |
| 9 | Hinojosa, Maria | 123 | 14 |
|   | Hinojosa, Raquel | 137 | 14 |
| 10 | Hinojosa, Raquel | 356 | 14 |
|   | Hinojosa, Roberto | 327 | 14 |
| 11 | Hinojosa, Roberto | 341 | 14 |
|   | Hinojosa, Rosa | 329 | 14 |
| 12 | Hoke, John | 219 | 14 |
|   | Hollingsworth, Henry | 211 | 14 |
| 13 | Hubbard, Blake | 316 | 14 |
|   | Hubbard, Michelle | 159 | 14 |
| 14 | Hubbard, Michelle | 162 | 14 |
|   | Huff, Rodney | 235 | 14 |
| 15 | Ibarra, Ricardo | 154 | 14 |
|   | Iracheta, Sara | 133 | 14 |
| 16 | Izeta, Deborah | 193 | 14 |
|   | Jalomo, Jesus | 362 | 14 |
| 17 | James, Consuelo | 39 | 14 |
|   | Jimenez, Norma | 75 | 14 |
| 18 | Juarez, Evana | 49 | 14 |
|   | Judd, Mark | 222 | 14 |
| 19 | Leal, Michael | 131 | 14 |
|   | Leal, Rosita | 296 | 14 |
| 20 | Ledesma, Edith | 179 | 14 |
|   | Leija, Miriam | 173 | 14 |
| 21 | Leija, Miriam | 357 | 14 |
|   | Limon, Reynaldo | 134 | 14 |
| 22 | Limon, Reynaldo | 266 | 14 |
|   | Longoria, Maria | 24 | 14 |
| 23 | Lopez, Deyanira | 97 | 14 |
|   | Lopez, Erica | 225 | 14 |
| 24 | Lounsbery, Peter | 300 | 14 |
|   | Luaces, Madeline | 180 | 14 |
| 25 | Lucio, Gerardo | 175 | 14 |
|   | Maldonado, Gabriela | 144 | 14 |

Adelaido Flores, Jr.
Certified Shorthand Reporter

| | | | |
|---|---|---|---|
| 1 | Martinez, Maria | 314 | 14 |
| | Martinez, Rolando | 358 | 14 |
| 2 | Martinez, Veronica | 203 | 14 |
| | Martinez, Victoria | 206 | 14 |
| 3 | Matthews, Gil | 125 | 14 |
| | Matz, Marlo] | 348 | 14 |
| 4 | Mayfield | 202 | 14 |
| | McNabb, Jennifer | 69 | 14 |
| 5 | Medina, Maria | 136 | 14 |
| | Mishler, Duane | 17 | 14 |
| 6 | Moreno, Maria | 84 | 14 |
| | Morgan, Roberta | 188 | 14 |
| 7 | Narjal Fernando | 12 | 14 |
| | Neblett, Larry | 106 | 14 |
| 8 | Neblett, Larry | 355 | 14 |
| | Nichols, Diane | 130 | 14 |
| 9 | Olvera, Victor | 335 | 14 |
| | Ortiz, Alejandria | 311 | 14 |
| 10 | Perez, Maria | 82 | 14 |
| | Perez, Maria V. | 82 | 14 |
| 11 | Perez, Samantha | 135 | 14 |
| | Petraitis, Carmela | 232 | 14 |
| 12 | Ramirez, Carlos | 56 | 14 |
| | Ramirez, Maria E. | 197 | 14 |
| 13 | Ramirez, Nancy | 324 | 14 |
| | Ramirez, Olga | 295 | 14 |
| 14 | Randolph, John | 43 | 14 |
| | Randolph, John | 343 | 14 |
| 15 | Reyes, Alberto | 89 | 14 |
| | Reyes, Alberto | 334 | 14 |
| 16 | Reyes, Jose | 332 | 14 |
| | Reyes, Rebecca | 109 | 14 |
| 17 | Reyna, Leticia | 201 | 14 |
| | Rios, Lisa | 285 | 14 |
| 18 | Rivera, Hector | 88 | 14 |
| | Robinson, Rogenna | 325 | 14 |
| 19 | Robles, Jesus | 139 | 14 |
| | Robles, Santiago | 81 | 14 |
| 20 | Rodriguez, Blanca | 115 | 14 |
| | Rodriguez, Carlos | 172 | 14 |
| 21 | Rodriguez, Diane | 184 | 14 |
| | Rodriguez, Elsa | 94 | 14 |
| 22 | Rodriguez, Francisco | 18 | 14 |
| | Rodriguez, Maria | 40 | 14 |
| 23 | Rodriguez, Norma | 231 | 14 |
| | Rodriguez, Rosa | 54 | 14 |
| 24 | Rodriguez, Sandra | 256 | 14 |
| | Rodriguez, Veronica | 59 | 14 |
| 25 | Rosa, Brenda De La | 73 | 14 |
| | Rosales, Laura | 293 | 14 |

| | | |
|---|---|---|
| 1 | Rosales, Nora | 153 | 14 |
| | Ruiz, Yurytzy | 120 | 14 |
| 2 | Ruiz, Yurytzy | 349 | 14 |
| | Saavedra, Ana | 209 | 14 |
| 3 | Saavedra, Mario | 368 | 14 |
| | Saccani, Remo | 71 | 14 |
| 4 | Saladero, Mari | 19 | 14 |
| | Salazar, Dominga | 204 | 14 |
| 5 | Saldana, Debra | 187 | 14 |
| | Salinas, Nancy | 226 | 14 |
| 6 | Sanchez, Leslie | 365 | 14 |
| | Sanchez, Maria | 33 | 14 |
| 7 | Sanchez, Reynaldo | 217 | 14 |
| | Sanchez, Reynaldo | 318 | 14 |
| 8 | Schiff, Julia | 132 | 14 |
| | Schiff, Julia | 350 | 14 |
| 9 | Sierra, Elizabeth | 143 | 14 |
| | Silva, Carmen | 194 | 14 |
| 10 | Silva, Roxanne | 168 | 14 |
| | Singlaterry | 117 | 14 |
| 11 | Smith, Sally | 65 | 14 |
| | Smith, Susan | 170 | 14 |
| 12 | Smith-Lingo, Susan | 369 | 14 |
| | Soles, Ken | 23 | 14 |
| 13 | Solis, Laura | 119 | 14 |
| | Sorrels, Patricia | 315 | 14 |
| 14 | Spearman, Janett | 323 | 14 |
| | Spearman, Jannett | 164 | 14 |
| 15 | Stanage, Dane | 150 | 14 |
| | Tamayo, Robert | 34 | 14 |
| 16 | Tetreau, Jessica | 210 | 14 |
| | Todd, John | 229 | 14 |
| 17 | Todd, John | 366 | 14 |
| | Torres, Maria | 162 | 14 |
| 18 | Torres, Vicente | 146 | 14 |
| | Torres, Yolanda | 280 | 14 |
| 19 | Vargas, Cynthia | 281 | 14 |
| | Velasquez, Irma | 61 | 14 |
| 20 | Velasquez, Manuel | 322 | 14 |
| | Villalon, Daniel | 287 | 14 |
| 21 | Villalon, Daniel | 339 | 14 |
| | Whittemore, Maria | 186 | 14 |
| 22 | Wiles, Donald | 70 | 14 |
| | Wroten, Jennifer | 27 | 14 |
| 23 | Wuensche, Charles | 208 | 14 |
| | Zamora, Jessica | 112 | 14 |
| 24 | Zamora, Jessica | 152 | 14 |
| 25 | | | |

3

```
 1              (Defendant present)
 2                P R O C E E D I N G S
 3    Time:   9:00 a.m.
 4                THE COURT:   Thank you very much.   Would you
 5    join me in the pledge of allegiance.
 6                THE COURT:   Also, before sitting down.
 7    Would all of you raise your right hand.
 8                "Do you, and each of you, solemnly swear
 9    and affirm that you will true answers give to all
10    questions propounded to you concerning your qualifications
11    as a juror, so help you God?"
12                PANEL MEMBERS:   "I do."
13                THE COURT:   Now please be seated.   Good
14    morning, ladies and gentlemen.   My name is Arturo Cisneros
15    Nelson, and I'm the judge of the 138th District Court.   I
16    want to welcome you to jury service.   I want to thank you
17    for your cooperation in performing this important for
18    civil duty with us today.   We'll try to do everything we
19    can to make this -- can you all hear me?
20                PANEL MEMBERS:   No.
21                THE COURT:   Let met start all over again.
22    Good morning.
23                PANEL MEMBERS:   Good morning.
24                THE COURT:   My name is Judge Arturo
25    Cisneros Nelson.   I'm the judge of the 138th District
```

4

1   Court and I want to welcome you to jury service.  I want

2   to thank you for your cooperation in performing this

3   important civic duty.  I want to assure you that we are

4   going to try to do everything we can to make this as

5   rewarding, and as quick an experience as possible under

6   the circumstances.

7            You are called as a special jury venire

8   panel.  We do not have two weeks to serve.  You are only

9   going to be considered for one case.  I want you to know

10  that if you are not selected today, or later on during the

11  following weeks, your service has not been wasted.  In a

12  free society -- and we're very lucky and blessed that we

13  live in a free society -- the government asks you as a

14  citizens to participate on two occasions only.  One is

15  when you vote.  And the other is when you serve on a jury.

16           We all want to be tried by a jury of our

17  peers.  So we have to be willing to serve on a jury of our

18  peers.  And if that's what keeps a free society free, and

19  it's extremely important.  In our system of law we have to

20  have more jury panel that we actually use.  And we can't

21  accomplish this without your participation.

22           Basically you are here on a special jury

23  venire panel, that is on a capital murder case, and where

24  the State is seeking the death penalty.  Before you are

25  even going to be considered you have to understand certain

1  qualifications and exemptions.  First of all, you must be

2  at least 18 years of age to serve on a jury.

3  You must be a citizen of the State of Texas

4  and of this country.

5  And you must be qualified under the

6  Constitution and the laws to vote in this country.

7  You must be of sound mind and of good moral

8  character.

9  You must be able to read and write.

10  You must not have served on a jury for six

11  days in the preceding three months in the county court, or

12  during the preceding six months in the district court.

13  You must not have been convicted of a

14  misdemeanor theft, or a felony.

15  You must not be under indictment or other

16  legal accusation, theft or a felony.  You must not have

17  served on the Grand Jury that handed down the indictment

18  in this particular case.

19  This case involves the defendant -- and

20  she's sitting right there -- who is Melissa Elizabeth

21  Lucio.  So if you've served on the Grand Jury that handed

22  down the indictment, you can't serve on this jury.

23  In addition to these qualifications, there

24  are certain exemptions that you can go ahead and claim if

25  you choose to.  If you don't want to claim your exemption,

6

1   we'll be glad to have you serve.  But if you want to claim

2   the exemption, you can.  Anybody over the age of 70, if

3   you are over 70 years of age, then you can go ahead and

4   claim the exemption.

5              All persons who have legal custody of a

6   child under the age of ten, if jury service would

7   necessitate leaving the child without adequate

8   supervision.  I think we're going to have that.

9              All persons who are enrolled, and are in

10  actual attendance at college, or at an institution of

11  higher education.

12             All people who are employees of the Senate,

13  the House of Representatives, or any department

14  commissioned, board, office, or other agency, in the

15  legislative branch of the state government.

16             Any person who is the primary care taker of

17  a person who is invalid and unable to take care of

18  themselves?

19             Any person who is a member of the United

20  States Military Forces, serving on active duty, and

21  deployed to a location outside of a person's home stat  n

22  and out of the person's county of residence.  If you're

23  under Armed Forces, and you are deployed away from Cameron

24  County, and you are here on leave, you do not have to

25  serve.  You may claim the exemption, if you wish.

1           Finally, some of you may have business or

2    travel plans, or sickness in the family, economic

3    hardships that makes service inconvenient for you.

4           The law does not allow me to go ahead and

5    excuse you for these reasons.  State law allows me to go

6    ahead and reschedule you.  But this is not a regular

7    venire panel.  The laws are a little bit stricter with

8    capital murder cases.  So inconvenient travel plans,

9    things of that sort are not something I can reschedule you

10   for on this case.

11          And, you know, it may be possible that we

12   can work something out.  But, frankly, it is going to take

13   hearing each of the exemptions, excuses or qualifications

14   issues separately.  And we are going to have to make a

15   record of each and every one of them.

16          This is a case where we are going to ask

17   you, first of all, we are going to deal with the

18   qualifications and exemptions.  And those of you who have

19   that and have already spoken to these lovely ladies in

20   front, I will go ahead and call you up each time, where we

21   have to make a record of each and every one of them.

22          I am going to excuse the rest of you,

23   probably, until, my guess, this going to take at least an

24   hour and a half.  Probably until 10:30.  Then I am going

25   to ask everybody to come back at 10:30 while we deal with

8

1    all of these issues on excuses and exemptions.  It's

2    important that everybody here have their jury badge

3    scanned.  Make sure that your jury badge has been scanned.

4    It's important that the questionnaires that you were asked

5    to fill out by the district clerk's office, by Mrs.  De La

6    Garza's office be submitted.  And, of course, they've also

7    asked you to consider donating your jury service, if you

8    wish to, and they have a questionnaire as to whether you

9    can elect to, or not to.  That's your choice.  But also

10   make sure that that's filled out.  This is a case that

11   would probably take -- by our best guesstimates, by

12   talking to the State and the defense, four to six weeks to

13   try in total.  We will go ahead and set appointments for

14   each and every one of you, because we're going to call you

15   back to come in and do what we call individual voir dire.

16   We're going to have a general voir dire this afternoon.

17   We're going to have individual voir dire later.  But

18   you're going to have wait around for those.  We're going

19   to go ahead and give you cards with appointments.  So you

20   all can go about your business until your appointment

21   comes up.  So if you're not going -- we are going to try

22   to inconvenience you as little as we can under the

23   circumstances while we get the jury and why we get ready

24   to try this case.

25                  Those of you who have an exemption, who

1    have an issue with regard to one of the qualifications and

2    you want to come up talk to me, talk to these ladies

3    first.  They will provide the form.  They will give it to

4    me, I will call your name up and take it up one at a time.

5              The rest of you can come back at 10:30.  Go

6    ahead, get a cup of coffee, stretch your legs, read your

7    book.  Do whatever you'd like.  But come back at 10:30.

8    Make sure that your badges are scanned.  Please.  Make

9    sure that your questionnaire has been sent in.

10             PANEL MEMBER:  Sir.  Can we stay here?

11             THE COURT:  You can stay here, if you wish.

12   Yes, ma'am?  The rest of you who do not wish to claim an

13   exemption or have a question on qualifications, you are

14   excused until 10:30.  Return at 10:30, please.  If you

15   have an issue with regard to qualifications or an

16   exemption, form a line.  On the right, form a line.  All

17   of those who have already presented their excuses, just

18   stay sitting down, and I'll call your name one at a time.

19             Those who have not talked to Mrs. De La

20   Garza's office -- those who have not talked -- form a line

21   on the right.  Those who have talked to them, just stay

22   sitting down until I call your name.  The rest of you are

23   excused until 10:30.

24             This is the door to come out if you want.

25   The back door, and the side door.

Adelaido Flores, Jr.
Certified Shorthand Reporter

1           Again, if you've got an issue on an

2    exemption, or qualification, stay seated until I call your

3    name.  If you've not spoken to Mrs. De La Garza's office,

4    form a line on the right and come up one at a time.

5           Mr. Gilman?  Mr. Padilla?  I'm going to

6    start calling the names and I'm going to go through the

7    individual excuses.  We need to make a record.  So I need

8    Al to be able to hear it, and I need y'all to be able to

9    hear it.

10          MR. PADILLA:  Can I stand here, Judge,

11   while the court addresses the jury?

12          THE COURT:  My sense is to stand there.

13   I'm trying to figure it out.

14          MR. PADILLA:  That's the best way to do it,

15   Your Honor.

16          THE COURT:  My sense is to have them stand

17   there.  Any questions regarding the questionnaire?

18          MR. KRIPPEL:  The questionnaire, are we

19   going to hand out?

20          THE COURT:  We're going to hand it out

21   later.

22          MR. KRIPPEL:  Yeah.  Where is it?

23          THE COURT:  Raul Martinez has it.

24          MR. KRIPPEL:  Okay.  I just want to double

25   check it.

```
 1              THE COURT:  Raul Martinez has already got
 2    it.  It's already been corrected, and it's done.  Okay.
 3    It's done -- and it's too late.
 4              THE COORDINATOR:  That's what I'm asking.
 5    I am trying to figure out.
 6              THE COURT:  Nobody gave me the corrections
 7    a week ago.
 8              MR. PADILLA:  No, we had no problem, other
 9    than change the names and the style.  That's all we talked
10    about, Judge.
11              THE COURT:  Don't come up at the last
12    minute that we have don't anything on it.
13              MR. PADILLA:  No, no, no, no.  We're not.
14              MR. GILMAN:  All motions were filed on my
15    behalf.  I filed a motion in limine.  I have given a copy
16    to the State.  They have given me bad acts on my client --
17    dirty house -- and stuff like that.  I don't think they're
18    going to bring it up.
19              THE COURT:  They're not going to voir dire
20    here.  We'll take those up before we start the individual
21    voir dire.
22              MR. PADILLA:  I'd like to do that.  We also
23    filed an election for probation, which I don't think under
24    the statute they are allowed.
25              MR. GILMAN:  But if we get out of the
```

12

```
 1    capital, I'm certainly entitled to it.  If I get into

 2    criminally negligent homicide, I'm entitled to it.  Keep

 3    your sense of humor, Al.

 4              MR. PADILLA:  That'll be fine.  I don't

 5    think you're entitled to it.  We'll let the learned judge

 6    consider that.

 7              THE COURT:  I got to get through these,

 8    okay.  Well, let me start.

 9

10                   FERNANDO NARJAL, JR.,

11     having been called as a prospective juror and, upon

12     his oath, was examined and testified as follows:

13                   VOIR DIRE EXAMINATION

14    BY THE COURT:

15              (Discussion off the record at the bench.)

16              THE COURT:  Hi, sir.  You just had surgery?

17              PROSPECTIVE JUROR:  I had it last Friday.

18              THE COURT:  What was your surgery?

19              PROSPECTIVE JUROR:  It's a fistula.  It is

20    about four centimeters to five centimeters deep, and it's

21    about maybe 8 centimeters wide between my rectum and my

22    scrotum.  And it's open, and they have to dress it twice a

23    day -- take it out and bring it back in.

24              THE COURT:  And it would be painful?

25              PROSPECTIVE JUROR:  It would be very
```

13

```
1    painful.
2                    THE COURT:  I'm going to excuse him.  Any
3    objections?
4                    MR. GILMAN:  No objections.
5                    MR. PADILLA:  No objections from the State.
6                    THE COURT:  You are excused.  Good luck.
7    God bless.
8                    DEPUTY CLERK:  What number was that?
9                    THE COURT:  I don't know, dear.  You want
10   to check that?
11                       ASHLEY MARIE GARZA,
12    having been called as a prospective juror and, upon
13    her oath, was examined and testified as follows:
14                       VOIR DIRE EXAMINATION
15   BY THE COURT:
16                    THE COURT:  What was your number?  I'm
17   sorry.
18                    PROSPECTIVE JUROR:  (lady with crying baby)
19   I'm sorry, Judge.
20                    THE COURT:  No.  I understand.  Your name,
21   ma'am?
22                    PROSPECTIVE JUROR:  Ashley Mari Garza.
23                    THE COURT:  Ashley Mari Garza.  I am trying
24   to look it up.  You are claiming an excuse, ma'am?
25                    PROSPECTIVE JUROR:  Yes.  I couldn't find a
```

14

```
1   sitter.
2                   THE COURT:   And you're the only one that
3   takes care of the child?
4                   PROSPECTIVE JUROR:   Yes, sir.
5                   THE COURT:   Any objections?
6                   MR. GILMAN:   No objections.
7                   MR. PADILLA:   No objections.
8                   THE COURT:   You are excused, ma'am.   Good
9   luck, God bless.
10                  THE REPORTER:   Juror Number?
11                  THE COURT:   Yes, I am looking at it, as I'm
12  talking to her.
13                  Ashley Mari Garza.
14                  MR. PADILLA:   Ashley Mari Garza.
15                  THE COURT:   Juror Number 739372.   You may
16  leave, ma'am.   Thank you very much.
17                  (Excused at 9:29 a.m.)
18                  THE COURT:   All right.   Form a line over
19  there, ma'am.
20                  PROSPECTIVE JUROR:   Sir, I don't feel good.
21                  THE COURT:   What's your name?
22
23
24
25
```

```
 1                    MARI CABRIALES,

 2     having been called as a prospective juror and, upon

 3     her oath, was examined and testified as follows:

 4                   VOIR DIRE EXAMINATION

 5   BY THE COURT:

 6             PROSPECTIVE JUROR:  Mari Cabriales.

 7             THE REPORTER:  I can't hear you.

 8             PROSPECTIVE JUROR:  Oh, I'm sorry.  Mari

 9   Cabriales.

10             THE COURT:  Please sit down, and I'll call

11   you in a minute.  Do me a favor and look for Mari

12   Cabriales.

13             DEPUTY CLERK:  Sure.

14             (Excused at 9:32 a.m.)

15              JESSICA C. DOMINGUEZ,

16     having been called as a prospective juror and, upon

17     her oath, was examined and testified as follows:

18                   VOIR DIRE EXAMINATION

19   BY THE COURT:

20             THE COURT:  Let me just take one from the

21   top.  Jessica Castellano Dominguez?  Are you Jessica

22   Castellano Dominguez?

23             PROSPECTIVE JUROR:  Yes.

24             THE COURT:  You are not an American

25   citizen?
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

 1              PROSPECTIVE JUROR:  No, sir. I am not.
 2              THE COURT:  You are excused.  Thank you.
 3    Any objections?  I'm assuming there is no objections.
 4              MR. PADILLA:  No objections from the State.
 5              THE COURT:  And that's Juror No. 200825.
 6    Thank you, ma'am.
 7              **(Excused at 9:33 a.m..)**
 8              THE COURT:  Eriselda Arreola?  Get her name
 9    please.
10              PROSPECTIVE JUROR:  I have a five year old
11    boy that I need to go pick him up at school every day.
12              THE COURT:  Can anybody else pick him up?
13              PROSPECTIVE JUROR:  No.  Because when he
14    goes to the bus, he is going to be staying alone in the
15    house because I go to work and I get out at 2:00 so I can
16    be there at home.
17              THE COURT:  All right.  I'm going to go
18    ahead and reschedule you, but next time make proper
19    arrangements please.  Any objections?
20              MR. GILMAN:  No, sir.
21              MR. PADILLA:  No objections, Your Honor.
22              THE COURT:  Juror 825935.
23              Vallarrie Dillon, please step forward?  The
24    other lady's name is Mari Cabriela.  Cabriela, I think.
25

1                    VALLARIE DILLON,

2      having been called as a prospective juror and, upon

3                  VOIR DIRE EXAMINATION

4    BY THE COURT:

5                    Yes, ma'am?  You may leave.  You can't sit

6    down for a long period of time?

7                    PROSPECTIVE JUROR:  No, sir.  And I'm not

8    even driving yet.  I just had a total knee put in.

9                    THE COURT:  I understand.  It's going to be

10   painful for awhile.

11                   PROSPECTIVE JUROR:  You betcha!

12                   THE COURT:  It's granted.  Good luck.  Any

13   objections, gentlemen?

14                   MR. GILMAN:  No objections, Your Honor.

15                   THE COURT:  That's Vallarie Dillon.

16   Juror 258832.  Did you get that?

17                   THE REPORTER:  Yes.

18                   (Excused at 9:34 a.m..)

19                 DUANE PALMER MISHLER,

20      having been called as a prospective juror and, upon

21      his oath, was examined and testified as follows:

22                  VOIR DIRE EXAMINATION

23   BY THE COURT:

24                   THE COURT:  Duane Palmer Mishler?

25                   The lady that was here was Mari Cabriela,

Adelaido Flores, Jr.
Certified Shorthand Reporter

18

```
1     or something like that.  The lady with the intestinal flu.
2     We had her sit back down, but I was looking for her.
3                    Duane Palmer Mishler?  He is over 70 years
4     old.  Is there any objections?
5                    MR. GILMAN:  No objections.
6                    THE COURT:  Juror No. 797828.  He's over 70
7     years.  If you're over 70, sir, you don't have to serve if
8     you don't want to.
9                    PANEL MEMBER:  I put that in but they
10    called me and said I had to show up any way.
11                   THE COURT:  Well, we had to make a record
12    of it.  That's the problem on these kind of cases.
13                   MR. GILMAN:  It's a special type of case.
14                   THE COURT:  You are excused now.  We had to
15    make a record of it, sir.  Sorry for the inconvenience.
16    Good luck, God bless.  Give him the number please.
17                   (Excused at 9:35 a.m.)
18                   FRANCISCO C. RODRIGUEZ,
19     having been called as a prospective juror and, upon
20     his oath, was examined and testified as follows:
21                   VOIR DIRE EXAMINATION
22    BY THE COURT:
23                   THE COURT:  Francisco Cavazos Rodriguez?
24                   PROSPECTIVE JUROR:  I get real nervous when
25    I have to drive.  One of my cousins died in an accident
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1   about ten years ago, and I don't drive.  I get real
 2   nervous.
 3              THE COURT:  How do you get here?
 4              PROSPECTIVE JUROR:  My father brought me.
 5   He's 74, and he's waiting for me outside.  And especially
 6   in this type of case, I get real nervous when I heard
 7   about this case when I heard you talking about it, and I
 8   would like to be excused.
 9              MR. GILMAN:  I have no objections.
10              MR. PADILLA:  The State has no objections.
11              THE COURT:  You are excused because they
12   have no objections.  This is Juror 184669.
13              PROSPECTIVE JUROR:  Okay.  May I leave?
14              THE COURT:  You may leave.  Thank you very
15   much.
16              (Excused at 9:36 a.m..)
17                   MARI ANN SALADERO,
18    having been called as a prospective juror and, upon
19    her oath, was examined and testified as follows:
20                 VOIR DIRE EXAMINATION
21   BY THE COURT:
22              THE COURT:  Marie Ann Saladero, Juror No.
23   192368.
24              MR. CORDOVA:  She is there in the back.
25   She's coming, Judge.
```

20

```
 1                    THE COURT:  Where is the lady with the
 2    intestinal flu problems?
 3                    MR. VILLALOBOS:  Can we ask one of the
 4    bailiffs to ask for her name, again?
 5                    THE COURT:  Your name please?
 6                    PROSPECTIVE JUROR:  Marie Saladero.
 7                    THE COURT:  Yes, ma'am.  You have a medical
 8    procedure due today.
 9                    PROSPECTIVE JUROR:  Yes.  And then on
10    Saturday.
11                    THE COURT:  She is going through fertility
12    treatment and is going through treatments right now.
13                    MR. GILMAN:  No objections.
14                    THE COURT:  No objections from the State?
15                    MR. PADILLA:  No objections.
16                    THE COURT:  That's Juror 192368.  You are
17    excused, ma'am.  Sorry for the inconvenience.
18                    ( Excused at 9:37 a.m..)
19                    MR. CORDOVA:  There is a young lady back
20    there with a child.  You want me to bring her up?
21                    THE COURT:  Get her name.
22                    MR. CORDOVA:  I will.  You want me to bring
23    her?
24                    THE COURT:  No.  Get her name so we can
25    find it.  You are excused, ma'am.  Do you see any bailiffs
```

```
 1    handy?

 2                   Joe?

 3                   THE BAILIFF:  Yes, sir.

 4                   THE COURT:  I am looking for the lady --

 5    there was a lady with intestinal problems.  A real thin

 6    lady.  She gave me her name, but I don't think she got

 7    excused.

 8                   Maria G. Longoria?  Jaime Tapatillo, and

 9    Maria G. Longoria?  Donna Del Fonner?  This is Juror

10    225546.

11                        DONNA DEL FONNER,

12     having been called as a prospective juror and, upon

13      his oath, was examined and testified as follows:

14                    VOIR DIRE EXAMINATION

15    BY THE COURT:

16                   PROSPECTIVE JUROR:  Yes, sir.

17                   THE COURT:  Hi, Ms. Del Fonner.  You are a

18    receiving clerk for Wal-Mart?

19                   PROSPECTIVE JUROR:  Yes.  The man that I

20    work for is on vacation.

21                   THE COURT:  Under most circumstances, it's

22    not a valid circumstances.

23                   PROSPECTIVE JUROR:  And the second one was,

24    I can't hear out of my left ear and I wear a hearing aid

25    on my right.  I don't feel comfortable.
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1                    THE COURT:  Mr. Gilman?  Mr. Padilla.  I

 2    don't think it's a proper excuse, but --

 3                    MR. PADILLA:  Can we discuss the matter?

 4    Can she step back to discuss this?

 5                    THE BAILIFF:  Marie Cabriele is the one

 6    that I was looking for.

 7                    MR. PADILLA:  Under the circumstances, we

 8    have no objections.

 9                    THE COURT:  You have no objections.

10                    MR. GILMAN:  No objections.

11                    THE COURT:  You are excused.  Because they

12    didn't object.

13                    MR. PADILLA:  And because of her medical

14    condition.

15                    THE COURT:  And because of the medical

16    condition.

17                    MR. PADILLA:  Not because she has to work

18    like the rest of us.

19                    THE COURT:  You guys are more generous than

20    I am.

21                    (Excused at 9:36 a.m..)

22                         KEN M. SOLES,

23      having been called as a prospective juror and, upon

24      his oath, was examined and testified as follows:

25                    VOIR DIRE EXAMINATION
```

23

BY THE COURT:

1   BY THE COURT:

2                THE COURT:  Ken M. Soles.  This is juror

3   Number 725388.  Hi, Mr. Soles.

4                It says he's an auctioneer.  He's his only

5   own employee.  Economic hardship is not a specific reason,

6   Mr. Soles.

7                PROSPECTIVE JUROR:  I understand.

8                THE COURT:  You'll be done today.  You'll

9   get an appointment at a later time to come in and be

10  interviewed.

11               PROSPECTIVE JUROR:  That's fine.  After

12  Saturday I'm free any way.

13               THE COURT:  Then I'm going to deny your

14  request.  Please come back at 10:30.

15               **(Excused at 9:36 a.m..)**

16               THE COURT:  Maria Guadalupe Longoria?

17

18

19

20

21

22               **MARIA G. LONGORIA,**

23     **having been called as a prospective juror and, upon**

24     **his oath, was examined and testified as follows:**

25                **VOIR DIRE EXAMINATION**

24

1    **BY THE COURT:**

2                    THE COURT:  Mr. Soles didn't get his badge.

3    He is going to need his badge to step back in.

4                    MR. GILMAN:  He's the big tall gray haired

5    man.

6                    THE COURT:  Hi, Mrs. Longoria.  How are you

7    doing?

8                    PROSPECTIVE JUROR:  Okay.

9                    THE COURT:  Nobody else takes care of your

10   kid.

11                   PROSPECTIVE JUROR:  No, sir.  I quit my job

12   three years ago as a teacher, to stay home and take care

13   of him?

14                   THE COURT:  He's a good looking boy.

15                   PROSPECTIVE JUROR:  Thank you.

16                   THE COURT:  Any objections on this

17   exemption?

18                   MR. PADILLA:  No objections, from the

19   State.

20                   MR. GILMAN:  No objections.

21                   THE COURT:  You may be excused.  Thank you

22   very much.

23                   **(Excused at 9:37 a.m.)**

24                   THE COURT:  This is Juror 15621.

25                   Maria Guadalupe Longoria is excused.

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1                      Jaime Capetillo?
 2                     JAIME CAPETILLO,
 3        having been called as a prospective juror and, upon
 4        his oath, was examined and testified as follows:
 5                    VOIR DIRE EXAMINATION
 6      BY THE COURT:
 7                      THE COURT:  We did not find -- hi, Mr.
 8      Capetillo.  Ford Gabriel, Mari Cabriales.  She has
 9      intestinal problem.  Did you find her?  She has intestinal
10      problems.
11                      THE BAILIFF:  She didn't come up?
12                      THE COURT:  Go get her please.  Jaime
13      Capetillo.  This is Juror 222190.  You work at Wal-Mart
14      and your family is unable to take care of your child.
15      Wife just started working at Wal-Mart, and her family
16      lives in Houston.  Who else takes care of --
17                      PROSPECTIVE JUROR:  She was taking care of
18      them right now, but she just got hired.  This is her
19      second day on the job at Wal-Mart.  So she usually takes
20      care of them.  Right now they have her scheduled for
21      training in the morning.  And after training, we're going
22      to work it out where she gets to take care of them.
23                      THE COURT:  So you're claiming an exemption
24      because you have a child that cannot be left alone by
25      itself?  Any objections, Mr. Gilman?
```

1          MR. GILMAN:  Well, what is your work
2   service?  I mean if your wife is working at Wal-Mart, and
3   you're working at Wal-Mart, who is going to be taking care
4   of the baby?
5          PROSPECTIVE JUROR:  Well, right now, I had
6   her taking care of him.  Today was my day off.  We planned
7   it that she was going to working on her day off.  We are
8   trying to work around schedules but when she starts --
9   actually starts getting out of training, I'm going to work
10  at two, and she is going to be working until five.
11         MR. GILMAN:  Five in the morning, until
12  two?
13         PROSPECTIVE JUROR:  Yeah.
14         MR. GILMAN:  Just a second, please.  I got
15  to follow this order.  I can't -- I got to object.
16         THE COURT:  Is there an objection?
17         MR. GILMAN:  I have to.
18         THE COURT:  Mr. Capetillo, there's an
19  objection.  Basically you are going to go through today,
20  and you will get an appointment later on to come back.
21  Today is going to be a little bit rough, but later on it's
22  going to be easier.  So you've going to have to make some
23  arrangements.  I'm going to deny your request at this
24  time.  Come back at 10:30.
25         PROSPECTIVE JUROR:  Come back at 10:30?

1          THE COURT:  Yes, sir.

2          **(Excused at 9:41 a.m..)**

3          THE COURT:  This should be Mari Cabriales.

4          MR. GILMAN:  Judge, now I've got one pissed

5    off juror at me.  I don't need that.  Because I denied his

6    -- if the State doesn't want to be the one that says that

7    they object either.  So can we put up some sort of signal

8    or something?

9          THE COURT:  Pull on your ears.

10         MR. GILMAN:  Okay.

11         MR. PADILLA:  We can ask the juror to sit

12   back before -- if we're not in agreement, have the juror

13   step back so the juror won't hear.

14         THE COURT:  That's fine.  Just go like

15   this, or go like that -- and he won't see you -- and we'll

16   ask him to step back, and we'll proceed.

17                **JENNIFER WROTEN,**

18    **having been called as a prospective juror and, upon**

19    **her oath, was examined and testified as follows:**

20              **VOIR DIRE EXAMINATION**

21   **BY THE COURT:**

22         THE COURT:  Jaime Capetillo.  Oh, no.

23   You're okay.  I'm sorry.  Jennifer Wroten.  This is Juror

24   Number 740136.

25         Hi, Mr. Wroten.

Adelaido Flores, Jr.
Certified Shorthand Reporter

28

```
1                  PROSPECTIVE JUROR:  Hello.

2                  THE COURT:  You have a child under ten, and

3     that you care for during the day.  And, there's nobody

4     else?

5                  PROSPECTIVE JUROR:  No.

6                  THE COURT:  Who takes care of her when

7     you're not around?

8                  PROSPECTIVE JUROR:  My mom does if she's

9     not working.  She's a substitute teacher in Port Isabel.

10    And if she's not working, then she'll take care of my

11    baby.

12                 THE COURT:  You work at night?

13                 PROSPECTIVE JUROR:  I work at night.  I

14    have a six year old son, also, at home, too.

15                 THE COURT:  Would you step back, please?

16                 (Discussion on the record at the bench.)

17                 THE COURT:  She cares for him during the

18    day and she works at night.  Her mother takes cares of the

19    kid at night.  Any objections?

20                 MR. VILLALOBOS:  The State has no

21    opposition to her being excused, Your Honor.

22                 THE COURT:  She takes care of the kid

23    during the day, and she has nobody else to leave it with.

24    I'm going to go ahead and grant it.  Are you objecting,

25    sir?
```

29

```
 1                    MR. GILMAN:  Go ahead, Judge.

 2                    THE COURT:  You may be excused.  Thank you

 3    very much.

 4                    (Excused at 9:43 a.m..)

 5                         JANET CORTEZ,

 6       having been called as a prospective juror and, upon

 7       her oath, was examined and testified as follows:

 8                    VOIR DIRE EXAMINATION

 9    BY THE COURT:

10                    THE COURT:  Janet Cortez?  Another child

11    under ten.  Child under ten.  Juror Number 151795.  Hi,

12    Mrs. Cortez?  How far along are you pregnant?

13                    PROSPECTIVE JUROR:  I'm eight months

14    pregnant.

15                    THE COURT:  Eight months pregnant.

16                    MR. GILMAN:  No objections, Judge.

17                    THE COURT:  How are you doing.

18                    MR. PADILLA:  He wants to shake your hand.

19                    THE COURT:  (shakes hands with a small

20    child).  Give me your hand.  All right.  Take care.  You

21    are excused.  Thank you.  That is Juror Number 151795 that

22    is excused for medical reasons.

23                    (Excused at 9:43 a.m.)

24                    JUANITA ROSALES HERNANDEZ,

25       having been called as a prospective juror and, upon
```

```
1    her oath, was examined and testified as follows:
2                   VOIR DIRE EXAMINATION
3    BY THE COURT:
4              THE COURT:  Juanita Rosales Hernandez?
5    This is Juror Number 817398.
6              PROSPECTIVE JUROR:  (coming from the back
7    of the room)  Yes.
8              THE COURT:  She has a child under ten and
9    she has her grandmother in the hospital with cancer, and
10   she's approaching up in the red blouse with the child in
11   her arm.
12             MR. PADILLA:  What's the juror number
13   again, Judge?
14             THE COURT:  Juror No. 817398.  Yes, ma'am?
15             PROSPECTIVE JUROR:  Sir, I'm a stay at home
16   mom.  I have this two year old, and I have another one
17   nine years old.
18             THE COURT:  Is there anybody that can take
19   care of them while you're gone?
20             PROSPECTIVE JUROR:  No, sir.
21             THE COURT:  You are excused.  Thank you
22   very much.
23             PROSPECTIVE JUROR:  No problem.
24             (Witness was excused at 9:45 a.m.)
25
```

31

1              MARIE VELMA CABRIALES,

2      having been called as a prospective juror and, upon

3      her oath, was examined and testified as follows:

4                    VOIR DIRE EXAMINATION

5      BY THE COURT:

6                    THE COURT:  Mari Cabriales?  This is Juror

7      No. 759742.  Hi, Mrs. Cabriales.  We would have called

8      your name earlier, except that we were having a hard time

9      finding you.

10                   PROSPECTIVE JUROR:  Oh, that's all right.

11                   MR. PADILLA:  We have no objections.

12                   MR. GILMAN:  We have no objections, Your

13     Honor.

14                   THE COURT:  Good luck.  God bless.

15                   PROSPECTIVE JUROR:  Thank you, sir.  Now I

16     can go back to college.

17                   THE COURT:  God bless you.  That's Juror

18     Number 759742 who is excused for medical reasons.

19                   (Excused at 9:45 a.m.)

20                 ALICIA GARCIA AGUILAR,

21      having been called as a prospective juror and, upon

22      her oath, was examined and testified as follows:

23                    VOIR DIRE EXAMINATION

24     BY THE COURT:

25                   THE COURT:  Alicia Garza Aguilar?  Juror

Adelaido Flores, Jr.
Certified Shorthand Reporter

32

1    Number 11943.

2              PROSPECTIVE JUROR:   Yes.

3              THE COURT:   Are you a Jehovah witness?

4              PROSPECTIVE JUROR:   Yes.

5              THE COURT:   How long have you been a

6    Jehovah witness?

7              PROSPECTIVE JUROR:   Twenty years.

8              THE COURT:   What temple do you belong to?

9              PROSPECTIVE JUROR:   San Benito South?

10             THE COURT:   And why is it that you think

11   that you ought to be excused?

12             PROSPECTIVE JUROR:   Because I have a

13   conscious, and I think it will kill me.

14             THE COURT:   We all have a conscious.

15             PROSPECTIVE JUROR:   I know.   But I only

16   believe that God is the only one that judges.

17             THE COURT:   Jehovah's witness.   It's

18   against her religion.   It's against her conscious to judge

19   anybody.   Any objections?

20             MR. GILMAN:   Well, it's against mine, too.

21             THE COURT:   Any objections?

22             MR. PADILLA:   Based on her religious

23   principles?   No, Your Honor.

24             THE COURT:   I'm going to go ahead and grant

25   her excuse.   Thank you very much.

1               PROSPECTIVE JUROR:  Thank you, sir.  Thank

2    you all.

3                    (Excused at 9:47 a.m.)

4                 **MARIA DE LA LUZ SANCHEZ,**

5      **having been called as a prospective juror and, upon**

6      **her oath, was examined and testified as follows:**

7                   **VOIR DIRE EXAMINATION**

8    **BY THE COURT:**

9               THE COURT:  Maria De La Luz Sanchez?  This

10   is Juror 217341.  Maria De La Luz Sanchez?

11              Hi.  How are you, Mrs. Sanchez?

12              PROSPECTIVE JUROR:  I'm okay.  This is the

13   last week of school.  I work in the cafeteria.  And my --

14   I get out at 2:30.  I have a special ed grandson.  My

15   daughter works for CPS, and I take care of him in the

16   afternoon when the bus drops him off.

17              THE COURT:  Anybody else that takes care of

18   that child?

19              PROSPECTIVE JUROR:  No.

20              THE COURT:  You're the only one?  How old

21   is the child?

22              PROSPECTIVE JUROR:  Then.  But he's a

23   special kid?

24              MR. PADILLA:  Can I ask her from here?  Are

25   you going to take care of this child during the summer?

34

```
1     If this case gets tried in June, will you be taking care

2     of the child then?

3                    PROSPECTIVE JUROR:  No.  I wanted to know

4     if I could be excused for at least these two weeks.  And

5     then they can call me, or whatever they want.

6                    MR. PADILLA:  This week, and next week?

7                    PROSPECTIVE JUROR:  Yes.  Because he goes

8     out on the second.

9                    MR. GILMAN:  She can serve.

10                   THE COURT:  We are going to ask you to stay

11    until 1:30 or so, today and then I'll try to get you out

12    earlier, and we will have an appointment set out for you

13    more than two weeks from now.  Is that fair enough,

14    gentlemen?

15                   MR. PADILLA:  Yes.  So she comes back at

16    10:30, to fill out the questionnaire?

17                   THE COURT:  Yes.  She comes back at 10:30.

18                   PROSPECTIVE JUROR:  All right.

19             (Witness was excused at 9:47 a.m.)

20                   ROBERT JOSEPH TAMAYO,

21      having been called as a prospective juror and, upon

22      his oath, was examined and testified as follows:

23                   VOIR DIRE EXAMINATION

24    BY THE COURT:

25                   THE COURT:  Okay.  Robert Joseph Tamayo?
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

35

```
 1    This is Juror Number 241917.
 2              (Discussion on the record at the bench.)
 3              THE COURT:  Her appointment list needs to
 4    be after two weeks.
 5              (End of bench conference.)
 6              THE COURT:  Hi, Mr. Tamayo.  How are you
 7    doing?  You're the only one that takes care of your
 8    daughter?
 9              PROSPECTIVE JUROR:  That's correct.
10              THE COURT:  She's a beautiful girl.
11              PROSPECTIVE JUROR:  Thank you.
12              THE COURT:  When you don't take care of
13    her, who takes care of her?
14              PROSPECTIVE JUROR:  No one does.  My wife
15    works, and my parents are -- one of them has cancer so she
16    does chemo.  She can't take care of her.
17              MR. PADILLA:  We have no objections.
18              MR. GILMAN:  No objections.
19              THE COURT:  You are excused, and there are
20    no objections.  Good luck.  God bless.
21              (Excused at 9:48 a.m.)
22              (Discussion on the record at the bench.)
23
24
25
```

1                    JUSTIN TEMPLE FISHER,

2        having been called as a prospective juror and, upon

3        his oath, was examined and testified as follows:

4                    VOIR DIRE EXAMINATION

5    BY THE COURT:

6                    THE COURT:  Justin Temple Fisher?  Children

7    under ten.  Wife works.  Takes care of three children.

8                    MR. CORDOVA:  His wife works?

9                    THE COURT:  That's what he says.

10                   MR. PADILLA:  The wife is not here.

11                   THE COURT:  He says children under ten.

12   Wife works.  He takes care of three children.

13                   **(End of bench conference.)**

14                   THE COURT:  How old are your kids, sir?

15                   PROSPECTIVE JUROR:  I got one that's six,

16   one that's four, and one that's 20 months old.

17                   THE COURT:  And who takes care of the

18   children when you don't?

19                   PROSPECTIVE JUROR:  We don't have anybody,

20   or relatives that takes care of our children.

21                   THE COURT:  What does your wife do?

22                   PROSPECTIVE JUROR:  She's a hairdresser.

23                   THE COURT:  And you do not work?

24                   PROSPECTIVE JUROR:  That's right.

25                   THE COURT:  You take care of the kids?

Adelaido Flores, Jr.
Certified Shorthand Reporter

37

```
 1              PROSPECTIVE JUROR:  Yes, sir.
 2              THE COURT:  Any objections, gentlemen?
 3              MR. PADILLA:  No, Your Honor.
 4              MR. GILMAN:  No objections.
 5              MR. PADILLA:  For the record, Judge, no
 6    objections from the State.
 7                    (Excused at 9:49 a.m.)
 8                    DAVID ANDERSON GUEST,
 9      having been called as a prospective juror and, upon
10       his oath, was examined and testified as follows:
11                    VOIR DIRE EXAMINATION
12    BY THE COURT:
13              THE COURT:  David Anderson Guest?  Juror
14    Number 283159.
15              Sir, where were you convicted, sir?
16              PROSPECTIVE JUROR:  North Carolina.
17              THE COURT:  You're excused.  Thank you very
18    much.
19                    (Excused at 9:49 a.m.)
20              THE COURT:  He's a convicted felon.  That
21    was Juror No. 283159.
22                    CAROLINA CASTILLO,
23      having been called as a prospective juror and, upon
24       her oath, was examined and testified as follows:
25                    VOIR DIRE EXAMINATION
```

38

1    BY THE COURT:

2              THE COURT:  Carolina Castillo.  Juror

3    Number 8152520.

4              **(Discussion on the record at the bench.)**

5              DEPUTY CLERK:  Judge?

6              THE COURT:  Yes?

7              DEPUTY CLERK:  She'll be back in two weeks?

8              THE COURT:  No.  Her appointment should be

9    after two weeks.  In other words, the next two weeks she's

10   going to be busy.  Make sure that her individual voir dire

11   is after two weeks.  Is that fair enough?

12             MR. PADILLA:  Unless she is first on the

13   list.

14             **(End of conference.)**

15             THE COURT:  Hi, Mrs. Castillo.  How old are

16   you, ma'am?

17             PROSPECTIVE JUROR:  Just fine, thank you,

18   sir.

19             THE COURT:  How old are you?

20             PROSPECTIVE JUROR:  I am 70.

21             THE COURT:  That's the great advantage of

22   getting at this stage, you don't have to serve if you

23   don't want to.

24             PROSPECTIVE JUROR:  Okay.  Thank you.

25             THE COURT:  Good luck; God bless.

1                MR. PADILLA:  Goodbye.

2             **(Excused at 9:50 a.m.)**

3              **CONSUELO JAMES,**

4  **having been called as a prospective juror and, upon**

5  **her oath, was examined and testified as follows:**

6             **VOIR DIRE EXAMINATION**

7           THE COURT:  Consuelo James?  Juror No.

8  221912.  Mrs. James?

9           PROSPECTIVE JUROR:  Hello.

10          THE COURT:  How are you doing?

11          PROSPECTIVE JUROR:  Just fine.  The reason

12  is -- every once in awhile, I've got to go urinate and I'm

13  going to be bothering the bailiff.  Otherwise, I would

14  have served.

15          THE COURT:  Mrs. James is claiming diabetes

16  and medical problem -- "diabetes, melitis requiring

17  frequent urination.  Not being able to sit down for a long

18  time."

19          PROSPECTIVE JUROR:  I can sit down, but I

20  am going to ask the bailiff to keep letting me go.

21          THE COURT:  She is going to be embarrassed

22  telling the bailiff frequently that she has to go.

23          Can you step back just a little bit, ma'am?

24          **(Discussion on the record at the bench.)**

25          MR. PADILLA:  Just for the record the State

40

```
 1    has no objections, Your Honor.
 2                    MR. GILMAN:  I object.
 3                    THE COURT:  Mrs. James?
 4                    PROSPECTIVE JUROR:  Yes.
 5                    THE COURT:  The attorneys are being nice to
 6    you.  I would have made you serve.
 7                    PROSPECTIVE JUROR:  And I would have loved
 8    to serve.
 9                    THE COURT:  You are excused.  Good to see
10    you, ma'am.
11                    PROSPECTIVE JUROR:  Good seeing you.
12                    (Excused at 9:51 a.m.)
13                    THE COURT:  For the record that's Tony
14    James mama.  Nice shrewd and powerhouse "politica".
15                    MARIA ELENA RODRIGUEZ,
16     having been called as a prospective juror and, upon
17     her oath, was examined and testified as follows:
18                    VOIR DIRE EXAMINATION
19    BY THE COURT:
20                    THE COURT:  Maria Elena Rodriguez, Juror
21    Number 276526.
22                    She's in the U.S. Reserves and has a child
23    under ten.
24                    MR. PADILLA:  And she's expecting a child
25    too, Judge.
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1              THE COURT:  Hi, Mrs. Rodriguez.  Okay.
 2   You're in the U.S. Reserves?
 3              PROSPECTIVE JUROR:  Yes.
 4              THE COURT:  You have a child under 10?
 5              PROSPECTIVE JUROR:  A six year old.
 6              THE COURT:  Who takes care of him?  Are you
 7   expecting another child?
 8              PROSPECTIVE JUROR:  Yes.
 9              THE COURT:  How far along are you?
10              PROSPECTIVE JUROR:  I'm 34 weeks.
11              THE COURT:  That's pretty close.  Why don't
12   you claim that to begin with.  That would have gotten --
13              PROSPECTIVE JUROR:  I didn't know if it
14   would work.  The one I have now, works.
15              THE COURT:  God bless you.  Take care.
16   It's granted.  That was Juror Number 276526.  Excused for
17   medical reason.
18                  (Excused at 9:52 a.m.)
19                     AIDA CASTILLO,
20     having been called as a prospective juror and, upon
21     her oath, was examined and testified as follows:
22                  VOIR DIRE EXAMINATION
23   BY THE COURT:
24              THE COURT:  Aida Castillo.  Juror No.
25   168454.  Aida Castillo?  She suffers from anxiety
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

42

```
 1   disorder.  She's got a letter from Social Security.
 2   "Please excuse her to do her disability anxiety disorder,
 3   and she is entitled to monthly benefits because of this."
 4              Hi, Ms. Castillo?
 5              PROSPECTIVE JUROR:  Hello.
 6              THE COURT:  Are you doing okay?
 7              PROSPECTIVE JUROR:  I'm a little bit
 8   nervous.
 9              THE COURT:  Nothing to be nervous about.
10              PROSPECTIVE JUROR:  It's just the crowd.
11              THE COURT:  Can you step back just a little
12   bit.  Let me just talk to the attorneys.
13              (Discussion on the record at the bench.)
14              THE COURT:  The letter says that she is
15   receiving Social Security benefits from Social Security
16   for medical reasons, and that she suffers from anxiety
17   disorder.
18              MR. GILMAN:  No objections.
19              MR. PADILLA:  No objections.
20              THE COURT:  No objections?  It will be
21   granted.
22              (Discussion on the record at the bench.)
23              THE COURT:  Step forward, ma'am.  You are
24   excused for medical reasons.  Good luck.  God bless.
25              (Excused at 9:53 a.m.)
```

43

1               JOHN CHARLES RANDOLPH,

2     having been called as a prospective juror and, upon

3     his oath, was examined and testified as follows:

4                   VOIR DIRE EXAMINATION

5     BY THE COURT:

6               THE COURT:  John Charles Randolph?  That's

7     Juror No. 128433.

8               PROSPECTIVE JUROR:  My wife's grandmother,

9     she's on a plane tour right now.  I have to take care of

10    my daughter.

11              THE COURT:  And when will your wife be

12    back?

13              PROSPECTIVE JUROR:  She'll be back on

14    Monday.

15              THE COURT:  Who is taking care of your

16    daughter now?

17              PROSPECTIVE JUROR:  She's with a provider

18    that helps us in the morning.

19              THE COURT:  Will you step back,

20    Mr. Randolph?

21              (Discussion on the record at the bench.)

22              MR. GILMAN:  I object.

23              THE COURT:  Pardon me?

24              MR. GILMAN:  I will object to him being

25    excused.

44

1        MR. PADILLA:  He is available Monday.  If
2   he is available today, and Monday.
3            **(End of bench conference.)**
4        THE COURT:  Mr. Randolph?
5        PROSPECTIVE JUROR:  Yes, sir?
6        THE COURT:  What do you do for a living?
7        PROSPECTIVE JUROR:  I'm a teacher in Los
8   Fresnos.
9        THE COURT:  Oh, this would be a wonderful
10  experience for a teacher.
11       PROSPECTIVE JUROR:  I love it.
12       THE COURT:  Well, you're going to serve
13  today and then you'll get an appointment to come in later.
14  We're not going to excuse you today.  I'm going to ask you
15  to come back at 10:30.
16       PROSPECTIVE JUROR:  My daughter is
17  disabled.  I have to take her to the therapy thing.  My
18  wife usually does it, but she's on a plane.
19       THE COURT:  I know.  This will be just
20  today.  And then after Monday, you'll have to come back.
21       PROSPECTIVE JUROR:  Yes.
22       THE COURT:  So it's just today, and then
23  Monday.
24       PROSPECTIVE JUROR:  Okay.  I think I can
25  handle that.

Adelaido Flores, Jr.
Certified Shorthand Reporter

45

```
 1                    THE COURT:  Thank you very much.  We're
 2      going to need your badge.
 3                         (excused at 9:55 a.m.)
 4                        JEFFREY NIXON GOWEN,
 5        having been called as a prospective juror and, upon
 6        his oath, was examined and testified as follows:
 7                        VOIR DIRE EXAMINATION
 8      BY THE COURT:
 9                    THE COURT:  Jeffrey Nixon Gowen?
10                    (Discussion on the record at the bench.)
11                    THE COURT:  This is Juror Number 300168,
12      Type One diabetes, with a pump.
13                    MR. PADILLA:  With a what?
14                    THE COURT:  Type One diabetes with a pump.
15      He has an insulin pump.
16                    (End of bench conference.)
17                    THE COURT:  How are you doing, Mr. Gowen?
18                    PROSPECTIVE JUROR:  Hi.
19                    THE COURT:  You don't think that you can
20      serve?
21                    PROSPECTIVE JUROR:  It's off and on.  It's
22      not as well controlled as I'd like, unfortunately.  I have
23      to take my sugar all of the time.  I have to eat at
24      certain times.  I think it would be a real problem.
25                    THE COURT:  But normally we take breaks at
```

1   mid morning, and we take breaks in the late afternoon.  It

2   probably would not start, my guess, about two or three

3   weeks from now.

4           PROSPECTIVE JUROR:  Well, I'm going to

5   leave it up to you guys.  I prefer not to because of the

6   problems with the insulin pump.  I am perfectly able to do

7   things at work, but I never know.

8           THE COURT:  Okay.  Step back just a little

9   bit.

10          **(Discussion on the record at the bench.)**

11          MR. GILMAN:  I'm going to object.

12          MR. PADILLA:  The State has no objections

13  based upon the medical condition.

14          **(End of bench conference.)**

15          THE COURT:  Mr. Gowen.  Please step

16  forward.  You are excused for medical reasons.

17          PROSPECTIVE JUROR:  Thank you.

18          THE COURT:  That's Juror Number 300168.

19  Jeffrey Nixon Gowen.

20          **(Excused at 9:56 a.m.)**

21              **ERNEST CASTILLO,**

22   **having been called as a prospective juror and, upon**

23   **his oath, was examined and testified as follows:**

24              **VOIR DIRE EXAMINATION**

25  **BY THE COURT:**

47

```
 1              THE COURT:  Ernest Castillo?  Juror Number
 2   856745.  He is walking up with crutches.  He requires
 3   daily treatments at the hospital.  Osteomyelitis.  Open
 4   wound on his left foot.  How long is it going to be like
 5   that, sir?
 6              PROSPECTIVE JUROR:  I don't know I going
 7   through hyperbatic chamber, and it's going to take weeks,
 8   I think.
 9              MR. GILMAN:  No objections.
10              THE COURT:  I'm going to grant it for
11   medical reasons.  You may be excused.
12              MR. PADILLA:  No objections, Your Honor.
13              THE COURT:  God luck.  God bless.
14              (Excused at 9:56 a.m.)
15                   DAVID R. CAVAZOS,
16      having been called as a prospective juror and, upon
17      his oath, was examined and testified as follows:
18                 VOIR DIRE EXAMINATION
19   BY THE COURT:
20              THE COURT:  David Ramon Cavazos?  That's
21   Juror 715325.  He is walking up.  He has a medical reason.
22   Will explain further.  Real uncomfortable growth in a
23   delicate area.
24              Hi, Mr. Cavazos, how are you doing today?
25              PROSPECTIVE JUROR:  I'm a medical -- you
```

```
 1    know --
 2                    THE REPORTER:  I'm sorry.  I can't hear
 3    you.
 4                    PROSPECTIVE JUROR:  It's growing into my
 5    private area, and it is very uncomfortable, and I'm trying
 6    to cure it, and it's contagious -- in a way -- I've been
 7    told.
 8                    MR. GILMAN:  No objections.
 9                    MR. PADILLA:  No objections.
10                    THE COURT:  I will go ahead and grant it
11    for medical reasons.  You are excused.  Good luck.  God
12    bless.
13                    (excused at 9:57 a.m.)
14                    MICHELLE ANN HARISTON,
15      having been called as a prospective juror and, upon
16      her oath, was examined and testified as follows:
17                    VOIR DIRE EXAMINATION
18    BY THE COURT:
19                    THE COURT:  Michelle Ann Hariston.  That's
20    Juror Number 270472.  She's claiming a student exemption.
21                    Hi, Mrs. Hariston.  Are you going to be
22    going to school during the summer?
23                    PROSPECTIVE JUROR:  No.
24                    THE COURT:  How much more school do you
25    have?
```

49

```
 1                    PROSPECTIVE JUROR:  I go back in the fall.
 2                    THE COURT:  In the fall?
 3                    PROSPECTIVE JUROR:  Yes.
 4                    THE COURT:  And, are you done through
 5      school right now?
 6                    PROSPECTIVE JUROR:  For the summer, yes.
 7                    THE COURT:  Well, unless you are enrolled
 8      as a full-time student during the summer --
 9                    PROSPECTIVE JUROR:  Okay.
10                    THE COURT:  -- you are still eligible to
11      serve.
12                    PROSPECTIVE JUROR:  Okay.
13                    THE COURT:  Okay?
14                    PROSPECTIVE JUROR:  Okay.
15                    THE COURT:  Come back at 10:30.  You're
16      going to need your badge.  Just a minute, please.  She's
17      going to give you your badge.
18                         (excused at 9:58 a.m.)
19                              EVANA JUAREZ,
20        having been called as a prospective juror and, upon
21         her oath, was examined and testified as follows:
22                         VOIR DIRE EXAMINATION
23      BY THE COURT:
24                    THE COURT:  Evana Juarez?  Juror 190862.
25      School teacher at San Benito High School.
```

1          PROSPECTIVE JUROR:  No.  San Benito
2      Elementary.
3          THE COURT:  I'm sorry.  I.S.D.  I
4      apologize.
5          PROSPECTIVE JUROR:  That's okay.
6          THE COURT:  Last day is tomorrow.  Teachers
7      last day, is Friday.  You're going to be, actually,
8      serving today?
9          Today.  And then after that, you're going
10     to get an appointment either the next two or three weeks.
11         PROSPECTIVE JUROR:  Also, one of those
12     questions was, if you have a relative in law
13     enforcement --
14         THE COURT:  Yes, ma'am.
15         PROSPECTIVE JUROR:  -- we're not exempt?
16         THE COURT:  No, you're not exempt.
17         PROSPECTIVE JUROR:  Oh.  What if you've
18     ever been accused of a felony?
19         THE COURT:  If you have been convicted of a
20     misdemeanor theft, or a felony, or you are under
21     accusation at the present time for a misdemeanor theft or
22     an accusation, or a felony?
23         PROSPECTIVE JUROR:  No, I am not.
24         THE COURT:  Well, you can serve today and
25     then later on after school gets out, you can come back.

1              MR. CORDOVA:  Judge?  Can we have her step

2    back for just a second?

3              THE COURT:  Yes, step back, please.

4              **(Discussion on the record at the bench.)**

5              MR. CORDOVA:  She is a former client of

6    mine.  I represented her.

7              THE COURT:  But she's got --

8              MR. PADILLA:  Well we need to ask later on

9    if we know them.

10              MR. CORDOVA:  She had a felony in Dallas.

11   I don't know.  I didn't represent her in that, but it was

12   for drug possession.  I think she got deferred on it, but

13   I'm just letting you know.

14              MR. GILMAN:  That's a conviction.

15              MR. PADILLA:  That's a conviction under the

16   law.  Unless the Court wants to ask her about that.

17   Obviously, the State would ask that she be released as a

18   potential --

19              THE COURT:  Are you agreeing to release

20   her?

21              MR. PADILLA:  We agree to release her.

22              MR. GILMAN:  She is exempt, Judge.  She

23   received deferred adjudication.

24              **(End of bench conference.)**

25              THE COURT:  You are excused.  Good luck,

52

```
 1    and God bless.  I'm going to grant 190862, Evana Juarez.
 2    Both parties agreed and stipulated that she could be
 3    excused.
 4                    (Excused at 10:00 a.m.)
 5                    EILEEN K. ANDERSON,
 6     having been called as a prospective juror and, upon
 7     her oath, was examined and testified as follows:
 8                    VOIR DIRE EXAMINATION
 9    BY THE COURT:
10                    THE COURT:  Juror Number 132771.  Has four
11    children.  One gets out at 12 noon.  The last one gets out
12    this afternoon.  She does not work.  You take care of your
13    children, ma'am?
14                    PROSPECTIVE JUROR:  Yes.
15                    THE COURT:  How old are your children?
16                    PROSPECTIVE JUROR:  I have 16, 14, 11, and
17    8.
18                    THE COURT:  If you are not taking care of
19    the eight year old, who is taking care of them?
20                    PROSPECTIVE JUROR:  There's nobody else.  I
21    don't work.  I'm the mom.  That's my job.
22                    THE COURT:  Would you step back, ma'am?
23                    PROSPECTIVE JUROR:  Yes.
24                    THE COURT:  Thank you very much.
25                    (Discussion on the record at the bench.)
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

53

1          MR. PADILLA:  The State has no opposition,
2    Your Honor.
3          MR. GILMAN:  What did you say?
4          MR. PADILLA:  The State has no opposition.
5          THE COURT:  She has an eight year old.
6    She's the one that stays home and takes cares of the kids.
7    She has a 16, 14 and a 13, I think.  But she's the only
8    that takes care of the eight year old.
9          MR. GILMAN:  Can't the sixteen year old
10   take care of the eight year old?
11         THE COURT:  Well, in our days, they would
12   have.
13         MR. GILMAN:  I know my kids do.
14         THE COURT:  But she is claiming -- she
15   wants to claim the eight year old exemption.
16         **(End of bench conference.)**
17         THE COURT:  Any objections?
18         PROSPECTIVE JUROR:  I also live in
19   Harlingen.
20         THE COURT:  Pardon?
21         PROSPECTIVE JUROR:  I also live in
22   Harlingen.
23         THE COURT:  You live in Harlingen?
24         PROSPECTIVE JUROR:  Yes.  And I think it's
25   11.  It's 16, 14, 11 and 8.

54

```
 1                    THE COURT:   Eleven and eight?  You heard
 2   everything I said, right?  You are not supposed to.
 3                    PROSPECTIVE JUROR:  I have good ears.
 4                    THE COURT:  It's remarkable.  You would be
 5   a wonderful juror.
 6                    PROSPECTIVE JUROR:  A mother has to have
 7   ears to hear these things.  But I do live in Harlingen.
 8                    THE COURT:  Who's taking care of the eight
 9   year old?
10                    PROSPECTIVE JUROR:  She's in school right
11   now.  Nobody.  My husband is working.  I'm a mom.
12                    THE COURT:  I'm going to grant it because
13   of the eight year old child.  This is Juror Number 132771.
14   You are excused for that reason.  Thank you very much.
15                    (Excused at 10:01 a.m.)
16                    (Discussion on the record at the bench.)
17                    THE COURT:  If you have an objections, make
18   it for the record.
19                    MR. GILMAN:  I will, for the record,
20   object.
21                    ROSA ISELA RODRIGUEZ,
22    having been called as a prospective juror and, upon
23    her oath, was examined and testified as follows:
24                    VOIR DIRE EXAMINATION
25   BY THE COURT:
```

1           THE COURT:  Rosa Isela Rodriguez, Juror
2   Number 204243.  Has a six year old child.  Works at
3   Wal-Mart.  Different shifts.  Opens and closes.  Who takes
4   care of your child?
5           PROSPECTIVE JUROR:  When I open, I take her
6   to school.  Right now we are in a shift.
7           THE COURT:  Well, when she gets out of
8   school, who's going to take care of her?  Please step
9   forward.  We have to make a record of it.
10          PROSPECTIVE JUROR:  I get out of work
11  before the bus arrives, and I receive her.
12          THE COURT:  Okay.  What are you going to do
13  during the summer?
14          PROSPECTIVE JUROR:  I take her to Wal-Mart,
15  and then my husband picks her up.  And then I ask for them
16  to schedule me from 12:00 to 9:00 -- or 1:00 to 9:00, and
17  then I can be with her until midday or one, and then
18  either my husband goes and picks her up from Wal-Mart.  Or
19  when I get out of from lunch, I take her to him because he
20  gets out of work at 5:30.
21          THE COURT:  Would you step back, ma'am.
22  Step all the way back.
23          **(Discussion on the record at the bench.)**
24          MR. PADILLA:  The State is unopposed, Your
25  Honor.

Adelaido Flores, Jr.
Certified Shorthand Reporter

56

1           MR. GILMAN:  You are opposed?

2           MR. PADILLA:  The State is unopposed.

3           MR. GILMAN:  I'm unopposed.

4           THE COURT:  You are excused.  Thank you

5    very much.

6                **(Excused at 10:03 a.m.)**

7                **CARLOS MIGUEL RAMIREZ,**

8     **having been called as a prospective juror and, upon**

9     **his oath, was examined and testified as follows:**

10                **VOIR DIRE EXAMINATION**

11   **BY THE COURT:**

12           THE COURT:  Carlos Miguel Ramirez.  Juror

13   Number 77309.  He is taking alternative certification

14   classes.  Classes are online every day, Saturday and

15   Sunday.  You're not a full-time student?

16           PROSPECTIVE JUROR:  No.  Well it's

17   complicated.  It's an alternative certification program.

18   So what they do -- it is from all the way to the end of

19   July, it is going to be all online.  They provide us

20   assignments and we do it.  We follow up on every other

21   week.  On average, we meet up in person to have a regular

22   lecture.

23           MR. GILMAN:  Are these online classes,

24   specific hours.  So you have somebody lecturing at a

25   specific hour, or can you pick these things up at any time

1   at 8:00 o'clock tonight, or 10:00 o'clock tonight, or

2   12:00 o'clock?

3               PROSPECTIVE JUROR:  Pretty much.  You can

4   pick it up at any time.  The one only one that has

5   conflict is the actual class.  You have to be there,

6   because it requires you to have a certain number of hours

7   to teach.  And if I miss one class, that will put me in a

8   bad position, and I'll be playing catch up.

9               THE COURT:  Just step back.

10              **(Discussion on the record at the bench.)**

11              THE COURT:  Gentlemen, I think he is going

12  to be so preoccupied that he's not going to be able to

13  focus.

14              MR. PADILLA:  The State is unopposed, Your

15  Honor.

16              THE COURT:  I will go ahead and grant it.

17              **(End of bench conference.)**

18              THE COURT:  Mr. Ramirez?  Juror Number

19  77309, you're excused.

20              PROSPECTIVE JUROR:  Thank you.

21              **(Excused at 10:04 a.m.)**

22                  ROSA MARIA GARCIA,

23  **having been called as a prospective juror and, upon**

24  **her oath, was examined and testified as follows:**

25              **VOIR DIRE EXAMINATION**

58

```
 1   BY THE COURT:
 2              THE COURT:  Mrs. Garcia?  This is Juror
 3   Number 218235.  Ms.  Garcia -- Rosa Maria Garcia?
 4              (Court calls out next prospective juror in
 5   line)
 6              THE COURT:  How old are your children?
 7              PROSPECTIVE JUROR:  Six and eight.
 8              THE COURT:  And who takes care of them?
 9              PROSPECTIVE JUROR:  I do.
10              THE COURT:  Do you work?
11              PROSPECTIVE JUROR:  No.
12              THE COURT:  Anybody around to take care of
13   them?
14              PROSPECTIVE JUROR:  No.  My husband works.
15              THE COURT:  Is there anybody that you can
16   leave the children with?
17              PROSPECTIVE JUROR:  No.  I'm by myself.
18              MR. GILMAN:  Where are the kids right now?
19              PROSPECTIVE JUROR:  They're at school.
20              MR. PADILLA:  So you're a full-time mom?
21              PROSPECTIVE JUROR:  Uh-huh.
22              THE COURT:  I'm going to go ahead and grant
23   it.  You are excused.  Thank you ma'am.
24              Make your objection, if you want
25   Mr. Gilman.
```

59

```
 1                    MR. GILMAN:  But you say it right in front
 2      of the prospective juror.
 3                    (Excused at 10:05 a.m.)
 4                    VERONICA RODRIGUEZ,
 5        having been called as a prospective juror and, upon
 6        her oath, was examined and testified as follows:
 7                    VOIR DIRE EXAMINATION
 8      BY THE COURT:
 9                    THE COURT:  Juror Number 795760.  She's a
10      teacher.  End of the year deadline.  She has an eight
11      month old baby.  Who is taking care of your baby?
12                    PROSPECTIVE JUROR:  Right now my
13      mother-in-law.  She takes care of him until 3:30.  And
14      then I'm going to be first time Sunday school teacher
15      also.
16                    THE COURT:  That's not a reason, ma'am.
17                    PROSPECTIVE JUROR:  For the school --
18      nothing like that.
19                    THE COURT:  That's not a reason.
20                    PROSPECTIVE JUROR:  For a teacher -- for a
21      summer school, or anything like that.
22                    THE COURT:  No.  The only time that I
23      excuse teachers -- my wife's a teacher --
24                    PROSPECTIVE JUROR:  Uh-huh --
25                    THE COURT:  -- is when they have TAAS.  I'm
```

60

1   going to have excuse them for taking TAAS.  Other than

2   that, everybody has to serve.

3                MR. GILMAN:  School is over when?

4                PROSPECTIVE JUROR:  July 3.  School is over

5   July 3.

6                MR. GILMAN:  She is basically going to be

7   in trial the whole time.

8

9                THE COURT:  (Court Prospective juror in

10  line)

11               THE COURT:  Step back to the start, ma'am.

12               **(Discussion on the record at the bench.)**

13               THE COURT:  My sense is, she is going to be

14  preoccupied with teaching.

15               MR. GILMAN:  She's not going to get any

16  compensation.  So, let her go.

17

18               THE COURT:  Any objections?

19               MR. PADILLA:  Under the circumstances,

20  judge --

21               THE COURT:  I understand.  I'm just

22  asking --

23               MR. PADILLA:  -- under the circumstances,

24  there's no opposition from the State.

25               THE COURT:  Thank you very much.

61

1          **(End of bench conference.)**

2                    THE COURT:  You may step forward.  You are

3      excused.  Thank you very much.

4                    **(Excused at 10:06 a.m.)**

5                    **IRMA CEPEDA VELASQUEZ,**

6      **having been called as a prospective juror and, upon**

7      **her oath, was examined and testified as follows:**

8                    **VOIR DIRE EXAMINATION**

9      BY THE COURT:

10                   THE COURT:  Irma Zepeda Velasquez.

11                   (Court calls out next prospective juror in

12     line)

13                   Sister is having surgery at 9:00 a.m.  Has

14     power of attorney.  Has to be available.  She's 86 years

15     old.

16                   PROSPECTIVE JUROR:  Yes, sir.

17                   THE COURT:  What happens after today?

18                   PROSPECTIVE JUROR:  What do you mean?

19                   MR. GILMAN:  Are you able to serve on

20     Monday?

21                   PROSPECTIVE JUROR:  Well, you see, the

22     thing is I have to be there because she's in the Solaro

23     Hospital.  And every time she needs something, I have to

24     sign papers, because I have the power of attorney of her.

25     If I don't sign it, they won't do anything.

```
 1              THE COURT:  Step back to the star, ma'am.
 2              PROSPECTIVE JUROR:  Okay.
 3              (Discussion on the record at the bench.)
 4              THE COURT:  Gentlemen?  It sounds like
 5    she's important -- she is the medical, legal provider --
 6    legal provider in terms of authorization for medical
 7    treatment on somebody that is invalid.  So I'm going to
 8    grant it.
 9              MR. PADILLA:  I don't have any problem with
10    that.  I think she's going to be preoccupied.
11              (End of bench conference.)
12              THE COURT:  Mr. Velasquez?  You are
13    excused.
14              (Excused at 10:08 a.m.)
15                    LILIANA CHAVEZ,
16     having been called as a prospective juror and, upon
17     her oath, was examined and testified as follows:
18                  VOIR DIRE EXAMINATION
19    BY THE COURT:
20              THE COURT:  Liliana Chavez, Juror Number
21    102145.  Step forward, ma'am.
22              (Court calls out next prospective juror in
23    line:  Guadalupe Cortez Garza).
24              THE COURT:  Juror Number 800964.  You are
25    currently enrolled as a student?
```

63

```
 1                    PROSPECTIVE JUROR:  Yes.
 2                    THE COURT:  What are you doing this summer?
 3                    PROSPECTIVE JUROR:  I'm going as a student,
 4       too.
 5                    THE COURT:  You're going this summer?
 6                    PROSPECTIVE JUROR:  Yeah.
 7                    THE COURT:  So you're claiming the student
 8       exemption.  Is that what you're doing?
 9                    PROSPECTIVE JUROR:  Uh-huh.
10                    THE COURT:  Okay.  Thank you.  You're
11       excused.
12                    PROSPECTIVE JUROR:  Thank you.
13                    THE COURT:  That's Juror Number 102145 is
14       excused.
15                      (Excused at 10:08 a.m.)
16                    GUADALUPE CORTEZ GARZA,
17       having been called as a prospective juror and, upon
18       her oath, was examined and testified as follows:
19                      VOIR DIRE EXAMINATION
20       BY THE COURT:
21                    THE COURT:  Step forward, ma'am.  Guadalupe
22       Cortez Garza.  Juror Number 800964.
23                    So you got a fracture in your arm, and you
24       start therapy tomorrow?
25                    PROSPECTIVE JUROR:  Yes.
```

1          THE COURT:  How long are you going to be in

2     therapy?

3          PROSPECTIVE JUROR:  I don't know.  They

4     didn't tell me.

5          THE COURT:  They didn't give you any idea

6     how long it was going to be?

7          PROSPECTIVE JUROR:  Ah, he was going to

8     check me tomorrow, and see if they could start it

9     tomorrow.

10          THE COURT:  Will you step back to the star,

11     ma'am?

12          (Court calls out next prospective juror in

13     line)

14          **(Discussion on the record at the bench.)**

15          THE COURT:  Mrs. Cortez Garza is starting

16     physical therapy for a fracture arm, that she has in a

17     sling.  My sense is to go ahead to let her go for medical

18     reasons.  Any objections?

19          MR. PADILLA:  No objections from the State.

20          MR. GILMAN:  No objections.

21          **(End of bench conference.)**

22          THE COURT:  Step forward, Mrs. Garza.  You

23     are excused.

24          **(Excused at 10:09 a.m.)**

25          **SALLY ELIZABETH SMITH,**

65

```
 1      having been called as a prospective juror and, upon

 2       her oath, was examined and testified as follows:

 3                      VOIR DIRE EXAMINATION

 4    BY THE COURT:

 5                 THE COURT:  Sally Elizabeth Smith, Juror

 6    Number 728418.  You're a student?

 7                 PROSPECTIVE JUROR:  Yes, sir.

 8                 (Court calls out next prospective juror in

 9    line)

10                 THE COURT:  Are you a student this summer?

11                 PROSPECTIVE JUROR:  Yes.  I got my

12    statement of charges with me.

13                 THE COURT:  So -- you're ready?

14                 PROSPECTIVE JUROR:  Oh, yes.

15                 THE COURT:  Okay.  Please step back to the

16    star.

17                 (Discussion on the record at the bench.)

18                 MR. GILMAN:  No objections, Your Honor.

19                 MR. PADILLA:  No objections, Your Honor.

20                 (Excused at 10:11 a.m.)

21                      VICTOR DIAS, JR.,

22       having been called as a prospective juror and, upon

23       his oath, was examined and testified as follows:

24                      VOIR DIRE EXAMINATION

25    BY THE COURT:
```

66

```
1                    THE COURT:  Victor Dias, Jr.  I'm sorry
2    this is Juror Number 292454.  You had surgery.  Where did
3    you have surgery?
4                    PROSPECTIVE JUROR:  On my testicles.
5                    THE COURT:  And how long is that going to
6    last, the pain and all of that?  When did you have
7    surgery?
8                    PROSPECTIVE JUROR:  It's so I can have
9    kids.
10                   THE COURT:  When was that done?  You had a
11   vasectomy?
12                   PROSPECTIVE JUROR:  No.  I did not have a
13   vasectomy.  It's so I can "have" kids.
14                   THE COURT:  So you can "have" kids?
15                   PROSPECTIVE JUROR:  I had excess veins.
16                   THE COURT:  Okay.  When did that surgery
17   happen, sir?
18                   PROSPECTIVE JUROR:  Around ten days.
19                   THE COURT:  Aren't you feeling better now?
20                   PROSPECTIVE JUROR:  Yeah.  But it still
21   hurts.  I don't like to be sitting down, and they're still
22   swollen.
23                   MR. PADILLA:  How long is the pain going to
24   be there?  Did the doctor tell you when it would go away?
25                   PROSPECTIVE JUROR:  Around ten days.
```

```
 1                    MR. PADILLA:  Around ten days?
 2                    PROSPECTIVE JUROR:  Still have pain.  I
 3       take medicine.
 4                    MR. PADILLA:  You think if you come back to
 5       serve in about two weeks, do you think you could be able
 6       to serve.  Maybe the paper will be gone?
 7                    PROSPECTIVE JUROR:  Well, yeah.  But I
 8       don't know about the swelling.  The swelling is going to
 9       take a long time --
10                    MR. PADILLA:  But by the time, in two
11       weeks, the pain should go away.  Maybe some swelling, but
12       the pain would be gone by that time.
13                    PROSPECTIVE JUROR:  But the pain would --
14       yeah but I got to ice it down.
15                    MR. PADILLA:  How often do you have to do
16       that?
17                    THE COURT:  Basically the way it is going
18       to be, Mr. Dias, is, today, you come back at 10:30.  Then
19       you're going to leave shortly thereafter, and come back at
20       1:30 and it's probably going to be another hour or so.
21       And then you're going to leave probably for a week or two.
22       And then you're going to come for an appointment.  You're
23       going to be here for 45 minutes to an hour, hour and a
24       half max, and then you'll come back.  So you're going to
25       serve about two weeks from now.  You should be better by
```

1    then, shouldn't you, Mr. Dias?

2                    PROSPECTIVE JUROR:  Well, I should.  From

3    the pain, but the swelling --

4                    THE COURT:  I'm going to deny it at this

5    time and ask you to come back at 10:30.

6                    PROSPECTIVE JUROR:  Okay.

7                    THE COURT:  Thank you.

8                    **(Excused at 10:11 a.m.)**

9                    THE COURT:  Benjamin Barrera?

10                   (Court calls out next prospective juror in

11   line)

12                   THE COURT:  Student.  Summer class.  Juror

13   Number 821884.  Are you enrolled in summer classes, sir?

14                   PROSPECTIVE JUROR:  Yes, sir.

15                   THE COURT:  How many class are you taking?

16                   PROSPECTIVE JUROR:  Five.

17                   THE COURT:  So you're a full-time student?

18                   PROSPECTIVE JUROR:  Yes, sir.

19                   THE COURT:  And you're claiming the

20   exemption?

21                   PROSPECTIVE JUROR:  Yes, sir.

22                   THE COURT:  You may be excused.  Thank you

23   very much.

24                   (Court calls out next prospective juror

25   in line)

69

1          (Witness was excused at 10:12 a.m.)

2                  JENNIFER LYNN MCNABB,

3     having been called as a prospective juror and, upon

4     her oath, was examined and testified as follows:

5                  VOIR DIRE EXAMINATION

6     BY THE COURT:

7                  THE COURT:  This is Juror Number 302581,

8     Ms. Jennifer Lynn McNabb.  You have a medical appointment

9     at M. D. Anderson?

10                 PROSPECTIVE JUROR:  Yes.  And I have two

11    children getting out of school on Friday.  I'm a teacher.

12                 THE COURT:  The two children may not get

13    you, but the M. D. Anderson -- that's for you?

14                 PROSPECTIVE JUROR:  Yes.

15                 THE COURT:  Good luck, and God bless.

16                 PROSPECTIVE JUROR:  Thank you.

17                 THE COURT:  I'm excusing Juror Number

18    302581.

19                 (Excused at 10:12 a.m.)

20                 THE COURT:  Antonio Rodriguez?  Juror

21    Number 727139. (Court calls out next prospective juror in

22    line) Hello.  Mr. Rodriguez.  How long ago were you

23    convicted, sir?

24                 PROSPECTIVE JUROR:  It was in the '80s.

25                 THE COURT:  In the '80s?  It was a felony?

```
1                    PROSPECTIVE JUROR:  It was a felony and I
2     had a misdemeanor.
3                    THE COURT:  You're excused, sir.  Thank you
4     very much.
5                    (Court calls out next prospective juror in
6     line)
7                    (Excused at 10:13 a.m.)
8                    DONALD ROSS WILES,
9      having been called as a prospective juror and, upon
10     his oath, was examined and testified as follows:
11                    VOIR DIRE EXAMINATION
12    BY THE COURT:
13                    THE COURT:  Donald Ross Wiles?  Hi,
14    Mr. Wiles.
15                    PROSPECTIVE JUROR:  Yes.
16                    THE COURT:  Just because you're working out
17    of town, is not a valid excuse, sir.
18                    PROSPECTIVE JUROR:  Okay.
19                    THE COURT:  It may be inconvenient.  And I
20    am very sorry for that.  But everybody has got to serve,
21    sir.
22                    PROSPECTIVE JUROR:  Uh-huh.  Okay.
23                    THE COURT:  I'm going to deny your request.
24    I'm going to ask you to please come back at 10:30.
25                    PROSPECTIVE JUROR:  Okay.
```

```
1              THE COURT:  Thank you.  Mr. Wiles.  You
2    need your badge.  I'm sorry.  She's going to give it to
3    you.
4                 (Excused at 10:13 a.m.)
5                   REMO ZEL SACCANI,
6      having been called as a prospective juror and, upon
7      his oath, was examined and testified as follows:
8                 VOIR DIRE EXAMINATION
9    BY THE COURT:
10             THE COURT:  Mr. Saccani, 276309.  You're a
11   full-time student, sir?
12             PROSPECTIVE JUROR:  Correct.
13             THE COURT:  Are you a student?  Excuse me.
14      (Court calls out next prospective juror in line) Are
15   you a student during the summer?
16             PROSPECTIVE JUROR:  Yes, also.
17             THE COURT:  Do you have your registration,
18   sir.
19             PROSPECTIVE JUROR:  I go to Centro
20   Universitario Del Noreste.  I have my badge, and I have my
21   Texas Bar Letter of confirmation.  I'm doing two things at
22   once.
23             THE COURT:  That's medical school?
24             PROSPECTIVE JUROR:  No.  This is law school
25   in Matamoros.  I'm a Florida lawyer who also aspires to be
```

1    a Texas law.  So I am taking the Texas Bar Exam in July.

2                    THE COURT:  And you're a full-time school

3    in Matamoros?

4                    PROSPECTIVE JUROR:  Right.  And the summer

5    what we have are investigations.

6                    THE COURT:  Investigations?

7                    PROSPECTIVE JUROR:  Investigations, with a

8    professor (Speaks in Spanish).

9                    THE COURT:  Are you enrolled as a full-time

10   student?

11                   PROSPECTIVE JUROR:  The summer involves --

12                   THE COURT:  My question was very specific

13   Mr. Sacaani:  Are you enrolled as a full-time student?

14                   PROSPECTIVE JUROR:  I don't believe there

15   is anything as full-time enrollment because the classes

16   aren't offered on a full-time basis, but I'm working on

17   one with the professor.  In addition, I am also studying

18   and working for the Texas Bar.

19                   THE COURT:  Take your papers.  Step back to

20   the star, and I'll be with you in just a minute,

21   Mr. Saccani.

22                   **(Discussion on the record at the bench.)**

23                   THE COURT:  He doesn't fall in the

24   technical requirements.

25                   MR. GILMAN:  He is so preoccupied with all

73

```
 1    that other stuff.  He's trying to get the bar exam.
 2                    MR. PADILLA:  I'd keep him on.  I am
 3    opposed to him being released as a potential juror in this
 4    case.
 5                    (End of bench conference.)
 6                    THE COURT:  Mr. Saccani?  Step forward,
 7    sir.  I'm going to go ahead and grant your excuse.  I'm
 8    going to go ahead -- give you your excuse for the day.
 9    Mr. Padilla you may make your record.
10                    MR. PADILLA:  I have made my record.  Thank
11    you.
12                    THE COURT:  Thank you.
13                    PROSPECTIVE JUROR:  Okay.
14                    (excused at 10:15 a.m.)
15                    BRENDA SILVA DE LA ROSA,
16      having been called as a prospective juror and, upon
17      her oath, was examined and testified as follows:
18                    VOIR DIRE EXAMINATION
19    BY THE COURT:
20                    THE COURT:  Brenda Silva De La Rosa.  This
21    is Juror Number 206638.  Hello, Mrs. De La Rosa.  You are
22    leaving out of town for training.  You will be out of town
23    for a month?  Where do you work at, ma'am?
24    (Court calls out next prospective juror in line)
25                    PROSPECTIVE JUROR:  I work for the post
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

1    office.

2                    THE COURT:  For the post office?

3                    PROSPECTIVE JUROR:  It's actually a program

4    that I applied for, that I was accepted into.  It's a 16

5    week program.  That once I graduate it will promote me to

6    be a supervisor.

7                    THE COURT:  Is that part of the Pisces

8    Program.

9                    PROSPECTIVE JUROR:  Well, no.  It's

10   people -- I'm an associate supervisor for them.

11                   THE COURT:  Would you step back to the

12   star?

13               **(Discussion on the record at the bench.)**

14                   THE COURT:  Gentlemen, these opportunities

15   come within the post office very rarely --

16                   MR. PADILLA:  Yes.

17                   MR. GILMAN:  Yes.

18                   MR. PADILLA:  State is unopposed.

19                   MR. GILMAN:  We are unopposed.

20               **(End of bench conference.)**

21                   THE COURT:  Step forward.  We're going to

22   ahead and excuse you.

23                   MR. GILMAN:  Make sure that we get our

24   mail.

25                   MR. PADILLA:  Make sure to get our mail.

1    My wife needs her mail at the right time.  Okay?

2              THE COURT:  You are excused.  Thank you

3    very much.

4              **(Excused at 10:16 a.m.)**

5                   **NORMA JIMENEZ,**

6    having been called as a prospective juror and, upon

7    her oath, was examined and testified as follows:

8                   **VOIR DIRE EXAMINATION**

9    **BY THE COURT:**

10             THE COURT:  Norma Jimenez.

11             DEPUTY CLERK:  Did you excuse this one?

12             THE COURT:  Yes.  This is Juror Number

13   167855.  Just started work a week ago.  Where do you work?

14   Excuse me.  I don't mean to be rude.  (Court calls out

15   next prospective juror in line)

16             PROSPECTIVE JUROR:  I actually have two

17   months working.  But I went out of town last week because

18   I got married on the 17th.  I just started working again

19   on May 27.

20             THE COURT:  Where are you working?

21             PROSPECTIVE JUROR:  Language Line Services.

22   I'm an interpreter, English and Spanish, and I interpret

23   for different companies.  And also -- right now that I

24   know that it's a murder case, I don't think I could do it.

25             THE COURT:  Why?

Adelaido Flores, Jr.
Certified Shorthand Reporter

1          PROSPECTIVE JUROR:  I don't know.  I would

2    think my emotions -- nobody has the right to take somebody

3    else's life.  I just -- I don't know.

4          THE COURT:  Just because you started work,

5    that's not a good enough reason.

6          PROSPECTIVE JUROR:  Okay.

7          THE COURT:  Step back to the star.  I will

8    be with you in just a minute.

9          **(Discussion on the record at the bench.)**

10         THE COURT:  Gentlemen?

11         MR. PADILLA:  I think we should leave her

12   on, and find out at the end if she gets on the individual

13   voir dire, we can address that more about her belief.

14         THE COURT:  Mr. Gilman?

15         MR. PADILLA:  We agree.

16         THE COURT:  Mrs. Jimenez?  I am going to

17   ask you to come back at 10:30.  We're going to deny your

18   request at this time.  We will sit you down for individual

19   voir dire and then we'll deal with it then.

20         PROSPECTIVE JUROR:  Okay.

21         THE COURT:  So just stick around until

22   10:30.

23         **(Excused at 10:18 a.m.)**

24         **ELVIA ATKINSON,**

25   **having been called as a prospective juror and, upon**

1   her oath, was examined and testified as follows:

2                   VOIR DIRE EXAMINATION

3   BY THE COURT:

4                   THE COURT:  Elvia Atkinson?  Hi,

5   Ms. Atkinson.  Court calls out next prospective juror in

6   line)

7                   This is Juror Number 870849.  You have high

8   blood pressure, and diabetic.  You go to the restroom a

9   lot.

10                  PROSPECTIVE JUROR:  Yeah.  And if I sit or

11  stand a lot, my legs get numb.

12                  THE COURT:  Legs get numb?  How long has

13  that happened?

14                  PROSPECTIVE JUROR:  Ever since -- ever

15  since I've been a diabetic.

16                  THE COURT:  Do you work, ma'am?

17                  PROSPECTIVE JUROR:  No, sir.

18                  THE COURT:  Okay.

19                  MR. PADILLA:  May I ask her something?  Do

20  you get Social Security for diabetes?

21                  PROSPECTIVE JUROR:  No.

22                  MR. PADILLA:  Ever get light headed?

23                  PROSPECTIVE JUROR:  Yes, I do.  Plus I have

24  allergies.

25                  MR. PADILLA:  But because you're diabetic,

1   you get light headed.  Sometimes you have whirl spins,

2   things of that nature, or not?

3                   PROSPECTIVE JUROR:  I don't know.  In

4   December of last year --

5                   MR. PADILLA:  Uh-huh.

6                   PROSPECTIVE JUROR:  -- I went back -- my

7   husband said I went back like in slow motion --

8                   MR. PADILLA:  Uh-huh.

9                   PROSPECTIVE JUROR:  But I didn't lose

10  consciousness.  I just got up right away.

11                  MR. PADILLA:  You take medication every

12  day?

13                  PROSPECTIVE JUROR:  Yes.

14                  MR. PADILLA:  Can you step back?

15                  THE COURT:  No, no.  Please step back.

16                  **(Discussion on the record at the bench.)**

17                  THE COURT:  Any objections?

18                  MR. GILMAN:  Yeah, I object.

19                  MS. DE FORD:  Everybody is saying

20  diabetics.  I can tell you as a nurse --

21                  THE COURT:  I can't hear you, Mrs. De Ford.

22                  MS. DE FORD:  -- everybody is trying to get

23  off of it because they have diabetes.  As a nurse I can

24  tell you that people who are diabetics they take

25  medications.  As long as they have breaks to eat little

1    snacks, they'll be fine.

2              THE COURT:  I've been around a lot of

3    diabetics --

4              MRS. DE FORD:  Everybody is going to want

5    to use that as an excuse.

6              THE COURT:  I understand.  But she also has

7    high blood pressure.  Gentlemen, is there any objection to

8    Mrs. Atkinson --

9              MR. GILMAN:  No.  There is no objection

10   from the defense.  Keep her on.

11             THE COURT:  No objections to keeping her

12   on?

13             MR. GILMAN:  I want to keep her on.

14             MR. PADILLA:  Fine, Judge.  We will address

15   the diabetic issue during voir dire when she gets on the

16   panel.

17             **(Excused at 10:19 a.m.)**

18             THE COURT:  Mrs. Atkinson?  Step forward.

19   We're going to rely on your medication to keep you in

20   line.  We are going to ask you to please serve.  We will

21   ask you to come back at 10:30, and we'll deal with these

22   issues a little bit later.

23             PROSPECTIVE JUROR:  Okay.

24             THE COURT:  Don't go away.  Stay away until

25   10:30.  You are not excused, okay?

1              PROSPECTIVE JUROR:  Okay.  So can I go

2    outside?

3              THE COURT:  You can go outside and come

4    back at 10:30.

5              MR. CORDOVA:  She needs her badge.

6              **(Excused at 10:20 a.m.)**

7                     **NORMA GONZALES,**

8    **having been called as a prospective juror and, upon**

9     **her oath, was examined and testified as follows:**

10                **VOIR DIRE EXAMINATION**

11   **BY THE COURT:**

12             THE COURT:  Norma Gonzales.  (Court calls

13   out next prospective juror in line)

14             Junior high school.  Counselor registered

15   for summer school right now.

16             PROSPECTIVE JUROR:  Sir, I am in charge of

17   seventh grade -- about 300 students.

18             MR. PADILLA:  The other thing is, Judge,

19   she's David Gonzalez's mother.

20             THE COURT:  You are David Gonzalez's

21   mother?

22             PROSPECTIVE JUROR:  That one right there.

23             MS. DE FORD:  She can be fair and

24   impartial.

25             THE COURT:  You object to this one?

```
 1                    MR. GILMAN:  Yes.
 2                    THE COURT:  I want you to know only because
 3       they know you.  Otherwise, I would let you serve.  You
 4       raised a good son.
 5                    PROSPECTIVE JUROR:  Thank you, and I'm
 6       proud of him.
 7                    THE COURT:  Take care.  That was Juror
 8       211622.
 9                    (Excused at 10:21 a.m.)
10                    SANTIAGO ROBLES,
11        having been called as a prospective juror and, upon
12         his oath, was examined and testified as follows:
13                    VOIR DIRE EXAMINATION
14       BY THE COURT:
15                    THE COURT:  Santiago Robles.  This is Juror
16       Number 164013.
17                    (Court calls out next prospective juror in
18       line)
19                    THE COURT:  You may be a possible witness
20       in a case regarding hot checks.  That has nothing to do
21       with this case.
22                    PROSPECTIVE JUROR:  I am willing to serve.
23       I just thought I better report it.
24                    THE COURT:  And I appreciate you reporting
25       it.  It's important to do that, but it's not a reason not
```

82

```
1    to serve.
2                    PROSPECTIVE JUROR:  No.  I want to serve.
3                    THE COURT:  Okay.
4                    MR. PADILLA:  Thank you.
5                    THE COURT:  You are going to need your
6    badge.
7                    (Excused at 10:21 a.m.)
8                    MARIA ELENA PEREZ,
9      having been called as a prospective juror and, upon
10     her oath, was examined and testified as follows:
11                   VOIR DIRE EXAMINATION
12   BY THE COURT:
13                   THE COURT:  Maria Elena Perez?  Has an 11
14   month old child.  Baby has fever.  Day care will not
15   accept her.
16                   MR. GILMAN:  No objections.
17                   THE COURT:  You are excused.  Thank you
18   very much.
19   \      (Court calls out next prospective juror in line)
20                   (Excused at 10:21 a.m.)
21                   MARIA VIDAL PEREZ,
22     having been called as a prospective juror and, upon
23     her oath, was examined and testified as follows:
24                   VOIR DIRE EXAMINATION
25   BY THE COURT:
```

83

```
 1                    THE COURT:  Juror 259324, Maria Vidal
 2    Perez.  Her excused was granted.  No objections.
 3                    (Excused at 10:22 a.m.)
 4                    SANDRA V. GONZALEZ,
 5     having been called as a prospective juror and, upon
 6     her oath, was examined and testified as follows:
 7                    VOIR DIRE EXAMINATION
 8    BY THE COURT:
 9                    THE COURT:  This is Sandra V. Gonzalez,
10    816756.  Hi, Mrs. Gonzalez.  Four children under ten years
11    old.
12                    PROSPECTIVE JUROR:  I'm sorry?
13                    THE COURT:  Four children.
14                    PROSPECTIVE JUROR:  Well, I have a 15 and a
15    14, a nine year old and a six year old.
16                    THE COURT:  Who takes care of them?
17                    PROSPECTIVE JUROR:  I do.  I'm a
18    stay-at-home mom.
19                    THE COURT:  You're not working at all?
20                    PROSPECTIVE JUROR:  No, sir.  That's the
21    reason why I don't work.
22                    THE COURT:  Because we're going to go ahead
23    and grant your exemption.
24                    PROSPECTIVE JUROR:  Thank you.  I
25    appreciate that very much.
```

84

```
 1              (Excused at 10:22 a.m.)
 2                 MARIA LIZETTE MORENO,
 3       having been called as a prospective juror and, upon
 4       her oath, was examined and testified as follows:
 5                 VOIR DIRE EXAMINATION
 6       BY THE COURT:
 7                 THE COURT:  Maria Lizette Moreno?
 8                 On Sandra B. Gonzalez, 816756, that
 9       exemption was granted.
10                 Mrs. Moreno, you're full-time student?
11                 PROSPECTIVE JUROR:  Yes.
12                 MR. GILMAN:  She used to work here.
13                 MR. PADILLA:  She was in the district
14       clerk's office.
15                 THE COURT:  Are you a college student?
16                 PROSPECTIVE JUROR:  Yes.
17                 THE COURT:  Where are you going to school?
18                 PROSPECTIVE JUROR:  UTB.
19                 THE COURT:  Are you in school now?
20                 PROSPECTIVE JUROR:  I started.
21                 THE COURT:  What are you studying?
22                 PROSPECTIVE JUROR:  Accounting.
23                 THE COURT:  You are a full-time student?
24                 PROSPECTIVE JUROR:  Yes.
25                 THE COURT:  Your excuse is granted.  Good
```

85

```
1    luck.
2                    (Excused at 10:23 a.m.)
3                         JUAN CANTU,
4     having been called as a prospective juror and, upon
5      his oath, was examined and testified as follows:
6                    VOIR DIRE EXAMINATION
7    BY THE COURT:
8                    THE COURT:  This is Juan Cantu, Juror
9    Number 82684.  This is your last day of school?
10                    PROSPECTIVE JUROR:  Yes.  It's going to end
11   by tomorrow.
12                    THE COURT:  (laughs)
13                    PROSPECTIVE JUROR:  I just wanted to end
14   the year with my kids.
15                    MR. PADILLA:  We'll see you in June.
16                    THE COURT:  You're going to need your
17   badge, Mr. Cantu.
18                    (Excused at 10:23 a.m.)
19                    ERICA HERNANDEZ GARCIA,
20    having been called as a prospective juror and, upon
21     her oath, was examined and testified as follows:
22                    VOIR DIRE EXAMINATION
23   BY THE COURT:
24                    THE COURT:  Erica Hernandez Garcia?
25                    (Court calls out next prospective juror in
```

```
line)
                    You are training for T-Mobile.  If you miss
class, you need to start work all over again.
                    PROSPECTIVE JUROR:  Yeah.  But they don't
have a set date yet, and it's two to three months, and we
have two kids.  And I can't be without work, for two to
three months.
                    THE COURT:  So, if you don't do this, you
don't get work?
                    PROSPECTIVE JUROR:  No.  The thing is, I'm
on training right now --
                    THE COURT:  Yes, ma'am.
                    PROSPECTIVE JUROR:  -- if I miss more than
two days, I have to reschedule for a new class.  They
don't have any English classes available right now.
                    THE COURT:  Okay step back to the star,
ma'am.
                    (Discussion on the record at the bench.)
                    MR. GILMAN:  She's a single mom.  I'm going
to let her go.
                    MR. PADILLA:  I have no opposition.  I just
wish T-Mobile -- hopefully, my service will be better.
                    THE COURT:  I think she's going to be
preoccupied.
                    MR. GILMAN:  No objections.
```

```
 1              (End of bench conference.)

 2              THE COURT:  Under the circumstances, we are

 3   not an excuse -- but for these circumstances we're going

 4   to let you go.  Good luck.  God Bless.

 5              (Excused at 10:24 a.m.)

 6              THE COURT:  Charles David Burns.  This is

 7   Juror Number 155182.  (Court calls out next prospective

 8   juror in line)

 9              PROSPECTIVE JUROR:  Good morning,

10   gentlemen.

11              THE COURT:  How are you?

12              PROSPECTIVE JUROR:  I'm doing good.

13              THE COURT:  Retiring Friday from Channel

14   Five.  Having party for you, and training a replacement.

15              PROSPECTIVE JUROR:  That would be it.

16              THE COURT:  Well, you're going to get a

17   chance to go to the party on Friday --

18              PROSPECTIVE JUROR:  Okay.

19              THE COURT:  -- Mr. Burns, unless you got

20   another reason I'm going to deny your request and I'm

21   going to ask that you stick around.  It will be today, and

22   then you'll get an appointment later and it'll be some

23   time after Friday.

24              PROSPECTIVE JUROR:  Okay -- that'll work.

25              THE COURT:  You're going to need your
```

88

1    badge, so hold on.

2                    (Excused at 10:25 a.m.)

3                    HECTOR JOSE RIVERA,

4      having been called as a prospective juror and, upon

5      his oath, was examined and testified as follows:

6                    VOIR DIRE EXAMINATION

7    BY THE COURT:

8                    THE COURT:  This is Hector Jose Rivera,

9    Juror Number 125896.  Mr. Rivera has been here today, and

10   has requested other excuses.  (Court calls out next

11   prospective juror in line) Weren't you at --

12                   PROSPECTIVE JUROR:  Boater's World?

13                   THE COURT:  Boater's World.  Okay, Mr.

14   Rivera.  You will be out of town getting certification for

15   eye doctor.  When?

16                   PROSPECTIVE JUROR:  No, my wife.  I'm going

17   to get the course for the optician.

18                   THE COURT:  She's going to take it, or you?

19                   PROSPECTIVE JUROR:  No.  She's going to be

20   the doctor.  I am the one that will be getting the

21   optician specialist course in Houston.

22                   THE COURT:  When?

23                   PROSPECTIVE JUROR:  We're leaving at

24   3:00 o'clock in the afternoon.

25                   THE COURT:  He says that they are leaving

89

1   at 3:00 this afternoon to start taking classes as an

2   optician.

3                    Step back.

4                    **(Discussion on the record at the bench.)**

5                    MR. PADILLA:  The State is not opposed.

6   He's going to be preoccupied.

7                    MR. GILMAN:  No objections.

8                    THE COURT:  Mr. Rivera?  Step forward, sir.

9   Couldn't figure out where you were from, Mr. Rivera.

10                   MR. PADILLA:  I see him at Boater's World,

11  too, because I'm in there all of the time buying stuff.

12                   THE COURT:  You're going to be excused.

13  Good luck.  As long as you are going to be a full-time

14  student.

15                   **(Excused at 10:26 a.m.)**

16                    **ALBERTO REYES, JR.,,**

17   **having been called as a prospective juror and, upon**

18   **his oath, was examined and testified as follows:**

19                   **VOIR DIRE EXAMINATION**

20  **BY THE COURT:**

21                   THE COURT:  Alberto Reyes, Jr.?  This is

22  Juror Number 833626.(Court calls out next prospective

23  juror in line) Police security at San Benito ISD.  Has

24  seen several gang fights.  Total officers, nine.  Need to

25  be there for end of school.

90

```
 1                      PROSPECTIVE JUROR:  And we get out
 2   tomorrow.
 3                      THE COURT:  Well, you'll be there tomorrow.
 4                      PROSPECTIVE JUROR:  Oh, I should be there
 5   tomorrow?
 6                      THE COURT:  You'll be there tomorrow.
 7   You'll have to be here today, and then you'll get an
 8   appointment to come later on.
 9                      MR. PADILLA:  In June.  Sometime in June.
10                      MR. GILMAN:  I don't have any objections to
11   him being excused.
12                      MR. PADILLA:  Step back.
13                      THE COURT:  Are you the only one taking
14   care of the kids?
15                      PROSPECTIVE JUROR:  We have some other
16   guys --
17                      THE COURT:  Step back, sir.
18                      (Discussion on the record at the bench.)
19                      MR. PADILLA:  Judge, I know he's working
20   till the end of the year -- dealing with fights, paint
21   balls, et cetera.  That's why they're going to be there on
22   Friday.
23                      THE COURT:  You feel he'll be preoccupied?
24                      MR. PADILLA:  But that's only for Friday.
25   I feel he'll be an excellent juror.  We won't object to
```

91

```
 1    him being released.
 2              MR. GILMAN:  He wants to make me use my
 3    strike.  I don't want a police officer on the --
 4              MR. PADILLA:  Judge, he is only preoccupied
 5    tomorrow, and then he can serve after that.
 6              MR. GILMAN:  He has to stop the criminals
 7    in San Benito.
 8              (End of bench conference.)
 9              THE COURT:  Mr. Reyes, step forward, sir.
10              MR. GILMAN:  Is it just Friday that you're
11    worried about?
12              PROSPECTIVE JUROR:  As far as Friday?  No.
13    Actually, all week school is letting out and then we have
14    to --
15              THE COURT:  Can you serve today and then
16    later on?
17              PROSPECTIVE JUROR:  Yes.
18              THE COURT:  You can serve today and then
19    later on?
20              PROSPECTIVE JUROR:  Yeah.
21              THE COURT:  I'm going to deny your request,
22    and I'm going to ask you to come back.  We're getting
23    awfully close to that.
24              (Excused at 10:27 a.m.)
25
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

92

```
 1                    NORMA J. ESQUIVEL,

 2       having been called as a prospective juror and, upon

 3       her oath, was examined and testified as follows:

 4                     VOIR DIRE EXAMINATION

 5   BY THE COURT:

 6               THE COURT:  Norma Janet Esquivel?  (Court

 7   calls out next prospective juror in line) Norma Esquivel?

 8               PROSPECTIVE JUROR:  Yes.

 9               THE COURT:  You're at school -- secretary

10   for Perez Elementary.

11               PROSPECTIVE JUROR:  Yes, sir.

12               THE COURT:  It'll be today, and then later

13   on.

14               PROSPECTIVE JUROR:  Come back later on an

15   reschedule.

16               THE COURT:  Can you serve today, and then

17   later?

18               PROSPECTIVE JUROR:  I can't.

19               THE COURT:  What do you mean you can't?

20               PROSPECTIVE JUROR:  Well --

21               THE COURT:  You're serving today.

22               PROSPECTIVE JUROR:  Yes, sir, I am.  I'm

23   excused today, from work.  However, after listening to the

24   kind of case that you will be holding, I am a Jehovah's

25   witness.
```

93

1            THE COURT:  You're a Jehovah's witness?

2            PROSPECTIVE JUROR:  Yes, sir, I am.  And

3     due to my --

4            THE COURT:  What temple do you belong to?

5            PROSPECTIVE JUROR:  Excuse me?

6            THE COURT:  What temple do you belong to?

7            PROSPECTIVE JUROR:  I go to the one on

8     Coffeeport.  It's on a duplex.

9            THE COURT:  Why do you want to be excused?

10           PROSPECTIVE JUROR:  It's my personal

11    belief.

12           THE COURT:  Why?

13           PROSPECTIVE JUROR:  You're talking about

14    the death penalty.

15           THE COURT:  Yes, ma'am?

16           PROSPECTIVE JUROR:  I wouldn't be able to

17    serve on that type of a jury.

18           THE COURT:  Why?  Why?

19           PROSPECTIVE JUROR:  I can't make a decision

20    like that.

21           MR. PADILLA:  Do your religious principles

22    prohibit you from judging other people?

23           PROSPECTIVE JUROR:  Yes, sir.

24           MR. PADILLA:  And how long have you been a

25    Jehovah's witness?

Adelaido Flores, Jr.
Certified Shorthand Reporter

94

```
 1              PROSPECTIVE JUROR:  I've been -- since '85.
 2              MR. PADILLA:  Since '85?
 3              PROSPECTIVE JUROR:  Yes, sir.
 4              MR. PADILLA:  And you believe that because
 5    of your religious upbringings, religious beliefs, and
 6    religious principles, that you could not imposed the death
 7    penalty in a case like that?
 8              PROSPECTIVE JUROR:  Yes.  On something like
 9    this, I wouldn't be able to.
10              THE COURT:  You are excused, ma'am.
11              PROSPECTIVE JUROR:  Thank you very much.
12              THE COURT:  That was Norma Janet Esquivel.
13    (Court calls out next prospective juror in line.)
14              (Excused at 10:29 a.m.)
15              ELSA GRACIELA RODRIGUEZ,
16     having been called as a prospective juror and, upon
17     her oath, was examined and testified as follows:
18              VOIR DIRE EXAMINATION
19    BY THE COURT:
20              THE COURT:  Elsa Graciela Rodriguez?
21    (Court calls out next prospective juror in line)
22              Medical problem?
23              PROSPECTIVE JUROR:  Yes.
24              THE COURT:  Dr. Miguel is your doctor.
25    What is your medical condition, ma'am?
```

95

```
 1              PROSPECTIVE JUROR:  Bad circulation,
 2   diabetic, I have thyroid problem, open heart surgery, and
 3   arthritis.  I got it all.
 4              THE COURT:  Don't you take medication?
 5              PROSPECTIVE JUROR:  I take medications.
 6              THE COURT:  For your circulation?
 7              PROSPECTIVE JUROR:  For my circulation?
 8   No.  My feet get very numb, and my legs tingle a lot.  I
 9   guess from respiratory condition and for my open heart.
10              THE COURT:  You had open heart surgery?
11              PROSPECTIVE JUROR:  Yes.
12              THE COURT:  How long ago?
13              PROSPECTIVE JUROR:  Fourteen years.
14              THE COURT:  And what do you do for a
15   living?
16              PROSPECTIVE JUROR:  I don't.  I'm disabled.
17              THE COURT:  You get Social Security
18   benefits?
19              PROSPECTIVE JUROR:  Yes.
20              THE COURT:  Step back to the star, ma'am.
21              (Discussion on the record at the bench.)
22              MR. PADILLA:  Judge, the State would have
23   no opposition based upon her medical condition.
24              MR. GILMAN:  No objection.
25              THE COURT:  Ms. Rodriguez?  You may be
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

96

1    excused.

2                    PROSPECTIVE JUROR:  Thank you, Your Honor.

3                    MR. GILMAN:  No objection.

4                    **(Excused at 10:30 a.m.)**

5                    **ALICIA GARZA AGUILAR,**

6      **having been called as a prospective juror and, upon**

7      **her oath, was examined and testified as follows:**

8                    **VOIR DIRE EXAMINATION**

9    **BY THE COURT:**

10                   THE COURT:  Mrs. Lopez?  This is an

11   interesting one.  I'm sorry, what is your name?

12                   PROSPECTIVE JUROR:  Aguilar.

13                   THE COURT:  Yeah.  I had you over here.

14   People keep messing with my stuff.  You work for the BISD

15   Police.  You are in training today?

16                   PROSPECTIVE JUROR:  Yes, sir.

17                   THE COURT:  Not a good enough reason.

18                   PROSPECTIVE JUROR:  That's all right.  I

19   needed to present but -- I came up with a plan.  I wanted

20   to get in my five minutes in there.

21                   THE COURT:  I'm going to go ahead and deny

22   it.  She's going to give you a badge.

23                   PROSPECTIVE JUROR:  Okay.

24                   **(Excused at 10:31 a.m.)**

25

Adelaido Flores, Jr.
Certified Shorthand Reporter

97

```
 1                    DEYANIRA NIDIA LOPEZ,

 2      having been called as a prospective juror and, upon

 3      her oath, was examined and testified as follows:

 4                    VOIR DIRE EXAMINATION

 5    BY THE COURT:

 6                    THE COURT:  Deyanira Nidia Lopez?

 7                    (Court calls out next prospective juror in

 8    line).

 9                    PROSPECTIVE JUROR:  I'm a student and I'm a

10    mother with four kids.

11                    THE COURT:  Nereida Lopez?

12                    PROSPECTIVE JUROR:  That's Deyanira.

13                    THE COURT:  Deyanira?  Juror Number 142640.

14    You're a student at UTB.

15                    PROSPECTIVE JUROR:  Uh-huh.

16                    THE COURT:  Are you a full-time student?

17                    PROSPECTIVE JUROR:  Yes, sir.

18                    THE COURT:  You're excused; thank you.

19                    MR. PADILLA:  Good luck, ma'am.

20                    (Excused at 10:32 a.m.)

21

22

23

24

25
```

```
 1                 EVA RODRIGUEZ GUTIERREZ,
 2      having been called as a prospective juror and, upon
 3      her oath, was examined and testified as follows:
 4                   VOIR DIRE EXAMINATION
 5   BY THE COURT:
 6             THE COURT:  Eva Rodriguez Gutierrez?
 7             (Court calls out next prospective juror in
 8   line)
 9             She's the head clerk of Harlingen High
10   School.  Needs to stay there until --
11             PROSPECTIVE JUROR:  It's the end of the
12   year.  I can come next week if you want.
13             THE COURT:  We're going to have you serve
14   today, and then next week.  Okay?
15             PROSPECTIVE JUROR:  Okay.
16             MR. GILMAN:  We need you today, and then
17   we' call you next week.
18             MR. PADILLA:  Next week, or in two weeks.
19             THE COURT:  Just a minute.  You're going to
20   need your badge.
21             (Excused at 10:32 a.m.)
22
23
24
25
```

99

1              **MARIA GUADALUPE BARRERA,**

2     **having been called as a prospective juror and, upon**

3     **her oath, was examined and testified as follows:**

4                     **VOIR DIRE EXAMINATION**

5     **BY THE COURT:**

6              THE COURT:  Maria Guadalupe Barrera.  Juror

7     Number 914442.  Where are you a student at?

8              PROSPECTIVE JUROR:  At UTB.

9              THE COURT:  What do you in the summer?

10             PROSPECTIVE JUROR:  I go to school.  I'm a

11    substitute teacher during regular school and I go to

12    school full-time at night.  And in the summer I have

13    summer sessions.

14             THE COURT:  Summer sessions?  What do you

15    mean?

16             PROSPECTIVE JUROR:  Summer sessions, one

17    and two, like at the university.

18             THE COURT:  On a full-time basis?

19             PROSPECTIVE JUROR:  I'm on a full-time

20    basis.

21             THE COURT:  How many hours are you taking

22    at the university?

23             (Court calls out next prospective juror in

24    line.)

25             PROSPECTIVE JUROR:  I'm a substitute

1    teacher.

2                    THE COURT:  How many classes are you taking

3    at the university?

4                    PROSPECTIVE JUROR:  For summer session,

5    just one class.  You can only take, but one got canceled.

6    And during the summer session, two I take two classes.

7                    THE COURT:  Okay.  Step back to the star.

8                    PROSPECTIVE JUROR:  Uh-huh.

9                    **(Discussion on the record at the bench.)**

10                   MR. PADILLA:  The State has no opposition.

11                   THE COURT:  Full-time student.

12                   MR. GILMAN:  Yeah.

13                   THE COURT:  You may be excused.  Thank you

14   very much.

15                        **BLANCA GOMEZ,**

16    **having been called as a prospective juror and, upon**

17    **her oath, was examined and testified as follows:**

18                   **VOIR DIRE EXAMINATION**

19   **BY THE COURT:**

20                   THE COURT:  Blanca Gomez?  This is Juror

21   Number 127419.

22                   (Court calls out next prospective juror in

23   line) Your husband is disabled and you have two daughters?

24                   PROSPECTIVE JUROR:  Yes.

25                   THE COURT:  How old are your daughters?

```
 1              PROSPECTIVE JUROR:  Ten and 12.

 2              THE COURT:  Nine and twelve?  Who takes

 3   care of them during the summer?

 4              PROSPECTIVE JUROR:  During the summer, my

 5   husband is there, but I still work.

 6              THE COURT:  Your husband is there?

 7              PROSPECTIVE JUROR:  My husband is.

 8              THE COURT:  Can't he take care of them?

 9              PROSPECTIVE JUROR:  Well, if there's like

10   an emergency, he would have to call me at work.

11              THE COURT:  Where do you work?

12              PROSPECTIVE JUROR:  I work with the

13   district.  I work with the school.

14              THE COURT:  I didn't hear you.

15              PROSPECTIVE JUROR:  I work at the school.

16              THE COURT:  At the school?

17              PROSPECTIVE JUROR:  At the school.

18              THE COURT:  So your husband takes care of

19   the kids?

20              PROSPECTIVE JUROR:  Uh-huh.

21              THE COURT:  And you have to be on call.

22              PROSPECTIVE JUROR:  Yes.  Because we only

23   have one vehicle, and I have to take the vehicle to work.

24              THE COURT:  Step back to the star, would

25   you please.
```

```
 1                    (Discussion on the record at the bench.)
 2                    THE COURT:  Gentlemen?
 3                    MR. GILMAN:  She can serve, Judge.
 4                    MR. PADILLA:  I think she can serve, Judge.
 5      It might be an inconvenience.
 6                    THE COURT:  That was my sense.  Thank you.
 7                    (End of bench conference.)
 8                    THE COURT:  Mrs. Gomez?  I'm going to deny
 9      your request.  Because, in an emergency, he can call here,
10      and we can stop everything.
11                    PROSPECTIVE JUROR:  I don't know.  This is
12      my first time.
13                    THE COURT:  I understand.  You're going to
14      need your badge.  She'll give it to you.  Just a minute.
15      Turn around.
16                    (Excused at 10:34 a.m.)
17                         TOMAS MANUEL FLORES,
18       having been called as a prospective juror and, upon
19        his oath, was examined and testified as follows:
20                       VOIR DIRE EXAMINATION
21      BY THE COURT:
22                    THE COURT:  Step forward.  Tomas Manuel
23      Flores.  (Court calls out next prospective juror in line)
24      You're a store manager in McAllen.  Assistant store
25      manager, quit yesterday?
```

103

```
 1              PROSPECTIVE JUROR:  Yeah.  He quit
 2   yesterday.  So I'm the only one that opens and closes the
 3   store.
 4              THE COURT:  Well, the real problem,
 5   Mr. Flores, that's not a valid reason to be excused.
 6              PROSPECTIVE JUROR:  Well you see, I can
 7   tell somebody to get there, but then I have to be there at
 8   6:30 in the morning.  I work in McAllen and come all the
 9   way to Brownsville to do jury duty stuff.
10              THE COURT:  This will be today?
11              PROSPECTIVE JUROR:  This is for the next --
12   no.  This is for the --
13              THE COURT:  No, listen to me.
14              PROSPECTIVE JUROR:  Oh.
15              THE COURT:  This will be today.
16              PROSPECTIVE JUROR:  Okay.
17              THE COURT:  And then you'll be out,
18   relatively early in the afternoon --
19              PROSPECTIVE JUROR:  Uh-huh.
20              THE COURT:  -- and then you'll get an
21   appointment to come in the next two weeks to do voir dire,
22   and then the trial probably will not start for another two
23   weeks.
24              PROSPECTIVE JUROR:  Well, I also had the
25   exception -- I was found guilty for a burglary of a
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

104

```
 1    habitation.
 2                    THE COURT:  How long ago was that?
 3                    PROSPECTIVE JUROR:  About ten years ago --
 4    about twelve years ago.
 5                    THE COURT:  You may be excused.
 6                    (Excused at 10:35 a.m.)
 7                    JANET QUINTERA DE LA FUENTE,
 8      having been called as a prospective juror and, upon
 9      her oath, was examined and testified as follows:
10                    VOIR DIRE EXAMINATION
11    BY THE COURT:
12                    THE COURT:  Janet Quintera De La Fuente?
13                    (Court calls out next prospective juror in
14    line.)
15                    This is Juror Number 240454.  You're
16    pregnant, and you don't feel well?
17                    PROSPECTIVE JUROR:  Huh-huh.
18                    THE COURT:  How far along are you?
19                    PROSPECTIVE JUROR:  Right now, about six
20    weeks, because last week, I took a pregnancy test, and
21    they told me that I had five weeks and a half.
22                    THE COURT:  I didn't hear you, ma'am.
23                    PROSPECTIVE JUROR:  Last week -- on
24    Tuesday -- they told me that I'm pregnant that I had five
25    and a half weeks.
```

1          THE COURT:  Uh-huh.

2          PROSPECTIVE JUROR:  And now I am about six

3    weeks.

4          THE COURT:  I mean, I had three kids and my

5    wife used to teach when she was pregnant and did

6    everything when she was pregnant.

7          PROSPECTIVE JUROR:  Yeah, but they're all

8    different.  This is my first pregnancy.

9          THE COURT:  Mrs. De La Fuente?  That's not

10   an automatic excuse.  People are not sick when they are

11   pregnant.

12         PROSPECTIVE JUROR:  Nausea, vomiting and

13   dizziness?

14         THE COURT:  That's just early in the

15   morning.  I have no sympathy.  I got a daughter that has

16   kids.  My wife had kids.  I've been around it.  I'm sorry.

17         MR. PADILLA:  May I ask her something?  Is

18   this your first pregnancy?

19         PROSPECTIVE JUROR:  Yes.

20         MR. PADILLA:  Did the doctor say you were

21   going to have complications?  Did he perceive that you

22   were going to have complications?

23         PROSPECTIVE JUROR:  I haven't gone to the

24   doctor.  Next Wednesday I'm going to have my first

25   appointment.

106

```
 1              THE COURT:  I'm going to deny your request.
 2   She'll give you your badge.
 3                (Excused at 10:36 a.m.)
 4                LARRY PAUL NEBLETT,
 5     having been called as a prospective juror and, upon
 6     his oath, was examined and testified as follows:
 7                VOIR DIRE EXAMINATION
 8   BY THE COURT:
 9              THE COURT:  (Court calls out next
10   prospective juror in line)
11              Step forward, Mr. Neblett.  Juror Number
12   703584.  You'll be traveling.  Starting over there working
13   June 2 to June 6?
14              PROSPECTIVE JUROR:  Yes, sir.
15              THE COURT:  What kind of work, sir?
16              PROSPECTIVE JUROR:  I worked for Motorola.
17   I run global repairs for one of their divisions.
18              THE COURT:  The only problem is, that's not
19   a good excuse.
20              PROSPECTIVE JUROR:  I understand.  That's
21   fine.  I'll serve. that's what i got to do.
22              THE COURT:  The price we pay for a free
23   society.  She'll give you your badge.
24                (Excused at 10:37 a.m.)
25
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

107

ROSALINDA GARCIA,

having been called as a prospective juror and, upon

her oath, was examined and testified as follows:

VOIR DIRE EXAMINATION

BY THE COURT:

1
2
3
4
5

THE COURT:  Rosalinda Garcia?  Juror Number

you are care taker of your ill brother?

6
7

PROSPECTIVE JUROR:  Yes, sir.

8

THE COURT:  Is there anybody else around

who can take care of him?

9
10

PROSPECTIVE JUROR:  No, sir.

11

THE COURT:  How old is he?

12

PROSPECTIVE JUROR:  Fifty-seven.

13

THE COURT:  And what is wrong with him?

14

PROSPECTIVE JUROR:  Cirrhosis of the liver.

15

MR. PADILLA:  Cirrhosis of the liver.

16

THE COURT:  Cirrhosis of the liver?

17

PROSPECTIVE JUROR:  So he has to get the

paper work today, to get listed for a liver.

18
19

THE COURT:  For -- for a liver transplant.

20

PROSPECTIVE JUROR:  Yes.

21

THE COURT:  Okay.  Step back, please.

22

(Discussion on the record at the bench.)

23

THE COURT:  This is Juror Number 806052.

24

MR. PADILLA:  The State is unopposed.  We

25

Adelaido Flores, Jr.
Certified Shorthand Reporter

1   are not opposed to her being released.  She is concerned

2   about her brother.  Plus she's the compassionate type.

3                    MR. GILMAN:  He's making me use my excuse.

4                    **(End of bench conference.)**

5                    THE COURT:  Step forward.  You are excused.

6                    PROSPECTIVE JUROR:  Thank you very much.

7                    MR. PADILLA:  Good luck, ma'am.

8                    **(Excused at 10:38 a.m.)**

9                              **ELVA ALVARADO,**

10    **having been called as a prospective juror and, upon**

11    **her oath, was examined and testified as follows:**

12                        **VOIR DIRE EXAMINATION**

13   **BY THE COURT:**

14                    THE COURT:  (Court calls out next

15   prospective juror in line) Elva Alvarado.  Juror 708175.

16                    Hi, Mrs. Alvarado.  Having a hard time with

17   your child?

18                    PROSPECTIVE JUROR:  Not really.

19                    THE COURT:  "Husband waiting to be deployed

20   for work in oil field.  Just finished school.  And we

21   moved with the three boys, two, eleven and, seven years

22   old for the summer."  Anybody else going to be taking care

23   of your children, Mrs. Alvarado?

24                    PROSPECTIVE JUROR:  No, not at the moment.

25   Right now I'm going to be taking care of them until they

1   decide.   Supposedly, the work is going to be two to three

2   months down, but we don't know.

3                   MR. GILMAN:  We don't have any objections.

4                   THE COURT:  You are excused, Ms. Alvarado.

5

6                   (Excused at 10:39 a.m.)

7                   REBECCA REYES,

8    having been called as a prospective juror and, upon

9    her oath, was examined and testified as follows:

10                  VOIR DIRE EXAMINATION

11  BY THE COURT:

12                  THE COURT:  Rebecca Reyes?

13                  PROSPECTIVE JUROR:  I am Rebecca Reyes.

14                  THE COURT:  Hi, Ms. Reyes.  You're Juror

15  Number 177328.  You have high blood pressure, arthritis,

16  pain, inflammation and you take six medications including

17  Lasix.

18                  PROSPECTIVE JUROR:  Yes.  And the pain

19  medicine makes me very drowsy.

20                  THE COURT:  It makes you very drowsy?

21                  PROSPECTIVE JUROR:  And the Lasix, well

22  it's a diuretic pill.  I can't get away from the restroom.

23                  THE COURT:  All right.  Step back please

24                  (Discussion on the record at the bench.)

25                  MR. PADILLA:  The State is not opposed,

110

```
1    Your Honor.
2                   THE COURT:  High blood pressure, has
3    inflammation, Lasix makes her pee a lot.
4                   MR. GILMAN:  I'm sorry.  She can serve.
5                   THE COURT:  Huh?
6                   MR. GILMAN:  She can serve.
7                   (End of bench conference.)
8                   THE COURT:  Mrs. Reyes?  Step forward.
9                   PROSPECTIVE JUROR:  Yes, Your Honor.
10                  THE COURT:  Mrs. Reyes?  I see that you are
11   walking with a cane.  Do you need to use the cane because
12   of the pain?
13                  PROSPECTIVE JUROR:  Yes.
14                  THE COURT:  And I see that you have your
15   bag of medication in your left hand.  Is that the
16   medication you take?
17                  PROSPECTIVE JUROR:  Yes, the medication --
18                  THE COURT:  I'm going to go ahead and grant
19   your excuse.  Juror Number 177328 is excused.
20
21
22
23
24
25
```

```
 1                        CYNTHIA CRUZ,
 2       having been called as a prospective juror and, upon
 3       her oath, was examined and testified as follows:
 4                      VOIR DIRE EXAMINATION
 5     BY THE COURT:
 6                    THE COURT:  Cynthia Cruz, Juror Number
 7     237198.
 8                    (Court calls out next prospective juror in
 9     line)
10                    You were in a car accident, and you are
11     under therapy three times a week?
12                    PROSPECTIVE JUROR:  Yes, sir.
13                    THE COURT:  How badly were you hurt?
14                    PROSPECTIVE JUROR:  Well, actually, it hits
15     my knee.  I have water in my knee.
16                    THE COURT:  You have water in your knee?
17                    PROSPECTIVE JUROR:  They don't know if
18     they're going to do an MRI.
19                    THE COURT:  In this situation you're going
20     to serve today, and then you don't have to come back until
21     the next two weeks.  Okay?
22                    So I'm going to deny your request and I'm
23     going to ask you to stick around.  She's going to need to
24     give you your badge.
25                    (Excused at 10:41 a.m.)
```

112

1                        AIDA PERLA GAMEZ,

2        having been called as a prospective juror and, upon

3        her oath, was examined and testified as follows:

4                      VOIR DIRE EXAMINATION

5        BY THE COURT:

6                  THE COURT:  Anna Perla Gamez?

7                  (Court calls out next prospective juror in

8        line)

9                  Hi.  You work at Lopez Regional Elementary

10       School in the office, and tomorrow is the last day of

11       classes.  You will be able to get there tomorrow.

12                 PROSPECTIVE JUROR:  Okay.  Thank you.

13                 THE COURT:  But today, we need you to work

14       and you'll have to come back later on.  Okay?

15                 PROSPECTIVE JUROR:  Thank you very much.

16                 THE COURT:  You're going to need your

17       badge.

18                 (Excused at 10:41 a.m.)

19                   JESSICA MARIE ZAMORA,

20       having been called as a prospective juror and, upon

21       her oath, was examined and testified as follows:

22                    VOIR DIRE EXAMINATION

23       BY THE COURT:

24                 THE COURT:  Jessica Marie Zamora.

25                 (Court calls out next prospective juror in

```
 1   line)  Jacob Marie Zamora.  You're Juror 267571.  Student.
 2   Finals this week.  Attending South Texas -- Vo-Tech?
 3                PROSPECTIVE JUROR:  Yes.
 4                THE COURT:  So, what are you going to do
 5   this summer?
 6                PROSPECTIVE JUROR:  I'm still going to be
 7   in school until March of '09.
 8                THE COURT:  Of '09?  Are you a full-time
 9   student, ma'am?
10                PROSPECTIVE JUROR:  Yes.
11                THE COURT:  And you're there at Vo-Tech?
12   What are you studying?
13                PROSPECTIVE JUROR:  Dental assistant.
14                THE COURT:  Okay.  Step back to the star,
15   please.
16                (Discussion on the record at the bench.)
17                THE COURT:  She's a full-time student.
18                MR. GILMAN:  No objections.
19                MR. PADILLA:  She qualifies for the
20   exemption.
21                (End of bench conference.)
22                THE COURT:  Mrs. Zamora, please step
23   forward.  You are excused.  Thank you very much.
24                (excused at 10:42 a.m.)
25
```

114

1                        REYNALDO CANTU,

2        having been called as a prospective juror and, upon

3        his oath, was examined and testified as follows:

4                    VOIR DIRE EXAMINATION

5    BY THE COURT:

6                    THE COURT:  Reynaldo Cantu?  (Court calls

7    out next prospective juror in line)  Hi, Mr. Cantu.

8    You're under medication?

9                    PROSPECTIVE JUROR:  Yes.  I'm taking the

10   purple pill for the bleeding ulcers.

11                   THE COURT:  For bleeding ulcers?

12                   PROSPECTIVE JUROR:  I've got pain across

13   the stomach and into my back.

14                   THE COURT:  You have it all of the time,

15   don't you?

16                   PROSPECTIVE JUROR:  Yeah.

17                   THE COURT:  Are you working?

18                   PROSPECTIVE JUROR:  Yeah.  I'm working.

19                   THE COURT:  Where are you working at, sir?

20                   PROSPECTIVE JUROR:  At Valley Baptist.

21                   THE COURT:  Mr. Cantu, you go about your

22   life with this any way --

23                   PROSPECTIVE JUROR:  Uh-huh.

24                   THE COURT:  -- I am not going to grant your

25   medical reason and I am going to ask you to serve, please.

Adelaido Flores, Jr.
Certified Shorthand Reporter

115

1    You'll serve today and later on you'll get an appointment

2    later.  You're going to need a badge.  So don't go away.

3    Debbie, give him a badge.

4                    **(Excused at 10:43 a.m.)**

5                    **BLANCA ESTHELA RODRIGUEZ,**

6    **having been called as a prospective juror and, upon**

7    **her oath, was examined and testified as follows:**

8                    **VOIR DIRE EXAMINATION**

9    **BY THE COURT:**

10                   THE COURT:  Blanca Esthela Rodriguez?

11                   (Court calls out next prospective juror in

12   line)

13                   Juror Number 895131.  You are the primary

14   caregiver for your father?

15                   PROSPECTIVE JUROR:  For my father.

16                   THE COURT:  How old is your father?

17                   PROSPECTIVE JUROR:  Eighty-seven years old.

18                   THE COURT:  And who else takes care of him?

19                   PROSPECTIVE JUROR:  I take care of him all

20   day.  And at night, my brothers and sisters help.

21                   THE COURT:  Is there anybody else around

22   that can take care of him?

23                   PROSPECTIVE JUROR:  No.  And also I am a

24   Jehovah's witness.  I don't think that I can serve.

25                   THE COURT:  I'm going to go ahead and grant

116

```
1    your excuse.
2                    PROSPECTIVE JUROR:  Thank you very much.
3                    (Excused at 10:43 a.m.)
4                         AGAPITA GARCIA,
5      having been called as a prospective juror and, upon
6      her oath, was examined and testified as follows:
7                    VOIR DIRE EXAMINATION
8    BY THE COURT:
9                    THE COURT:  Agapita Garcia?
10                   (Court calls out next prospective juror in
11   line)
12                   Hi, Ms. Garcia.
13                   PROSPECTIVE JUROR:  Hello.
14                   THE COURT:  Last day of school?  Teacher?
15   Available after July 4?
16                   PROSPECTIVE JUROR:  Yes.
17                   THE COURT:  What are you going to do if you
18   get picked on this jury?
19                   PROSPECTIVE JUROR:  Ill lose $4,000 for
20   summer school.
21                   THE COURT:  Is that going to worry you, and
22   get you preoccupied?
23                   PROSPECTIVE JUROR:  It might.
24                   THE COURT:  Step back to the star, please.
25                   (Discussion on the record at the bench.)
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1                    MR. GILMAN:  That is going to be a big blow
 2   to her income.  I don't have any objection to her being
 3   excused.
 4                    MR. PADILLA:  The State would have no
 5   objections either, for economic reasons.
 6                    (End of bench conference.)
 7                    THE COURT:  Step forward, ma'am.  I'm going
 8   to go ahead and grant it, Mrs. Garcia.
 9                    PROSPECTIVE JUROR:  What?
10                    THE COURT:  You're excused.
11                    PROSPECTIVE JUROR:  Thank you.
12                    (Excused at 10:44 a.m.)
13                    ANNA LUISA SINGLATERRY,
14     having been called as a prospective juror and, upon
15     her oath, was examined and testified as follows:
16                    VOIR DIRE EXAMINATION
17   BY THE COURT:
18                    THE COURT:  Anna Luisa Singlaterry.  Juror
19   230135.  Children under ten.  How old are the children,
20   ma'am?
21                    PROSPECTIVE JUROR:  One has just turned
22   three, and the other one is seven.
23                    THE COURT:  And what do you do for a
24   living?  Where do you work?
25                    PROSPECTIVE JUROR:  I do tutorials in the
```

118

1    morning.

2                    THE COURT:  You take tutorials?

3                    PROSPECTIVE JUROR:  I give tutorials.

4                    THE COURT:  You give tutorial classes?

5                    PROSPECTIVE JUROR:  In Spanish.

6                    THE COURT:  In Spanish?

7                    PROSPECTIVE JUROR:  Yes.

8                    THE COURT:  So who takes care of your

9    children?

10                   PROSPECTIVE JUROR:  It's in the evening;

11   it's at the home.

12                   THE COURT:  It's at home?

13                   PROSPECTIVE JUROR:  Yes.

14                   THE COURT:  So who takes care of your kids

15   when you do that?

16                   PROSPECTIVE JUROR:  Sometimes my mother.

17                   THE COURT:  Can your mother take care of

18   your children, if you were to be picked on the jury?

19                   PROSPECTIVE JUROR:  No.  It's because she's

20   70 years old and she is living in Mexico, and sometimes

21   she comes when I have a tutorial.

22                   THE COURT:  Is there anybody else who can

23   take care of the children?

24                   PROSPECTIVE JUROR:  No.

25                   THE COURT:  Okay.  Step back to the star

119

1     please.

2                    **(Discussion on the record at the bench.)**

3                    THE COURT:  Sounds like's she's got the

4     children under ten.

5                    MR. GILMAN:  Yeah.  She does have an excuse

6     for children under ten.

7                    MR. PADILLA:  That's fine.  No problem with

8     that.

9                    **(End of bench conference.)**

10                   THE COURT:  Mrs. Singlaterry.  Step

11    forward.  You are excused.  Thank you very much.

12                   PROSPECTIVE JUROR:  Thank you.

13                   **(Excused at 10:45 a.m.)**

14                       **LAURA ANN SOLIS,**

15     **having been called as a prospective juror and, upon**

16      **her oath, was examined and testified as follows:**

17                   **VOIR DIRE EXAMINATION**

18    **BY THE COURT:**

19                   THE COURT:  Laura Ann Solis.  Juror Number

20    799970.

21                   (Court calls out next prospective juror in

22    line).

23                   PROSPECTIVE JUROR:  Hello.

24                   THE COURT:  Hi.  Where are you a student

25    at?

1              PROSPECTIVE JUROR:  I'm a student at UTB.

2              THE COURT:  And what are you doing this

3    summer?

4              PROSPECTIVE JUROR:  I have summer one and

5    summer two in the fall.  I have my statement of charges in

6    here.

7              MR. PADILLA:  Already paid for or what?

8              THE COURT:  Where are you going on

9    vacation?

10             PROSPECTIVE JUROR:  I'm not.  I'm going to

11   UTB.

12             THE COURT:  Well, the only question I got

13   for you:  Are you ready for that?  You're excused.  Thank

14   you.

15             **(Excused at 10:45 a.m.)**

16                   **YURYTZY RUIZ,**

17     **having been called as a prospective juror and, upon**

18                 **VOIR DIRE EXAMINATION**

19   **BY THE COURT:**

20             THE COURT:  Yurytzy Ruiz?

21             PROSPECTIVE JUROR:  Good morning.

22             THE COURT:  Hi.

23             PROSPECTIVE JUROR:  Hi.

24             THE COURT:  Tomorrow is your last day.  I'm

25   sorry.  That is not --

1    MR. GILMAN:  She'll be there tomorrow,

2    Judge.

3         THE COURT:  You'll be there tomorrow.

4         PROSPECTIVE JUROR:  I'm sorry.

5         THE COURT:  You'll be here tomorrow.

6    You're going to need your badge.  Just follow her.

7         **(Excused at 10:46 a.m.)**

8              **ADOLFO GOMEZ,**

9    **having been called as a prospective juror and, upon**

10   **his oath, was examined and testified as follows:**

11             **VOIR DIRE EXAMINATION**

12   **BY THE COURT:**

13        THE COURT:  Adolfo Gomez, Jr?

14        (Court calls out next prospective juror in

15   line)  Are you Adolfo Gamez?

16        PROSPECTIVE JUROR:  Yes, sir.

17        THE COURT:  Step back.  You're okay.

18   Ladies and gentlemen this is taking a little bit longer

19   than I anticipated.  So I am going to go ahead and give

20   you a break for another half hour.  I may be over

21   optimistic, but you'll have another break for another hour

22   and a half.  If you've already come up forward and

23   requested issues of exemptions or qualifications, just

24   wait until I call you.  The rest of you, if you want to

25   take a break, walk around and come back at 11:00, I would

122

1    appreciate it if you come back at 11:00.  In the meantime,

2    we will be up here working.

3              Mr. Gamez?

4              PROSPECTIVE JUROR:  Yes, sir.

5              THE COURT:  No car?  How did you get here

6    today?

7              PROSPECTIVE JUROR:  Today I brought my

8    mom's car.  She had my brother's.

9              THE REPORTER:  This is Juror number 756786.

10   You're saying that you have no transportation to come

11   here, sir.  Is that what you're saying?

12             PROSPECTIVE JUROR:  Yes.  I brought my

13   mom's vehicle.  Her only vehicle -- she has to go pick up

14   my brother from school -- and I have a year and a nine

15   month baby nephew at home that she takes care of.

16             THE COURT:  What do you do for a living?

17             PROSPECTIVE JUROR:  I work at Pizza Hut.

18             THE COURT:  And how do you get to work?

19             PROSPECTIVE JUROR:  My mom either drops me

20   off, or I call a friend to come pick me up.  My vehicle

21   just finished getting repossessed.  So I'm in the process

22   of trying to get another vehicle and pay that to get that

23   one back.

24             THE COURT:  Okay.  Step back to the star,

25   please.

```
 1               (Discussion on the record at the bench.)
 2               MR. GILMAN:  I think he can serve.
 3               THE COURT:  Pardon me?
 4               MR. PADILLA:  He can serve.  It is
 5     inconvenient, but he can serve.
 6               THE COURT:  Step forward, Mr. Gamez.  Mr.
 7     Gamez, I'm going to deny your request at this time.
 8               PROSPECTIVE JUROR:  That's fine.
 9               THE COURT:  I think you'll be back in time
10     for today.  And then you're going to get one more
11     appointment in the next two weeks.  And then after that
12     you may have to come back.  But for now, you're going to
13     have to serve.
14               PROSPECTIVE JUROR:  Okay.
15               (Excused at 10:48 a.m.)
16                 MARIA GUADALUPE HINOJOSA,
17      having been called as a prospective juror and, upon
18      her oath, was examined and testified as follows:
19                   VOIR DIRE EXAMINATION
20     BY THE COURT:
21               THE COURT:  Maria Guadalupe Hinojosa?
22               PROSPECTIVE JUROR:  I'm here, Judge.
23               (Court calls out next prospective juror in
24     line)  Hi, Ms. Hinojosa.  This is Juror Number 273379.
25     Moving to Dallas with your children on June 6 to join your
```

124

```
1    husband.

2                    PROSPECTIVE JUROR:  Yes.  My husband just

3    got a new job.

4                    THE COURT:  What's he doing now?

5                    PROSPECTIVE JUROR:  He said he's an

6    administrator with City Bank.

7                    THE COURT:  With City Bank?

8                    PROSPECTIVE JUROR:  Yeah.  He lost his job

9    after Katrina.  We had to move to Los Angeles, but it was

10   too busy for me -- for me and my kids.

11                   THE COURT:  How old are your children?

12                   PROSPECTIVE JUROR:  My boys are 11 and 13.

13                   THE COURT:  How old are your children?

14                   PROSPECTIVE JUROR:  Now?  11 and 13.

15                   THE COURT:  And who takes cares of your

16   children if you're not around?

17                   PROSPECTIVE JUROR:  Well, pretty much I'm

18   the one, because what I do, I go take them school and go

19   pick them up after school.

20                   THE COURT:  Okay.  And you are moving out

21   of the county?

22                   PROSPECTIVE JUROR:  Yes, sir.  I'm moving

23   back home.

24                   THE COURT:  Step back to the star, please.

25
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

125

```
 1              (Discussion on the record at the bench.).
 2              MR. PADILLA:  Did she say when she was
 3    moving out?
 4              MR. GILMAN:  She is moving next week to
 5    Dallas.
 6              MR. MOORE:  The State would have no
 7    opposition to her being released.
 8              THE COURT:  Any objection?
 9              MR. GILMAN:  No.
10              (End of bench conference.)
11              THE COURT:  Step forward, Ms. Hinojosa.
12              PROSPECTIVE JUROR:  Yes, sir.
13              THE COURT:  Juror No. 273379.  You are
14    excused.
15              PROSPECTIVE JUROR:  Thank you much, sir.
16              (Excused at 10:49 a.m.)
17              GIL LEONARDO MATTHEWS,
18     having been called as a prospective juror and, upon
19     his oath, was examined and testified as follows:
20              VOIR DIRE EXAMINATION
21    BY THE COURT:
22              THE COURT:  Gil Leonardo Matthews?
23              (Court calls out next prospective jurors in
24    line)  Just wait right there.  Mr. Matthews, step forward.
25    "In one car you take your wife and mother to work.  They
```

```
 1    do not have driver's license.  You do not work."
 2                PROSPECTIVE JUROR:  I do not work.  I've
 3    been trying to get employment as of February.  But, yet,
 4    I've been unsuccessful.
 5                THE COURT:  Well, Mr. Matthews, why can't
 6    you serve, though?
 7                PROSPECTIVE JUROR:  Because of
 8    transportation.  We only have one car.
 9                THE COURT:  It's inconvenient.  But you
10    have to make some arrangements.  It's not a valid reason,
11    is what I'm telling you, sir.
12                PROSPECTIVE JUROR:  Okay.
13                THE COURT:  I know it's inconvenient.  I'm
14    sorry for that -- and I apologize for that -- but
15    everybody has got to do their part.  That's not a valid
16    reason.  The laws do not allow me to excuse you for that
17    reason.
18                PROSPECTIVE JUROR:  Okay.
19                THE COURT:  So I'm going to deny your
20    request.  You'll serve today.  You'll probably get off
21    early enough today.  Then you'll get an appointment in the
22    next two weeks.  You'll come back and then we'll deal with
23    it at that time.
24                PROSPECTIVE JUROR:  So ---
25                THE COURT:  You'll have one more
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1    appointment, 45 minutes to an hour and a half, in the next
 2    two weeks.
 3                    PROSPECTIVE JUROR:  Okay.  But -- today?
 4                    THE COURT:  Today, you serve today.
 5                    PROSPECTIVE JUROR:  Because I'm the only
 6    one that has a car.
 7                    THE COURT:  I understand.  You'll be out
 8    early afternoon.
 9                    PROSPECTIVE JUROR:  Okay.
10                    THE COURT:  Okay?  You're going to need
11    your ID.
12                    (Excused at 10:51 a.m.)
13                         DORIS BACA,
14      having been called as a prospective juror and, upon
15      her oath, was examined and testified as follows:
16                    VOIR DIRE EXAMINATION
17    BY THE COURT:
18                    THE COURT:  Doris Baca?
19                    (Court calls out next prospective juror in
20    line)  Hi, Mrs. Baca.  You have attendance at Career
21    Center of Texas.  In the middle of the last test --
22                    PROSPECTIVE JUROR:  Uh-huh.
23                    THE COURT:  -- and you should graduate on
24    May 3.  Congratulations!
25                    PROSPECTIVE JUROR:  Thank you.  Last day is
```

128

```
 1   actually June 3 on a Tuesday.  The graduation is for cap
 2   and gown on Tuesday.
 3                  THE COURT:  Basically, you have to serve
 4   today.
 5                  PROSPECTIVE JUROR:  Okay.
 6                  THE COURT:  And you'd be free.  And then
 7   you come back for about a 45 minute to an hour
 8   appointment.
 9                  PROSPECTIVE JUROR:  Uh-huh.
10                  THE COURT:  -- in the next two or three
11   weeks, and then we'll find out whether you served later.
12                  PROSPECTIVE JUROR:  That's fine.  As long
13   as it doesn't --
14                  THE COURT:  I don't think it will
15   interfere.
16                  MR. PADILLA:  Get your badge.
17                  (Excused at 10:51 a.m.)
18                      DEANNA G. HINOJOSA,
19    having been called as a prospective juror and, upon
20    her oath, was examined and testified as follows:
21                    VOIR DIRE EXAMINATION
22   BY THE COURT:
23                  THE COURT:  Deanna Georgia Hinojosa?  This
24   is Juror number 913259.
25                  PROSPECTIVE JUROR:  Good morning.
```

1    THE COURT:  Good morning.  How are you?

2    PROSPECTIVE JUROR:  Fine, thank you.

3    THE COURT:  You take care of your

4  granddaughter's children?

5    PROSPECTIVE JUROR:  My granddaughter, yes.

6    THE COURT:  Anybody else -- who else takes

7  care of them when you're not around?

8    PROSPECTIVE JUROR:  I'm always around.

9    THE COURT:  Grandmas are good for that.

10  What does your daughter do?

11    PROSPECTIVE JUROR:  She's a school teacher.

12  She'll be out June 5.

13    THE COURT:  June 5?  Basically,

14  Mrs. Hinojosa, you would serve today and you wouldn't come

15  back until the next two weeks for another appointment and

16  then the trial would not start until afterwards.

17    PROSPECTIVE JUROR:  Come back in two weeks?

18    THE COURT:  Probably in the next two weeks.

19    PROSPECTIVE JUROR:  Oh, okay.  So, then I

20  could stay today?

21    THE COURT:  Today.

22    PROSPECTIVE JUROR:  -- but not have to come

23  back next week?

24    THE COURT:  You don't have to come back --

25  it'll be just a short appointment.

```
 1                    PROSPECTIVE JUROR:  That'll work.

 2                    THE COURT:  That'll work?  She'll give you

 3        your ID.

 4                    (Excused at 10:52 a.m.)

 5                    DIANE YEVONNE NICHOLS,

 6          having been called as a prospective juror and, upon

 7          her oath, was examined and testified as follows:

 8                    VOIR DIRE EXAMINATION

 9        BY THE COURT:

10                    THE COURT:  Diane Yevonne Nichols?  (Court

11        calls out next prospective juror in line.)

12                    Hi, Mrs. Nichols.  You are Juror Number

13        223713.  You have a scheduled trip to China in two weeks,

14        and medical.  What's the medical?

15                    PROSPECTIVE JUROR:  The adoption of my son.

16                    THE COURT:  Okay.

17                    PROSPECTIVE JUROR:  I'm going to China to

18        adopt my son, and he's a Special need son.  He needs

19        surgery when he comes back.

20                    THE COURT:  And when is the trip scheduled?

21                    PROSPECTIVE JUROR:  June.  I don't know

22        exactly what date.  It'll be a Friday in June.  We already

23        got our Visas, and we are waiting for the consulate's

24        appointment.

25                    THE COURT:  And if you get picked on this
```

131

1    jury, you would be preoccupied about this, would you not?

2                    PROSPECTIVE JUROR:  Yes.  I have to go get

3    my son.

4                    THE COURT:  You're excused, ma'am.  Thank

5    you.

6                    PROSPECTIVE JUROR:  Thank you.

7                    MR. PADILLA:  Congratulations.  Good luck.

8                    MR. GILMAN:  Congratulations.

9                    **(Excused at 10:53 a.m.)**

10                    **MICHAEL LEAL,**

11    **having been called as a prospective juror and, upon**

12    **his oath, was examined and testified as follows:**

13                    **VOIR DIRE EXAMINATION**

14    **BY THE COURT:**

15                    THE COURT:  Michael Leal?

16                    (Court calls out next prospective juror in

17    line)  I don't excuse doctors.

18                    PROSPECTIVE JUROR:  I'm not a doctor.  I'm

19    a nurse assistant.

20                    THE COURT:  I don't excuse lawyers.

21                    PROSPECTIVE JUROR:  Any way, I have a

22    letter here from the chief of anesthesia.  I don't know if

23    you want to look at it.

24                    THE COURT:  You know -- I'm terribly sorry.

25    CRNAs are very much in short supply.  I represented a

132

```
 1    couple of anesthesia groups.  But my job as a Judge now --
 2                PROSPECTIVE JUROR:  Okay -- that's fine.
 3    I understand.
 4                THE COURT:  -- and I think you can serve.
 5    Hold on a second, you're going to need your badge.
 6                (Excused at 10:53 a.m.)
 7                     JULIA R. SCHIFF,
 8     having been called as a prospective juror and, upon
 9     her oath, was examined and testified as follows:
10                   VOIR DIRE EXAMINATION
11    BY THE COURT:
12                THE COURT:  Julia R. Schiff.  Julia Schiff.
13    (Calls next name on list)
14                You're a Jehovah witness?
15                PROSPECTIVE JUROR:  Yes, sir.
16                THE COURT:  How long have been a Jehova
17    witness?
18                PROSPECTIVE JUROR:  A baptized witness, for
19    ten years.
20                THE COURT:  Where were you baptized?
21                PROSPECTIVE JUROR:  In Harlingen, Texas.
22                THE COURT:  Why is it that you think you
23    should not be able to serve just because you're a
24    Jehovah's witness?
25                PROSPECTIVE JUROR:  Because as imperfect
```

1    humans, I believe that nobody has the right to judge

2    except Jehovah God.  And in Matthew 7:1, it states

3    clearly:  "Do not judge because in the manner that you are

4    judging, you will be judged yourself."  And also in Isaiah

5    33:22, it also sets out that Jehovah is our judge.

6              THE COURT:  Mrs. Schiff, you are excused.

7    Thank you very much.

8              PROSPECTIVE JUROR:  You are excused.

9              THE COURT:  That was Julia Schiff.

10                    **SARA IRACHETA,**

11    **having been called as a prospective juror and, upon**

12    **her oath, was examined and testified as follows:**

13                **VOIR DIRE EXAMINATION**

14    **BY THE COURT:**

15              THE COURT:  (Court calls out next

16   prospective juror in line)  You say you're going to be out

17   of the country June 8 through the 21st?  You have already

18   paid your airline reservations?

19              PROSPECTIVE JUROR:  I don't know.  It's

20   through the government.  My work pays for it.  So I don't

21   know if they payed ---

22              THE COURT:  Who do you work for?

23              PROSPECTIVE JUROR:  I work for the

24   U. S. State Department.

25              THE COURT:  For the U.S. State Department?

```
 1                  PROSPECTIVE JUROR:  Uh-huh.

 2                  THE COURT:  And what do you do for the U.S.

 3       Department?

 4                  PROSPECTIVE JUROR:  I'm a foreign service

 5       officer.  I'm currently at that consulate in Matamoros, on

 6       the Visa line.

 7                  THE COURT:  That's not --

 8                  PROSPECTIVE JUROR:  Yeah, I know.  It said

 9       two weeks.  So I just put it down.

10                  THE COURT:  I understand.  And I'm going to

11       deny it.  You're going to need your ID.

12                  (Excused at 10:55 a.m.)

13                       REYNALDO LIMON,

14        having been called as a prospective juror and, upon

15        his oath, was examined and testified as follows:

16                    VOIR DIRE EXAMINATION

17       BY THE COURT:

18                  THE COURT:  Reynaldo Limon?  (Court calls

19       out next prospective juror in line)  I'm so sorry about

20       your lost.  Your brother just passed away?

21                  PROSPECTIVE JUROR:  Yes, sir.

22                  THE COURT:  Basically, you would have to

23       serve just today, sir, and then you would be off for a

24       couple of weeks.

25                  PROSPECTIVE JUROR:  Even if I work the two
```

```
 1   hour shift, sir, I work the graveyard shift, and I just
 2   got out six o'clock this morning.
 3                THE COURT:  Graveyard shift is no excuse,
 4   sir.
 5                PROSPECTIVE JUROR:  I'm just saying.  I
 6   don't want to be falling asleep, sir --
 7                THE COURT:  I understand.  You're going to
 8   be able to go to your brother's funeral tomorrow.  And I'm
 9   sorry for your lost, but I'm going to deny your request.
10   You're going to have to get an I.D.
11                (Excused at 10:56 a.m.)
12                     SAMANTHA PEREZ,
13     having been called as a prospective juror and, upon
14     her oath, was examined and testified as follows:
15                  VOIR DIRE EXAMINATION
16   BY THE COURT:
17                THE COURT:  Samantha Perez?
18                MR. GILMAN:  Good morning.
19                PROSPECTIVE JUROR:  Good morning.
20                THE COURT:  All right.  Her conscious will
21   not let her judge.  Tell me about that.  Why don't you
22   think you cannot judge anybody?
23                PROSPECTIVE JUROR:  I just don't feel that
24   I'm in the place to judge another person.  I feel that
25   that's God's place to do that.  I don't feel --
```

```
1              THE COURT:  What's your religion, ma'am?
2   How long have you been a Jehovah's witness.
3              PROSPECTIVE JUROR:  For about ten years.
4              THE COURT:  When were you baptized?
5              PROSPECTIVE JUROR:  In '98.
6              MR. GILMAN:  No objections.
7              PROSPECTIVE JUROR:  You're excused.  That
8   was Juror Number 752651.
9              (excused at 10:56 a.m.)
10                 MARIA MAGDELENA MEDINA,
11    having been called as a prospective juror and, upon
12    her oath, was examined and testified as follows:
13                   VOIR DIRE EXAMINATION
14  BY THE COURT:
15             THE COURT:  Maria Magdelena Medina.  This
16  is Juror Number 788019.  You're a diabetic, and you are
17  taking --
18             PROSPECTIVE JUROR:  Medication.
19             THE COURT:  Just because you're a diabetic,
20  doesn't mean you can't serve.
21             PROSPECTIVE JUROR:  But I need to go for
22  the meds, also.
23             THE COURT:  What I do with my jurors, I
24  always tell them to raise their hand if you need a break,
25  and I give them a break.
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1                   PROSPECTIVE JUROR:  Oh, okay.
 2                   THE COURT:  And this will be in my court.
 3       So I'll be able to do that.
 4                   PROSPECTIVE JUROR:  Okay.  We'll do that.
 5                   THE COURT:  She'll give you your ID.  Thank
 6       you very much.
 7                        (Excused at 10:56 a.m.)
 8                   RAQUEL MARTINEZ HINOJOSA,
 9        having been called as a prospective juror and, upon
10        her oath, was examined and testified as follows:
11                       VOIR DIRE EXAMINATION
12       BY THE COURT:
13                   THE COURT:  Raquel Martinez Hinojosa?
14                   (Court calls out next prospective juror in
15       line)
16                   MR. GILMAN:  She's coming, Judge.
17                   THE COURT:  Mrs. Hinojosa, step forward.
18       You served before and you got very sick of your nerves,
19       and you had to see a doctor.
20                   PROSPECTIVE JUROR:  Yes.
21                   THE COURT:  Why are you scared to serve?
22                   PROSPECTIVE JUROR:  I just can't make
23       decisions.  And I really can't write --
24                   THE COURT:  Well, all you got to do is have
25       the experience of age to answer the questions, and we get
```

138

```
 1    to a certain age.
 2                    PROSPECTIVE JUROR:  Yeah.  Sometimes I
 3    cannot understand -- you know -- when they're talking.  I
 4    really can't understand.  And I can't explain by writing
 5    -- I guess.
 6                    THE COURT:  You've already served on juries
 7    before?
 8                    PROSPECTIVE JUROR:  Yes, yes.  And I know
 9    the Bible.
10                    THE COURT:  Mrs. Hinojosa.
11                    PROSPECTIVE JUROR:  Oh, sir --
12                    THE COURT:  I prefer to have people that
13    know the Bible, than those who don't know the Bible.
14                    PROSPECTIVE JUROR:  I'm scared.
15                    THE COURT:  I would love to have you on my
16    jury.
17                    PROSPECTIVE JUROR:  I'm scared.
18                    THE COURT:  I'd rather have somebody who is
19    scared to make a decision than somebody who doesn't even
20    think about it.  Mrs. Hinojosa, that's a good thing.
21    That's not a bad thing.
22                    PROSPECTIVE JUROR:  I thought that was the
23    worst thing --
24                    THE COURT:  No, ma'am.  That's not a bad
25    thing.  She's going to give you your I. D. I'm going to
```

139

```
 1    deny your request.
 2                    (Excused at 10:58 a.m.)
 3                        JESUS ROBLES,
 4     having been called as a prospective juror and, upon
 5     his oath, was examined and testified as follows:
 6                    VOIR DIRE EXAMINATION
 7    BY THE COURT:
 8                THE COURT:  Jesus Robles?
 9                PROSPECTIVE JUROR:  Hello.  Hi.
10                THE COURT:  Hi.  Your father's in the
11    hospital badly burned?
12                PROSPECTIVE JUROR:  He had an accident.
13                THE COURT:  How long ago?
14                PROSPECTIVE JUROR:  About a week ago.  He's
15    a 91 year old man.  He was cleaning a chain saw with
16    gasoline, and burned his leg, his hand, and he had to do
17    graphs.
18                THE COURT:  What do you do for a living?
19                PROSPECTIVE JUROR:  I work at a water
20    supply corporation.
21                THE COURT:  I'm sorry?
22                PROSPECTIVE JUROR:  And I'm really the only
23    son that is available down here.  So I am trying to
24    commute back and forth to see him and my mother at the
25    same time.  And it's --
```

140

```
 1              THE COURT:  Okay.  Step back to the star,
 2    please, and I'll be right with you.
 3              (Discussion on the record at the bench.)
 4              THE COURT:  It sounds to me like he'd be
 5    preoccupied with his father.
 6              MR. PADILLA:  Yes, Your Honor.  The State
 7    has no opposition.
 8              MR. GILMAN:  We don't object.
 9              (End of bench conference.)
10              THE COURT:  Step forward, Mr. Robles.
11    Juror Number 804235, you're excused.  Good luck.  God
12    bless.
13              (Excused at 10:59 a.m.)
14              THE COURT:  Iris Casanova?
15                   IRIS CASANOVA,
16     having been called as a prospective juror and, upon
17     her oath, was examined and testified as follows:
18                  VOIR DIRE EXAMINATION
19    BY THE COURT:
20              THE COURT:  (Court calls out next
21    prospective juror in line.  You are under a doctor's care?
22              PROSPECTIVE JUROR:  Yes, sir.
23              THE COURT:  When are you going to --
24              PROSPECTIVE JUROR:  I'm going back in
25    July -- I mean in June -- June 10.
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1                    THE COURT:  Where at?

 2                    PROSPECTIVE JUROR:  At M.D. Anderson.

 3                    THE COURT:  Good luck.  God bless.

 4                    (Excused at 10:59 a.m.)

 5                         NOE GRACIA,

 6      having been called as a prospective juror and, upon

 7      his oath, was examined and testified as follows:

 8                    VOIR DIRE EXAMINATION

 9   BY THE COURT:

10                    THE COURT:  Noe Gracia?  Hi.  Mr. Gracia?

11                    PROSPECTIVE JUROR:  Yes, sir?

12                    THE COURT:  What's wrong with your wife?

13                    PROSPECTIVE JUROR:  She has arthritis, and

14   she has anxiety attacks.

15                    THE COURT:  And where do you work?

16                    PROSPECTIVE JUROR:  I work for the school

17   district in San Benito.

18                    THE COURT:  Okay.  So who takes care of her

19   during the day?

20                    PROSPECTIVE JUROR:  I take care of her in

21   the morning until two o'clock. and then after two o'clock,

22   we have a provider.

23                    THE COURT:  Okay.  But who -- when you work

24   who takes care of her?

25                    PROSPECTIVE JUROR:  The provider.
```

142

```
 1                    THE COURT:  And when you work -- at what
 2      time?
 3                    RESPONDENT'S ATTY:  I enter at two in the
 4      afternoon.
 5                    THE COURT:  Okay.  You go in at
 6      2:00 o'clock in the afternoon?
 7                    PROSPECTIVE JUROR:  I go to work at
 8      2:00 o'clock in the afternoon, and then the provider comes
 9      in until 6:00 o'clock.
10                    THE COURT:  Can the provider take care of
11      her during the day, if you were to be picked up on the
12      jury, sir?
13                    PROSPECTIVE JUROR:  I wouldn't know, sir,
14      because it depends on the program.  It depends upon the
15      Medicare.
16                    THE COURT:  Step back over there, Mr.
17      Gracia.
18                    (Discussion on the record at the bench.)
19                    This is Noe Gracia.  Juror 748324.  You
20      guys heard it.
21                    MR. GILMAN:  He can work, sir.  He can
22      serve.
23                    MR. PADILLA:  Yeah.  I think he can serve.
24      We can address it again at individual voir dire.
25                    (End of bench conference.)
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1              THE COURT:  Mr. Gracia, I'm going to deny
 2   your request, and I'm going to ask that you please serve.
 3              PROSPECTIVE JUROR:  Okay.
 4              THE COURT:  They'll give you the ID.  Just
 5   a minute, please.
 6              (Excused at 11:01 a.m.)
 7                   ELIZABETH SIERRA,
 8     having been called as a prospective juror and, upon
 9     her oath, was examined and testified as follows:
10                   VOIR DIRE EXAMINATION
11   BY THE COURT:
12              THE COURT:  Elizabeth Sierra?  Hi.
13              PROSPECTIVE JUROR:  Hello, sir.
14              THE COURT:  How old are your children?
15              PROSPECTIVE JUROR:  I have a one year old,
16   a two year old, and a four year old, and I'm a housewife.
17              THE COURT:  Sounds like a wonderful spread.
18   Who is taking care of them now?
19              PROSPECTIVE JUROR:  My parents, and they're
20   elderly.  My sister just took the night shift, and I told
21   her if she could please not go to sleep while I came over.
22              THE COURT:  Do you have anybody else around
23   that can take care of the children?
24              PROSPECTIVE JUROR:  No.  Because my sisters
25   work.
```

144

1           THE COURT:  Okay.  Step back a little bit.
2    Thank you very much.
3              **(Discussion on the record at the bench.)**
4           THE COURT:  Gentleman, it sounds like she's
5    got an exception.
6           MR. PADILLA:  Yes, Your Honor.
7           MR. GILMAN:  Yes, sir.
8              **(End of bench conference.)**
9           THE COURT:  Step forward, ma'am.  You are
10   excused.  Thank you very much.
11          PROSPECTIVE JUROR:  Thank you, sir.
12             **(Excused at 11:01 a.m.)**
13              **GABRIELA MALDONADO,**
14    **having been called as a prospective juror and, upon**
15    **her oath, was examined and testified as follows:**
16              **VOIR DIRE EXAMINATION**
17   **BY THE COURT:**
18          THE COURT:  Gabriela Maldonado?  (Court
19   calls out next prospective juror in line)
20          How old are your children, ma'am?
21          PROSPECTIVE JUROR:  Two and four --
22          THE COURT:  And who is taking care of them
23   right now?
24          PROSPECTIVE JUROR:  Well, right now,
25   Camilia is in Pre-K, but she's going to get out of school

145

```
1    next week and Baby Eddie right now is at the day care.
2                    THE COURT:  Well, if you were to get picked
3    on the jury -- couldn't they be at the day care?
4                    PROSPECTIVE JUROR:  Well, the reason that
5    we put Camila in Pre-K is because we can't afford day care
6    for both of them.
7                    THE COURT:  Stand back behind the star.
8                    MR. PADILLA:  I think she qualifies.
9                    MR. GILMAN:  Yes.
10                   THE COURT:  She has an exemption?  Is that
11   what you're saying?  Mrs. Maldonado, Juror Number 764545.
12   You're excused, ma'am.  Thank you.
13                   PROSPECTIVE JUROR:   Thank you.
14                   (Excused at 11:02 a.m.)
15                   ROBERTO JAVIER CHAPA,
16     having been called as a prospective juror and, upon
17     his oath, was examined and testified as follows:
18                   VOIR DIRE EXAMINATION
19   BY THE COURT:
20                   THE COURT:  Roberto Javier Chapa?
21                   (Court calls out next prospective juror in
22   line)  You're are taking classes, sir.
23                   PROSPECTIVE JUROR:  Yes, sir.
24                   THE COURT:  And are you a full-time student
25   right now?
```

146

```
 1                    PROSPECTIVE JUROR:  No.  Not a full-time
 2      student.  I'm taking a pharmacy technician course at TSTC.
 3                    THE COURT:  But you're not a full-time
 4      student?
 5                    PROSPECTIVE JUROR:  Not a full-time.
 6                    THE COURT:  When is class over?
 7                    PROSPECTIVE JUROR:  At the end of June.
 8                    THE COURT:  Okay.  Basically, in this
 9      situation, you would serve today, come back in the next
10      two weeks, and then they would figure out whether you
11      would be picked, or not picked.  So if you're not a
12      full-time student --
13                    PROSPECTIVE JUROR:  Well --
14                    THE COURT:  -- you don't qualify.
15                    PROSPECTIVE JUROR:  Okay.
16                    THE COURT:  Okay?  So I'm going to ask you
17      to please stick around, and they'll give you your ID.
18                    (Excused at 11:03 a.m.)
19                         VICENTE TORRES,
20       having been called as a prospective juror and, upon
21       his oath, was examined and testified as follows:
22                    VOIR DIRE EXAMINATION
23      BY THE COURT:
24                    THE COURT:  Vicente Torres?  Hi,
25      Mr. Torres.  You have a 12 year old that will be admitted
```

```
 1    to the hospital.
 2                    PROSPECTIVE JUROR:  That's the first issue.
 3                    THE COURT:  That's the what?
 4                    PROSPECTIVE JUROR:  That's the first issue.
 5                    THE COURT:  Explain it to me.
 6                    PROSPECTIVE JUROR:  I have three kids.  One
 7    of my kids is going to be admitted to the hospital today.
 8    And the others are out for school on February 6 -- I mean
 9    next month on the sixth -- out of school for the summer.
10                    THE COURT:  What do you do for a living?
11                    PROSPECTIVE JUROR:  I have custody for the
12    summer.  I have custody of three kids.
13                    THE COURT:  How do you support them?
14                    PROSPECTIVE JUROR:  I'm a musician.
15                    THE COURT:  You're a musician?
16                    PROSPECTIVE JUROR:  Yes, on the weekends.
17    And also this summer, in about three weeks, we will be
18    headed up North to work in Ohio to work in the fields.
19                    THE COURT:  Mr. Torres, it doesn't sound
20    like -- I'm not hearing anything that qualifies you as an
21    exemption.  Who takes cares of the kids?
22                    PROSPECTIVE JUROR:  I do.  I'm the one that
23    takes care of the kids.
24                    THE COURT:  What about when you're on your
25    gigs?
```

148

```
1              PROSPECTIVE JUROR:  My parents do.  Yes.
2    But they have issues, also.  They can't do it -- they
3    can't do anything.  They're both handicap.
4              THE COURT:  So how do you make arrangements
5    when you're kids are at home?
6              PROSPECTIVE JUROR:  Sometimes -- you know
7    -- my dad will take care of them for me whenever I have to
8    play.  In the summer, they're going to be headed with me
9    up North, up to Ohio.
10             THE COURT:  Okay.  Step back to the star,
11   please's.
12             (Discussion on the record at the bench.)
13             THE COURT:  It sounds to me like he's going
14   to be preoccupied with his gigs situation.  It's up to
15   y'all.
16             (Discussion on the record at the bench.)
17             MR. PADILLA:  Judge, we have no opposition.
18             MR. GILMAN:  I think he can serve, Judge.
19   I think he's just making excuses.
20             THE COURT:  Yeah, but he's got sense --
21   that's why I asked him.
22             MR. PADILLA:  He could be moving out of the
23   Valley here any way.  He has his children with him.
24             MR. GILMAN:  I have a feeling that it's not
25   the full truth here.  I want him to serve.
```

```
 1                    (End of bench conference.)
 2                    THE COURT:  Mr. Torres?  We don't have a
 3    total agreement that you should be excused.
 4                    PROSPECTIVE JUROR:  Okay.  Well, can I be
 5    excused because my daughter has to be admitted today for
 6    sure, at 1:30.
 7                    THE COURT:  Has to be where?
 8                    PROSPECTIVE JUROR:  Admitted to the Good
 9    Behavioral Hospital in Edinburg.
10                    THE COURT:  What is the Good Behavioral
11    Hospital?
12                    PROSPECTIVE JUROR:  Okay.  I'm having
13    trouble with my 12 year old.  I'm having a lot of trouble
14    with her.  She's misbehaving.  She fail for the third
15    time, and the doctor admitted her to the Good Behavioral
16    Hospital.
17                    THE COURT:  And she's got to go in today?
18                    PROSPECTIVE JUROR:  Yes.  You see the
19    doctor --
20                    THE COURT:  I'm going to go ahead and grant
21    your excuse.  You are excused.  Thank you very much.
22                    (Excused at 11:05 a.m.)
23                         DANE R. STANAGE,
24        having been called as a prospective juror and, upon
25        his oath, was examined and testified as follows:
```

1                    **VOIR DIRE EXAMINATION**

2     **BY THE COURT:**

3                    THE COURT:  Dane R. Stanage?

4                    PROSPECTIVE JUROR:  Yes, sir.

5                    THE COURT:  Mr. Stanage, where are going

6     this summer for vacation?

7                    PROSPECTIVE JUROR:  I'm not going anywhere.

8     I'm from Arkansas.  That's where I'm from originally.  And

9     I got grad school.  I am enrolled right now.

10                   THE COURT:  You're enrolled right now?

11                   PROSPECTIVE JUROR:  Yes, sir.  I got a

12    statement of charges.

13                   THE COURT:  Is that for next semester?

14                   PROSPECTIVE JUROR:  It's starting Monday.

15    Summer session.

16                   THE COURT:  Full-time student?

17                   PROSPECTIVE JUROR:  Yes, sir.

18                   THE COURT:  You're excused.  Thank you very

19    much.

20                   PROSPECTIVE JUROR:  Thank you.

21                   **(Excused at 11:06 a.m.)**

22                   **BRANDON O. HAECKE,**

23     **having been called as a prospective juror and, upon**

24     **his oath, was examined and testified as follows:**

25                    **VOIR DIRE EXAMINATION**

151

BY THE COURT:

THE COURT:  Brandon Haecke?

(Court calls out next prospective juror in line)

PROSPECTIVE JUROR:  Good morning, Your Honor.

THE COURT:  Hi.  You live at the Island?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Tires got slashed?

PROSPECTIVE JUROR:  All four.

THE COURT:  The good thing is, you just served today, and you don't have to come back for the next couple of weeks.  The next couple of weeks, you'll come back.

PROSPECTIVE JUROR:  But, you see the thing is, my tires got slashed.  I have to buy new ones.  It cuts into my savings.  I got to save up for college in the fall.

THE COURT:  Mr. Haecke?  Those are not valid excuses.  Okay?  She'll give you your ID.  Just a minute, please.  Mrs. Zamora?  I apologize.

PROSPECTIVE JUROR:  That's okay.

(Excused at 11:07 a.m.)

JESSICA MARIE ZAMORA,

having been called as a prospective juror and, upon

1    her oath, was examined and testified as follows:

2                    VOIR DIRE EXAMINATION

3    BY THE COURT:

4                    THE COURT:  It's a doctor's excuse, but it

5    doesn't say what this is all about.

6                    PROSPECTIVE JUROR:  I got upper respiratory

7    infection.  I got diagnosed on Sunday.  But the low grade

8    fever is a symptom that doesn't seem to be going away.

9    That's the problem.

10                    THE COURT:  Well, my sense of what to do,

11   Mrs. Zamora, is to have you serve today.  You don't have

12   to come back for a couple of weeks, and hopefully, you

13   will be okay by then.

14                    PROSPECTIVE JUROR:  Well, I guess I can.

15   But I got to take my medication, and it makes me feel

16   drowsy.

17                    THE COURT:  I understand.  If you need to

18   take your medication, take your medication.  I think it's

19   going to relief itself in the next week or so.

20                    PROSPECTIVE JUROR:  Yes.

21                    THE COURT:  So I'm going to deny it.  Get

22   your ID, and then we'll go ahead and deal with it.

23                    (Excused at 11:07 a.m.)

24                    NORA NELLY ROSALES,

25    having been called as a prospective juror and, upon

153

```
 1     her oath, was examined and testified as follows:
 2                    VOIR DIRE EXAMINATION
 3    BY THE COURT:
 4                  THE COURT:  Nora Nelly Rosales.
 5                  (Court calls out next prospective juror in
 6    line) Hi.  Mrs. Rosales?  Tell me about your children.
 7    How old are they?
 8                  PROSPECTIVE JUROR:  It's 14, ten and a six
 9    year old.
10                  THE COURT:  And who takes care of them?
11                  PROSPECTIVE JUROR:  I do have a baby
12    sitter.  The only thing is that, she doesn't drive.  And
13    the person that might pick them up just -- in case I am
14    here -- she takes care of my grandma.  She's 78 years old,
15    and that's during her working hours with her.
16                  MR. GILMAN:  Are they going to be home for
17    the summer, too?
18                  PROSPECTIVE JUROR:  Oh, yeah.  Oh, no.
19    They're going to be home.  I was just telling her because
20    he's ill.  He's been ill for the past two days, and I just
21    sent him to school today.  Just in case, they would call
22    during the day maybe I would be the one picking him up.
23    Other than that I don't have any other --
24                  THE COURT:  Sounds to me that you can
25    serve, ma'am.
```

154

1                PROSPECTIVE JUROR:  No.

2                THE COURT:  This is Juror Number 104760.

3  I'm going to deny your request and I will ask you to

4  please serve.

5                PROSPECTIVE JUROR:  Okay.

6                THE COURT:  And she'll give you your ID.

7                **(Excused at 11:08 a.m.)**

8                **RICARDO IBARRA,**

9   **having been called as a prospective juror and, upon**

10  **his oath, was examined and testified as follows:**

11                **VOIR DIRE EXAMINATION**

12  **BY THE COURT:**

13                THE COURT:  Ricardo Ibarra?

14  (Court calls out next prospective juror in line)

15                PROSPECTIVE JUROR:  (approaches)

16                THE COURT:  Works out of the county on

17  construction.

18                PROSPECTIVE JUROR:  I understand.  But my

19  wife doesn't work and I've got three kids. and I got three

20  kids.  And at $200 -- by the time I get from Fort Worth

21  over here, it's going to be kind of costly.

22                THE COURT:  I understand.  But the good

23  thing about it, is, you just have to serve today.

24                PROSPECTIVE JUROR:  Okay.

25                THE COURT:  -- and then one day in the next

155

1   two or three weeks.

2                    PROSPECTIVE JUROR:  And then after that?

3                    THE COURT:  If you get picked -- you know

4   -- you'll have to come back down.

5                    PROSPECTIVE JUROR:  I'm just saying --

6   because --

7                    THE COURT:  You work in Fort Worth.

8                    PROSPECTIVE JUROR:  No.  I work, because

9   I'm a bricklayer.  So I go over there and do work because

10  there's no work.  So it's $200 to get back.  If miss that

11  day at work --

12                   THE COURT:  Step back, Mr. Ibarra.

13                   **(Discussion on the record at the bench.)**

14                   THE COURT:  Sounds like he's going to be

15  economically preoccupied.  But it's up to y'all.

16                   MR. PADILLA:  That's the State's position,

17  Judge.  We agree.

18                   MR. GILMAN:  I don't have any objections.

19                   **(End of bench conference.)**

20                   THE COURT:  Step forward, sir.  I will go

21  ahead and grant your excuse.

22                   PROSPECTIVE JUROR:  Thank you, sir.

23                   MR. GILMAN:  Good luck.

24

25

156

1              (Excused at 11:09 a.m.)

2                GUADALUPE GARCIA,

3    having been called as a prospective juror and, upon

4    his oath, was examined and testified as follows:

5                VOIR DIRE EXAMINATION

6    BY THE COURT:

7                THE COURT:  Guadalupe Garcia?  This is

8    Juror Number 227564.  Hi, Mr. Garcia.

9                PROSPECTIVE JUROR:  How are you doing, sir.

10               THE COURT:  You don't take care of the

11   children, right?

12               PROSPECTIVE JUROR:  No, sir.  My wife does.

13   But, like I was explaining --

14               THE COURT:  Where do you work.

15               PROSPECTIVE JUROR:  I work for the Texas

16   Department of State Health Services, and she forgot to

17   mention that I take care of some meat plants here in

18   Brownsville.  I'm headquartered here in Brownsville.  I'm

19   on the field.  And when they process, we have to be there

20   in order to see their paperwork.

21               THE COURT:  Mr. Garcia?  It's work reasons.

22   Those are not valid reasons.

23               PROSPECTIVE JUROR:  Well, I needed some

24   time -- you know -- so my boss can have somebody from

25   another area to come in.

157

1    THE COURT:  I know.  And you will have
2  time, but it'll be today which you've already made
3  arrangements for.  It'll be one day of the next couple of
4  weeks.  And if you're picked, you'll have plenty of
5  advance notice.
6    PROSPECTIVE JUROR:  Okay, sir.
7    THE COURT:  She'll give you your ID.
8    **(Excused at 11:10 a.m.)**
9    **JUAN CAMPOS,**
10  **having been called as a prospective juror and, upon**
11  **HIS oath, was examined and testified as follows:**
12    **VOIR DIRE EXAMINATION**
13  **BY THE COURT:**
14    THE COURT:  Juan Campos?
15    PROSPECTIVE JUROR:  Good morning.
16    THE COURT:  Hi, Mr. Campos.  You're saying
17  that you're against the death penalty because you're a
18  Christian.  What faith are you?  What religion?
19    PROSPECTIVE JUROR:  I am a member of the
20  United Methodist Church from Mission.  And I have another
21  reason.
22    THE COURT:  I'm listening.
23    PROSPECTIVE JUROR:  Mostly, I can speak
24  English, but I have to think a lot of it.  And sometimes I
25  fail to understand spoken English.  I can write and read

1    English pretty well, but sometimes I don't understand

2    English.  I don't know if in a case like this, I can be

3    excused because sometimes I don't understand English.

4              THE COURT:  Step back to the star.  Further

5    back.

6              **(Discussion on the record at the bench.)**

7              MR. PADILLA:  He seems to understand the

8    questions; he seems to comprehend your questions.  We

9    would be opposed to him being released.  I think he can

10   follow along.

11             MR. GILMAN:  I think so.

12             **(End of bench conference.)**

13             THE COURT:  Did you see this?  Okay,

14   Mr. Campos.  You seem to be -- and everybody agrees that

15   you're an intelligent man -- and that you understand

16   enough English.

17            PROSPECTIVE JUROR:  In Mexico, I went all

18   the way up to the Masters Degree in philosophy.  But here,

19   I'm a laborer.  I don't have good English skills.

20            THE COURT:  I would rather have somebody

21   with a lot of experience than no experience.  So I'm going

22   to ask you to please serve.

23             **(Excused at 11:12 a.m.)**

24

25

1                    **MICHELLE HUBBARD,**

2        **having been called as a prospective juror and, upon**

3        **his oath, was examined and testified as follows:**

4                    **VOIR DIRE EXAMINATION**

5    **BY THE COURT:**

6                    THE COURT:  Michelle Hubbard?  (Court calls

7    out next prospective juror in line)

8                    PROSPECTIVE JUROR:  Good morning.

9                    THE COURT:  Good morning.  How old are your

10   children?

11                   PROSPECTIVE JUROR:  Eight and ten.

12                   THE COURT:  Who's taking care of them now?

13                   PROSPECTIVE JUROR:  They're in school.

14   School is out on Friday.  My husband has also been asked

15   to serve.  He's sitting back here.

16                   THE COURT:  How about if we cut a deal?

17   You go talk to your husband; one or the other serves.

18                   PROSPECTIVE JUROR:  Yes.  I'm cutting a

19   deal right now!

20                   THE COURT:  You're not even giving him a

21   chance!

22                   PROSPECTIVE JUROR:  I'm also a teacher.

23   I'm going out of school on Friday as well.

24                   THE COURT:  Well, then, you would be out;

25   you would be available.

1          PROSPECTIVE JUROR:  My children would be

2   without care.

3          THE COURT:  And what does your husband do?

4          PROSPECTIVE JUROR:  He's a hospital

5   administrator.

6          THE COURT:  You're putting it up on him.

7   You go talk to your husband.  And either you, or he serve.

8          PROSPECTIVE JUROR:  I'm making the

9   decision.

10          THE COURT:  I've had my wife do that to me

11   many times.  You go talk to your husband.

12          PROSPECTIVE JUROR:  The decision has

13   already been made.

14          THE COURT:  You go talk to him, and come

15   back.

16          Mrs. Brown?  Step forward.

17               **LIVIA V. BROWN,**

18   **having been called as a prospective juror and, upon**

19   **her oath, was examined and testified as follows:**

20               **VOIR DIRE EXAMINATION**

21   **BY THE COURT:**

22          THE COURT:  (Court calls out next

23   prospective juror in line)   Where were you arrested,

24   ma'am.

25          PROSPECTIVE JUROR:  It was in Corpus

```
 1    Christi, Texas.
 2                 THE COURT:  In Corpus Christi, Texas.
 3                 PROSPECTIVE JUROR:  Uh-huh.  It was dropped
 4    because of the probation, but it still shows up as an
 5    arrest on my records.
 6                 THE COURT:  You were arrested for what?
 7                 PROSPECTIVE JUROR:  Yes.
 8                 THE COURT:  You served probation?
 9                 PROSPECTIVE JUROR:  Yes.
10                 THE COURT:  And then it was dismissed?
11                 PROSPECTIVE JUROR:  But it still shows up
12    as an arrest.
13                 THE COURT:  Step back.
14                 (Discussion on the record at the bench.)
15                 MR. GILMAN:  No objections.
16                 THE COURT:  Pardon?
17                 MR. GILMAN:  No objections.
18                 MR. PADILLA:  I think she was on probation.
19    Was it a felony probation?
20                 THE COURT:  Either one; it doesn't matter.
21                 MR. PADILLA:  Yeah.
22                 (End of bench conference.)
23                 THE COURT:  Step forward, Mrs. Brown.
24    You're excused.  Thank you very much.  This is one of the
25    few times a bad thing is a good thing.
```

162

```
 1              (Excused at 11:14 a.m.)
 2              MICHELLE HUBBARD,
 3   having been called as a prospective juror and, upon
 4   her oath, was examined and testified as follows:
 5              VOIR DIRE EXAMINATION
 6   BY THE COURT:
 7              THE COURT:  Mrs. Hubbard, step forward.
 8              PROSPECTIVE JUROR:  He said he would serve.
 9              MR. GILMAN:  You told him:  He better
10   serve, or he doesn't get any dinner.
11              (Court calls out next prospective juror in
12   line)
13              MARIA DEL ROSARIO TORRES,
14   having been called as a prospective juror and, upon
15   her oath, was examined and testified as follows:
16              VOIR DIRE EXAMINATION
17   BY THE COURT:
18              THE COURT:  Maria Del Rosario Torres.  She
19   now works, takes care of her sons eight and 11.  Takes
20   care of husband, who is ill.  What is wrong with your
21   husband?
22              PROSPECTIVE JUROR:  He suffers from high
23   blood pressure.
24              THE COURT:  He's not working at all?
25              PROSPECTIVE JUROR:  Yes, he does.
```

163

```
 1                    THE COURT:  So who's taking care of your
 2   children?
 3                    PROSPECTIVE JUROR:  I do.  Well, they're in
 4   school right now.
 5                    THE COURT:  Where are they going to be this
 6   summer mer?
 7                    PROSPECTIVE JUROR:  One of them is going to
 8   summer school.
 9                    THE COURT:  So you're not going to be able
10   to work?
11                    PROSPECTIVE JUROR:  Where?  I don't work.
12   I'm a housewife.
13                    THE COURT:  I'm sorry.  Step back.
14                    (Discussion on the record at the bench.)
15                    THE COURT:  She has children under twelve
16   that she's taking care of.
17                    MR. PADILLA:  She qualifies to take an
18   exemption.
19                    MR. GILMAN:  Yeah.  She qualifies.
20                    (End of bench conference.)
21                    THE COURT:  Mrs. Torres?  You're excused.
22   Thank you.
23                    PROSPECTIVE JUROR:  Thank you.
24
25
```

164

```
 1                  (excused at 11:15 a.m.)
 2                  JANNETT P. SPEARMAN,
 3     having been called as a prospective juror and, upon
 4     her oath, was examined and testified as follows:
 5                  VOIR DIRE EXAMINATION
 6   BY THE COURT:
 7                  THE COURT:  Jannett Perez Spearman?  Okay.
 8   She's a teacher.  Has a field trip.  You have a field trip
 9   planned for tomorrow?
10                  PROSPECTIVE JUROR:  Yes, but I already
11   found somebody, so give me my badge.
12                  MR. PADILLA:  She wants to serve.
13                  THE COURT:  We appreciate it.
14                  (Excused at 11:16 a.m.)
15                  ROBERT BROWN,
16     having been called as a prospective juror and, upon
17     his oath, was examined and testified as follows:
18                  VOIR DIRE EXAMINATION
19   BY THE COURT:
20                  THE COURT:  Roger Brown?  You will be able
21   to make your appointment tomorrow.
22                  PROSPECTIVE JUROR:  Pardon me?
23                  THE COURT:  This will be done tomorrow.
24                  PROSPECTIVE JUROR:  My wife also has
25   surgery next month.
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

1    THE COURT:  Okay.  Basically, it'll be one

2    day this week, today, and then the next couple of weeks

3    you'll come back for an interview again.  And then after

4    that, the Court will start.

5            PROSPECTIVE JUROR:  (Nods head in the

6    affirmative).

7            THE COURT:  So does that fit with your

8    schedule?

9            PROSPECTIVE JUROR:  My wife has got surgery

10   on the 17th, and I have to drive her.  She's got the

11   optimology surgery.

12           THE COURT:  Optimology surgery?  That means

13   she's got an eye surgery.

14           PROSPECTIVE JUROR:  Yeah.

15           THE COURT:  Mr. Brown, that doesn't sound

16   like a very good --

17           PROSPECTIVE JUROR:  I don't know.

18           THE COURT:  I'm going to ask you to serve,

19   Mr. Brown.  You need to get your badge.

20           (Excused at 11:17 a.m.)

21           MARIA DEL CARMEN BARBOSA,

22   having been called as a prospective juror and, upon

23   her oath, was examined and testified as follows:

24           VOIR DIRE EXAMINATION

25   BY THE COURT:

Adelaido Flores, Jr.
Certified Shorthand Reporter

166

```
 1                    THE COURT:  Maria Del Carmen Barbosa?  Good
 2     morning.
 3                    PROSPECTIVE JUROR:  Yes, sir.
 4                    THE COURT:  You have had misdemeanors?
 5                    PROSPECTIVE JUROR:  Yes, sir.  Uh-huh.
 6                    THE COURT:  Fifteen years ago?
 7                    PROSPECTIVE JUROR:  Yes.
 8                    THE COURT:  In Florida?
 9                    PROSPECTIVE JUROR:  Yes, sir.
10                    THE COURT:  Okay.  Please step back.
11                    (Discussion on the record at the bench.)
12                    THE COURT:  Misdemeanor theft; shoplifting.
13     I think that's an automatic "gotcha".
14                    MR. PADILLA:  Yes.
15                    MR. GILMAN:  Yeah.  I can't object.
16                    (End of bench conference.)
17                    THE COURT:  Mrs. Barbosa?  You're excused.
18                    PROSPECTIVE JUROR:  Thank you, sir.
19                    (Excused at 11:18 a.m.)
20                         MANUEL CRUZ, JR.,
21      having been called as a prospective juror and, upon
22      his oath, was examined and testified as follows:
23                       VOIR DIRE EXAMINATION
24     BY THE COURT:
25                    THE COURT:  Manuel Cruz, Jr.
```

1          (Court calls out next prospective juror in

2     line)  Mr. Cruz?

3               PROSPECTIVE JUROR:  Yes, sir.

4               THE COURT:  You're the chief of police for

5     Rancho Viejo, and you are short staffed.  Two persons on

6     duty?  Not a good reason, Mr. Cruz.

7               PROSPECTIVE JUROR:  Not a problem.  I just

8     wanted to let you know.

9               THE COURT:  I apologize.  You'll be out

10    today.  You get an appointment in the next two weeks.

11              MR. GILMAN:  I'm going to object.  I think

12    that he should be off, Judge, because he's got to protect

13    the citizens of Rancho Viejo, and he's got to stop those

14    speeders out there speeding in their golf carts.

15              THE COURT:  Do you concur in that, or do

16    you want to keep him on?

17              MR. PADILLA:  I want to keep him on.

18              MR. GILMAN:  I tried, I tried.

19              MR. PADILLA:  He wants to do his civic

20    duty; he's a good man.

21              THE COURT:  Go get your ID.

22              **(Excused at 11:19 a.m.)**

23                   **MICHELLE GARZA,**

24    **having been called as a prospective juror and, upon**

25    **her oath, was examined and testified as follows:**

Adelaido Flores, Jr.
Certified Shorthand Reporter

168

**VOIR DIRE EXAMINATION**

BY THE COURT:

THE COURT:  Michelle Garza you're due?

Cool!  Good luck.  God Bless you.

PROSPECTIVE JUROR:  Thank you.

**(Excused at 11:19 a.m.)**

THE COURT:  I'm sorry.  Michelle Garza.

Juror Number 148149 is excused for medical reasons.  I'm

sorry, Mr. Flores.  Thank you.

**ROXANNE L. SILVA,**

**having been called as a prospective juror and, upon**

**her oath, was examined and testified as follows:**

**VOIR DIRE EXAMINATION**

THE COURT:  Roxanne?  Takes care of her

mother and grandfather during the day.  Works at night.

Her father takes over at night.  This is Juror 208134.

What does your father do during the day?

PROSPECTIVE JUROR:  He -- I don't know.

He's not like with my mom, but he takes care of my

grandpa.  I take care of my mom.  I had to bring her with

me.

THE COURT:  Is your mother ill?

PROSPECTIVE JUROR:  She has heart problems,

she has diabetes -- she has everything.  So I had to bring

her with me.

169

```
 1                    THE COURT:  I am going to go ahead and
 2      grant it.  You're excused.  Thank you.
 3                      (Excused at 11:19 a.m.)
 4                    THE COURT:  Jenny De Leon, Jr?
 5                (Discussion off the record at the bench.)
 6                      TOMAS GUAJARDO, JR.,
 7        having been called as a prospective juror and, upon
 8        his oath, was examined and testified as follows:
 9                    VOIR DIRE EXAMINATION
10      BY THE COURT:
11                    THE COURT:  Mr. Guajardo?
12                    PROSPECTIVE JUROR:  Yes, sir.
13                    THE COURT:  167570.
14                    PROSPECTIVE JUROR:  Yes, sir.
15                    THE COURT:  You were convicted of a felony
16      DWI?
17                    PROSPECTIVE JUROR:  Yes, sir.
18                    THE COURT:  You're excused.  Thank you very
19      much.
20                      (Excused at 11:20 a.m.)
21                    THE COURT:  Susan Elizabeth Smith Lingo?
22      Tomas Guajardo is excused.
23                        JENNY DE LEON,
24        having been called as a prospective juror and, upon
25        her oath, was examined and testified as follows:
```

1                    **VOIR DIRE EXAMINATION**

2    **BY THE COURT:**

3                    THE COURT:  Jenny De Leon, 197981.  Hi.

4    You had a misdemeanor theft?

5                    PROSPECTIVE JUROR:  Yes.

6                    THE COURT:  That was deferred about six

7    years ago?

8                    PROSPECTIVE JUROR:  Yes.

9                    THE COURT:  And where was this at?

10                   PROSPECTIVE JUROR:  In Hidalgo County.

11                   THE COURT:  You are excused.  She has also

12   one and a half year old baby.

13                   **(excused at 11:20 a.m.)**

14                   THE COURT:  Susan Elizabeth Smith.

15                   **SUSAN E. SMITH,**

16    **having been called as a prospective juror and, upon**

17    **her oath, was examined and testified as follows:**

18                   **VOIR DIRE EXAMINATION**

19   **BY THE COURT:**

20                   PROSPECTIVE JUROR:  I know that it does not

21   sound like a good excuse, sir, but it's finals, sir, and I

22   have people who are -- the years -- and I don't like

23   substitutes during finals.

24                   THE COURT:  Mrs. Smith, I apologize.  My

25   wife's a teacher --

Adelaido Flores, Jr.
Certified Shorthand Reporter

1    PROSPECTIVE JUROR:  But it's finals.  It's
2  finals, sir.
3    THE COURT:  Get somebody else to do it.
4  You're not indispensable.
5    PROSPECTIVE JUROR:  You wouldn't want me
6  any way.
7    THE COURT:  Ms. Smith?  Hold on.  He needs
8  your ID.
9    **(Excused at 11:21 a.m.)**
10    **DENISE BEAUCHEMIN,**
11   **having been called as a prospective juror and, upon**
12   **her oath, was examined and testified as follows:**
13    **VOIR DIRE EXAMINATION**
14  **BY THE COURT:**
15    THE COURT:  Denise Beauchemin?
16    PROSPECTIVE JUROR:  Am I excused just for
17  today?
18    MR. GILMAN:  She'll try again in a week.
19    THE COURT:  Has conference on June 14, 15,
20  16.  Daughter is moving to Colorado at the end of June.
21  And you're moving her?
22    PROSPECTIVE JUROR:  Yeah.  My husband and I
23  are moving her.
24    THE COURT:  So are you planning to go with
25  her?

172

```
 1                   PROSPECTIVE JUROR:  Well, we're going in
 2   two vehicles, and I was going to be the relief driver.
 3   So --
 4                   THE COURT:  Step back to the star, please.
 5                   PROSPECTIVE JUROR:  Step back to where?
 6                   THE COURT:  Step back to the star.
 7                   (Court calls out next prospective juror in
 8   line)
 9                   MR. PADILLA:  She's going to be
10   preoccupied, Judge.
11                   MR. GILMAN:  No objection.
12                   MR. PADILLA:  No objections.
13                   (End of bench conference.)
14                   THE COURT:  Step forward, Ms. Beauchemin.
15   You're excused.  Thank you very much.  That was Juror
16   297510.
17                   (Excused at 11:22 a.m.)
18                   CARLOS RODRIGUEZ, JR.,
19     having been called as a prospective juror and, upon
20     his oath, was examined and testified as follows:
21                   VOIR DIRE EXAMINATION
22   BY THE COURT:
23                   THE COURT:  Carlos Rodriguez, Jr.  Hi.
24   (Reads document)  You're excused.
25                   Carlos Rodriguez, Jr.  Juror Number 852337.
```

173

1   One of the children of Melissa Elizabeth Lucio is his

2   foster child.

3                    MR. GILMAN:  That's the last one.

4                    THE COURT:  Yes.

5                    MR. PADILLA:  Any opposition to that?

6                    MR. GILMAN:  No.

7                    (Excused at 11:22 a.m.)

8                    **MIRIAM A. LEIJA,**

9   **having been called as a prospective juror and, upon**

10  **her oath, was examined and testified as follows:**

11                    **VOIR DIRE EXAMINATION**

12  **BY THE COURT:**

13                   THE COURT:  Miriam Arlette Leija.  Juror

14  Number 170189.  You have a three year old and a six year

15  old.  Who picks them up from school and takes them to day

16  care.

17                   PROSPECTIVE JUROR:  I work for a living.

18                   THE COURT:  So what do you for a living?

19                   PROSPECTIVE JUROR:  I work for Doctor Tera

20  Rios.

21                   THE COURT:  Tera Rios is very civic-minded

22  individual, and I am sure she would let you go ahead and

23  let you serve.

24                   PROSPECTIVE JUROR:  And my kids?  I go for

25  them, and everything.

```
 1                    THE COURT:  Who else takes care of them?
 2                    PROSPECTIVE JUROR:  My husband works.
 3                    THE COURT:  Well, so do you.
 4                    PROSPECTIVE JUROR:  Mrs. Rios lets me out
 5      to go for my kids.
 6                    THE COURT:  And who takes care of them?
 7                    PROSPECTIVE JUROR:  Oh, I take them to the
 8      day care.
 9                    THE COURT:  How far is the day care?
10                    PROSPECTIVE JUROR:  It is right there in
11      the Apple Tree -- where PUB is.
12                    THE COURT:  Step back to the star.  I will
13      be with you in a moment.
14                    (Discussion on the record at the bench.)
15                    THE COURT:  She's the only one that
16      provides transportation.
17                    MR. PADILLA:  The State has no opposition.
18                    MR. GILMAN:  She can serve, Judge.  The
19      kids are going to be in the day care during the
20      summertime; the kids aren't going to summer school.  She
21      didn't say that.
22                    THE COURT:  You're right.
23                    MR. GILMAN:  School is out this week.
24                    MR. PADILLA:  She'll be out.
25                    (End of bench conference.)
```

```
 1                    THE COURT:  Mrs. Leija?  The kids are going
 2      to be out of school this week.  Right?
 3                    PROSPECTIVE JUROR:  Uh-huh.
 4                    THE COURT:  Then you're going to have to
 5      put them in day care any way once you start?
 6                    PROSPECTIVE JUROR:  Yeah.
 7                    THE COURT:  So you'll be taking them to day
 8      care in the morning and then picking up later in the
 9      afternoon after you go.
10                    PROSPECTIVE JUROR:  Yes.
11                    THE COURT:  So, it's the same thing.  I'm
12      going to deny your request, and ask you to please serve.
13                        (Excused at 11:24 a.m.)
14                         GERARDO LUCIO,
15        having been called as a prospective juror and, upon
16        his oath, was examined and testified as follows:
17                       VOIR DIRE EXAMINATION
18      BY THE COURT:
19                    THE COURT:  Mr. Lucio?  Enrolled for
20      summer, I and II.  Are you a full-time student, sir?
21                    PROSPECTIVE JUROR:  Yes, sir.
22                    THE COURT:  Where are you going for
23      vacation this summer?
24                    PROSPECTIVE JUROR:  At the university.
25      Yeah.  That's my vacation.
```

1    THE COURT:  And you're a full-time student.

2    PROSPECTIVE JUROR:  Yes.

3    THE COURT:  Mr. Lucio, you're excused.

4    **(excused at 11:25 a.m.)**

5    THE COURT:  Nancy Ramirez?

6    **(Court calls out next prospective juror in**

7    **line)**

8    THE COURT:  Hi, Mrs. Ramirez.  Juror Number

9    185451.  We would like -- okay.  So you take care of three

10   children 6, 9, and 13.

11   PROSPECTIVE JUROR:  Uh-huh.

12   THE COURT:  And she has nobody else to --

13   PROSPECTIVE JUROR:  My mom has a heart

14   condition, and is not able to take care of them.  So I get

15   them, when I get out of school.

16   THE COURT:  What are going to do during the

17   summer?

18   PROSPECTIVE JUROR:  In the summer?

19   THE COURT:  Yeah.

20   PROSPECTIVE JUROR:  Well, I don't work.

21   THE COURT:  What is she going to do?

22   PROSPECTIVE JUROR:  Well, I don't know.

23   THE COURT:  Who is going to take of the

24   kids.

25   PROSPECTIVE JUROR:  Me.  I don't do

```
 1    anything.  I stopped working in February.
 2                    THE COURT:  So when you were working, who
 3    were taking care of the kids?
 4                    PROSPECTIVE JUROR:  My mom was able to
 5    watch them for a little bit.  But right now, they're doing
 6    the stress test on her heart right now.
 7                    THE COURT:  Mrs. Ramirez, you don't work?
 8                    PROSPECTIVE JUROR:  No.
 9                    THE COURT:  You take care of the kids?
10                    PROSPECTIVE JUROR:  Yes.
11                    THE COURT:  But when you weren't taking
12    care of the kids, your sister had somebody else, and
13    they're not your children?
14                    PROSPECTIVE JUROR:  Yeah, I know.  But she
15    asked for my help.  That's why.
16                    THE COURT:  Mrs. Ramirez, I'm going to ask
17    you that you please serve.  Okay?  Thank you very much.
18    She will give you your ID.
19                    (Excused at 10:03 a.m.)
20                    THE COURT:  Alicia Johnson?
21                    (Court calls out next prospective juror in
22    line)
23                    PROSPECTIVE JUROR:  Yes?
24                    THE COURT:  You're going to be care takers
25    for your in-laws in June and July?
```

178

1          PROSPECTIVE JUROR:  Yes, sir.

2          THE COURT:  Where do your in-laws live?

3          PROSPECTIVE JUROR:  They live in Harlingen,

4    but we're going to be in Minnesota.  They have help here,

5    but they don't in Minnesota.  So I'll be going up to

6    Minnesota to take care of them there.

7          THE COURT:  You're going to Minnesota?

8          PROSPECTIVE JUROR:  To take care of them.

9          THE COURT:  The travel plans have already

10   been done for awhile?

11         PROSPECTIVE JUROR:  Yes, sir.

12         THE COURT:  How long have you had these

13   travel plans?

14         PROSPECTIVE JUROR:  Three months.

15         THE COURT:  You're excused.

16              **(Excused at 11:26 a.m.)**

17         PROSPECTIVE JUROR:  Thank you very much.

18         THE COURT:  Christina Garcia?

19         (Court calls out next prospective juror in

20   line)

21              **CHRISTINA GARCIA,**

22   **having been called as a prospective juror and, upon**

23   **her oath, was examined and testified as follows:**

24              **VOIR DIRE EXAMINATION**

25   **BY THE COURT:**

179

1    THE COURT:  Christina Garcia?  Juror Number

2    number 874799.  Student at UTB.  How long have you been a

3    student at UTB?

4    PROSPECTIVE JUROR:  I need one more year.

5    It's been it's about two.

6    THE COURT:  So, where are you going this

7    summer for vacation?

8    PROSPECTIVE JUROR:  Nowhere.  Just UTB.

9    THE COURT:  It's a trick question.

10    Sometimes it work; sometimes it doesn't.  You're excused.

11    **(Excused at 11:26 a.m.)**

12    **EDITH LEDESMA,**

13    **having been called as a prospective juror and, upon**

14    **his oath, was examined and testified as follows:**

15    **VOIR DIRE EXAMINATION**

16    **BY THE COURT:**

17    THE COURT:  Edith Ledesma?

18    PROSPECTIVE JUROR:  Good morning.

19    THE COURT:  Hi.  You have a four year old

20    daughter who is ill and needs to take medication.

21    PROSPECTIVE JUROR:  Yes.  I just took her

22    to the doctor yesterday, and they brought the pharmacy --

23    the prescriptions and medications, and needs the nebulizer

24    treatments around the clock.

25    THE COURT:  Who takes care of your

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
1    children?
2                  PROSPECTIVE JUROR:  I don't work during the
3    week.  And when I do work, she does go to sick.  But when
4    she's sick, I won't work.
5                  THE COURT:  Where do you work at?
6                  PROSPECTIVE JUROR:  I do home health.  I'm
7    a nurse.
8                  THE COURT:  Okay.  You're excused.  Take
9    care.  Bye.
10                 (Excused at 11:27 a.m.)
11                 THE COURT:  Madeline Luaces?
12                     MADELINE LUACES,
13    having been called as a prospective juror and, upon
14    her oath, was examined and testified as follows:
15                    VOIR DIRE EXAMINATION
16   BY THE COURT:
17                 THE COURT:  Madeline L-U-A-C-E-S.  How do
18   you pronounce it?
19                 PROSPECTIVE JUROR:  Luaces.
20                 THE COURT:  Luaces?  Juror Number 286453.
21   Children, eight, 12, 13, and 14 and 17.  Works part time
22   in school.  Takes them to school.
23                 PROSPECTIVE JUROR:  Yes, sir.  And now
24   they're out of school, and I stay out with them during the
25   summer.
```

181

1          THE COURT:  So who takes care of them when
2    you're not able to?
3          PROSPECTIVE JUROR:  They're at school.  I
4    teach dance and I go to school for about an hour.  I set
5    my hours, and then I get out to go pick them up and go for
6    them home after school.
7          THE COURT:  Step back, ma'am.  I will be
8    right with you in just a minute.
9          **(Discussion on the record at the bench.)**
10         MR. GILMAN:  She's got a 17 year old.
11         THE COURT:  I understand.  She's got
12   children under eight.
13         MR. GILMAN:  One child under eight.
14         MR. PADILLA:  You want to bother this lady
15   that has four or five kids?
16         THE COURT:  You're leaving four kids by
17   themselves?  Yeah, I see your point.
18         **(End of bench conference.)**
19         THE COURT:  Step forward.  You have a child
20   that is 17.
21         PROSPECTIVE JUROR:  Yes.  And he's going to
22   work and go to college.  I'm the one that takes of them --
23   that stays at home with them during the summer.
24         THE COURT:  Okay.  You're excused.  Take
25   care.  Thank you.

                    Adelaido Flores, Jr.
                  Certified Shorthand Reporter

```
 1                    PROSPECTIVE JUROR:  Thank you.
 2                      (Excused at 10:03 a.m.)
 3                    THE COURT:  Agustin Gonzalez?
 4                    (Court calls out next prospective juror in
 5      line)
 6                         AGUSTIN GONZALEZ,
 7        having been called as a prospective juror and, upon
 8        his oath, was examined and testified as follows:
 9                       VOIR DIRE EXAMINATION
10      BY THE COURT:
11                    THE COURT:  You got three DWIs.  One was a
12      felony, or was it a misdemeanor, or felonies?
13                    PROSPECTIVE JUROR:  Misdemeanor.  That's
14      all.
15                    THE COURT:  That doesn't mean that you
16      can't serve.
17                    PROSPECTIVE JUROR:  It's up to you, sir.  I
18      had to put it down.
19                    THE COURT:  Yes, sir -- and I appreciate
20      it.  I think I'm going to let you serve.
21                      (Excused at 11:29 a.m.)
22                    THE COURT:  Mr. Diaz?
23                         GILBERTO DIAZ, JR.,
24        having been called as a prospective juror and, upon
25        his oath, was examined and testified as follows:
```

183

```
 1                    VOIR DIRE EXAMINATION
 2    BY THE COURT:
 3                    THE COURT:  You worked at the Brownsville
 4    Hospital.  Anesthesia.
 5                    PROSPECTIVE JUROR:  Yeah.
 6                    THE COURT:  I don't excuse doctors, sir.
 7                    PROSPECTIVE JUROR:  I'm not a doctor.  I
 8    work as an anesthesia tech.
 9                    THE COURT:  I know.  But if I don't excuse
10    doctors --
11                    PROSPECTIVE JUROR:  That's fine.
12                    THE COURT:  Okay.  Get your ID over here,
13    sir.
14                    (Excused at 11:29 a.m.)
15                    THE COURT:  Rosalinda De La Cruz?
16                    (Court calls out next prospective juror in
17    line)
18                    ROSA LINDA DE LA CRUZ,
19      having been called as a prospective juror and, upon
20      her oath, was examined and testified as follows:
21                    VOIR DIRE EXAMINATION
22    BY THE COURT:
23                    THE COURT:  Where are you going to school?
24                    PROSPECTIVE JUROR:  TSTC.
25                    THE COURT:  Are you going on vacation this
```

184

```
 1    summer?
 2                    PROSPECTIVE JUROR:  Nowhere; school.
 3                    THE COURT:  Everybody must be listening to
 4    me.  Are you a full-time student, or part time?
 5                    PROSPECTIVE JUROR:  Part time.  I'm going
 6    to have class starting in June, and it starts at 1:00 and
 7    end at 2:00.
 8                    THE COURT:  The exemption is only for
 9    full-time, and not for part-time.  So you don't get an
10    exemption.
11                    PROSPECTIVE JUROR:  I don't?
12                    THE COURT:  No, ma'am.  Not if you're a
13    part-time student. I'm going to ask you to please serve.
14                    (Excused at 11:30 a.m.)
15                    DIANE L. RODRIGUEZ,
16      having been called as a prospective juror and, upon
17      her oath, was examined and testified as follows:
18                    VOIR DIRE EXAMINATION
19    BY THE COURT:
20                    THE COURT:  Diane Luis Rodriguez.
21                    (Court calls out next prospective juror in
22    line)
23                    THE COURT:  Good morning.  How are you?
24    How old is your child?
25                    PROSPECTIVE JUROR:  She's seven, sir.
```

```
1              THE COURT:  Who's taking care of her right
2   now?
3              PROSPECTIVE JUROR:  Well, she's in school
4   right now.
5              THE COURT:  So where do you work?
6              PROSPECTIVE JUROR:  I don't work, sir.  I'm
7   a housewife.
8              MR. PADILLA:  That's a lot of work.
9              PROSPECTIVE JUROR:  Well, I have to wash
10  and clean the house.
11             THE COURT:  I understand, Mrs. Rodriguez.
12  I understand.  But the question is if you're not taking
13  care of your child, who's caring for your child?
14             PROSPECTIVE JUROR:  Right now?
15             THE COURT:  Yeah, right now.
16             PROSPECTIVE JUROR:  Well, right now she's
17  in school.
18             THE COURT:  And if you're not able to get
19  her back till 3:30 or 4:00, who is going to pick them up?
20             PROSPECTIVE JUROR:  Well, I have to look
21  for somebody to go pick her up.  I don't know.
22             THE COURT:  You don't know?
23             PROSPECTIVE JUROR:  Well, my husband works
24  at Amfields in the morning.  And my sister, she was a
25  dispatcher here in the police department so she works in
```

1    the morning.  My mom works in the morning, too.  She's --

2    one of those people that takes care of older people.

3                    THE COURT:  You're excused.

4                    PROSPECTIVE JUROR:  Thank you very much,

5    sir.

6                    **(Excused at 11:32 a.m.)**

7                    **MARIA DEL CARMEN WHITTEMORE,**

8     **having been called as a prospective juror and, upon**

9     **her oath, was examined and testified as follows:**

10                    **VOIR DIRE EXAMINATION**

11                    THE COURT:  Who's taking of your mother

12   now?

13                    PROSPECTIVE JUROR:  She's by herself right

14   now.  But they kind of pick her up for lunch from the

15   senior citizen center.

16                    THE COURT:  Okay.  Can't she take care of

17   herself enough?

18                    PROSPECTIVE JUROR:  I cook all of her

19   meals, I clean, I make sure she takes her medicine -- and

20   all of that kind of stuff.  I can serve, but I can't be

21   away at night.

22                    THE COURT:  No.  You don't have to be away

23   at night.

24                    PROSPECTIVE JUROR:  There's not going to

25   any sequestering?

187

1    THE COURT:  No.  There probably will not

2    be.  This is Juror Number 83728.  She'll give you your ID.

3                **(Excused at 11:33 a.m.)**

4    THE COURT:  Maria Del Carmen Whittemore,

5    Juror No. 824838, is excused for medical reasons.

6                **DEBRA ANN SALDANA,**

7    **having been called as a prospective juror and, upon**

8    **her oath, was examined and testified as follows:**

9                **VOIR DIRE EXAMINATION**

10   **BY THE COURT:**

11   THE COURT:  Debra Ann Saldana Juror Number

12   753968 is a teacher ---

13   PROSPECTIVE JUROR:  I'm a counselor.

14   THE COURT:  A counselor?

15   PROSPECTIVE JUROR:  Yes, sir.

16   THE COURT:  Has children who are with the

17   baby sitter?

18   PROSPECTIVE JUROR:  One of them is.

19   THE COURT:  You work?

20   PROSPECTIVE JUROR:  Yes.

21   THE COURT:  But you can serve.

22   PROSPECTIVE JUROR:  (shrugs shoulders)

23   Okay.  My husband's a lawyer also.

24   THE COURT:  You can serve.

25               **(Excused at 11:34 a.m)**

```
1              THE COURT:  Roberta Ann Morgan?
2    (Court calls out next prospective juror in line)
3                   ROBERTA ANN MORGAN,
4     having been called as a prospective juror and, upon
5     her oath, was examined and testified as follows:
6                   VOIR DIRE EXAMINATION
7    BY THE COURT:
8              THE COURT:  What custody of children do you
9    have, ma'am?
10             PROSPECTIVE JUROR:  I have custody of my
11   two grandsons.  Ages four and seven.
12             THE COURT:  Anybody else that can take care
13   of them?
14             PROSPECTIVE JUROR:  My girlfriend, and
15   she's going on vacation June 11 through the 18th and I've
16   taken time off to stay with them.
17             THE COURT:  And where do you work at?
18             PROSPECTIVE JUROR:  I work at USDA in
19   Harlingen.
20             THE COURT:  And who takes care of them
21   during the day?
22             PROSPECTIVE JUROR:  She does, my
23   girlfriend, who's going to be gone.
24             THE COURT:  In two weeks?  We will not go
25   to trial until after that.  What is going to be required
```

189

```
1    today is --
2                    PROSPECTIVE JUROR:  Uh-huh.
3                    THE COURT:  -- the next two weeks, is going
4    to be appointments --
5                    PROSPECTIVE JUROR:  Uh-huh.
6                    THE COURT:  -- individual voir dire, and
7    then the trial will start after that.
8                    PROSPECTIVE JUROR:  Okay.  And I have
9    someone to take care of them other than that.
10                   THE COURT:  They'll give you your ID.
11   Thank you very much.
12                   PROSPECTIVE JUROR:  That's fine.
13                   (Excused at 11:34 a.m.)
14                        BERTHA CAMPOS,
15      having been called as a prospective juror and, upon
16      her oath, was examined and testified as follows:
17                      VOIR DIRE EXAMINATION
18   BY THE COURT:
19                   THE COURT:  Mrs. Campos?  Who takes care of
20   the grandchildren when your daughter is in Corpus Christi?
21                   PROSPECTIVE JUROR:  No; she's in college.
22   She's a teacher.  She and her husband have been
23   transferred to Houston, and he's already over there, and I
24   volunteered to take the kids until the middle of June.
25   I've had them all month --
```

190

```
 1              THE COURT:  Who's taking care of them right
 2    now?
 3              PROSPECTIVE JUROR:  My husband is at the
 4    park right now, and they're driving him nuts.
 5              THE COURT:  That's good, that's good.
 6              PROSPECTIVE JUROR:  He can take care of
 7    them.
 8              THE COURT:  I'm a grandfather, and I take
 9    care of kids.  The only time that is tricky is when my
10    daughter has to go to the restroom.  That's the only time
11    that it gets tricky.
12              PROSPECTIVE JUROR:  And the three year old
13    is getting potty trained!
14              THE COURT:  It happens to everybody.
15              PROSPECTIVE JUROR:  I know.  But I was
16    actually looking forward to this -- until this happened.
17              THE COURT:  Mrs. Campos, it will be today.
18    And then the next two weeks you will have to come to an
19    appointment for 45 minutes to an hour and a half, and the
20    trial will not start until after that.
21              PROSPECTIVE JUROR:  Oh, okay.
22              THE COURT:  She'll give you your ID.
23              (Excused at 11:35 a.m.)
24              THE COURT:  Mr. Bressler?
25              PROSPECTIVE JUROR:  Yes, sir.
```

191

1     THE COURT:   (Court calls out next

2   prospective juror in line)

3                 JOSEPH J. BRESSLER,

4    having been called as a prospective juror and, upon

5    his oath, was examined and testified as follows:

6                 VOIR DIRE EXAMINATION

7   BY THE COURT:

8                 THE COURT:   Mr. Bressler has already served

9   on a capital murder case before, and does not want to

10   serve on another one.

11                MR. GILMAN:   He's a professional juror.

12                PROSPECTIVE JUROR:   Your Honor, I couldn't

13   handle it.   I really couldn't.   I don't mine being a

14   juror.   But -- Mr. Padilla?   Mr. Gilman?   I couldn't

15   handle it.

16                MR. GILMAN:   I don't have any objections to

17   him being excused.

18                MR. PADILLA:   I don't have any objections.

19                THE COURT:   You're excused.

20                **(Excused at 11:36 a.m.)**

21                PROSPECTIVE JUROR:   Thank you, Your Honor.

22                THE COURT:   Nice seeing you again.

23                Elvia Flores?

24

25

Adelaido Flores, Jr.
Certified Shorthand Reporter

192

1                          **ELVIA FLORES,**

2        **having been called as a prospective juror and, upon**

3        **her oath, was examined and testified as follows:**

4                       **VOIR DIRE EXAMINATION**

5     **BY THE COURT:**

6                    PROSPECTIVE JUROR:  Good morning.

7                    THE COURT:  Hi.  You have scheduled trips

8     planned, and you have ticket confirmation.

9                    PROSPECTIVE JUROR:  Yes.

10                   THE COURT:  Where are you going?        .

11                   PROSPECTIVE JUROR:  To Vegas.

12                   THE COURT:  To Las Vegas?

13                   PROSPECTIVE JUROR:  Yes.

14                   THE COURT:  When?

15                   PROSPECTIVE JUROR:  And I have to go on

16    June 8 to June 22, we come back.

17                   THE COURT:  June 8?  What are you going,

18    for, for business or pleasure?

19                   PROSPECTIVE JUROR:  Pleasure.  I have

20    vacations with my family.

21                   THE COURT:  You already have your tickets?

22                   PROSPECTIVE JUROR:  Yes.  I have them here.

23                   THE COURT:  All right.  You are excused.

24                   **(Excused at 11:36 a.m..)**

25                   THE COURT:  Deborah Jean Izeta?

Adelaido Flores, Jr.
Certified Shorthand Reporter

193

DEBORAH J. IZETA,

having been called as a prospective juror and, upon

her oath, was examined and testified as follows:

VOIR DIRE EXAMINATION

BY THE COURT:

THE COURT:  She's a school teacher at

Benavidez Elementary.  Award ceremony for students.  Nine

a.m. to 11:30 a.m.

PROSPECTIVE JUROR:  You can take that one

off because it's 11:30.

THE COURT:  You missed it.

PROSPECTIVE JUROR:  But actually the rest

on there, I had accepted a position for summer school, and

that starts next week already, and through July 3.  And if

I don't work, I don't get paid, and I could possibly not

get hired again also.  That's what my concern is.

THE COURT:  Mrs. Izeta, step back please to

the star.  I will be right with you.

**(Discussion on the record at the bench.)**

MR. PADILLA:  I have no objection.

MR. GILMAN:  No objections.

**(End of bench conference.)**

THE COURT:  Mrs. Izeta, step forward.  You

are excused.

PROSPECTIVE JUROR:  Okay.  Thank you.

Adelaido Flores, Jr.
Certified Shorthand Reporter

194

```
 1                    (Excused at 11:37 a.m.)
 2                      CARMEN SILVA,
 3    having been called as a prospective juror and, upon
 4    her oath, was examined and testified as follows:
 5                    VOIR DIRE EXAMINATION
 6  BY THE COURT:
 7                 THE COURT:  Carmen Silva?
 8                 PROSPECTIVE JUROR:  Good morning.
 9                 THE COURT:  Where is your daughter right
10  now?
11                 PROSPECTIVE JUROR:  It's my son.  With my
12  sister.
13                 THE COURT:  I'm sorry.  He's your son?  I
14  apologize.  With your sister?
15                 PROSPECTIVE JUROR:  Yes.  But she had to
16  get to work at 3:00.
17                 THE COURT:  I'm sorry?
18                 PROSPECTIVE JUROR:  At 3:00 she had to go
19  back to work and then I have to pick up her kids, and my
20  kids.  She still has --
21                 THE COURT:  She has a five year old, and
22  nobody else can take care of them?
23                 PROSPECTIVE JUROR:  No.  It is just me and
24  my sister, and our husbands.  My husband works until 5:00.
25                 THE COURT:  You're excused.
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1              PROSPECTIVE JUROR:  Thank you.

 2                 (Excused at 11:38 a.m.)

 3              (Court calls out next prospective juror in

 4    line)

 5                    RUBY ANN BERLANGA,

 6     having been called as a prospective juror and, upon

 7     her oath, was examined and testified as follows:

 8                  VOIR DIRE EXAMINATION

 9    BY THE COURT:

10              THE COURT:  Ruby Berlanga.  Step forward.

11    2920987.  Hi, Mrs. Berlanga.  You have three boys.  Four,

12    11, 13.  You need to pick up kids by 4:30.  He's a single

13    parent.  Gas price would be a problem.  Gas price is

14    always a problem.

15              PROSPECTIVE JUROR:  Yeah.  And I'm coming

16    from Harlingen.

17              THE COURT:  Where do you work?

18              PROSPECTIVE JUROR:  At BFI.

19              THE COURT:  At BFI?  SO you're out of work

20    today?

21              PROSPECTIVE JUROR:  Uh-huh.

22              THE COURT:  What are your hours?

23              PROSPECTIVE JUROR:  Right now my schedule

24    is like from 7:30 to 4:00.

25              THE COURT:  What are you going to do during
```

196

1    the summer?  Who's going to take care of them?

2              PROSPECTIVE JUROR:  I'm going to try to

3    find programs and stuff so they can do something while I'm

4    at work.

5              THE COURT:  You're going to have to do that

6    regardless?

7              PROSPECTIVE JUROR:  Yeah.

8              THE COURT:  You can do that while you're

9    serving whether you're here or there?

10              PROSPECTIVE JUROR:  Yeah, but 4:30 is the

11    latest for my child for daycare.  After that I have to pay

12    her a dollar a minute.

13              THE COURT:  Step back.

14              **(Discussion on the record at the bench.)**

15              MR. PADILLA:  The State has no opposition

16    to her being released, Your Honor.

17              MR. GILMAN:  You object?

18              MR. PADILLA:  I agree she can leave.

19              MR. GILMAN:  Okay.

20              **(End of bench conference.)**

21              THE COURT:  You may go.  Thank you very

22    much.

23              **(Excused at 11:39 a.m.)**

24              THE COURT:  Maria Elena Ramirez?

25

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1                      MARIA ELENA RAMIREZ,

 2       having been called as a prospective juror and, upon

 3       her oath, was examined and testified as follows:

 4                       VOIR DIRE EXAMINATION

 5   BY THE COURT:

 6                   THE COURT:  I'm sorry.  Just because you're

 7   a teacher --

 8                   PROSPECTIVE JUROR:  It's the end of the

 9   year, and it's very crucial for me to be there.

10                   THE COURT:  I understand, ma'am.  But this

11   is important.

12                   PROSPECTIVE JUROR:  Like today were the

13   certificates.

14                   THE COURT:  I understand.

15                   PROSPECTIVE JUROR:  And all of the

16   inventory, and the PLC'S --

17                   THE COURT:  I know, but you're here today

18   and you don't have to come back in another two weeks.

19                   PROSPECTIVE JUROR:  Okay.  I also applied

20   for summer school -- teaching summer school.

21                   THE COURT:  They already know who's

22   teaching and who's not.

23                   PROSPECTIVE JUROR:  Well, they told me they

24   might call me by the end of the week because I know I will

25   not get the job --
```

1            THE COURT:  If you got summer school, we'll

2     release you.  If you don't have summer school, we're not

3     going to.  But I'm going to want it confirmed.

4            PROSPECTIVE JUROR:  Yes.  I understand.

5            THE COURT:  My wife's a teacher.  My

6     daughter's a teacher.

7            PROSPECTIVE JUROR:  Uh-huh.

8            THE COURT:  So everybody knows who teaches.

9            PROSPECTIVE JUROR:  Yes.  But they may call

10    us from a different campus.

11           THE COURT:  I don't think it's going to

12    happen.

13           PROSPECTIVE JUROR:  Hopefully.

14           THE COURT:  I understand.  But -- good job.

15    Get your card.

16                **(Excused at 11:40 a.m.)**

17                **VIRGINIA J. ATHEY,**

18     **having been called as a prospective juror and, upon**

19     **her oath, was examined and testified as follows:**

20                **VOIR DIRE EXAMINATION**

21    **BY THE COURT:**

22           THE COURT:  Virginia J. Athey?

23           PROSPECTIVE JUROR:  Athey.

24           THE COURT:  Athey?  I apologize.

25           PROSPECTIVE JUROR:  That's okay.  No

199

```
 1    problem, sir.
 2                    THE COURT:  "Started substituting late
 3    March.  Early April.  From Pre-K.  Tomorrow is last day in
 4    school."  You'll be there tomorrow.
 5                    PROSPECTIVE JUROR:  Yes, but then I start
 6    summer school.  I am a sub, and I only get paid when I'm
 7    there.  I'm hoping to be hired by the district.
 8                    THE COURT:  Yeah.  If you get picked to
 9    teach summer school, we'll release you.  If you don't get
10    picked for summer school, we will not release you.  I will
11    deny it at this time, Ms. Athey.  Get your I.D, and you'll
12    will be there tomorrow.
13                    Roland Larry Cadena?
14                    (Court calls out next prospective juror in
15    line)
16                    ROLAND L. CADENA,
17      having been called as a prospective juror and, upon
18      his oath, was examined and testified as follows:
19                    VOIR DIRE EXAMINATION
20    BY THE COURT:
21                    THE COURT:  Mr. Cadena, just because you're
22    self-employed doesn't mean --
23                    PROSPECTIVE JUROR:  No, no.  I understand
24    that, sir.  But my director quit, and I'm the one running
25    the business also, I heard you say that if I have a
```

200

```
 1    conviction --
 2                    THE COURT:  Yes, sir?
 3                    PROSPECTIVE JUROR:  I have a deferred.
 4                    THE COURT:  For what?
 5                    PROSPECTIVE JUROR:  For aggravated assault
 6    with a deadly weapon.
 7                    THE COURT:  Okay.  Then you're excused.
 8                      (Excused at 11:41 a.m.)
 9                    THE COURT:  Eric Estrada?
10                    (Court calls out next prospective juror in
11    line)
12                           ERIC ESTRADA,
13     having been called as a prospective juror and, upon
14     his oath, was examined and testified as follows:
15                    VOIR DIRE EXAMINATION
16    BY THE COURT:
17                    THE COURT:  Mr. Estrada?
18                    PROSPECTIVE JUROR:  How are you doing?
19                    THE COURT:  Family provider.  I wish I
20    could do it, but I'm telling you, that's not an excuse,
21    sir.
22                    PROSPECTIVE JUROR:  But on the
23    questionnaire, too, I didn't answer it because I lost it.
24    But deferred adjudication doesn't count --
25                    THE COURT:  For what?
```

201

```
 1              PROSPECTIVE JUROR:  For possession of
 2    cocaine.
 3              THE COURT:  Okay.  You are excused.
 4                   (Excused at 11:42 a.m.)
 5                   (Court calls out next prospective juror in
 6    line)
 7                   LETICIA REYNA,
 8     having been called as a prospective juror and, upon
 9    her oath, was examined and testified as follows:
10                   VOIR DIRE EXAMINATION
11    BY THE COURT:
12              PROSPECTIVE JUROR:  Good morning.
13              THE COURT:  I'm sorry, but --
14              PROSPECTIVE JUROR:  I'm a kindergarten
15    teacher.
16              THE COURT:  Yes, ma'am?  You'll be there
17    tomorrow, but you won't be there today.  Okay?
18              PROSPECTIVE JUROR:  Right.
19              THE COURT:  I'm denying it.  I'm going to
20    to ask you to teach -- I mean, to serve.
21              PROSPECTIVE JUROR:  To serve?  Okay.
22                   (Excused at 11:42 a.m.)
23
24
25
```

202

```
 1                     BOB MAYFIELD,
 2     having been called as a prospective juror and, upon
 3     his oath, was examined and testified as follows:
 4                  VOIR DIRE EXAMINATION
 5   BY THE COURT:
 6                 THE COURT:  Bobby Mayfield?  Eight year
 7   old.  Trip that is planned.  Child is planning to stay
 8   with you for a month.
 9                 PROSPECTIVE JUROR:  Yes, sir.
10                 THE COURT:  Who's coming to take care of
11   your kids?
12                 PROSPECTIVE JUROR:  Either my 16 year old
13   daughter when she gets out from Fort Worth.
14                 THE COURT:  Basically, Mr. Mayfield, it's
15   today --
16                 PROSPECTIVE JUROR:  Yes.
17                 THE COURT:  -- and then the next two weeks
18   it'll be about a 45 minute to an hour of appointment --
19                 PROSPECTIVE JUROR:  Okay.
20                 THE COURT:  -- and then later on if you're
21   picked, it will be sometime later on during the month.
22                 PROSPECTIVE JUROR:  Okay.
23                 THE COURT:  Can you serve?
24                 PROSPECTIVE JUROR:  I'll sure try, Your
25   Honor.
```

203

```
1              THE COURT:  We need for you to try.
2                  (Excused at 11:43 a.m.)
3              Veronica Martinez.
4    (Court calls out next prospective juror in line)
5                  VERONICA MARTINEZ,
6     having been called as a prospective juror and, upon
7     her oath, was examined and testified as follows:
8                  VOIR DIRE EXAMINATION
9    BY THE COURT:
10             THE COURT:  Has a five year old.  Picks her
11   up at 3:00, takes her to work with her.  Where do you
12   work, ma'am?
13             PROSPECTIVE JUROR:  Imelda's Day Care.
14             THE COURT:  Where?
15             PROSPECTIVE JUROR:  Imelda's Day Care.
16             THE COURT:  So when you're working during
17   the day, who takes care of your child?
18             PROSPECTIVE JUROR:  They put another girl
19   there.
20             THE COURT:  So, why can't you serve, ma'am?
21             PROSPECTIVE JUROR:  I'm a Jehovah's
22   witness; religion.
23             THE COURT:  How long have you been a
24   Jehovah's witness?
25             PROSPECTIVE JUROR:  Since 1986.
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

1          THE COURT:  And what is it about being a

2    Jehovah's witness that makes you unable to serve?

3          PROSPECTIVE JUROR:  We -- we can't

4    participate on juries; we can't judge persons.

5          THE COURT:  All right.  You may be excused.

6          **(Excused at 11:44 a.m)**

7          THE COURT:  Dominga Salazar?

8          **DOMINGA SALAZAR,**

9     **having been called as a prospective juror and, upon**

10    **her oath, was examined and testified as follows:**

11          **VOIR DIRE EXAMINATION**

12    **BY THE COURT:**

13          **(Court calls out next prospective juror in**

14    **line)**

15          PROSPECTIVE JUROR:  I'm Dominga Salazar.

16    Juror Number 754081.

17          MR. GILMAN:  I understand.  I am coming.

18          THE COURT:  (to the reporter)  I'm sorry.

19    She's a Jehovah's witness, and she is excused.

20          **(Excused at 11:44 a.m.)**

21          THE COURT:  Victoria Martinez?

22          Mrs. Hall.  Please step forward.  Takes

23    care of grandchildren, with daughter --

24          PROSPECTIVE JUROR:  I live in Harlingen

25    with my daughter.  She's 19 and her six month old

Adelaido Flores, Jr.
Certified Shorthand Reporter

205

1   daughter.  And she just returned to school full-time at

2   TSTC.  We share one vehicle, and I work as office manager

3   for my brother and my brothers -- building businesses, so

4   it allows me take my granddaughter to the office.  It's my

5   a family business.  I'm her caregiver during the day.

6              THE COURT:  Who else takes care of my day.

7              PROSPECTIVE JUROR:  My daughter, and me.

8   It's the three of us living together.  And that's --

9              THE COURT:  Step back to the star please.

10             PROSPECTIVE JUROR:  All right.

11             **(Discussion on the record at the bench.)**

12             THE COURT:  Sounds, technically, she's a

13  caregiver for a child under age.

14             MR. GILMAN:  I have no objections.

15             MR. PADILLA:  I have no objections.

16             **(End of bench conference.)**

17             THE COURT:  Step forward, Mrs. Hall.

18  You're excused thank you very much.

19             PROSPECTIVE JUROR:  Thank you.

20             **(Excused at 11:45 a.m.)**

21             THE COURT:  Veronica Martinez, where are

22  you?

23

24

25

Adelaido Flores, Jr.
Certified Shorthand Reporter

1        **VICTORIA MARTINEZ,**

2    **having been called as a prospective juror and, upon**

3    **her oath, was examined and testified as follows:**

4                **VOIR DIRE EXAMINATION**

5    **BY THE COURT:**

6              PROSPECTIVE JUROR:  You said  "Veronica"

7    the first time.

8              THE COURT:  Did I?  I apologize,

9    Mrs. Martinez.  Has a five year old.  Pick her up at 3:00,

10   and takes her to work with her.  Where do you work?

11             PROSPECTIVE JUROR:  I work for SB C.I.S.D.

12   San Benito School District.  So at 3:00 I pick up my

13   daughter, and take her with me to work, but I get out at

14   4:30.  And in the summer time, I'm going to be able to

15   take her three hours, and then drop her off for the summer

16   school program.

17             THE COURT:  Who takes care of your

18   daughter -- your child when you're not around?

19             PROSPECTIVE JUROR:  When I'm not around?

20             THE COURT:  Yes.  When you're at work.

21             PROSPECTIVE JUROR:  She's in school, and at

22   3:00 I go pick her up.

23             THE COURT:  And during the summer?

24             PROSPECTIVE JUROR:  This is her first year

25   in school.  So in the summer time, my niece will take care

207

1    of her from 8:00 to 10:00.  I will go pick her up at

2    10:00, take her with me to work from 10:00 to 12:00, break

3    for lunch, and then take her to the summer program.

4               MR. GILMAN:  Can your niece take care of

5    her from 8:00 to 12:00?

6               PROSPECTIVE JUROR:  She's a cheerleader;

7    she's in the summer cheerleading.  She's the only one who

8    helps me because I'm a single parent.  I have two kids.

9               THE COURT:  I'll will allow it.

10              MR. GILMAN:  How old is the other child?

11              PROSPECTIVE JUROR:  He's 11.  He just

12   turned 11.

13              MR. GILMAN:  I don't have any objections.

14              THE COURT:  I'm going to go ahead and grant

15   it, Mrs. Martinez.  You're excused.

16                   **(Excused at 11:47 a.m.)**

17              **(Court calls out next prospective juror in**

18   **line)**

19                   **GUADALUPE ARREDONDO,**

20     **having been called as a prospective juror and, upon**

21      **his oath, was examined and testified as follows:**

22                   **VOIR DIRE EXAMINATION**

23   **BY THE COURT:**

24              PROSPECTIVE JUROR:  Hi.

25              THE COURT:  Hi, how are you.  She does not

```
 1   have a valid driver's license.  Husband brought her along
 2   with two grandchildren.
 3               PROSPECTIVE JUROR:  Uh-huh.  I mean unless
 4   - because I don't have a driver's license, it was revoked
 5   because I didn't pay a fee.  So my husband would have to
 6   bring me, and he's working.  Right now he missed work to
 7   bring me over here.
 8               THE COURT:  I will go ahead and grant it
 9   ma'am.  You're excused.
10               (Excused at 11:48 a.m.)
11                  CHARLES A. WUENSCHE,
12    having been called as a prospective juror and, upon
13     his oath, was examined and testified as follows:
14                  VOIR DIRE EXAMINATION
15   BY THE COURT:
16               THE COURT:  Hi, Mr. Wuensche.
17               PROSPECTIVE JUROR:  Hello.
18               THE COURT:  When do you go for prostate
19   cancer treatment?
20               PROSPECTIVE JUROR:  My prostate cancer is
21   in remission.  I've had the seed implants, but the problem
22   is, that the radiation has caused me to go frequently and
23   urgently, and I can't -- when it comes on me -- if I got
24   to go, I got to go.
25               THE COURT:  You're excused.  Take care.
```

209

```
1                    MR. PADILLA:  Good luck, sir.
2                    (Excused at 11:48 a.m.)
3              THE COURT:  Ana Maria Saavedra?
4                    (Court calls out next prospective juror in
5        line)
6                         ANA MA. SAAVEDRA,
7        having been called as a prospective juror and, upon
8        her oath, was examined and testified as follows:
9                    VOIR DIRE EXAMINATION
10   BY THE COURT:
11             THE COURT:  Hi, Mrs. Saavedra.  How are
12   you?
13             PROSPECTIVE JUROR:  I'm fine.
14             THE COURT:  This is Ana Maria Saavedra,
15   Juror Number 182495.  Mrs. Saavedra, you're going to have
16   to come back in the next two weeks.  And if you are
17   picked, the good thing is you get paid at least $40 a day
18   if you do get picked.  Okay?
19             PROSPECTIVE JUROR:  Okay.
20             THE COURT:  I am denying it just get your
21   ID.
22             PROSPECTIVE JUROR:  Do I stay here?
23             THE COURT:  Yes, ma'am.
24                    (Excused at 11:49 a.m.)
25
```

1                    JESSICA ANN TETREAU,

2        having been called as a prospective juror and, upon

3        her oath, was examined and testified as follows:

4                      VOIR DIRE EXAMINATION

5    BY THE COURT:

6                    THE COURT:  Jessica Ann Tetreau?

7                    PROSPECTIVE JUROR:  Yes.

8                    THE COURT:  You have children under ten

9    ma'am?

10                   PROSPECTIVE JUROR:  Yes.  I have two

11   children.  I have a one and a half year old, and a two

12   month old.

13                   THE COURT:  And who's taking care of them

14   right now?

15                   PROSPECTIVE JUROR:  My mom.  But they're

16   kind of hard to handle.

17                   THE COURT:  Your mom is taking care of

18   them?

19                   PROSPECTIVE JUROR:  They're very close

20   together.  My mom works.  So she took the day off.

21                   THE COURT:  Okay.  Where do you work at?

22                   PROSPECTIVE JUROR:  I don't work.  I'm a

23   stay at home mom.  We own businesses.

24                   THE COURT:  What kind of businesses do you

25   have, ma'am?

1    PROSPECTIVE JUROR:  Well, my husband owns a
2  nightclub and a car wash, but --
3    THE COURT:  So if you got to be someplace
4  and somebody has got to take care of your children and
5  your mom is not available, how do you handle it?
6    PROSPECTIVE JUROR:  I'm code pink.
7    THE COURT:  Pardon.
8    PROSPECTIVE JUROR:  I'm code pink.  I just
9  had a two month old.  She has a heart problem.  I don't
10  leave her with anybody.
11    THE COURT:  You are excused.  Good luck.
12    **(Excused at 11:50 a.m.)**
13    **HENRY HOLLINGSWORTH,**
14   **having been called as a prospective juror and, upon**
15   **his oath, was examined and testified as follows:**
16    **VOIR DIRE EXAMINATION**
17  **BY THE COURT:**
18    THE COURT:  Mr. Hollingsworth?
19    PROSPECTIVE JUROR:  (Nods head in the
20  affirmative).
21    THE COURT:  Federal Court duty -- you'll be
22  able to make it.
23    PROSPECTIVE JUROR:  It's your call, Judge.
24    THE COURT:  You'll be able to make it.
25  Tomorrow is not going to be a problem, and the moment you

212

1    tell them you're on this venire, I don't think you will be

2    accepted over there, so you'll do fine.

3                    PROSPECTIVE JUROR:  Okay.  Thank you,

4    Judge.

5                    THE COURT:  You can get your ID, sir.

6    Patricia Alarcon?

7                    **PATRICIA Y. ALARCON,**

8      **having been called as a prospective juror and, upon**

9      **her oath, was examined and testified as follows:**

10                   **VOIR DIRE EXAMINATION**

11   **BY THE COURT:**

12                   THE COURT:  Three children under ten years

13   of age.  Works in day care.  Receives free child care only

14   if she works.  Where do you work?

15                   PROSPECTIVE JUROR:  At Saint Paul Lutheran,

16   in Harlingen.

17                   THE COURT:  So if you were to be picked on

18   a jury, can they go there?

19                   PROSPECTIVE JUROR:  I don't know.  I mean,

20   I don't know if they would charge me or what.

21                   THE COURT:  Well, basically, what it is, is

22   today.  And then after today, there will be an appointment

23   for 45 minutes to an hour --

24                   PROSPECTIVE JUROR:  Okay.

25                   THE COURT:  -- for hour and a half, then

213

```
1    after that, the jury, we would know whether you would be
2    picked --
3                    PROSPECTIVE JUROR:  Okay.
4                    THE COURT:  So it would give you time to
5    make arrangements.
6                    PROSPECTIVE JUROR:  Okay.
7                    THE COURT:  You think you can serve?
8                    PROSPECTIVE JUROR:  And that would be
9    today?
10                   THE COURT:  That would be today, and one
11   more day in the next couple of weeks.  And then later on
12   we would know whether you got picked.  So it's up to Mrs.
13   Alarcon.
14                   PROSPECTIVE JUROR:  I kind of rather not.
15                   THE COURT:  It's not what you'd rather.
16   Nobody wants to be here.  We do what we have to do.
17   That's part of our cost for living in a free society,
18   ma'am.  Is there anybody else who helps take care of the
19   children?
20                   PROSPECTIVE JUROR:  No.  Actually that's
21   why I'm working where I work, because of the day care.
22   Because I get the free child care where I'm working.
23                   THE COURT:  Step back to the star, and I'll
24   be with you in a little bit.
25                   (Discussion on the record at the bench.)
```

```
 1                    MR. GILMAN:  I don't have any objections,
 2    Judge.  She's a single mother --
 3                    THE COURT:  Yeah.
 4                    MR. GILMAN:  -- and she needs to work.
 5                    MR. PADILLA:  Just for the record, I prefer
 6    to have her stay on.  But I can understand the Court's
 7    concern.  I know it would be difficult for them, but I
 8    think when it comes to push, comes to shove --
 9                    THE COURT:  Who's going to take care of her
10    kids any better?
11                    MR. GILMAN:  And who's not going to charge
12    her?
13                    MR. PADILLA:  It's up to you.
14                    (End of bench conference.)
15                    THE COURT:  Mrs. Alarcon?  Step forward,
16    ma'am.  You're excused.
17                    PROSPECTIVE JUROR:  Thank you.
18                    (Excused at 11:52 a.m.)
19                    THE COURT:  Kevin Michael Crosby?
20
21
22
23
24
25
```

215

KEVIN M. CROSBY,

1

2    having been called as a prospective juror and, upon

3    his oath, was examined and testified as follows:

4                    VOIR DIRE EXAMINATION

5  BY THE COURT:

6              THE COURT:  Kevin Michael Crosby?  Juror

7  Number 210810.

8              Accepted a job in College Station, and is

9  in the process of moving.

10             PROSPECTIVE JUROR:  Yes.

11             THE COURT:  When is your start date?

12             PROSPECTIVE JUROR:  They made it flexible.

13 But I'm hoping, personally, to get there by July 1st.

14             THE COURT:  This trial will be over by

15 July 1st.

16             PROSPECTIVE JUROR:  Well --

17             THE COURT:  You think you can serve on this

18 one, sir?

19             PROSPECTIVE JUROR:  It would be pretty

20 tough, because I'm trying to pick up my family and sell my

21 house -- and all of that.

22             THE COURT:  What does your family do?  I

23 mean, what does your wife do?

24             PROSPECTIVE JUROR:  She's teacher, but

25 right now she's not teaching.  She's looking for a job up

Adelaido Flores, Jr.
Certified Shorthand Reporter

216

1    there.

2              THE COURT:  Educated person on a jury is a

3    good person to have.

4              PROSPECTIVE JUROR:  Well, my mother's an

5    attorney.  It runs in the family.

6              THE COURT:  We won't hold it against her.

7              Mr. Crosby?  I'd like for you to serve if

8    you could.

9              PROSPECTIVE JUROR:  I will do what I can,

10   but --

11             THE COURT:  And this case should be over by

12   that time.  It really should.

13                **(Excused at 11:53 a.m.)**

14             THE COURT:  Zachary Scott Goodrich.

15                 **ZACHARY S. GOODRICH,**

16    **having been called as a prospective juror and, upon**

17    **his oath, was examined and testified as follows:**

18                 **VOIR DIRE EXAMINATION**

19   **BY THE COURT:**

20             THE COURT:  Mr. Goodrich?

21             PROSPECTIVE JUROR:  I also need to add that

22   I do have a theft charge on my record.

23             THE COURT:  For what, sir?

24             PROSPECTIVE JUROR:  It was something up in

25   Indiana.  I had a felony.

217

```
1                    THE COURT:  And you served probation on
2    that?
3                    PROSPECTIVE JUROR:  Yes.
4                    THE COURT:  You're excused.
5                    PROSPECTIVE JUROR:  Thank you.
6                    (Excused at 11:54 a.m.)
7                    REYNALDO S. SANCHEZ,
8     having been called as a prospective juror and, upon
9     his oath, was examined and testified as follows:
10                   VOIR DIRE EXAMINATION
11   BY THE COURT:
12                   THE COURT:  Mr. Sanchez?  This is Juror
13   Number 806043.  You have a doctor's appointment for your
14   son tomorrow.
15                   PROSPECTIVE JUROR:  Yes.
16                   THE COURT:  It's not going to be a problem.
17                   PROSPECTIVE JUROR:  No, but I have an
18   exemption for -- I have a misdemeanor theft.
19                   THE COURT:  For what, sir?
20                   PROSPECTIVE JUROR:  For stealing.
21                   THE COURT:  When?
22                   PROSPECTIVE JUROR:  It's been awhile.
23                   THE COURT:  What court?
24                   PROSPECTIVE JUROR:  I don't remember.  But,
25   I have a misdemeanor.
```

218

1          THE COURT:  Was it in this court?

2          PROSPECTIVE JUROR:  In this court?

3          THE COURT:  Yeah.

4          PROSPECTIVE JUROR:  Yeah.

5          THE COURT:  Which courthouse did you go to?

6          PROSPECTIVE JUROR:  I think it was -- I

7   don't remember.  But I have a misdemeanor.

8          MR. PADILLA:  Were you placed on probation?

9          PROSPECTIVE JUROR:  I'm sorry?

10          MR. PADILLA:  Were you placed on probation?

11          PROSPECTIVE JUROR:  No.  I had a family

12   dispute with my wife, and I was put on probation, in this

13   court.

14          THE COURT:  Where was your theft charge,

15   sir?

16          PROSPECTIVE JUROR:  Oh, it's been a lot of

17   years ago.  I don't remember.

18          THE COURT:  Step back to the star, please.

19          **(Discussion on the record at the bench.)**

20          MR. GILMAN:  Judge, if he can prove that he

21   has something pending, we'll exempt him.  But I don't

22   think so.  I think he's pulling the wool over your eyes.

23          THE COURT:  Well, I would agree.  You want

24   to run risk?

25          MR. GILMAN:  Yeah.  Let him come back.

```
 1              MR. PADILLA:  Yeah.  I would like to
 2  question him -- have an opportunity to question him on the
 3  information.
 4              (End of bench conference.)
 5              THE COURT:  Mr. Sanchez?  Step forward.
 6  Mr. Sanchez?  What I'm going to do, I'm going to deny your
 7  request, and I'm going to ask you to come back at a later
 8  time, and you'll be able to question him on individual
 9  voir dire.
10              MR. GILMAN:  And if you can give us proof
11  of your prior misdemeanor --
12              MR. PADILLA:  At least get us proof of the
13  information that he provided to us.
14              THE COURT:  Okay.  But you're going to have
15  to show it.
16              PROSPECTIVE JUROR:  But I have -- okay.
17              (Excused at 11:55 a.m.)
18                  JOHN F. HOKE,
19   having been called as a prospective juror and, upon
20   his oath, was examined and testified as follows:
21                VOIR DIRE EXAMINATION
22  BY THE COURT:
23              THE COURT:  John Francis Hoke?
24  (Court calls out next prospective juror in line)
25              I'm sorry.  You're in the process of being
```

1    transferred to Asia with the Department of Justice.

2    Waiting for medical clearance.  Someone is trying to sell

3    his house, and clear off everything.  We just had one of

4    those right now, and we asked him if he could serve, and

5    we denied him.  When are you supposed to move?

6                    PROSPECTIVE JUROR:  Hopefully, before

7    August -- the last week of July.  So I got to get

8    everything done before then.

9                    THE COURT:  That's a lot of time.

10                   PROSPECTIVE JUROR:  No, sir, it's not.

11   It's not a lot of time at all.  I'm an enforcement

12   supervisor.  I have very little time.  I have to take care

13   of my house, and everything else, and I need to move in

14   eight weeks to Southeast Asia.  That's not a lot of time

15   at all, sir.

16                   THE COURT:  Step back to the star, sir.

17                   **(Discussion on the record at the bench.)**

18                   MR. PADILLA:  I think I would leave him on.

19   He doesn't go until August --

20                   THE COURT:  He will be preoccupied.

21                   MR. PADILLA:  But all he has to worry about

22   is a three or four week day trial.  That's all he has to

23   worry about because -- that's how long the trial is going

24   to last.

25                   THE COURT:  Mr. Gilman?

1          MR. GILMAN:  I think he's going to be

2    preoccupied with --

3                **(End of bench conference.)**

4          THE COURT:  Mr. Hoke is your mind going to

5    be so preoccupied with moving that is not going to let you

6    concentrate?  Is that your position?

7          PROSPECTIVE JUROR:  Yes, sir.  That is my

8    position.

9          THE COURT:  You are excused.

10         MR. PADILLA:  I was going to ask a

11   question, but it's kind of late.  It's moot.

12               **(Excused at 11:57 a.m.)**

13                   **ROZANNE DIAZ,**

14    **having been called as a prospective juror and, upon**

15    **her oath, was examined and testified as follows:**

16               **VOIR DIRE EXAMINATION**

17   **BY THE COURT:**

18         THE COURT:  Mrs. Diaz?

19         PROSPECTIVE JUROR:  Yes, sir.

20         THE COURT:  You're a fifth grade teacher.

21   Tomorrow is your last day.  You'll be there tomorrow.

22   It's not a problem.  Tomorrow you'll be there.  Okay?

23         PROSPECTIVE JUROR:  Yes, sir.

24         THE COURT:  Hold on.  You're going to need

25   your ID.  Mark Raymond Judd?

222

```
 1                     MARK R. JUDD,
 2      having been called as a prospective juror and, upon
 3      his oath, was examined and testified as follows:
 4                  VOIR DIRE EXAMINATION
 5   BY THE COURT:
 6                  PROSPECTIVE JUROR:  Good morning, Your
 7   Honor.
 8                  THE COURT:  You're doing your harvesting
 9   next week.  You don't have to worry about it next week.
10   You're going to have an appointment about an hour, or hour
11   and a half --
12                  PROSPECTIVE JUROR:  Hour and a half?
13                  THE COURT:  You don't have to come back in
14   the next couple of weeks for that, and then the decision
15   will be made.  So the two weeks are pretty flexible.
16                  PROSPECTIVE JUROR:  I will not be able to
17   be here during this harvest time.  It's going to take
18   about six weeks to get this crop out.
19                  THE COURT:  Where are you --
20                  PROSPECTIVE JUROR:  I farm up in Willacy
21   County, from Sebastian out towards Willimar.  And from
22   past service, Your Honor, lawyers "love" farmers.
23                  THE COURT:  Yeah, because you got a lot of
24   practical experience, and that's important.
25                  MR. PADILLA:  A lot of common sense.
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

1    PROSPECTIVE JUROR:  I was on that trial of
2  that constable a couple of years ago.  I was on that trial
3  for three weeks.  I was the foreman on that jury.  And
4  lawyers loves farmers.  If I'm in here, I'm going to get
5  picked.  I just know it.
6    THE COURT:  I can tell by these lawyers
7  that the case is not going to take longer -- it's going to
8  take less than a week to try once it gets started.  That's
9  what I'm told.
10    PROSPECTIVE JUROR:  Yeah, I mean -- I'm not
11  arguing with you, sir.
12    THE COURT:  No, no --
13    PROSPECTIVE JUROR:  I'm just respectfully
14  discussing with you --I farm 5,000 acres.  If it -- if I'm
15  there, I have three guys that work for me -- and it's
16  going to be a train wreck.
17    THE COURT:  Are you saying that it's your
18  position that you're going to be so preoccupied with this
19  that you're not going to be able to concentrate?
20    PROSPECTIVE JUROR:  I'm really going to be
21  thinking about what my three tractor drivers are going to
22  be doing on the farm.
23    MR. GILMAN:  I don't have any objections.
24    THE COURT:  I'm granting it, sir.
25    PROSPECTIVE JUROR:  I'll gladly serve in

224

1    the fall.

2                    MR. CORDOVA:  Good luck.

3                    MR. GILMAN:  Good luck, sir.

4                    **(Excused at 11:59 a.m.)**

5                      **WILLIAM ELLIFF,**

6     **having been called as a prospective juror and, upon**

7     **his oath, was examined and testified as follows:**

8                    **VOIR DIRE EXAMINATION**

9    **BY THE COURT:**

10                   THE COURT:  Mr. Elliff?  You have an

11   appointment for Valley Baptist next week in San Antonio.

12   I don't think it's going to be a problem.

13                   PROSPECTIVE JUROR:  Okay.

14                   THE COURT:  You're going to have to come

15   back one other time if you get picked for next week.  But

16   what we'll go ahead and do, is reschedule your appointment

17   for a little bit later.

18                   PROSPECTIVE JUROR:  For an interview?

19                   THE COURT:  Yes.  Okay?

20                   PROSPECTIVE JUROR:  Okay.  That's great.

21                   THE COURT:  We'll work around it.

22                   MR. PADILLA:  Get your badge.

23                   **(Excused at 11:59 a.m.)**

24                     **ERICA LEE LOPEZ,**

25    **having been called as a prospective juror and, upon**

Adelaido Flores, Jr.
Certified Shorthand Reporter

225

1    her oath, was examined and testified as follows:

2                        VOIR DIRE EXAMINATION

3    BY THE COURT:

4                   THE COURT:  Hi, Ms. Lopez.  Mr. Lopez

5    you're a single parent, and did not get paid while

6    attending jury.

7                   PROSPECTIVE JUROR:  No.

8                   THE COURT:  Where do you work, ma'am?

9                   PROSPECTIVE JUROR:  La Reyna Adult Day

10   Care.

11                  THE COURT:  You know in this situation,

12   it'll be today.

13                  PROSPECTIVE JUROR:  Uh-huh.

14                  THE COURT:  -- and then it'll be one more

15   day for an appointment, for an hour -- hour and a half,

16   maybe --

17                  PROSPECTIVE JUROR:  Uh-huh.

18                  THE COURT:  -- and then after that, the

19   jury starts to get paid $40 a day.  So it's not too, too

20   bad.

21                  PROSPECTIVE JUROR:  Okay.

22                  THE COURT:  You believe you can serve?

23                  PROSPECTIVE JUROR:  Yes.

24                  THE COURT:  They can't fire you.  It's

25   against the law for them to fire you.  They got to give

226

```
 1   you your job.
 2              PROSPECTIVE JUROR:  School's coming out.  I
 3   don't know who would be taking care of my daughter while
 4   she's out of school.
 5              THE COURT:  You're going to have to do that
 6   any way regardless, right?
 7              PROSPECTIVE JUROR:  Yeah.  True.
 8              THE COURT:  So I'm going to deny it, and
 9   they'll give you your ID.
10                   (Excused at 12:00 p.m.)
11                   NANCY J. SALINAS,
12    having been called as a prospective juror and, upon
13    her oath, was examined and testified as follows:
14                VOIR DIRE EXAMINATION
15   BY THE COURT:
16              THE COURT:  Nancy J. Salinas?  Where do you
17   go to school?
18              PROSPECTIVE JUROR:  At TSTC.
19              THE COURT:  And how many hours are you
20   taking.
21              PROSPECTIVE JUROR:  Twelve.
22              THE COURT:  So you're a full-time student?
23              PROSPECTIVE JUROR:  Yes.
24              THE COURT:  What are you going do to this
25   summer?
```

227

1          PROSPECTIVE JUROR:  Going to school and
2    working.
3          THE COURT:  I'm sorry.  I didn't hear you.
4          PROSPECTIVE JUROR:  Going to school and
5    working.
6          THE COURT:  So you are going to be a
7    full-time student this summer?
8          PROSPECTIVE JUROR:  Yes.
9          THE COURT:  How many hours are you taking
10   this summer?
11         PROSPECTIVE JUROR:  Twelve.
12         THE COURT:  Okay.
13         MR. PADILLA:  Good luck.
14              (Excused at 12:01 p.m.)
15              **JENNY ANZALDUA,**
16    **having been called as a prospective juror and, upon**
17    **her oath, was examined and testified as follows:**
18              **VOIR DIRE EXAMINATION**
19   **BY THE COURT:**
20         THE COURT:  Good morning, Mrs. Anzaldua.
21   How are you Mrs. Anzaldua.  Who's taking care of your kids
22   right now?
23         PROSPECTIVE JUROR:  Well, they're in school
24   right now.
25         THE COURT:  And what are you going to do

228

```
 1    during the summer?
 2                    PROSPECTIVE JUROR:  I work summer school; I
 3    work for the school district court.
 4                    THE COURT:  Which school district?
 5                    PROSPECTIVE JUROR:  BSID?
 6                    THE COURT:  And where do you teach?
 7                    PROSPECTIVE JUROR:  Benavidez Elementary.
 8                    THE COURT:  Have you already been assigned
 9    to summer school?
10                    PROSPECTIVE JUROR:  Yes.
11                    THE COURT:  You've already gotten a job
12    offer for summer school?
13                    PROSPECTIVE JUROR:  Yes.
14                    THE COURT:  And if you don't teach in the
15    summer, what's the consequences going to be to you?
16                    PROSPECTIVE JUROR:  That's extra money.
17    That's why I applied for summer school.
18                    THE COURT:  I understand.  Can you go back
19    to the star please?
20                    (Discussion on the record at the bench.)
21                    MR. PADILLA:  Four thousand dollars.
22                    MR. GILMAN:  We've had others.  I
23    understand.
24                    MR. PADILLA:  It's probably the same
25    reason.  They're preoccupied.
```

```
 1                  (End of bench conference.)
 2                  THE COURT:  Ms. Jenny Anzaldua?  Juror
 3   Number 163827.  You're excuse is granted.
 4                  PROSPECTIVE JUROR:  Thank you.
 5                  (Excused at 12:02 p.m.)
 6                  THE COURT:  Are you here on behalf of Tanya
 7   Lucille Campbell.
 8                  PROSPECTIVE JUROR:  No, sir. I'm John Todd.
 9                  THE COURT:  I'm sorry. I haven't called
10   you.  I was looking for Ms. Campbell.  I'll be with you in
11   just a minute, Mr. Todd.  Mr. Todd, step further.
12                       JOHN TODD,
13    having been called as a prospective juror and, upon
14    his oath, was examined and testified as follows:
15                  VOIR DIRE EXAMINATION
16   BY THE COURT:
17                  THE COURT:  Will be in Federal jury.
18   You'll be there tomorrow.
19                  PROSPECTIVE JUROR:  Well, I don't know if I
20   have to appear.  We have to call after 6:00 p.m. with our
21   jury number and then they tell you over the phone, but we
22   have to appear.
23                  THE COURT:  I understand.  You will have an
24   appointment -- just tell them that.  We'll note them today
25   that you'll have an appointment in the next two weeks --
```

230

```
 1              PROSPECTIVE JUROR:  Okay.
 2              THE COURT:  -- and chances are if you go
 3    over there and you are already on a pool over there,
 4    you're going to get excused.
 5              PROSPECTIVE JUROR:  That's fine.
 6              THE COURT:  I know Judge Hanen and Judge
 7    Tagle real well.  They're real good people.
 8              PROSPECTIVE JUROR:  Okay.
 9              (Excused at 12:03 p.m.)
10                    AIDA C. GARCIA,
11      having been called as a prospective juror and, upon
12       her oath, was examined and testified as follows:
13                 VOIR DIRE EXAMINATION
14    BY THE COURT:
15              THE COURT:  Step forward, Aida C. Garcia.
16    Juror Number 209949.  You're enrolled in summer classes?
17              PROSPECTIVE JUROR:  Yes.  They start June 2
18    and July 3.
19              THE COURT:  And how many classes are you
20    taking?
21              PROSPECTIVE JUROR:  Two.  Statistics and
22    government.
23              THE COURT:  You're taking statistics during
24    the summer?
25              PROSPECTIVE JUROR:  Yes.  Wish me luck.
```

231

```
1              MR. PADILLA:  Don't scare her.
2              THE COURT:  You're brave.  Just for that, I
3   will grant your excuse.  I'm not sure if it's full time --
4              PROSPECTIVE JUROR:  It is full-time.
5              THE COURT:  And you got the guts to take
6   statistics during summer?  Mrs. Garcia, I admire you.
7              Take Care.
8              (Excused at 12:03 p.m.)
9                   NORMA RODRIGUEZ,
10    having been called as a prospective juror and, upon
11    her oath, was examined and testified as follows:
12                   VOIR DIRE EXAMINATION
13  BY THE COURT:
14             THE COURT:  Hi.  You're going to summer
15  school, one and two?
16             PROSPECTIVE JUROR:  Yes.
17             THE COURT:  What are you teaching?
18             PROSPECTIVE JUROR:  LVN nurse.
19             THE COURT:  And are you taking a full-time
20  class?
21             PROSPECTIVE JUROR:  Yes.
22             THE COURT:  And where are you going to?
23             PROSPECTIVE JUROR:  TSTC.
24             THE COURT:  It's granted.  Thank you.
25             PROSPECTIVE JUROR:  Thank you.
```

232

1                    (Excused at 12:04 p.m.)
2                    CARMELA V. PETRAITIS,
3    having been called as a prospective juror and, upon
4    her oath, was examined and testified as follows:
5                    VOIR DIRE EXAMINATION
6    BY THE COURT:
7                    THE COURT:  Mrs. Petraitis?  Elementary
8    teacher.  Wants to be excused.  No, ma'am.
9                    PROSPECTIVE JUROR:  Wait.
10                   THE COURT:  My daughter is a --
11                   PROSPECTIVE JUROR:  My cousin is the one
12   that did your campaign.
13                   THE COURT:  And you want to be excused?  No
14   ma'am.  Connie was here, but Connie got off on medical
15   reasons.  She had a doctor's excuse.
16                   PROSPECTIVE JUROR:  And I have heart
17   palpations.  No.  Just kidding.
18                   THE COURT:  What says the State?
19                   MR. PADILLA:  Better remind her she's under
20   oath, Your Honor.
21                   PROSPECTIVE JUROR:  But I'm taking my baby
22   to college.
23                   THE COURT:  It's not going to be a problem,
24   because let me tell you how this works.  You're going to
25   serve today.  You're off tomorrow and Friday, and you come

                        Adelaido Flores, Jr.
                      Certified Shorthand Reporter

233

1   back in the next two weeks.

2                    MR. GILMAN:  Monday.

3                    THE COURT:  -- you come back in the next

4   two weeks.  We'll go ahead and make an appointment.  We'll

5   go ahead an make an appointment.  You'll come for that

6   appointment, and then the case is not going to start until

7   about two weeks later.

8                    PROSPECTIVE JUROR:  Okay.  Even if I voted

9   for you?

10                   THE COURT:  Mrs. Petraitis?  I apologize.

11                   PROSPECTIVE JUROR:  Now all of these people

12  are going to say:  What happened?  So you know I have to

13  come back.

14                   THE COURT:  Yes.

15                   PROSPECTIVE JUROR:  How dreadful!

16                   THE COURT:  We have people that are smart

17  and have common sense.

18                   PROSPECTIVE JUROR:  I don't read.

19                   THE COURT:  You're under oath.

20                   PROSPECTIVE JUROR:  Oh, I forgot.

21                   **(Excused at 12:05 p.m.)**

22

23

24

25

234

                    ANTONIA L. CAMPBELL,

1

2     having been called as a prospective juror and, upon

3     her oath, was examined and testified as follows:

4                    VOIR DIRE EXAMINATION

5     BY THE COURT:

6                    THE COURT:  Antonio Lucio Campbell?  Juror

7     Number 275714.  She faxed in that she was going through

8     her mail.  That she stays in McKinney, Texas two weeks.

9     South Padre Island for the next two weeks.  That she just

10    got this back -- I'm having a hard time reading this.

11    Basically she says, she's got two weeks in McKinney, and

12    two weeks at South Padre Island.  She has her airline

13    ticket attached hereto, along with her driver's license, a

14    copy of a summons that she just received.  She went to

15    Dallas on May 12 to May 27.  She is scheduled to be in

16    court in Dallas, and arrived in Harlingen on Tuesday,

17    May 27, and she had these tickets before.

18                    (Court calls out next prospective juror in

19    line)

20                    MR. PADILLA:  Is it sworn to?

21                    THE COURT:  It's not sworn to.  It's not

22    notarized.  I'm going to grant it.  You guys can make your

23    objections.

24                    (Excused at 12:06 p.m.)

25

                        Adelaido Flores, Jr.
                    Certified Shorthand Reporter

235

```
 1                        RODNEY HUFF,
 2       having been called as a prospective juror and, upon
 3       his oath, was examined and testified as follows:
 4                    VOIR DIRE EXAMINATION
 5   BY THE COURT:
 6                    THE COURT:  Now Mr. Huff, we should not
 7   grant.
 8                    MR. GILMAN:  Let's rethink this.  Let's
 9   rethink this.
10                    PROSPECTIVE JUROR:  Oh, come on now.  It
11   will save you a strike.
12                    MR. GILMAN:  He has put in his service in
13   the community, for many years.
14                    MR. PADILLA:  We would like to have him on
15   the panel.
16                    THE COURT:  So you're objecting to Mr. Huff
17   being off the panel?
18                    MR. PADILLA:  At this point, Yes, Your
19   Honor.
20                    THE COURT:  Nice seeing you again.  They're
21   going to give you your ID.
22                    (Excused at 12:07 p.m.)
23                    THE COURT:  Now we need to figure out how
24   to do the questionnaires.
25                    DEPUTY CLERK:  I need the list the
```

```
 1    questionnaires.
 2                      (Discussion off the record at the bench.)
 3                           MARIA THERESA CANTU,
 4        having been called as a prospective juror and, upon
 5        her oath, was examined and testified as follows:
 6                           VOIR DIRE EXAMINATION
 7    BY THE COURT:
 8                      THE COURT:  Maria Theresa Cantu?  I saw you
 9    sitting there, Terry, and I know --
10                      PROSPECTIVE JUROR:  No, I do.  Let me -- I
11    work for the school district in San Benito --
12                      THE COURT:  Yes, I know.
13                      PROSPECTIVE JUROR:  -- and I'm the
14    administrator for the Special Ed 504, and we ourselves are
15    going to court, and I didn't sign up because I thought it
16    was going to be in the weeks, but she said it would be in
17    either two, four, six weeks.
18                      THE COURT:  Okay.  And are you going to be
19    a witness in that?
20                      PROSPECTIVE JUROR:  Well, they're filing
21    against the student -- a special ed school.  As a
22    director, I'm the one that is directly involved.  But I
23    don't know if we're going at the end of July or August.
24                      THE COURT:  But if they do file it --
25                      PROSPECTIVE JUROR:  They've already filed.
```

1    We're asking for an extension.

2                    MR. GILMAN:  Well, we will give you an

3    excuse, put you on the jury.  Then it would be a good

4    excuse for the jury.

5                    THE COURT:  No, you don't understand.

6                    PROSPECTIVE JUROR:  No.  You don't

7    understand.  Listen to him.

8                    THE COURT:  She is defending San Benito

9    ISD --

10                   PROSPECTIVE JUROR:  Right.

11                   THE COURT:  On a special ed allegation.  So

12   the issue then becomes whether or not that is going to

13   take place within this next month.  If it doesn't take

14   place within the next month, Ms. Cantu --

15                   PROSPECTIVE JUROR:  It won't be within the

16   next month.

17                   THE COURT:  Then you can serve.

18                   PROSPECTIVE JUROR:  But you said we had to

19   come back in four weeks.

20                   THE COURT:  No.

21                   PROSPECTIVE JUROR:  All of my employees are

22   there, and they're counting on you to let me go.

23                   THE COURT:  I didn't excuse them.

24                   PROSPECTIVE JUROR:  But they didn't ask.

25                   THE COURT:  Ms. Cantu?

238

1    PROSPECTIVE JUROR:  I'm also going with

2    Bobby to Las Vegas, and we're going in July.

3    MR. PADILLA:  You better go to my

4    daughter's wedding, too.

5    PROSPECTIVE JUROR:  You want me to step

6    back, so y'all can talk?  So you agree to release me?  I

7    helped push the mail under your door this morning.

8    PROSPECTIVE JUROR:  So, should I go over

9    there?

10   MR. PADILLA:  You hear the laughter back

11   there in the background.

12   MR. PADILLA:  You want her excused?

13   MR. GILMAN:  No.  I didn't want her

14   excused.  She would have an excuse to extend the other

15   case, and not this one.

16   THE COURT:  Where's the list?  Gone for

17   five minutes.  Where's the list?

18   **(Discussion off the record at the bench.)**

19   THE COURT:  We are just waiting for the

20   list of everybody who did not send in the jury

21   questionnaire from the clerks.  As soon as we get that,

22   we'll call out those name, then we'll be done until 1:30.

23   What I'll probably do, is just make it a little bit

24   later -- probably until 2:00 to give you time.  We have a

25   questionnaire.  We're going to ask to you fill out during

239

```
 1    the lunchtime, it's very important that you fill out the
 2    questionnaire as carefully as you can.  But answer it as
 3    truthfully as you can can, and when you answer the
 4    questionnaire it will make the subsequent visit -- the
 5    visit I was talking about that was 45 minutes to an hour
 6    and a half -- it will make that one much quicker.  So
 7    answer the questionnaire as truthfully as you can.  But in
 8    the meantime --
 9                    (Discussion off the record at the bench.
10                    Subsequently, the Court addresses the
11                    panel.)
12                    THE COURT:  I'm going to call out some
13    names and you need to come up and fill out the
14    questionnaire forms from the district clerk's office.
15    Edward Luis Alcalar?  Amparo Burnias?
16                    PROSPECTIVE JUROR:  Right here.
17                    THE COURT:  Christopher Neal Champion?
18    Cynthia Cruz?  Victor Diaz, Jr?  Luis Esparza?  Jose
19    Alberto Fiscal, Paula Sanchez Fuentes?  Alexandria Vivian
20    Garza?  Arturo Gonzalez?  Eladio Guajardo?  Brandon Oscar
21    Haecke?
22                    Let them take a break.
23
24
25
```

240

|   |   |
|---|---|
| 1 | **JAIME CAPETILLO** |
| 2 | **having been called as a prospective juror and, upon** |
| 3 | **his oath, was examined and testified as follows:** |
| 4 | **VOIR DIRE EXAMINATION** |
| 5 | **BY THE COURT:** |
| 6 | THE COURT:  I'm sorry, sir. |
| 7 | PROSPECTIVE JUROR:  Any way that I can get |
| 8 | this processed through, because (referring to his child). |
| 9 | He's asleep right now, and it's easier -- |
| 10 | THE COURT:  What's your name, sir? |
| 11 | PROSPECTIVE JUROR:  Jaime Capetillo. |
| 12 | THE COURT:  I'm going to excuse you |
| 13 | Mr. Capetillo.  You're excused. |
| 14 | PROSPECTIVE JUROR:  Thank you, sir. |
| 15 | **(Excused at 12:15 p.m.)** |
| 16 | THE COURT:   Casamiro Hinojosa, Jr? |
| 17 | Raquel Martinez Hinojosa?  Elsa Yvette Juarez?  Maria |
| 18 | Teresa Korab?  Reynaldo Lozano Limon?  Erica Lee Lopez? |
| 19 | Juan Lozano, Jr.?  Jose Luis Marez?  Bob Mayfield?  Mark |
| 20 | Anthony Mendoza?  Eduardo Mesa?  Victor Jimenez Olvera? |
| 21 | Carmela Virginia Petraitis?  Mariana Ramirez?  Leticia |
| 22 | Reyna?  Juan Rodriguez?  Yurytzy Ruiz?  Arnulfo Salinas? |
| 23 | Patricia Marie Salinas?  Sally Elizabeth Smith?  Susan |
| 24 | Elizabeth Smith Lingo.  Ken Soles?  Mr. Soles is right |
| 25 | here.  Patricia Rincon Soles?  Janet Perez Speerman? |

241

1    David Lee Trevino?  Lonnie Wayne Turnbough?  Raul Perez?

2    Jane Dale Woodall?  Mr. Soles and Victor Diaz,, Jr. you

3    need to pickup your name tags.  Victor Diaz, Jr?

4              Those of who were not called out right now,

5    I'm going to ask that you please return.  Instead of doing

6    this at 1:30, we'll be doing it at 2:00 o'clock.  Well,

7    hold on.  Don't leave.  Don't leave.  In the back, the

8    good looking lady in black and white and the gentleman in

9    the tie is going to be handing you questionnaires.  I'm

10   going to ask that y'all leave in order, one row at a time,

11   so that you can get it without bunching up in the back.

12   Everybody standing in the back, leave first.  Pick up a

13   questionnaire.  Make sure your badges is scanned.  I don't

14   want to have to send the sheriff after you, and come back

15   at 2:00 o'clock.  Return with the questionnaire already

16   filled out.  The last row first.  And the rest of you

17   please be seated.  Just a couple of minutes.  Bear with

18   me, and we'll make it quick, I assure you.

19              **(Discussion off the record at the bench.)**

20              The next to the last row in the back, go

21              ahead and go.  But pick up the forms,

22              please.

23              The next row.  Just like when you're out in

24              church.  One row at a time.

25              THE COURT:  This afternoon you will be

242

1    return with the rest the questionnaires.  Then we will

2    have the 45 minutes to an hour max.  And then you will be

3    able to leave.  You will get your appointments when you

4    return.  That's what is going to happened this afternoon.

5              THE COURT:  Everybody gets an appointment

6    after they return for an hour -- or hour and a half on a

7    day certain so you don't have to on wait around.  So

8    that's at least the hope.

9              Mr. Gilman?  Mr. Cordova?  Mr. Padilla --

10    somebody from the State?  Mr. Villalabos?

11              Mr. Jaime Capetillo was the gentleman that

12    was sitting there with the baby --

13              MR. PADILLA:  With the baby?

14              THE COURT:  And he was having a hard time

15    with the baby and talked about -- you know -- if he could

16    come back before 1:00, or before 2:00 because the baby was

17    sleeping and was struggling with the baby.  I went ahead

18    and excused him because it was going to be real difficult

19    with that.

20              MR. PADILLA:  Yes.

21              THE COURT:  So I'm making a record of it

22    Juror Number 222190.  If you want to make your objections,

23    make your objections of it now.

24              MR. GILMAN:  I'll object, Judge, because he

25    had an objection, he was brought up before us, and we

243

```
 1    agreed to keep him on --
 2                  THE COURT:  I understand.  But the baby was
 3    crying, and finally fell asleep, and he was the only one
 4    taking care of the baby, and it was going to be very
 5    difficult for him to go out throughout today.
 6                  MR. PADILLA:  Judge, just so the record is
 7    clear, the State would have no opposition to him being
 8    released.  During the whole proceedings, the child was
 9    muciferous, crying and distracting everybody, Judge.
10    So --
11                  THE COURT:  Make your objection.
12                  MR. GILMAN:  I object.
13                  DEPUTY CLERK:  This juror just called in,
14    and missed being here this morning.
15                  (Discussion off the record at the bench.)
16                  (Discussion on the record at the bench.)
17                  THE COURT:  We have a total of 320 jurors
18    available.
19                  MR. GILMAN:  When you're doing your general
20    voir dire, are there going to be people raising their
21    hands expressing their feelings?
22                  THE COURT:  Could be.  I don't know yet.
23                  MR. GILMAN:  Then are we going to make them
24    --
25                  MR. PADILLA:  Yeah, they're going to come
```

244

1   forward, one at a time, like we did with the other people,

2   and they're going to make a record of what it is --

3   whether they know me as the the John Allen Rubio defense

4   attorney.

5           THE COURT:  Are you going -- are you going

6   to have a list of witnesses?

7           MR. PADILLA:  I got the list now.  You want

8   to look at it now?

9           MR. CORDOVA:  In 45 minutes to an hour and

10  a half, we're going to have everybody come up.

11          THE COURT:  It could be.  We don't know,

12  Mr. Cordova.

13          MR. PADILLA:  You see we're not going to

14  voir dire.  Just the judge is.  Then we're going to ask

15  them, first do they know anything about them?  Do they

16  know the defendant, or the defendant's family?  Do they

17  know the children?  Do they know the attorneys?  Do they

18  know anything about the investigation?  If we ask anybody

19  that has an opinion, we got a bunch of people that want to

20  get off.

21          MR. CORDOVA:  Well, let's deal with it.

22          MR. PADILLA:  We got to deal wit it one at

23  a time.  There's not much we can do.

24          **(Discussion off the record at the bench.)**

25          MR. GILMAN:  We don't have numbers yet of

245

1    how many we have?

2              THE COURT:   They're sitting on the chair.

3    Yeah, we have 320 people available.

4              MR. CORDOVA:   Before we went through

5    this --

6              MR. PADILLA:   No, after.

7              MR. GILMAN:   Oh, after.

8              MR. PADILLA:   We had 365 with Rubio.   So

9    we're fine.   We have plenty.   This is not a high profile

10   case like the Rubio case was, in the sense of -- publicity

11   wise.

12             THE COURT:   It went a lot smoother than

13   expected.

14             MR. PADILLA:   I guess you could ask the

15   State to list their witnesses.

16             THE COURT:   No.   I'm going to recite the

17   names.

18             MR. PADILLA:   Yeah.

19             THE COURT:   Each side give me the list of

20   witnesses you have for this afternoon.

21             MR. CORDOVA:   Now?

22             THE COURT:   If you got them.   If not by

23   2:00 o'clock.   I don't care.   I will list --

24             MR. PADILLA:   This is the list, and we got

25   these P.D. officers and what the EMS cost.

```
 1                   MR. GILMAN:  Do we get a list?
 2                   MR. PADILLA:  No.
 3                   MR. GILMAN:  You don't get a list?
 4                   MR. PADILLA:  No.  Why?
 5                   MR. GILMAN:  Then why should I give you my
 6      list?
 7                   MR. PADILLA:  You don't have to give me a
 8      list.  I have a record of it.  I'll have Al type it up for
 9      me.
10                   THE COURT:  I will staple them -- I'm going
11      to give him yours, and --
12                   MR. PADILLA:  Yeah.  I'll make him one.
13      I'll make it upstairs.
14                   THE COURT:  That's okay.
15                   (Discussion off the record at the bench;
16                   lunch break from 12:00 p.m. - 1:00 p.m.)
17                   (Potential Jury Jurors Seated from 1:15
18                   p.m. - 2:09 p.m.)
19                   THE COURT:  We have three jurors who did
20      not show up this morning.  Cecilia Vela, Juror Number
21      245633. John Barnum, Juror Number 156633.  And Alexander
22      David Herrera, Juror Number 752139.  They did not take the
23      oath this morning.  We'll go ahead and try to get them to
24      fill out the questionnaire real quick, and put them under
25      oath right now, and see if they have any exemptions or
```

247

1    excuses.

2              Mr. Gilman?  How do you wish to proceed on

3    this?

4              MR. GILMAN:  Judge, you should take it up,

5    because they missed the time.

6              THE COURT:  I understand.  But I don't

7    think they should be rewarded for being late.

8              MR. GILMAN:  I don't think we should take

9    up these people's time.

10             MR. PADILLA:  On behalf of the State, we

11   would ask that they be struck and taken off the list.  If

12   we do question them, where are we going to seat them?

13             THE COURT:  Put them at the very end.

14             MR. PADILLA:  Because I think we have

15   enough jurors.  In my experience, we will probably not go

16   any more than 250 -- or 225, at the most.  We already got

17   361.

18             So the State would have no opposition to

19   having those names removed as potential jurors in this

20   trial.

21             THE COURT:  You have no objections, Mr.

22   Gilman?

23             MR. GILMAN:  You can do with whatever you

24   wish, Judge.  I don't think they should be taking up our

25   time.

248

```
 1                    THE COURT:  To avoid taking up our time,
 2      we're going to go ahead and excuse them.  Let the clerk's
 3      office deal with them, and we can put them on the next
 4      time --
 5                    MR. PADILLA:  That's correct, Your Honor.
 6                    THE COURT:  -- and we can proceed with the
 7      other stuff.
 8                    MR. PADILLA:  Very good, Your Honor.
 9                    MR. GILMAN:  Right.
10                    (End of bench conference.)
11                    THE COURT:  Mr. Gilman and Mr. Padilla, one
12      last thing.
13                    (Discussion on the record at the bench.)
14                    THE COURT:  I'm getting ready to proceed on
15      the voir dire examination of all this potential panel.
16      Does anybody have any motions at all at this time?
17                    MR. GILMAN:  We have motions in limine.
18                    THE COURT:  The motions in limine, we'll
19      take those up prior to the individual voir.
20                    MR. GILMAN:  Okay.
21                    THE COURT:  So there are no other
22      motions -- no motion for jury shuffle, or anything else at
23      this time?
24                    MR. PADILLA:  No, sir.
25                    MR. GILMAN:  No, sir.
```

```
 1                    THE COURT:  I just wanted that to be
 2       reocord, Al?  Did you get that?
 3                    THE REPORTER:  Yes, sir.
 4                    THE COURT:  Thank you.
 5                    (End of bench conference 2:53 p.m.)
 6                    THE COURT:  Ladies and gentlemen of the
 7       jury panel, the last clerical thing that we have to take
 8       care of is the House Bill 1886.  Jury donation forms.
 9       It's something that's your option.  It's your choice.
10       Please fill them out and pass them forward so that the
11       clerk's office can pick them up.  Just pass them forward
12       and they'll pick them up.
13                    There is also one set of keys.  Anybody
14       lose a set of keys?  They'll be up here with these ladies.
15       If you can't find your car keys or truck keys, they'll
16       have them.
17                             GENERAL VOIR DIRE
18                    Basically, it is -- the time now is
19       normally known as general voir dire.  I'm going to go over
20       some of the basic principles of this case.  In this case,
21       this is a capital murder case in which the death penalty
22       is being sought by the State, and it is very important
23       that we try to find, ultimately, jurors that can be fair
24       and impartial and that can answer the questions and follow
25       the law.  The jurors are the triers of fact.  You are the
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

250

```
1   ultimate decider of facts.  The Court is the one who
2   interprets the law and provides the law in different
3   forms, and, ultimately, is in the charge of the Court,
4   which explains the law which I will go over right now, and
5   it also goes over questions that you are to answer.
6              First of all, in our process, it is very
7   important that jurors not deliberate at all.  They do not
8   talk with each other concerning anything about the case.
9   The importance of this is because it's important that all
10  of the evidence be in front of you, that the arguments of
11  attorneys be presented and that you have the charge of the
12  Court.  And only when that is done, should you start
13  discussing the case.  So the juror instructions throughout
14  the process are going to be that you are not to talk to
15  anybody about the case, not talk to your wives, husbands,
16  boyfriends, girlfriends, parents, comadres, compadres --
17  not anybody -- best friends, and not discuss the case with
18  anybody at all.  And that you wait till you hear all of
19  the evidence -- until the last bit of evidence is
20  submitted, and that you hear the argument of counsel, and
21  that you get the charge of the Court, and only when you go
22  back are you supposed to start deliberating, and to give
23  everybody the opportunity to go ahead and present their
24  evidence.
25              Now the basic rules are:  Everybody is
```

1    presumed innocent until proven guilty.  The Grand Jury

2    indictment is just the State's formal accusation of a

3    crime.  Under our system of law there is a presumption of

4    innocence.  And everybody is presumed innocent until

5    proven guilty beyond a reasonable doubt.  And the

6    definition of reasonable doubt will be given to you in the

7    charge, and it basically reads as follows.

8              "A reasonable doubt is a doubt based on

9    reason, and common sense after a careful, and impartial

10   consideration of all of the evidence in the case.  It is

11   the kind of a doubt that makes a reasonable person to

12   hesitate to act in the most important of their own

13   affairs.  Proof beyond a reasonable doubt, therefore, must

14   be proof of such a convincing character, that you would be

15   willing to rely and act upon it without hesitation in the

16   most important of your own affairs.

17             In the event -- if you have a reasonable

18   doubt as to the defendant's guilt after considering all

19   the evidence before you, you are instructed that you will

20   acquit him by saying "not guilty".

21             MR. PADILLA:  Judge, may I approach the

22   bench?

23             THE COURT:  Yes, sir.

24             **(Discussion on the record at the bench.)**

25             MR. PADILLA:  Judge on the reasonable doubt

252

```
 1    definition, the Court of Criminal Appeals has reversed
 2    that and taken it out.  There is no more definition as to
 3    reasonable doubt.  That was made by court decision about
 4    two years ago.
 5                    THE COURT:  This is under the standard
 6    pattern jury charge.  That was the most recent --
 7                    MR. PADILLA:  That was the old standard,
 8    and you already covered it.  And it won't be part of the
 9    charge, but it's already covered.  Okay.
10                    (End of bench conference.)
11                    THE COURT:  Now it does not mean that it's
12    beyond all possible doubt -- that you have to be certain
13    beyond a reasonable doubt whatsoever.  You don't have to
14    know completely certain, but the doubt that you may have
15    may not be a reasonable doubt.  In order to return a
16    verdict, all the jurors should consult with one another.
17    In the course of your deliberations each juror should not
18    hesitate to reexamine his or her own views or opinions, or
19    change his opinion if convince it is erroneous.  However,
20    no juror should surrender his own honest conviction as to
21    the weight or effect of the evidence solely because of the
22    opinion of your fellow jurors, or for the mere purpose of
23    returning a verdict.  And with regards to opinion, you
24    will be instructed that you must not allow yourselves to
25    be influenced to any degree what you think the Court's
```

253

1    opinion is.

2              The Court, which is the judge -- myself --

3    has no right by any word or act to indicate any opinion

4    with respect to any matter of law involved in the case,

5    nor the guilt or innocence of the defendant.  The Court

6    will not attempt to express my opinion with regards to

7    that.  And if you have observed anything which you may, or

8    anything that you observe, or that you may interpret as to

9    the Court's opinion, then you should wholly and totally

10   disregard it.  You are the only triers of the facts in

11   this case.

12             The attorneys will make arguments.

13   Arguments is not proof.  The only evidence that you should

14   consider is that proof that is heard from the witness

15   stand under oath after the rulings of the Court.

16             The burden of proof in all criminal cases

17   as I stated before rests upon the State as I said before

18   and never shifts to the defendant.  The prosecution has

19   the burden of proving the defendant guilty and must do so

20   by proving each and every element of the evidence beyond a

21   reasonable, and it is not required that the prosecution

22   prove guilt beyond all possible doubt.  It is just

23   required that the prosecution exclude all reasonable doubt

24   concerning the defendant's act or guilt.

25             MR. PADILLA:  Your Honor?  I apologize.

254

```
1              THE COURT:  Yes, sir?
2              MR. PADILLA:  One of the jurors is saying
3    she is feeling real sick and nauseated.  I was just
4    telling her to --
5              THE COURT:  Step forward.  Mr. Gilman?
6              (Discussion on the record at the bench.)
7              THE COURT:  This is Juror Number 152.  Do I
8    have the right number?  This is Irma Corker.
9                        IRMA CORKER,
10    having been called as a prospective juror and, upon
11     her oath, was examined and testified as follows:
12                   VOIR DIRE EXAMINATION
13   BY THE COURT:
14             THE COURT:  Feeling very nauseous and
15   feeling very sick.
16             MR. PADILLA:  The State would have no
17   objections to having her excused, Your Honor.
18             THE COURT:  You're excused, ma'am.
19             PROSPECTIVE JUROR:  I just have to go to
20   the bathroom.
21             THE COURT:  Go.  Juror Number 152 will be
22   excused.
23                 (Excused at 3:01 p.m.)
24             THE COURT:  Now a person commits the
25   offense of capital murder, when such person commits the
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

255

1    murder of any individual under the age of six.  An

2    "individual," of course, means a human being who's alive,

3    including an unborn child that every stage is a gestation

4    until birth.  And a person acts knowingly or with intent

5    with respect to the result of their conduct when it's a

6    conscious objective or desire to cause the result.

7             A person acts knowingly or with knowledge

8    with respect to the result of such conduct when they're

9    aware that their conduct is reasonably certain to cause

10   the result.  In this particular case, Melissa Elizabeth

11   Lucio, sitting in black in the middle against the wall, is

12   charged with intentionally and knowingly on or about the

13   17th day of October, 2007 causing the death of an

14   individual, her daughter, by the name of Maria Alvarez, by

15   striking, shaking or throwing Maria Alvarez with her foot,

16   hand, or other object unknown to the Grand Jury, and that

17   said Maria Alvarez was then and there an individual

18   younger than six years of age.  If in fact you find the

19   evidence beyond a reasonable doubt, you will find her

20   guilty.

21            If you do not find her -- unless you so

22   find beyond a reasonable doubt or if you have a reasonable

23   doubt, you should acquit the defendant at that time by

24   saying by your verdict "not guilty".

25            The question here, and, of course, there

1  will be a second set of charges in the second phase of the

2  trial which is called the punishment phase if you in fact

3  reach that point.  And then you will have another set of

4  questions to answer.  The first question, of course, is

5  whether you can follow the law and instructions of the

6  Court while deliberating in this case.  Is there anybody

7  here who has a major problem with that?

8                    **(Discussion on the record at the bench.)**

9                    **SANDRA E. RODRIGUEZ,**

10   **having been called as a prospective juror and, upon**

11   **her oath, was examined and testified as follows:**

12                    **VOIR DIRE EXAMINATION**

13  **BY THE COURT:**

14                    THE COURT:  Sandra E. Rodriguez?

15                    PROSPECTIVE JUROR:  Yes.

16                    THE COURT:  Please stand up and give me the

17  number behind you.

18                    PROSPECTIVE JUROR:  201.

19                    THE COURT:  Pardon me?

20                    PROSPECTIVE JUROR:  201.

21                    THE COURT:  201.  Sandra Edith Rodriguez.

22                    PROSPECTIVE JUROR:  Yes.

23                    THE COURT:  Step forward, ma'am.

24  Mr. Villalobos?  Mr. Padilla?  What's your problem?

25                    PROSPECTIVE JUROR:  I have two children of

257

```
 1    my own, sir.  I would protect them through anything, and
 2    for her to kill her daughter, I would definitely -- I
 3    would give her the death penalty.
 4                 THE COURT:  But you don't know if it even
 5    happened.
 6                 PROSPECTIVE JUROR:  I'm sorry.  I am very
 7    strongly against that.  I am strongly -- I would give her
 8    the death penalty.
 9                 THE COURT:  Even without hearing the
10    evidence?
11                 PROSPECTIVE JUROR:  I'm sorry.  A child, is
12    a child, and they're innocent.  And whether it's the
13    responsibility of the parent to protect them -- it doesn't
14    matter.  To me a child is innocent.
15                 THE COURT:  Would you like to ask any
16    questions?
17                 MR. GILMAN:  I think she's saying she can't
18    be fair, judge and doesn't want to serve.
19                 MR. PADILLA:  Mrs. Rodriguez, are you
20    saying, irregardless of the facts, if it involves a child
21    that is deceased, and the child is under six years of age,
22    are you going to impose the death penalty automatically?
23    Or, are there cases that you can conceive where depending
24    on the circumstances you could consider life in the
25    penitentiary without parole as a possible punishment in
```

258

1   this type of case?  I mean, obviously, you don't know any
2   of the facts, but could you decide the case based on the
3   facts, derived from the facts, and decide a just
4   punishment in your mind once you've had an opportunity to
5   look at all of the facts.  Or just the fact that it
6   involves the child --
7           PROSPECTIVE JUROR:  Just the fact that it
8   would involve a child.  I mean, I'm under oath!  I'm
9   telling you the truth.
10          THE COURT:  I understand.
11          MR. PADILLA:  And there's no right or wrong
12  answer.
13          PROSPECTIVE JUROR:  I'm not trying to be
14  facetious here, but I have two children of my own.
15          THE COURT:  Is your feeling so strong that
16  you think it would carry you throughout the trial, and you
17  could not be fair to her?
18          PROSPECTIVE JUROR:  I'm being honest, I
19  don't I could be fair. I would give her the death penalty,
20  regardless.
21          THE COURT:  Mr. Gilman?
22          MR. GILMAN:  We ask that she be struck for
23  cause, Judge.
24          THE COURT:  I'm going to allow you to
25  leave, ma'am.

259

1          **(Excused at 3:06 p.m.)**

2                MR. PADILLA:  Judge, probably the better

3    practice would be to allow her to sit back.  Because the

4    rest of the jurors start seeing that they come up and they

5    leave, then all of them want to leave.  It's probably

6    better if they go back and take their seat, and  then

7    excuse them once we finish with the whole voir dire.

8                THE COURT:  You're probably right.

9                MR. PADILLA:  Otherwise, they're going to

10   say, "Oh, look she got off."

11               THE COURT:  That's a good point, Mr.

12   Padilla.

13               MR. PADILLA:  Otherwise, you're going to

14   railroad it and everybody is going to want to go home.

15               THE COURT:  You're right.  Thank you.

16   Understood, Mr. Padilla.

17               **(End of bench conference.)**

18               THE COURT:  One of the questions, of

19   course, is whether or not all of you know, or any of you

20   know any of the witnesses and you have some familiarity

21   with them that it might affect how you make that decision

22   in this case.  So I am going to list -- I'm going to read

23   out loud the names of the witnesses and then I'm going to

24   through all of them.  And if you hear a name that you

25   know, I'm going to ask you to stand up, just stand up if

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1   you know the name.  We are going to do this exercise in
 2   two sets.
 3            Doctor Norma Jean Farley?  Doctor Harry
 4   Davies?  Randall Nestor.  Just stay standing, ma'am.
 5   Randall Nestor.  David Mendoza.
 6            MR. PADILLA:  Your Honor can we indulge
 7   upon the Court to call out the names of the police
 8   officers, and to inquire from the jury panel see, to see
 9   if they know any of these individuals?
10            MR. GILMAN:  Again, we're going to ask that
11   you just read the names.
12            THE COURT:  I'm just going to read the
13   names.  If you know the names, we'll go through it first.
14   The last name, I think, I read was Damian Rodriguez.  No,
15   David Mendoza.  David Rodriguez
16            MR. GILMAN:  Damian Rodriguez.
17            THE COURT:  Damian Rodriguez?  Thank you.
18   Oliva Cavazos.  Max Lopez?  Adrian Hernandez?  Rebecca
19   Cruz.  Jaime Palafox?  Robert Mendiola?  Jose Lucio
20   Palafox.  Richard Turner?  Detective Javier M. Villarreal,
21   Detective Joe Michael Salinas.  Detective Frank Roth?
22   Detective Jesus Banda?  Captain Hector Leal.  Victor
23   Escalon?  Rolando Castaneda?  Robert Antonio Alvarez?
24   Daniella Lucio?  Alejandra Lucio?  Selena Lucio?  Rene
25   Alvarez?  Richard Alvarez?  Robert Alvarez?  Gabriel
```

261

1    Alvarez?  Adrian Alvarez?  Sara Alvarez?  Florence

2    Arreola?  Angie Romo?  Melissa Pedraza?  Mike Rodriguez?

3    Lucy Arreola?  Margie Garcia?  Irasema Casas?  Irma

4    Garcia?  June Thompson?  Nancy Colvin?  And a former

5    neighbor by the name of "Susie," last name unknown?

6              Now, the question, of course, is whether or

7    not you know the people that you stood up for, that you

8    recognize the names.  So well, or you would give such

9    credence to their testimony that you could not be fair or

10   impartial?  If any of you feel that knowing these people

11   is not -- is not something that would cause you, not to be

12   fair or impartial, I'm going to ask you to please step

13   forward?  Does anyone feel so strongly that you don't

14   think you could be fair and impartial in knowing these

15   people, please step forward?  And then just form a line

16   right here.

17             The rest of you, if there is anyone in the

18   name that you recognized, that you feel would unduly

19   influence what your decision might be, sway you one way

20   more than one way or the other, then also come forward.

21             I'm sorry.  Step forward, ma'am.  What was

22   your name?

23             (excused at 3:22 p.m.)

24                  MARIA ELENA CRUZ,

25   having been called as a prospective juror and, upon

262

```
1    her oath, was examined and testified as follows:

2                    VOIR DIRE EXAMINATION

3    BY THE COURT:

4              THE COURT:  What's your number?

5              PROSPECTIVE JUROR:  203.

6              THE COURT:  I'm sorry.  I got to get the

7    other last list.  Who did you know?

8              Who did you stand up for?

9              PROSPECTIVE JUROR:  Doctor Harry Davies.

10             THE COURT:  Gentleman, please.  Who did you

11   stand for?

12             PROSPECTIVE JUROR:  Doctor Harry Davis.

13             THE COURT:  How do you know him?

14             PROSPECTIVE JUROR:  Well, I worked at

15   Valley Baptist for many years.  So I know Doctor Harry

16   Davis who works in the emergency room.  That's the one

17   you're talking about.

18             THE COURT:  I mean, would you give more

19   undue weight to his testimony than others?

20             PROSPECTIVE JUROR:  I know him.  I would

21   believe him.  I would believe what he would have to say.

22             THE COURT:  And you couldn't be just fair

23   and impartial to everybody-- you know -- after hearing

24   what he says?

25             PROSPECTIVE JUROR:  Well, it's going to be
```

```
1    all medical -- right?
2                    THE COURT:  Some of it is going to be
3    medical, yes.
4                    PROSPECTIVE JUROR:  So I understand
5    medical.
6                    THE COURT:  Yes, ma'am.
7                    PROSPECTIVE JUROR:  And Doctor Harry Davis
8    is a very good physician -- an ER physician.  He would
9    describe the injuries and -- I would believe him.
10                   MR. PADILLA:  But the question is this --
11   may I question her, Your Honor?
12                   THE COURT:  Sure.
13                   MR. PADILLA:  The question is this:  Even
14   though you know Doctor Davis, I mean, if he testified to a
15   certain fact, would you believe that fact --
16                   PROSPECTIVE JUROR:  Yes.
17                   MR. PADILLA:  -- automatically just because
18   it's Doctor Davis, irregardless if you may hear evidence
19   to the contrary?
20                   PROSPECTIVE JUROR:  From whom.
21                   THE COURT:  Well, let's say it was from
22   another witness, would you tend to believe Doctor Davis
23   simply because you know him irregardless of what the
24   evidence shows?
25                   PROSPECTIVE JUROR:  Well, would this
```

1    witness be another doctor?

2                  MR. PADILLA:  Well, could be.  And the

3    question is:  Could you hear both sides and then determine

4    the facts as you perceive them from both sides, or would

5    you automatically believe what doctor Davis said

6    irregardless of what somebody else would say?

7                  PROSPECTIVE JUROR:  I'd have to think about

8    it, when I hear both of them.

9                  THE COURT:  I'm going to ask you to go back

10   and sit down, and we'll go ahead and take it up a little

11   bit later.

12                 PROSPECTIVE JUROR:  Thank you.

13                 THE COURT:  What number were you sitting on

14   sir.

15               **(Excused at 3:37 p.m.)**

16                 PROSPECTIVE JUROR:  152.

17                   **ARTURO GONZALEZ,**

18   **having been called as a prospective juror and, upon**

19   **his oath, was examined and testified as follows:**

20                 **VOIR DIRE EXAMINATION**

21   **BY THE COURT:**

22                 THE COURT:  And what name did you

23   recognize?

24                 PROSPECTIVE JUROR:  Arturo Gonzalez.  I

25   work at the Harlingen PD.  All of those people are

265

```
 1    co-workers.
 2                    THE COURT:  You were 152?
 3                    PROSPECTIVE JUROR:  I believe so.
 4                    THE COURT:  I'm sorry.  You're not 152,
 5    sir.
 6                    PROSPECTIVE JUROR:  Shoot!
 7                    MR. PADILLA:  172.
 8                    PROSPECTIVE JUROR:  Yes, 172.
 9                    THE COURT:  Okay.
10                    PROSPECTIVE JUROR:  And I work for
11    Harlingen P.D. as police officer.
12                    THE COURT:  So, would you tend to believe
13    them more than anybody else?
14                    PROSPECTIVE JUROR:  Yes.
15                    THE COURT:  Would it influence you not to
16    be as fair and impartial as anybody else?
17                    PROSPECTIVE JUROR:  I believe so.
18                    MR. PADILLA:  May I question, Your Honor?
19                    THE COURT:  Yes, sir.
20                    MR. PADILLA:  So, Mr. Gonzalez, Let me ask
21    you this question, because you work with them and you are
22    associated with them, would you have a tendency to want to
23    believe their testimony more than if a defense witness
24    came up and testified to the contrary just based on the
25    fact that they are police officers and they work with you,
```

266

```
1    and you're associated with them?

2                  PROSPECTIVE JUROR:  Yes.

3                  MR. PADILLA:  Is that what you're telling

4    the Court?

5                  PROSPECTIVE JUROR:  Yes.

6                  THE COURT:  All right.  Go ahead and sit

7    down.

8               (Panel Member excused at 3:39 p.m.)

9                  REYNALDO L. LIMON,

10    having been called as a prospective juror and, upon

11    his oath, was examined and testified as follows:

12                  VOIR DIRE EXAMINATION

13   BY THE COURT:

14                  THE COURT:  What was the number that you

15   were sitting on, sir?  What was the number that you were

16   sitting on, sir?

17                  PROSPECTIVE JUROR:  Eighty-one, sir?

18                  THE COURT:  Eighty-one?  Reynaldo Lozano

19   Limon?

20                  PROSPECTIVE JUROR:  Yes, sir.

21                  THE COURT:  What name did you recognize?

22                  PROSPECTIVE JUROR:  I know Mr. Jaime

23   Palafox, and Jose Lucio Palafox.  They're police officers

24   in the Harlingen PD, and they're my nephews.

25                  THE COURT:  They're your nephews?  Okay.
```

267

1    Would you tend -- would you have a tendency to believe

2    them more anyone else?

3                    PROSPECTIVE JUROR:  I probably would, yeah.

4    Probably so.  I probably-- you know -- I would probably go

5    more on their side.  You know what I mean?

6                    THE COURT:  Whose nephews are they?  Are

7    they your wife's nephews?

8                    PROSPECTIVE JUROR:  They're my wife's

9    nephews, but I've known them since they were real small --

10                   THE COURT:  Are they your sister-in-law's,

11   or your brother-in-law's?

12                   PROSPECTIVE JUROR:  My sister-in-law's.

13                   THE COURT:  Your sister-in-law's?  And you

14   saw them growing up?

15                   PROSPECTIVE JUROR:  Yes.  I've been married

16   to my wife 29 years.  I've been known them for a long,

17   long time.

18                   THE COURT:  In spite of that, you think if

19   you heard witnesses contradicting somebody else, that you

20   could be fair and impartial and treat them both the same?

21                   PROSPECTIVE JUROR:  I think it would

22   interfere with me making a decision, sir.

23                   THE COURT:  You think that interference

24   would carry with you throughout the trial?

25                   PROSPECTIVE JUROR:  Uh, probably so.

268

1    Probably, so sir.  Why should I lie to you, sir?  I don't

2    want to be placed on the spot.  I know them very well.

3                   MR. PADILLA:  Can I question him?

4                   PROSPECTIVE JUROR:  Tell me, sir.

5                   MR. PADILLA:  Now, sir, in reference to --

6    if testimony was elicited from your nephews and there was

7    evidence from other witnesses contradicting that

8    testimony, is it your petition now, here, just based upon

9    the fact of the family relationship, that you would

10   automatically believe everything that both Mr. Palafoxes

11   would say, even if you heard evidence to the contrary?

12                  PROSPECTIVE JUROR:  I wouldn't say just

13   about everything.  But I'm more than sure that I would

14   believe -- you can say more than 50 percent of what they

15   had to say.

16                  MR. PADILLA:  And not based upon the facts

17   as you heard them, but just based upon the fact that they

18   are -- That they are your nephews, per se.  Because you

19   understand you're going to decide the case based upon the

20   facts.

21                  PROSPECTIVE JUROR:  Yeah, I understand

22   that.

23                  MR. PADILLA:  We just want to make sure.

24                  PROSPECTIVE JUROR:  I understand that, but

25   you know, I don't want it to interfere with me making a

Adelaido Flores, Jr.
Certified Shorthand Reporter

1    decision later on and finding somebody guilty, and then

2    say, well -- you know -- because I believe in them more.

3    I don't want to be caught on the spot.

4                    MR. PADILLA:  And, again, there's no right

5    or wrong answer.  But the question becomes:  Would the

6    fact that they're family, that in and of itself, lead you

7    to believe their testimony more than another person,

8    another witness?  And only you can make that answer.

9                    PROSPECTIVE JUROR:  Yeah.  I'm pretty sure

10   it would.

11                   THE COURT:  Mr. Limon.  I'm going to ask

12   you to go step down, but you will be excused.

13                **(Panel Member excused at 3:45.)**

14                   PROSPECTIVE JUROR:  All right.  Thank you,

15   sir.

16                    **BRANDON O. HAEKE,**

17    **having been called as a prospective juror and, upon**

18    **his oath, was examined and testified as follows:**

19                  **VOIR DIRE EXAMINATION**

20   **BY THE COURT:**

21                   THE COURT:  Step forward, sir.  What was

22   your number?

23                   PROSPECTIVE JUROR:  313?

24                   THE COURT:  315?

25                   PROSPECTIVE JUROR:  313?

270

```
1                    THE COURT:  Okay.  And whose name did you
2      recognize, sir?
3                    PROSPECTIVE JUROR:  Rolando Castaneda.
4                    THE COURT:  How do you know, Mr. Castaneda?
5                    PROSPECTIVE JUROR:  If we're talking about
6      the same one --
7                    THE COURT:  315.
8                    MR. PADILLA:  313, Your Honor.
9                    THE COURT:  313.
10                    PROSPECTIVE JUROR:  I would like to
11     apologize for these shorts, sir.  I've never been in a
12     court of law.
13                    THE COURT:  That's quite all right.  It
14     bothers other judges more than it does me.
15                    PROSPECTIVE JUROR:  At least I don't have
16     to worry about as much.  If it's the same one we're
17     talking about, I went to school with him.
18                    THE COURT:  What does he do now?
19                    PROSPECTIVE JUROR:  He goes to college.
20                    THE COURT:  No.  This is a Texas Ranger.
21                    PROSPECTIVE JUROR:  His dad is Rolando
22     Castaneda.  Yeah.  It's the same one.  He lives like down
23     the street from me, on Buena Vista.
24                    THE COURT:  Does that mean you could not be
25     fair and impartial to anybody else?
```

271

```
 1              PROSPECTIVE JUROR:  I would like to say I
 2   would be impartial.  But I mean, I played T-Ball with his
 3   son as a kid.  And I know his daughter.  I don't think if
 4   I could -- I don't know if I could be 100 percent
 5   impartial.
 6              THE COURT:  Sir, now, again, the question
 7   then becomes, if you hear testimony from Mr. Castaneda,
 8   would the fact that you know him, or know his son, would
 9   you give greater weight to that evidence, or would you
10   look at all of the evidence and decide on the issue of
11   guilt or innocence.  And if necessary, the issue of
12   punishment?
13              PROSPECTIVE JUROR:  Yeah, I would like to
14   say that I wouldn't put any greater emphasis on any of his
15   statements.
16              THE COURT:  Uh-huh.
17              PROSPECTIVE JUROR:  -- but I couldn't
18   guarantee that.  I couldn't.
19              THE COURT:  But you would give your word to
20   us, that if you do serve, you will treat each witness the
21   same, you will listen to all of the evidence elicited from
22   each of the witnesses, and base your decision, again, on
23   what you feel in your heart is the right side to take
24   concerning that testimony?
25              PROSPECTIVE JUROR:  I mean, I wouldn't try
```

272

```
1    to do it any other way.  I'm just saying --
2                 THE COURT:  Mr. Gilman, do you have any
3    questions, sir.
4                 MR. GILMAN:  Would your frame mind you
5    feel --
6                 THE REPORTER:  I'm sorry.  I can't hear
7    you.
8                 MR. GILMAN:  Do you feel you could be fair
9    and impartial -- as fair as what and impartial is -- if
10   you were accused of something, the way you would want a
11   juror to be?
12                PROSPECTIVE JUROR:  I'd like to say that
13   but I can't be 100 -- 110 -- I can't be 100 percent
14   positive.  I mean, that's -- I wouldn't want to play it
15   any other way.  I'd be fair and even.  Of course.  But I
16   can't exactly guarantee it.  I mean, it wouldn't be
17   intentional, of course.
18                THE COURT:  Go ahead and sit down.  We'll
19   let you know later.
20                (Excused at 3:50 p.m.)
21                THE COURT:  Gentlemen?
22                MR. PADILLA:  He's so far down the line I
23   don't think we'll get to him.
24                MR. GILMAN:  I can't guarantee an
25   objection.  Maybe I'll make an objection, or maybe the sun
```

273

1     will shine tomorrow.

2             THE COURT:  I understand, Mr. Gilman.  But

3     he's so far down the list we won't worry about him.

4             MR. PADILLA:  We'll leave him on.

5                     **ROSALINDA CRUZ,**

6     **having been called as a prospective juror and, upon**

7     **her oath, was examined and testified as follows:**

8                 **VOIR DIRE EXAMINATION**

9             THE COURT:  Yes, ma'am?  Step forward.

10    What was your number?

11            PROSPECTIVE JUROR:  I'm sorry?

12            THE COURT:  Where were you sitting?  What's

13    your number?

14            PROSPECTIVE JUROR:  249.

15            THE COURT:  Good.  That's what we needed.

16    Thank you.

17            MR. PADILLA:  Okay.  Thank you ma'am.

18            PROSPECTIVE JUROR:  You're welcome.

19            THE COURT:  You are Rosalinda De La Cruz?

20            PROSPECTIVE JUROR:  Yes, sir.

21            THE COURT:  And whose name did you

22    recognize?

23            PROSPECTIVE JUROR:  Mister -- excuse me.

24    He's a Texas Ranger.  Victor Escalon?

25            THE COURT:  How do you know him?

274

```
 1                    PROSPECTIVE JUROR:  I baby sat for them.
 2                    THE COURT:  Do you?
 3                    PROSPECTIVE JUROR:  Uh-huh.
 4.                   THE COURT:  Would you take his word above
 5      everybody else's?
 6                    PROSPECTIVE JUROR:  I have respect for the
 7      law.
 8                    THE COURT:  The issue is whether or not you
 9      can be fair and impartial.  Would your knowledge of him
10      influence you to the point that you don't think that you
11      would be open minded, and be fair and impartial.
12                    PROSPECTIVE JUROR:  (shrugs shoulders).
13                    THE COURT:  You tell us.  You're the only
14      one that knows.
15                    PROSPECTIVE JUROR:  I guess, it's how
16      one -- how one lives.
17                    THE COURT:  I'm sorry?
18                    PROSPECTIVE JUROR:  I guess it's how one
19      lives.  I guess.  Do you understand me?
20                    THE COURT:  No, ma'am, I don't.  The
21      question is -- everybody wants to know whether or not you
22      could be fair and impartial to the State.  If you know Mr.
23      Escalon is one of the State's witnesses, and then, of
24      course, you'll be impartial to them.  But the State
25      doesn't know whether you can be fair and impartial to
```

275

1      their side.   That's their concern.

2                      PROSPECTIVE JUROR:  Well, I hope to be.

3                      MR. GILMAN:  Are you going to give any

4      greater weight to his testimony than you would to any

5      other witness that takes the stand?

6                      PROSPECTIVE JUROR:  Well, I know him.  Do

7      you understand what I mean?  I baby sat, and took care of

8      his kids.

9                      THE COURT:  So would you give greater

10     weight to what he says?

11                     PROSPECTIVE JUROR:  I would take it into

12     consideration.

13                     THE COURT:  Step forward a little bit,

14     because the reporter needs to be able to hear you.

15                     PROSPECTIVE JUROR:  I'm sorry.

16                     MR. GILMAN:  We're not talking about this

17     case, but can you find an individual not guilty in a case

18     where he would be a witness, for the State?

19                     MR. PADILLA:  Judge, that's overly broad,

20     Judge.

21                     THE COURT:  I'm going to allow it.

22                     MR. PADILLA:  The Court has allowed it.

23     She can answer his question if she wants to.

24                     MR. GILMAN:  Do you understand it?

25                     PROSPECTIVE JUROR:  No.

1          MR. GILMAN:  Okay.  If he were a witness

2     for the State, would you have any problem if you felt that

3     the defendant in a particular case -- not this case -- but

4     a defendant in a particular case was not guilty reaching a

5     decision of not guilty even though you know Mr. Escalon,

6     and he was a witness for the State, could you do that?

7               PROSPECTIVE JUROR:  (shaking head in the

8     negative form).

9               THE COURT:  You're shaking your head.

10              PROSPECTIVE JUROR:  Well, it's all about

11    evidence and facts, and being open minded --

12              THE COURT:  Exactly, exactly.  That's what

13    it's about.

14              PROSPECTIVE JUROR:  I think it would be

15    based on that.

16              THE COURT:  Could you be fair and

17    impartial?

18              PROSPECTIVE JUROR:  I have to be open

19    minded?

20              THE COURT:  Yes, ma'am.

21              PROSPECTIVE JUROR:  That's what I have to

22    be?

23              THE COURT:  Yes, ma'am.  Can you do that?

24              PROSPECTIVE JUROR:  I believe so.

25              THE COURT:  Even though Mr. Escalon might

```
 1    testify for one side or the other?
 2                 PROSPECTIVE JUROR:  It's all about evidence
 3    and facts, and everything.
 4                 THE COURT:  Yes, ma'am.  You may take a
 5    seat.  Thank you.
 6                      (Excused at 3:56 p.m.)
 7                      DELIA CONTRERAS,
 8     having been called as a prospective juror and, upon
 9      her oath, was examined and testified as follows:
10                   VOIR DIRE EXAMINATION
11    BY THE COURT:
12                 THE COURT:  Which number were you sitting
13    on?
14                 PROSPECTIVE JUROR:  169.
15                 THE COURT:  And you are Delia Contreras?
16                 PROSPECTIVE JUROR:  Yes.
17                 THE COURT:  What name did you recognize?
18                 PROSPECTIVE JUROR:  Sergeant Hector Leal.
19                 THE COURT:  Hector Leal?  How do you know
20    Mr. Leal?
21                 PROSPECTIVE JUROR:  Because my husband is a
22    retired police officer from Harlingen Police Department.
23                 THE COURT:  And how well do you know
24    Mr. Leal?
25                 PROSPECTIVE JUROR:  About ten years.
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1              THE COURT:  And could you be fair and
 2   impartial to both sides if Mr. Leal was testifying for one
 3   party?  Could you vote for the other party if you thought
 4   the evidence was there?  You shook your head.  You got to
 5   say it out loud, ma'am.
 6              PROSPECTIVE JUROR:  Yeah, I can be fair.
 7              THE COURT:  You can be fair?
 8              PROSPECTIVE JUROR:  Uh-huh.
 9              MR. GILMAN:  This is a Harlingen Police
10   Department case.  Because your husband is a retired police
11   officer, and you know some of the police officers that are
12   going to be testifying --
13              PROSPECTIVE JUROR:  Right.
14              MR. GILMAN:  -- can you, in such a case --
15   and not necessarily this case -- where the Harlingen
16   Police Department is acting, can you find somebody not
17   guilty?
18              PROSPECTIVE JUROR:  Well I don't think I
19   should --
20              MR. GILMAN:  Against what the police are
21   saying?
22              PROSPECTIVE JUROR:  Right.
23              MR. PADILLA:  Can I ask a question?
24              THE COURT:  Wait a minute.  Let her answer.
25              PROSPECTIVE JUROR:  I don't think I should.
```

279

```
 1                 THE COURT:  You don't think you should?
 2    Why not?
 3                 PROSPECTIVE JUROR:  I mean, being the case
 4    that the police officers are testifying --
 5                 THE COURT:  Yes, ma'am.  The question is:
 6    Can you be fair and impartial to both sides?
 7                 PROSPECTIVE JUROR:  Yes.
 8                 THE COURT:  And you're the only one that
 9    can answer that.  And the question that everybody wants to
10    know --
11                 PROSPECTIVE JUROR:  Uh-huh.
12                 THE COURT:  -- whether your association
13    with your husband, and his friends, Captain Leal, are
14    going to influence you so much that you can not be fair
15    and impartial to both sides?  That's the question.
16                 PROSPECTIVE JUROR:  Yes, I can.
17                 THE COURT:  You can be fair and impartial.
18                 PROSPECTIVE JUROR:  I can be fair and
19    impartial.
20                 THE COURT:  Okay.  Well, just go sit back
21    down.
22                 **(Excused at 3:58 p.m.)**
23                        **YOLANDA TORRES,**
24     **having been called as a prospective juror and, upon**
25      **her oath, was examined and testified as follows:**
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

280

```
1                    VOIR DIRE EXAMINATION
2   BY THE COURT:
3                   THE COURT:  Yes, ma'am?
4                   PROSPECTIVE JUROR:  Juror No. 6, Yolanda
5   Torres.
6                   THE COURT:  Yolanda Torres.  Yes ma'am?
7                   PROSPECTIVE JUROR:  I don't know any of the
8   witnesses, Judge -- I don't think I do -- but my thing is,
9   I'm totally against the death penalty, and I'm totally
10  against that.  So I don't know whether that has anything
11  to do with that --
12                  THE COURT:  Well, the question here is
13  whether or not you can answer questions.  You will never
14  be told what the results of your decisions are.
15                  PROSPECTIVE JUROR:  Okay.
16                  THE COURT:  And what you do, is, you answer
17  the questions -- the fact questions --
18                  PROSPECTIVE JUROR:  Uh-huh.
19                  THE COURT:  -- the Court will apply
20  whatever the logical, or legal consequence of that is.
21                  PROSPECTIVE JUROR:  Okay.
22                  THE COURT:  So you don't say death or not
23  death.
24                  PROSPECTIVE JUROR:  Okay.
25                  THE COURT:  You just have to answer some
```

281

1    fact questions.

2                    PROSPECTIVE JUROR:  All right.

3                    THE COURT:  Can you do that.

4                    PROSPECTIVE JUROR:  Yes.

5                    THE COURT:  Mr. Padilla?  Go ahead, sir.

6                    MR. PADILLA:  I just want to verify:  She

7    said that she was totally against the death penalty?

8                    THE COURT:  That's what she said.

9                    PROSPECTIVE JUROR:  Yes.

10                   MR. PADILLA:  That's all I want to know.

11                   THE COURT:  Thank you very much.  Go ahead

12   and sit down.

13                   **(Excused at 4:00 p.m.)**

14                        **CYNTHIA VARGAS,**

15     **having been called as a prospective juror and, upon**

16     **her oath, was examined and testified as follows:**

17                   **VOIR DIRE EXAMINATION**

18   **BY THE COURT:**

19                   PROSPECTIVE JUROR:  I need clarity on the

20   Max Lopez name.  What is his full name?

21                   MR. GILMAN:  What's your number?

22                   PROSPECTIVE JUROR:  186.

23                   THE COURT:  Thank you.

24                   PROSPECTIVE JUROR:  Sorry.

25                   THE COURT:  Max Lopez is --It's on your

282

```
 1   list.
 2                    MR. PADILLA:  Can I look?
 3                    THE COURT:  Yes, please.
 4                    MR. GILMAN:  Max Lopez is a supervisor with
 5   EMS.
 6                    PROSPECTIVE JUROR:  I know a Max Lopez, but
 7   his first name is "Julio" Max Lopez.  And he lives in
 8   Brownsville.
 9                    MR. PADILLA:  Does he work for EMS?
10                    PROSPECTIVE JUROR:  No.  He works in
11   Harlingen at Texas Visiting Nurseries.
12                    THE REPORTER:  What was her name for the
13   record?
14                    THE COURT:  Cynthia Vargas, Number 186.
15                    MR. PADILLA:  Do we get introduced next?
16                    MR. GILMAN:  Oh, we can introduce
17   Mr. Padilla next, if he wants to be introduced.
18                    MR. PADILLA:  No, no.
19                    **(End of bench conference.)**
20                    THE COURT:  I'm now going to read another
21   list.  I understand.  Bear with me.  We're getting to the
22   end.  Everybody who recognizes one of these names, please
23   stand up.  Melissa Elizabeth Lucio, the defendant.
24                    Mrs. Lucio?  Would you care to stand up
25   just so they can see you, please?  Thank you, ma'am.
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

1    Anybody else who knows her, or has met her?  Melissa

2    Elizabeth Lucio.  Robert Alvarez?  Doctor John Pinkerman.

3    Norma Villanueva?  Doctor Jose Kuri?  Sonia Chavez?  Diana

4    Cerda?  Richard Carr?  Ollie Trevino?  Rene Trevino?

5              I'm going to go through another list of

6    witnesses.  Some jurors walked in.  Is there anybody else

7    out there?  There are other jurors out?

8              THE BAILIFF:  Yes.  There are three that

9    are out.

10             THE COURT:  All right.  Let's wait till the

11   rest of the come in.  Be seated, and I'll read the names

12   all over again, but we need all of them in here.  I'm

13   sorry.

14             Please page all of the jurors to come back

15   in, please.

16             **(Discussion off the record at the bench.)**

17             THE COURT:  There she is.  Oh, there's two

18   more.  Is that it?  One more.  Okay.  There we go.  One

19   more?

20             From now on, please don't leave.  Just bear

21   with us just a little bit.

22             Let me go through them again.  The names

23   that I want you to stand up, if you recognize them,

24   please:

25             Melissa Elizabeth Lucio, Robert Alvarez,

284

```
1    Doctor John Pinkerman, Norma Villanueva, Doctor Jose Kuri,
2    Sonia Chavez, Diana Cerda, Richard Carr, Ollie Trevino,
3    Rene Trevino, Daniella Lucio, John Lucio, Alexandria Lucio
4    Selena Lucio, Rene Alvarez, Richard Alvarez, Robert
5    Alvarez, Gabriel Alvarez, Adriana Alvarez?
6              I'm going to read them one more time.  Sara
7    Alvarez -- if you if you recognize -- ma'am?  If you
8    recognize any of these names please stand up.  One last
9    time:  Melissa Lucio?  Are you listening?
10             PROSPECTIVE JUROR:  Yes.
11             THE COURT:  The last juror that just walked
12   in?
13             PROSPECTIVE JUROR:  Yes.
14             THE COURT:  Okay.  You if you recognize any
15   of these names, please stand up.
16             Melissa Elizabeth Lucio, Robert Alvarez,
17   Doctor John Pinkerman, Norma Villanueva, Doctor Jose Kuri,
18   Sonia Chavez, Diana Cerda, Richard Carr, Ollie Trevino,
19   Rene Trevino, Daniella Lucio, John Lucio, Alexandria Lucio
20   Selena Lucio, Rene Alvarez, Richard Alvarez, Robert
21   Alvarez, Gabriel Alvarez, Adriana Alvarez, or Sara
22   Alvarez?
23             PROSPECTIVE JUROR:  No.
24             THE COURT:  Okay.  Now if your association
25   with any of the people we read out -- those of you who are
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

1    standing -- the question is, whether you know them so well

2    that it would influence how you would hear the evidence,

3    or how you make your decision?  The question here,

4    ultimately, is whether you can be fair and impartial.  And

5    sometimes you know somebody so well that you have a

6    tendency to take what they say as gospel, regardless of

7    whether it's true or not.  But because they said it, it

8    has so much weight that you wouldn't listen to anything

9    else?  If any of you feel that way, please step forward to

10   the front?  If you don't feel that way, you can sit down.

11   If you have any hesitation at all, please step forward.

12                    **LISA MARINA RIOS,**

13    **having been called as a prospective juror and, upon**

14    **her oath, was examined and testified as follows:**

15                    **VOIR DIRE EXAMINATION**

16   **BY THE COURT:**

17                    THE COURT:  Doctor John Pinkerman?

18                    PROSPECTIVE JUROR:  That would be it.

19                    THE COURT:  And what's your name?

20                    PROSPECTIVE JUROR:  Lisa Marina Rios.

21                    THE COURT:  I'm sorry.  Where were you

22   sitting 14?  What's your number.

23                    PROSPECTIVE JUROR:  20942.

24                    THE COURT:  Lisa Marina Rios?

25                    PROSPECTIVE JUROR:  That's right.

286

```
 1              THE COURT:  And how do you know Doctor John
 2   Pinkerman?
 3              PROSPECTIVE JUROR:  He's my marriage
 4   therapist and I've been going to him for about two years.
 5              THE COURT:  Counselor?
 6              PROSPECTIVE JUROR:  Marriage counselor.
 7   And, yes.  I listen to him.
 8              THE COURT:  Well, the question is --
 9              PROSPECTIVE JUROR:  I don't listen to my
10   husband, but I listen to him.
11              THE COURT:  That happens a lot.  Whether we
12   go to counseling or not, that happens a lot.
13              Let's see -- the question here, is:
14   Whether or not you could would fair and impartial to both
15   sides, regardless of what he said?
16              PROSPECTIVE JUROR:  With what Doctor
17   Pinkerman said?  I don't think I could be fair.  You
18   wouldn't want me.
19              THE COURT:  You don't think that you could
20   be fair to both sides?
21              PROSPECTIVE JUROR:  What Doctor Pinkerman
22   would say?  It definitely would influence me.  I mean,
23   there's no doubt.  I've known him for at least two years
24   every week.  It hasn't worked, though.
25              THE COURT:  Mr. Gilman?
```

287

```
 1                    MR. GILMAN:  I don't have any questions.
 2                    THE COURT:  Mr. Padilla?  Any questions?
 3                    MR. PADILLA:  Well, what you're telling us,
 4      ma'am, if you heard evidence from Doctor Pinkerman --
 5                    PROSPECTIVE JUROR:  From Doctor
 6      Pinkerman --
 7                    MR. PADILLA:  -- that you'll be more
 8      inclined to believe his story --
 9                    PROSPECTIVE JUROR:  Oh, definitely.
10                    MR. PADILLA:  -- simply because you know
11      him?
12                    PROSPECTIVE JUROR:  Absolutely.
13                    MR. PADILLA:  No objections, Judge.
14                    THE COURT:  You may go ahead and sit back
15      down.  Chances are, you're going to be excused.
16                    PROSPECTIVE JUROR:  Okay.
17                         DANIEL VILLALON,
18        having been called as a prospective juror and, upon
19        his oath, was examined and testified as follows:
20                    VOIR DIRE EXAMINATION
21      BY THE COURT:
22                    THE COURT:  Step forward, sir.  What was
23      your number?
24                    PROSPECTIVE JUROR:  Fifty-one.
25                    THE COURT:  Fifty-one?  You are Mr. Daniel
```

1    Villalon?

2                    PROSPECTIVE JUROR:  Yes.

3                    THE COURT:  And how do you know

4    Dr. Pinkerman?

5                    PROSPECTIVE JUROR:  Okay.  I've known him

6    for many years.  His company, one of his company here --

7    Senior Connections --

8                    THE COURT:  What's the name of the company?

9                    PROSPECTIVE JUROR:  Senior Connections.

10                   THE COURT:  Senior Connections?

11                   PROSPECTIVE JUROR:  And they would go to

12   our place, to our nursing home, and I know him personally

13   also.

14                   THE COURT:  Okay.  But I guess the question

15   here is whether you can be fair and impartial to both

16   sides, even though you know him?

17                   PROSPECTIVE JUROR:  Well, I'm going to

18   believe whatever he says, because I also saw him as a

19   patient.

20                   THE COURT:  Okay.  If in fact the evidence

21   showed one way or the other regardless of what he said,

22   can you be fair and impartial to both sides?

23                   PROSPECTIVE JUROR:  That's the question.  I

24   really don't know, sir, if I could be fair.

25                   THE COURT:  Mr. Padilla?

Adelaido Flores, Jr.
Certified Shorthand Reporter

289

```
 1                    MR. PADILLA:  Sir, the question is this:
 2   If evidence was presented to you where Mr. Pinkerman took
 3   one position and another party took a different position,
 4   would you be inclined to believe the doctors, first
 5   simply, because you know him, you know of him, and you
 6   know -- just that relationship in and of itself?
 7                    PROSPECTIVE JUROR:  Yeah, I think it would.
 8   Yes, sir.
 9                    MR. PADILLA:  Okay.
10                    THE COURT:  You may sit down?
11                    PROSPECTIVE JUROR:  Sit down?
12                    THE COURT:  Sit back down.
13                    (Excused at 4:13 p.m.)
14                    THE COURT:  I'm not going to introduce all
15   of the attorneys.  I know these two gentlemen, but you've
16   go a bevy of attorneys.
17                    MR. PADILLA:  Oh, no, no.  Just three
18   attorneys.  Mr. Villalobos, myself, and Mrs. De Ford.  Oh,
19   yeah, and Mr. Krippel.
20                    THE COURT:  Mrs. De Ford?  What's your
21   first name?
22                    MS. DE FORD:  Maria De Ford.
23                    THE COURT:  Maria De Ford?  I always
24   thought it was Ford.
25                    (end of bench conference.)
```

```
 1              THE COURT:  Finally, the attorneys are
 2   going to be here.  The question is whether or not you
 3   would give more weight to one attorney or the other, or
 4   you would not consider all the evidence and be fair and
 5   impartial, because of your relationship to them?
 6   Ultimately, that's really the question.  We are always
 7   trying to find fair and impartial jurors.
 8              The State is being represented -- of
 9   course, Armando Villalobos, is our district attorney.
10              MR. VILLALOBOS:  Good afternoon.
11              THE COURT:  Alfredo Padilla?
12              MR. PADILLA:  Good afternoon.
13              THE COURT:  And Maria De Ford?
14 1 3          Pledge of Allegiance  Good afternoon.
15              THE COURT:  And Mr.  Joe Krippel?
16              MR. KRIPPEL:  Good afternoon.
17              THE COURT:  Any of you who know them,
18   please stand up.  And you, ladies and gentlemen, may sit
19   down.
20              Now the question, again, is whether or not
21   you can be fair and impartial?  That's ultimately the
22   question.  If there's any doubt in your mind with regards
23   to anything, whether you could be fair and impartial to
24   both sides, if you have any questions with regards to that
25   please step forward and form a line here.  If you know
```

1    them but you feel in your heart you could be fair and

2    impartial to everybody, then you can sit down.

3                    Step forward, ma'am.

4

5                    **(Discussion on the record at the bench.)**

6                    MR. GILMAN:  Judge, with regard to those

7    people, I would like to know if anyone have hired

8    Mr. Padilla.

9                    THE COURT:  I'll do that.

10                   MR. PADILLA:  What?

11                   MR. GILMAN:  I want to know if any of the

12   jurors have hired you.

13                   MR. PADILLA:  In the past?

14                   MR. GILMAN:  Yes.

15                   **(End of bench conference.)**

16                   **(Excused at 4:16 p.m.)**

17                   **DEBRA ANN SALINAS-CANALES**

18    **having been called as a prospective juror and, upon**

19    **her oath, was examined and testified as follows:**

20                   **VOIR DIRE EXAMINATION**

21   **BY THE COURT:**

22                   THE COURT:  What number were you?

23                   PROSPECTIVE JUROR:  I'm sorry.

24                   THE COURT:  What number were you?

25                   PROSPECTIVE JUROR:  Oh, my gosh!

292

```
 1                  THE COURT:  235.  235 and who do you know?
 2                  PROSPECTIVE JUROR:  I know Al Padilla and
 3      Armando Villalobos.
 4                  THE COURT:  And how do you know them.  I'm
 5      sorry that you know them, but how do you know them?
 6                  PROSPECTIVE JUROR:  Mando's wife is a real
 7      good friend of mine.  And Al Padilla, I went for personal
 8      advice.
 9                  THE COURT:  So he's been your attorney?
10                  PROSPECTIVE JUROR:  Kind of.
11                  MR. PADILLA:  Yes, Your Honor.
12                  THE COURT:  Oh.  It says "Saldana."  It
13      doesn't say "Canales".
14                  MR. PADILLA:  She uses Saldana.
15                  PROSPECTIVE JUROR:  Actually, I don't know
16      why I did it like that.  It's hyphenated.
17                  MR. PADILLA:  Oh, okay.
18                  THE COURT:  Debra Ann Saldana-Canales.
19                  PROSPECTIVE JUROR:  Yes.
20                  THE COURT:  Now your husband was upstairs
21      saying that everybody would agree if we would release you.
22      I want you to know that I told him --
23                  MR. GILMAN:  Are you married to Rick?
24                  PROSPECTIVE JUROR:  Yes.
25                  MR. GILMAN:  My sympathies!
```

293

```
 1                PROSPECTIVE JUROR:  (laughing)
 2                THE COURT:  And I said either the husband
 3     or the wife serves, so you decide.  And he said:  "Let her
 4     serve."  I'm joking!
 5                PROSPECTIVE JUROR:  Oh, okay.  There'll be
 6     no dinner tonight!
 7                MR. GILMAN:  So they control.
 8                THE COURT:  Mr. Gilman?
 9                MR. GILMAN:  I have no objections.
10                THE COURT:  Any objections?
11                MR. PADILLA:  No objections.  I've been her
12     attorney in the past, representing her.
13                MR. GILMAN:  I worked with her husband
14     sometimes.  I want to make sure that he gets plenty of
15     food.
16                THE COURT:  You're going to be excused, but
17     I'm going to ask you to please step down.
18                (Excused at 4:19 p.m.)
19                     LAURA N. ROSALES,
20       having been called as a prospective juror and, upon
21       her oath, was examined and testified as follows:
22                   VOIR DIRE EXAMINATION
23                THE COURT:  Step forward, ma'am.
24                PROSPECTIVE JUROR:  I don't know him
25     personally but I know two people that work for him but
```

294

1    it's nothing, like, personal.

2                    THE COURT:  What's your number?

3                    PROSPECTIVE JUROR:  Seventy-two.  I talked

4    to him once in a while, but not anything personal, or

5    anything like that.

6                    THE COURT:  Is that going to influence you

7    in making a decision?

8                    PROSPECTIVE JUROR:  Ah (shrugs shoulders).

9                    THE COURT:  Could you be fair and impartial

10   to both sides?

11                   PROSPECTIVE JUROR:  I really don't know.

12                   MR. GILMAN:  What do you mean, you don't

13   know?

14                   THE COURT:  Well, if you're not sure.

15                   PROSPECTIVE JUROR:  Yeah, I'm not sure.

16                   THE COURT:  We'll take it up later.

17                   MR. GILMAN:  What two people do you know in

18   the district attorney's office?

19                   PROSPECTIVE JUROR:  I don't know them

20   personally.  It's Mr. Jaime Munivez, and Mr. Reynaldo

21   Lopez.  They work for him, I believe.

22                   MR. PADILLA:  Yes.

23                   PROSPECTIVE JUROR:  But I don't know them

24   personally, because of where I work at.

25                   THE COURT:  Where do you work at?

Adelaido Flores, Jr.
Certified Shorthand Reporter

295

1    PROSPECTIVE JUROR:  Economy Finance.  It's

2  a loan company.  And I just talk to him there.  I don't

3  have anything personal outside of that.

4    THE COURT:  But you could be fair and

5  impartial, couldn't you?

6    PROSPECTIVE JUROR:  Yeah, I think I can.

7    THE COURT:  Okay, thank you. ma'am.  Sit

8  back down.  Thank you.

9    **(Panel Member excused at 5:20 p.m.)**

10    **OLGA RAMIREZ,**

11   **having been called as a prospective juror and, upon**

12   **her oath, was examined and testified as follows:**

13    **VOIR DIRE EXAMINATION**

14  **BY THE COURT:**

15    THE COURT:  Hi, Mrs. Ramirez.  Nora Nelly

16  Ramirez, Number 72?

17    PROSPECTIVE JUROR:  No.  That's the wrong

18  one.

19    **(Discussion off the record at the bench.)**

20    THE COURT:  What number were you?

21    PROSPECTIVE JUROR:  170.

22    THE COURT:  170.  Olga G. Ramirez.

23    PROSPECTIVE JUROR:  Through my job with

24  juvenile -- with adult probation department, rather, I

25  come in contact with every one here.  I feel like I can be

296

```
 1    impartial, but I do come in contact with every one.
 2                   THE COURT:  You feel you could be
 3    impartial?
 4                   PROSPECTIVE JUROR:  Yes.
 5                   THE COURT:  Mr. Gilman, any questions?
 6                   MR. GILMAN:  No.
 7                   THE COURT:  Please sit down.
 8                         ROSITA LEAL,
 9       having been called as a prospective juror and, upon
10       her oath, was examined and testified as follows:
11                     VOIR DIRE EXAMINATION
12    BY THE COURT:
13                   THE COURT:  What number are you?
14                   PROSPECTIVE JUROR:  Number 205.
15                   THE COURT:  I'm sorry Rosita Leal.  And who
16    do you know, ma'am.
17                   PROSPECTIVE JUROR:  Actually, personally I
18    don't know -- but my sister is Yolanda De Leon --
19                   THE COURT:  Yes, ma'am?
20                   PROSPECTIVE JUROR:  -- and I could be
21    partial and I don't think it's either fair to the accused
22    or the child that requires justice.  I would not be
23    impartial and be able to be fair to them.  No way.  Not at
24    this time.
25                   THE COURT:  Okay.  Any objections?
```

```
 1                    MR. GILMAN:  No.
 2                    THE COURT:  We're going to go ahead and
 3       excuse you, but I'm going to ask you to please sit down.
 4                    (Panel member excused at 4:23 p.m.)
 5                    PROSPECTIVE JUROR:  Okay.  Thanks.
 6                    THE COURT:  Now, also, at the other table,
 7       we have the Honorable Pete Gilman and Adolfo Cordova.
 8                    MR. CORDOVA:  Good afternoon.
 9                    MR. GILMAN:  Good afternoon.
10                    THE COURT:  Mr. Padilla is upset, because I
11       didn't call him "Honorable."  I don't have to see him, but
12       I can hear him mumbling.
13                    MR. PADILLA:  I've been called less than
14       that, Judge. (laughing)
15                    THE COURT:  Mr. Padilla, and Mr. Gilman and
16       have been practicing -- right around 30 years together.
17       Different times on the same side, and different times
18       opposing.  Now I'm a judge, and it's kind of a different
19       role.  So if we kind of joke with each other, we don't
20       mean any disrespect to the process, or any disrespect for
21       you.  Everybody does their job, and does it well.
22                    The question here, though is, though:  Do
23       anyone of you know Mr. Adolfo Cordova, or Mr. Pete Gilman?
24                    PROSPECTIVE JUROR:  I feel like a yoyo
25       here.
```

298

```
 1              THE COURT:  And Mr. Huff knows everybody.
 2   Thirty years ago when I was municipal judge, Mr. Huff used
 3   to work with me.
 4              Now, the question, again, is:  Is there
 5   anything in that relationship that might influence how you
 6   look at things?  And, first of all, how many of you have
 7   been either Mr.  Cordova's or Mr. Gilman's clients?  Okay.
 8   Please call out your name, please, sir.
 9              PROSPECTIVE JUROR:  Huff.
10              THE COURT:  I know Mr. Huff.  What's your
11   number?
12              PROSPECTIVE JUROR:  Ah, 18?
13              THE COURT:  Eighteen?  Back there, what's
14   your number, sir?
15              PROSPECTIVE JUROR:  117.
16              THE COURT:  117?
17              PANEL MEMBERS:  117.
18              THE COURT:  I'm sorry.  117?  I apologize.
19   One hundred seventeen.  Somebody else?  Whose client were
20   you then?
21              PROSPECTIVE JUROR:  Mr. Cordova's.
22              THE COURT:  Okay.  And what's your number?
23              PROSPECTIVE JUROR:  One hundred fifteen.
24              THE COURT:  You ma'am?  112?
25              PROSPECTIVE JUROR:  Yes.
```

299

```
1                    THE COURT:   And whose client were you?
2                    PROSPECTIVE JUROR:  Mr. Gilman.
3                    THE COURT:   Mr. Gilman.  Now, the question
4    is -- yes, sir?
5                    THE COURT:   Two hundred seventy-four.
6                    PROSPECTIVE JUROR:   Two hundred
7    seventy-four.
8                    THE COURT:  Two, seventy-four?  And whose
9    client were you?
10                   PROSPECTIVE JUROR:  Mr. Gilman's.
11                   THE COURT:  Yes, ma'am?  Mrs. Ortega,
12   what's your number?
13                   PROSPECTIVE JUROR:  One hundred
14   twenty-eight.
15                   THE COURT:  One hundred twenty-eight.
16                   PROSPECTIVE JUROR:  Number 12, Adolfo
17   Cordova.
18                   PROSPECTIVE JUROR:  171, Mr. Cordova.
19                   THE COURT:  171, Mr. Cordova.  Now the
20   question was -- just as it was before -- is there anything
21   in that relationship that would cause you to believe one
22   side more than the other, that would prevent you from
23   being fair and impartial?  If there's anything in that
24   relationship, I'm going to ask you to please form a line
25   in the middle?
```

300

1                (Discussion on the record at the bench.)

2                I'm going to do the same thing for y'all.

3     I'm going to ask you to stand up.

4                (End of bench conference.)

5                    PETER R. LOUNSBERY,

6      having been called as a prospective juror and, upon

7       his oath, was examined and testified as follows:

8                    VOIR DIRE EXAMINATION

9     BY THE COURT:

10               THE COURT:  Yes, sir, step forward.  What's

11    your number?

12               PROSPECTIVE JUROR:  Seventy-seven.

13               THE COURT:  Number 77.  Yes, sir.

14               PROSPECTIVE JUROR:  I have done businesses

15    with Mr. Gilman throughout the years as well as his wife

16    at his fire extinguisher company.

17               THE COURT:  Is there anything else about

18    that relationship that would make you not be fair and

19    impartial?

20               PROSPECTIVE JUROR:  I like him, and his

21    wife.

22               THE COURT:  They're all likable.  Mrs. De

23    Ford is likeable.  Mr. Padilla is likeable.  Mr. Cordova

24    is likeable.  But the question is:  Is there anything in

25    that relationship that would prevent you from being fair

```
 1   and impartial?
 2                 PROSPECTIVE JUROR:  Ah -- I trust him.
 3   Really, I trust him.
 4                 THE COURT:  I understand.  And I trust all
 5   of these attorneys.  I really do.  They're good attorneys.
 6   Okay?  The question, though, is:  I could still be fair
 7   and impartial and do my job --
 8                 PROSPECTIVE JUROR:  I would have a hard
 9   time with that.
10                 THE COURT:  Okay.  Mr. Padilla.  Any
11   questions?
12                 MR. PADILLA:  If he has a hard time, we
13   would ask that he be struck.
14                 MR. GILMAN:  That's fine, Judge.
15                 THE COURT:  I'm going to ask that you sit
16   down.
17                 PROSPECTIVE JUROR:  Can I leave?
18                 THE COURT:  No.  Sit down.  But you are
19   excused.
20                 PROSPECTIVE JUROR:  Okay.
21                 (Excused at 4:29 p.m.)
22                 (End of bench conference.)
23                 THE COURT:  Now, I have not done the same
24   thing to the other side.  Just in the spirit of fairness,
25   anybody who has been a client of Mr. Al Padilla, Maria De
```

302

```
1   Ford, Joe Krippel, or the Honorable Armando Villalobos,
2   please stand up?
3               Olga Canales?  You can sit down,
4   Mrs. Canales.  We've dealt with yours.
5               Anybody else?  Okay.
6               Mr. Gilman?  Mr. Padilla?  Please step
7   forward.
8               (Discussion on the record at the bench.)
9               THE COURT:  My sense is, I think I've
10  covered all of the areas that I'm supposed to cover.
11              MR. PADILLA:  The only issue that we're
12  going to have at this point, Judge, is, I think the Court
13  needs to inquire is the length this trial is expected to
14  take.  In case anybody has any pressing matters in late
15  June, or July, that could make the Court aware of that.
16              MR. GILMAN:  I think you can go into direct
17  evidence, as well as circumstantial evidence, because this
18  is a circumstantial evidence case.
19              THE COURT:  I'm going to let you all do
20  that.
21              MR. PADILLA:  We can argue that.
22              THE COURT:  I'm going to let you all do
23  that in individual voir dire.
24              MR. PADILLA:  I think we would be better
25  off if we can get them right now -- to see if anybody has
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

1   any pressing matters.  Some people did say something, but

2   there might be others.

3                THE COURT:  And, you're right.

4                **(End of bench conference.)**

5                THE COURT:  Finally, the last thing, we're

6   going to be going through, basically, about two weeks of

7   what is known as individual voir dire.  We're going to be

8   giving you cards with appointments on them in a little

9   bit.  And then you're not going to have to come back until

10  your appointed time.  So the next two, my guess, not more

11  than two and a half, to three weeks, is when that will

12  take place.

13               The trial will start after that.  Now you

14  heard me read off the list of the witnesses.  Each list

15  was for one side or the other.  So, conceivably, this

16  trial, although, I'm told, it would only take a week, it

17  could go two or three weeks, so we could be going till the

18  end of June and the early part of July.  Probably starting

19  in a couple of weeks.

20               If you have travel plans, medical

21  procedures or something that interferes with that

22  schedule, that would make you so preoccupied that you

23  could not concentrate during the case, then we need to

24  know about it.

25               Again I'm going to ask you to form a line

304

1    down the middle.  Wait a minute.  Wait a minute.  This is
2    not a free ride.
3                        **ANIBEL JULIO CESTERO,**
4      **having been called as a prospective juror and, upon**
5      **his oath, was examined and testified as follows:**
6                        **VOIR DIRE EXAMINATION**
7    **BY THE COURT:**
8                   THE COURT:  What's the number?
9                   PROSPECTIVE JUROR:  162.
10                  THE COURT:  (referring to the prospective
11   jurors)  Remember the numbers you were sitting on, please!
12   162?  What's the issue?
13                  PROSPECTIVE JUROR:  I'll be traveling next
14   week --
15                  THE COURT:  Anibel Julio Cestero.
16                  PROSPECTIVE JUROR:  Yeah.  I will be in
17   Connecticut and New York --
18                  THE COURT:  Uh-huh.
19                  PROSPECTIVE JUROR:  -- for the week, if you
20   can schedule the interview for --
21                  THE COURT:  For later?
22                  PROSPECTIVE JUROR:  For Friday, I will be
23   available for Friday, or I'll be available the week after.
24                  THE COURT:  In all probability, it will be
25   that way.

305

```
 1                    PROSPECTIVE JUROR:  Then that will be fine.
 2                    MR. GILMAN:  Wait a minute, wait a minute.
 3     Today is Wednesday.  When you say "Friday," are you
 4     talking about this coming Friday --
 5                    PROSPECTIVE JUROR:  This coming Friday.  I
 6     have an engagement that I cannot get out of tomorrow.
 7                    MR. GILMAN:  And all of next week you'll
 8     be gone?
 9                    PROSPECTIVE JUROR:  All of next week,
10     exactly, I'll be in Connecticut.  Monday through Saturday.
11                    MR. GILMAN:  I just wanted to be sure.
12                    MR. PADILLA:  It would be sixteen days
13     before we got to him.
14                    PROSPECTIVE JUROR: ·Okay.
15                    THE COURT:  That was 162, Anibel Julio
16     Cestero.
17                        ERMINIO CRUZ,
18       having been called as a prospective juror and, upon
19       his oath, was examined and testified as follows:
20                      VOIR DIRE EXAMINATION
21     BY THE COURT:
22                    PROSPECTIVE JUROR:  Seat Number Ten.
23                    THE COURT:  Number ten?  Yes, sir.  That's
24     Erminio Cruz.
25                    PROSPECTIVE JUROR:  If you want get me, you
```

306

1   can get me tomorrow.  Those are the days I'll be gone.

2                THE COURT:  How come?

3                PROSPECTIVE JUROR:  Because I already got

4   plane tickets to go on the -- on the eighth -- I'm sorry

5   on the ninth, which is a week from this coming Monday?

6                THE COURT:  Yes, sir.

7                PROSPECTIVE JUROR:  I'll be gone.  I

8   already got my plane tickets.

9                THE COURT:  Where are you going?

10                PROSPECTIVE JUROR:  I'm going to

11   California.

12                THE COURT:  What for?

13                PROSPECTIVE JUROR:  For family.  Okay.  On

14   the other -- but I'll be glad to serve -- I want to serve.

15   Just those days, I'm not going to be here.  If you want to

16   come tomorrow, I'll come tomorrow.

17                THE COURT:  We're not going to start the

18   interviews until next week.

19                PROSPECTIVE JUROR:  Okay -- well -- and

20   then from the 15th to 20th, is my vacation which I already

21   got plane tickets, also.

22                MR. PADILLA:  I think he's on the first

23   group on the Tenth.  He'll be here on the June 2, or not?

24   Are you going to be gone June 2 or not?

25                MR. GILMAN:  He's going to be gone from the

307

1    15th through the 20th.  That would be right in the middle

2    of the trial -- right at the start of the trial.

3                    PROSPECTIVE JUROR:  I'm not trying to get

4    out of it.  Like I said, I want to serve.  But, like I

5    said, I already got plane tickets for that, sir.

6                    THE COURT:  And you will be able -- we

7    might be able to do that within the time, but we can't

8    guarantee it.

9                    PROSPECTIVE JUROR:  Yes, I understand it.

10                   THE COURT:  But you will have the interview

11   before the Tenth.  Chances are it's on the 2nd or the

12   third.  So we will get through the personal interview

13   early.  I think we can do interview early, but the issue

14   is, when do start the trial date.

15                   PROSPECTIVE JUROR:  That's good.  Because I

16   want to serve.  I don't want to get off.

17                   THE COURT:  My sense is that we can do it.

18                   MR. PADILLA:  Have a seat, my friend.

19                        **REYNALDO CANTU,**

20   **having been called as a prospective juror and, upon**

21   **his oath, was examined and testified as follows:**

22                   **VOIR DIRE EXAMINATION**

23   **BY THE COURT:**

24                   THE COURT:  Come on forward, sir.  What

25   number were you?  Twenty-two?

```
 1              PROSPECTIVE JUROR:  Twenty-nine.

 2              THE COURT:  Twenty-nine?  Reynaldo Cantu.

 3    How can I forget.

 4              PROSPECTIVE JUROR:  Yes, sir.  As a scout

 5    master from Troop 25 in San Benito, I've already made

 6    plans to take the boys to summer camp on June 22 for a

 7    whole week.  And I've already paid all the money in

 8    advance, and --

 9              THE COURT:  That's the 22nd.  So the

10    interview would be before then?

11              MR. PADILLA:  On the 22nd.

12              THE COURT:  I'm going to go ahead and

13    excuse you, but I'm going to ask you to please sit down.

14              PROSPECTIVE JUROR:  Okay, thank you.  I

15    appreciate it.

16                   BLANCA GOMEZ,

17    having been called as a prospective juror and, upon

18    her oath, was examined and testified as follows:

19                VOIR DIRE EXAMINATION

20    BY THE COURT:

21              PROSPECTIVE JUROR:  Number 31.

22              THE COURT:  Thank you.  Blanca Gomez?

23              PROSPECTIVE JUROR:  Yes.

24              THE COURT:  Yes, ma'am?

25              PROSPECTIVE JUROR:  My husband has an
```

309

```
 1    appointment in San Antonio at the V.A. hospital on
 2    June 13.
 3                    THE COURT:  June 13?
 4                    PROSPECTIVE JUROR:  Yes.  And since we only
 5    have one vehicle --
 6                    THE COURT:  Yes, ma'am.  We can work around
 7    that, ma'am.
 8                    PROSPECTIVE JUROR:  Can you?
 9                    THE COURT:  Is it just going to be just
10    that day?
11                    PROSPECTIVE JUROR:  Well, he's going for
12    therapy -- for injections in his back.  He has a bad back.
13    And they disabled him recently.  So we only have one
14    vehicle.  So we have to travel.  We have to take the girls
15    and-- you know --
16                    THE COURT:  I remember your situation,
17    Mrs. Gomez.  I know.  I remember it.
18                    MR. PADILLA:  Would you be able to stay
19    over for a couple of days?
20                    PROSPECTIVE JUROR:  Yeah, we would have to
21    leave like on a Thursday to be there on a certain day --
22    at a certain time.
23                    MR. PADILLA:  When will the next
24    appointment be after that?
25                    PROSPECTIVE JUROR:  I don't know.  And if
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

310

```
 1    he cancels -- you know -- by the time they reschedule --
 2                    MR. PADILLA:  It's a long time.
 3                    MR. GILMAN:  You're talking about two
 4    weeks?
 5                    MS. DE FORD:  It's at the V. A. hospital.
 6                    THE COURT:  For medical reasons, I'm going
 7    to probably excuse you.
 8                    PROSPECTIVE JUROR:  I'm sorry.  I didn't
 9    hear you.
10                    THE COURT:  Step up here, please.  I'm
11    going to excuse you, but I'm going to ask you to please
12    sit down.
13                    PROSPECTIVE JUROR:  Okay.  Thank you,
14    Judge.
15                        MARIA HELEN CRUZ,
16      having been called as a prospective juror and, upon
17      her oath, was examined and testified as follows:
18                      VOIR DIRE EXAMINATION
19                    PROSPECTIVE JUROR:  I have vacation plans
20    from June 25 --
21                    THE COURT:  I'm sorry.  What was your
22    number again?
23                    PROSPECTIVE JUROR:  203.
24                    THE COURT:  I'm sorry.  From what day to
25    what day?
```

```
 1                    PROSPECTIVE JUROR:  June 25, through
 2   July 2.
 3                    THE COURT:  June 25 thru June 2.  And where
 4   are you going, ma'am?
 5                    PROSPECTIVE JUROR:  Washington, D.C. and
 6   Philadelphia.
 7                    MR. CORDOVA:  We didn't hear the name.
 8                    THE COURT:  I apologize.  203.  Maria Helen
 9   Cruz.  June 25?  I don't know if we're going to be done by
10   then.
11                    MR. PADILLA:  I don't think so, Your Honor.
12                    THE COURT:  Mrs. Cruz.  I'm going to excuse
13   you, but I'm going to ask you sit down.
14                    PROSPECTIVE JUROR:  Excuse me?
15                    THE COURT:  I'm going to excuse you, but
16   I'm going to ask you to sit down.
17                    (Excused at 4:43 p.m.)
18                    ALEJANDRIA IDALIA ORTIZ,
19    having been called as a prospective juror and, upon
20    her oath, was examined and testified as follows:
21                    VOIR DIRE EXAMINATION
22   BY THE COURT:
23                    All right.  Step forward, ma'am.  What was
24   I couldn't recall number.
25                    PROSPECTIVE JUROR:  194.
```

THE COURT: 194? 194, Alexandria Idalia Ortiz.

PROSPECTIVE JUROR: Yes, sir.

THE COURT: Where are you going?

PROSPECTIVE JUROR: Summer vacation.

THE COURT: Where?

PROSPECTIVE JUROR: Fourth of July in San Antonio.

THE COURT: And how long are you going to be gone?

PROSPECTIVE JUROR: The weekend, and we'll be back on Tuesday.

THE COURT: We're not going to have a trial during the weekend.

PROSPECTIVE JUROR: Okay. But we're leaving Friday.

THE COURT: You're leaving Friday.

PROSPECTIVE JUROR: Leaving Friday.

MR. PADILLA: July 4, or Saturday?

MRS. DE FORD: We'll be closed.

PROSPECTIVE JUROR: You'll will be closed. For Monday, we'll be closed.

THE COURT: We'll be closed on Monday.

PROSPECTIVE JUROR: And on Monday, would be my five days.

313

```
 1                    THE COURT:  You'll be gone five days?
 2    Well, the hope is that we'll be done by then but there's
 3    no guarantee.
 4                    PROSPECTIVE JUROR:  Okay.
 5                    THE COURT:  And you're Number 194.  I'm not
 6    going to excuse you.  But the likelihood is, we're never
 7    going to get to you.  Okay?
 8                    PROSPECTIVE JUROR:  Okay.
 9                    REYMUNDO GARCIA,
10     having been called as a prospective juror and, upon
11     his oath, was examined and testified as follows:
12                    VOIR DIRE EXAMINATION
13    BY THE COURT:
14                    THE COURT:  Step forward, sir.  What was
15    your number?
16                    PROSPECTIVE JUROR:  192.
17                    THE COURT:  192.  Reymundo Garcia?
18                    PROSPECTIVE JUROR:  Yes, sir.
19                    THE COURT:  Where are you going sir.
20                    PROSPECTIVE JUROR:  I'm not going nowhere.
21    But June 1, I start my internship with Outback Steak
22    House.  From June 1, to June 30, I'm pretty much going to
23    take control of the restaurant.  My hours are going to
24    shoot up to 70 a week during that month.
25                    THE COURT:  How is this going to affect
```

314

1      you?

2                     PROSPECTIVE JUROR:  Well, all of my

3      attention will have to be on the restaurant.  I got to run

4      it the whole month, for two or three months during the

5      year.  Budget schedule, committee meetings, commitments.

6      I'm pretty much going to run it without the owner.  That's

7      part of my program to get promoted to become an owner in

8      two more years.

9                     MR. GILMAN:  I don't have any objections.

10                    MR. PADILLA:  We don't have any objections,

11     Your Honor.

12                    THE COURT:  You're going to be excused.

13     But sit back down.

14                    PROSPECTIVE JUROR:  Thank you, sir.

15                  **MARIA ALICIA MARTINEZ,**

16      **having been called as a prospective juror and, upon**

17                       **VOIR DIRE EXAMINATION**

18     **BY THE COURT:**

19                    THE COURT:  Step forward, ma'am.  What was

20     your number?

21                    PROSPECTIVE JUROR:  191.

22                    THE COURT:  Yes, ma'am?

23                    PROSPECTIVE JUROR:  I've got to two

24     dilemmas.  I just got hired for summer school, which

25     starts June 9.  And then we have a trip planned to be with

Adelaido Flores, Jr.
Certified Shorthand Reporter

315

1    my parents which is the last week of June, which is the

2    end of summer school.  It's a ten day trip.

3                    THE COURT:  And you've already been hired

4    for summer school?

5                    PROSPECTIVE JUROR:  Yes.

6                    THE COURT:  Which school will you be

7    working at?

8                    PROSPECTIVE JUROR:  Yturria Elementary.

9                    THE COURT:  When did you get word?

10                   PROSPECTIVE JUROR:  I have a letter from

11   the Homeless Youth Program, Mrs. Anna Clive.  She'll be my

12   supervisor.

13                   THE COURT:  You're going to be excused.

14   But go ahead and sit down.

15                   PROSPECTIVE JUROR:  Okay.  Thank you.

16                   **(Excused at 4:47 p.m.)**

17                       **PATRICIA RINCON SORRELS,**

18    **having been called as a prospective juror and, upon**

19    **her oath, was examined and testified as follows:**

20                       **VOIR DIRE EXAMINATION**

21   **BY THE COURT:**

22                   THE COURT:  Next.  What was your number,

23   ma'am?

24                   PROSPECTIVE JUROR:  212.

25                   THE COURT:  Patricia Rincon Sorrels?

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1                    PROSPECTIVE JUROR:  Yes.  I have a trip
 2    planned for the week of the ninth, prepaid.
 3                    THE COURT:  Where at?
 4                    PROSPECTIVE JUROR:  Vegas.
 5                    THE COURT:  And how long are you going to
 6    be there?
 7                    PROSPECTIVE JUROR:  For a week, from the
 8    ninth to -- whatever that Friday is.  It's a Monday
 9    through Friday.
10                    THE COURT:  Well, the reality is, we
11    probably won't get to you, ma'am.
12                    PROSPECTIVE JUROR:  Okay.  And that's fine.
13    I just kind of --
14                    THE COURT:  Yeah, you're like 200 -- and we
15    probably will not get to you.  Okay?
16                    PROSPECTIVE JUROR:  Okay.  Thank you.
17                    THE COURT:  Thank you.
18                         BLAKE HUBBARD,
19     having been called as a prospective juror and, upon
20      his oath, was examined and testified as follows:
21                   VOIR DIRE EXAMINATION
22    BY THE COURT:
23                    THE COURT:  Yes, sir.  Next?  What was your
24    number?
25                    PROSPECTIVE JUROR:  211.
```

1          THE COURT:  Thank you, sir.  Two hundred
2   eleven?  Blake Hubbard?
3          PROSPECTIVE JUROR:  Yes, sir.
4          THE COURT:  What's up, sir?
5          PROSPECTIVE JUROR:  I'm booked for two
6   trips June 18, to June 27 to be in Chicago.  June 29
7   through July 4, in New York.  That's business.
8          THE COURT:  With who, sir?
9          PROSPECTIVE JUROR:  I work with Valley
10  Baptist Health System.
11         THE COURT:  Employment is not --
12         PROSPECTIVE JUROR:  No, you asked if we had
13  trips booked, and I'm telling you I did.
14         THE COURT:  Yeah, but this is not -- this
15  is a claimant.  This is work related, isn't it?
16         PROSPECTIVE JUROR:  Yes, it's a work
17  related trip.  And I am representing the hospital in some
18  conferences.
19         THE COURT:  Mr. Hubbard, it's a heck of a
20  thing when work-related trips take second chair to booked
21  vacations that people have.  But, unfortunately --
22         PROSPECTIVE JUROR:  I'm not asking to be
23  excused.  You asked if anybody had travel arrangements.
24         THE COURT:  I understand, Mr. Hubbard.
25         PROSPECTIVE JUROR:  -- and I'm just letting

318

1    you know I have travel dates.

2                THE COURT:  The reality is --

3                PROSPECTIVE JUROR:  Ah, I don't like

4    airplanes.

5                THE COURT:  I understand.  The reality is

6    you're 211.  Chances are, we won't get to you.  That's the

7    reality of it.  But I'm not going to excuse you.

8                PROSPECTIVE JUROR:  No.

9                THE COURT:  Thank you, Mr. Hubbard.  Go

10   ahead and sit back down, sir.

11                      **REYNALDO S. SANCHEZ,**

12    **having been called as a prospective juror and, upon**

13    **his oath, was examined and testified as follows:**

14                     **VOIR DIRE EXAMINATION**

15                THE COURT:  What was your number?

16                PROSPECTIVE JUROR:  255.

17                THE COURT:  255.  Reynaldo Salvador

18   Sanchez?  Yes, sir.  I'm listening.

19                PROSPECTIVE JUROR:  It's that I promise

20   with my son that I was going to take him the third week of

21   June to Six Flags if he passed to the next grade, and he

22   did, and I don't want to break that promise because he's

23   my only son, and he deserves it.

24                THE COURT:  Yeah.  But why does it have to

25   be with the third week?  Are these tickets you already

1    bought.

2                   PROSPECTIVE JUROR:  I'm sorry?

3                   THE COURT:  Are they tickets that you've

4    already bought.

5                   PROSPECTIVE JUROR:  No, sir.  But I'm going

6    to take him.  I'm promised him, and I want to take him,

7    and I promised him, and I don't want to break my promise.

8                   THE COURT:  Mr. Sanchez?  I understand.

9    255 -- chances are, we're not going to get to you, Mr.

10   Sanchez.

11                  PROSPECTIVE JUROR:  What's that?

12                  THE COURT:  Chances are, we're not going to

13   get to you.

14                  PROSPECTIVE JUROR:  Okay.

15                  THE COURT:  Okay?  But you got all summer

16   to take him.

17                  PROSPECTIVE JUROR:  It's that I promised

18   him, and I don't want to break my promise.

19                  THE COURT:  And -- no -- and I'm not

20   telling you to break your promise.  Its just a matter of

21   when.

22                  PROSPECTIVE JUROR:  He's my only son -- you

23   know?

24                  THE COURT:  I only have one son, too.

25   Believe me, I understand that.  But we probably won't get

Adelaido Flores, Jr.
Certified Shorthand Reporter

320

1   to you, Mr. Sanchez.  Step forward, ma'am.

2              MR. KRIPPEL:  Maria Cantu, a juror, just

3   approached me individually --

4              THE COURT:  What number?

5              MR. KRIPPEL:  I don't know what number she

6   Is.  I just looked at her name.  And she asked if all of

7   the people who are willing to be served can be released

8   now.

9              THE COURT:  No --

10             MR. KRIPPEL:  Just a minute -- no.  I'm

11  just disclosing what she told me.

12             THE COURT:  Yes, sir.

13             MR. KRIPPEL:  She asked me:  "Can all

14  people who want to serve, just give their numbers and

15  leave?  And I said:  "I'll bring it to the judge's

16  attention, but I cannot have any conversation with you

17  without the district attorney.  And I directed her back to

18  her seat, and I immediately came up here and told Your

19  Honor.

20             THE COURT:  I appreciate it, Mr. Krippel.

21  I trust you weren't going to anything underhandedly.

22             **MARIA DEL CARMEN ATKINSON,**

23   **having been called as a prospective juror and, upon**

24   **her oath, was examined and testified as follows:**

25                **VOIR DIRE EXAMINATION**

321

**BY THE COURT:**

1
2             THE COURT:  Step forward, ma'am.

3             PROSPECTIVE JUROR:  Seventy-four.

4             THE COURT:  Seventy-four?  Maria Del Carmen

5  Atkinson.

6             PROSPECTIVE JUROR:  Uh-huh.

7             THE COURT:  Where are you going?

8             PROSPECTIVE JUROR:  June 26 is my 32nd

9  anniversary.  We're going to Vegas.

10            THE COURT:  To Vegas?  You got tickets

11  already?

12            PROSPECTIVE JUROR:  Yes.

13            THE COURT:  Can I see them?

14            PROSPECTIVE JUROR:  I don't have them with

15  me.

16            THE COURT:  Can you bring them?

17            PROSPECTIVE JUROR:  Yeah.

18            THE COURT:  Already bought?

19            PROSPECTIVE JUROR:  They've been purchased

20  on-line.

21            MR. GILMAN:  It's her anniversary.

22            THE COURT:  I know.  I understand.

23            MR. PADILLA:  Can we give her some money to

24  put it on the Black Jack table for us, Judge.

25            THE COURT:  Go ahead and sit down.  You'll

322

1    be excused.

2                    MANUEL VELASQUEZ,

3     having been called as a prospective juror and, upon

4     his oath, was examined and testified as follows:

5                    VOIR DIRE EXAMINATION

6    BY THE COURT:

7                    THE COURT:  Step forward, sir.

8                    PROSPECTIVE JUROR:  This is job related.  I

9    am always out of town and I work.

10                   THE COURT:  Mr. Gomez.  Right?

11                   MR. PADILLA:  270.

12                   THE COURT:  Yeah.  I didn't excuse anybody

13   for -- 270?

14                   PROSPECTIVE JUROR:  270.

15                   THE COURT:  273.  Manuel Velasquez?

16                   PROSPECTIVE JUROR:  Yes.

17                   THE COURT:  It is job related.

18                   PROSPECTIVE JUROR:  I look for oil.

19                   THE COURT:  I'm sorry?

20                   PROSPECTIVE JUROR:  I look for oil.

21                   THE COURT:  That's not an excuse.

22                   PROSPECTIVE JUROR:  I have to go on June 9.

23                   THE COURT:  That's work related.  You may

24   have to cancel it.  Chances are, we're not going to get to

25   you, sir.

```
1            PROSPECTIVE JUROR:  Oh, okay.
2            THE COURT:  So take your questionnaire and
3    sit down.
4                    JANETT P. SPEARMAN,
5     having been called as a prospective juror and, upon
6      her oath, was examined and testified as follows:
7                    VOIR DIRE EXAMINATION
8    BY THE COURT:
9            THE COURT:  Please step forward, please
10   ma'am.  Hi.
11           PROSPECTIVE JUROR:  Hi.
12           THE COURT:  What was your number?
13           PROSPECTIVE JUROR:  One hundred eighty-two.
14   I believe I know it was in the 80s.  Janett Spearman.
15           THE COURT:  There you are.  You're Isabel
16   Longoria?
17           PROSPECTIVE JUROR:  No.  Janet Spearman.
18   I'm going to California.
19           THE COURT:  Where you are going?
20           PROSPECTIVE JUROR:  To California.
21           THE COURT:  Isabel Longoria, 182?
22           MS. DE FORD:  Janett Spearman.
23           PROSPECTIVE JUROR:  No, Janett Spearman.  I
24   know it was in the 80s.
25           THE COURT:  Janet Spearman?  Oh, there you
```

324

```
 1    are.  And you're going where.
 2                    PROSPECTIVE JUROR:  To California.
 3                    THE COURT:  To California.
 4                    PROSPECTIVE JUROR:  We're going to a
 5    conference.
 6                    THE COURT:  A conference?
 7                    PROSPECTIVE JUROR:  Yes, this Saturday.
 8                    THE COURT:  And you'll be coming back when?
 9                    PROSPECTIVE JUROR:  We'll be back in two
10    weeks.  So I don't know if -- if you call me then.
11                    MR. PADILLA:  If we do it in two weeks,
12    right, we might get to 200.
13                    THE COURT:  We can get to it.
14                    PROSPECTIVE JUROR:  Okay.  So you want me
15    to sit down and wait?
16                    THE COURT:  Yes, ma'am.  You have the same
17    problem.
18                        NANCY RAMIREZ,
19     having been called as a prospective juror and, upon
20     her oath, was examined and testified as follows:
21                    VOIR DIRE EXAMINATION
22    BY THE COURT:
23                    THE COURT:  Your number, ma'am?
24                    PROSPECTIVE JUROR:  197.
25                    MR. CORDOVA:  137.
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

325

```
 1                THE COURT:  Yes, Mrs. Ramirez.  Nancy
 2     Ramirez.
 3                PROSPECTIVE JUROR:  I'm going to be out of
 4     town, through the 15th.
 5                THE COURT:  How come?
 6                PROSPECTIVE JUROR:  I'm going to be
 7     traveling and on vacation.  And everything has been paid
 8     for.
 9                THE COURT:  Who paid for it?
10                PROSPECTIVE JUROR:  I did.
11                THE COURT:  Okay.  137.  Nancy Ramirez.  We
12     might get to it before.  I'm going to go ahead and excuse
13     you, but I'm going to ask you to sit down, please.
14                     ( Excused at 4:54 p.m.)
15                One hundred thirty-seven is excused.
16                    ROGENNA LYNETTE ROBINSON,
17      having been called as a prospective juror and, upon
18       her oath, was examined and testified as follows:
19                     VOIR DIRE EXAMINATION
20     BY THE COURT:
21                THE COURT:  Hi, what's your number?
22                PROSPECTIVE JUROR:  139.
23                THE COURT:  Oh, you're sitting together, so
24     you're coming together?  Rogenna Lynette Robinson.
25                PROSPECTIVE JUROR:  I am scheduling surgery
```

326

1    on the knee.

2              THE COURT:  Oh, come on.  For this Monday?

3              PROSPECTIVE JUROR:  Yeah.  So I

4    already know I am going to be off of work for the first

5    second or third, at least four weeks from work.

6              THE COURT:  What is your surgery right now?

7              PROSPECTIVE JUROR:  Having a hysterectomy.

8              THE COURT:  I'm going to go ahead and

9    excuse you for medical reasons.

10             **( Excused at 4:43 p.m.)**

11             PROSPECTIVE JUROR:  Oh, okay.  Thank you.

12             THE COURT:  But you have to sit down and

13   wait.

14             **BRANDON O. HAECKE,**

15    **having been called as a prospective juror and, upon**

16    **his oath, was examined and testified as follows:**

17             **VOIR DIRE EXAMINATION**

18   **BY THE COURT:**

19             Step forward, please.  Yes, sir.

20             PROSPECTIVE JUROR:  I work quite a bit for

21   16 weeks.  I go into work at 4:00 in the afternoon.  I

22   work at a restaurant.  The restaurant closes at 12:00, I

23   get out about 1:00.  I work at the bar, we close or 2:00

24   or 3:00.

25             THE COURT:  Employment is not a reason,

```
 1    sir.  What's your number, sir.
 2                   PROSPECTIVE JUROR:  Brandon Haecke?
 3                   THE COURT:  Thirty-one.  Chances are we're
 4    not going to get to you.
 5                   We're probably not going to get you, but we
 6    are probably not going to get to you but I'm not excusing
 7    you for that reason.
 8                   Step forward, sir.  Go back and sit down
 9    please.
10                   ( excused at 4:45 p.m.)
11                   ROBERTO HINOJOSA,
12    having been called as a prospective juror and, upon
13    his oath, was examined and testified as follows:
14                   VOIR DIRE EXAMINATION
15    BY THE COURT:
16                   THE COURT:  What was your number, please?
17                   PROSPECTIVE JUROR:  241.  I am towards the
18    end.  Border Patrol process.  Where I will be working for
19    the county.
20                   THE COURT:  You haven't been selected yet?
21    You haven't heard from them?
22                   PROSPECTIVE JUROR:  No.
23                   THE COURT:  Okay.  This is going to be
24    excellent training for that, Mr. Hinojosa.
25                   PROSPECTIVE JUROR:  Let me add, I am newly
```

1    unemployed, with a baby on the way.

2                    THE COURT:  Okay.  If you get picked you

3    get paid at least $40 a week, that's better than nothing.

4                    PROSPECTIVE JUROR:  But my training is

5    better than that.

6                    THE COURT:  You don't get paid for

7    training.

8                    PROSPECTIVE JUROR:  Yeah, but I got train.

9                    THE COURT:  Yeah.  But you don't even get

10   paid for training.  You are just training to get paid

11   right now.

12                   PROSPECTIVE JUROR:  But the training is a

13   big factor.

14                   THE COURT:  Oh, I know how big of a factor

15   it is, sir.  That means you have to get up in the morning,

16   and jog, and late in the afternoon.  And make sure you

17   don't get any shin splints, and condition your

18   cardiovascular as well.

19                   PROSPECTIVE JUROR:  But would I be able to

20   do that?

21                   THE COURT:  You might.

22                   MR. GILMAN:  Judge, there's a good chance

23   we're not going to get to you.

24                   PROSPECTIVE JUROR:  No.  I'm just saying if

25   I'm able to do that, then I don't have a problem with

1    that.

2              THE COURT:   I woke up at 5:30 this morning

3    and exercised.

4              Step forward, ma'am.

5              MS. DE FORD:   Judge, we need the

6    gentleman's name.

7              THE COURT:   I apologize.

8              PROSPECTIVE JUROR:   Employment.   I

9    apologize.   That was Manuel Velasquez.   What was her name?

10             DEPUTY CLERK:   That was Robert Hinojosa.

11             THE COURT:   I'm sorry.   David Hinojosa --

12   241.

13             **ROSA MARIA HINOJOSA,**

14   **having been called as a prospective juror and, upon**

15   **her oath, was examined and testified as follows:**

16                  **VOIR DIRE EXAMINATION**

17   **BY THE COURT:**

18             THE COURT:   What is your number, ma'am?

19             PROSPECTIVE JUROR:   296.   Rosa Maria

20   Hinojosa.

21             THE COURT:   Rosa Maria Hinojosa?   Okay.

22   What have you got planned?

23             PROSPECTIVE JUROR:   Well, I am currently

24   employed and I go to school during the night.   And I just

25   want to state for the record, I am enrolled for Summer

330

1    One, which is an online class.  Which I have no problem

2    attending it here.  Because, I'll be taking a few classes

3    go on the Internet for my summer one class.  I just wanted

4    to let you know.

5                    THE COURT:  I think it's okay.

6                    PROSPECTIVE JUROR:  Since you're not

7    supposed to read or learn about other things?

8                    THE COURT:  No, not about this case.  You

9    can read anything else you want.

10                   PROSPECTIVE JUROR:  Okay.  I just wanted to

11   mention it for the record.

12                   THE COURT:  (referring to the panel as a

13   whole.)  This line was only supposed to be only for people

14   who have travel plans with tickets already booked.  It

15   keeps getting bigger instead of smaller.  Yes.  What was

16   your number?

17                         JAIME GOMEZ,

18     having been called as a prospective juror and, upon

19     his oath, was examined and testified as follows:

20                   VOIR DIRE EXAMINATION

21   BY THE COURT:

22                   PROSPECTIVE JUROR:  274, Jaime Gomez.  I am

23   a divorced parent -- and a single parent.  I am going --

24   I'm going to get my GED in the summer.  I live in Mission.

25   And I have to go to California.  I have a 12 year old that

```
 1    I have to take.  She's in Special Ed, and I have to take
 2    her during the day.
 3                   THE COURT:  Mr. Gomez?  The chances are
 4    that we're never going to get to you.
 5                   PROSPECTIVE JUROR:  I already know that,
 6    but I --
 7                   THE COURT:  Yeah, I understand, Mr. Gomez.
 8                   MR. GILMAN:  He's so far down the line
 9    that, we'll get the jury before we get to you.
10                   THE COURT:  All right?
11                   MR. PADILLA:  Why don't you excuse
12    everybody?
13                   THE COURT:  We're going to go ahead excuse
14    you, but go ahead and sit down.
15                   (Excused at 4:59 p.m.)
16                     JOSE ALBERTO FISCAL,
17      having been called as a prospective juror and, upon
18       his oath, was examined and testified as follows:
19                    VOIR DIRE EXAMINATION
20    BY THE COURT:
21                   THE COURT:  Step forward, sir.  Your
22    number?
23                   PROSPECTIVE JUROR:  138.  Yes.  The only
24    thing that might interfere, is my wife is expecting.
25                   And the doctor's appointment is -- we might
```

332

1    schedule for the first week of July.

2                    THE COURT:  Oh, I think we will be done by

3    then.

4                    PROSPECTIVE JUROR:  Yeah.

5                    THE COURT:  Well, then go ahead and just

6    sit down please, thank you.  Yes, sir.

7                    **(Excused at 5:00 p.m.)**

8                        **JOSE MANUEL REYES,**

9      **having been called as a prospective juror and, upon**

10     **his oath, was examined and testified as follows:**

11                    **VOIR DIRE EXAMINATION**

12   **BY THE COURT:**

13                    THE COURT:  What was your number?

14                    PROSPECTIVE JUROR:  That's a good question.

15                    MR. PADILLA:  What is your name?

16                    THE COURT:  Jose Manuel Reyes, Number 306.

17   Yes, sir?

18                    PROSPECTIVE JUROR:  Your Honor, it's

19   contracts that I have in the oil field, in the last week

20   of June.

21                    THE COURT:  Mr. Reyes?  Chances are we're

22   never going to get to you.

23                    PROSPECTIVE JUROR:  You know, it is

24   stainless steel, and I don't think that anybody can handle

25   it with the Raymondville Independent School District.

333

```
 1                  THE COURT:  I understand.  But I don't
 2      think we're ever going to get to you, Mr. Reyes.
 3                  MR. GILMAN:  Just sit back and relax
 4      chances are, we're not going to get to you.
 5                  PROSPECTIVE JUROR:  Thank you.
 6                  (Excused at 5:02 p.m.)
 7                  SELENA HERNANDEZ,
 8       having been called as a prospective juror and, upon
 9       her oath, was examined and testified as follows:
10                  VOIR DIRE EXAMINATION
11      BY THE COURT:
12                  THE COURT:  What is was your number.
13      Eighty-eight.
14                  PROSPECTIVE JUROR:  Yes, ma'am.
15                  THE COURT:  Eighty-eight, yes, ma'am.
16                  PROSPECTIVE JUROR:  88.
17                  THE COURT:  Yes, ma'am?
18                  PROSPECTIVE JUROR:  I'm going to be out of
19      town.  I have my flights already for Seattle.
20                  THE COURT:  What are you going to do in
21      Seattle, Selena Hernandez.
22                  PROSPECTIVE JUROR:  My brother he lives
23      there he works there.  He hasn't seen me my mother, and my
24      other sister.
25                  THE COURT:  And what was the date?
```

1    PROSPECTIVE JUROR:  June 18, through
2  June 30.
3    THE COURT:  Through June 30?  You got your
4  tickets already?
5    PROSPECTIVE JUROR:  Yes.
6    THE COURT:  I'm going to go ahead and
7  excuse you.  But go ahead and sit down.  I'm going to go
8  ahead and the excuse you Hernandez but go ahead and the
9  sit down.
10    **(Excused at 5:08 p.m.)**
11    **ALBERTO REYES,**
12    **having been called as a prospective juror and, upon**
13    **his oath, was examined and testified as follows:**
14    **VOIR DIRE EXAMINATION**
15  **BY THE COURT:**
16    THE COURT:  Step forward, sir.
17    PROSPECTIVE JUROR:  I'm number 98.
18    THE COURT:  Yes, sir.
19    PROSPECTIVE JUROR:  We have all the chiefs
20  scheduled for classes in Corpus Christi, and the officers
21  it's for summer.  But it's 40 hours of T-close credit.
22    THE COURT:  It won't.  So you're going to
23  be on T- close 40 hour classes, from when to when?
24    PROSPECTIVE JUROR:  And my wife is going to
25  pick me up there, and we're going to be out until July.

335

1      THE COURT:  So you're to be out on T-Close

2   40 hour classes from when to when?

3      PROSPECTIVE JUROR:  In June.  The last week

4   of June.

5      THE COURT:  The last week of June?  We

6   might be there.  Any objections to excusing Mr. Reyes?  Do

7   you have any problem with him being excused?

8      MR. GILMAN:  No objections.

9      MR. PADILLA:  No objections, Your Honor.

10      THE COURT:  We'll excuse you, but sit back

11   down.

12      MS. DE FORD:  Can we have his name?

13      THE COURT:  Alberto Reyes thank you.

14   Ninety-eight.  Yes, sir?  What was your number?

15      Number 280.

16      PROSPECTIVE JUROR:  Victor Jimenez Olvera.

17

18      **VICTOR JIMENEZ OLVERA,**

19   **having been called as a prospective juror and, upon**

20   **his oath, was examined and testified as follows:**

21      **VOIR DIRE EXAMINATION**

22   **BY THE COURT:**

23      THE COURT:  Victor Jimenez Olvera?  Yes,

24   sir.

25      PROSPECTIVE JUROR:  I'm possibly going to

336

1    get hired by the U.S. Border Patrol.

2              THE COURT:  Yes, sir.

3              PROSPECTIVE JUROR:  So I'm attending the

4    training.  If I'm not mistaken, if I pass tomorrow, the

5    physical training, I'll probably go to training next

6    month, and it's probably out of town.  And I also have

7    vacations already set up.

8              THE COURT:  Where are your vacations.

9              PROSPECTIVE JUROR:  The last week of June,

10   and the beginning of July.  And those are already set.  We

11   rented a bus.  It's a family trip.

12             THE COURT:  You rented a bus?

13             PROSPECTIVE JUROR:  Yes, for the family.

14             THE COURT:  Where did you rent the bus at?

15             MS. DE FORD:  Why did you rent a bus if

16   you're going to Border Patrol, and you're going next

17   month.

18             PROSPECTIVE JUROR:  If I go to the training

19   of the border patrol, I'm going to have to cancel that.

20             THE COURT:  Mr. Olvera you're 280 --

21   chances we're not going to get to you.  I'm not excusing

22   you..

23             PROSPECTIVE JUROR:  How about tomorrow.

24             THE COURT:  Tomorrow you're going to be

25   off.

337

1       PROSPECTIVE JUROR:  Okay.

2       **(Excused at 5:12 p.m.)**

3       THE COURT:  Sit down, ma'am what was your

4   number.

5                       **LUCIA CARDENAS,**

6   **having been called as a prospective juror and, upon**

7   **her oath, was examined and testified as follows:**

8                   **VOIR DIRE EXAMINATION**

9   **BY THE COURT:**

10      THE COURT:  Step forward, ma'am.  What was

11  your number?

12      PROSPECTIVE JUROR:  266?  Lucia Cardenas.

13      THE COURT:  Yes, Mrs. Cardenas?

14      PROSPECTIVE JUROR:  I have tickets to be

15  out from the 18th through the 28th, I have a family

16  reunion with my family in June.

17      THE COURT:  Who with?

18      PROSPECTIVE JUROR:  On June 20.

19      THE COURT:  You already bought the tickets.

20      PROSPECTIVE JUROR:  That's expensive.

21      MR. PADILLA:  I just bought one for

22  $13,000.

23      PROSPECTIVE JUROR:  No.  It's not that

24  expensive.

25      THE COURT:  I'm going to go ahead and

1  excuse you, but sit back down please.

2                    (excused at 5:13 p.m.)

3                      CYNTHIA CRUZ,

4   having been called as a prospective juror and, upon

5   her oath, was examined and testified as follows:

6                   VOIR DIRE EXAMINATION

7  BY THE COURT:

8                THE COURT:  Your number?

9                PROSPECTIVE JUROR:  89, Cynthia Cruz.

10               THE COURT:  Mrs. Cruz, I have spoken to you

11  two or three times before.

12               PROSPECTIVE JUROR:  No.  Once.

13               THE COURT:  Why does it seem more,

14  Mrs. Cruz.

15               THE COURT:  What's the matter, Mrs. Cruz?

16               PROSPECTIVE JUROR:  I already have a flight

17  booked leaving to Las Vegas, June 8, and coming back the

18  14th.

19               THE COURT:  June 8 through the 14th?

20  That's possibly right in the middle of this jury trial.

21  She would fall right in there.

22               MR. PADILLA:  I don't have any opposition,

23  Judge.

24               MR. GILMAN:  I don't have any opposition.

25               THE COURT:  You're excused, but go ahead

1    and sit down.

2                  (Excused at 5:16 p.m.)

3

4                      DANIEL VILLALON,

5      having been called as a prospective juror and, upon

6      his oath, was examined and testified as follows:

7                   VOIR DIRE EXAMINATION

8    BY THE COURT:

9                  THE COURT:  Yes, sir.  Again, what was your

10   number again?

11                 PROSPECTIVE JUROR:  Fifty-one.

12                 THE COURT:  What's the problem?

13                 PROSPECTIVE JUROR:  I have travel plans

14   from June 26, through July 6.

15                 THE COURT:  You were already excused.  Sit

16   down thank you.

17                 PROSPECTIVE JUROR:  Oh, I didn't know that!

18                 MR. PADILLA:  Well now, you got a double

19   excuse.

20                 PROSPECTIVE JUROR:  Can we have the full

21   name.

22                 THE COURT:  Number 51, Daniel Villalon.

23                    ROY WILEY DUNCAN,

24     having been called as a prospective juror and, upon

25     his oath, was examined and testified as follows:

340

```
 1                    VOIR DIRE EXAMINATION
 2    BY THE COURT:
 3                 THE COURT:  What is your number, sir?
 4                 PROSPECTIVE JUROR:  161.
 5                 THE COURT:  Thank you.  Roy Wiley Duncan?
 6    Yes, sir, Mr. Duncan?
 7                 PROSPECTIVE JUROR:  My wife has cancer.
 8    And a doctor's appointment and a surgeon in San Antonio
 9    has us down for the 12th and 13th.  She has the same
10    appointment every six month.  Last summer when we the last
11    appointment, he did surgery the following week, and she
12    has had a surgery for two weeks.  So we never know when we
13    go up there.
14                 MR. GILMAN:  In San Antonio.
15                 PROSPECTIVE JUROR:  Yes, sir.  University
16    Hospital.
17                 THE COURT:  Number 161, you are excused.
18    So good luck and God bless.
19                 MR. GILMAN:  Good luck to you.
20                 (Excused at 5:18 p.m.)
21                   ROBERTO HINOJOSA,
22     having been called as a prospective juror and, upon
23     his oath, was examined and testified as follows:
24
25
```

**VOIR DIRE EXAMINATION**

**BY THE COURT:**

THE COURT: Step forward, sir. What's your number?

PROSPECTIVE JUROR: 245.

THE COURT: Roberto Hinojosa? Yes, sir, Mr. Hinojosa.

PROSPECTIVE JUROR: I'm currently a candidate for the United States Customs Agent. I'm expecting a call from the Department of security, possibly going to the academy this summer. I'm retired from teaching and I have spoken to them. They've have done the background check, and they have done everything. The only thing is I have a medical info that I am going to be sending the last test result done this week.

THE COURT: How old are you, sir?

PROSPECTIVE JUROR: I'm a 51. I don't think there is a age limit for the U.S. Customs. There's one for Border Patrol.

**(Discussion off the record at the bench.)**

THE COURT: But you haven't heard anything yet.

PROSPECTIVE JUROR: Well, sir -- yes, sir. I received a letter saying that they need the additional medical document.

342

1    THE COURT:  But they haven't scheduled it

2    yet.

3    PROSPECTIVE JUROR:  I have

4    already interviewed with the background investigator.   No,

5    sir.  They haven't scheduled anything.

6    THE COURT:  Okay.  Your number is 229.   I

7    don't think that we're getting to you, Mr. Hinojosa.

8    PROSPECTIVE JUROR:  Okay -- and that's

9    fine.  I thought I would let you know.

10   THE COURT:  Yes, ma'am.  When was your

11   number?

12   PROSPECTIVE JUROR:  248.

13   THE COURT:  248.

14   THE COURT:  Elizabeth LaRoche.

15   PROSPECTIVE JUROR:  LaRoche.  I apologize

16   "LaRoche."

17   **(Brief pause in proceedings)**

18   THE COURT:  For what police department?

19   PROSPECTIVE JUROR:  I'm supposed to issue

20   all of their uniforms when they become officers of the

21   police department.

22   THE COURT:  Employment is not a good

23   reason.

24   PROSPECTIVE JUROR:  Okay.  Thank you.

25   THE COURT:  Can you sit back down?

343

```
 1                   (Panel Member excused/entered/re-entered
 2               at        .)
 3                   JOHN CHARLES RANDOLPH,
 4      having been called as a prospective juror and, upon
 5      his oath, was examined and testified as follows:
 6                   VOIR DIRE EXAMINATION
 7    BY THE COURT:
 8                   THE COURT:  What was your number again?
 9                   PROSPECTIVE JUROR:  I am 240.
10                   THE COURT:  240?  John Charles Randolph.
11                   PROSPECTIVE JUROR:  That's me.
12                   THE COURT:  And your wife is moving, and
13    you're going to follow-up.
14                   PROSPECTIVE JUROR:  My wife went to a
15    funeral.  And I'm by myself with the kids.  And I called
16    somebody to pick them up from school, and I have my
17    daughter.  It's just a little bit too much.
18                   THE COURT:  Any objections?
19                   MR. PADILLA:  No objections?
20                   MR. GILMAN:  No objections Your Honor.
21                   (Excused  at 5:24 p.m.)
22                   THE COURT:  You may leave, sir.
23                   PROSPECTIVE JUROR:  On the chair, it's 50.
24
25                   PEDRO CADENA, JR.,
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

1    having been called as a prospective juror and, upon

2    his oath, was examined and testified as follows:

3                        VOIR DIRE EXAMINATION

4  BY THE COURT:

5                    THE COURT:  What number were you?

6                    PROSPECTIVE JUROR:  It was 50.

7                    THE COURT:  That's the one I needed to

8  know.  Pedro Cadena, Jr.

9                    PROSPECTIVE JUROR:  Yes, sir.  Okay.  You

10 mentioned it would take about two weeks to get the trial

11 started.

12                   THE COURT:  Yes, sir.

13                   PROSPECTIVE JUROR:  We have reservations,

14 we have flights and everything set to go to Vegas.

15                   THE COURT:  When?

16                   PROSPECTIVE JUROR:  After the Fourth of

17 July.  If on a Friday.  Either the sixth or the ninth.

18                   THE COURT:  After the Fourth of July?

19                   PROSPECTIVE JUROR:  Yes.

20                   THE COURT:  We should be done by then.  If

21 it's just for the weekend.

22                   PROSPECTIVE JUROR:  We're going for nine

23 days.

24                   MR. PADILLA:  Contract tables.

25                   PROSPECTIVE JUROR:  After that, I have no

345

```
 1    problem with being here.
 2              THE COURT:  So it's after the Fourth of
 3    July.
 4              PROSPECTIVE JUROR:  Yes, sir.
 5              THE COURT:  Gentlemen?
 6              MR. PADILLA:  That's going to be cutting it
 7    close, Your Honor.
 8              MR. GILMAN:  It'll be done according to
 9    what Mr. Padilla said.  He is the one with the pistol --
10              THE COURT:  But y'all listed the witnesses.
11              MR. PADILLA:  It depends on how long we
12    pick a jury.  I mean, once we start, we start.  I can't
13    control --
14              THE COURT:  Are you all agreeing to release
15    Mr. Cadena, or you agreeing to keep him?  You know how
16    long the trial is going to last, better than I do.
17              MR. PADILLA:  Judge, the State believes
18    that we may go after July 4.  So we have no opposition.
19              MR. GILMAN:  I don't think that we're going
20    to go into July.  I really don't.
21              THE COURT:  Mr. Cadena, I'm going to ask
22    you to stay.
23              PROSPECTIVE JUROR:  What if goes after the
24    4th.
25              THE COURT:  I'll push that -- I will push
```

346

1    them.

2                    MR. PADILLA:  You can take the trip.

3                    PROSPECTIVE JUROR:  All right.  And just

4    that's the thing, we get it after everything is settled?

5                    THE COURT:  Yes, sir.

6                    **MARINO Q. DEGOROSTIZA,**

7     **having been called as a prospective juror and, upon**

8      **his oath, was examined and testified as follows:**

9                    **VOIR DIRE EXAMINATION**

10   **BY THE COURT:**

11                   THE COURT:  Yes, sir?  What was your

12   number?

13                   PROSPECTIVE JUROR:  Fifty-two.

14                   THE COURT:  Thank you, sir.  Marino

15   Degorostiza.

16                   PROSPECTIVE JUROR:  Yes, sir.  The problem

17   is, that my son is scheduled to be at his wedding, in San

18   Antonio.

19                   THE COURT:  July 5?

20                   PROSPECTIVE JUROR:  Yes.  And relatives are

21   coming from California, New Jersey --

22                   THE COURT:  We should be done by the

23   July 5.

24                   PROSPECTIVE JUROR:  What?

25                   THE COURT:  We should be done?  It'll be

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
 1   over.
 2                  PROSPECTIVE JUROR:  You said about three
 3   weeks.
 4                  MR. PADILLA:  Judge, it's a wedding, Judge.
 5   If I didn't go to my child's wedding, my wife may not
 6   forgive me for a couple of centuries.
 7                  MR. GILMAN:  We'll be done, Judge.
 8                  MR. PADILLA:  We'll be done?
 9                  MR. GILMAN:  According to Mr. Padilla, he's
10   saying three days for the trial.
11                  PROSPECTIVE JUROR:  I will be available
12   three weeks of June.
13                  THE COURT:  I think we'll be okay.
14                  PROSPECTIVE JUROR:  Because I don't want to
15   be absent.
16                  THE COURT:  Mr. Degorostiza, we will not
17   let you be absent -- If I have to recess the case until
18   after the fifth, I will glad to do that.
19                  PROSPECTIVE JUROR:  It'll be July 5, but
20   the relatives will be coming from Inter coast.
21                  THE COURT:  Well, you may have to tell them
22   that you're busy, Mr. Degorostiza.
23                  PROSPECTIVE JUROR:  I am the only male
24   relative whose the driver, and they took vacations so I
25   can drive them around here.
```

348

```
 1              MR. GILMAN:  It sounds like he's been a
 2    rock and a hard place.
 3              THE COURT:  I'm going to excuse Number 52.
 4    Good luck.
 5              MR. PADILLA:  You are excused.  Just sit
 6    down.
 7                   MARLO ANN MATZ,
 8     having been called as a prospective juror and, upon
 9     her oath, was examined and testified as follows:
10                   VOIR DIRE EXAMINATION
11    BY THE COURT:
12              THE COURT:  Hi.  What's your number?
13              PROSPECTIVE JUROR:  Eighty-five.
14              THE COURT:  Eighty-five?  Yes, ma'am.
15    Marlo Ann Matz.
16              PROSPECTIVE JUROR:  Yes, sir.
17              THE COURT:  What do you got.
18              PROSPECTIVE JUROR:  Washington, D.C.  My
19    mother-in-law and I are going to take my children to
20    Washington, D.C.  The 14th through the 23rd of June.
21              THE COURT:  Of June?
22              PROSPECTIVE JUROR:  Yes, sir.
23              THE COURT:  Have you already got the
24    tickets?
25              PROSPECTIVE JUROR:  Yes, sir.  You want me
```

```
 1    to bring proof.
 2                    MR. PADILLA:  Have a safe trip.
 3                    THE COURT:  Have a good trip.  Thank you.
 4                    PROSPECTIVE JUROR:  Bless your heart.
 5    Thank you.
 6                    THE COURT:  Just go back and sit down.
 7                    PROSPECTIVE JUROR:  I will.  Thank you.
 8                    THE COURT:  Don't let everybody else know.
 9    Yes, ma'am.
10                    (excused/entered/re-entered  at        .)
11                    MR. GILMAN:  200 is looking more and more
12    like 300.
13                         YURYTZY RUIZ,
14      having been called as a prospective juror and, upon
15      her oath, was examined and testified as follows:
16                    VOIR DIRE EXAMINATION
17    BY THE COURT:
18                    THE COURT:  Yes, ma'am?
19                    PROSPECTIVE JUROR:  No. 62.
20                    THE COURT:  628.  How do you pronounce the
21    first name?
22                    PROSPECTIVE JUROR:  Yurytzy.
23                    THE COURT:  It's a pretty name.
24                    PROSPECTIVE JUROR:  Thank you.  Well,
25    Yurytzy has to teach summer school.  It's on four weeks.
```

350

```
1                    THE COURT:  Where?
2                    PROSPECTIVE JUROR:  Here at Lamar
3     Elementary.  So the thing is, I have training next
4     Thursday and Friday.  And then it starts right after.
5     It's June 4, through July 9 -- June 4 through July 9.
6     It's only four weeks.
7                    THE COURT:  Okay, Yurytzy, sit down.
8     You're excused.  But don't let anybody else know that I
9     excused you.
10                   PROSPECTIVE JUROR:  I promise.  I know
11    you'll remember my name.
12                   MS. DE FORD:  Can we get her full name,
13    please.
14                   THE COURT:  Yurytzy Ruiz, Number 62.
15                   JULIA R. SCHIFF,
16      having been called as a prospective juror and, upon
17      her oath, was examined and testified as follows:
18                   VOIR DIRE EXAMINATION
19    BY THE COURT:
20                   THE COURT:  Yes, ma'am?  Julia Schiff.  I
21    remember you.
22                   PROSPECTIVE JUROR:  Mine doesn't have
23    anything to do with my travel because I could cancel that.
24    But the bailiff suggested that I stand in line.  When
25    you're talking about being impartial and being able to
```

351

```
 1    follow the law, I am strongly opposed to the death
 2    penalty.
 3                 THE COURT:  Well, you do not impose the
 4    death penalty.  The death penalty is imposed.
 5                 PROSPECTIVE JUROR:  No.  I oppose it.
 6                 THE COURT:  I know.  But you do not impose
 7    the death penalty.
 8                 PROSPECTIVE JUROR:  Uh-huh.
 9                 THE COURT:  I know.  But what you do, as a
10    juror you answer questions.
11                 PROSPECTIVE JUROR:  Uh-huh.
12                 THE COURT:  You answer the facts, and the
13    questions as best as you can and then you don't worry
14    about the consequences.  As a matter of fact, everybody is
15    prohibited from telling you what the consequences are.
16                 PROSPECTIVE JUROR:  But isn't that the
17    consequence -- haven't you already told us that is the
18    consequences?
19                 THE COURT:  That is the consequences, yes.
20                 PROSPECTIVE JUROR:  Knowing that the
21    penalty would be the death penalty, I don't know if I
22    would be able to finder her guilty.
23                 THE COURT:  Mrs. Schiff.
24                 PROSPECTIVE JUROR:  Yes.
25                 THE COURT:  Mrs. Schiff?  You are obviously
```

1   very emotionally right now.  I can see your emotional in

2   and in tears.  Is that because you feel so strongly

3   against the death penalty?  I'm going to go ahead and

4   excuse you sit down.  But -- you're excused.

5                   PROSPECTIVE JUROR:  Yes, sir.

6                   MR. PADILLA:  Just don't tell anybody else.

7   Thank you.

8                   MS. DE FORD:  Judge can we have the name of

9   the last prospective juror?

10                  THE COURT:  Ninety-four.  Julia Schiff.  I

11  already pronounced it.

12

13                        **NOE GRACIA,**

14   **having been called as a prospective juror and, upon**

15    **his oath, was examined and testified as follows:**

16                  **VOIR DIRE EXAMINATION**

17  **BY THE COURT:**

18                  THE COURT:  Thank you.  Mrs. De Ford.

19                  PROSPECTIVE JUROR:  Number 136.

20                  THE COURT:  Yes, Mr. Gracia.  Number 136.

21                  PROSPECTIVE JUROR:  We got plans going out

22  of town on June and July, for a family reunion.

23                  THE COURT:  The Fourth of July.

24                  PROSPECTIVE JUROR:  The last week of June

25  and the first week of July.

353

```
 1                    THE COURT:  Where's the reunion?
 2                    PROSPECTIVE JUROR:  In Houston.  My son is
 3   coming from Iraq, and we have plans to get together with
 4   family reunion in Houston.  Mr. Gilman?
 5                    MR. GILMAN:  His son is coming from Iraq?
 6   I'm in favor of letting him go.
 7                    MR. PADILLA:  No problem.  Good luck.
 8                    THE COURT:  Mr. Gracia, you're excused.
 9   You're excused.  Sit down.  But "don't stir up any dust."
10                    MR. PADILLA:  All right good luck to you,
11   sir.
12
13                    ADOLFO GAMEZ,
14    having been called as a prospective juror and, upon
15    his oath, was examined and testified as follows:
16                    VOIR DIRE EXAMINATION
17   BY THE COURT:
18                    THE COURT:  Yes, sir?  Your name?
19                    PROSPECTIVE JUROR:  Adolfo Gamez Juror
20   Number.
21                    THE COURT:  And what's your number, sir.
22                    PROSPECTIVE JUROR:  Two hundred forty-two.
23                    THE COURT:  Mr. Gamez.
24                    PROSPECTIVE JUROR:  Yes, sir.
25                    THE COURT:  Well, you're so bright that we
```

354

1   need you on the jury.  This is the second time you've

2   tried.

3                 PROSPECTIVE JUROR:  No.  This time is from

4   June 13 to June 18, I'll be out in Houston.  The first

5   weekend, I have tickets to go see the Astros and the

6   Yankees.  I got tickets for the games.  So I was able to

7   get them.  So I have tickets for that weekend.

8                 THE COURT:  This is the man who didn't have

9   transportation.  And he has tickets to go see the Astros.

10                 PROSPECTIVE JUROR:  My birthday is in July,

11  but I'm a huge Yankee fan.  So my girlfriend got me that

12  in July.

13                 MR. PADILLA:  I'll buy the tickets.

14                 MR. GILMAN:  It's up to the State, first,

15  Judge.

16                 THE COURT:  Speak up please, quickly.  The

17  line is getting longer.

18                 MR. PADILLA:  I think is 242 the State has

19  no opposition to him being excused.

20                 MR. GILMAN:  I don't like the Yankees.

21                 MR. CORDOVA:  I don't either, Judge.

22                 MS. DE FORD:  I like the Yankees.

23                 MR. GILMAN:  The Astros are pretty good,

24  but the Yankees suck.

25                 THE COURT:  You're excused.  But, please

355

1    sit down.

2                    MR. CORDOVA:  I wouldn't want a Yankee fan

3    on my jury any way.

4                    (Excused at 5:27 p.m.)

5

6                    LARRY PAUL NEBLETT,

7       having been called as a prospective juror and, upon

8       his oath, was examined and testified as follows:

9                    VOIR DIRE EXAMINATION

10   BY THE COURT:

11                   THE COURT:  Your number?

12                   PROSPECTIVE JUROR:  258.

13                   THE COURT:  Yes, sir?

14                   PROSPECTIVE JUROR:  I'm looking to be

15   traveling Monday through Friday of next week for business.

16   I applied for the exclusion earlier.  So if I can get

17   accommodated today -- this week, next week, or the

18   following, that would be fine.

19                   THE COURT:  Mr. Neblett?  We won't get to

20   you until after next week.

21                   PROSPECTIVE JUROR:  Oh, okay.

22                   THE COURT:  Just take a seat.

23                   (Excused At 5:27.)

24                   RAQUEL MARTINEZ HINOJOSA,

25      having been called as a prospective juror and, upon

                        Adelaido Flores, Jr.
                    Certified Shorthand Reporter

356

1    her oath, was examined and testified as follows:

2                    VOIR DIRE EXAMINATION

3    BY THE COURT:

4                    THE COURT:  Yes, ma'am?

5                    PROSPECTIVE JUROR:  216.

6                    THE COURT:  Yes, ma'am?

7                    PROSPECTIVE JUROR:  I work for the San

8    Benito CISD, and my vacation --

9                    THE COURT:  Number 216?  No, that's not the

10   number.

11                   PROSPECTIVE JUROR:  That's where I sat.

12   Because the other gentleman was not there.

13                   THE COURT:  Your name is Raquel Martinez

14   Hinojosa.

15                   PROSPECTIVE JUROR:  Raquel Martinez

16   Hinojosa.

17                   MR. GILMAN:  215.

18                   THE COURT:  215?  Yes, ma'am.

19                   PROSPECTIVE JUROR:  I have to weeks

20   vacation, and they're set for the 16th of June, until the

21   27th.

22                   THE COURT:  And where are you going?

23                   PROSPECTIVE JUROR:  To San Antonio.  I do

24   spend the two weeks with my only grandson that I have.

25   That's the only time that I spend with him.  They don't

357

1    count?  I have to go over there.

2                    MS. DE FORD:  Probably not going to get to

3    her.

4                    MR. CORDOVA:  It's going to get close.

5    It's going to be real close.

6                    THE COURT:  Mrs. Hinojosa, you are excused.

7    Don't say anything -- but you're excused.

8                           **MIRIAM LEIJA,**

9     **having been called as a prospective juror and, upon**

10    **her oath, was examined and testified as follows:**

11                    **VOIR DIRE EXAMINATION**

12    **BY THE COURT:**

13                    PROSPECTIVE JUROR:  Thank you.

14                    THE COURT:  Yes, ma'am.  What was your

15    number.

16                    PROSPECTIVE JUROR:  226.

17                    THE COURT:  316.

18                    PROSPECTIVE JUROR:  226.

19                    THE COURT:  226.  I apologize.  Miriam

20    Leija?  Hi.  We talked before.

21                    PROSPECTIVE JUROR:  Yes, the thing is,

22    Judge, that over here in the back it says -- the

23    occupation is financial.  I just started working with

24    Mrs. Rios, about three weeks ago.  And my husband also

25    started working at UPS, five months ago, and it's my

1  understanding that Mrs. Rios told me that I wasn't going

2  to get paid, or anything. So I can't really afford two

3  weeks without getting paid. I have a lot of bills and

4  everything. And she told me I wasn't going to get paid or

5  anything.

6  THE COURT: You don't get paid, but she

7  cannot fire you. What you do, you get 40 dollars a day if

8  you stay. And that's after you serve, and after the fact.

9  PROSPECTIVE JUROR: And the thing is --

10  that's it? I mean --

11  THE COURT: Mrs Leija? The probability is

12  we won't get to you. That's the probability. But I don't

13  know.

14  PROSPECTIVE JUROR: Okay. Thank you.

15  **(excused at 5:28 p.m.)**

16  **ROLANDO DAVID MARTINEZ,**

17  **having been called as a prospective juror and, upon**

18  **his oath, was examined and testified as follows:**

19  **VOIR DIRE EXAMINATION**

20  **BY THE COURT:**

21  THE COURT: Yes, sir?

22  PROSPECTIVE JUROR: My name is Rolando

23  Martinez.

24  THE COURT: What number were you?

25  PROSPECTIVE JUROR: 202.

359

```
 1                THE COURT:  Ronaldo David Martinez Number
 2    202.
 3                PROSPECTIVE JUROR:  Yes, sir.  Well, I
 4    don't have an excuse, but I have some travel plans, on
 5    June 20th.
 6                THE COURT:  Where are you going?
 7                PROSPECTIVE JUROR:  To Houston.
 8                THE COURT:  To what.
 9                PROSPECTIVE JUROR:  To the Woodlands, in
10    Houston.
11                THE COURT:  To what.
12                PROSPECTIVE JUROR:  Woodlands.
13                THE COURT:  Do you have your tickets
14    already Bought?
15                PROSPECTIVE JUROR:  Yeah.  I'm going to go
16    see Boston.
17                THE COURT:  Who's Boston?
18                PROSPECTIVE JUROR:  Boston.  The band.
19                MR. CORDOVA:  We're old, Judge.
20                THE COURT:  Have you heard of Boston?
21    You're the youngest on up here, I think.
22                MS. DE FORD:  Yeah.
23                THE COURT:  They're going on tour.
24                MR. GILMAN:  When is the concert?
25                PROSPECTIVE JUROR:  That's the weekend.
```

```
1              MS. DE FORD:  Isn't that on a weekend.
2              MR. PADILLA:  We're not working on
3    weekends.
4              PROSPECTIVE JUROR:  I am staying overnight.
5    It's going to be like three or four days.
6              THE COURT:  It's going to be three or four
7    days.
8              PROSPECTIVE JUROR:  It's not going to be an
9    overnight thing.  So if it doesn't interfere -- it's cool.
10             THE COURT:  It shouldn't interfere.  As
11   long as you're back on Monday, it's fine.
12             PROSPECTIVE JUROR:  No.  On Monday I am
13   going to stay.
14             THE COURT:  No, no no.  You're going to be
15   back on Monday.  If you're picked you are.  If you don't,
16   you don't have to worry about it.  But you can make it
17   both ways.
18             PROSPECTIVE JUROR:  If it doesn't
19   interfere, that's cool.
20             THE COURT:  Okay.  Thank you.
21             (Excused at 5:30 p.m.)
22                  JOHNNY GALVAN, JR.,
23    having been called as a prospective juror and, upon
24    his oath, was examined and testified as follows:
25
```

1                    **VOIR DIRE EXAMINATION**

2    **BY THE COURT:**

3                    THE COURT:  Yes, sir?

4                    PROSPECTIVE JUROR:  Forty-one.

5                    THE COURT:  Yes, sir?  Johnny Galvan,

6    Junior, Juror Number 41.  Yes, sir?  What's up?

7                    PROSPECTIVE JUROR:  Well my last paycheck

8    was on the 23rd of this month, and I just don't feel --

9    this is the place for me to be, because I need to be out

10   there looking for a job.

11                   THE COURT:  Well the thing is, just today,

12   after today, you don't come back until probably next week,

13   or the week after next.  Then you come in for an hour or

14   an hour and a half.  Then you don't have to come back for

15   another week or so.  So it gives you plenty of time to

16   look for a job.  However, if you are picked on a jury, you

17   will have to serve again.

18                   PROSPECTIVE JUROR:  You see, that's the

19   problem.  I don't know how long it'll take.  Well, I'm

20   leaving it up to you.

21                   THE COURT:  I would like for you to serve

22   if you can.

23                   MR. PADILLA:  You get paid a per diem.

24                   THE COURT:  Yeah, you get paid a per diem,

25   if you get picked.

362

1          MR. CORDOVA:  $40.

2          PROSPECTIVE JUROR:  Sure.

3          THE COURT:  Okay.  Thank you.

4          **(Excused at 5:35 p.m.)**

5                **JESUS JALOMO, JR.,**

6     **having been called as a prospective juror and, upon**

7     **his oath, was examined and testified as follows:**

8                **VOIR DIRE EXAMINATION**

9     **BY THE COURT:**

10          THE COURT:  What was your number?

11          PROSPECTIVE JUROR:  243.

12          THE COURT:  243?  I got Amy Lynette --

13          PROSPECTIVE JUROR:  No, I'm Jesus Jalomo,

14     Jr..

15          PROSPECTIVE JUROR:  244.  Yes, sir?

16          PROSPECTIVE JUROR:  Basically I don't think

17     I can't work, because if anything happens --

18          THE COURT:  Mr. Jalomo, they can't fire

19     you.

20          PROSPECTIVE JUROR:  Well, it's not that.

21          THE COURT:  And as far as employment, I

22     don't excuse doctors and I don't excuse lawyers.

23          PROSPECTIVE JUROR:  How about, Mr. Cordova?

24          THE COURT:  He doesn't get excused from

25     this.

363

```
 1                    PROSPECTIVE JUROR:  No, no, I know him.
 2                    THE COURT:  So.  We all know him.
 3                    PROSPECTIVE JUROR:  I don't think I would
 4      be a good juror?
 5                    THE COURT:  You don't think that you would
 6      be a good juror?  Mr. Jalomo, don't lie!
 7                    PROSPECTIVE JUROR:  No, I'm serious.
 8                    MR. PADILLA:  How do you know Mr. Cordova?
 9                    THE COURT:  You didn't stand up when we
10      asked you if you knew the attorneys.
11                    MR. PADILLA:  Anything in that relationship
12      that would keep you from being fair and impartial to the
13      other case?
14                    PROSPECTIVE JUROR:  Well, I don't like the
15      case, period.
16                    THE COURT:  Nobody is asking you whether
17      you like it or not, Mr. Jalomo.  Mr. Jalomo, sit down
18      please!  I do not know like what your're doing.
19                         (Excused at 5:59 p..m.)
20                         JOSE GUILLERMO GUERRERO,
21        having been called as a prospective juror and, upon
22        his oath, was examined and testified as follows:
23                         VOIR DIRE EXAMINATION
24      BY THE COURT:
25                    THE COURT:  Step forward, sir.  I'm sorry.
```

1    What's your number?

2                    PROSPECTIVE JUROR:  214.

3                    THE COURT:  Thank you.  I appreciate it,

4    sir.  Jesus Guillermo Guerrero.

5                    PROSPECTIVE JUROR:  Jose Guillermo

6    Guerrero.

7                    THE COURT:  What do you have, sir?

8                    PROSPECTIVE JUROR:  For financial issues.

9                    THE COURT:  Mr. Guerrero.  I understand.

10                    PROSPECTIVE JUROR:  I am self-employed for

11    six months.  I am the only source of income for my family.

12                    THE COURT:  I know Mr. Guerrero, but the

13    state doesn't allow me to excuse you for financial

14    reasons.

15                    PROSPECTIVE JUROR:  And I am the only bread

16    winner for the family.  I don't want to cause any trouble.

17                    THE COURT:  Believe me, I understand.

18                    PROSPECTIVE JUROR:  Okay.

19                    THE COURT:  But the state law doesn't

20    permit me to excuse you just for financial reasons.  It's

21    an unfortunate situation.  The state statute says, that's

22    not a valid reason.  Now chances are, Mr. Guillermo

23    Guerrero, we probably won't get to you.  But we don't

24    know.  There are no guarantees.  Okay.  I am going to ask

25    you to please sit down.

```
 1                    PROSPECTIVE JUROR:  Okay.
 2                    (Excused at 5:38 p.m.)
 3                    LESLIE ANNETTE SANCHEZ,
 4       having been called as a prospective juror and, upon
 5       her oath, was examined and testified as follows:
 6                       VOIR DIRE EXAMINATION
 7    BY THE COURT:
 8                    THE COURT:  Yes, ma'am?  I'm sorry.
 9                    PROSPECTIVE JUROR:  I know it is supposed
10    to be a line if you have something.
11                    THE COURT:  What's your number.
12                    PROSPECTIVE JUROR:  My number is 159 --
13                    THE COURT:  No.  When you were sitting
14    down.
15                    PROSPECTIVE JUROR:  115?  I don't have any
16    means of transportation to get here.
17                    THE COURT:  Leslie Annette Sanchez?
18                    PROSPECTIVE JUROR:  Yes. and also, I am
19    supposed to look for a house in two weeks in San Antonio.
20    So I am moving like in July.
21                    THE COURT:  Where are you moving to in San
22    Antonio.
23                    PROSPECTIVE JUROR:  My sister is going back
24    to school and she needs a roommate to help her out.  So I
25    said:  I'll go with you.
```

366

1          THE COURT:  Why aren't you going to school?

2          PROSPECTIVE JUROR:  I'm not the school type

3    of person.  I'm more of a "hands on" music/art, kind of

4    person.  And I don't have -- I live very far, and I don't

5    have any car.  The only reason that I showed up, because I

6    don't have a thousand dollars for not showing up.  So I

7    had to borrow somebody else's car to come.  But I --

8    maybe -- I can't say.  I don't know if next time, I can't

9    show up.  I don't know.  Do I get fine for that also.

10         THE COURT:  No.  You get arrested.  You get

11   picked up.  If the State so moves or the defense so moves.

12   These are not valid reasons.

13         PROSPECTIVE JUROR:  Okay.  So --

14         THE COURT:  You're going t get an

15   appointment in a little bit.

16         PROSPECTIVE JUROR:  Okay.  Then, I

17   guess so.

18         THE COURT:  Please sit down, Mrs. Sanchez.

19         **(Excused at 5:45 p.m.)**

20              **JOHN TANDY TODD,**

21    **having been called as a prospective juror and, upon**

22    **his oath, was examined and testified as follows:**

23              **VOIR DIRE EXAMINATION**

24   **BY THE COURT:**

25         THE COURT:  Yes, sir?  What was your

367

1   number?

2               PROSPECTIVE JUROR:  188.

3               THE COURT:  Yes, sir?

4               PROSPECTIVE JUROR:  I got a training

5   seminar and it didn't snap until you said "travel "(John

6   attendant to it.

7               THE COURT:  And where are you supposed to

8   be the.

9               PROSPECTIVE JUROR:  In Denton, Texas at a

10  Thormahlen (sic) factory school, that was scheduled back

11  in February.

12              THE COURT:  And what kind of training is

13  it, sir?

14              PROSPECTIVE JUROR:  For vector cutting

15  apparatus, gas apparatus for cutting steel, fabricating

16  steel.

17              THE COURT:  I know, Mr. Todd.  It's

18  unfortunate.  But I am more legally able to excuse you for

19  vacation plans that are already bought and paid for, than

20  for work.

21              PROSPECTIVE JUROR:  No.  I understand.

22              THE COURT:  So I'm going to ask you to

23  please sit down.

24              PROSPECTIVE JUROR:  They can get somebody

25  else to go.

368

1          (Excused at 5:51 p.m.)

2

3                MARIO SAAVEDRA,

4     having been called as a prospective juror and, upon

5     his oath, was examined and testified as follows:

6                VOIR DIRE EXAMINATION

7     BY THE COURT:

8                THE COURT:  Yes, sir?

9                That was Number 188.  Your name, sir?

10               PROSPECTIVE JUROR:  Number 115, Mario

11    Saavedra.

12               THE COURT:  Yes.

13               PROSPECTIVE JUROR:  Yes, sir I have two

14    things.  I have a dental surgery that has been postponed.

15               THE COURT:  Okay.

16               PROSPECTIVE JUROR:  Plus I got child

17    support review on the same week.

18               THE COURT:  Which week is that?

19               PROSPECTIVE JUROR:  That would come in two

20    weeks starting on June 9th.

21               THE COURT:  So it'll be on June 9.

22               PROSPECTIVE JUROR:  Yeah.  I got to be the

23    child support.

24               THE COURT:  Well, you'll have your

25    interview next week.

369

1                PROSPECTIVE JUROR:  Okay.

2                THE COURT:  And you'll have your interview

3     next week, and then we out to be able to work around that

4     schedule.  Okay.  Please sit down Mr. Saavedra.

5                **(Excused at 6:06 p.m.)**

6                **SUSAN ELIZABETH SMITH-LINGO**

7      **having been called as a prospective juror and, upon**

8      **her oath, was examined and testified as follows:**

9                **VOIR DIRE EXAMINATION**

10    **BY THE COURT:**

11               Yes, ma'am.  What was your number.

12               PROSPECTIVE JUROR:  Minus three?

13               THE COURT:  Yes Mrs. Smith-Lingo.

14               PROSPECTIVE JUROR:  Okay I don't have plane

15    tickets but because we are supposed to be driving -- or I

16    am -- I am supposed to go and care for my mother-in-law

17    the week after next.  She's a been very ill.  My husband

18    just returned yesterday from being over there.  And it's

19    my turn to be able to go, but I haven't been able to go

20    because of work.  He took a week off, and I am supposed to

21    go the week after next.

22               THE COURT:  Is there anybody that can cover

23    for you?

24               PROSPECTIVE JUROR:  No.

25               THE COURT:  Basically the week after

Adelaido Flores, Jr.
Certified Shorthand Reporter

370

1    next -- let me tell you.  You're going to be on -- you're

2    going on the first batch.

3                    PROSPECTIVE JUROR:  Yes, sir.

4                    THE COURT:  Chances are you will be able to

5    leave on Monday.

6                    PROSPECTIVE JUROR:  Okay.

7                    THE COURT:  Then you don't have to come

8    back until we pick all of the jurors.  We probably won't

9    get done for two weeks, but we don't know.

10                   PROSPECTIVE JUROR:  You see, that's --

11                   THE COURT:  What do you think?

12                   MR. GILMAN:  I don't have any objections.

13                   THE COURT:  Do you have any objections.

14                   MR. PADILLA:  We don't have any objections.

15                   THE COURT:  Mrs. Smith-Lingo?  Sit down

16   you're excused.  But don't say anything.

17                   PROSPECTIVE JUROR:  Yes, sir.

18                   (excused at 6:08 p.m.)

19

20                   **MANUEL FLORES,**

21    **having been called as a prospective juror and, upon**

22    **his oath, was examined and testified as follows:**

23                   **VOIR DIRE EXAMINATION**

24   **BY THE COURT:**

25                   THE COURT:  What was your number, sir?

1      PROSPECTIVE JUROR:  Seat number 306.

2      THE COURT:  Number 306.  Yes, sir.

3      PROSPECTIVE JUROR:  I have --I have 306.

4      THE COURT:  Juan Manuel Reyes?

5      PROSPECTIVE JUROR:  No.  Manuel Flores.

6      THE COURT:  Okay we have you as 305.

7      PROSPECTIVE JUROR:  Our high school band is

8  going to Florida, June 9 through the 14th.  If I can get

9  my appointment before that -- I am not trying to get out

10  of the process -- it's just that I have a prepaid trip.  I

11  paid $1400 into it.

12      THE COURT:  Mr. Flores, chances are, we

13  won't get to you.

14      MR. PADILLA:  He will probably be after the

15  three weeks.

16      THE COURT:  I think it'll be okay.

17      PROSPECTIVE JUROR:  Thank you.

18              **PAUL CHAPMAN,**

19  **having been called as a prospective juror and, upon**

20  **his oath, was examined and testified as follows:**

21              **VOIR DIRE EXAMINATION**

22  **BY THE COURT:**

23      THE COURT:  Okay.  Yes, sir.

24      What was your number, sir.

25      PROSPECTIVE JUROR:  Fifty-eight.

Adelaido Flores, Jr.
Certified Shorthand Reporter

372

```
 1                    THE COURT:  Fifty-eight, sir.  Mr. Chapman?
 2   Yes, sir.
 3                    PROSPECTIVE JUROR:  My son is getting
 4   married.  I got tickets on the 21st of June.
 5                    THE COURT:  You will be able go.  Just sit
 6   down, you'll be excused.
 7                         JULIO CESAR COLUNGA,
 8      having been called as a prospective juror and, upon
 9      his oath, was examined and testified as follows:
10                       VOIR DIRE EXAMINATION
11   BY THE COURT:
12                    PROSPECTIVE JUROR:  291 one.
13                    THE COURT:  Julio Cesar Colunga.  291,
14   Julio Cesar Colunga.
15                    PROSPECTIVE JUROR:  Correct.
16                    THE COURT:  Yes, sir.
17                    PROSPECTIVE JUROR:  We have, basically, a
18   vacation plan for the last week of June, early July.
19                    The fourth of July weekend, we are headed
20   out to San Antonio for it vacation plan.  And my only
21   other concern, of course, I got I'm a school teacher,
22   special ed, and I have training scheduled for the first
23   week of June.  I know that you all will be doing --
24                    MR. GILMAN:  I have no objections to that.
25                    THE COURT:  Excuse me?
```

1          MR. GILMAN:  I have no objections.  He is

2     so far down the list, we will probably won't get to him.

3               THE COURT:  You may sit down.

4               PROSPECTIVE JUROR:  Thank you.

5               THE COURT:  Mr. Colunga?

6               PROSPECTIVE JUROR:  Yes, sir.

7               THE COURT:  You are excused.

8               **(Excused at 2:11 p.m.)**

9

10                   **JUAN GARCIA,**

11     **having been called as a prospective juror and, upon**

12     **his oath, was examined and testified as follows:**

13                **VOIR DIRE EXAMINATION**

14     **BY THE COURT:**

15               THE COURT:  Step forward, sir.  What was

16     your number?

17               PROSPECTIVE JUROR:  292.

18               THE COURT:  292?  Juan Garcia?

19               PROSPECTIVE JUROR:  That's me.

20               THE COURT:  Yes, sir.

21               PROSPECTIVE JUROR:  My deal is, I'm a

22     farmer.  And our harvest starts within the next 15 to 20

23     days and it goes through about the first of August.  And I

24     have to be there.

25               MR. GILMAN:  I sympathize with fathers.

374

1    I'm sorry.

2              THE COURT:  Sit down, Mr. Garcia.  But

3    you're excused.

4              PROSPECTIVE JUROR:  Thank you.

5              **(Excused at 6:12 p.m.)**

6

7              **MARTHA LETICIA ATKINSON,**

8    **having been called as a prospective juror and, upon**

9    **her oath, was examined and testified as follows:**

10             **VOIR DIRE EXAMINATION**

11   **BY THE COURT:**

12             THE COURT:  Yes, sir?  I mean, yes, ma'am.

13   I apologize.  What's your number?

14             PROSPECTIVE JUROR:  263.

15             THE COURT:  263?

16             PROSPECTIVE JUROR:  I wasn't sure to come

17   up here or not, but I got hotel reservations on the 26th

18   through the 30th of June.

19             THE COURT:  Twenty-sixth through -- Maria

20   Leticia Atkinson?

21             PROSPECTIVE JUROR:  Martha Leticia Atkinson

22   June what.

23             THE COURT:  Martha Leticia -- I'm sorry.

24             PROSPECTIVE JUROR:  That's okay.

25             THE COURT:  And in June, what?

Adelaido Flores, Jr.
Certified Shorthand Reporter

```
1              PROSPECTIVE JUROR:  June 26th through the
2    June 30.  Yeah.  But they're just hotel reservations.
3              THE COURT:  Where at?
4              PROSPECTIVE JUROR:  In San Antonio, at the
5    Omni.  I'm ready to serve, but I thought I'd just --
6              THE COURT:  I understand.  This is a
7    weekend.
8              PROSPECTIVE JUROR:  Thursday, Friday and
9    Saturday.
10             THE COURT:  Mrs. Atkinson, the problem is,
11   that's where we might be winding up the trial.  And I
12   can't --
13             PROSPECTIVE JUROR:  Okay.  That's fine.  If
14   need be, I'll serve on something else.
15             THE COURT:  I need for you to serve.  Okay.
16   Thank you very much.
17             MR. PADILLA:  We'll know before soon when
18   you're going to serve.
19             PROSPECTIVE JUROR:  That's fine.
20             THE COURT:  You can sit down.  Thank you.
21   Now, we need the appointments, and then that's it.
22   Where's Rolando.
23             MR. PADILLA:  Judge?
24             (Discussion on the record at the bench.)
25             THE COURT:  We got the list right there.
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

1    We need to get the appointments now.

2                    MR. PADILLA:  What appointments?

3                    THE COURT:  The appointments for them to

4    come.

5                    MR. PADILLA:  May I suggest something?

6                    THE COURT:  Yeah, I'm listening.

7                    MR. PADILLA:  That you call all of the

8    people that have been excused, one by one.  Tell them to

9    leave.  Turn in their questionnaire.  That way we don't

10   get mixed up with the ones that do stay behind.  And then

11   those get destroyed, and then we work on the appointments

12   on the other ones.

13                   THE COURT:  Okay.

14                   MR. PADILLA:  That way we get rid of those.

15                   THE COURT:  Give me my list back.  I'm

16   going to go ahead and call them out right now.

17                   **(End of bench conference.)**

18                   THE COURT:  We got basically two more

19   things to do.  We're going to need your questionnaires in

20   a little bit.  We're literally on the penultimate stage of

21   everything we're going to do.

22                   I'm going to call out the name of some of

23   the jurors, for either health reasons, vacation plans,

24   with tickets bought, or other reasons -- health care

25   provider reasons, or other reasons, these people have been

1    excused.  So I'm going to ask you to step up, hand your

2    jury questionnaire in to this lady right here, and you may

3    leave right now.

4                    And then the other people what we'll do,

5    we'll start giving you out your appointments.  We'll call

6    out your names, you'll get your card with your appointment

7    written on there.  And as you get it, you may leave.

8    Please don't leave before you get the appointment card.

9    Susan Elizabeth Smith-Lingo?  Lisa Marina Rios?  Reynaldo

10   Cantu?  Blanca Gomez?  Daniel Villalon?  Marino

11   Degorostiza?  Paul Chapman?  Yurytzy Ruiz?  Laura Nelly

12   Rosales?  Maria Del Carmen Atkinson?  Peter Lounsbery?

13   Reynaldo Lozano Limon?  Marlo M. Matz?  Selena Hernandez?

14   Cynthia Cruz?  Julia Schiff?  Alberto Reyes?  Noe Gracia?

15   Nancy Ramirez, Regina Lynette Robinson?  Irma Inis

16   Corkill, Roy Wiley Duncan?  Arturo Gonzalez?  Maria Alicia

17   Martinez?  Reymundo Garcia?  Sandra Edith Rodriguez?

18   Maria Helen Cruz?  Rosita Leal?  Raquel Martinez Hinojosa?

19   John Charles Randolph?  Debra Ann Saldana Canales?  Adolfo

20   Gamez, Jr?  Lucilla Cardenas?  Jaime Gomez?  Julio Cesar

21   Colunga?  Juan Garcia?

22                    **(Discussion on the record at the bench.)**

23                    THE COURT:  Did I miss anybody on my list

24   from yours.

25                    MR. PADILLA:  No.  You got everybody.

Adelaido Flores, Jr.
Certified Shorthand Reporter

1          THE COURT:  Okay.  Are you ready to hand
2    out the cards?
3          **(End of bench conference.)**
4          THE COURT:  Now we're going to be calling
5    your names up.  As we call your names up, I'm going to ask
6    you to please come up, and this is going to take -- we're
7    going to need about a five or ten minute head start.  As
8    we call your names up, and you will get your card with
9    your appointment on it.
10         We're going to need about five minutes.
11   Please don't leave.  Because we should be doing this
12   quickly.
13         As you come up, bring your questionnaires
14   and hand them in please.  Sol going to pick up your
15   appointment card, and you're going to drop off your
16   questionnaire.
17         After you leave, if you need a jury excuse,
18   you can pick up the excuse at that window.
19         (Panel Member Names called out and deputy
20   clerk's office assigned each member specific day to appear
21   for jury duty.)
22
23         **(Recess from 5:56 p.m.)**
24
25

Adelaido Flores, Jr.
Certified Shorthand Reporter

379

```
 1    THE STATE OF TEXAS:

 2    COUNTY OF HIDALGO:

 3              CERTIFICATE OF COURT REPORTER

 4         I, ADELAIDO FLORES, JR, Official Court Reporter in

 5    and for the 430th Judicial District Court of Hidalgo

 6    County, State of Texas, do hereby certify that the above

 7    and foregoing contains a true and correct transcription of

 8    all portions of evidence and other proceedings requested

 9    in writing by counsel for the parties to be included in

10    this volume of the Reporter's Record, in the

11    above-entitled and numbered cause, all of which occurred

12    in open court or in chambers and were reported by me.

13         I further certify that this Reporter's Record of the

14    proceedings truly and correctly reflects the exhibits, if

15    any, admitted by the respective parties.

16         WITNESS MY OFFICIAL HAND on this the        day of

17                                   , 2009.

18

19                        ADELAIDO FLORES, JR., Texas CSR
                          Official Court Reporter
20                        430th District Court
                          111 SO. 9th Street
21                        Edinburg, Texas 78539
                          (956) 318-2900
22                        Certificate No. 1117
                          Expiration Date: 12/31/10

23

24

25
```

Adelaido Flores, Jr.
Certified Shorthand Reporter