STATE COURT RECORDS

DEATH
PENALTY

Melissa Lucio
1:13-cv-00125

*Entire File*
*(uploaded to entry)*

Melissa Lucio
AP #76,020

State Exhibit 3

Video

Melissa Lucio
AP #76,020

State Exhibit 4

Video

Melissa Lucio
AP #76,020

State Exhibit 5

Video