*76020*

1    REPORTER'S RECORD

2    VOLUME 41 OF 44 VOLUMES

3    TRIAL COURT CAUSE NO. 07-CR-885-B

4  - - - - - - - - - - - - x
                            :
5  STATE OF TEXAS          :  IN THE DISTRICT COURT
                            :
6  VS                      :  138th JUDICIAL DISTRICT
                            :
7  MELISA ELIZABETH LUCIO  :
                            :  CAMERON COUNTY, TEXAS
8  - - - - - - - - - - - - x

9

10   JURY TRIAL - STATE'S EXHIBITS 1-45

11

12    From the 30th day of June, 2008, till the 7th of

13  July, 2008, the following State's Exhibits were offered or

14  admitted before the Honorable **Arturo C. Nelson**, Judge

15  Presiding, and a petit jury, held in Brownsville, Cameron

16  County, Texas.

17    Proceedings reported by computerized stenotype

18  machine.

19

20                    FILED IN
                   COURT OF CRIMINAL APPEALS

21                    AUG   

22

23                    Louise Pearson, Clerk

24        ORIGINAL

25

3

```
1              INDEX OF EXHIBITS

2   STATE'S EXHIBITS:

3   NO.   DESCRIPTION            OFFERED   RECEIVED   VOL

4   1     Miranda Warning           29        30        32
    2     Photo-Victim              36        40        32
5   3     Disk 1 - Statement        48        54        32
    4     Disk 2 - Statement        48        54        32
6   5     Disk 3 - Statement        48        54        32
    6     Photo-Child               72        72        32
7   7     Photo-Child               72        72        32
    8     Photo-Child               72        72        32
8   9     Photo-Child               72        72        32
    10    Photo-Child               72        72        32
9   11    Photo-Child               72        72        32
    12    Photo-Vehicle              9         9        33
10  13    Photo-Madison Complex      9         9        33
    14    Photo-Lee Strt. Apts.      9         9        33
11  15    Photo-Coke can            11        11        33
    16    Photo-Baking Soda         11        11        33
12  17    Photo-Burnt Coke Can      11        11        33
    18    Photo-Paraphernalia       11        11        33
13  19    Photos-Family             14        14        33
    20    Photos-Celebs. & Family   14        14        33
14  21    Farley's CV                7         7        34
    22    Photo-Deceased child      13        13        34
15  23    Photo-Deceased Child      13        13        34
    24    Photo-Deceased child      13        13        34
16  25    Photo-Deceased Child      13        13        34
    26    Photo-Deceased Child      13        13        34
17  27    Photo-Deceased Child      13        13        34
    28    Photo-Deceased Child      13        13        34
18  29    Photo-Deceased Child      13        13        34
    30    Photo-Deceased Child      13        13        34
19  31    Photo-Deceased Child      13        13        34
    32    Photo-Deceased Child      13        13        34
20  33    Photo-Deceased Child      13        13        34
    34    Photo-Deceased Child      13        13        34
21  35    Photo-Deceased Child      13        13        34
    36    Farley's Autopsy Report   39        46        34
22  37    ** Medical Demo 1         48        48        34
    38    ** Medical Demo 2         48        48        34
23  39    ** Medical Demo 3         48        48        34
    40    Pediatric Docum.          52
24  41    Affidavit/De La Garza    185       185        35

25  ** - Were Used As Demonstrative Exhibits Only For Trial
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

4

1                    **INDEX OF EXHIBITS**

2    **STATE'S EXHIBITS:**

3
     NO.   DESCRIPTION              OFFERED     RECEIVED     VOL
4
     42    Jail Records-Lucio          90          90         37
5

6    44    Therapy Notes               25
     45    Pinkerman's Report         114         114         38
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## *LEGAL RIGHTS*

M.L. (1)   You have the right to have a lawyer present to advise you either prior to any questioning or during any questioning.

M.L. (2)   If you are unable to employ a lawyer, you have the right to have a lawyer appointed to counsel with you prior to or during any questioning, and

M.L. (3)   You have the right to remain silent and not make any statement at all and that any statement you make may and probably will be used in evidence against you at your trial.

M.L. (4)   You have the right to terminate the interview at any time.

M.L. The Code provides the Detective who takes the statement must give the accused the warning. The accused must then knowingly, intelligently and voluntarily waive his right to counsel and his right to remain silent. Failure to comply will void a confession.

## *WAVIER*

I, ___Melissa Elizabeth Lucio___ , have been advised of my Constitutional Rights by:

Detective ___Rebecca Cruz___ , and clearly understand them.

Signed ___Melissa Lucio___

Date ___Feb 17, 2007___     Time ___9:53___     (P.M.) A.M.

Witness: ___#8536___



STATE'S EXHIBIT

07-CR-885-B   ST. V.   Luci



STATE'S
EXHIBIT
2







STATE'S
EXHIBIT

07-CR-865



STATE'S EXHIBIT

10

07-CR. 885-B  STATE V CUC.



STATE'S
EXHIBIT
11

07-CR-855-B   STV 640



STATE'S
EXHIBIT
12



01/01/2004

STATE'S
EXHIBIT
13

STATE V LUCIO



STATE'S
EXHIBIT
14



STATE'S
EXHIBIT





STATE'S
EXHIBIT
17



STATE'S EXHIBIT 18
07-CR-885-B STATE V. LUCIO
VIDAL SASSOON
1875W Turbo Dryer
Baking Soda

STATE'S
EXHIBIT
19

07-CR-885-B   STATE V. L4C

## MTV's Top Five Videos

The most-played clips on the netw

1  **The Game**
   "Hate It or Love It" – *G Unit/Aftermat*

2  **Mariah Carey**
   "It's Like That" – *Island*

3  **The Killers**
   "Mr. Brightside" – *Island*

4  **Eminem**
   "Mockingbird" – *Shady/Aftermath*

5  **U2**
   "Sometimes You Can't Make
   Your Own" – *Interscope*





A DIVA RETURNS

Mariah with her mom in 1977.

"I'd hear
mother s
*Rigoletto*
ound th
house. Sh
taug
hov

STATE'S
EXHIBIT
20

# NORMA JEAN FARLEY, M.D.
## CURRICULUM VITAE

### Business Address & Telephone
Autopsy Services and Expert Testimony, P.L.L.C.
200 South 10th St., Suite 1105
McAllen, TX 78501

### EDUCATION

| | |
|---|---|
| 07/98-06/99 | Bexar County Forensic Science Center<br>7337 Louis Pasteur<br>San Antonio, TX 78229-4565<br>Assistant Medical Examiner |
| 07/94-06/98 | University of Texas Health Science Center<br>San Antonio, TX<br>Combined AP/CP Residency<br>Residency Director: Larry Fowler, M.D.<br>Chief Resident - 1997-1998 |
| 08/90-05/94 | University of Texas Health Science Center<br>San Antonio, TX<br>College of Medicine<br>Degree: M.D. |
| 01/85-08/86 | Stephen F. Austin State University<br>Nacogdoches, TX<br>B.S. in biology and Secondary Education |
| 08/81-12/83 | San Jacinto College<br>Pasadena, TX<br>Associate in Arts |

### CERTIFICATIONS AND LICENSES

**The American Board of Pathology**: Certified in Combined Anatomic and Clinical Pathology and Forensic Pathology.

**United States Medical Licensing Exam**: Passed: Step 1, 2, 3.

**State License**: Texas.



STATE'S EXHIBIT 2

07-CR-885B    ST V. Luc.

EMPLOYMENT AND RESEARCH EXPERIENCE

3/07-present      **Autopsy Service and Expert Testimony**
**Chief Forensic Pathologist, Hidalgo and Cameron County**
1023 N. 23rd Street, McAllen, TX
Contract with Hidalgo and Cameron Counties for county autopsies

7/04-3/07      **Pathology Laboratory**
Forensic Pathologist
Valley Baptist Medical Center
2101 Pease Street, Harlingen, TX

7/03-7/04      **Bexar County Medical Examiner's Office**
Medical Examiner
7337 Louis Pasteur, San Antonio, TX

1/00-7/03      **AmeriPath South Texas**
301 South Frio Street, San Antonio, TX
Anatomic, Clinical and Forensic Pathologist
Head of Autopsy Services, Medical Director

11/99-1/00      **Deputy Medical Examiner (part-time position)**
Travis County Forensic Center
1213 Sabine Street, Austin, TX 78767

6/99-1/00      **Sedgwick County Regional Forensic Science Center**
1109 N. Minneapolis
Wichita, KS 67214
**Deputy Chief Coroner-Medical Examiner**
**Interim District Chief Coroner-Medical Examiner**
9/99-1/00

2/89-8/90      **Research Assistant**
University of Texas Medical School, Houston, TX
Dept. of Pathology, Steven Norris, Ph.D.
Research in Treponema pallidum, DNA sequencing, tissue culture, MICs and MBCs of cephalosporins, quinolones, and other compounds. Laboratory mapped DNA of T. pallidum (Science 7/98)

1/87-1/89      **Research Technician**
Texas A&M University, College Station, TX
Dept. of Pathology, John Kochevar, M.D.
Research in Renal Cell Carcinoma and Malignant Melanoma.

PROFESSIONAL AFFILIATIONS

1994-Present      American Society of Clinical Pathologists
1996-Present      College of American Pathologists
1990-Present      American (& Texas) Medical Association
2000-2004      Bexar County Medical Society
2005-Present      Cameron County Medical Society

2

<u>Guest Speaker/Instructor</u>
*Fatal Abuse in Infancy and Childhood,* University of Texas Pan American Conference on Child Sexual Abuse: Assessment and Intervention", May 12, 2008.

*2007 Forensic Symposium,* Seminar in Forensic Sciences on Fatal Abuse in Infancy and Childhood, Sudden Infant Death Syndrome, Death Investigation, Gunshot Wounds, In Custody Deaths, and Postmortem Interval, South Texas College, Weslaco, TX, Dec. 5, 2007.

*Sudden Infant Death Syndrome and Shaken Baby Syndrome,* Seminar in Forensic Sciences: Child Abuse-Prevention, Investigation, Intervention, South Padre Island, TX, Nov. 3, 2006.

*Sudden Infant Death Syndrome,* Seminar in Forensic Sciences: Child Abuse-Prevention, Investigation, Intervention, South Padre Island, TX, Nov. 5, 2005 and Valley Baptist Health System, Jan. 24, 2006.

*Death Investigation and Toxicology Related Deaths,* Advanced Toxicology Program, University of Texas Health Science Center, San Antonio, TX, Oct. 2004 and Valley Baptist Health System, Jan. 25, 2005.

*Fatal Abuse in Infancy and Childhood,* Child Abuse Seminar, Brownsville, TX, October 2000 and Bexar County Medical Examiner's Office, San Antonio, TX, August 2003.

*Natural Deaths and Deaths Due to Drug Overdose,* Wichita State University, Guest Speaker (10/99), Wichita, KS.

*Lectures - Urinalysis and Serum Protein Electrophoresis,* University of Texas Health Science Center, Pathology Didactic Course, 1997 & 1998 San Antonio, TX.


<u>HONORS, AWARDS AND COMMITTEES.</u>
**Child Fatality Review, Bexar and Cameron Counties, 2003-2008.**

**Mass Disaster Planning Committee, Bexar County 2002-2003.**

**Texas Society of Pathologists, First Place Podium Competition, 2/98.**
**Texas Medical Association, Second Place Poster Award, 4/98.**
Farley, NJ, D. King, M. Montiel, N. Clare, and F. Craig.   *The Value of Flow Cytometry and Cytogenetics in the Diagnosis of Acute Myelogenous Leukemia, FAB Classification $M_4$ and $M_5$.*

**University of Texas Health Science Center,** San Antonio, TX, Department of Pathology, Chief Resident (1997-98)

**American Society of Clinical Pathologists and College of American Pathologists:** Resident Liaison and Delegate (1995-1998)

3

## PRESENTATIONS AND PUBLICATIONS

*Where's the Shaking? Review of findings in blunt head trauma cases involving infants and children:* National Association of Medical Examiners, 40th Annual Meeting, San Antonio, TX, Oct. 14, 2006

Kunsman GW, Kunsman DM, Presses CL, Garavaglia JC, **Farley NJ.**
*A mixed-drug intoxication involving venlafaxine and verapamil.*
J Forensic Sci. 2000 Jul; 45(4): 926-8.

Tan D, Manchester LC, Reit5er RJ, Qi W, Hanes MA, **Farley NJ.**
*High physiological levels of melatonin in the bile of mammals.*
Life Sci. 1999 Oct 29; 65(23): 2523-9.

**Farley, NJ,** *Carbon Monoxide Levels in Fire Deaths: Dead or Alive?*
Speaker: American Academy of Forensic Sciences, Annual Meeting, 2/00.

**Farley, NJ,** D. King, M. Montiel, N. Clare, and F. Craig. *The Value Of Flow Cytometry and Cytogenetics in the Diagnosis of Acute Myelogenous Leukemia, FAB Classification $M_4$ and $M_5$.*
**Podium Presentation:** Texas Society of Pathologists, 2/98.
**Platform Presentations:** Texas Medical Association and ASCP/CAP, 1998.
**Publication:** *American Journal of Clinical Pathology (Abstract),* 4/98.

Lovell, M., E. Griffiths, C. Harrison, **N. Farley.** *Neonatal Alloimmune Thrombocytopenia due to Anti-HLA Antibodies Treated with Intravenous Immunoglobulin.* **Presentation:** Texas Society of Pathologists, 2/98.

Kohlmeier, R., **N. Farley,** B. Smir. *Body Cavity Based Lymphoma: An Unusual Presentation in an HIV Negative Patient.*
**Presentation:** Texas Society of Pathologists, 2/98.

**Farley, NJ,** T.J. Prihoda, C.L. Gage, J.G. Schwartz. *Evaluation of the Cardiac STATusTM CK-MB/Myoglobin Card Test to Diagnose Acute Myocardial Infarctions in Patients Presenting to the Emergency Room.*
**Presentation:** ASCP/CAP Spring Meeting (1996) and Texas Society of Pathologists (1996). **Publications:** *Am J Emerg Med,* 1997 May;15(3):303-7.

**Farley, NJ,** E.B. Griffiths, L. Sinor, C.R. Harrison. *Neonatal Alloimmune Thrombocytopenia due to Anti-HLA Antibody Responding To Intravenous Immunoglobulin.* **Platform Presentation:** American Association of Blood Banks, 49th Annual Meeting, Orlando, Florida.

King, D., D. Barber, **N. Farley,** J. Harris. *Mucinous Adenocarcinoma Arising from a Suprapubic Cystostomy Site without Bladder Involvement.* The Journal of Spinal Cord Medicine, May 1997,20:244-246.



STATE'S
EXHIBIT
22



STATE'S
EXHIBIT
23



STATE'S
EXHIBIT
25



STATE'S
EXHIBIT
26



STATE'S
EXHIBIT
27



STATE'S
EXHIBIT
20





14-17-38



STATE'S EXHIBIT
31



STATE'S
EXHIBIT
32

07-CR-6565-B / ST. V. LUNA



STATE'S
EXHIBIT
33
07-CR-885-B    ST. V. LUCIO

STATE'S
EXHIBIT
24



CLIA # 45D0665458
CAP # 2148701

## VALLEY BAPTIST MEDICAL CENTER
DEPARTMENT OF PATHOLOGY
2101 Pease Street
Harlingen, Texas 78551-2588
Tel: (956)-389-1920    Fax: (956)-389-1173

Lawrence J. Dahm, M.D.
DeWitt S. Davenport, M.D.
Margie W. Cornwell, M.D.

Norma Jean Farley, M.D.
Hilda Y. Thompson, M.D.
Wm. Eddy, HT, CT(ASCP)CT(IAC)

## AUTOPSY REPORT

| | | | |
|---|---|---|---|
| Mail to: | Patient Name: | **ALVAREZ, MYRIAH** | |
| | MRN: | MORGUE-5526 | Case #: |
| Judge Sallie Gonzalez | | | **OA07-38** |
| 608 East Harrison | DOB/Age: | 9/6/2004 (Age: 2) | Account #: |
| Harlingen, Texas 78550 | Gender: | F | VBMC MORGUE |
| | Location: | VBMC MORGUE | Autopsy Date: |
| | Ordered By: | Judge Sallie Gonzalez | 2/19/2007 08:05 |
| | | | Reported: |
| | Copy To: | Armando Villalobos | 9/19/2007 |

**Authorized By:** Justice of Peace Sallie Gonzalez

**Performed By:** Norma Jean Farley, M.D.

## Final Principal Diagnoses:

I.   Blunt force head trauma.
    A.   Subarachnoid hemorrhage, acute and multifocal.
    B.   Acute subdural hemorrhage (approximately 25 cc) with intradural hemorrhage.
    C.   Anoxic-ischemic encephalopathy, diffuse.
    D.   Cerebral edema.
    E.   Multiple scalp hemorrhages.

II.  Eye pathology (please see Eye Pathology Report).
    A.   Traumatic iris pigmentation of anterior lens capsule.
    B.   Bilateral fixed retinal folds.
    C.   Bilateral disruption internal limiting membrane.
    D.   Bilateral perineural hemorrhage.
    E.   Findings highly suggestive of non-accidental trauma.

III. Evidence of battered child syndrome.
    A.   Bite marks on right upper back (2).
    B.   Numerous contusions and scattered abrasions involving the head, trunk and extremities.
        1.   Patterned abrasions on right calf and left thigh.
    C.   Subdural hemorrhage cervical and thoracic spinal canal.
    D.   Right foot laceration and contusion.
    E.   Left humerus fracture, healing.
    F.   Bilateral lung contusions.
    G.   Right kidney contusion.
    H.   Subcutaneous hemorrhage, right buttock.
    I.   Right great toe nailbed hemorrhage.
    J.   Multiple crusted abrasions involving the scalp with thinning of the scalp hair.
    K.   Remote frenulum injury.

IV.  Normally developed, thin, female child.



STATE'S EXHIBIT
36



07-CR-885-13   ST V. LUC,

MORGUE-5526          **VALLEY BAPTIST MEDICAL CENTER**          OA07-38

A. Dehydration with poor skin turgor, sunken eyes and confirmed by vitreous electrolytes.
B. Child at < 5th percentile by body height and approximately at the 30th percentile by weight.
C. Pulmonary edema and congestion.

**Conclusion**: It is my opinion that Myriah Alvarez, a 2-year-old female child, died as the result of blunt force head trauma. At autopsy, there is evidence of significant blunt force head trauma with multiple contusions and abrasions involving the head, multiple scalp hemorrhages, cerebral edema, and subarachnoid and subdural hemorrhage (blood around the brain and blood between the brain and skull). The findings in the eyes are also highly suggestive of non-accidental trauma. Other autopsy findings are listed above and include contusions involving both lungs and the right kidney, a healing fracture of the left humerus and multiple abrasions and contusions to the body. Dehydration is present and confirmed by vitreous electrolytes. The manner of death is homicide.

<div align="right">

***Electronically Signed Out***
Norma Jean Farley, M.D.

</div>

## **Gross Description:**

### **General Examination**

The body is that of a normally developed, thin, female child, 82.8 cm tall and weighing approximately 27 pounds. The decedent is nude at the time of initial examination.

### **External Examination**

Rigor mortis is fully developed in the extremities, jaw and neck. Unfixed livor mortis is found on the dorsal dependent portions of the body. The decedent has dark brown scalp hair that has blotchy areas of thinning with multiple crusted abrasions present, most prominent in the right parietal and occipital scalp. There are multiple contusions present on the body that will be described under evidence of injury. The eyes are open and sunken; the conjunctivae are pale and without petechiae; the corneae are clear and the irides are brown. Skin turgor is poor. The ears, nose and external auditory canals are normally developed. The teeth are natural and decidual teeth are present.

The neck is straight and free of indentations. The thorax is symmetrical and the abdomen is retracted. The back is straight. On the lower left back is a V-shaped 0.8 cm scar. The anal opening is unremarkable. On the left buttock is a linear 1.3 cm white scar. On the right back is a 3 mm curvilinear white scar. The genitalia are those of a normal female child. The hymen is slightly open and a previous sexual assault kit has been taken prior to the autopsy.

The upper and lower extremities are symmetrical and normally developed. There are two off-white scars noted on the ventral left forearm measuring 1 and 0.4 cm. On the distal dorsal left forearm are scattered small white scars measuring up to 0.8 cm. On the dorsal right arm are three white scars measuring from 0.1 to 0.9 cm. A 2 mm scar is noted on the ventromedial distal right forearm. Linear and V-shaped scars are noted on the left hand measuring up to 1.8 cm. The fingernails are short to intermediate in length with dirt beneath the nails. The fingernails are clipped and retained. The toenails are also short.

A needle puncture mark is noted on the ventral left foot. An intravenous catheter inserts into the dorsal right foot. All EKG pads and other medical therapy have been removed prior to the autopsy.

Except for the evidence of injury to be described, the remainder of the external examination is unremarkable.

### **Evidence of Injury**

Case 1:13-cv-00125   Document 24-2   Filed on 03/14/16 in TXSD   Page 42 of 146

MORGUE-5526       **VALLEY BAPTIST MEDICAL CENTER**       OA07-38

**External injuries:** Multiple contusions and abrasions involve the head, trunk and extremities. Along the right forehead and right cheek is an 11.7 cm x 3.5 cm maroon contusion. On the lower right eyelid is a blue-pink contusion. On the upper mid forehead is a 2.0 cm faint pink contusion and on the lower left forehead is a 1.8 cm maroon contusion and a 0.1 cm red abrasion. On the bridge of the nose are red abrasions measuring up to 0.2 cm. On the tip of the nose, nares and nasal septum are multiple red and crusted abrasions measuring between 0.4 and 1.0 cm. Along the lateral left eyebrow is a 0.8 x 0.6 cm blue contusion and just lateral is a 0.8 cm maroon–blue contusion. On the left face is a 3.5 cm maroon contusion and 0.4 cm red abrasion. On the lateral left face to just below the left ear are 5 red and crusted abrasions measuring between 0.2 and 0.8 cm. On the helix of both ears are pink-purple contusions measuring 2.2 cm and 2.5 cm with crusted red abrasions on the right. Behind the left earlobe is a 0.3 cm healing crusted red abrasion and behind the right ear is a 0.2 cm red abrasion. On the lower right face is a 1.8 cm maroon contusion. On the right jaw are maroon contusions and red abrasions measuring between 1.2 cm and 2.0 cm. Just above the left upper lip is a 1 mm crusted red abrasion. Other small red crusted abrasions are also noted on the lower left face measuring between 0.1 and 0.3 cm. The lips are dry and on the left lower lip is a 0.4 cm red abrasion. The upper frenulum is disrupted and shows evidence of remote trauma with scar tissue present. There are also 2 small blue contusions on the inner upper lip. There is no other trauma noted oral cavity and no foreign material is noted in the mouth. The tongue is atraumatic.

On the posterior neck are several crusted red abrasions measuring between 0.2 and 0.3 cm. On the left lateral neck is a 2.5 cm linear red abrasion and a 0.2 cm red abrasion. On the nape of the neck/right back is a 0.8 cm maroon contusion.

Multiple contusions are present on the chest and abdomen. On the upper right anterolateral and anterior chest are maroon contusions measuring between 0.3 and 1.3 cm. On the lateral right chest are four maroon contusions measuring between 2.8 and 4.5 cm. On the mid chest are maroon contusions measuring up to 3.2 cm. Adjacent to the left nipple is a 1.5 cm maroon-pink contusion. Other maroon and maroon-blue contusions are on the upper, lower and lateral left chest measuring between 0.8 and 2 cm. On the right upper abdomen is a 1.2 cm blue contusion and on the lower right abdomen is a 3.5 cm blue to blue-green contusion. In the right inguinal region is a 6 x 3.5 cm maroon contusion. On the left upper abdomen is a 1 cm maroon-blue contusion and on the lower left abdomen is a 1 cm blue contusion. Overlying the mid and left pelvis is a 4 x 2 cm dark maroon to blue contusion. On the anterolateral to lateral left abdomen are scattered larger blue to blue-green contusions in aggregate measuring 6.8 cm.

On the upper right back, just below the right shoulder, is an oval maroon contusion with red dry abrasions measures 5 cm in greatest dimensions and consistent with a bite mark. Within this bite mark are linear and punctate red abrasions resembling teeth marks with the bite mark measuring approximately 3 cm across. A second bite mark is also on the right back and consists of upper and lower dark maroon to blue curvilinear contusions and dry red crusted abrasions resembling teeth marks measuring approximately 3.2 cm across superiorly and 2.8 cm across inferiorly. Extending from this bite mark is a 3.2 cm linear red abrasion with a second 0.4 cm red abrasion on the lateral right back. On the right shoulder are three maroon contusions measuring up to 1 cm. On the left upper back are multiple maroon to maroon-brown contusions measuring between 0.5 and 2.8 cm. On the mid back are maroon to light blue contusions measuring between 0.8 and 1.5 cm. On the mid to lower back are larger, darker maroon to blue contusions measuring between 1.5 and 3 cm.

The anal opening is unremarkable. A previous genital examination has been performed with a 1 mm red abrasion now present on the right labia minora and linear red abrasion on the left labia minora measuring 2 mm. On the left vestibule is a linear 4 mm red abrasion. The hymen is annular and there is no trauma noted. There is no trauma noted to the vaginal canal as well. A small thread of cotton-like material is noted within the vaginal canal, most likely related to the previous examination prior to the autopsy. No examination kit is obtained at autopsy since swabs and smears of the oral cavity, anus and vagina were collected prior to autopsy.

The upper and lower extremities have multiple contusions. On the left upper arm is a 3.5 cm maroon to blue-green contusion with four small red abrasions suspicious for a bite mark. On the posterior left arm is a dark maroon contusion measuring 10 x 4 cm. Other scattered maroon contusions extend along the posterior left arm to the left elbow measuring between 1.5 and 2 cm. Multiple maroon contusions extend down the posterior left forearm measuring 10 cm in aggregate. On the ventral left forearm are scattered crusted red abrasions measuring between 0.8 and 1.4 cm. On the medial and lateral left wrist are pink contusions measuring 1.0 and 1.4 cm. On the dorsal left hand and left third finger are maroon contusions measuring 1.0 and 0.3 cm. On the posterior and posterolateral right arm to the elbow are numerous dark maroon almost confluent contusions. On the right elbow are small red abrasions

MORGUE-5526          **VALLEY BAPTIST MEDICAL CENTER**          OA07-38

measuring up to 0.6 cm. On the dorsal right forearm are multiple blue to maroon contusions measuring from 0.4 to 3.5 cm. On the ventral right forearm are scattered maroon contusions measuring between 0.4 and 0.8 cm, as well as a 3.5 cm blue contusion.

Along the lateral right hip is a maroon contusion measures 6.3 cm. A large area of blue to blue-maroon contusions extends along the lateral right thigh measuring 10.5 cm in aggregate. On the upper anterior right thigh are several small maroon contusions measuring up to 2.5 cm and a 5.8 x 3.5 cm maroon contusion. On the medial upper right thigh are two contusions, one blue and one brown, measuring 0.6 cm and 0.8 cm. Coalescing maroon to blue contusions are present along the medial right thigh measuring 4.5 cm in aggregate. On the lower right thigh is a maroon 2.5 cm contusion. On the anteromedial right knee are 3 maroon contusions measuring in aggregate 2.5 x 2 cm and on the posterolateral right knee is a 4 cm maroon contusion. Three long slender maroon contusions extend across the lateral right calf measuring 3.5 x 1 cm, 3.5 x 0.8 cm and 3.2 x 0.8 cm and approximately 1.5 cm apart and are suspicious for finger marks. On the ventral right calf is a 1.5 cm green contusion. Scattered maroon contusions are noted on the posterior right thigh and right calf measuring between 1 and 1.8 cm. On the anterior left thigh is a patterned contusion consisting of four long slender blue-green contusions measuring (from superior to inferior) 4.5 x 1.2 cm, 3 x 0.8 cm, 5.5 x 1.5 cm and 4.5 x 2.8 cm, spaced approximately 1 cm apart, and again, suspicious for finger marks. On the lower left thigh is a 6 x 2 cm dark maroon to blue contusion. On the medial left knee is a V-shaped dark maroon to brown contusion measuring 3.5 x 0.6 cm superiorly and 2.5 x 0.5 cm inferiorly. These 2 contusions most likely occurred from a blow with the knee bent (leg flexed). Several dark maroon contusions involve the anterior lower left thigh and left knee measuring 9 x 6.5 cm in aggregate. Also on the medial left knee are five small crusted red abrasions measuring between 0.1 cm and 0.3 cm. Multiple maroon to blue contusions involve the ventral left calf measuring 10 x 3.8 cm in aggregate. On the medial left heel are multiple dark maroon contusions measuring between 0.4 and 2 cm. Scattered faint pink to light blue contusions are noted on the dorsal left foot measuring up to 5 cm. Nailbed hemorrhage involves the right great toe with a blue contusion measuring 1.2 cm. On the dorsal right foot is a 2 cm blue contusion. On the plantar aspect of the right foot is a 5 x 1.8 cm pink to blue contusion with a central 0.5 cm crusted superficial laceration.

As previously mentioned the skin turgor is poor and the eyes are sunken consistent with dehydration.

**Internal injuries:** Subsequent autopsy of the head reveals multiple areas of scalp contusions involving the left frontal, temporal and parietal scalp, the right parietal scalp and the occipital scalp and measuring between 0.2 cm and 10 cm. On opening the cranial vault, subdural hemorrhage overlies both cerebral hemispheres superiorly and inferiorly (right > left) and cerebellum measuring approximately 25 cc with no gross evidence of organization. Subarachnoid hemorrhage is patchy and covers the inferior temporal lobes (right > left), the cerebellum and brainstem. The brain is sent to neuropathologist Stephen J. Nelson for consultation with the gross examination under internal examination (head, brain and spinal cord). The eyes are removed and there is bilateral perineural hemorrhage noted. The eyes are sent for an eye pathology consultation with the Eye Pathology Laboratory (please see separate report). The spinal cord is removed with subdural hemorrhage noted, especially in the cervical spinal canal, measuring < 5 cc. Patchy subdural hemorrhage is noted throughout the thoracic spinal canal. No gross injuries are noted to the spinal cord.

Subsequent autopsy of the chest reveals small contusions involving the posterolateral aspects of the right lower lobe and the apex of the right upper lobe of the right lung. Contusions involve the left lung, lower lobe, posteriorly and posterolaterally.

Subsequent autopsy of the abdomen reveals a faint contusion involving the upper pole of the right kidney measuring 2.5 cm.

The back is incised and many of the contusions already noted on the back have dermal and subcutaneous hemorrhage and rarely have hemorrhage extending into the musculature of the back. Subcutaneous hemorrhage (contusion) is noted within the right buttock and not noted on the skin surface.

The left humerus is removed and a linear diagonal (spiral) fracture is noted and confirms the fracture noted on x-ray.


**Internal Examination:**

MORGUE-5526                    **VALLEY BAPTIST MEDICAL CENTER**                    OA07-38

**Head, brain and spinal cord**: The scalp is incised and retracted. No skull fractures are found. The cranial vault is opened. The epidural space is free of hemorrhage. The dura is thin, tough and pliable. The brain in a fresh state weighs 1110 grams. The cerebral hemispheres, mid brain and pons appear normally developed. The cerebral vessels at the base of the brain also appear normally developed and there are no aneurysms or AV malformations seen. The brain is forwarded for examination by neuropathologist Stephen Nelson with the follow description (please see the neuropathology report):

**Body**: The body is opened with a Y-shaped incision and the back is incised. The organs occupy their usual positions and relationships. There are no significant fluid accumulations within the pleural, pericardial or peritoneal cavities.

**Neck**: The hyoid bone, thyroid cartilage and cervical spine are intact. A neck dissection is performed and there is no hemorrhage within the strap muscles of the neck. The thyroid gland is composed of tan, waxy soft tissue. There is no tracheoesophageal fistula.

**Cardiovascular System**: The heart weighs 52.3 grams and the epicardial, endocardial and pericardial surfaces are smooth and glistening. The coronary arteries follow the usual right dominant distribution and arise from 2 ostia. On cut sections, the myocardium is beefy red and firm. There are no atrioseptal or ventriculoseptal defects. The cardiac valves are thin, delicate and normally formed. The aorta and vessels arising from the aorta are normally developed. The venous return to the heart is normal.

---

ALVAREZ, MYRIAH                                                                    Page 5 of 7

MORGUE-5526      **VALLEY BAPTIST MEDICAL CENTER**      OA07-38

**Respiratory Tract**: The right lung weighs 69.8 grams; the left lung weighs 54.9 grams. The pleural surfaces are pink-maroon and smooth and glistening. The injuries have been previously described. On cut sections, there is no evidence of infection or tumor. There are no pulmonary emboli. The trachea and bronchi are normally developed and there is no aspiration.

**Liver and Biliary Tract**: The liver weighs 280 grams and the capsule is smooth and glistening. On cut sections, the parenchyma is tan-red and soft. The gallbladder is present and contains thin green bile.

**Gastrointestinal Tract**: The esophagus is lined by the usual tan-gray wrinkled mucosa. The stomach, when opened contains less than 3 mL of green fluid. The small intestine is also opened and also shows just a small amount of green thick fluid with no food material noted. The large intestine contains green-yellow, soft fecal material. There is no obstruction noted. The mesentery is thin and transparent.

**Adrenal Glands**: Unremarkable.

**Pancreas**: Unremarkable.

**Hematopoietic System**: The spleen weighs 20 grams and the capsule is smooth and blue-gray. On cut sections, the parenchyma is maroon and soft. There is no generalized lymphadenopathy. The thymus is composed of tan, lobulated soft tissue. The bone marrow is red and apparently cellular.

**Genitourinary Tract**: The right kidney weighs 24.5 grams and the left kidney weighs 32.5 grams. The capsules strip with ease revealing smooth cortical surfaces. On cut sections, the corticomedullary demarcations are distinct and the parenchyma is tan-red and soft. The collecting systems and ureters are not dilated. The bladder is empty. The uterus, bilateral fallopian tubes and ovaries are appropriate for age with a small 2 mm cyst noted within the left ovary.

## Miscellaneous:

**Toxicology**: Toxicology was performed on the postmortem blood at NMS Labs and reveals benzoylecgonine at less than 50 ng/mL as well as acetone and isopropanol. A vitreous electrolyte panel is performed on the left vitreous only and reveals a blood urea nitrogen level of 67 mg/dL, a creatinine of 1.4 mg/dL; a sodium of 159 mmol/l; a potassium of 12.6 mmol/l, a chloride of 167 mmol/l and a carbon dioxide of 3. These findings are consistent with dehydration.

**X-rays** – full body X-rays are taken and reveal the left humerus fracture removed. The fracture is consistent with a spiral fracture.

Fingernail clippings and clippers from both hands are released to the investigating agency.

Neuropathology and Eye Pathology consultations are performed on this case. Please see these separate reports.

## Microscopic Description:

**Brain and spinal cord**: The following is the neuropathology microscopic description (please see the neuropathology report):

**Right kidney:** Sections show areas of intraparenchymal hemorrhage and congestion.

**Lungs:** Sections show pulmonary edema involving both lungs with pulmonary congestion, atelectasis and macrophages in alveolar spaces. There is intra-alveolar hemorrhage consistent with the contusions seen on gross examination. No acute inflammation is seen.

**Left humerus:** Sections show a healing fracture with bone marrow fibrosis, hemorrhage, granulation tissue and bone remodeling. New bone formations is prominent. No acute inflammation is seen.

Sections are taken of multiple contusions. Sections of the scalp contusions show mainly acute hemorrhage within the subcutaneous tissue without hemosiderin deposition. Other contusions of the abdomen, pelvis and chest show subcutaneous and dermal hemorrhage, most without pigmented histocytes.

Name _Al Varez, Myriah_____     Autopsy No. _OA07-38_

Color _C/H_____ Age _2___ Sex _F___ Date _2/18 + 2/19/07_



For protocol only:

ME FORM #9



Name Alvarez, Myriah                    Autopsy No. OA-07-38

Color C/H          Age 2      Sex F     Date 2/18 + 2/19/07

For protocol only:

# Perineum, female

Name _Alvarez, Myriah_  Autopsy No. _A07-38_

Age _2_  Race _C/H_  Sex _F_  Date _2/19/07_



Courtesy of the American Society of Clinical Pathologists, Chicago, Ill.



1

2

3

4

5

6

7

8

9

10

11

12          ADMITTED AS DEMONSTRATIVE EXHIBIT ONLY

13

14              (STATE WOULD HAVE ORIGINAL)

15

16

17

18

19

20

21

22

23

24

25



1
2
3
4
5
6
7
8
9
10
11
12          ADMITTED AS DEMONSTRATIVE EXHIBIT ONLY
13
14              (STATE WOULD HAVE ORIGINAL)
15
16
17
18
19
20
21
22
23
24
25

1

2

3

4

5

6

7

8

9

10

11

12          ADMITTED AS DEMONSTRATIVE EXHIBIT ONLY

13

14              (STATE WOULD HAVE ORIGINAL)

15

16

17

18

19

20

21

22

23

24

25

FILED_____ O'CLOCK_____M
AURORA DE LA GARZA DIST. CLERK

SEP 2 2 2004

IN THE DISTRICT COURT OF CAMERON COUNTY, TEXAS
Mary Rivas DEPUTY

CAUSE NO. 2004-09-67-NA

IN THE INTEREST OF                    §        IN THE DISTRICT COURT OF
                                      §
RENE ANTHONY ALVAREZ,                 §
RICHARD ALVAREZ,                      §
ROBERT ANTHONY ALVAREZ,               §
GABRIEL ALVAREZ,                      §        CAMERON COUNTY, TEXAS
ADRIANA CONSUELO ALVAREZ,             §
SARA NICOLE ALVAREZ                   §
& MARIAH ALVAREZ                      §
                                      §
CHILDREN                              §        107TH JUDICIAL DISTRICT

## AFFIDAVIT

STATE OF TEXAS
COUNTY OF CAMERON

**BEFORE ME**, the undersigned authority, personally appeared Ila Amanda De La Garza, in her capacity as Child Protective Services Specialist for the Texas Department of Family and Protective Services in Harlingen, Cameron County, Texas, who after being duly sworn, upon her oath deposes and says:

"My name is Ila Amanda De La Garza. I am a Child Protective Services Specialist for the Texas Department of Family and Protective Services located at 801 N 13th street suite 23 in Harlingen, Texas. I am over the age of 18 and competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

On August 24, 2004, the Texas Department of Family and Protective Services received a report alleging the physical neglect and neglectful supervision of 11 children by both of their parents. The report provided the family's address, but did not provide any names to any of the family members. The report indicated that the ages of the children ranged from 1-16 years of age. It was alleged that the unknown father and mother were regularly heard yelling and screaming at their children and calling them derogatory names. The report also stated that the younger children are often   outside unsupervised for hours at a time. The report indicated that the children are not fed and that the home



07-CR-885-B   STATE V. LUCI

STATE'S
EXHIBIT
21

1

was filthy. According to the report, the mother and father sell the food stamps in order to pay the bills.

On September 8, 2004, I made a home visit to 208 West Washington, Harlingen, Texas. At the residence, I made contact with Rene (D.O.B. 02/25/97), Richard (D.O.B. 01/21/98), Robert (D.O.B. 10/04/99), Gabriel (D.O.B. 11/08/00), Adriana (D.O.B. 06/15/02) and Sara Alvarez (D.O.B. 06/12/03). The children were observed and had no visible injuries. The children were appropriately dressed and they appeared to be clean. The children denied any physical discipline and drug use.

On September 8, 2004, I made contact with Melissa Lucio (D.O.B. 06/18/69), mother. Ms. Lucio denied the allegations on the report. The home was observed to be clean at the time of the visit. Ms. Lucio indicated that the father of her 7 youngest children is Roberto Alvarez (07/23/70). Guadalupe Lucio is the father to the 5 oldest children. Ms. Lucio indicated that that Mr. Lucio resides in Houston, Texas and that she had made arrangements for him to take responsibility for his children.

On September 9, 2004, I made contact with Selina Lucio (06/29/92) and Alexandria Lucio (06/12/91) at Memorial Middle School in Harlingen. Both girls denied the allegations on the report.

On September 17, 2004, a second report was received alleging the neglectful supervision of Mariah Alvarez (D.O.B. 9-6-2004). The report indicated that the newborn baby, Mariah Alvarez, was in a chaotic home environment that was overly crowed due to the number of people in the home. The report alleged that the mother had a long history of drug use, including 2 prior pregnancies where both Ms. Lucio and her newborn infants tested positive for cocaine at the time of the birth. The report indicated further that the

mother, Melissa Lucio had not received pre-natal care with any of her children. The report alleged that the mother denied using cocaine since June of 2003. According to the report, the mother indicated that she was very overwhelmed by being the sole caretaker of all of her children but then stated that the father of the children was supportive.

On September 21, 2004, I made a second home visit at the residence to address the allegations on the second report. At this time, the home was found to be unsafe for the children. Ants were seen crawling on the floor and mattress where the newborn baby, Mariah, was sleeping. There was a fan in the window that had no cover, leaving the blades exposed. Inside the refrigerator, there was only a rotten head of lettuce, a carton of eggs and a plastic container of mayonnaise. The refrigerator had an odor of spoiled food. The pantry contained one small can of corn, a box of salt, sauce, a small box of infant mixed cereal, and empty condiment containers. There was a strong odor of urine throughout the house.

On September 21, 2004, I made contact with Robert, Gabriel, Adriana, Sara and Mariah Alvarez at their residence. Robert (4 years old) was observed with a dime size bruise on his stomach, an old scratch on his stomach that was about 3 inches longs and insect bites on his arms and legs. He was also observed to have 2 staples on his head, reportedly from an injury he sustained from falling off the bed. Gabriel (3 years old) was observed with a bite mark the size of two quarters on his left shoulder, multiple scratches on his face and multiple insect bites on his arms and legs. Adriana (2 years old) was observed with a one-inch linear scab on the top of her head and multiple insect bites on her back, arms, and legs. Her body was very dirty, with dried feces on her genital areas. Sara (1 year old) was observed to have a half-inch cold sore on the bottom of her lip and

multiple insect bites on her arms, legs, and body. She also had an open circular mark on the right side of her leg that appeared to be infected with pus. Sara was observed to be wearing neither underwear nor a diaper. Her body was very dirty with dried feces on her genital areas. Mariah was observed to have tremors every once in a while. She was also observed to have a small light green bruise on her right foot. No other visible marks were seen. All of the children appeared as if they had not been bathed. Their hair appeared to be matted and dirty. Their bodies also appeared to be dirty and all of the children had a strong body odor.

On September 21, 2004, I made a contact with Rene Alvarez at Zavala Elementary in Harlingen. Rene was observed with small insect bites on his arms and legs. Rene had a very strong odor, which smelled like old wet clothes and he appeared not to have been bathed.

While at Zavala Elementary, I also made contact with Richard Alvarez at the above school. Richard was observed with small insect bites on his arm and legs. Richard also smelled like old wet clothes and appeared to not have bathed.

On September 21, 2004, I made contact with Melissa Lucio. A drug test was administered at this time. Ms. Lucio tested positive for cocaine, but continued to deny using drugs. According to Ms. Lucio, her husband Roberto Alvarez, was going to get groceries some time that day. She stated that sometimes the family goes to eat at Loaves and Fishes because she gets tired of cooking. Ms. Lucio admitted to having previous CPS history involving drug use and stated that she had participated in services through the Department. Ms. Lucio indicated that she did not have any family members who could take care of her children. She stated that the father to her older children resided in

Houston, Texas, and that he would be willing to take responsibility for them. Ms. Lucio stated that Roberto Alvarez, father to her 7 youngest children, worked late and could not make contact with this worker. Mr. Alvarez has not made contact with this worker at this time. Ms. Lucio was not able to provide this worker with any viable placement for her children.

On September 21, 2004, I received a telephone call from Guadalupe Lucio. Mr. Lucio agreed to make arrangements to pick up his 4 older children. Mr. Lucio insisted that he would take responsibility of Daniela (D.O.B. 4/23/1987), John (D.O.B. 19/19/1987), Alexandra (D.O.B. 06/12/1991), and Selina Lucio (D.O.B. 06/29/1992).

The Department has extensive history with the family. In June 1998 a report for, neglectful supervision was ruled out. In November 2000, physical abuse of Gabriel by his mother was validated as reason to believe, after both Ms. Lucio and Gabriel tested positive for cocaine. In December, 2001, physical neglect allegations were ruled out. In May, 2002, neglectful supervision was ruled unable to determine against Ms. Lucio, and ruled out as to as to Robert Alvarez. In June, 2003, physical abuse was found unable to determine, and an additional report for neglectful supervision was validated that same month. The family was referred for services through the Department. In January 2004, neglectful supervision was again validated and services were provided.

On September 21, 2004, the case was staffed with Supervisor Mary Perez and Program Director Miriam Ybarra. It was determined that it would be in the best interest of the children to be placed in protective custody due to poor physical conditions of the children and the home, the lack of food in the home, the neglectful supervision of the

children, past and present drug use, previous CPS history and no viable voluntary placements for the children.

Based on the above facts, the Department is respectfully requesting to be appointed as Temporary Managing Conservator of Rene, Richard, Robert, Gabriel, Adriana, Sara and Mariah Alvarez.

Based on the facts above, I believe there is an immediate danger to the physical health or safety of the child/children and that there is no time, consistent with the physical health or safety of the children for an adversary hearing.

All reasonable efforts, consistent with time and circumstances, have been made by the Texas Department of Protective and Regulatory Services to prevent or eliminate the need for removal of the child/children and to make it possible for the child/children to return home, but it is not in the child/ren's welfare to remain at home.

**Information Under Oath Required for Non-Resident Respondent Pursuant to §
152.209, Texas Family Code**

"All known places where the children have lived within the last five years are:

208 West Washington, Apt. 2, Harlingen, Texas

"The names and present addresses of all the known persons with whom the child has lived within the last five years:

Melissa Lucio, mother
208 West Washington, Apt. 2, Harlingen, Texas

Roberto Alvarez, father
208 West Washington, Apt. 2, Harlingen, Texas

"To the best of my knowledge, the Department:

  **has not** participated in any capacity in any other litigation concerning the custody
  of the child in this or any other state;  ;

**does not** have information of any proceeding concerning the child pending in a court of this or any other state;

**does not** know of any person not a party to the proceedings who has physical custody of the child or who claims to have custody or visitation rights with respect to the child."

### Interstate Compact on the Placement of Child

At the time of the filing of this petition, an interstate placement is not planned, but the Texas Department of Family and Protective Services will comply with all requirements of the Interstate Compact on the Placement of Children as set forth in Chapter 162, Subchapter B, Tex. Fam. Code.

Ila Amanda De La Garza
Texas Department of Family and
Protective Services

**SUBSCRIBED AND SWORN TO** before me, the undersigned notary public, on this 22nd day of September 2004.

Notary Public, State of Texas
My commission expires:

KAREN OLVERA
Notary Public, State of Texas
My Commission Expires
07-17-2008

Page   7

children, past and present drug use, previous CPS history and no viable voluntary placements for the children.

Based on the above facts, the Department is respectfully requesting to be appointed as Temporary Managing Conservator of Rene, Richard, Robert, Gabriel, Adriana, Sara and Mariah Alvarez.

Based on the facts above, I believe there is an immediate danger to the physical health or safety of the child/children and that there is no time, consistent with the physical health or safety of the children for an adversary hearing.

All reasonable efforts, consistent with time and circumstances, have been made by the Texas Department of Protective and Regulatory Services to prevent or eliminate the need for removal of the child/children and to make it possible for the child/children to return home, but it is not in the child/ren's welfare to remain at home.

**Information Under Oath Required for Non-Resident Respondent Pursuant to §
152.209, Texas Family Code**

"All known places where the children have lived within the last five years are:

208 West Washington, Apt. 2, Harlingen, Texas

"The names and present addresses of all the known persons with whom the child has lived within the last five years:

Melissa Lucio, mother
208 West Washington, Apt. 2, Harlingen, Texas

Roberto Alvarez, father.
208 West Washington, Apt. 2, Harlingen, Texas

"To the best of my knowledge, the Department:

has not participated in any capacity in any other litigation concerning the custody of the child in this or any other state; :

does **not** have information of any proceeding concerning the child pending in a court of this or any other state;

does **not** know of any person not a party to the proceedings who has physical custody of the child or who claims to have custody or visitation rights with respect to the child."

## Interstate Compact on the Placement of Child

At the time of the filing of this petition, an interstate placement is not planned, but the Texas Department of Family and Protective Services will comply with all requirements of the Interstate Compact on the Placement of Children as set forth in Chapter 162, Subchapter B, Tex. Fam. Code.

Ila Amanda De La Garza
Texas Department of Family and
Protective Services

**SUBSCRIBED AND SWORN TO** before me, the undersigned notary public, on this 22nd day of September 2004.

Notary Public, State of Texas
My commission expires:

KAREN OLVERA
Notary Public, State of Texas
My Commission Expires
07-17-2008

7/8/08

MEDICAL LOG

## OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION
## SECLUSION, RESTRAINT, MEDICAL OR SLEEP.

INMATE NAME: __Lucia, Melissa__  ID#: __211719__  CELL: __S/C 2__  *Infirmary*

TYPE OF OBSERVATION:

X CRISIS MGMT.  ____ PSYCHOLOGICAL  ____ SECLUSION  *Attn medical Dept.*

____ RESTRAINT  ____ MEDICAL  ____ SLEEP

ORDERED BY: _____  TIME STARTED: __4:30 pm__  DATE: __7/8/08__

TIME ENDED: __UFN__  DATE: __UFN__

ITEMS ALLOWED:

____ CLOTHING  ____ UNDERGARMENTS  ____ BLANKET

____ MATTRESS  ____ COVER  ____ OTHER: _____

____ REGULAR TRAY  ____ PAPER TRAY  ____ SACK LUNCH

STATE'S EXHIBIT 42

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Beating on door or wall | 6 | Mumbling | 11 | Sitting | 16 | Shower | 21 | Meals-Fluids |
| 2 | Yelling-Screaming | 7 | Talking to self | 12 | Lying down | 17 | Toilet | 22 | Visitation |
| 3 | Crying | 8 | Talking to others | 13 | Quiet | 18 | Recreation | 23 | *medication* |
| 4 | Laughing | 9 | Standing still | 14 | Sleeping (Appears?) | 19 | Watching TV | 24 | *not eating* |
| 5 | Singing | 10 | Walking | 15 | Awake | 20 | Medication | 25 | |

TIME OF OBSERVATION:  X 15 minute  ____ 30 minute  ____ hourly

| Time | | Time | | Time | |
|---|---|---|---|---|---|
| 6:00 AM | | 2:00 PM | | 10:00 PM | 14 |
| 6:15 AM | | 2:15 PM | | 10:15 PM | 14 |
| 6:30 AM | | 2:30 PM | | 10:30 PM | 14 |
| 6:45 AM | | 2:45 PM | | 10:45 PM | 14 |
| 7:00 AM | | 3:00 PM | | 11:00 PM | 14 |
| 7:15 AM | | 3:15 PM | | 11:15 PM | 14 |
| 7:30 AM | | 3:30 PM | | 11:30 PM | 14 |
| 7:45 AM | | 3:45 PM | | 11:45 PM | 14 |
| 8:00 AM | | 4:00 PM | | 12:00 AM | 14 |
| 8:15 AM | | 4:15 PM | | 12:15 AM | 14 |
| 8:30 AM | | 4:30 PM | 12 | 12:30 AM | 14 |
| 8:45 AM | | 4:45 PM | 12 | 12:45 AM | 14 |
| 9:00 AM | | 5:00 PM | 14 | 1:00 AM | 14 |
| 9:15 AM | | 5:15 PM | 14 | 1:15 AM | 14 |
| 9:30 AM | | 5:30 PM | 14 | 1:30 AM | 14 |
| 9:45 AM | | 5:45 PM | 14 | 1:45 AM | 14 |
| 10:00 AM | | 6:00 PM | 14 | 2:00 AM | 14 |
| 10:15 AM | | 6:15 PM | 14 | 2:15 AM | 14 |
| 10:30 AM | | 6:30 PM | 14 | 2:30 AM | 14 |
| 10:45 AM | | 6:45 PM | 23 12 | 2:45 AM | 14 |
| 11:00 AM | | 7:00 PM | 12 | 3:00 AM | 14 |
| 11:15 AM | | 7:15 PM | 14 | 3:15 AM | 14 |
| 11:30 AM | | 7:30 PM | 14 | 3:30 AM | 14 |
| 11:45 AM | | 7:45 PM | 14 | 3:45 AM | 14 |
| 12:00 PM | | 8:00 PM | 14 | 4:00 AM | 14 |
| 12:15 PM | | 8:15 PM | 14 | 4:15 AM | 14 |
| 12:30 PM | | 8:30 PM | 14 | 4:30 AM | 14 |
| 12:45 PM | | 8:45 PM | 14 | 4:45 AM | 12 |
| 1:00 PM | | 9:00 PM | 14 | 5:00 AM | 12 |
| 1:15 PM | | 9:15 PM | 14 | 5:15 AM | 24 |
| 1:30 PM | | 9:30 PM | 14 | 5:30 AM | 12 |
| 1:45 PM | | 9:45 PM | 14 | 5:45 AM | 12 |
| 2:00 PM | | 10:00 PM | 14 | 6:00 AM | 12 |

PRINTED NAME: _____

10PM TO 6AM SHIFT SGT. SIGNATURE

PRINTED NAME: __L Baldovinos__

PRINTED NAME __Mary N. Alvarez__

__7-?-08__

DATE

JE-06

# CAMERON COUNTY JAIL
# CLASSIFICATION REVIEW

Inmate Name: _Lucio Melissa Elizabeth_    **Review classification every 90 days**

Inmate Number: _21719_    **Document cell assignment on reassessment form**

| Classification | Date | Cell From | Cell To | Reason | Officer |
|---|---|---|---|---|---|
| MAX | 2-20-07 | NI | F/21 | New Inmate | Pablo Kent |
| MAX | 2/28/07 | FPOD/C1 | 1AS/c#6 | Re-org cells | Raul Banda |
| Routine MED 15 | 3-5-07 | 1AS/c#6 | SAME | | TC |
| MED | 3/8/07 | 1AS/c#6 | 1AS/#5 | Re-org cells | Raul Banda |
| ROUTINE MED 15 | 3-20-07 | 1AS/c#5 | SAME | | TC |
| MED | 3/24/07 | 1AS/c#5 | 1AS/#3 | Water Leak | John Perez |
| MED | 3-26-07 | 1AS/c#3 | 1AS/#5 | Re-org cells | Rosalva Chavez |
| MED | 3/26/07 | 1AS/c#5 | 1AS/#3 | computer Error | Rosalva Chavez |
| ROUTINE MED 15 | 4-4-07 | 1AS/c#3 | SAME | | TC |
| MED | 4/18/07 | 1AS/c#3 | 1A DORM | A/P Sgt Anaya | Raul Banda |
| MED | 7-10-07 | 1A DORM | 3DR | Moved to 3DR A/P Sgt Anaya | John Perez |
| ROUTINE MED 90 | 7/16/07 | 3DR | SAME | | TC |
| MED | 8-16-07 | 3DR | 1AS/C#1 | Re-org cells | Rosalva Chavez |
| MED | 8/25/07 | 1AS/c#1 | 1AS/c#6 | A/P Sgt Anaya | Raul Banda |
| MED | 8-30-07 | 1AS/c#6 | 1A DORM | Requested Movement/Gn Pop | Joe A. Villarreal |
| MED | 10-07-07 | 1A DORM | HOSP | Pregnant in Labor/Medical | Javier Mejia |
| MED | 10/11/07 | HOSP | 1A DORM | BACK FROM HOSPITAL | Sergio Moore |
| ROUTINE MED 90 | 11-29-07 | 1A DORM | SAME | | TC |
| Routine MAXIMUM | 03-30-08 | MAXIM | Same | | TC |
| MAX | 4-16-08 | 1A Dorm | 1AS/c#2 | Disc. Sanctions | J Villarreal |
| MAX | 05/18/08 | 1A-S/c#2 | 1AS/c#2 | Completed Sanctions | Carlos Bonego |
| ROUTINE MAX 30 | 06-15-08 | 1AS/c#2 | SAME | | TC |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



**CAMERON COUNTY SHERIFF'S DEPARTMENT**
**INMATE INCIDENT REPORT**

_File_

INSTRUCTIONS:    Fill in all spaces provided, if not applicable, show N/A

INMATES NAME: _Lucio Melissa_          I.D. # _211719_    UNIT: _Old County Jail_
INCIDENT(S) REPORTED:    1) _Verbal argument with other inmate_
                         2) _N/A_
LOCATION OF INCIDENT: _1A Dorm - Infirmary_
DATE OF INCIDENT: _12-11-07_                  TIME OF INCIDENT: _7:52 pm_
ADDITIONAL INMATES INVOLVED: (Give NAME, I.D. # and UNIT)
1) _Giselle Garcia #20490_           2) _N/A_
3) _N/A_                             4) _N/A_
OFFICERS INVOLVED: _Elena Rosa_
REPORTING OFFICER: _Elena Rosa_
SHIFT & DAYS OFF: _Friday and Saturday_
DATE OF REPORT: _12-11-07_                  TIME OF REPORT: _8:20 pm_

**SYNOPSIS OF INCIDENT(S)**

On time and date mentioned above while conducting rounds I heard inmate Lucio Melissa #211719 and Giselle Garcia #20490 verbally arguing. I officer Rosa asked what were they arguing about and inmates mentioned a request done to move inmate Claudia Hernandez back to 2C#4. Inmate Lucio Melissa #211719 was taken to holding cell to avoid problems. Corporal Manny Garza and Sergeant Joe Villarreal were advised.

d/o _Elena Rosa_

---

**SHIFT SUPERVISOR'S RECOMMENDATION:**
No Action Taken ( )      Written Reprimand ( )      Disciplinary Board Process ( )
Refer to: _____      Other: _____
COMMENTS: _Served w/ 5 days no visit. Starts 12-12-07_

DATE: _12-11-07_    TIME OF REVIEW: _930 pm_    X _____
                                               Shift Supervisor's Signature

---

**LIEUTENANTS ACTION TAKEN:**
No Action Taken ( )      Reprimand Issued ( )      Disciplinary Board Process ( )
COMMENTS: _____

DATE: _DEC 1 2 2007_    TIME OF REVIEW: _9:00 AM_    X _____
                                                    Lieutenants Signature

CCSD 1-98          White (Supvr. Review)      Yellow (Post Record)

**CAMERON COUNTY SHERIFF'S DEPARTMENT**
**INMATE INCIDENT REPORT**

INSTRUCTIONS: Fill in all spaces provided, if not applicable, show N/A

INMATES NAME: _Rucio Melissa_ I.D. # _211719_ UNIT: _Old County Jail_
INCIDENT(S) REPORTED: 1) _Verbal argument with other inmate_
                 2) _N/A_
LOCATION OF INCIDENT: _1A Dorm - Infirmary_
DATE OF INCIDENT: _12-11-07_ TIME OF INCIDENT: _9:32 pm_
ADDITIONAL INMATES INVOLVED: (Give NAME, I.D. # and UNIT)
1) _Giselle Garcia # 20890_ 2) _N/A_
3) _N/A_ 4) _N/A_
OFFICERS INVOLVED: _Elena Ryes_
REPORTING OFFICER: _Elena Ryes_
SHIFT & DAYS OFF: _Friday and Saturday_
DATE OF REPORT: _12-11-07_ TIME OF REPORT: _8:20 pm_

## SYNOPSIS OF INCIDENT(S)

On time and date mentioned above while conducting
rounds I heard inmate Rucio Melissa # 211719 and
Giselle Garcia # 20890 verbally arguing. I asked them
asked what were they arguing about and inmates
mentioned a request done to move inmate Clawdia
Hernandez back to JC#4. Inmate Rucio Melissa # 211719
was taken to holding cell to avoid problems. Corporal
Manny Ruiz and Sergeant Joe Villarreal were advised.

                            90 _Elena Ryes_

**SHIFT SUPERVISOR'S RECOMMENDATION:**
No Action Taken ( )    Written Reprimand ( )    Disciplinary Board Process ( )
Refer to: _____                    Other: _____
COMMENTS: _Send w/5 days min___ Sept 12.15.07_
DATE: _1.11.07_ TIME OF REVIEW: _9:20 pm_ X _____
                                       Shift Supervisor's Signature

**LIEUTENANTS ACTION TAKEN:**
No Action Taken ( )    Reprimand Issued ( )    Disciplinary Board Process ( )
COMMENTS:
DATE: _DEC 1 2 2007_ TIME OF REVIEW: _9:00 am_ X _____
                                       Lieutenants Signature

CCSD 1-98      White (Supvr. Review)      Yellow (Post Record)

## CAMERON COUNTY JAIL DIVISION
### NOTICE OF MAJOR / MINOR RULE(S) VIOLATION - HEARING -WAIVER

Date: 12-11-07   Time: 7:52   am / pm   Location: (Jail)   D.C.I   D.C.II

Inmate Name: _Aueis Melissa_

RULE (S) VIOLATED   I.D. # 211719

| | | Rule Number |
|---|---|---|
| 1 | Disrespect to other inmates | #68 |
| 2 | yelling to other inmate | #70 |
| 3 | | |

OFFICERS INVOLVED

Name: _Elena Bos_   Incident Report Attached?   (Yes)   No

Shift Supervisor: _Sergeant joe Villarreal_   Was anyone injured?   Yes   (No)

### Notice to Inmate / Due Process Rights

You have been charged with engaging in misconduct or violation of facility rules. You are scheduled to appear at a Disciplinary Board Hearing. You have the right to appear in person, be represented by a staff member or a fellow inmate if you are illiterate or if the issue is to complex. During your hearing, you may present on your own behalf testimony, evidence and witnesses. Witnesses will be strictly limited to persons having personal knowledge of the offenses charged and to those needed by the Board to decide the case. You have the right to written copy of the incident report and the right to be advised of the Discipline Board's decision and disposition, in writing. You may appeal the Board's decision to the Sheriff or his designee within (30) days of the hearing.

### Disciplinary Board Hearing Notice Service

I have received 24 hour written notification of my hearing and acknowledge my Due Process Rights:

Inmate Signature: _____   Date: _____   Time: _____ am / pm

Served by: _____   Your hearing is scheduled for: _Waived_

### WAIVER

Note: This waiver shall only be applied if the inmate is charged with a Minor Rule(s) Violation.

YOU MAY WAIVE YOUR RIGHT TO A DISCIPLINARY BOARD HEARING. IF YOU WAIVE THIS RIGHT THE FACILITY SUPERVISOR MAY RENDER A DECISION AND ASSESS SANCTIONS IF APPLICABLE.

I WAIVE MY RIGHT TO A FORMAL HEARING AND APPEAL PROCESS. I AGREE TO THE SANCTIONS RECOMMENDED BY THE FACILITY SUPERVISOR.

Inmate Signature: _Melissa Aueis_   Date: 12-11-07

Facility Supervisor: _Lt. Montres_   Begin: 12-12-07   End: 12-17-07

Sanctions: _5 Days no visit. Starts 12-12-07 - 12-_

CAMERON COUNTY JAIL DIVISION
NOTICE OF MAJOR / MINOR RULE(S) VIOLATION - HEARING -WAIVER

| | Time: 7:52 am / pm | Location: | Jail | D.C.I | D.C.II |
| --- | --- | --- | --- | --- | --- |
| 12-11-07 | | | | | |

| Inmate Name: Fuec's Melissa (A Doo... | I.D. # 311719 |
| --- | --- |

**RULE (S) VIOLATED** — Rule Number

| | |
| --- | --- |
| 1 Disrespect to other inmates | #68 |
| 2 yelling to other inmate | #70 |
| 3 | |

**OFFICERS INVOLVED**

| Name: Elena Lopez | Incident Report Attached?   Yes   No |
| --- | --- |
| Shift Supervisor: Sergeant Joe Villarreal | Was anyone injured?   Yes   No |

### Notice to Inmate / Due Process Rights

You have been charged with engaging in misconduct or violation of facility rules. You are scheduled to appear at a Disciplinary Board Hearing. You have the right to appear in person, be represented by a staff member or a fellow inmate if you are illiterate or if the issue is to complex. During your hearing, you may present on your own behalf, testimony, evidence and witnesses. Witnesses will be strictly limited to persons having personal knowledge of the offenses charged and to those needed by the Board to decide the case. You have the right to written copy of the incident report and the right to be advised of the Discipline Board's decision and disposition, in writing. You may appeal the Board's decision to the Sheriff or his designee within (30) days of the hearing.

### Disciplinary Board Hearing Notice Service

I have received 24 hour written notification of my hearing and acknowledge my Due Process Rights:

| Inmate Signature: | Date: | Time: am / pm |
| --- | --- | --- |
| Served by: | Your hearing is scheduled for: | |

### WAIVER

Note: This waiver shall only be applied if the inmate is charged with a **Minor** Rule(s) Violation.

*YOU MAY WAIVE YOUR RIGHT TO A DISCIPLINARY BOARD HEARING. IF YOU WAIVE THIS RIGHT THE FACILITY SUPERVISOR MAY RENDER A DECISION AND ASSESS SANCTIONS IF APPLICABLE.*

I WAIVE MY RIGHT TO A FORMAL HEARING AND APPEAL PROCESS. I AGREE TO THE SANCTIONS RECOMMENDED BY THE FACILITY SUPERVISOR.

| Inmate Signature: Melissa Fuec's | Date: 12-11-07 |
| --- | --- |
| Facility Supervisor: J. Romero | Begin: 12-12-07   End: 12-17-07 |
| Sanctions: 5 Days no visit · Starts 12-12-07 – 12- | |

## CAMERON COUNTY JAIL DIVISION
### NOTICE OF MAJOR / MINOR RULE(S) VIOLATION - HEARING -WAIVER

| ᵉ 12-11-07 | Time: 7:52 | am / **pm** | Location: | **Jail** | D.C.I | D.C.II |
|---|---|---|---|---|---|---|

| Inmate Name: *Puces Melissa* | I.D. # 311719 |
|---|---|

**RULE (S) VIOLATED**     *Rule Number*

| 1 | *Disrespect to other inmates* | #68 |
|---|---|---|
| 2 | *yelling to other inmate* | #70 |
| 3 | | |

**OFFICERS INVOLVED**

| Name: *Elena Baez* | Incident Report Attached? | **Yes** | No |
|---|---|---|---|
| Shift Supervisor: *Sergeant Joe Villarreal* | Was anyone injured? | Yes | **No** |

### Notice to Inmate / Due Process Rights

*You have been charged with engaging in misconduct or violation of facility rules. You are scheduled to appear at a Disciplinary Board Hearing. You have the right to appear in person, be represented by a staff member or a fellow inmate if you are illiterate or if the issue is to complex. During your hearing, you may present on your own behalf testimony, evidence and witnesses. Witnesses will be strictly limited to persons having personal knowledge of the offenses charged and to those needed by the Board to decide the case. You have the right to written copy of the incident report and the right to be advised of the Discipline Board's decision and disposition, in writing. You may appeal the Board's decision to the Sheriff or his designee within (30) days of the hearing.*

### Disciplinary Board Hearing Notice Service

*I have received 24 hour written notification of my hearing and acknowledge my Due Process Rights:*

| Inmate Signature: | Date: | Time: | am / pm |
|---|---|---|---|
| Served by: | Your hearing is scheduled for: Waived | | |

### WAIVER

Note: This waiver shall only be applied if the inmate is charged with a **Minor Rule(s) Violation**.

*YOU MAY WAIVE YOUR RIGHT TO A DISCIPLINARY BOARD HEARING. IF YOU WAIVE THIS RIGHT THE FACILITY SUPERVISOR MAY RENDER A DECISION AND ASSESS SANCTIONS IF APPLICABLE.*

I WAIVE MY RIGHT TO A FORMAL HEARING AND APPEAL PROCESS. I AGREE TO THE SANCTIONS RECOMMENDED BY THE FACILITY SUPERVISOR.

| Inmate Signature: *Melissa Puces* | Date: 12-11-07 |
|---|---|
| Facility Supervisor: *V. S. Ramirez.* | Begin: 12-12-07   End: 12-17-07 |
| ᵃᶰctions: *5 DAYS no visit · starts 12-12-07 - 12-* | |

## CAMERON COUNTY SHERIFF'S DEPARTMENT
## INMATE INCIDENT REPORT

INSTRUCTIONS: Fill in all spaces provided, if not applicable, show N/A

INMATES NAME: _Lucio Melissa_    I.D. # _311719_    UNIT: _Old Court Jail_

INCIDENT(S) REPORTED: 1) _Disrespect to guard_

                           2) _Intimidating guard_

LOCATION OF INCIDENT: _1A Dorm_

DATE OF INCIDENT: _12-8-07_      TIME OF INCIDENT: _6:20pm_

ADDITIONAL INMATES INVOLVED: (Give NAME, I.D. # and UNIT)

1) _Giselle Garcia #200490_      2) _N/A_

3) _N/A_      4) _N/A_

OFFICERS INVOLVED: _Elena Rosa_

REPORTING OFFICER: _Elena Rosa_

SHIFT & DAYS OFF: _Friday and Saturday_

DATE OF REPORT: _12-8-07_      TIME OF REPORT: _8:00pm_

### SYNOPSIS OF INCIDENT(S)

On time and date mentioned while doing clean up in 1A dorm I officer Elena (ops) noticed inmate Lucio Melissa kept on used too much cleaning liquid, I asked inmate Lucio for the bottle she kept and emptied most of it out. Inmate Lucio Melissa started telling me officer (ops) it was used for whites with a disrespective tone of voice raising her voice at me. This became an issue when I told her to change her tone of voice, then she (inmate) got offended when I told her "do you let your kids talk to you like that and inmate yelled no, well don't lay a hand on them because you will come back. Inmate got offended and started crying then inmate Giselle Garcia #200490 started yelling at me "you don't have to disrespect

_Continue_

### SHIFT SUPERVISOR'S RECOMMENDATION:

No Action Taken ( )    Written Reprimand ( )    Disciplinary Board Process ( )

Refer to: _Lt. Lozano_        Other: _____

COMMENTS: _Served her with a warm - verbal warning_

DATE: _12-9-07_    TIME OF REVIEW: _820 pm_    X _____

                                       Shift Supervisor's Signature

### LIEUTENANTS ACTION TAKEN:

No Action Taken ( )    Reprimand Issued ( )    Disciplinary Board Process ( )

COMMENTS: _____

DATE: _12-10-07_    TIME OF REVIEW: _8:50 a/m_    X _____

                                         Lieutenants Signature

CCSD 1-98      White (Supvr. Review)      Yellow (Post Record)

# CAMERON COUNTY SHERIFF'S DEPARTMENT
## INMATE INCIDENT REPORT

INSTRUCTIONS: Fill in all spaces provided, if not applicable, show N/A

INMATES NAME: _____ I.D. # _____ UNIT: _____
INCIDENT(S) REPORTED: 1)_____
2)_____
LOCATION OF INCIDENT: _____
DATE OF INCIDENT: _____ TIME OF INCIDENT: _____
ADDITIONAL INMATES INVOLVED: (Give NAME, I.D. # and UNIT)
1)_____ 2)_____
3)_____ 4)_____
OFFICERS INVOLVED: _____
REPORTING OFFICER : _____
SHIFT & DAYS OFF: _____
DATE OF REPORT: _____ TIME OF REPORT: _____

## SYNOPSIS OF INCIDENT(S)

Her like that. Most of the inmates making a issue.
Inmate Julia Melissa # 311719 kept yelling at me
to call the Corporal Maximg Garza or you just
do it when there's a code 3. There after sometime
suestime I went in there for rounds Inmate tried
intimidating me telling me to call the Corporal
Garza because inmate wanted to talk to him or I
didn't want to do it because I was wrong I officer
Iere Lopz told inmate to wait until the Corporal was
available. Corporal Garza was adviced of situation
No Mead Inj

SHIFT SUPERVISOR'S RECOMMENDATION:
No Action Taken. ( )     Written Reprimand ( )     Disciplinary Board Process ( )
Refer to: _____     Other: _____
COMMENTS: _____
_____
DATE: _____ TIME OF REVIEW: _____ X _____
Shift Supervisor's Signature

LIEUTENANTS ACTION TAKEN:
No Action Taken ( )     Reprimand Issued ( )     Disciplinary Board Process ( )
COMMENTS: _____
_____
DATE: 13-10-07 TIME OF REVIEW: 8:50 'm X _____
Lieutenants Signature

CCSD 1-98          White (Supvr. Review)     Yellow (Post Record)

## CAMERON COUNTY JAIL DIVISION
### NOTICE OF MAJOR / MINOR RULE(S) VIOLATION - HEARING -WAIVER

| Date: 12-11-07 | Time: 7:52 am/pm | Location: | Jail | D.C.I | D.C.II |
|---|---|---|---|---|---|

| Inmate Name: Ruiz Melissa | I.D. # 311719 |
|---|---|

**RULE (S) VIOLATED** — Rule Number

| | | Rule Number |
|---|---|---|
| 1 | Disrespect to other inmates | #68 |
| 2 | yelling to other inmate | #70 |
| 3 | | |

**OFFICERS INVOLVED**

| Name: Elena Bozz | Incident Report Attached? **Yes** No |
|---|---|
| Shift Supervisor: Sergeant Joe Villarreal | Was anyone injured? Yes **No** |

### Notice to Inmate / Due Process Rights

*You have been charged with engaging in misconduct or violation of facility rules. You are scheduled to appear at a Disciplinary Board Hearing. You have the right to appear in person, be represented by a staff member or a fellow inmate if you are illiterate or if the issue is to complex. During your hearing, you may present on your own behalf testimony, evidence and witnesses. Witnesses will be strictly limited to persons having personal knowledge of the offenses charged and to those needed by the Board to decide the case. You have the right to written copy of the incident report and the right to be advised of the Discipline Board's decision and disposition, in writing. You may appeal the Board's decision to the Sheriff or his designee within (30) days of the hearing.*

### Disciplinary Board Hearing Notice Service

*I have received 24 hour written notification of my hearing and acknowledge my Due Process Rights:*

| Inmate Signature: | Date: | Time: am/pm |
|---|---|---|
| Served by: | Your hearing is scheduled for: waived |

### WAIVER
Note: This waiver shall only be applied if the inmate is charged with a **Minor** Rule(s) Violation.

*YOU MAY WAIVE YOUR RIGHT TO A DISCIPLINARY BOARD HEARING. IF YOU WAIVE THIS RIGHT THE FACILITY SUPERVISOR MAY RENDER A DECISION AND ASSESS SANCTIONS IF APPLICABLE.*

I WAIVE MY RIGHT TO A FORMAL HEARING AND APPEAL PROCESS. I AGREE TO THE SANCTIONS RECOMMENDED BY THE FACILITY SUPERVISOR.

| Inmate Signature: Melissa Ruiz | Date: 12-11-07 |
|---|---|
| Facility Supervisor: | Begin: 12-12-07 End: 12-17-07 |
| Sanctions: 5 DAYS no visit Starts 12-12-07 - 12- |

CAMERON COUNTY JAIL DIVISION

## NOTICE OF MAJOR / MINOR RULE(S) VIOLATION - HEARING -WAIVER

| Date: 2/15/08 | Time: 11:13  am / pm | Location: | Jail | D.C.I | D.C.II |

Inmate Name: Lucio, Melissa                                    I.D. #: 211719

**RULE (S) VIOLATED**                                             Rule Number:

| 1. | Fight | #4 |
| 2. | Inciting Ratous Behavior | #3 |
| 3. | | |

**OFFICERS INVOLVED**

Name: Marla Kauffman                     Incident Report Attached?   Yes    No

Shift Supervisor:                        Was anyone injured?         Yes    No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Notice to Inmate / Due Process Rights

*You have been charged with engaging in misconduct or violation of facility rules. You are scheduled to appear at a Disciplinary Board Hearing. You have the right to appear in person, be represented by a staff member or a fellow inmate if you are illiterate or if the issue is too complex. During your hearing, you may present on your own behalf; testimony, evidence and witnesses. Witnesses will be strictly limited to persons having personal knowledge of the offenses charged and to those needed by the Board to decide the case. You have the right to written copy of the incident report and the right to be advised of the Discipline Board's decision and disposition, in writing. You may appeal the Board's decision to the Sheriff or his designee within (30) days of the hearing.*

### Disciplinary Board Hearing Notice Service

*I have received 24 hour written notification of my hearing and acknowledge my Due Process Rights:*

| Inmate Signature: | | Date: | Time:      am / pm |
| Served by: | Your hearing is scheduled for: | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### WAIVER

Note: This waiver shall only be applied if the inmate is charged with a **Minor** Rule(s) Violation.

*YOU MAY WAIVE YOUR RIGHT TO A DISCIPLINARY BOARD HEARING. IF YOU WAIVE THIS RIGHT THE FACILITY SUPERVISOR MAY RENDER A DECISION AND ASSESS SANCTIONS IF APPLICABLE.*

I WAIVE MY RIGHT TO A FORMAL HEARING AND APPEAL PROCESS.  I AGREE TO THE SANCTIONS RECOMMENDED BY THE FACILITY SUPERVISOR.

| Inmate Signature: | | Date: 2/15/08 |
| Facility Supervisor: Lt. Sambra | Begin: 2/16/08 | End: 3/16/08 |
| Sanctions: 30 Days No privileges No TV, No Visit, No Phone, No Commissary |

**CAMERON COUNTY SHERIFF'S DEPARTMENT**
**INMATE INCIDENT REPORT**

INSTRUCTIONS:     Fill in all spaces provided, if not applicable, show N/A

INMATES NAME: _Lucio, Melissa_   I.D. # _211719_   UNIT: _OCJ_
INCIDENT(S) REPORTED:   1) _Fighting_
                        2) _N/A_
LOCATION OF INCIDENT: _Infirmary 1Adorm_
DATE OF INCIDENT: _3-12-08_             TIME OF INCIDENT: _8:29pm_
ADDITIONAL INMATES INVOLVED: (Give NAME, I.D. # and UNIT)
1) _Ayala, Ana #181129 1Adorm_        2) _____
3) _N/A_                              4) _N/A_
OFFICERS INVOLVED: _P/o Perez, Maria, Sgt. Banda, P/o Gomez, Agustin_
REPORTING OFFICER: _Marla Kauffman_
SHIFT & DAYS OFF: _2pm -10pm_        _Sunday - Monday_
DATE OF REPORT: _3-12-08_            TIME OF REPORT: _9:32pm_

**SYNOPSIS OF INCIDENT(S)**

_On above said date and time after letting commissary personal into infirmary; I officer Marla Kauffman went to 1Adorm cause there was some loud talking. See inmate Ayala, Ana #181129 hit inmate Lucio, Melissa #211719 after he said something spanish to Ayala. Ayala was talking with Lucio and inmate Perez, Maria #104290 near the table by the bars, called out a 'Code3 Fight in Process._

**SHIFT SUPERVISOR'S RECOMMENDATION:**
No Action Taken ( )        Written Reprimand ( )        Disciplinary Board Process ( )
Refer to: _Cmdr Pollard_                                Other: _____
COMMENTS: _A violation waiver is attached to the report pending_
_Disciplinary action. Prove made for the board_
DATE: _3-12-08_   TIME OF REVIEW: _10:36 pm_   X _____
                                               Shift Supervisor's Signature

**LIEUTENANTS ACTION TAKEN:**
No Action Taken ( )        Reprimand Issued ( )        Disciplinary Board Process ( )
COMMENTS: _____
DATE: _____   TIME OF REVIEW: _____   X _____
                                           Lieutenants Signature

CCSD 1-98          White (Supvr. Review)      Yellow (Post Record)

## Cameron County Sheriff's Department
## Inmate Incident Report

INSTRUCTIONS: Fill in all spaces provided, if not applicable, show N/A

| | | |
|---|---|---|
| INMATE NAME: Lucio Melissa E. | ID#: ~~217719~~  2 11 7 19 | UNIT: old county jail |
| INCIDENT(S) REPORTED: 1) fighting | | |
| 2) | | |
| LOCATION OF INCIDENT 1 A- DORM | | |
| DATE OF INCIDENT: 03/12/08 | | TIME OF INCIDENT: 8.20PM |
| ADDITIONAL INMATES INVOLVED: (GIVE NAME, ID # and UNIT) | | |
| Ayala Ana Lilia 203175 | | |
| | | |
| OFFICERS INVOLVED: Marla Kauffman | | |
| REPORTING OFFICER: SGT. RAUL BANDA | | |
| SHIFT AND DAYS OFF: 2PM TO 10PM FRI/ SAT | | |
| DATE OF REPORT: 03/12/08 | | TIME OF REPORT: 21.20pm |

### SYNOPSIS OF INCIDENT(S)

ON ABOVE TIME AND DATE A (CODE 3) FIGHT WAS CALLED OUT VIA RADIO BY OFFICER M.
KAUFFMAN. I SGT. R. BANDA AND ALL NECESSARY OFFICERS, RESPONDED TO THE INCIDENTS.
UPON ARRIVAL INMATES AYALA ANA LILIA, AND LUCIO, MELISSA WERE PHYSICALLY
FIGHTING WITH EACH OTHER. BOTH INMATES WERE SEEN BY MEDICAL STAFF NURSE ROMERO
JOSIE, AND MEDICALLY CLEARED. TO AVOID A FURTHER CONFRONTATION INMATE AYALA
ANA LILIA WAS PLACED IN SINGLE CELL #2 PENDING DISCIPLINARY ACTIONS ON BOTH
INMATES. INMATE LUCIO MELISSA REMAINED IN THE DORM PENDING DISCIPLINARY AS WELL.
BOTH INMATES ALSO STATED THEY WANTED TO PRESS CHARGES ON EACH OTHER.

*SGT. BANDA INCOMPLETE REPORT WILL NOT DO ACTION*

*LT.*

| | | |
|---|---|---|
| **SHIFT SUPERVISOR'S RECOMMENDATION.** | | |
| NO ACTION TAKEN ( ) | WRITTEN REPRIMAND ( ) | DISCIPLINARY BOARD (X) |
| REFER TO: COMMANDER MEDRANO | | |
| COMMENTS: A VIOLATION WAIVER ATTACHED TO THE REPORT MADE FOR THE | | |
| RECORD. DEPUTY H. GARCIA ARRIVED TO TAKE REPORT CASE # 2008-030727 | | |
| DATE: 03/12/08    TIME OF REVIEW: 21.47PM | X | |
| | | SHIFT SUPERVISOR'S SIGNATURE |

| | | |
|---|---|---|
| **LIEUTENANTS ACTION TAKEN** | | |
| NO ACTION TAKEN (✓) | REPRIMAND ISSUED ( ) | DISCIPLINARY BOARD ( ) |
| COMMENTS: | | |
| DATE: 03-12-08   TIME OF REVIEW  12:15AM | X | |
| | | LIEUTENANT'S SIGNATURE |

CCSD 1-98

## CAMERON COUNTY SHERIFF'S DEPARTMENT
## INMATE INCIDENT REPORT

INSTRUCTIONS: Fill in all spaces provided, if not applicable, show N/A

INMATES NAME: _Lucio, Melissa_ I.D. # _211719_ UNIT: _OCJ_
INCIDENT(S) REPORTED: 1) _Fighting_
2) _N/A_
LOCATION OF INCIDENT: _Infirmary 1A Dorm_
DATE OF INCIDENT: _3-12-08_ TIME OF INCIDENT: _8:00 pm_
ADDITIONAL INMATES INVOLVED: (Give NAME, I.D. # and UNIT)
1) _Ayala, Ania #181129 1A Dorm_ 2) _____
3) _N/A_ 4) _N/A_
OFFICERS INVOLVED: _4/o Perez, Maria Sgt. Banda, 4/o Gomez, Agustin_
REPORTING OFFICER: _Marla Kauffman_
SHIFT & DAYS OFF: _2pm -10pm_ _Sunday - Monday_
DATE OF REPORT: _3-12-08_ TIME OF REPORT: _9:32 pm_

### SYNOPSIS OF INCIDENT(S)

_On above said date and time after letting commissary personal into infirmary, I officer Marla Kauffman went to 1A Dorm cause there was some loud talking. She inmate Ayala, Ania #181129 hit inmate Lucio, Melissa #211719 after he said something Spanish to Ayala, Ayala was talking with Lucio and inmate Perez, Maria #104290 near the table by the bars, called out a code 3, fight in process._

**SHIFT SUPERVISOR'S RECOMMENDATION:**
No Action Taken ( ) Written Reprimand ( ) Disciplinary Board Process ( )
Refer to: _Oral Action_ Other: _____
COMMENTS: _A violation waiver is attached to the report pending_
_Disciplinary action layers paid for the head_
DATE: _3-12-08_ TIME OF REVIEW: _10.36 pm_ X _____
Shift Supervisor's Signature

**LIEUTENANTS ACTION TAKEN:**
No Action Taken ( ) Reprimand Issued ( ) Disciplinary Board Process ( )
COMMENTS: _____
DATE: _____ TIME OF REVIEW: _____ X _____
Lieutenants Signature

CCSD 1-98 White (Supvr. Review) Yellow (Post Record)

## NOTICE OF MAJOR / MINOR RULE(S) VIOLATION - HEARING -WAIVER

|  | Time: | am / pm | Location: | Jail | D.C.I | D.C.II |
|---|---|---|---|---|---|---|

| ́r   ́ame: | | I.D. # : |
|---|---|---|

*(S) VIOLATED*

|  | Rule Number: |
|---|---|
|  |  |
|  |  |

*CERS INVOLVED*

| ́e: | Incident Report Attached? | Yes | No |
|---|---|---|---|
| t Supervisor: | Was anyone injured? | Yes | No |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *Notice to Inmate / Due Process Rights*

*have been charged with engaging in misconduct or violation of facility rules. You are scheduled to appear at a ciplinary Board Hearing. You have the right to appear in person, be represented by a staff member or a fellow ate if you are illiterate or if the issue is to complex. During your hearing, you may present on your own behalf; imony, evidence and witnesses. Witnesses will be strictly limited to persons having personal knowledge of the nses charged and to those needed by the Board to decide the case. You have the right to written copy of the incident ort and the right to be advised of the Discipline Board's decision and disposition, in writing. You may appeal the rd's decision to the Sheriff or his designee within (30) days of the hearing.*

### *Disciplinary Board Hearing Notice Service*

*ave received 24 hour written notification of my hearing and acknowledge my Due Process Rights:*

| ́nmate Signature: | Date: | Time: | am / pm |
|---|---|---|---|
| ́erved by: | *Your hearing is scheduled for:* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### WAIVER

Note: This waiver shall only be applied if the inmate is charged with a **Minor** Rule(s) Violation.

*YOU MAY WAIVE YOUR RIGHT TO A DISCIPLINARY BOARD HEARING. IF YOU WAIVE THIS RIGHT THE FACILITY SUPERVISOR MAY RENDER A DECISION AND ASSESS SANCTIONS IF APPLICABLE.*

WAIVE MY RIGHT TO A FORMAL HEARING AND APPEAL PROCESS.  I AGREE TO THE SANCTIONS RECOMMENDED BY HE FACILITY SUPERVISOR.

| Inmate Signature: | Date: |
|---|---|
| Facility Supervisor: | Begin: | End: |

| Sanctions: |
|---|

# CAMERON COUNTY SHERIFF'S DEPARTMENT



**MELISSA ELIZABETH LUCIO**

AGE :   **37**   SEX : **FEMALE**      RACE : **WHITE/HISPANIC**

HEIGHT : **5' 4"**   WEIGHT :  **180**   D.O.B. : **06/18/1969**

NATIONALITY :**US**   HAIR COLOR :**BRO**   HAIR LENGTH :**LONG**

EYE COLOR : **BRO**   GLASSES/CONTACTS :**NO**   SKINTONE :**MBR**

MOUSTACHE :**NO**      BEARD : **NO**   RELIGION :**CATH**

FILE NUMBER : **211719**      SOC. SEC. NO. : **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**

## Cameron County Sheriff's Department
### Inmate Incident Report
INSTRUCTIONS: Fill in all spaces provided, if not applicable, show N/A

INMATES NAME: LUCIO MELISSA ELIZABETH   I.D.# 211719          UNIT: Old County Jail

INCIDENT(S) REPORTED: 1) UNAUTHORIZED COMMUNICATION WITH PERSON INSIDE OF FACILITY
2) N/A

LOCATION OF INCIDENT:

DATE OF INCIDENT: 4-16-08                              TIME OF INCIDENT: 8:30PM

ADDITIONAL INMATES INVOLVED:

1) AGUILAR OSIEL CASTRO 207817          2 N/A

3) N/A                                  4) N/A

OFFICERS INVOLVED: SGT. SERGIO MOORE, CPL. JAVIER MEJIA

REPORTING OFFICER: CPL. JAVIER MEJIA

SHIFT AND DAYS OFF: 1:45PM-10:15PM SUNDAY AND MONDAY

DATE OF REPORT: 4/16/08                              TIME OF REPORT: 10:30PM

### SYNOPSIS OF INCIDENT(S)

ON 4-16-08 AT ABOUT 9:10PM I CPL. JAVIER MEJIA CONFRONTED INMATE LUCIO ON LETTERS FOUND IN INMATE AGUILAR'S POSSESSION IN TRUSTEE WARD. INMATE LUCIO MELISSA ADMITTED TO BE WRITING TO INMATE AGUILAR WHILE UNIFORMS WERE BEING WASHED. APPARENTLY THIS WAS DONE ON SEVERAL OCCASIONS AS PER INMATE LUCIO MELISSA. INMATE LUCIO WAS THEN MOVED FROM 1ADORM TO 1AS/C #2 WITHOUT PRIVILEGES FOR THIRTY DAYS. INMATE LUCIO PROVIDED WITH WAVIER AND SIGNED FOR THE THIRTY DAYS WITH NO PROBLEMS. REPORT MADE FOR THE RECORD.

SHIFT SUPERVISOR'S RECOMMENDATION.

NO ACTION TAKEN ( )          WRITTEN REPRIMAND ( )          DISCIPLINARY BOARD ( )

REFER TO: LT. RAMIREZ                              OTHER:

COMMENTS: REPORT MADE FOR THE RECORD AND FORWARD TO LT.'S OFFICE

DATE: 4-16-08          TIME OF REVIEW: 11:00PM          X

SHIFT SUPERVISOR'S SIGNATURE

LIEUTENANTS ACTION TAKEN

NO ACTION TAKEN ( )          REPRIMAND ISSUED ( )          DISCIPLINARY BOARD ( )

COMMENTS:

DATE: APR 1 7 2008   TIME OF REVIEW /2ᵉ pm   X

LIEUTENANT'S SIGNATURE

CCSD 1-98

## CAMERON COUNTY JAIL DIVISION
### NOTICE OF MAJOR / MINOR RULE(S) VIOLATION - HEARING -WAIVER

| Date: 4.16.08 | Time: 9:40 am/pm | Location: Old County Jail | D.C.I | D.C.II |
|---|---|---|---|---|

Inmate Name: *Lucio Melissa*     I.D. #: 211219

**RULE (S) VIOLATED**

Rule Number:

| 1. Possesion Of Contraband | 63 |
|---|---|
| 2. | |
| 3. | |

**OFFICERS INVOLVED**

Name: Javier Mejia & Senio Moori

Shift Supervisor: SGT. Senio Moori

| Incident Report Attached? | Yes | No |
|---|---|---|
| Was anyone injured? | Yes | No |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Notice to Inmate / Due Process Rights

*You have been charged with engaging in misconduct or violation of facility rules. You are scheduled to appear at a Disciplinary Board Hearing. You have the right to appear in person, be represented by a staff member or a fellow inmate if you are illiterate or if the issue is to complex. During your hearing, you may present on your own behalf; testimony, evidence and witnesses. Witnesses will be strictly limited to persons having personal knowledge of the offenses charged and to those needed by the Board to decide the case. You have the right to written copy of the incident report and the right to be advised of the Discipline Board's decision and disposition, in writing. You may appeal the Board's decision to the Sheriff or his designee within (30) days of the hearing.*

### Disciplinary Board Hearing Notice Service

**I have received 24 hour written notification of my hearing and acknowledge my Due Process Rights:**

| Inmate Signature: | Date: | Time: am / pm |
|---|---|---|
| Served by: | Your hearing is scheduled for: | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### WAIVER

Note: This waiver shall only be applied if the inmate is charged with a **Minor** Rule(s) Violation.

*YOU MAY WAIVE YOUR RIGHT TO A DISCIPLINARY BOARD HEARING. IF YOU WAIVE THIS RIGHT THE FACILITY SUPERVISOR MAY RENDER A DECISION AND ASSESS SANCTIONS IF APPLICABLE.*

**I WAIVE MY RIGHT TO A FORMAL HEARING AND APPEAL PROCESS. I AGREE TO THE SANCTIONS RECOMMENDED BY THE FACILITY SUPERVISOR.**

| Inmate Signature: *Melissa Lucio* | Date: 4.16.08 |
|---|---|
| Facility Supervisor: *Diego Moori* | Begin: 4.16.08  End: 5.16.08 |
| Sanctions: 30 Days no Priv. | |

## Cameron County Sheriff's Department
## Inmate Incident Report

INSTRUCTIONS: Fill in all spaces provided, if not applicable, show N/A

| | | |
|---|---|---|
| INMATE NAME: LUCIO, MELISSA | ID#: 211719 | UNIT: old county jail |

INCIDENT(S) REPORTED:  1)  ASSAULTED OTHER INMATE

LOCATION OF INCIDENT:  INFIRMARY – 1 ADORM

DATE OF INCIDENT: 02/15/08                                     TIME OF INCIDENT: 7:00 PM

ADDITIONAL INMATES INVOLVED: (GIVE NAME, ID # and UNIT)

1) CAMARILLO, FRANCISCA (VICTIM)          2)  TORRES, RUBY # 178966

3)  RIOS, SANDRA # 196280                        4)  PEREZ, MARIA # 104290
                                                           5) INFANTE, SANDRA RAMIREZ REYES # 173973

OFFICERS INVOLVED: MARLA KAUFFMAN, CPL. JOSE YBARRA, LISA FLETCHER

REPORTING OFFICER: LISA FLETCHER

SHIFT AND DAYS OFF:  2PM – 10PM   SAT/SUN OFF

DATE OF REPORT: 02/15/08                                     TIME OF REPORT: 8:15 PM

### SYNOPSIS OF INCIDENT(S)

I WAS ASSISTING CPL. YBARRA IN THE BOOKING AREA.  OFFICER AGUSTIN GOMEZ WAS CONDUCTING ROLL CALL FOR THE TRUSTEE WARD.  I HEARD VIA RADIO, "CODE 3" BY OFFICER MARLA KAUFFMAN, WHO WAS IN THE INFIRMARY.  I IMMEDIATELY MADE MY WAY TO THE INFIRMARY.  I WAS DIRECTLY BEHIND CPL. JOSE YBARRA, WHO WAS ENROUTE AS WELL.  UPON ARRIVAL TO THE 1 ADORM, I OBSERVED INMATES CAMARILLO,  TORRES,  RIOS, PEREZ, LUCIO AND INFANTE. I ASKED INMATE CAMARILLO WHAT HAD HAPPENED.  SHE REPLIED THAT RUBY TORRES STARTED TO HIT HER, AND THE OTHER INMATES MENTIONED ABOVE WERE DOING THE SAME.  INMATE CAMARILLO WAS TAKEN OUT OF THE 1 ADORM AND PLACED IN A HOLDING CELL IN BOOKING.  WE THEN TOOK OUT INMATE TORRES SO WE COULD TALK TO THE INMATES IN THE INFIRMARY TO FIND OUT WHAT HAD TRANSPIRED. THERE WAS A LOT OF CONFLICTING STORIES.  INMATE RUBY TORRES WAS THEN PLACED BACK IN THE 1 ADORM.  OFFICER KAUFFMAN, CPL. YBARRA AND I TOOK OUT INMATE HELEN TAYLOR FROM THE 1 ADORM TO FIND OUT WHAT HAPPENED.  INMATE TAYLOR ADVISED THAT INMATES MARIA PEREZ, RUBY TORRES, AND SANDRA INFANTE HAD BEEN INSTIGATING INMATE CAMARILLO BY PICKING ON HER, YELLING AT HER AND PROVOKING HER ALL DAY LONG, LEADING UP TO THE FIGHT.  INMATE TAYLOR ADVISED THAT INMATE RUBY TORRES WAS THE FIRST ONE TO THROW THE FIRST PUNCH.  INMATE TAYLOR ALSO ADVISED THAT INMATES MARIA PEREZ, RUBY TORRES, SANDRA RIOS, AND SANDRA INFANTE WERE NOT HELPING INMATE CAMARILLO, BUT IN FACT INVOLVED IN HITTING CAMARILLO.  INMATE TAYLOR SAID THAT INMATE MELISSA LUCIO WAS BLOCKING INMATE CAMARILLO'S "DEFENSIVE PUNCHES" SO THAT INMATE RUBY TORRES DIDN'T GET HIT. I WAS ALSO ADVISED BY INMATE TESSA MURPHY (SINGLE CELL #4) THAT SHE SAW WHAT HAPPENED AND THAT RUBY TORRES THREW THE FIRST PUNCH, THE OTHER INMATES JUMPED IN AGAINST CAMARILLO. INMATE CAMARILLO ADVISED SHE WANTED TO PRESS CHARGES.  CPL. JOSE YBARRA CONTACTED THE CAMERON COUNTY SHERIFF'S DEPARTMENT. DEPUTY JOE BARREDA ARRIVED AT OLD COUNTY JAIL TO TAKE THE REPORT.

SHIFT SUPERVISOR'S RECOMMENDATION.

NO ACTION TAKEN ( )          WRITTEN REPRIMAND ( )          DISCIPLINARY BOARD ( )

REFER TO:  Lt. Ramirez

## CAMERON COUNTY JAIL DIVISION
### NOTICE OF MAJOR / MINOR RULE(S) VIOLATION - HEARING -WAIVER

| Date: 2/15/08 | Time: 11:13  am / pm | Location: | Jail | D.C.I | D.C.II |
|---|---|---|---|---|---|

| Inmate Name: Lucio, Melissa | I.D. #: 211719 |
|---|---|

**RULE (S) VIOLATED**                                          *Rule Number:*

| 1. | Fight | # 4 |
|---|---|---|
| 2. | Inciting Fratous Behavior | # 3 |
| 3. | | |

**OFFICERS INVOLVED**

| Name: Merla Kauffman | Incident Report Attached? Yes / No |
|---|---|
| Shift Supervisor: | Was anyone injured? Yes / No |

*********************************************************************

### Notice to Inmate / Due Process Rights

*You have been charged with engaging in misconduct or violation of facility rules. You are scheduled to appear at a Disciplinary Board Hearing. You have the right to appear in person, be represented by a staff member or a fellow inmate if you are illiterate or if the issue is to complex. During your hearing, you may present on your own behalf; testimony, evidence and witnesses. Witnesses will be strictly limited to persons having personal knowledge of the offenses charged and to those needed by the Board to decide the case. You have the right to written copy of the incident report and the right to be advised of the Discipline Board's decision and disposition, in writing. You may appeal the Board's decision to the Sheriff or his designee within (30) days of the hearing.*

### Disciplinary Board Hearing Notice Service

*I have received 24 hour written notification of my hearing and acknowledge my Due Process Rights:*

| Inmate Signature: | Date: | Time:     am / pm |
|---|---|---|
| Served by: | Your hearing is scheduled for: | |

*********************************************************************

### WAIVER

Note: This waiver shall only be applied if the inmate is charged with a **Minor** Rule(s) Violation.

*YOU MAY WAIVE YOUR RIGHT TO A DISCIPLINARY BOARD HEARING. IF YOU WAIVE THIS RIGHT THE FACILITY SUPERVISOR MAY RENDER A DECISION AND ASSESS SANCTIONS IF APPLICABLE.*

I WAIVE MY RIGHT TO A FORMAL HEARING AND APPEAL PROCESS.  I AGREE TO THE SANCTIONS RECOMMENDED BY THE FACILITY SUPERVISOR.

| Inmate Signature: | Date: 2/15/08 |
|---|---|
| Facility Supervisor: Lt. Sanchez | Begin: 2/16/08     End: 3/16/08 |
| Sanctions: 30 day's  No privs,  No TV,  No Phone, No Commissary |

CAMERON COUNTY JAIL DIVISION
**NOTICE OF MAJOR / MINOR RULE(S) VIOLATION - HEARING -WAIVER**

| Date: 12 - 01 - 07 | Time: 9:01 am / pm | Location: | Jail | D.C.I | D.C.II |
|---|---|---|---|---|---|

| Inmate Name: Lucio, Melissa Elizabeth | I.D. #: 21179 |
|---|---|

**RULE (S) VIOLATED**                                                                 *Rule Number:*

| 1. Tattoo Paraphernalia | # 23 |
|---|---|
| 2. N/A | |
| 3. N/A | |

**OFFICERS INVOLVED**

| Name: Lisa Fletcher / Armando Vasquez | Incident Report Attached? | Yes | No |
|---|---|---|---|
| Shift Supervisor: Cpl. Jose Ybarra | Was anyone injured? | Yes | No |

*********************************************************************************

### Notice to Inmate / Due Process Rights

*You have been charged with engaging in misconduct or violation of facility rules. You are scheduled to appear at a Disciplinary Board Hearing. You have the right to appear in person, be represented by a staff member or a fellow inmate if you are illiterate or if the issue is to complex. During your hearing, you may present on your own behalf; testimony, evidence and witnesses. Witnesses will be strictly limited to persons having personal knowledge of the offenses charged and to those needed by the Board to decide the case. You have the right to written copy of the incident report and the right to be advised of the Discipline Board's decision and disposition, in writing. You may appeal the Board's decision to the Sheriff or his designee within (30) days of the hearing.*

### Disciplinary Board Hearing Notice Service
*I have received 24 hour written notification of my hearing and acknowledge my Due Process Rights:*

| Inmate Signature: Melissa Lucio | Date: 12-01-07 Time: 1000 am / pm |
|---|---|
| Served by: Cpl. Jose Ybarra | *Your hearing is scheduled for:* N/A |

*********************************************************************************

### WAIVER
Note: This waiver shall only be applied if the inmate is charged with a **Minor** Rule(s) Violation.

*YOU MAY WAIVE YOUR RIGHT TO A DISCIPLINARY BOARD HEARING. IF YOU WAIVE THIS RIGHT THE FACILITY SUPERVISOR MAY RENDER A DECISION AND ASSESS SANCTIONS IF APPLICABLE.*

I WAIVE MY RIGHT TO A FORMAL HEARING AND APPEAL PROCESS. I AGREE TO THE SANCTIONS RECOMMENDED BY THE FACILITY SUPERVISOR.

| Inmate Signature: Melissa Lucio | | Date: 12-01-07 |
|---|---|---|
| Facility Supervisor: Cpl. Jose Ybarra | Begin: 12-01-07 | End: 12-20-07 |
| Sanctions: 20 Day's No TV and No Commissary | | |

## Cameron County Sheriff's Department
## Inmate Incident Report

INSTRUCTIONS: Fill in all spaces provided, if not applicable, show N/A

| | | |
|---|---|---|
| NMATE NAME: 1 A DORM | ID# N/A | UNIT: County Jail |

INCIDENT(S) REPORTED: 1 TATTOO PARAPHERNALIA
2)

LOCATION OF INCIDENT: OLD COUNTY JAIL/INFIRMARY

DATE OF INCIDENT: 12/01/2007     TIME OF INCIDENT: 6:35 AM

ADDITIONAL INMATES INVOLVED: (GIVE NAME, ID # and UNIT)

| | | | |
|---|---|---|---|
| 1) | N/A | 2) | N/A |
| 3) | N/A | 4) | N/A |

OFFICERS INVOLVED: ARMANDO VASQUEZ/MARIA KAUFFMAN/LISA FLETCHER

REPORTING OFFICER: ARMANDO VASQUEZ

SHIFT AND DAYS OFF: 10PM - 6AM  OFF SUN/MON

DATE OF REPORT:  SATURDAY 12/01/07     TIME OF REPORT: 6:45 AM

### SYNOPSIS OF INCIDENT(S)

AT THE TIME AND DATE STATED ABOVE, WHILE CONDUCTING CELL SEARCH IN 1 A DORM.
I OFFICER ARMANDO VASQUEZ WAS SEARCHING ON TOP OF THE LIGHT FIXTURES AND
FOUND TATTOO PARAPHERNALIA .CORPORAL JOSE YBARRA WAS INFORMED ON THE
TATTOO PARAPHERNALIA ITEMS THAT WERE FOUND DURING THE CELL SEARCH.ITEMS
WERE CONFISCATED BY CORPORAL JOSE YBARRA.REPORT WAS MADE FOR THE RECORD.

X _(signature)_

SHIFT SUPERVISOR'S RECOMMENDATION.

NO ACTION TAKEN ()     WRITTEN REPRIMAND ()     DISCIPLINARY BOARD ()

REFER TO: _____

COMMENTS: REPORT MADE FOR THE RECORD. _____

DATE: _____   TIME OF REVIEW: _____   X _____
SHIFT SUPERVISOR'S SIGNATURE

LIEUTENANTS ACTION TAKEN

NO ACTION TAKEN (X)     REPRIMAND ISSUED ()     DISCIPLINARY BOARD ()

COMMENTS:

DATE: DEC 0 3 2007   TIME OF REVIEW _____   X _____
LIEUTENANT'S SIGNATURE

CCSD 1-98

## Cameron County Sheriff's Department
## Inmate Incident Report

**COMMENTS:** _Notice of major (minor) Rule(s) Violation - Harry - Waiver (attached)._
_30 Day's No privileges - Prisoner was made for the Record_

**DATE:** 2/11/08   **TIME OF REVIEW:** 11/12   **X** _____
**SHIFT SUPERVISOR'S SIGNATURE**

---

**LIEUTENANTS ACTION TAKEN**

NO ACTION TAKEN ( )   REPRIMAND ISSUED ( )   DISCIPLINARY BOARD ( )

**COMMENTS:**

**DATE:**   **TIME OF REVIEW**   **X**
**LIEUTENANT'S SIGNATURE**

CCSD 1-98

_No Action Taken = due to Investigation Inmate was not involved._   _2/19/08_

_Report to be filed_

# CAMERON COUNTY SHERIFF'S DEPARTMENT
## INMATE INCIDENT REPORT

**INSTRUCTIONS:**  Fill in all spaces provided, if not applicable, show N/A

INMATES NAME: _Lucio, Nilissa_   I.D. # _211719_   UNIT: _OCJ_

INCIDENT(S) REPORTED:   1) _Complaining of abdominal pain_

2) _N/A_

LOCATION OF INCIDENT: _Infirmary 1-A Dorm_

DATE OF INCIDENT: _10/11/07_    TIME OF INCIDENT: _11:20 am_

ADDITIONAL INMATES INVOLVED: (Give NAME, I.D. # and UNIT)

1) _N/A_    2) _N/A_

3) _N/A_    4) _N/A_

OFFICERS INVOLVED: _Peces, Maria, Aide_

REPORTING OFFICER: _Peces, Maria, Aide_

SHIFT & DAYS OFF: _10:30 am - 6:00 am_

DATE OF REPORT: _10/11/07_    TIME OF REPORT: _11:25 pm_

## SYNOPSIS OF INCIDENT(S)

_On above date and time, section above while r/ officer Maria
Aide Peres was conducting our rounds through Infirmary, not walk
inmate Nilissa Lucio # 211719 advised me that she is having abdominal
pain. Sgt. for Aldan was advised of situation which in turn
advised medical staff, in place._

_Report Done for the Record_          _Maria Aide Peres_

---

### SHIFT SUPERVISOR'S RECOMMENDATION:

No Action Taken: ( )     Written Reprimand ( )     Disciplinary Board Process ( )

Refer to: _Medical Dept._          Other:

COMMENTS: _Nurse Canzon was advised of inmate having pain. Canzon came to see
inmate to give her medication. Lucio was placed back to her cell block._

DATE: _10-11-7_    TIME OF REVIEW: _____    X _J. Mehenna_

_I sent the report out to medical staff_          Shift Supervisor's Signature

---

### LIEUTENANTS ACTION TAKEN:

No Action Taken ( )     Reprimand Issued ( )     Disciplinary Board Process ( )

COMMENTS: _Copy of report forwarded to medical department_

DATE: _10-17-07_    TIME OF REVIEW: _7:45 a/m_    X _(signature)_

Lieutenants Signature

CCSD 1-98          White (Supvr. Review)          Yellow (Post Record)

**CAMERON COUNTY SHERIFF'S DEPARTMENT**
**INMATE INCIDENT REPORT**

INSTRUCTIONS:     Fill in all spaces provided, if not applicable, show N/A

INMATES NAME: Lucio, Melissa                I.D. # 211719     UNIT: O.C.J
INCIDENT(S) REPORTED:    1)
                         2) N/A
LOCATION OF INCIDENT: Infirmary / Dorm
DATE OF INCIDENT: 10-18-07                    TIME OF INCIDENT: 11:49 pm
ADDITIONAL INMATES INVOLVED: (Give NAME, I.D. # and UNIT)
1) N/A                                      2) N/A
3) N/A                                      4) N/A
OFFICERS INVOLVED: N/A
REPORTING OFFICER: Ana Gallegos
SHIFT & DAYS OFF: 10pm-6am  Tuesdays and Wednesday
DATE OF REPORT: 10-19-07                      TIME OF REPORT: 2:27 am

**SYNOPSIS OF INCIDENT(S)**

On date and time above inmate Lucio, Melissa, # 211719 advised
me officer Ana Gallegos that her c-section wound felt like it
was stinging and was complaining of pain. Advised Sgt.
Joe Villarreal of situation.

Ana Gallegos

**SHIFT SUPERVISOR'S RECOMMENDATION:**
No Action Taken ( )          Written Reprimand ( )          Disciplinary Board Process ( )
Refer to: Medical Staff.                               Other:
COMMENTS: Nurse Cavazos was advised of inmate having pain. Lucio was seen
by nurse Cavazos.  A copy of report sent to medical Dept.
DATE: 10/19/07      TIME OF REVIEW: _____     X St. Velarreal
                                                    Shift Supervisor's Signature

**LIEUTENANTS ACTION TAKEN:**
No Action Taken ( )      Reprimand Issued ( )      Disciplinary Board Process ( )
COMMENTS:
DATE: 10-19-07      TIME OF REVIEW: 8:20 am     X _____
                                                Lieutenants Signature

CCSD 1-98          White (Supvr. Review)     Yellow (Post Record)

## CAMERON COUNTY JAIL DIVISION
### NOTICE OF MAJOR / MINOR RULE(S) VIOLATION - HEARING -WAIVER

| Date: 12-9-07 | Time: am / pm | Location: | Jail   D.C.I   D.C.II |
|---|---|---|---|

| Inmate Name: Luero, Melissa | I.D. # : 211719 |
|---|---|

**RULE (S) VIOLATED**

| | | Rule Number: |
|---|---|---|
| 1. | Verbal Warning | |
| 2. | | |
| 3. | | |

**OFFICERS INVOLVED**

| Name: | Incident Report Attached?   Yes   No |
|---|---|
| Shift Supervisor: | Was anyone injured?   Yes   No |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### Notice to Inmate / Due Process Rights

*You have been charged with engaging in misconduct or violation of facility rules. You are scheduled to appear at a Disciplinary Board Hearing. You have the right to appear in person, be represented by a staff member or a fellow inmate if you are illiterate or if the issue is to complex. During your hearing, you may present on your own behalf; testimony, evidence and witnesses. Witnesses will be strictly limited to persons having personal knowledge of the offenses charged and to those needed by the Board to decide the case. You have the right to written copy of the incident report and the right to be advised of the Discipline Board's decision and disposition, in writing. You may appeal the Board's decision to the Sheriff or his designee within (30) days of the hearing.*

### Disciplinary Board Hearing Notice Service

*I have received 24 hour written notification of my hearing and acknowledge my Due Process Rights:*

| Inmate Signature: | Date: | Time: am / pm |
|---|---|---|
| Served by: | Your hearing is scheduled for: | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### WAIVER
Note: This waiver shall only be applied if the inmate is charged with a **Minor** Rule(s) Violation.

*YOU MAY WAIVE YOUR RIGHT TO A DISCIPLINARY BOARD HEARING. IF YOU WAIVE THIS RIGHT THE FACILITY SUPERVISOR MAY RENDER A DECISION AND ASSESS SANCTIONS IF APPLICABLE.*

I WAIVE MY RIGHT TO A FORMAL HEARING AND APPEAL PROCESS.  I AGREE TO THE SANCTIONS RECOMMENDED BY THE FACILITY SUPERVISOR.

| Inmate Signature: Melissa Lucic | Date: 12-9-07 |
|---|---|
| Facility Supervisor: | Begin:   End: |
| Sanctions: Verbal Warning | |

## CAMERON COUNTY SHERIFF'S DEPARTMENT
## INMATE INCIDENT REPORT

**INSTRUCTIONS:** Fill in all spaces provided, if not applicable, show N/A

INMATES NAME: _Lucio Melissa_   I.D. # _311719_   UNIT: _Old Carrizo Jail_

INCIDENT(S) REPORTED: 1) _Disrespect to guard_

2) _Intimidating guard_

LOCATION OF INCIDENT: _1A Dorm_

DATE OF INCIDENT: _12-8-07_   TIME OF INCIDENT: _6:20 am_

ADDITIONAL INMATES INVOLVED: (Give NAME, I.D. # and UNIT)

1) _Gisele Garcia #200490_    2) _N/A_

3) _N/A_    4) _N/A_

OFFICERS INVOLVED: _Elena Rosa_

REPORTING OFFICER: _Elena Rosa_

SHIFT & DAYS OFF: _Friday and Saturday_

DATE OF REPORT: _12-8-07_   TIME OF REPORT: _8:00 am_

### SYNOPSIS OF INCIDENT(S)

On time and date mentioned while doing clean up in the dorm I officer Elena (op) notice I inmate Lucio Melissa kept or used too much cleaning liquid, I asked inmate Lucio for the bottle she kept and emptied most of it out. Inmate Lucio Melissa started telling me officer (op) it was used for whites with a disrespective tone of voice raising her voice at this became an issue when I told her to change her tone of voice then she (inmate) got offended when I told her "do you let your kids talk to you like that and inmate yelled no, well don't lay a hand on them because you will come back. Inmate got offended and started crying then inmate Giselle Garcia # 200490 started yelling at me "you don't have to listen to her"

_Continue_

**SHIFT SUPERVISOR'S RECOMMENDATION:**

No Action Taken ( )   Written Reprimand ( )   Disciplinary Board Process ( )

Refer to: _1st Lieutenant_    Other: _____

COMMENTS: _____

DATE: _12-9-07_   TIME OF REVIEW: _8:20 am_   X _____
                                              Shift Supervisor's Signature

**LIEUTENANTS ACTION TAKEN:**

No Action Taken ( )   Reprimand Issued ( )   Disciplinary Board Process ( )

COMMENTS: _____

DATE: _12-10-07_   TIME OF REVIEW: _8:50 am_   X _____
                                              Lieutenants Signature

CCSD 1-98      White (Supvr. Review)      Yellow (Post Record)

**CAMERON COUNTY SHERIFF'S DEPARTMENT**
**INMATE INCIDENT REPORT**

INSTRUCTIONS: Fill in all spaces provided, if not applicable, show N/A

INMATES NAME: _____ I.D. # _____ UNIT: _____
INCIDENT(S) REPORTED: 1) _____
2) _____
LOCATION OF INCIDENT: _____
DATE OF INCIDENT: _____ TIME OF INCIDENT: _____
ADDITIONAL INMATES INVOLVED: (Give NAME, I.D. # and UNIT)
1) _____ 2) _____
3) _____ 4) _____
OFFICERS INVOLVED: _____
REPORTING OFFICER: _____
SHIFT & DAYS OFF: _____
DATE OF REPORT: _____ TIME OF REPORT: _____

**SYNOPSIS OF INCIDENT(S)**

her like that. Most of the inmates making a issue. Inmate Ayria Melissa # 311719 kept yelling at me to call the Corporal Maromy Darze or you just do it when there's a code 3. There after switcher livestime I went in there for rounds, Inmate tried intimidating me telling me to call the Corporal Darze because inmate wanted to talk to him or I didn't want to do it because I was wrong I officer there too, told inmate to wait until the Corporal was available. Corporal Darze was advised of situation. No Mental...

**SHIFT SUPERVISOR'S RECOMMENDATION:**
No Action Taken ( )   Written Reprimand ( )   Disciplinary Board Process ( )
Refer to: _____   Other: _____
COMMENTS: _____

DATE: _____ TIME OF REVIEW: _____ X _____
Shift Supervisor's Signature

**LIEUTENANTS ACTION TAKEN:**
No Action Taken ( )   Reprimand Issued ( )   Disciplinary Board Process ( )
COMMENTS: _____

DATE: 12·10·07 TIME OF REVIEW: 8:50 ᵃ/m X _____
Lieutenants Signature

CCSD 1-98        White (Supvr. Review)        Yellow (Post Record)

# Law Office of
## Peter C. Gilman, P.C.

Physical Address                    Mailing Address
6933 North Expressway      *        P.O. Box 399                    *        (956) 350-6954
Olmito, Texas 78575                 Olmito, Texas 78575                 Fax   (956) 350-8056

## FAX TRANSMISSION SHEET

DATE: 1·25·08                    FROM: P. Gilman

TO: Dionicio Cortez           FAX. NO. 544-0878

PLEASE CALL **MELINDA** AT 956/350-6954 IF THERE ARE ANY PROBLEMS WITH THE TRANSMISSION OF THIS DOCUMENT

Total No. of Pages: 3 (Including this page)

CASE: 07-CR-885-B

Texas vs. Melissa Elizabeth Lucio

DOCUMENT: Letter dated 1/22/08 w/ Certified Copy of Order of appointment of Psychiatric Expert Assistance for The defense

MESSAGE: _____

_____

_____

_____

HARD COPY FORWARDED ON _____ BY:

HAND DELIVERY        ____        FEDERAL EXPRESS        ____
REGULAR MAIL         ____
CMRR                 ____        GIDDY UP SERVICES       ____

"HARD COPY " WILL NOT FOLLOW  ✓

This facsimile contains CONFIDENTIAL INFORMATION which may be LEGALLY PRIVILEGED and which is intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile , or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying o this facsimile may be strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the United States Postal Service. THANK YOU

Law Office of
# Peter C. Gilman, P.C.

Physical Address
6933 North Expressway
Olmito, Texas 78575

Mailing Address
P.O. Box 399
Olmito, Texas 78575

(956) 350-6954
Fax   (956) 350-8056

January 22, 2008

*delivered via telefax (956) 544-0878*
Dionicio Cortez
Cameron County Jail
Brownsville, Texas 78520

**Re:   MELISSA ELIZABETH LUCIO**

Dear Mr. Cortez:

Please find a certified copy of the Order of Appointment of Psychiatric Expert Assistance for the Defense signed by Judge Arturo C. Nelson on the 22nd day of January, 2008, authorizing NORMA VILLANUEVA to meet with my client, Melissa Elizabeth Lucio as stated in the Order.  I ask you place said Order amongst the documents previously faxed to you on January 18, 2008.

If there any questions in this matter, please do not hesitate contact me.

Thanking you in advance.

Sincerely,

Peter C. Gilman

PCG:ipg

# CERTIFIED COPY

## NO. 07-CR-885-B

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 138th JUDICIAL DISTRICT |
| | § | |
| MELISSA ELIZABETH LUCIO | § | CAMERON COUNTY, TEXAS |

### ORDER OF APPOINTMENT
### OF PSYCHIATRIC EXPERT ASSISTANCE FOR THE DEFENSE

**THE FOLLOWING IS WORK PRODUCT OF THE ATTORNEY REPRESENTING THE DEFENDANT AND IS INTENDED FOR DISCLOSURE TO THE TRIAL COURT ONLY**

Came on to be heard, Defendant's Motion to Proceed Ex Parte and Motion for Appointment of Expert Assistance, and after reviewing affidavits and argument of counsel, it is the considered opinion of the Court that the Motion should be **GRANTED**, and the Court ORDERS that NORMA VILLANUEVA, LCSW, DCSW review the Defendant's mental health records, have face to face access with the Defendant, MELISSA ELIZABETH LUCIO when needed at the Cameron County Jail, conduct a face to face interview, and perform a social history evaluation on the Defendant, MELISSA ELIZABETH LUCIO, and continue to so aid the defense until the case is concluded or until released by written order of this Court.

**IT IS THEREFORE ORDERED that:**

1) Norma Villanueva have access to review the mental health records of MELISSA ELIZABETH LUCIO, Defendant;

2) Norma Villanueva have face to face access with the Defendant, MELISSA ELIZABETH LUCIO at the Cameron County Jail, when needed;

3) Norma Villanueva conduct a face to face interview, and perform a social history evaluation on the Defendant, MELISSA ELIZABETH LUCIO, and continue to so aid the defense until the case is concluded or until released by written order of this Court.

Signed on _____ January 22, _____ ,2008

JUDGE PRESIDING

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS

JAN 2 2 2008

DEPUTY

FILED 2:50 O'CLOCK P M
AURORA DE LA GARZA, CLERK

JAN 2 2 2008

DISTRICT COURT OF CAMERON COUNTY TEXAS

# CAMERON COUNTY SHERIFF'S DEPARTMENT



**OMAR LUCIO
SHERIFF**

**OMAR LUCIO,** Sheriff
**PHONE:** (956)554-6711
**Fax** (956) 544-6788

CARRIZALES – RUCKER UNIT
7301 OLD ALICE RD.
OLMITO, TX.78575

DATE: _Ip 2/17/9_

I, _Lucio Melissa Elizabeth_ AM AWARE OF THE CONSEQUENCES OF SIGNING THIS FORM. I AM REQUESTING TO BE PLACED BACK IN POPULATION AT MY OWN RISK. I WILL NOT HOLD CAMERON COUNTY SHERIFF _OMAR LUCIO,_ COUNTY AGENTS,SERVANTS, OR EMPLOYEES RESPONSIBLE FOR ANY HARM THAT MAYBE INFLICTED UPON ME BY OTHERS, RESULTING FROM MY OWN ACTIONS.

I DO HEREBY RELEASE, ACQUIT & FOREVER DISCHARGE CAMERON COUNTY, SHERIFF _OMAR. LUCIO_ , COUNTY AGENTS, SERVANTS, EMPLOYEES AND ALL PARTIES AFFILIATED FROM ANY ALL LIABILITY, CAUSES OF ACTION, CLAIMS, DEMANDS, AND OR SUITS.

_Melissa Lucio_
**INMATE SIGNITURE**

_Marla Hampton_
**WITNESS**

_Sgt. H.P_
**WITNESS**

_Will not have any trouble in Dorm_

X _Melissa Lucio_

X _Sgt H. P.._

*[handwritten top right: necessary and forward 2 inf. This file original]*

# Cameron County Sheriff's Department
## Inmate Incident Report
**INSTRUCTIONS:** Fill in all spaces provided, if not applicable, show N/A

INMATE NAME: *Lucio Melissa*   ID#: *211719*   UNIT: *OCS*

INCIDENT(S) REPORTED: 1) *Constipation - pain in abdomen*
2)

LOCATION OF INCIDENT: *Single cell #3*

DATE OF INCIDENT: *04-14-07*   TIME OF INCIDENT: *930am*

ADDITIONAL INMATES INVOLVED: (GIVE NAME, ID# and UNIT)
1) *n/a*   2) *n/a*
3) *n/a*   4) *n/a*

OFFICERS INVOLVED: *Alvarez Juanita*

REPORTING OFFICER: *Alvarez Juanita*

SHIFT AND DAYS OFF: *6:00am - 2:00pm*   *Sunday - Monday*

DATE OF REPORT: *4-14-07*   TIME OF REPORT: *945am*

### SYNOPSIS OF INCIDENT(S)

*At above date a*
*AT above date and time I officer Juanita Alvarez was posted*
*IN firmary Pod. While conducting Rounds in infirmary unit*
*Inmate Melissa Lucio ID# 211719 Advises me she has Abdominal*
*pain and severly consipated. I Advised Nurse Rojano and*
*Nurse Wyatt Addy About situation. Nurse Wyatt Addy, Rojano*
*Advised me their is Nothing they can do, Just drink water*
*Continuously. Inmate Lucio, Melissa ID# 211719 Advises on Nursing*
*Staff's response. END Report CPL Manuel Garza advised*
*IN situations. Report made for records.*
*@ 10:40am ofInmate refused to eat lunch plate -returned to Kitchen*
*CPl Manuel Garza Advised.*

SHIFT SUPERVISOR'S RECOMMENDATION
NO ACTION TAKEN ( )   WRITTEN REPRIMAND ( )   DISCIPLINARY BOARD ( )
REFER TO: *Lt. Coffle*
COMMENTS: *for further action*
DATE: *4-14-07*   TIME OF REVIEW: *1:15 pm*   X *CPl Cuz*
SHIFT SUPERVISOR'S SIGNATURE

LIEUTENANTS ACTION TAKEN
NO ACTION TAKEN ( )   REPRIMAND ISSUED ( )   DISCIPLINARY BOARD ( )
COMMENTS:
DATE: *04-16-07*   TIME OF REVIEW *7:15 pm*   X
LIEUTENANT'S SIGNATURE

CCSD 1-98

# CAMERON COUNTY SHERIFF'S DEPARTMENT
## INMATE INCIDENT REPORT

INSTRUCTIONS: Fill in all spaces provided, if not applicable, show N/A

INMATES NAME: Lucio, Melissa    I.D. # 211719    UNIT: OCJ
INCIDENT(S) REPORTED: 1) Complaining of abdominal pain
     2) N/A
LOCATION OF INCIDENT: Infirmary 1A Dorm
DATE OF INCIDENT: 10/11/09      TIME OF INCIDENT: 11:20pm
ADDITIONAL INMATES INVOLVED: (Give NAME, I.D. # and UNIT)
1) N/A      2) N/A
3) N/A      4) N/A
OFFICERS INVOLVED: Perez, Maria Aide'
REPORTING OFFICER: Perez, Maria Aide'
SHIFT & DAYS OFF: 10:00pm - 6:00am
DATE OF REPORT: 10/11/07      TIME OF REPORT: 11:25pm

## SYNOPSIS OF INCIDENT(S)

On above date and time, mention above while I officer Maria
Aide Perez was conducting my rounds through Infirmary not walk
inmate Melissa Lucio #211719 advised me that she is having abdominal
pains. Sgt. Joe Villarreal was advised of situation who then in turn
advised medical staff via phone.

Report Done for the Record      Maria Aide Perez

**SHIFT SUPERVISOR'S RECOMMENDATION:**
No Action Taken ( )    Written Reprimand ( )    Disciplinary Board Process ( )
Refer to: Medical Dept.      Other:
COMMENTS: Nurse Cavazos was advised of inmate having pain. Cavazos came to see
inmate and was given medication. Lucio was placed back to her cell block.
DATE: 10-11-7    TIME OF REVIEW:    X Sgt Villarreal
A copy of report sent to medical staff      Shift Supervisor's Signature

**LIEUTENANTS ACTION TAKEN:**
No Action Taken ( )    Reprimand Issued ( )    Disciplinary Board Process ( )
COMMENTS: Copy of Report forwarded to medical department.
DATE: 10-12-07    TIME OF REVIEW: 7:45 AM    X _____
     Lieutenants Signature

CCSD 1-98      White (Supvr. Review)      Yellow (Post Record)

DATE: _____
Fecha:

TO: Sgt. Amaya
Para:

FROM: Lucio   Melissa   Elizabeth
De Parte De:   Last Name (Apellido)   First Name (Primer Nombre)   Middle (Segundo)

ID#: 311719   CELL: S/c #3   DOB: 6.15.69
Numero De Indentificacion:   Celda:   Fecha De Nacimiento:

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
## YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE Y NUMERO DE IDENTIFICACION NO ESTAN CORRECTOS
## USTED NO RECIBIRA UNA RESPUESTA!!!

**REASON (RAZON):**
*Please check one of the following / (Favor de markar uno de los siguente)*

☐ SENTENCE   ☐ BOND   ☐ VISIT   ☐ SPECIAL VISIT   ☐ CHARGES
SENTENCIA   FIANZA   VISITA   VISITA ESPECIAL   CARGOS

☐ COMMISSARY   ☐ PHONE   ☐ SEGREGATION   ☐ LAUNDRY   ☑ OTHER
COMISARIA   TELEFONO   AISLACION   LAVANDERIA   OTRO

COMMENTS: This is my 3rd Request. I never received a response on 1st or 2nd request. Want to know if I could please be placed in Dorm. area. I get anxiety attacks and cannot be in this small _____ Cell. I do not have any Problems with the girls in the Dorm, or them with me. Thank You

NEED TO SPEAK TO (TENGO QUE HABLAR CON):

☐ Lieutenant   ☑ Sergeant   ☐ Asst. Sergeant   ☐ Floor Sergeant
Teniente   Sargento   Asistente del Sargento   Sargento de Piso

☐ Grievance Officer   ☐ Disciplinary Officer   ☐ Classification Officer   ☐ Other
Oficial de Quejas   Oficial de Diciplina   Oficial de Clasificacion   Otro

REASON FOR SPEAKING TO OFFICER (RAZON): Want to be moved to Dorm Area. I get really bad anxiety attacks

INMATE SIGNATURE: Melissa Lucio

## DO NOT WRITE BELOW THIS LINE OR ON THE BACK SIDE
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

Comments:
Classifications fws ⟹

IE-06

# INMATE REQUEST FORM
### (Forma Para Obtener Informacion)

DATE: 3|20|07

Fecha:

TO: Sergeant Araya

Para:

FROM: Lucio          Melissa          Elizabeth

De Parte De:   Last Name (Apellido)      First Name (Primer Nombre)      Middle (Segundo)

ID#: 211719          CELL: Sb #5          DOB: 6·18·69

Numero De Indentificacion:          Celda:          Fecha De Nacimiento:

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
## YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE Y NUMERO DE IDENTIFICACION NO ESTAN CORRECTOS
## USTED NO RECIBIRA UNA RESPUESTA!!!

REASON (RAZON):

*Please check one of the following / (Favor de markar uno de los siguente)*

☐ SENTENCE      ☐ BOND       ☐ VISIT      ☐ SPECIAL VISIT      ☐ CHARGES
SENTENCIA         FIANZA        VISITA         VISITA ESPECIAL         CARGOS

☐ COMMISSARY    ☐ PHONE      ☐ SEGREGATION    ☐ LAUNDRY      ☑ OTHER
COMISARIA         TELEFONO      AISLACION          LAVANDERIA        OTRO

COMMENTS: I want to know if I could be transferred to Dorm for reason my cell is too small, I get alot of anxiety attacks, and my sink leaks water, and I'm pregnant. I've already slipped one time. Thank you

NEED TO SPEAK TO (TENGO QUE HABLAR CON):

☐ Lieutenant          ☐ Sergeant          ☐ Asst. Sergeant          ☐ Floor Sergeant
Teniente               Sargento             Asistente del Sargento      Sargento de Piso

☐ Grievance Officer    ☑ Disciplinary Officer    ☐ Classification Officer    ☐ Other
Oficial de Quejas        Oficial de Diciplina        Oficial de Clasificacion       Otro

REASON FOR SPEAKING TO OFFICER (RAZON): Same as above
Please reconsider my situation. I would surely appreciate it. I don't have any kind of problem being with the other INMATE SIGNATURE: Melissa Lucio
inmates considering I'm in PC.

## DO NOT WRITE BELOW THIS LINE OR ON THE BACK SIDE
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

Comments: _____

IE-06

# INMATE REQUEST FORM
## (Forma Para Obtener Informacion)

DATE: 8·30·07
Fecha:

TO: Sgt. Villarreal
Para:

FROM: Lucio        Melissa        Elizabeth
De Parte De:  Last Name (Apellido)    First Name (Primer Nombre)    Middle (Segundo)

ID#: 211717        CELL: 5c#6        DOB: 6·18·69
Numero De Indentificacion:    Celda:    Fecha De Nacimiento:

**IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,**
**YOU WILL NOT RECEIVE A RESPONSE!!!**

**SI SU NOMBRE Y NUMERO DE IDENTIFICACION NO ESTAN CORRECTOS**
**USTED NO RECIBIRA UNA RESPUESTA!!!**

## REASON (RAZON):
*Please check one of the following / (Favor de markar uno de los siguente)*

☐ SENTENCE    ☐ BOND    ☐ VISIT    ☐ SPECIAL VISIT    ☐ CHARGES
SENTENCIA        FIANZA        VISITA        VISITA ESPECIAL        CARGOS

☐ COMMISSARY    ☐ PHONE    ☐ SEGREGATION    ☐ LAUNDRY    ☑ OTHER
COMISARIA        TELEFONO        AISLACION        LAVANDERIA        OTRO

COMMENTS: I talked to you on Munday in reference to
getting moved to Dorm. Well, there is one empty
Bunk now Can You consider my move. I don't have
Any Problems with anyone in there. Thank You.

### NEED TO SPEAK TO (TENGO QUE HABLAR CON):

☐ Lieutenant    ☐ Sergeant    ☐ Asst. Sergeant    ☐ Floor Sergeant
Teniente        Sargento        Asistente del Sargento    Sargento de Piso

☐ Grievance Officer    ☐ Disciplinary Officer    ☐ Classification Officer    ☐ Other
Oficial de Quejas        Oficial de Diciplina        Oficial de Clasificacion        Otro

REASON FOR SPEAKING TO OFFICER (RAZON): _____

_____

_____

INMATE SIGNATURE: _____

## DO NOT WRITE BELOW THIS LINE OR ON THE BACK SIDE
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

Comments: move to Dorm. Ok by Classification Officer
De la Fuente. 8/30/7  9:15pm

# INMATE REQUEST FORM
**(Forma Para Obtener Información)**

DATE: _10·16·07_
(Fecha)

TO: _Sgt on Floor_
(Para)

FROM: _Lucio_          _MELLISSA_          _ELIZABETH_
(De parte de)   Last Name (Apellido)   First Name (Primer Nombre)   Middle (Segundo Nombre)

ID #: _211719_   CELL: _1-A Dorm_   DOB: _10·18·09_
(Numero de Identificacíon)   (Celda)   (Fecha de Nacimiento)

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
## YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO,
## NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

| | | | |
|---|---|---|---|
| Sentence (Sentencia) | Bond (Fianza) | Visit (Visita) | Charges (Cargos) |
| (Commissary) (Comisario) | Phone (Telefonó) | Segregation (Aislado) | Laundry (Lavandería) |
| Special Visit (Visita Especial) | Other: _Can you please check my_ (Otró) | | |

COMMENTS: _account Dalance please._

---

NEED TO SPEAK TO (TENGO QUE HABLAR CON):

Lieutenant (Teniente)    Sergeant (Sargento)    Asst. Sergeant (Asistente de Sargento)    Floor Sergeant (Sargento de Piso)

Grievance Officer (Oficial de Quejas)    Disciplinary Officer (Oficial de Diciplina)    Classification Officer (Oficial de Clasificacíon)

REASON FOR SPEAKING TO OFFICER: _____

INMATE SIGNATURE: _Mellissa Lucio_
(Firma del Detenido))

## DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
**(No Escriba Bajo de Esta Linea o Atras de Esta Pagina)**

COMMENTS: _$29.41_

# INMATE REQUEST FORM
## (Forma Para Obtener Informacíon)

DATE: *11-13-07*
(Fecha)

TO: *Sgt. on Floor*
(Para)

FROM: *Lucio*     *Melissa*     *Elizabeth*
(De parte de)   **Last Name** (Apellido)    **First Name** (Primer Nombre)    **Middle** (Segundo Nombre)

ID #: *21719*    CELL: *1A Dorm*    DOB: *10-18-69*
(Numero de Identificacíon)   (Celda)     (Fecha de Nacimiento)

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
## YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO,
## NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

| | | | |
|---|---|---|---|
| Sentence (Sentencía) | Bond (Fianza) | Visit (Visita) | Charges (Cargos) |
| (Commissary) (Comisario) | Phone (Telefonó) | Segregation (Aislado) | Laundry (Lavandería) |
| Special Visit (Visita Especial) | Other: (Otró) | | |

COMMENTS: *Can you please check my*
*account Thank You —*

## NEED TO SPEAK TO (TENGO QUE HABLAR CON):

| | | | |
|---|---|---|---|
| Lieutenant (Teniente) | Sergeant (Sargento) | Asst. Sergeant (Asistente de Sargento) | Floor Sergeant (Sargento de Piso) |
| Grievance Officer (Oficial de Quejas) | Disciplinary Officer (Oficial de Diciplina) | Classification Officer (Oficial de Clasificacíon) | |

REASON FOR SPEAKING TO OFFICER: _____

INMATE SIGNATURE: *Melissa Lucio*
(Firma del Detenido))

## DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

COMMENTS: _____

*0.04*    *11/13/07*

## INMATE REQUEST FORM
### (Forma Para Obtener Informacíon)

DATE: 2·8·06
(Fecha)

TO: Corp Garza
(Para)

FROM: Lucio,          Melissa          Elizabeth
(De parte de)   Last Name (Apellido)      First Name (Primer Nombre)      Middle (Segundo Nombre)

ID #: 811719          CELL: Dorm          DOB: 10·18·09
(Numero de Identificacíon)   (Celda)      (Fecha de Nacimiento)

### IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
### YOU WILL NOT RECEIVE A RESPONSE!!!

### SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO,
### NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

| | | | |
|---|---|---|---|
| Sentence (Sentencia) | Bond (Fianza) | Visit (Visita) | Charges (Cargos) |
| Commissary (Comisario) | Phone (Telefonó) | Segregation (Aislado) | Laundry (Lavandería) |
| Special Visit (Visíta Especial) | Other: The inmates and I want to (Otró) | | |

COMMENTS: Know if inmate Sandra Rios sc#'s can be moved from cell. We have problems with her.

NEED TO SPEAK TO (TENGO QUE HABLAR CON):

Lieutenant (Teniente)     Sergeant (Sargento)     Asst. Sergeant (Asistente de Sargento)     Floor Sergeant (Sargento de Piso) Jackie Baldwin

Grievance Officer (Oficial de Quejas)     Disciplinary Officer (Oficial de Diciplina)     Classification Officer (Oficial de Clasificación)

REASON FOR SPEAKING TO OFFICER: by Torres

INMATE SIGNATURE: Melissa Lucio
(Firma del Detenido))

### DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

COMMENTS: Demi: by Cathy          2-8-08

**INMATE REQUEST FORM**
**(Forma Para Obtener Informacíon)**

DATE: 2·8·06
(Fecha)

TO: Corp Garza
(Para)

FROM: Lucio,          Melissa          Elizabeth
(De parte de)    Last Name (Apellido)    First Name (Primer Nombre)    Middle (Segundo Nombre)

ID #: 81171a    CELL: Dorm    DOB: 10·18·69
(Numero de Identificacíon)    (Celda)    (Fecha de Nacimiento)

**IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,**
**YOU WILL NOT RECEIVE A RESPONSE!!!**

**SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO,**
**NO RECIBIRA RESPUESTA!!!**

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

Sentence          Bond          Visit          Charges
(Sentencía)       (Fianza)      (Visita)       (Cargos)

Commissary        Phone         Segregation    Laundry
(Comisario)       (Telefonó)    (Aislado)      (Lavandería)

Special Visit     Other: The inmates and I want to
(Visita Especial) (Otró)

COMMENTS: Know if inmate Sandra Rios sc#5 can be
moved from cell. We have problems with her.

NEED TO SPEAK TO (TENGO QUE HABLAR CON):
Lieutenant        Sergeant      Asst. Sergeant    Floor Sergeant  Jackie
(Teniente)        (Sargento)    (Asistente de Sergento)  (Sargento de Piso)  Baldwin

Grievance Officer  Disciplinary Officer  Classification Officer
(Oficial de Quejas)  (Oficial de Diciplina)  (Oficial de Clasificación)

REASON FOR SPEAKING TO OFFICER:
Baby Torres

INMATE SIGNATURE: Melissa Lucio
(Firma del Detenido))

**DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK**
**(No Escriba Bajo de Esta Linea o Atras de Esta Pagina)**

COMMENTS: Denied by Cowly          2-8-08

# INMATE REQUEST FORM
## (Forma Para Obtener Información)

DATE: 2·16·08
(Fecha)

TO: Cpl. GARZA
(Para)

FROM: Lucio          Melissa          E.
(De parte de)  **Last Name (Apellido)**          **First Name (Primer Nombre)**          **Middle (Segundo Nombre)**

ID #: 211719          CELL: Dorm          DOB: 10·18·69
(Numero de Identificacíon)     (Celda)          (Fecha de Nacimiento)

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY, YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO, NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

Sentence          Bond          Visit          Charges
(Sentencía)       (Fianza)      (Visita)       (Cargos)

Commissary        (Phone)       Segregation    Laundry
(Comisario)       (Telefonó)    (Aislado)      (Lavandería)

Special Visit     Other: _____
(Visíta Especial) (Otró)

COMMENTS: Can I please get a phone call to
Call my mom to notify her about my restriction,
so they wont have to come
NEED TO SPEAK TO (TENGO QUE HABLAR CON): all the way from Hgn. Thank
Lieutenant     Sergeant     Asst. Sergeant     Floor Sergeant  you
(Teniente)     (Sargento)   (Asistente de Sargento)  (Sargento de Piso)

Grievance Officer     Disciplinary Officer     Classification Officer
(Oficial de Quejas)   (Oficial de Diciplina)   (Oficial de Clasificacíon)

REASON FOR SPEAKING TO OFFICER: _____

INMATE SIGNATURE: M. Lucio
(Firma del Detenido))

## DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

COMMENTS: No Privileges

# INMATE REQUEST FORM
**(Forma Para Obtener Informacíon)**

**DATE:** 2·19·08
(Fecha)

**TO:** Sgt. Villarreal or Sgt. on Duty
(Para)

**FROM:** Lucio        MELISSA        E.
(De parte de)   Last Name (Apellido)   First Name (Primer Nombre)   Middle (Segundo Nombre)

**ID #:** 211719      **CELL:** 1A DORM      **DOB:** 10·18·69
(Numero de Identificacíon)   (Celda)   (Fecha de Nacimiento)

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
## YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO,
## NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

| | | | |
|---|---|---|---|
| Sentence (Sentencia) | Bond (Fianza) | Visit (Visita) | Charges (Cargos) |
| Commissary (Comisario) | (Phone) (Telefono) | Segregation (Aislado) | Laundry (Lavandería) |
| Special Visit (Visita Especial) | Other: (Otró) | | |

**COMMENTS:** need to call my mother, so she can call my CPS worker in reference to my case.

NEED TO SPEAK TO (TENGO QUE HABLAR CON):

| | | | |
|---|---|---|---|
| Lieutenant (Teniente) | Sergeant (Sargento) | Asst. Sergeant (Asistente de Sargento) | Floor Sergeant (Sargento de Piso) |

| | | |
|---|---|---|
| Grievance Officer (Oficial de Quejas) | Disciplinary Officer (Oficial de Diciplina) | Classification Officer (Oficial de Clasificacíon) |

REASON FOR SPEAKING TO OFFICER: _____

INMATE SIGNATURE: M. Lucio
(Firma del Detenido))

## DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
**(No Escriba Bajo de Esta Linea o Atras de Esta Pagina)**

COMMENTS: Denied   NO phone privileges

## INMATE REQUEST FORM
### (Forma Para Obtener Informacíon)

DATE: 2·19·08
(Fecha)

TO: Sgt. Villarreal
(Para)

FROM: Lucio                    Melissa              E
(De parte de)   Last Name (Apellido)      First Name (Primer Nombre)      Middle (Segundo Nombre)

ID #: 211719        CELL: DORM        DOB: 10·18·69
(Numero de Identificacion)   (Celda)              (Fecha de Nacimiento)

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
## YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO,
## NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

| | | | |
|---|---|---|---|
| Sentence (Sentencia) | Bond (Fianza) | Visit (Visita) | Charges (Cargos) |
| Commissary (Comisario) | Phone (Telefonó) | Segregation (Aislado) | Laundry (Lavandería) |
| Special Visit (Visíta Especial) | Other: (Otró) | | |

COMMENTS: _____

NEED TO SPEAK TO (TENGO QUE HABLAR CON):

| | | | |
|---|---|---|---|
| Lieutenant (Teniente) | Sergeant (Sargento) | Asst. Sergeant (Asistente de Sargento) | Floor Sergeant (Sargento de Piso) |
| (Grievance Officer) (Oficial de Quejas) | Disciplinary Officer (Oficial de Diplina) | Classification Officer (Oficial de Clasificacion) | |

REASON FOR SPEAKING TO OFFICER: Need to fill a
Complaint on an Officer

INMATE SIGNATURE: M. Lucio
(Firma del Detenido))

## DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

COMMENTS: _____

# INMATE REQUEST FORM
## (Forma Para Obtener Informacion)

*Give 3-10-08 Grievance Complain informe*

**DATE:** 3-07-08
(Fecha)

**TO:** Lt. Ramirez
(Para)

**FROM:** Lucio                    Melissa                    Elizabeth
(De parte de)    Last Name (Apellido)      First Name (Primer Nombre)      Middle (Segundo Nombre)

**ID #:** 211719          **CELL:** A-11 Dorm          **DOB:** 10-18-69
(Numero de Identificacion)   (Celda)              (Fecha de Nacimiento)

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
## YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE O NUMERO DE IDENTIFICACION NO ESTA CORRECTO,
## NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

| | | | |
|---|---|---|---|
| Sentence (Sentencia) | Bond (Fianza) | Visit (Visita) | Charges (Cargos) |
| Commissary (Comisario) | Phone (Telefonó) | Segregation (Aislado) | Laundry (Lavandería) |
| Special Visit (Visita Especial) | (Other) (Otró) | | |

(Other): WE WANt & NEED to make a

**COMMENTS:** Grievance Report on a certain guard that still won't comply to our needs Have spoken to you

**NEED TO SPEAK TO (TENGO QUE HABLAR CON):** about this matter and we still don't see any change in the situation

Lieutenant          Sergeant          Asst. Sergeant          Floor Sergeant
(Teniente)          (Sargento)        (Asistente de Sargento)   (Sargento de Piso)

Grievance Officer          Disciplinary Officer          Classification Officer
(Oficial de Quejas)        (Oficial de Diciplina)        (Oficial de Clasificacion)

**REASON FOR SPEAKING TO OFFICER:** _____

_____

**INMATE SIGNATURE:** Melissa Lucio
(Firma del Detenido))

## DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

**COMMENTS:** _____

3/10/8 Inmt Given Grievance _____

# INMATE REQUEST FORM
## (Forma Para Obtener Informacíon)

DATE: **3.28.06**
(Fecha)

TO: **Cpt. on Duty**
(Para)

FROM: **Lucio**     **Melissa**     **Elizabeth**
(De parte de)   Last Name (Apellido)    First Name (Primer Nombre)    Middle (Segundo Nombre)

ID #: **211719**    CELL: **MDF.**    DOB: **0.18.09**
(Numero de Identificacíon)    (Celda)    (Fecha de Nacimiento)

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY, YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO, NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

| | | | |
|---|---|---|---|
| Sentence (Sentencía) | Bond (Fianza) | Visit (Visita) | Charges (Cargos) |
| Commissary (Comisario) | (Phone) (Teléfono) | Segregation (Aislado) | Laundry (Lavandería) |
| Special Visit (Visita Especial) | Other: **Want to request a phone** (Otró) | | |

COMMENTS: **Call to mom in reference to my CPS Case Please as soon as possible this is my 4th request and have**

NEED TO SPEAK TO (TENGO QUE HABLAR CON): **not received**

| | | | |
|---|---|---|---|
| Lieutenant (Teniente) | Sergeant (Sargento) | Asst. Sergeant (Asistente de Sargento) | Floor Sergeant (Sargento de Piso) **an answer** |
| Grievance Officer (Oficial de Quejas) | Disciplinary Officer (Oficial de Diciplina) | Classification Officer (Oficial de Clasificacíon) | **yet!** |

REASON FOR SPEAKING TO OFFICER: _____

_____

INMATE SIGNATURE: **Melissa E. Lucio**
(Firma del Detenido)

## DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

COMMENTS: *Provided with phone call 3/29/08*

# INMATE REQUEST FORM
## (Forma Para Obtener Informacíon)

DATE: 4·02·08
(Fecha)

TO: Sgt. Brenda
(Para)

FROM: Lucio          Melissa          Elizabeth
(De parte de)   Last Name (Apellido)      First Name (Primer Nombre)      Middle (Segundo Nombre)

ID #: 811719      CELL: Dorm      DOB: 0·18·09
(Numero de Identificacion)   (Celda)      (Fecha de Nacimiento)

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
## YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO,
## NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

Sentence        Bond        Visit        Charges
(Sentencia)     (Fianza)    (Visita)     (Cargos)

Commissary      (Phone)     Segregation  Laundry        EMERGENCY
(Comisario)     (Telefono)  (Aislado)    (Lavandería)

Special Visit   Other: May I PLEASE REQUEST an PHONE
(Visita Especial)  (Otró)

COMMENTS: CALL. I JUST GOT SOME "BAD" NEWS CONCERNING
My 5yr old daughter at her foster home. It is

NEED TO SPEAK TO (TENGO QUE HABLAR CON): an emergency please
Lieutenant      (Sergeant)      Asst. Sergeant      Floor Sergeant Consider my
(Teniente)      (Sargento)      (Asistente de Sargento)   (Sargento de Piso) Call.

Grievance Officer      Disciplinary Officer      Classification Officer
(Oficial de Quejas)    (Oficial de Diciplina)    (Oficial de Clasificacíon)

REASON FOR SPEAKING TO OFFICER: _____

INMATE SIGNATURE: Melissa Lucio
(Firma del Detenido))

## DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

COMMENTS: ____ phone call done to mon ___
____ 4/2/08 approved by Cpl Ybarra
No answer

DATE: _____
(Fecha)

TO: Sgt Moore
(Para)

FROM: Lucio          Melissa          Elizabeth
(De parte de)  Last Name (Apellido)    First Name (Primer Nombre)    Middle (Segundo Nombre)

ID #: 311719      CELL: INF SC#2    DOB: 10.18.69
(Numero de Identificacion)    (Celda)    (Fecha de Nacimiento)

### IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY, YOU WILL NOT RECEIVE A RESPONSE!!!

### SI SU NOMBRE O NUMERO DE IDENTIFICAÍON NO ESTA CORRECTO, NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

| | | | |
|---|---|---|---|
| Sentence (Sentencia) | Bond (Fianza) | Visit (Visita) | Charges (Cargos) |
| Commissary (Comisario) | Phone (Telefonó) | Segregation (Aislado) | Laundry (Lavandería) |
| Special Visit (Visita Especial) | Other: (Otró) | | |

Other: I WANT TO KNOW WHY I'M IN A

COMMENTS: SC AND GARCIA IS IN DORM, WHEN SHE IS ALSO ON RESTRICTION. SHE IS ABLE TO HAVE VERBAL COMMUNICATION WITH THE INMATES IN THERE AND OTHER PRIVILEGES.....

NEED TO SPEAK TO (TENGO QUE HABLAR CON):

| | | | |
|---|---|---|---|
| Lieutenant (Teniente) | Sergeant (Sargento) | Asst. Sergeant (Asistente de Sargento) | Floor Sergeant (Sargento de Piso) |
| Grievance Officer (Oficial de Quejas) | Disciplinary Officer (Oficial de Diciplina) | Classification Officer (Oficial de Clasificacion) | |

REASON FOR SPEAKING TO OFFICER: _____

INMATE SIGNATURE: Melissa Lucio
(Firma del Detenido))

### DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

COMMENTS: Garcia was in Possession of one letter while you wrote Many letters to trustee And Communicated back and forth. You Do have Verbal Communication with others In Inf. You Also Signed to be In lockdown No Priv. And you Agreed to be there. Trustee Stated this has been Going on for Months.

(Fecha)

**TO:** Sgt. Moore
(Para)

**FROM:** Lucio Melissa Elizabeth
(De parte de) Last Name (Apellido) First Name (Primer Nombre) Middle (Segundo Nombre)

**ID #:** 211719 **CELL:** SC#2 **DOB:** 10.18.09
(Numero de Identificacíon) (Celda) (Fecha de Nacimiento)

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY, YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO, NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

| | | | |
|---|---|---|---|
| Sentence (Sentencía) | Bond (Fianza) | Visit (Visita) | Charges (Cargos) |
| Commissary (Comisario) | Phone (Telefonó) | Segregation (Aislado) | Laundry (Lavandería) |
| Special Visit (Visita Especial) | Other (Otró) Mr. Moore I am aware of what I | | |

COMMENTS: did and take full responsibility, but you did not give me or explain to me what would happen if I did not sign the form. you just mentioned →

NEED TO SPEAK TO (TENGO QUE HABLAR CON):

| | | | |
|---|---|---|---|
| Lieutenant (Teniente) | Sergeant (Sargento) | Asst. Sergeant (Asistente de Sargento) | Floor Sergeant (Sargento de Piso) |
| Grievance Officer (Oficial de Quejas) | Disciplinary Officer (Oficial de Diciplina) | Classification Officer (Oficial de Clasificacíon) | |

REASON FOR SPEAKING TO OFFICER: _____

_____

INMATE SIGNATURE: _____
(Firma del Detenido))

## DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)
COMMENTS: _____

_____

_____

(Forma Para Obtener Informacion)

DATE: _4-01-08_
Fecha:

TO: _Laundry Officer_
Para:

FROM: _Lucio        Melissa        E._
De Parte De: Last Name (Apellido)    First Name (Primer Nombre)    Middle (Segundo)

ID#: _211719_    CELL: _SC#2_    DOB: _10/18/09_
Numero De Indentificacion:    Celda:    Fecha De Nacimiento:

**IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
YOU WILL NOT RECEIVE A RESPONSE!!!**

**SI SU NOMBRE Y NUMERO DE IDENTIFICACION NO ESTAN CORRECTOS
USTED NO RECIBIRA UNA RESPUESTA!!!**

REASON (RAZON):
*Please check one of the following / (Favor de markar uno de los siguente)*

☐ SENTENCE    ☐ BOND    ☐ VISIT    ☐ SPECIAL VISIT    ☐ CHARGES
SENTENCIA    FIANZA    VISITA    VISITA ESPECIAL    CARGOS

☐ COMMISSARY    ☐ PHONE    ☐ SEGREGATION    ☐ LAUNDRY    ☑ OTHER
COMISARIA    TELEFONO    AISLACION    LAVANDERIA    OTRO

COMMENTS: _I am requesting an_
_indigent package please_

NEED TO SPEAK TO (TENGO QUE HABLAR CON):

☐ Lieutenant    ☐ Sergeant    ☐ Asst. Sergeant    ☐ Floor Sergeant
Teniente    Sargento    Asistente del Sargento    Sargento de Piso

☐ Grievance Officer    ☐ Disciplinary Officer    ☐ Classification Officer    ☐ Other
Oficial de Quejas    Oficial de Diciplina    Oficial de Clasificacion    Otro

REASON FOR SPEAKING TO OFFICER (RAZON): _____

INMATE SIGNATURE: _M. Lucio_

**DO NOT WRITE BELOW THIS LINE OR ON THE BACK SIDE**
(No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

Comments: _____
_You ~~recieved~~ received a $15.00 money order on 4-29-08._
_Indigent means you have no money._

7300 Old Alice Road
Olmito, Texas 78575
Ph: (956) 554-6700
Fx: (956) 554-6780

**To Protect & Serve**

608 East Harrison
Harlingen, Texas 78550
Ph: (956) 427-8060
Fx: (956) 412-1402

Serve

# Sheriff

TO:          SUPERVISORS AND STAFF

FROM:    DISCIPLINARY DEPT. C.X.BORREGO

DATE:      MAY 16, 2008

RE:          ADMINISTRATIVE SEPARATION
                  *(LUCIO MELISSA ELIZABETH #211719)*

   DUE TO THE PROTECTION OF INMATE *(LUCIO MELISSA ELIZABETH #211719)* AND FOR THE SECURITY OF THE FACILITY.  THE CAMERON COUNTY JAIL HAS NO ALTERNATIVE, BUT TO PLACE INMATE *(LUCIO MELISSA ELIZABETH #211719)* UNDER ADMINISTRATIVE SEPARATION STATUS. THE INMATE STATUS SHALL BE REVIEWED AT LEAST EVERY THIRTY DAYS FOR THE CONTINUANCE OF INMATE'S STATUS.  INMATE SHALL RETAIN ACCESS TO SERVICES AND ACTIVITIES, UNLESS THE CONTINUANCE OF THE SERVICES AND ACTIVITIES WOULD ADVERSELY AFFECT THE SAFETY AND SECURITY OF THE FACILITY.INMATE *(LUCIO MELISSA ELIZABETH #211719)* IS TO BE ESCORTED BY HIMSELF <u>AT ALL</u> TIMES REGARDLESS OF TRAFFIC WITHIN THE POD. INMATE IS TO HAVE VISIT AND ANY OTHER ACTIVITY BY HIMSELF. **INMATE SHOULD BE HANDCUFFED AND SHACKLED AND ESCORTED BY TWO OFFICERS AT ALL TIMES.**

# INMATE REQUEST FORM
**(Forma Para Obtener Información)**

DATE: 5·19·08
(Fecha)

TO: CLASSIFICATION Officer. Sgt. ANAYA
(Para)

FROM: LUCIO         MELISSA         ELIZABETH
(De parte de)   Last Name (Apellido)   First Name (Primer Nombre)   Middle (Segundo Nombre)

ID #: 211719   CELL: SC#2   DOB: 10·18·69
(Numero de Identificacion)   (Celda)   (Fecha de Nacimiento)

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
## YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO,
## NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

| | | | |
|---|---|---|---|
| Sentence (Sentencia) | Bond (Fianza) | Visit (Visita) | Charges (Cargos) |
| Commissary (Comisario) | Phone (Telefonó) | Segregation (Aislado) | Laundry (Lavandería) |
| Special Visit (Visita Especial) | Other: I WOULD LIKE TO KNOW IF I COULD (Otró) | | |

COMMENTS: PLEASE BE MOVED BACK TO THE DORM. I DON'T HAVE ANY PROBLEMS WITH ANY OF THE FEMALES IN THERE

NEED TO SPEAK TO (TENGO QUE HABLAR CON):

| | | | |
|---|---|---|---|
| Lieutenant (Teniente) | Sergeant (Sargento) | Asst. Sergeant (Asistente de Sargento) | Floor Sergeant (Sargento de Piso) |
| Grievance Officer (Oficial de Quejas) | Disciplinary Officer (Oficial de Diciplina) | Classification Officer (Oficial de Clasificacion) | |

REASON FOR SPEAKING TO OFFICER: THINGS WERE ALOT CALMER WHEN I WAS IN THERE. INMATES IN THERE RESPECT ME, AND I WOULD LIKE TO MOVE BACK IN THERE A/S/A/P   INMATE SIGNATURE: Melissa Lucio
(Firma del Detenido))

## DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

COMMENTS: No Sorry

## INMATE REQUEST FORM
### (Forma Para Obtener Informacíon)

DATE: 0.23.08
(Fecha)

TO: Corporal UBARRA
(Para)

FROM: LUCIO          MELISSA          E.
(De parte de)  Last Name (Apellido)   First Name (Primer Nombre)   Middle (Segundo Nombre)

ID #: 311719    CELL: 3C#2    DOB: 10.18.69
(Numero de Identificacíon)   (Celda)   (Fecha de Nacimiento)

### IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY, YOU WILL NOT RECEIVE A RESPONSE!!!

### SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO, NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

| | | | |
|---|---|---|---|
| Sentence (Sentencia) | Bond (Fianza) | Visit (Visita) | Charges (Cargos) |
| Commissary (Comisario) | (Phone) (Telefonó) | Segregation (Aislado) | Laundry (Lavandería) |
| Special Visit (Visíta Especial) | Other: (Otró) I WOULD LIKE TO KNOW IF | | |

COMMENTS: I CAN BE ALLOWED A PHONE CALL TO MY MOTHER IN REFERENCE TO HER BRINGING

NEED TO SPEAK TO (TENGO QUE HABLAR CON):

| | | | |
|---|---|---|---|
| Lieutenant (Teniente) | Sergeant (Sargento) | Asst. Sergeant (Asistente de Sargento) | Floor Sergeant (Sargento de Piso) |
| Grievance Officer (Oficial de Quejas) | Disciplinary Officer (Oficial de Diciplina) | Classification Officer (Oficial de Clasificacíon) | |

REASON FOR SPEAKING TO OFFICER: MY CLOTHES BEFORE WED. I GO TO TRIAL ON WED & NEED CIVIL CLOTHING

INMATE SIGNATURE: M. Lucio
(Firma del Detenido)

### DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

COMMENTS:

Approved by ___
5/23/08          Done
                 5/24/08

# INMATE REQUEST FORM
**(Forma Para Obtener Informacíon)**

A13/A-1P

**DATE:** 5-01-08
(Fecha)

**TO:** Cpt. Ybarra Classification
(Para)

**FROM:** Lucio    Melissa    E
(De parte de)    Last Name (Apellido)    First Name (Primer Nombre)    Middle (Segundo Nombre)

**ID #:** 211719    **CELL:** SC#2    **DOB:** 10-18-09
(Numero de Identificacíon)    (Celda)    (Fecha de Nacimiento)

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
## YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO,
## NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

Sentence        Bond        Visit        Charges
(Sentencía)     (Fianza)    (Visíta)     (Cargos)

Commissary      Phone       Segregation  Laundry
(Comisario)     (Telefonó)  (Aislado)    (Lavandería)

Special Visit   Other: Sir, BY ANY CHANCE IS THERE
(Visíta Especial)  (Otró)

COMMENTS: ANY POSSIBLE WAY YOU CAN MOVE ME
BACK INTO THE DORM PLEASE. I AM no longer on

NEED TO SPEAK TO (TENGO QUE HABLAR CON):
Lieutenant      Sergeant    Asst. Sergeant      Floor Sergeant
(Teniente)      (Sargento)  (Asistente de Sargento)  (Sargento de Piso)

Grievance Officer     Disciplinary Officer     Classification Officer
(Oficial de Quejas)   (Oficial de Diciplina)   (Oficial de Clasificacíon)

REASON FOR SPEAKING TO OFFICER: RESTRICTION. HAVE BEEN IN THIS
SINGLE CELL FOR 47 DAYS. MY TRIAL IS COMING

INMATE SIGNATURE: M. Lucio
(Firma del Detenido))

## DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
**(No Escriba Bajo de Esta Linea o Atras de Esta Pagina)**

COMMENTS:
W/P Disciplinary Board You Will Remain
in Cell Under Administrative Seperation.
6/01/08

## CAMERON COUNTY JAIL DIVISION
### NOTICE OF MAJOR / MINOR RULE(S) VIOLATION - HEARING -WAIVER

| Date: 12-9-07 | Time: am / pm | Location: | Jail | D.C.I | D.C.II |
|---|---|---|---|---|---|

| Inmate Name: Hugo, Melissa | I.D. #: 211719 |
|---|---|

**RULE (S) VIOLATED**

| | | Rule Number: |
|---|---|---|
| 1. Verbal warning | | |
| 2. | | |
| 3. | | |

**OFFICERS INVOLVED**

| Name: | Incident Report Attached?   Yes   No |
|---|---|
| Shift Supervisor: | Was anyone injured?   Yes   No |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Notice to Inmate / Due Process Rights

*You have been charged with engaging in misconduct or violation of facility rules. You are scheduled to appear at a Disciplinary Board Hearing. You have the right to appear in person, be represented by a staff member or a fellow inmate if you are illiterate or if the issue is to complex. During your hearing, you may present on your own behalf; testimony, evidence and witnesses. Witnesses will be strictly limited to persons having personal knowledge of the offenses charged and to those needed by the Board to decide the case. You have the right to written copy of the incident report and the right to be advised of the Discipline Board's decision and disposition, in writing. You may appeal the Board's decision to the Sheriff or his designee within (30) days of the hearing.*

### Disciplinary Board Hearing Notice Service
*I have received 24 hour written notification of my hearing and acknowledge my Due Process Rights:*

| Inmate Signature: | Date: | Time: am / pm |
|---|---|---|
| Served by: | Your hearing is scheduled for: | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### WAIVER
Note: This waiver shall only be applied if the inmate is charged with a **Minor** Rule(s) Violation.

*YOU MAY WAIVE YOUR RIGHT TO A DISCIPLINARY BOARD HEARING. IF YOU WAIVE THIS RIGHT THE FACILITY SUPERVISOR MAY RENDER A DECISION AND ASSESS SANCTIONS IF APPLICABLE.*

I WAIVE MY RIGHT TO A FORMAL HEARING AND APPEAL PROCESS.  I AGREE TO THE SANCTIONS RECOMMENDED BY THE FACILITY SUPERVISOR.

| Inmate Signature: Melissa Hugo | Date: 12-9-07 |
|---|---|
| Facility Supervisor: | Begin:   End: |
| Sanctions: Verbal Warning | |

# CAMERON COUNTY JAIL DIVISION
## NOTICE OF MAJOR / MINOR RULE(S) VIOLATION - HEARING -WAIVER

| | Time: | am / pm | Location: | | Jail | D.C.I | D.C.II |
|---|---|---|---|---|---|---|---|

| Name: | | I.D. # : | |
|---|---|---|---|
| VIOLATED | | Rule Number: | |
| | | | |
| | | | |
| | | | |

| CERS INVOLVED | | | |
|---|---|---|---|
| e: | | Incident Report Attached? | Yes | No |
| Supervisor: | | Was anyone injured? | Yes | No |

*******************************************************************

## Notice to Inmate / Due Process Rights

have been charged with engaging in misconduct or violation of facility rules. You are scheduled to appear at a ciplinary Board Hearing. You have the right to appear in person, be represented by a staff member or a fellow ate if you are illiterate or if the issue is to complex. During your hearing, you may present on your own behalf; imony, evidence and witnesses. Witnesses will be strictly limited to persons having personal knowledge of the nses charged and to those needed by the Board to decide the case. You have the right to written copy of the incident ort and the right to be advised of the Discipline Board's decision and disposition, in writing. You may appeal the ard's decision to the Sheriff or his designee within (30) days of the hearing.

### Disciplinary Board Hearing Notice Service

ave received 24 hour written notification of my hearing and acknowledge my Due Process Rights:

| nmate Signature: | | Date: | Time: | am / pm |
|---|---|---|---|---|
| erved by: | Your hearing is scheduled for: | | | |

*******************************************************************

## WAIVER

Note: This waiver shall only be applied if the inmate is charged with a **Minor** Rule(s) Violation.

*YOU MAY WAIVE YOUR RIGHT TO A DISCIPLINARY BOARD HEARING. IF YOU WAIVE THIS RIGHT THE FACILITY SUPERVISOR MAY RENDER A DECISION AND ASSESS SANCTIONS IF APPLICABLE.*

WAIVE MY RIGHT TO A FORMAL HEARING AND APPEAL PROCESS. I AGREE TO THE SANCTIONS RECOMMENDED BY HE FACILITY SUPERVISOR.

| Inmate Signature: | | Date: | |
|---|---|---|---|
| Facility Supervisor: | | Begin: | End: |
| Sanctions: | | | |

## INMATE REQUEST FORM
### (Forma Para Obtener Informacion)

DATE: 8·30·07

Jia:

TO: Sgt. Villareal

Para:

FROM: Lucio Melissa Elizabeth

De Parte De: Last Name (Apellido)  First Name (Primer Nombre)  Middle (Segundo)

ID#: 211717  CELL: SC #6  DOB: 10·18·69

Numero De Indentificacion:  Celda:  Fecha De Nacimiento:

### IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
### YOU WILL NOT RECEIVE A RESPONSE!!!

### SI SU NOMBRE Y NUMERO DE IDENTIFICACION NO ESTAN CORRECTOS
### USTED NO RECIBIRA UNA RESPUESTA!!!

**REASON (RAZON):**
*Please check one of the following / (Favor de markar uno de los siguente)*

☐ SENTENCE  ☐ BOND  ☐ VISIT  ☐ SPECIAL VISIT  ☐ CHARGES
SENTENCIA  FIANZA  VISITA  VISITA ESPECIAL  CARGOS

☐ COMMISSARY  ☐ PHONE  ☐ SEGREGATION  ☐ LAUNDRY  ☑ OTHER
COMISARIA  TELEFONO  AISLACION  LAVANDERIA  OTRO

COMMENTS: I talked to you on Munday in reference to getting moved to Dorm. Well, there is one empty Bunk Now. Can you consider my move. I don't have any problems with anyone in there. Thank You.

**NEED TO SPEAK TO (TENGO QUE HABLAR CON):**

☐ Lieutenant  ☐ Sergeant  ☐ Asst. Sergeant  ☐ Floor Sergeant
Teniente  Sargento  Asistente del Sargento  Sargento de Piso

☐ Grievance Officer  ☐ Disciplinary Officer  ☐ Classification Officer  ☐ Other
Oficial de Quejas  Oficial de Diciplina  Oficial de Clasificacion  Otro

REASON FOR SPEAKING TO OFFICER (RAZON): _____

_____

_____

INMATE SIGNATURE: _____

### DO NOT WRITE BELOW THIS LINE OR ON THE BACK SIDE
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

Comments: move to Dorm Ok by Classification Officer De la Fuente. 8/30/7 9:15 pm

**DATE:** 4-19-08
(Fecha)

**TO:** Sgt. Moore
(Para)

**FROM:** Lucio        Melissa        Elizabeth
(De parte de)   Last Name (Apellido)      First Name (Primer Nombre)      Middle (Segundo Nombre)

**ID #:** 211719   **CELL:** SC#2   **DOB:** 10-18-69
(Numero de Identificacion)   (Celda)   (Fecha de Nacimiento)

## IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
## YOU WILL NOT RECEIVE A RESPONSE!!!

## SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO,
## NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

Sentence          Bond          Visit          Charges
(Sentencia)       (Fianza)      (Visita)       (Cargos)

Commissary        Phone         Segregation    Laundry
(Comisario)       (Telefonó)    (Aislado)      (Lavandería)

Special Visit     Other Mr. Moore I am aware of what I
(Visita Especial) (Otró)

COMMENTS: did and take full responsibility, but you
did not give me or explain to me what I would
~~when~~ I did not sign the form. You just mentioned →

NEED TO SPEAK TO (TENGO QUE HABLAR CON):
Lieutenant        Sergeant       Asst. Sergeant        Floor Sergeant
(Teniente)        (Sargento)     (Asistente de Sargento)  (Sargento de Piso)

Grievance Officer      Disciplinary Officer       Classification Officer
(Oficial de Quejas)    (Oficial de Diciplina)     (Oficial de Clasificaíon)

REASON FOR SPEAKING TO OFFICER: _____

INMATE SIGNATURE:
(Firma del Detenido))  _____

## DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)
COMMENTS: _____

# INMATE REQUEST FORM
## (Forma Para Obtener Informacíon)

A/S/A-1P

DATE: 5-01-08
(Fecha)

TO: Cpt. YBARRA  Classification
(Para)

FROM: LUCIO          MELISSA          E
(De parte de)   Last Name (Apellido)    First Name (Primer Nombre)   Middle (Segundo Nombre)

ID #: 211719   CELL: SC#2   DOB: 10-18-69
(Numero de Identificacíon)   (Celda)        (Fecha de Nacimiento)

### IF YOUR NAME AND ID # ARE NOT WRITTEN CORRECTLY,
### YOU WILL NOT RECEIVE A RESPONSE!!!

### SI SU NOMBRE O NUMERO DE IDENTIFICACÍON NO ESTA CORRECTO,
### NO RECIBIRA RESPUESTA!!!

*Please circle one or more of the following (Favor de circular uno o mas del siguiente):*
REASON (RAZÓN):

Sentence          Bond          Visit          Charges
(Sentencía)       (Fianza)      (Visita)       (Cargos)

Commissary        Phone         Segregation    Laundry
(Comisario)       (Telefonó)    (Aislado)      (Lavandería)

Special Visit     Other: SIR, BY ANY CHANCE IS THERE
(Visíta Especial) (Otró)

COMMENTS: ANY POSSIBLE WAY YOU CAN MOVE ME
BACK INTO THE DORM PLEASE. I AM NO Longer ON

NEED TO SPEAK TO (TENGO QUE HABLAR CON):
Lieutenant        Sergeant          Asst. Sergeant        Floor Sergeant
(Teniente)        (Sargento)        (Asistente de Sargento)   (Sargento de Piso)

Grievance Officer      Disciplinary Officer      Classification Officer
(Oficial de Quejas)    (Oficial de Diciplina)    (Oficial de Clasificacíon)

REASON FOR SPEAKING TO OFFICER: RESTRICTION. HAVE BEEN IN THIS
SINGLE CELL FOR 47 DAYS. MY TRIAL IS COMING →
INMATE SIGNATURE: M. Lucio
(Firma del Detenido))

## DO NOT WRITE BELOW THIS LINE / NO WRITING ON BACK
### (No Escriba Bajo de Esta Linea o Atras de Esta Pagina)

COMMENTS:
A/P Disciplinary Board You Will Remain
in Cell Under Administrative Separation

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  TEXAS            - STATE ID/TX04111906

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END
OUTPUT MSG 128,       FROM NIC# FOR BVSE    02/20/07 12:10
DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY

```
2L01BVSE .QH.TX0310000
NAM/LUCIO,MELISSA ELIZABETH.SEX/F.RAC/W.DOB/19690618.PUR/C.REQ/OFFICER RIVERA
OPR/M RODRIGUEZ
NO RECORD ON FILE

CRIME RECORDS SERVICE DPS AUSTIN TX 02/20/2007
OUTPUT MSG 129,        FROM CCH# FOR BVSE     02/20/07 12:11
DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY
```

```
NL01BVSE
TX0310000
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/LUCIO,MELISSA ELIZABETH.SEX/F.RAC/W.DOB/19690618.PUR/C.
END
OUTPUT MSG 130,        FROM NIC# FOR BVSE     02/20/07 12:11
DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY
```

# BOOKING REPORT
## CAMERON COUNTY SHERIFF'S DEPARTMENT

Date : 02/15/2008

Page : 1

| BOOKING NO. : **2007020582** | AGENCY ID : **HPD** | I.D. NUMBER : **211719** |
|---|---|---|

| DEFENDANT NAME | RACE |
|---|---|
| **LUCIO, MELISSA ELIZABETH** | **WHITE/HISPANIC** |

| EYES | HAIR | LENGTH | HEIGHT | WEIGHT | BUILD | SKIN TONE | SOCIAL SECURITY NO |
|---|---|---|---|---|---|---|---|
| **BRO** | **BR** | **LONG** | **5' 4"** | **180** | **Medium** | **MBR** | **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** |

| ADDRESS | CITY | STATE ZIP |
|---|---|---|
| **117 W. LEE ST.** | **HARLINGEN** | **TX  78550-** |

| ALIAS OR NICKNAME(S) | STATE DRIVERS LICENSE NUMBER |
|---|---|
| **MELISSA SALINAS** | |

| SEX | AGE | BIRTH DATE | HOME PHONE | MAR.STAT |
|---|---|---|---|---|
| **Female** | **37** | **06/18/1969** | **956-792-1479** | **M** |

| OCCUPATION | WORK PHONE |
|---|---|
| | |

EMERGENCY CONTACT
**SONIA CHAVEZ**

| EMPLOYER | |
|---|---|
| **U/E** | |

**956-536-5736**    RELATION : **SISTER**

| ARRESTING OFFICER | DATE | TIME | WHERE ARRESTED |
|---|---|---|---|
| **VILLARREAL** | **02/18/2007** | **16:14** | **HPD** |

| BOOKING OFFICER | DATE | TIME | SEARCHING OFFICER |
|---|---|---|---|
| **GLEN CASTANEDA /BOOKING O** | **02/18/2007** | **20:00** | |

| TRN Number : | FEDERAL NUMBER | STATE NUMBER |
|---|---|---|
| | | |

| CLASSIFICATION | CELL/SECTION | BUNK | RESPONSIBLE COURT | RESPONSIBLE COUNTY | UCR REPORTING CODE |
|---|---|---|---|---|---|
| **F1B** | **1A DORM** | | | | **01A** |

| SCARS/MARKS/TATTOOS |
|---|
| **TT ARMS, ANKELS** |

| PHONE CALL(S) MADE | | | RESIDENT |
|---|---|---|---|
| 1.   2.   3. | | | **This Jurisdiction** |

| AGENCY BILLED | BILLING RATE | DISPOSITION | SENTENCE LENGTH | SENTENCE DATE |
|---|---|---|---|---|
| | **$ 0.00** | **PENDING** | **0 YEARS     0 DAYS** | **/ /** |

| SCH. RLSE DATE | ACTUAL RELEASE DATE | HOW RELEASED | RELEASED TO |
|---|---|---|---|
| **/ /** | **/ /** | | |

| PLACE OF BIRTH | RELEASED BY |
|---|---|
| **LUBBOCK** | |

| STATUTE CODE | F/M | CHARGE | CASE/DOCKET NO. | FINE | BAIL | DISPOSITION & DATE |
|---|---|---|---|---|---|---|
| 19.03(a)(8) | F | CAPITAL MURDER INDIV UNDR AGE 6 | 07-CR-885-B | $   0.00 | $1,000,000.00 | Pending |
| 49.04 | M | D.W.I. (FTA) | 06-CCR-6849-C  06-CCR-6849-C | $   0.00 | $   0.00 | Sentenced |

TOTAL BAIL:    $1,000,000.00

Verificado por mi firma, Yo estoy de acuerdo que todo el dinero, ya sea en efectivo, cheques, o ordenes de pago que la Carcel del Condado de Cameron reciba de mi persona seran depositados en la cuenta del Inmate Release Trust Account. Reconozco que vi un video de orientatcion en mi lenguaje de origen des pues de ser procesado.

By my signature below, I authorize all monies, cash, checks or money orders, received on my behalf by the Cameron County Jail be deposited into the Inmate Release Trust Account. I acknowledge that I have viewed the inmate orientation video in my native language after my booking process.

X _____          X _____
DEFENDANT'S SIGNATURE AT TIME OF ARREST    DATE                     OFFICER

Date : 02/18/2007

# BOOKING REPORT
## CAMERON COUNTY SHERIFF'S DEPARTMENT

Page :  1

| BOOKING NO. : **2007020582** | AGENCY ID : **HPD** | I.D. NUMBER : **211719** |
|---|---|---|

| DEFENDANT NAME | RACE |
|---|---|
| **LUCIO, MELISSA ELIZABETH** | **WHITE/HISPANIC** |

| EYES | HAIR | LENGTH | HEIGHT | WEIGHT | BUILD | SKIN TONE | SOCIAL SECURITY NO |
|---|---|---|---|---|---|---|---|
| **BRO** | **BR** | **LONG** | **5' 4"** | **180** | **Medium** | **MBR** | **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** |

| ADDRESS | CITY | STATE ZIP |
|---|---|---|
| **117 W. LEE ST.** | **HARLINGEN** | **TX   78550-** |

| ALIAS OR NICKNAME(S) | STATE DRIVERS LICENSE NUMBER |
|---|---|
| | |

| SEX | AGE | BIRTH DATE | HOME PHONE | MAR.STAT | |
|---|---|---|---|---|---|
| **Female** | **37** | **06/18/1969** | **956-792-1479** | **M** | EMERGENCY CONTACT **SONIA CHAVEZ** |

| OCCUPATION | WORK PHONE |
|---|---|
| | |

| EMPLOYER | |
|---|---|
| **U/E** | **956-536-5736**      RELATION : **SISTER** |

| ARRESTING OFFICER | DATE | TIME | WHERE ARRESTED |
|---|---|---|---|
| **VILLARREAL** | **02/18/2007** | **16:14** | **HPD** |

| BOOKING OFFICER | DATE | TIME | SEARCHING OFFICER |
|---|---|---|---|
| **GLEN CASTANEDA /BOOKING O** | **02/18/2007** | **20:00** | |

| TRN Number : | FEDERAL NUMBER | STATE NUMBER |
|---|---|---|
| | | |

| CLASSIFICATION | CELL/SECTION | BUNK | RESPONSIBLE COURT | RESPONSIBLE COUNTY | UCR REPORTING CODE |
|---|---|---|---|---|---|
| **1B** | **F/21** | **15** | | | **01A** |

SCARS/MARKS/TATTOOS
**TT ARMS, ANKELS,**

| PHONE CALL(S) MADE | | | RESIDENT |
|---|---|---|---|
| 1. | 2. | 3. | **This Jurisdiction** |

| AGENCY BILLED | BILLING RATE | DISPOSITION | SENTENCE LENGTH | | SENTENCE DATE |
|---|---|---|---|---|---|
| | **$ 0.00** | **PENDING** | **0** YEARS | **0** DAYS | **/ /** |

| SCH. RLSE DATE | ACTUAL RELEASE DATE | HOW RELEASED | RELEASED TO |
|---|---|---|---|
| **/ /** | **/ /** | | |

| PLACE OF BIRTH | RELEASED BY |
|---|---|
| **LUBBOCK** | |

| STATUTE CODE | F/M | CHARGE | CASE/DOCKET NO. | FINE | BAIL | DISPOSITION & DATE |
|---|---|---|---|---|---|---|
| 19.03(a)(8) | F | CAPITAL MURDER INDIV UNDR AGE 6 | | $    0.00 | $    0.00 | Pending |

| | TOTAL BAIL: | $    0.00 |
|---|---|---|

Verificado por mi firma, Yo estoy de acuerdo que todo el dinero, ya sea en efectivo, cheques, o ordenes de pago que la Carcel del Condado de Cameron reciba de mi persona seran depositados en la cuenta del Inmate Release Trust Account. Reconozco que vi un video de orientatcion en mi lenguaje de origen des pues de ser procesado.

By my signature below, I authorize all monies, cash, checks or money orders, received on my behalf by the Cameron County Jail be deposited into the Inmate Release Trust Account. I acknowledge that I have viewed the inmate orientation video in my native language after my booking process.

X _____     X _____
DEFENDANT'S SIGNATURE AT TIME OF ARREST       DATE                OFFICER

Date : 02/18/2007

# CHARGES DETAIL REPORT

Page :   1

CAMERON COUNTY SHERIFF'S DEPARTMENT

| Booking # .007020582 | Name LUCIO, MELISSA ELIZABETH | | I.D. Number : 211719 | Resp. Agency HPD | Booking Date/Time 02/18/2007   20:00 | Incident # |
|---|---|---|---|---|---|---|

| Arresting Officer VILLARREAL | Bookting Officer GLEN CASTANEDA /BOOKING O | Birth Date 06/18/1969 | Arrest Type Felony |
|---|---|---|---|

| Charge Code 09990016 | Statute 19.03(a)(8) | Description CAPITAL MURDER INDIV UNDR AGE 6 ***** | Charge # 001 | # Counts 1 | Charging Agency HPD | Case No. |
|---|---|---|---|---|---|---|

| Charge Date 02/18/2007 | Charging Officer VILLARREAL | Charge Disposition Pending | Disposition Date / / | Severity F-X | UCR Code 01A | Court MGCT | Prior Booking Link |
|---|---|---|---|---|---|---|---|

| Warrant # | Warrant Date / / | Issuing Agency | ☐ Out of County Warrant | ☒ Valid for State Reporting |
|---|---|---|---|---|

| Arraignment Date/Time / / | Arraigned By | Plea | Court Date/Time / / |
|---|---|---|---|

| Fine $   0.00 | Bail $   0.00 P/A    : | Bond $   0.00 = | Bond #          Received From Received By : | Bond Date :      / / Clear Date :      / / |
|---|---|---|---|---|

| County CAMERON | Judge | Prosecutor | Defense | ☐ Bound Over  Bound Date :      / / Agency :  HPD |
|---|---|---|---|---|

| Sentence Length 0 Yrs.    0 Days | ( ) Consecutive ( ) Concurrent | ☐ Supplemental Charge | Additional Comments : | |
|---|---|---|---|---|

# CLASSIFICATION AND HOUSING/SEPARATION PROFILE

## CAMERON COUNTY SHERIFF'S DEPARTMENT

| Date /18/2007 | BOOKING NO. 2007020582 | FILE NO. 211719 | RACE WHITE/HISPANIC | BIRTH DATE 06/18/1969 | AGE 37 | SEX Female |
|---|---|---|---|---|---|---|

| INMATE'S NAME : LUCIO, MELISSA ELIZABETH | CITIZENSHIP US | RELIGIOUS PREFERENCE CATH |
|---|---|---|

**EDUCATIONAL HISTORY**

Highest level of schooling completed :**11TH GRADE**

**CONFINEMENT HISTORY**

| | YES | NO |
|---|---|---|
| Have you ever been in jail before? | ____ | X |
| If YES, state when and where : _____ | | |
| Have you ever been convicted of a crime before? | ____ | X |
| If YES, state when and where : _____ | | |
| Have you ever been on Work Release, Probation, or Parole before? | ____ | X |
| Have you ever been placed on Worker/Trustee status while in any other facility? | ____ | X |
| If YES, state when, where, and work assignment : _____ | | |
| Have you ever been placed in segregation status before for any reason? | ____ | X |
| If YES, state when and where : _____ | | |

**MARK IF APPLICABLE**

## PRIMARY FACTORS FOR CLASSIFICATION AND SEPARATION OF INMATES

| | | | |
|---|---|---|---|
| | M | MALE | MALE INMATES WILL BE SEPARATED FROM |
| X | F | FEMALE | FEMALE INMATES BY SIGHT AND SOUND. |
| | J | JUVENILE | JUVENILE INMATES WILL BE SEPARATED FROM ALL ADULT INMATES BY SIGHT AND SOUND. |
| X | 1 | First offender inmate awaiting trial. | |
| | 2 | Inmate who has been convicted of a crime(s). | |
| | 3 | Inmate with a communicable or contagious disease. | |
| | 4 | Witness (not charged with a crime). | |
| | 5 | Trustee, Work Release or Weekend Detention inmate. | |
| | 6 | Inmate suspected of insanity, or has demonstrated homicidal tendencies. | |
| | 7 | Inmate that has been legally adjudged insane. | |
| | 8 | Chemically impaired inmate (alcohol or drugs). | |
| | 9 | Escape risk. | |

## SECONDARY FACTOR FOR SEPARATION AND CELL ASSIGNMENT

| | | |
|---|---|---|
| | A | Assaultive |
| X | B | Non-Assaultive |
| | C | Suicidal Tendencies |
| | D | History of Mental Illness |
| | E | Gang Member |

| X | | NI | 15 |
|---|---|---|---|
| OFFICER | DATE | HOUSING ASSIGNMENT/CELL | |

# INITIAL CUSTODY ASSESSMENT

## CAMERON COUNTY SHERIFF'S DEPARTMENT

INMATE'S NAME : **MELISSA ELIZABETH LUCIO**        BOOKING NO. **2007020582**        DOB : **06/18/1969**

Assessment Date : **02/18/2007**    FILE NO. : **211719**        AGE : **37** SEX : **Female**        RACE : **WHITE/HISPANIC**

## 1. CUSTODY EVALUATION

**A. Severity of Current Offense/Conviction :**
(Use Severity of Offense Scale and Rate Most Serious Offense/Conviction, Including Any Detainers/Warrants)

| | | |
|---|---|---|
| Low | 0 | |
| Moderate | 2 | |
| High | 5 | |
| Highest | 7 | SCORE __7__ |

**B. Serious Offense History :**
(Use Severity of Offense Scale and Rate Most Serious Prior Conviction)

| | | |
|---|---|---|
| None or Low | 0 | |
| Moderate | 1 | |
| High | 4 | |
| Highest | 7 | SCORE __0__ |

**C. Escape History :**
(Excluding Current Offense if scored in Item A)

No Offense for Escape,
Escape Attempts, or
Unauthorized Absences        0

Unauthorized Absence
From Community
Corrections Facility or
Assigned Programs        3

Offenses for Escape
from (Secured) Custody,
from Felony Arrest
or Jail, or Attempt
of Same        7    SCORE __0__

**D. Institutional Disciplinary History :**

None or Minor
Disciplinary Reports        0

1 or More Major
Disciplinary Reports        3    SCORE __0__

**E. Prior Felony Convictions :**
(Excluding Current Offense)

| | |
|---|---|
| None | 0 |
| One | 2 |
| Two or More | 4    SCORE __0__ |

**F. Alcohol and/or Drug Abuse :**

No Social, Economic,
Legal Problems Due To
Abuse        0

Abuse Resulting In
Social, Economic, Legal
Problems        1

Abuse Resulting In
Assaultive Behavior        3    SCORE __0__

**G. Stability Factors :**
(Deduct Indicated Points)

Age 26 or Older        -1

Employed/Attending
School 6 Mos. Prior to
Arrest        -1

Resided at Same
Address for 1 Yr. Prior
to Arrest        -1    SCORE __-1__

**SUBTOTAL**        SCORE __7__
(Add A, B, and C Scores)
A TOTAL SCORE OF 7 OR HIGHER IN ITEMS A, B, AND C
AUTOMATICALLY ASSIGN TO MAXIMUM CUSTODY

**SUBTOTAL**        SCORE __-1__
(Add D, E, F, and G Scores)

## TOTAL COMPREHENSIVE CUSTODY

(Add A-G Scores)    SCORE __6__

# INITIAL CUSTODY ASSESSMENT

## CAMERON COUNTY SHERIFF'S DEPARTMENT

INMATE'S NAME : MELISSA ELIZABETH LUCIO          BOOKING NO. 2007020582          DOB : 06/18/1969

Assessment Date : 02/18/2007          FILE NO. : 211719          AGE : 37     SEX : Female     RACE : WHITE/HISPANIC

## 2. SCALE SUMMARY AND RECOMMENDATIONS

### A. Custody Classification Chart :

| | |
|---|---|
| 7 or More Points on Items A, B, and C | **MAXIMUM** |
| 11 or More Points on Items A through G | MAXIMUM |
| 6 to 10 Points on Items A through G | MEDIUM |
| 5 or Fewer Points on Items A through G With Detainer/Warrant | MEDIUM |
| 5 or Fewer Points on Items A through G | MINIMUM |

### B. Based On the Custody Classification Chart, Circle the Custody Level :

**MAXIMUM**          MEDIUM          MINIMUM

### C. Circle all the special Management Concerns which apply :

Protective Custody                    Psychological Impairment
Escape Threat                         Mental Deficiency
Serious Violence Threat               Known Gang Affiliation
Substance Abuse                       Known Management Problem
Suspected Drug Trafficker             Suicide Risk
Medical                               Physical Impairment
Other _Capital Murder_                Juvenile

### D. Circle Whether Override of Scale Custody Level is Recommended :

(If YES is circled, provide a written explanation)          YES          **NO**

EXPLANATION OF OVERRIDE :

### E. Circle the Recommended Custody Level :

**MAXIMUM**          MEDIUM          MINIMUM

### F. Assessment Staff Member and Date Assessment Completed : _____          02/18/2007

GLEN CASTANEDA / BOOKING OFFICER

### G. Supervisory Review of Override :

Circle Whether Override of Custody Level is Approved or Disapproved
(If DISAPPROVED is circled, provide a written explanation)          DISAPPROVED          APPROVED

EXPLANATION OF DISAPPROVAL :

Circle Final Custody Level :  **MAXIMUM**          MEDIUM          MINIMUM

Supervisor and Date of Override Review : _____          / /



**PINKERMAN AND GONZALEZ**
**PSYCHOLOGICAL ASSOCIATES, PC**
2529 W. Trenton Rd.
Edinburg, Texas 78539
(956) 994-3880 voice, 994-3877 fax
brendenke@cs.com

## CONFIDENTIAL - FOR PROFESSIONAL USE
### ASSESSMENT REPORT
7-5-2008

Client's Name: Melissa Elizabeth Lucio
Date of Birth: 06-18-1969
Age: 38

Case Number 07-CR-885-B
138th Judicial District
Cameron County, Texas

Date of Interviews:

January 21, 2008
February 11, 2008
February 18, 2008
April 29, 2008

## REFERRAL INFORMATION:

Mrs. Lucio was referred for psychological evaluation by a Court order dated December 10, 2007. Mrs. Lucio is charged with capital murder in the death of her two and one half years old daughter, Mariah Alvarez. The purpose of the evaluation is to describe the psychological functioning of Mrs. Lucio and identify how her psychological functioning relates to the circumstances of the charge.

Mrs. Lucio was informed that the purpose of the evaluation was to assist her defense of the charge of capital murder. She was charged with murder of her two and one half year old daughter, Mariah. She was told that interviews, record reviews, consultation with collaborating individuals and the administration of psychological tests were methods to be used in conducting the evaluation.

## NOTIFICATION AND CONFIDENTIALITY:

Mrs. Lucio was also told that any information that she provided might be included in either the written report to be submitted to the Court or in subsequent testimony. She was informed that she could chose not to participate, chose not to answer specific questions

and had the right to consult with her attorney. She was informed that she could end the sessions at any time. Mrs. Lucio did not ask questions regarding the notification. She provided verbal and written consent to proceed. Mr. Gilman, her attorney, witnessed this notification. Mrs. Lucio was also provided reminders about the notification of the limits of confidentiality at the beginning of the second and third interviews.

List of collateral information relied upon:

Extraneous Offense List
Consultation with Mrs. Norma Villanueva, M.S.W.
Review of CPS summaries
Review of DVD interrogation of Mrs. Lucio

**TECHNIQUES ADMINISTERED**:

DOCUMENT REVIEW (ABOVE)
CLINICAL INTERVIEW
MINI-MENTAL STATUS EXAM
SENTENCE COMPLETION BLANK
WECHSLER ADULT INTELLIGENCE SCALE-III (WAIS-III)
MINNESOTA MULTIPHASIC PERSONALITY INVENTORY-2 (MMPI-2)
MILLON CLINICAL MULTIAXIAL INVENTORY-III (MCMI-III)

**RELEVANT HISTORY**:

Family History, Environment and Interactions

Mrs. Lucio grew up with her natural mother, stepfather, two sisters and three brothers in Houston, Texas. She knows little about her father. Her mother worked at many different jobs and she was the primary economic support for the family. Mrs. Lucio described her early childhood as occurring without major problems despite their fragile income. Initially she described herself being an active, outgoing and happy child but her family life was characterized as having many physical fights. Later, she acknowledged being sexual abused for at least two years. At least one brother has had problems with drugs and alcohol. Collateral information substantiates that her childhood was marked by serious problems.

Mrs. Lucio has been married once. She first married around the age of sixteen and had five children. She has been in a common law relationship with Robert Alavarez for more than eleven years. She has fourteen children. Her parenting style was described as permissive and non-authoritarian. She was chided by others that she allowed her children to get away with misbehavior, physical abuse (of their cousins) and destruction of property without appropriate interventions.

Regarding her educational and vocational history, Mrs. Lucio completed eleventh grade before dropping out of Harlingen High School. She remembers being a B and C student. She recalled having many friends in school and being suspended sometime before Eighth Grade. She rarely got in trouble. Upon entry into high school, she became increasingly alienated from school. During this time, she said her family was marked by physical fights. She recalled disliking school, but getting along well with her teachers. She quit school to get married.

## BEHAVIORAL OBSERVATIONS/MENTAL STATUS:

Mrs. Lucio was cooperative with the assessment and interview although somewhat subdued and constrained. She was dressed in a jail uniform and adequately groomed. There were no overt signs of problems with memory, orientation, judgment or cognition. Her affect and mood appeared within normal limits but somewhat flat and depressed. Her general intellectual abilities seemed average. No overt problems with memory, concentration, attention or orientation were observed. She demonstrated adequate understanding of the purpose of the interview and the process of gathering information. She denied feelings of sadness, anger or anxiety. She denies having specific phobias or bad dreams. Her manner, voice and affect were congruent with the content of her responses.

## DIAGNOSTIC ASSESSMENT-INTELLIGENCE AND PERSONALITY FACTORS:

The WAIS-III is used to assess the general thinking and reasoning skills of individuals aged 16-89 years. The test provides several types of scores in interpreting Mrs. Lucio's intellectual functioning depending on the number of subtests administered. Generally speaking, both IQ and Index scores can be reported if all subtests are given. One or the other of these scores can be provided if less than the full battery of subtests is given.

The Full Scale IQ score provides a general overview of Mrs. Lucio's overall thinking and reasoning skills and encompasses two broad domains: Verbal and Performance. The Verbal IQ score indicates how well she did on tasks that required her to listen to questions and give oral responses to them. These tasks measure her skills in understanding verbal information, thinking with words, and expressing thoughts in words. Alternatively, the Performance IQ score indicates how well she did on tasks that required her to examine and think about things such as designs, pictures, and puzzles and to solve problems without using words. These tasks measure her skills in solving nonverbal problems, sometimes requiring eye-hand coordination and working quickly and efficiently with visual information. If the Verbal and Performance IQ scores are markedly different from each other, the Full Scale IQ score is not the best summary of an individual's performance; the Verbal and Performance scores are better measures of ability in this case.

The Index scores encompass four domains: Verbal Comprehension, Perceptual Organization, Working Memory, and Processing Speed. The Verbal Comprehension

Index provides a measure of how well Mrs. Lucio did on tasks that required her to listen to questions and give oral responses to them. The Perceptual Organization Index indicates how well she did on tasks that required her to examine and think about things such as designs, pictures, and puzzles and to solve problems without using words. The last domain index score is unavailable because the two subtests are optional and were not administered.

On the Indexes, she performed in the Borderline range on the Verbal Comprehension Index (VCI). Her performance, which was better than that of approximately 5.0 out of 100 individuals, is an indication of how well she performs on tasks measuring verbally acquired knowledge. On the Perceptual Organization Index (POI), she performed in the Low Average range, or above that of approximately 21.0 out of 100 individuals. Her performance on the POI is a measure of her nonverbal reasoning skills, attentiveness to detail, and eye-hand coordination. Her Processing Speed Index (PSI) score, which was within the Average range, provides a measure of her ability to process visual information quickly. She scored above approximately 66.0 out of 100 individuals on the PSI.

The scores show how well Mrs. Lucio performed compared to a group of individuals the same age from across the United States. An individual may have WAIS-III scores that fall within a wide range from Extremely Low to Very Superior. Most individuals, however, perform within the Average range.

A percentile rank is also reported. This shows where the her scores rank relative in the national comparison group. For example, if the percentile rank is 45, it would mean that she scored higher than approximately 45 out of 100 individuals her age.

The WAIS-III scores should be interpreted with some caution because any individual may score slightly higher or lower if tested again on a different day.

**WAIS-III Test Scores**

| Scales | Score | Percentile Rank | Category |
|---|---|---|---|
| Verbal | 82 | 12.0 | Low Average |
| Performance | 91 | 27.0 | Average |
| Full Scale | 85 | 16.0 | Low Average |

Mrs. Lucio's Full Scale score is in the Low Average range. She scored higher than approximately 16 out of 100 individuals her age on the combined Verbal and Performance tasks.

I Ǫ

**Index Scores Summary**

| Scale | Sum of SS | Index Score | 95% Conf. Interval | PR |
|---|---|---|---|---|
| Verbal Comprehension | 17 | 76 | 71-83 | 5.0 |
| Perceptual Organization | 24 | 88 | 82-96 | 21.0 |
| Processing Speed | 22 | 106 | 96-114 | 66.0 |

Her overall cognitive ability, as estimated by the Full Scale IQ, is in the Low Average range (FSIQ=85).On the Verbal scale, her score is in the Low Average range (VIQ = 82). Melissa's Performance score is in the Average range (PIQ = 91). On the Indexes, Melissa performed in the Borderline range on the Verbal Comprehension Index (VCI = 76). On the Perceptual Organization Index, she performed in the Low Average range (POI = 88). Her Processing Speed Index score was within the Average range (PSI = 106).

**Subtest Scores Summary**

| Verbal Subtests | Standard Score-Age | Percentile |
|---|---|---|
| Vocabulary | 6 | 9 |
| Similarities | 7 | 16 |
| Arithmetic | 9 | 37 |
| Digit Span | 8 | 25 |
| Information | 4 | 2 |
| Comprehension | 8 | 25 |

| Performance Subtests | Standard Score-Age | Percentile |
|---|---|---|
| Picture Completion | 6 | 9 |
| Digit Symbol-Coding | 13 | 84 |
| Block Design | 7 | 16 |
| Matrix Reasoning | 11 | 63 |
| Picture Arrangement | 5 | 16 |
| Symbol Search | 9 | 37 |

Mrs. Lucio's abilities are markedly discrepant from each other. Her abilities to process visual information quickly are much better developed than her nonverbal reasoning abilities, and her verbal comprehension skills. Mrs. Lucio's verbal comprehension skills are less well developed than her other abilities. A relative strength in abilities to process visual information quickly may help Melissa to process more complex information. A relative weakness in verbal comprehension skills however, may make it more difficult for her to apply these skills in problem-solving tasks which are primarily language-based. Overall, her performance across these domains is scattered and suggests considerable variability in her abilities.

## MALINGERING AND RESPONSE BIAS ASSESSMENT

Malingering is defined as exaggerated, minimized and/or distorted signs and symptoms of mental disorder motivated by external factors perceived in the self-interest of the

individual. The issue of malingering is so frequently encountered in forensic evaluations that it should be acknowledged and addressed in each assessment.

Interpretation of her obtained profiles on the personality questionnaires is possible. She responded in a manner that permits valid interpretation of her responses. She did not appear to exaggerate or minimize signs or symptoms of mental disorder that compromised interpretation of her responses. On the MCMI-III, she tended to magnify illness and personal distress. She may have exaggerated some of her symptoms or she is responding to considerable stress often encountered with incarcerated individuals. On the MMPI-2, she appeared to respond in a frank and open manner. She reported many unusual symptoms infrequently encountered with most women. She tends to be very self critical and has low self esteem.

On the Sentence Completion Blank, Mrs. Lucio's responses suggest she maintains a relatively naïve and simplistic approach to her life. She has an unrealistic viewpoint about the problems she faces. She focuses much of her emotional energy on her family. For example, she answered the following questions: Her greatest worry is "*my children needing me around for physical attention*". She wrote; I can't "*wait to be reunited with my family again*". "I failed *at being a good mother*." Men "*are supposed to respect women*". It is evident that her self esteem and identity are closely tied to her role as a mother and wife. She seems minimally aware of the serious implication of the charges against her. The process of denial and minimization is evident in Mrs. Lucio's viewpoint about being re-united with her children.

Her responses indicate she tends to repress or deny problems. Rather than experience significant anxiety, she becomes physically distressed with vague complaints, upsets and pain. She prefers to rely on medical, rather than psychological, explanations for her problems. She is aware of being depressed and often experiences unusual thoughts and ideas. She tends to see herself as missing opportunities in life and having a series of setbacks and disappointments.

She is likely to be dependent and demanding in interpersonal relationships. She can be seen as immature, superficial and unskilled in relating to the opposite sex. She tends to assume the role of the passive and weak child if approached by a spouse stronger and protective of her. Similar profiles obtained by other individuals suggest she tries to sustain an inflated view of herself that quickly erodes in interpersonal situations. She strives to portray herself in an unrealistically self reliant stance while feeling very inadequate and ineffective.

She is likely to justify her cycle of self defeating patterns of behavior and attitudes by attributing these characteristics to others. She anticipates criticism and carefully avoids exposing herself to situations where others may evaluate her. She likely has a history of disregarding social conventions and rules. She maintains a cynical attitude and doesn't expect others to meet her needs.

**DIAGNOSTIC IMPRESSIONS:**

Personality Organization:

Mrs. Lucio presents with poor verbal comprehension skills and limited general intellectual functions that compromised much of her life history, including educational and work opportunities. She displays consistent difficulty in sustaining meaningful positive interpersonal relationships, especially after her father left and she was sexually abused. Poor verbal comprehension skills also impair her ability to benefit from traditional interventions such as substance abuse treatment and likely contributed to ineffective interventions from Child Protective Services. Her personality organization is characterized by repression, denial and dissociation. Dissociation is defined as the isolation of thoughts from feelings. These processes serve to keep many important elements of daily life from her conscious awareness. She quickly numbs her emotions and assumes a passive, empty presentation where her emotions are not congruent with her external experiences.

Her limited cognitive abilities and weak ego functions makes her vulnerable to interpersonal conflicts and misunderstandings. In times of significant stress, she withdraws into simpler, concrete, unrealistic and constricted functioning marked by passivity, denial, acquiescence and resignation. This pattern of behavior is likely associated with her early childhood experiences of abuse and is often identified in individuals experiencing prior trauma such as sexual abuse. An abuse syndrome with resultant post traumatic stress can be induced by covert and passive means, as well victimization with aggression and violence. From early childhood through her first marriage and into her present relationship with Mr. Alvarez, Mrs. Lucio was subject to sexual, physical and emotional abuse. The abuse was known by others but no significant actions were ever taken to protect her. She learned that outcries were ineffective and it was better to cultivate a predictable and secure abusive relationship than risk losing family and identity as a mother.

Depression and somatic focus for her distress further isolates her from important sources of support. Her moodiness and withdrawal make it hard for others to offer support when she most needs it. For example, she turned away from professional assistance several times her life when offered birth control interventions, substance welfare and assistance for housing.

Does her personality assessment and psychological dynamics resemble general factors identified in mothers who kill their children? These mothers are characterized in the following categories:

1. Mentally ill Mother- Psychotic episode
2. Retaliating Mother-revenge against the father
3. Depressed Mother-post partum, within first months of life

    4. Merciful Mother-terminally ill child
    5. The Battering Mother- Impulsive murder with rage
    6. The Unwanted or Unexpected Mother-

According to U.S. Department of Justice figures (1996) in child murder cases ninety seven percent of the offenders were male. One out of four of these offenders had prior histories of violence and sixty percent had previously served sentences in the corrections system. Mrs. Lucio has not been previously charged with assault or physical abuse. There are no reports of her being inappropriate, violent or aggressive. There seems to be a low probability that Mrs. Lucio committed fatal violence against Mariah when factoring in her personality organization, past history and gender. She does not meet the criteria for a psychotic, retaliating, merciful, battering or having an unwanted infant perpetrator. She has likely had episodes of depression during her lifetime but there is no evidence that a severe depressive episode accompanied this incident.

What factors might account for her demeanor at the time of her daughters' death and her subsequent interrogation?

Traumatic death evokes a variety of reactions. It is accepted that there is no "normal" reactions to traumatic death, just as people express grief differently. It is not uncommon for people to have reactions such as the following:

shock
anger
guilt
sudden depression
despair and hopelessness

Mrs. Lucio exhibits a consistent pattern of "psychological numbing" often identified with victims of violence and abuse. During the interrogation, she tunes out to the male investigator, who raises his voice. She eventually responds with resignation to sympathy and softness rather than confrontation. She still thinks she can reunite with her children and fails to understand the implications of her situation and statement.

Interrogation Observations:

Mrs. Lucio's demeanor in the interrogation was constrained and her affect was flat. Only after repeatedly seeing Mariah's pictures and, being approached in an understanding manner, did she allow herself to have significant feelings. She then began to mourn her loss.

In the interrogation, Mrs. Lucio denies she fatally injured Mariah. She states the older four boys would fight and "horse around" with Mariah. She maintains she did not use drugs, did not abuse her children and that her husband did not abuse the children. She affirms she has been testing negative for cocaine. She admits spanking but not to the point like the injuries suffered by Mariah.

Several hours after Mariah's death, she said: "I'm responsible for it". She takes responsibility for the whole configuration of abuse and medical neglect culminating in Mariah's death but does not admit to striking Mariah in the head. She admits spanking Mariah, hitting her with her open hand.

In response to a question, she said; "I was just frustrated, my other children were very hyper and it was hard for me to take care of them . . . . . I don't know how she died. I was just frustrated with the kids running around all day. I never hit her head, I'd just spank her". When she was asked what caused Mariah to die? And she said "I don't know".

She went on to say that her oldest daughter was there. Mrs. Lucio saw that Mariah was asleep, breathing, and she went back to the room, approximately ten minutes before Mariah was discovered by her husband, she heard her husband calling, and she knew it sounded serious. She walked out to the hall and looked into the room. Her husband was leaning over the bed, trying to wake her up. She said she yelled "don't tell me!" She said she couldn't go into the bedroom and then her husband brought Mariah into the other room and place her on the floor. Her daughter called 911.

She again stated: "No. I didn't beat her, I spanked her. When I saw the bruises, I hated myself for what I did. . . . .I did not kill her. I did not suffocate her. She was alive when I last saw her."

*"Numbing of Responsiveness* Numbing of responsiveness, which may be registered as depression, as anhedonia and amotivational states, as psychosomatic reactions, or in dissociative states, is tonic and part of the patients' baseline functioning. It interferes with the ability to explore, remember and symbolize which are essential to finding good meaning. Throughout the literature numbing is all too unquestioningly described as a psychological defense against remembering painful affects. Below, we will argue that numbing is a core, biologically based, symptom of PTSD." Van Der Kolk and Saporta- *Harvard Medical School*

"Many people, when they first hear the news of a loved one's death, they are stunned, unable to cry or feel the pain. They are too "dumbfounded" to fully fathom the impact of the loss. Most people are stunned as if they are unable to grasp the reality and the meaning of the news. They have heard the words but not the message. Survivors have been heard to say, "I just couldn't take it all in," "I couldn't believe it," "It was like I was in a dream. It didn't seem real." Many times, you hear, "I can't believe he (or she) is dead." The bereaved may find themselves performing the daily routines "like an automaton." In intense pain, we are likely to "dissociate," that means, in a manner, stepping away from ourselves, so we don't feel the pain from too close a point. As a result of such a disassociation, we may not be fully thinking, seeing, hearing, or feeling everything." *Vijai P. Sharma, Ph.D. Clinical Psychologist*

Mrs. Lucio never obtained appropriate and adequate treatment for multiple trauma and mental health problems from childhood until the present time. She came to distrust professionals and lacked confidence that their help would be effective. She valued keeping her family together even when she was overwhelmed, ineffective as a parent and unable to use appropriate discipline. Her children entered a downward spiral of behavioral and mental disorders characterized by sexual acting out, violence and aggression, poor school achievement, truancy and non-compliance to adult directives.

This constellation of child behavior problems has been well documented by reports from multiple foster parents. Due to her limitations with verbal comprehension, traditional group interventions were poorly received and rarely provided. She responds much better to a one to one relationship developed with trust and compassion. It appears she had little opportunity to establish this kind consistent therapeutic alliance when directed to family preservation services or other community resources. Appropriate parenting with effective discipline was never established (foster parent observations and casework reports).

AXIS I:        296.33 Major Depression, Recurrent, Severe, without psychotic features.
               305.90 Substance Abuse - by history. Full Remission/Controlled
               Environment
               309.81 Post Traumatic Stress Disorder-Chronic
               995.53 Sexual Abuse focus on the victim
               V61.21 Neglect of Child by history (her children, by history).

AXIS II:       799.9 Deferred

AXIS III:      See Medical history.

AXIS IV:       Psychosocial Stressors: Multiple and Chronic
               Victim of Physical and Sexual Abuse
               School Failure-Educational Problems
               Lack of Family Support
               Institutional Commitment
               Problems with Social Interaction
               Problems with access to health care-mental health, substance treatment.

AXIS V:        Current GAF 32

**Mitigation Factors-**

Mitigation is to be considered by jurors when considering the death sentence. Federal and State of Texas Court opinions generally define mitigation as any and all factors which may weigh against strict implementation of the death penalty. Mitigation is not an excuse for criminal responsibility.

Mitigation factors are any and all circumstances of a person's life that might have compromised, diminished or diverted biopsychosocial development in such a way that

changes their moral responsibility, not their criminal responsibility. In the abstract sense, moral responsibility implies the free exercise of choice, given the average expectable life circumstances for most persons. An average expectable life circumstance includes a safe, healthy, and secure childhood, educational and career opportunities evolving from adolescence into adulthood and the safe, secure and healthy social supports necessary for basic adult functioning including bring a new generation forward. Anything that diverts re-directs or impairs the expectable life trajectory onward into meaningful citizenship and contribution to society is a mitigating factor.

Persons with good life circumstances (health, safety, security), with family, social and religious support extending into adulthood, theoretically should have more moral responsibility since their life circumstances did not compromise their average expected development.

What personal dynamics including relevant social history would help account for her involvement in the incidents?

Her major personality adjustment was previously presented. Mrs. Lucio apparently reached a point in which she couldn't intervene with her children and failed to protect Mariah. Her personality, prior victimization, in combination with the stress of having the some many children placed in her care without sufficient support, apparently tipped the balance of factors and impaired her control and judgment.

**Violence Risk Assessment-**

Future dangerousness is defined for this purpose as an estimation of the likelihood a person, in prescribed circumstances, within a foreseeable timeframe, would commit violent aggression against others. Mrs. Lucio presents with a very low risk for future dangerousness within the general community.  Upon conviction, she will not re-enter the community. She has no history of interpersonal violence. That event is not under consideration.

Within a prison population, Mrs. Lucio would present a low risk for future dangerousness. While in jail, she has been involved in three minor incidents requiring discipline (violated policy regarding mail, verbal altercation with another inmate and possession of tattoo apparatus). She has responded well to the level of strict supervision and control within the jail setting, reducing to near zero the likelihood of future aggressive acts. Ms. Lucio's personality appears associated with very low risk within structured setting. She appears to respond well to concrete expectations and rules. The increased activities and programs within a prison setting differ from a jail setting. Participation in these activities would likely lessen the chances of aggression. Within prison populations, the risk for assault against inmates and correctional staff declines with age. In addition, inmates convicted of murder have half the rate of

Ms. Lucio's presentation and history were reviewed to screen for aggressive and hostile behavior and factors other associated with psychopathological adjustment. Questionable

attachment to her primary caregivers occurred, especially to male figures (denial of sexual abuse). She experienced extreme poverty in adulthood at one time living outdoors in a local park in order to keep her family together.

There were multiple disruptions in her family cohesion. She was inable to exercise effective discipline even when her children destroyed property or abused other children in her sister's family.

Initial assessments within the social services network failed to identify and treat these factors.  Subsequent reports provide some detail that her family was severely disrupted by her parents' problems, that she had several male figures in her childhood but none established a healthy relationship with her.

**Early childhood history of assaultive/aggressive behavior-**

None. She was never described as an aggressive child or adolescent. As an adult, her multiple contacts with Child Protective Service and local police never included interpersonal offenses or assault. Her CPS caseworker confirmed Mrs. Lucio never was investigated for child abuse despite her own history of childhood physical, sexual and emotional abuse and subsequent abusive relationships with males in her life.

**Psychological factors-**

Her personality features, history and offense do not suggest she would not meet criteria for psychopathic personality or severe mental illness such as bi-polar disorder or paranoid schizophrenia (disorders more strongly associated with interpersonal violence).  These disorders are more often associated with interpersonal aggression. She exhibits symptoms of depression but those symptoms can be managed with appropriate psychiatric treatment within a corrections setting.

**Adult history of violent behavior-** Not applicable.

None of her other children ever stated she was abusive. She has been permitted visitation with her children while incarcerated.

**Current thoughts, feelings, attitudes towards others-**

She presents with some unrealistic thoughts.  She tends to minimize and inaccurately process emotionally laden experience due to the consequence of her past traumatic history. Although she resents others' criticism, she is not prone to aggression.

**Current, projected levels of support, structure and supervision including medication-**

She has not been evaluated for psychotropic medication and has lacked appropriate treatment in the past. Ms. Lucio reports one occasion when she was prescribed medication. However, effective and consistent multidisciplinary interventions, including mental health interventions, have not been implemented.  She will likely require continuing psychotropic medication to address these diagnostic issues.

**Compliance-** She has generally complied to correctional rules and limits. She seems able to consistently avoid misjudgment and poor behavior.

**Level of incarceration-** Severe. Mrs. Lucio will be in strict correctional supervision.


John Pinkerman, Ph. D.                    7-9-08
Licensed Clinical Psychologist            Date
TX 25451

5

1   THE STATE OF TEXAS:

2   COUNTY OF CAMERON:

3                   CERTIFICATE OF COURT REPORTER

4       I, ADELAIDO FLORES, JR., Official Court Reporter in

5   and for the 430th Judicial District Court of Hidalgo

6   County, State of Texas, do hereby certify that the above

7   and foregoing contains a true and correct transcription of

8   all portions of evidence and other proceedings requested

9   in writing by counsel for the parties to be included in

10   this volume of the Reporter's Record, in the

11   above-entitled and numbered cause, all of which occurred

12   in open court or in chambers and were reported by me.

13       I further certify that this Reporter's Record of the

14   proceedings truly and correctly reflects the exhibits, if

15   any, admitted by the respective parties.

16       WITNESS MY OFFICIAL HAND on this the 08th day of

17   July, 2009.

18

19       _____

20       **ADELAIDO FLORES, JR.**, TEXAS CSR
         Official Court Reporter
21       430th District Court
         Hidalgo County, Texas
22       (956) 318-2900
         Certificate No. 1117
23

24

25

Adelaido Flores, Jr.
Certified Shorthand Reporter

1  THE STATE OF TEXAS:

2  COUNTY OF CAMERON:

3                    CERTIFICATE OF COURT REPORTER

4      I, SUE CHANEY SAENZ, Official Court Reporter in

5  and for the Judicial District Courts of Cameron

6  County, State of Texas, do hereby certify that the

7  above and foregoing contains a true and correct

8  transcription of all portions of evidence and other

9  proceedings requested in writing by counsel for the

10  parties to be included in Volumes 3, 7 and 40 of the

11  Reporter's Record, in the above-entitled and numbered

12  cause, all of which occurred in open court or in

13  chambers and were reported by me.

14      I further certify that this Reporter's Record of

15  the proceedings truly and correctly reflects the

16  exhibits, if any, admitted by the respective parties.

17      WITNESS MY OFFICIAL HAND on this the 13th day of

18  July, 2009.

19      _____
        SUE CHANEY SAENZ, CSR
20      Official Court Reporter, Deputy
        974 East Harrison Street
21      Brownsville, Texas 78520
        (956) 544-0874
22      Certificate No. 2136
        Expiration Date: 12/31/10

23

24

25

1  THE STATE OF TEXAS          )

2  COUNTY OF CAMERON           )

3

4      I, RANDALL E. SIMPSON, CSR, Official Court Reporter

5  in and for the County Court at Law No. 1 of Cameron

6  County, State of Texas, do hereby certify that the above

7  and foregoing contains a true and correct transcription

8  of all portions of evidence and other proceedings

9  requested in writing by counsel for the parties to be

10  included in this volume of the Reporter's Record, in the

11  above-styled and numbered cause, all of which occurred

12  in open court or in chambers and were reported by me.

13      I further certify that this Reporter's Record of

14  the proceedings truly and correctly reflects the

15  exhibits, if any, admitted by the respective parties.

16      I further certify that the total cost for the

17  preparation of this Report's Record is $30.50_____  and

18  will be paid by Appellants.

19      Witness my hand this ___9th___ day of

20  __July_____, 2009.

21

22                          _____
                            RANDALL E. SIMPSON, CSR NO. 568
23                          Expiration date:  12/31/09
                            County Court at Law No. 1
24                          947 E. Harrison Street
                            Brownsville, Texas  78550
25                          (956) 544-0855