*76020*

1

REPORTER'S RECORD

VOLUME 42 OF 44 VOLUMES

TRIAL COURT CAUSE NO. 07-CR-885-B

```
- - - - - - - - - - - - - x
                          :
STATE OF TEXAS            :   IN THE DISTRICT COURT
                          :
VS                        :   138th JUDICIAL DISTRICT
                          :
MELISA ELIZABETH LUCIO    :   CAMERON COUNTY, TEXAS
                          :
- - - - - - - - - - - - - x
```

JURY TRIAL - DEFENDANT'S EXHIBITS 1-12

From the 30th day of June, 2008, till the 7th of July, 2008, the following State's Exhibits were offered or admitted before the Honorable **Arturo C. Nelson**, Judge Presiding, and a petit jury, held in Brownsville, Cameron County, Texas.

Proceedings reported by computerized stenotype machine.

FILED IN
COURT OF CRIMINAL APPEALS

AUG 0 6 2009

Louise Pearson, Clerk

ORIGINAL

Adelaido Flores, Jr.
Certified Shorthand Reporter

2

```
 1                    A P P E A R A N C E S

 2        APPEARING FOR THE STATE:

 3          HON. ALFREDO PADILLA, JR.
            State Bar No. 15404600
 4          & HON. JOSEPH KRIPPEL
            State Bar No.. 24007515
 5          & HON. MARIA DE FORD
            State Bar No. 24043626
 6          Assistants to the Criminal District Attorney
            Cameron County Courthouse
 7          974 E. Harrison Street
            Brownsville, Texas  78520
 8          Telephone:  (956) 544-0849
            Fax:  (956) 544-0869 Fax
 9

10    APPEARING FOR THE DEFENDANT:

11          HON. PETE GILMAN
            State Bar No. 07952500
12          6933 N. Expressway
            Olmito, Texas  78575
13          Telephone:  (956) 350-6954
            Fax:  (956) 350-8056
14

15    APPEARING FOR THE DEFENDANT:

16          HON. ADOLFO E. CORDOVA, JR.
            State Bar No. 00787286
17          Law Office of Adolfo E. Cordova, Jr.
            711 North Sam Houston
18          San Benito, Texas  78586
            Telephone:  (956) 399-1299
19          Fax:  (956) 399-4484

20

21

22

23

24

25
```

```
 1                    INDEX OF EXHIBITS

 2    DEFENDANT'S EXHIBITS:

 3    NO.   DESCRIPTION          OFFERED    RECEIVED    VOL

 4    1     Photo-Stairway          45        45        33
      2     Photo-Stairway          45        45        33
 5    3     Photo-Stairway         133       133        33

 6    NO.   DESCRIPTION          OFFERED    RECEIVED    VOL

 7    4     Kuri's Forensic Docum.   13        13       35
      5     Kuri's Forensic Cert.    13        13       35
 8    6     Photo-Deft.& Grandma     98        99       35
      7     Photo-Dft.w/Dad          98        99       35
 9    8     Deft./Wedding            98        99       35
      9     Photo- Deft.w/Grandma    98        99       35
10    10    Photo-Deft./W Gparents.  98        99       35
      11    Photo-Deft. as child     98        99       35
11    12    Photo-Dft. (as a child)  98        99       35

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

DEFENDANT'S
EXHIBIT
_____/_____

DEFENDANT'S
EXHIBIT

OT-CR-885-B   ST V. LUCIO



DEFENDANT'S
EXHIBIT
2

DEFENDANT'S
EXHIBIT

07-CR-885-B   ST V. LUCIO



DEFENDANT'S
EXHIBIT
3

**DEFENDANT'S EXHIBIT**

07-CR-885-B  SF V. Luci.

# American College of Forensic Examiners

hereby recognizes the high level of professional scientific
involvement as well as the contribution to the field of forensic
examination and bestows upon

**DEFENDANT'S EXHIBIT 4**

## Jose Kuri, M.D.

the title of Member of the
American College of Forensic Examiners
with all the rights and privileges pertaining thereto, as long as
annual membership requirements are met and the
Code of Ethics are upheld.

Robert L. O'Block, Ph.D.
Executive Director

Vincent Scalice
Chairman of the Board

7539

Membership Identification Number

4 / 25 / 96

Date

This certificate is the property of The American College of forensic Examiners and in the event of its suspension, revocation or invalidation for any reason it must on demand be returned to the American College of forensic Examiners.



07-CR-885-B ST. V. LUTC



DEFENDANT'S
EXHIBIT
5

# American Board of
# Forensic Medicine

In recognition of the exceptional contributions to the field of Forensic Medicine
as well as the outstanding contributions to the
American College of Forensic Examiners and the
American Board of Forensic Medicine
we hereby confer upon

## José Kuri, M.D.

the title of
Diplomate of the
American Board of Forensic Medicine

Robert L. O'Block, Ph.D.
Executive Director

TM

Board Certified Identification Number

7539

Date

8/21/96

07-CR-885-B   ST V. LUCIO



Lubbock Texas

Mrs. Juanita + Melissa
Valencia   taken on
Melissas Birthday

With Love
Calidad

June-18-1970

DEFENDANT'S
EXHIBIT
6



March 1991

Melissa Elizabeth
&
Samuel Valencia –
Daddy – Always keep
this Picture of your me
and once in awhile
remember me okay?"
I Love you
Lisa
age 21 months



Melissa Lucio Nov. 9, 1985

12942

07-CR·885 B   ST V. Luc.

**DEFENDANT'S EXHIBIT**
8



DEFENDANT'S EXHIBIT
9

07-CR-885-B · ST. V. LUCIO

See - 1470
Lubbock Tyres

Mrs. Juanita Valencia &
Melissa Elizabeth this
Was taken at 2209 2nd
Place on Melissa'
1st Birthday Which was
June 18th 1990

DEFENDANT'S
EXHIBIT
9

**DEFENDANT'S EXHIBIT**

10

Mr. & Mrs.  Paul Valencia
from your grand daughter
Jammie Diane Valencia
On her 6th Birthday
also to gr.

March 12-78
Harlingen

**DEFENDANT'S
EXHIBIT
10**

DEFENDANT'S
EXHIBIT
_____11_____

07-CR-885-B   ST V. LUCIO

Aug - 6 - 14

melissa, Sonya
Diana
Valencia

**DEFENDANT'S
EXHIBIT**
_11_

**DEFENDANT'S EXHIBIT**

12

B

DEFENDANT'S
EXHIBIT
12

07-CR-885-
ST V- LUCIO

4

```
 1   THE STATE OF TEXAS:

 2   COUNTY OF CAMERON:

 3                  CERTIFICATE OF COURT REPORTER

 4        I, ADELAIDO FLORES, JR., Official Court Reporter in

 5   and for the 430th Judicial District Court of Hidalgo

 6   County, State of Texas, do hereby certify that the above

 7   and foregoing contains a true and correct transcription of

 8   all portions of evidence and other proceedings requested

 9   in writing by counsel for the parties to be included in

10   this volume of the Reporter's Record, in the

11   above-entitled and numbered cause, all of which occurred

12   in open court or in chambers and were reported by me.

13        I further certify that this Reporter's Record of the

14   proceedings truly and correctly reflects the exhibits, if

15   any, admitted by the respective parties.

16        WITNESS MY OFFICIAL HAND on this the 8th day of July,

17   2009.

18                     _____

19                     ADELAIDO FLORES, JR., TEXAS CSR
                        Official Court Reporter
20                     430th District Court
                        Hidalgo County, Texas
21                     (956) 318-2900
                        Certificate No. 1117
22                     Expiration Date: 12/31/10

23

24

25
```

Adelaido Flores, Jr.
Certified Shorthand Reporter