*76020*

1

FILED IN
COURT OF CRIMINAL APPEALS

^... 6 2009

Louise Pearson, Clerk

**REPORTER'S RECORD**

**VOLUME 44 OF 44 VOLUMES**

**TRIAL COURT CAUSE NO. 07-CR-885-B**

- - - - - - - - - - - x

**STATE OF TEXAS** : **IN THE DISTRICT COURT**

:

**VS:** **138th JUDICIAL DISTRICT**

:

**MELISSA ELIZABETH LUCIO** : **CAMERON COUNTY, TEXAS**

- - - - - - - - - - - x

I, ADELAIDO FLORES, JR., Official Court Reporter in and for the 430th Judicial District Court of Hidalgo County, State of Texas, do hereby certify that the foregoing exhibits constitute a true and complete duplicate of the original exhibits, excluding physical evidence, offered into evidence during the jury trial in the above-entitled and numbered cause as set out herein before the Honorable Arturo C. Nelson, Judge of the 138th District Court of Cameron County, State of Texas, and a jury trial beginning the 30th day of June 2008, through July 10, 2008.

I further certify that the total cost for the preparation of this Reporter's Record is $ 33,422.30 ~ and will be paid by Cameron County, Texas. 33,422.30

WITNESS MY OFFICIAL HAND on this the 10th day of July, 2009.

_____
ADELAIDO FLORES, JR. Texas CSR NO. 1117

Adelaido Flores, Jr.
Certified Shorthand Reporter

ORIGINAL

1              REPORTER'S RECORD

2            VOLUME 44 OF 44 VOLUMES

3          TRIAL COURT CAUSE NO. 07-CR-885-B

4     - - - - - - - - - - - - x
      STATE OF TEXAS          :    IN THE DISTRICT COURT
5                             :
      VS                      :    138th JUDICIAL DISTRICT
6                             :
      MELISSA ELIZABETH LUCIO :    CAMERON COUNTY, TEXAS
7     - - - - - - - - - - - - x

8
9        JURY TRIAL - DEFENDANT'S EXHIBITS 19-23, BILL OF
      PARTICULARS NO. 2 (DX-24)  & DEFENDANT'S EXHIBITS 25 & 26

10

11       From the 30th day of June, 2008, till the 7th of

12    July, 2008, the following State's Exhibits were offered or

13    admitted before the Honorable **Arturo C. Nelson,** Judge

14    Presiding, and a petit jury, held in Brownsville, Cameron

15    County, Texas.

16       Proceedings reported by computerized stenotype

17    machine.

18

19

20

21

22

23

24

25

3

```
 1              A P P E A R A N C E S

 2        APPEARING FOR THE STATE:

 3           HON. ALFREDO PADILLA, JR.
             State Bar No. 15404600
 4           & HON. JOSEPH KRIPPEL
             State Bar No. 24007515
 5           & HON. MARIA DE FORD
             State Bar No. 24043626
 6           Assistants to the Criminal District Attorney
             Cameron County Courthouse
 7           974 E. Harrison Street
             Brownsville, Texas  78520
 8           Telephone:  (956) 544-0849
             Fax:  (956) 544-0869 Fax
 9

10        APPEARING FOR THE DEFENDANT:

11           HON. PETE GILMAN
             State Bar No. 07952500
12           6933 N. Expressway
             Olmito, Texas  78575
13           Telephone:  (956) 350-6954
             Fax:  (956) 350-8056
14

15        APPEARING FOR THE DEFENDANT:

16           HON. ADOLFO E. CORDOVA, JR.
             State Bar No. 00787286
17           Law Office of Adolfo E. Cordova, Jr.
             711 North Sam Houston
18           San Benito, Texas  78586
             Telephone:  (956) 399-1299
19           Fax:  (956) 399-4484

20

21

22

23

24

25
```

Adelaido Flores, Jr.
Certified Shorthand Reporter

4

1                        **INDEX OF EXHIBITS**

2    **DEFENDANT'S EXHIBITS:**

3    NO.   DESCRIPTION            OFFERED   RECEIVED   VOL

4    19    Incid. Illness Report    168       169       35
     20    Monthly Logs/P.4         168       169       35
5    21    3/28/06 Home Visit       168       169       35
     22    Maria's Behavior Letter  174       174       35
6    23    Medical Records/Mariah   176       176       35
     24    * Pinkerman's CV         196       196       35
7                        **INDEX OF EXHIBITS**

8    **DEFENDANT'S EXHIBITS:**

9    NO.   DESCRIPTION            OFFERED   RECEIVED   VOL

10   25    CPS Drug Tests            78        78       37
     26    CPS Case History          78        78       37
11         * - BILL OF PARTICULARS NO. 2.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Adelaido Flores, Jr.
Certified Shorthand Reporter

7-CN-885-B    STATE V. LUCIO



**Texas Dept of Family and Protective Services**

**INCIDENT/ILLNESS REPORT**


DEFENDANT'S EXHIBIT
14

Form 7239
March 2004

Fill in all appropriate areas.  Use additional sheets as necessary.

| Child's Name Mariah Alvarez | Date of Birth 9-6-04 | Licensing notified? (if required)  ☐Yes ☒No |
| | | Date/Time |
| | | Person's name |

| Child's Address Rt 8 Box 622 A | Date of Incident/Illness 3-22-06 | Time of Incident/Illness 1815  ☒am ☐pm |

| Place of Incident In  Class Room |

| Caregiver in Charge of Child Berta Carrejo, Mariam Gill | Operation Name Rancho del Cielo HS | Operation ID Number | Time Parent Notified 1020  ☒am ☐pm |

| Parent's Name Alitonsa Castillo | Parent's Telephone 54-2 0860 | Date Parent Notified 3-22-06 |

| Did the child see his/her doctor?  ☐Yes ☐No | Was First Aid Provided?  ☒Yes ☐No What was done? on forehead put Cold Compress | Was medical attention required?  ☐Yes ☒No | Was EMS called?  ☐Yes ☒No |
| | | | Time called  ☐am ☐pm |
| If so, fill out information below: | | | Time responded  ☐am ☐pm |

| Child's Doctor DR. Asim Zamir | Doctor's Address 302 S Boca chica | Doctor's Phone # 54-4555 |

| Doctor's Diagnosis or Instructions | Date/Time Consulted  ☐am ☐pm |

**A. Details of Incident That Caused Injury or Placed Child at Risk:**

Describe injury or risk in which child was placed:
Child was holding on to Rainbow Climber slipped, hit forehed, right side of

Where and how did the incident/injury occur?
Playing, holding on to Rainbow climber

Staff who witnessed the incident/injury.
Berta Carrejo  Mariam Gill

Other staff who were present at the time of the incident/injury.
no one

**B. Details of On-set of Illness While in Care**

| Type of Illness | Does the illness require exclusion from care?  ☐Yes ☐No |
| If communicable: other parents notified?  ☐Yes ☐No Method used: | Health Dept. notified?  ☐Yes ☐No |
| Temperature of Child | Medication given | Date |

I verify that the above information is a true and accurate account of the incident/injury that occurred concerning this child.

Signature of Director/Person in Charge

3-23-06
Date Signed

I verify that the director/person in charge appropriately relayed the information concerning the incident/injury concerning my child.  I have received a copy of this report.

Signature of Parent

3-23-06
Date Signed



MONTHLY LOGS          PAGE FOUR

### INCIDENTS

For serious incidents such as runaway; physical restraint; hospitalization; suicidal ideation, gestures, or attempts; sexual perpetration; law enforcement involvement; or allegations of abuse or neglect contact the Burke Foundation immediately. Serious incidents described above may require a separate incident form. Burke Foundation personnel will advise.

Case Manager_____ Phone:_____

Charles Campise: Work (512) 858-4258 /cell 461-2935 / home: 847-5083 / Rose cell: 461-4803
Karyn Rogers: Work (512) 858-4258 / cell 658-0169 / home: 264-7290

**NOTABLE BEHAVIORS:** These are problematic behaviors that are typically NOT considered serious incidents:

| | | |
|---|---|---|
| A. Substance Abuse | B. Property Destruction | C. Self inflicted injury |
| D. Enuresis | E. Terroristic threat | F. Public incident |
| G. Encopresis/Feces Smearing | H. Provoking peers | I. Unprovoked aggression |
| J. Verbal threats | K. Sexually inappropriate | L. Animal abuse |
| M. School Problems | N. School bus problems | O. Theft and/or Dishonesty |
| P. Breaking House Rules | Q. Hallucinating | R. Missed medication dose |
| S. Bizarre behavior | T. One on One Supervision | U. Assaulted by Peer |

A particular Notable behavior that occurs on more than one day can be described once and just note the dates on which the behavior occurred. A behavior that occurs each day may be listed as "daily".

Notable behavior letter: _T. One-to one Super_ Date(s): _Daily_

Description: Mariah She requires close Supervision due to her age at all Time Specially close attention on what She finds on way and pulling them in The mouth

Notable behavior letter: _Self inflicted injury_ Date(s): _Daily_

Description: Mariah- when She have Tantrums She hit his head on floor and She. Cryin to much Screming when. She is Ueel

CR-885-B STATE v. LUCIO

DATE: 03/28/2006                          LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                  FAMILY: Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dresses and she appeared healthy. Mariah had awakened from her nap and was happy to see the caseworker and me. As per foster mother, Mariah is gaining strength in her legs and is attempting to walk on her on. As per foster mother, the head start school called her at 10:30 on the morning of March 23 to notify her that Mariah fell and hit her head. She was playing on a toy that that small stairs and lost her balance. As per foster mother, she took Mariah to the doctor and x-rays were done. Dr. J. Castaneda stated that Mariah was fine and prescribed Tylenol for children.

DEFENDANT'S
EXHIBIT
21

_Dora Cackley_
Dora Cackley

3-28-06
Date

ᗡᒷᒷᑎ.ᗄ ᔕ⊤ᗩ⊤ᔕ 8-588-2.

Child's Name Mariah Alvarez Month/Year MArch 2006   Foster Home Ramon e Ali Cash
Please list any change in medications or doctor visits child attended 3/1/06 /3/08/- 3/13/3/14/
3/16/3/20/ 3/23/06

NOTABLE BEHAVIOR LETTER: G.   DATE(S): Since Starting school

Details of Incident: I have good reports on Mariah Concernir school

Your Response to Incident: Praise her.

Child's Response: she loughs and enjous beins Praised

---

NOTABLE BEHAVIOR LETTER: O.   DATE(S):

Details of Incident: Mariah has been behaving at school and home

Your Response to Incident: Praise her

Child's Response: she enjous beins praised

---

NOTABLE BEHAVIOR LETTER: T   DATE(S): daily basis

Details of Incident: Mariah needs To one to one Supervision due to her age and learning how to walk and is not to strong enough from her legs

Your Response to Incident: I help her all the Time to lear how To walk

Child's Response: She Tries to walk but she enjous Crawling mor

---

NOTABLE BEHAVIOR LETTER:   DATE(S):

Details of Incident:

Your Response to Incident:

Child's Response:

**DEFENDANT'S EXHIBIT 22**

---

CR-885-B STATE V. LUCIO

2

**NOTABLE BEHAVIOR LETTER:** *1*          **DATE(S):** *Some Times*

Details of Incident: *Mariah. likes to have. Tamper Tam Trums due to no[t] getting. what she want. like a toy. becouse she don't want to. Share. the Toys*

Your Response to Incident: *I. Talked to her. explain to need. to share To[ys]*

Child's Response: *she don't understand. Just. she screm. becc[ause] she is not. crying*

**NOTABLE BEHAVIOR LETTER:**          **DATE(S):**

Details of Incident:

Your Response to Incident:

Child's Response:

**NOTABLE BEHAVIOR LETTER:**          **DATE(S):**

Details of Incident:

Your Response to Incident:

Child's Response:

**NOTABLE BEHAVIOR LETTER:**          **DATE(S):**

Details of Incident:

Your Response to Incident:

Child's Response:

**Please send all documentation from Doctor visits, report cards, education information- ARD & IEP. Medication Logs must be handwritten, signed, and mailed or faxed to our office.**

**Foster Parent Signature & Date** *[signature]* 4/5/06

## MEDICAL/DENTAL TREATMENT FORM

Medical _____✓_____     Annual _____     Dental _____     Psychiatric _____
Treatment                Exam                 Treatment            Monitoring

Child's Name: _Mariah Alvarez_

Date: _3-23-06_   Time: _11:0~_   a.m / p.m  (circle one)

Examiner: _Dr Castaned_

Address: _1092 los Ebanos_

City/State/Zip: _Brownsville_

Phone: _912 546 8072_

Reason for Visit:

_Head Traum_

Diagnosis and Treatment:

_Head injury_

Medication Prescribed:

_Tylenol —_

Recommendation and Follow up:

_prn_

_Castaned MD_
**Examiner's Signature**

_Dr. Castaneda_
**Printed Name**

_3-23-06_
**Date**

*7-CR-885-B STATE V. LUC*

Texas Dept of Family
and Protective Services

**Attachment B**

DESIGNATION OF MEDICAL CO
FOR NON-DFPS EMPLOY

**DEFENDANT'S
EXHIBIT
23**

Form 2085-B
Mar 2006
Page 1

## SECTION 1: MEDICAL CONSENTER

The Texas Department of Family and Protective Services (DFPS), managing conservator of

| Child's Name | | Medicaid or Client No. | |
| Mariah Alvarez | | 524754208 | |
| Date of Birth | County | Court No. | Cause No. |
| 09/06/04 | Cameron | 107 | 2004-09-67-NA |
| Name of Judge | | Phone Number of Court | |
| Ricardo Flores | | | |

hereby designates **Vicente & Eva Donez**  (" the medical consenter ") to consent to the medical care including physical, dental, behavioral/psychological and allied health care (e.g., physical therapy, occupational therapy, speech therapy, dietetic services, etc.) for this child.  With this designation, a 2085–A previously issued for this child is hereby revoked.

*[Issue Form 2085-B only when the medical consenter or back-up medical consenter are non-DFPS employees (e.g., live-in caregiver, emergency shelter or CPA professional employee). A combination of Forms 2085-B and C may be used.   Complete Form 2085-B as follows:*
- *Enter the name of the medical consenter in Section 1.  Both parents may be designated in Section 1 (e.g., birth parents, kinship caregivers, foster parents, pre-consummated adoptive parents, cottage parents in a basic childcare facility or home and community-based (HCS) support family caregivers).*
- *Enter the name of the back up medical consenter in Section 2.  Both parents may be designated in Section 2 (e.g., relatives, alternate cottage parents in a basic childcare facility).*

*If the medical consenter and/or back up medical consenter are affiliated with a residential provider [e.g., CPA, emergency shelter, basic childcare facility or home and community based services (HCS) provider], a representative of the residential provider must sign the form.)*

This medical consenter and back up medical consenter must cooperate with DFPS as stated below. All references in this document to medical consenters also apply to back up medical consenters. Failure to cooperate with DFPS may be a basis for revoking the designation.

1. **Preventive Medical Care.**  When the medical consenter consents to preventive medical care provided by a licensed health care provider, the medical consenter is not required to discuss the consent for medical care with the child's caseworker or the caseworker's supervisor, but is required to include the information on the Summary of the Child's Medical Care.

Preventive medical care is defined in the Medicaid Procedure Manual Section 40.1 as the American Academy of Pediatrics Periodicity Schedule or Texas Health Steps medical check-ups.  The Periodicity Table includes:
- Well child examinations by the health care provider;
- Sensory screening (e.g., vision, hearing),

Texas Dept of Family
and Protective Services

**Attachment B**

Form 2085-B
Mar 2006
Page 2

## DESIGNATION OF MEDICAL CONSENTER
## FOR NON-DFPS EMPLOYEE

- Developmental/behavioral assessment,
- Immunizations,
- Laboratory testing for screening purposes (e.g., blood work, urinalysis, TB testing, STD screening, pelvic exam),
- Anticipatory guidance, and
- Dental check ups.

The medical consenter should make sure the child receives an annual medical exam, due at least once every 13 months, and, if they are one year of age or older, a dental exam that is due every 7 months, and whatever follow up treatment is prescribed by the health care provider. The medical consenter should use the screenings and services offered by the Texas Health Steps Program, when possible. The medical consenter will discuss the plans to obtain these screenings and services with the child's DFPS caseworker during the development and review of the child's plan of service. The medical consenter must provide copies of the screenings, exams, or testing to the child's DFPS caseworker.

2. **Major Medical Care.** When the medical consenter consents to major medical care provided by a licensed health care provider, the medical consenter must consult with the child's DFPS caseworker or the DFPS caseworker's supervisor before consenting. Major medical care includes:

- any surgical procedure;
- any treatment that the child's physician considers dangerous; or
- any other medical treatment that may be threatening to the child's life or long-term health.

3. **Emergency Care.** The medical consenter may consent to emergency medical care by a licensed health care provider without informing the child's DFPS caseworker or the DFPS caseworker's supervisor, if there is not enough time to contact them in advance. The medical consenter must notify the child's DFPS caseworker, the caseworker's supervisor, or the emergency on-call caseworker through the abuse hotline, of the emergency care, immediately following the provision of emergency care, but no later than the next business day after the initial treatment.

Note: The medical consenter may not be required to consent to medical care in an emergency. Emergency is defined in Family Code §266.009(a) as a situation in which:

*It is immediately necessary to provide medical care to the foster child to prevent the imminent probability of death or substantial bodily harm to the child or others, including circumstances in which:*
  *(1) the child is overtly or continually threatening or attempting to commit suicide or cause serious bodily harm to the child or others; or*
  *(2) the child is exhibiting the sudden onset of a medical condition manifesting itself by acute symptoms of sufficient severity, including severe pain, such that the absence of immediate medical attention could reasonably be expected to result in placing the*

Texas Dept of Family
and Protective Services

**Attachment B**

Form 2085-
Mar 200
Page

## DESIGNATION OF MEDICAL CONSENTER
## FOR NON-DFPS EMPLOYEE

*child's health in serious jeopardy, serious impairment of bodily functions, or serious dysfunction of any bodily organ or part.*

If the physician provides medical care without consent in an emergency, Texas Family Code §266.009(b) requires the physician to notify the medical consenter no later than the second business day after the medical care is provided.

4. **Psychotropic Medications and Schedule II–V Drugs.** The medical consenter may consent to the administration of psychotropic medications and/or Schedule II-V drugs (controlled substances) when prescribed by a licensed health care provider. However, the medical consenter must notify the child's caseworker or the caseworker's supervisor by close of business on the next business day. This notification must be in writing, by email or other written communication.

5. **Notification of Significant Medical Conditions.** The residential provider and/or medical consenter must immediately notify the child's DFPS caseworker or the DFPS caseworker's supervisor of any significant medical conditions. DFPS must notify a child's parents whose rights have not been terminated.

   Examples of a serious medical condition include injuries or illnesses that:
   - Are life threatening, or
   - Have potentially serious long-term health consequences, including hospitalization for surgery or care other than minor emergency.

6. **Drug-testing.** The medical consenter must consul the child's caseworker or the caseworker's supervisor before consenting to drug-testing.

7. **HIV-Testing.** The medical consenter must consult with the child's caseworker or the caseworker's supervisor to obtain approval from the DFPS program director before consenting to any test designed to detect the human immunodeficiency virus (HIV) that causes acquired immune deficiency syndrome (AIDS). **Exception:** Children who ask to be tested, have the right to be tested without the designee's consent, however, the child must be offered information and counseling. The medical consenter must also ensure that any duly approved HIV-testing performed on the child conforms to the policies specified in 40 Texas Administrative Code (TAC) §§700.1401-700.1406 (Subchapter N, AIDS Policies for Children in DFPS Conservatorship).

8. **Participation in Medical Appointment.** The designee must participate in each appointment of the child with the provider of medical care, as follows, unless otherwise required by the health care provider:

   Preventive Care (as defined under #1, above). The medical consenter or back up medical consenter may participate by providing written consent to the residential provider or another person to take the child for the appointment, unless the health care providers requires the

Texas Dept of Family
and Protective Services

**Attachment  B**

Form 2085-B
Mar 2006
Page 4

### DESIGNATION OF MEDICAL CONSENTER
### FOR NON-DFPS EMPLOYEE

consenter's participation in person or by phone.  The medical consenter or back up medical consenter provides this consent by issuing Form 2085-D to the person taking the child to the appointment.

**Ongoing Behavioral Health Therapy and Allied Health Services.**  The medical consenter or back up medical consenter must approve the behavioral or allied health care plan and monitor the progress of the child.  The medical consenter is not required to attend every appointment but should participate when requested by the therapist.  These therapy/services include dietary services, occupational, physical, speech or other therapy.

**Other Medical Care.**  The medical consenter or back up medical consenter must attend the appointment or participate by phone, as specified by the health care provider.  This medical care includes medical appointments for:
- Physical health,
- Dental treatment (e.g., fillings, crowns), and
- Review of the progress of children prescribed psychotropic medications (as required every one to three months DFPS policy, Service Level Indicators, Licensing Minimum Standards for Child-Placing Agencies and Residential Child Care Contract Standards).

9. **Summary of Child's Medical and Mental Health Care.**  The medical consenter must complete the Summary of Child's Medical Care form and provide it to the caseworker before each court hearing, as requested by the caseworker.  The medical consenter includes a summary of all medical care provided to the child, including preventive care, major medical care, emergency care and medical care for common childhood illnesses and minor injuries, such as ear infections or a minor laceration.

10. **Acknowledgement.**  The medical consenter acknowledges having received training on Informed Consent by signing the Informed Consent training handout or when available, completing the mandatory online training for medical consenters. The medical consenter also agrees to provide a copy of this Designation of Medical Consenter For Non-DFPS Employees form to all of the child's health care providers.

11. **Mandatory Medicaid Service.**  The medical consenter must seek medical care from a Medicaid provider, unless the cost of medical care is covered by

- a free health clinic,
- the parents' health insurance, or
- the caregiver directly.

The medical consenter may obtain information about the child's Medicaid benefits by calling Texas Health Steps (children's Medicaid program) at 1-877-847-8377.  This information may include the types services available to the child through this program or assistance in locating a doctor, nurse, dentist or other specialist in the program.



Texas Dept of Family
and Protective Services

**Attachment B**

Form 2085-B
Mar 2006
Page 5

## DESIGNATION OF MEDICAL CONSENTER
## FOR NON-DFPS EMPLOYEE

If a pharmacy refuses to accept Form 1027A, Medical Eligibility Verification, the medical consenter should request that the pharmacy contact the Vendor Drug Help Desk. The pharmacy should be aware of the phone number for the help desk.

**12. Records.** The medical consenter is authorized to access, receive, and review all the child's medical records. Furthermore, the medical consenter may free obtain copies or authorize the release of the child's medical records to the extent necessary to obtain services for the child.

## SECTION 2:  BACK UP MEDICAL CONSENTER

*(Complete the following Section only if the back up medical consenter is a non-DFPS employee.* DFPS hereby designates_____ ( as back upmedical care for this child. The back up medical consenter must also cooperate with DFPS in the manner described in Section 1.

## SECTION 3:  SIGNATURES

| Signature –Medical Consenter Section 1 | Date | Telephone Number |
|---|---|---|
| *[signature]* | 7-19-06 | 412-3912 |
| Signature –Back Up Medical Consenter Section 2 | Date | Telephone Number |

| Signature – Representative of Residential Provider for Back Up Medical Consenter Section 2, if affiliated with residential provider | Date | Telephone Number |
|---|---|---|
| *[signature]* | 7/19/06 | 412-4737 |
| Signature –DFPS Caseworker | Date | Telephone Number |
| *[signature]* | 2/19/06 | 956-412-4703 |
| Signature - DFPS Supervisor | Date | Telephone Number |

**Note to DFPS staff:**  Forms 2085 B, C and D are the only authorizations for medical care that the child's caseworker and supervisor may sign without consulting the DFPS regional attorney.

**Note to Health Care Providers:** If you have any medical concerns regarding this child, please contact the DFPS caseworker or supervisor (see contact information in the signature line above) or the judge (see contact information in the heading on Page 1). **The health care provider may also contact the judge is he or she has any concerns about the decision(s) of the medical consenter.**



Texas Dept of Family
and Protective Services

**PLACEMENT AUTHORIZATION
FOSTER CARE/RESIDENTIAL CARE**

Form 2085F
Sept 200

The Texas Department of Family and Protective Services (DFPS), managing conservator of

| Child's Name Mariah Alvarez | | Client No. 524754208 | Medicaid No. 524754208 |
|---|---|---|---|
| Date of Birth 09/06/04 | County Cameron | Court No. 107th | Cause No. 2004-09-67-NA |

hereby authorizes **Vicente & Eva Donez** to serve as this child's caregiver under the following terms and conditions:

1. **Daily care.** The caregiver must provide the child's daily care, protection, control and reasonable discipline. The caregiver m comply with any applicable court orders and must provide care for the child which conforms to all applicable DFPS rules a standards and any specific instructions from DFPS.

   *Note:* The child's placement with the caregiver is based on the caregiver's compliance with the requirements set forth in the contra with DFPS. DFPS, at its sole discretion, may remove the child from the caregiver at any time.

2. **Education.** The caregiver must enroll the child in public school and / or other educational program(s) as directed by the chil caseworker or the caseworker's supervisor. The caregiver may sign any documents needed to enroll the child in a school or oth educational program to implement DFPS's decisions about the child's education. The caregiver may also receive and review the child's educational records.

3. **Travel.** The caregiver may provide routine transportation for the child, including transportation for medical and dental care. Th caregiver may also provide or arrange for the child to travel within the state of Texas and to remain away from the caregiver facility for as long as 72 consecutive hours.

   The caregiver must secure DFPS's prior approval for the child to take any trip lasting more than 72 hours. And the caregiver mu secure both DFPS's and the court's prior approval for the child to travel outside Texas. Whenever possible, the caregiver mu give the child's caseworker or the caseworker's supervisor at least 10 days' advance notice of any trip that requires DFP approval.

4. **Photographs and videotapes.** The caregiver may take photographs and record videotapes of the child for the child's and th caregiver's personal use and for purposes of identification. The caregiver, however, must not release any photographs o videotapes of the child for public use without DFPS's prior written permission.

5. **Medical Care.** You have been provided with current information as to who has authorization to consent to medical, dental an psychological care. If this information changes, DFPS will contact you. If you have any questions at any time, please contact th caseworker named below.

6. **Confidentiality.** Under penalty of law, the caregiver must not release information about the child to anyone without the prio authorization of the child's caseworker or the caseworker's supervisor, except as specified below:

   a) The caregiver may provide information about the child to the child's school and other DFPS - authorized educational programs to doctors, dentists, and other medical providers; and to counselors and therapists to the extent that the information is neede for the child's education or medical, dental, or psychological treatment.

   b) The caregiver must give DFPS unrestricted access to information about the child at all times.

7. **Contact with the Family.** The caregiver must permit the child and the child's family (as well as other individuals who are significant to the child) to maintain contact through direct visitation, telephone calls, mail, and gifts under the terms and conditions specified by DFPS and the court.

8. **School Programs and Extracurricular Activities.** The caregiver may authorize the child to participate in routine school programs and extracurricular activities that do not involve an unusual risk of injury to the child. The caregiver must inform the child's caseworker of all such activities.

**If this is not a DFPS foster home placement, respond to questions #9 and #10:**

9. **Reason for Placement.** Briefly discuss the reason for the child's out-of-home placement below.

   This is a subsequent placement. Child was initially removed due to drug use and neglectful supervision.



Texas Dept of Family
and Protective Services

**PLACEMENT AUTHORIZATION
FOSTER CARE/RESIDENTIAL CARE**

Form 208
Sept 2

10.    **Time in Care.**  How long is the child expected to be in care: <u>6 months</u>

_(signature)_ _____     <u>2-19-06</u>     <u>412-2912</u>
       Signature - Caregiver            Date           Telephone No.

_(signature)_ _____     <u>7/19/06</u>     <u>412-4737</u>
       Signature - DFPS Caseworker        Date           Telephone No.

_(signature)_ _____     <u>2/19/06</u>     <u>956-412-423</u>
       Signature - DFPS Supervisor        Date           Telephone No.

**Important:** Forms in the 2085 series are the only caregiver authorizations that the child's caseworker and the caseworker's supervisor may sign. If either of them has signed any other caregiver authorization, that authorization is null and void.



**FOSTER PARENT MONTHLY PAPERWORK**

MONTH _Sept_  YEAR _2004_
CHILD _Elisah Oliver_
DOB _9/06/04_ LOC _Basic_  POS DATES _____, _____
FOSTER HOME: _Castillo_  CASE MANAGER: _Elizabeth Rodriguez_
CPS CASEWORKER VISIT/CONTACT DATES: _9/21/04_
**MEDICAL DOMAIN**
DATE OF LAST **PHYSICAL**:_____ PHYSICIAN_____
COPY TURNED IN TO CASE MANAGER?_____
FOLLOW UP REQUESTED OR REQUIRED?_____
_____
_____

DATE OF LAST **DENTAL**:_____ _N/A_____ DENTIST_____
COPY TURNED IN TO CASE MANAGER?_____
FOLLOW UP REQUESTED OR REQUIRED?_____
_____
_____

DATE OF LAST **EYE EXAM**:_____ _n/A_____ OPTOMOTRIST_____
COPY TURNED IN TO CASE MANAGER?_____
FOLLOW UP REQUESTED OR REQUIRED?_____

DATE OF LAST **TB TEST**: _____

**MISC. EXAM**:_____ DOCTOR_____
COPY TURNED IN TO CASE MANAGER?_____
FOLLOW UP REQUESTED OR REQUIRED?_____
_____
_____

DATE OF LAST **PSYCHOLOGICAL**:_____
**DIAGNOSIS**: Axis I and II:_____
_____

DATE OF LAST **PSYCHIATRIC REVIEW**:_____ PSYCHIATRIST:_____
**MEDICATIONS**:  List name of med, mg., and for what purpose.
_____
_____
_____
_____

ANY **CHANGE IN MEDICATIONS** THIS MONTH?_____
_____
WAS THE **CPS CASEWORKER** NOTIFIED PRIOR TO CHANGE?_____

MONTHLY LOGS          PAGE TWO

**BEHAVIORAL DOMAIN**
BEHAVIORAL GOALS:

_____

_____

_____

_____

_____

_____

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN BEHAVIORAL GOAL AREA:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**EDUCATIONAL DOMAIN**
EDUCATIONAL GOALS:

_____

_____

_____

_____

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EDUCATIONAL GOAL
AREA: _____

_____

_____

_____

_____

_____

_____

_____

MONTHLY LOGS          PAGE THREE

## EMOTIONAL DOMAIN
EMOTIONAL NEEDS AND GOALS:

_____
_____
_____
_____
_____

Number of Therapy Sessions this month: _____
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EMOTIONAL GOAL AREA:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## SOCIAL/ RECREATIONAL DOMAIN:
Describe the recreational pursuits in which the child currently participates:
1._____   3._____
2._____   4._____
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN SOCIAL/RECREATIONAL
GOAL AREA:_____

_____
_____
_____
_____

## FAMILY DOMAIN:
VISIT DATES BY RELATIVES: _N\A_____
Include dates, names of visitors, duration of visits, supervised or unsupervised, outcome.
APPROX. NUMBER OF FAMILY PHONE CONTACTS: __N\A_____

_____
Include who initiated calls and outcome (if significant).
COMMENT ON SIGNIFICANT FAMILY ISSUES: __N\A_____

_____
CONTACT RESTRICTION WITH:_____.

MONTHLY LOGS          PAGE FOUR

**INCIDENTS**

For serious incidents such as runaway; physical restraint; hospitalization; suicidal ideation, gestures, or attempts; sexual perpetration; law enforcement involvement; or allegations of abuse or neglect contact the Burke Foundation immediately. Serious incidents described above may require a separate incident form. Burke Foundation personnel will advise.

Case Manager_____  Phone:_____

Charles Campise: Work (512) 858-4258 /cell 461-2935 / home: 847-5083 / Rose cell: 461- 4803
Karyn Rogers: Work (512) 858-4258 / cell 658-0169 / home: 264-7290

**NOTABLE BEHAVIORS:** These are problematic behaviors that are typically NOT considered serious incidents:

| | | |
|---|---|---|
| A. Substance Abuse | B. Property Destruction | C. Self inflicted injury |
| D. Enuresis | E. Terroristic threat | F. Public incident |
| G. Encopresis/Feces Smearing | H. Provoking peers | I. Unprovoked aggression |
| J. Verbal threats | K. Sexually inappropriate | L. Animal abuse |
| M. School Problems | N. School bus problems | O. Theft and/or Dishonesty |
| P. Breaking House Rules | Q. Hallucinating | R. Missed medication dose |
| S. Bizarre behavior | T. One on One Supervision | U. Assaulted by Peer |

A particular Notable behavior that occurs on more than one day can be described once and just note the dates on which the behavior occurred. A behavior that occurs each day may be listed as "daily".

Notable behavior letter:_____     Date(s):_____

Description:

Notable behavior letter:_____     Date(s):_____

Description:



MONTHLY LOGS      PAGE FIVE

Notable behavior letter: _____      Date(s): _____

Description:



Notable behavior letter: _____      Date(s): _____

Description:



Notable behavior letter: _____      Date(s): _____

Description:



Notable behavior letter: _____      Date(s): _____

Description:

MONTHLY LOGS    PAGE SIX

Notable behavior letter:                          Date(s):

Description:

Notable behavior letter:                          Date(s):

Description:

Notable behavior letter:                          Date(s):

Description:

Notable behavior letter:                          Date(s):

Description:

MONTHLY LOGS   PAGE SEVEN

Notable behavior letter:                    Date(s):

Description:


Notable behavior letter:                    Date(s):

Description:


Notable behavior letter:                    Date(s):

Description:


Notable behavior letter:                    Date(s):

Description:

**FOSTER PARENT MONTHLY PAPERWORK**

**MONTH** _October_   **YEAR** _2004_
**CHILD** _Mariah Alvarez_
**DOB** _09/06/04_ **LOC** _____ **POS DATES** _9/21/04_ , ____, ____.
**FOSTER HOME:** _Castillo_   **CASE MANAGER:** _Elizabeth Rodriguez_
**CPS CASEWORKER VISIT/CONTACT DATES:** _10/29/04_
**MEDICAL DOMAIN**
**DATE OF LAST PHYSICAL:** _10-7-04_   PHYSICIAN _C L Castaneda_
**COPY TURNED IN TO CASE MANAGER?** _10/04_
**FOLLOW UP REQUESTED OR REQUIRED?** _one year_
_____
_____

**DATE OF LAST DENTAL:** _N/A_   DENTIST _____
**COPY TURNED IN TO CASE MANAGER?** _____
**FOLLOW UP REQUESTED OR REQUIRED?** _____
_____
_____

**DATE OF LAST EYE EXAM:** _____ OPTOMOTRIST _____
**COPY TURNED IN TO CASE MANAGER?** _____
**FOLLOW UP REQUESTED OR REQUIRED?** _____
_____

**DATE OF LAST TB TEST:** _____

**MISC. EXAM:** _____ DOCTOR _____
**COPY TURNED IN TO CASE MANAGER?** _____
**FOLLOW UP REQUESTED OR REQUIRED?** _____
_____
_____

**DATE OF LAST PSYCHOLOGICAL:** _____
**DIAGNOSIS:** Axis I and II: _____
_____

**DATE OF LAST PSYCHIATRIC REVIEW:** _____ PSYCHIATRIST: _____
**MEDICATIONS:**   List name of med, mg., and for what purpose.
_____
_____
_____
_____

**ANY CHANGE IN MEDICATIONS THIS MONTH?** _____

**WAS THE CPS CASEWORKER NOTIFIED PRIOR TO CHANGE?** _____

MONTHLY LOGS          PAGE TWO

**BEHAVIORAL DOMAIN**
BEHAVIORAL GOALS:

Show her love and care

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN BEHAVIORAL GOAL AREA:

Usually a good baby but every now and then, she cries alot and has her tantrums.

**EDUCATIONAL DOMAIN**
EDUCATIONAL GOALS:

Sing to her, Luisito also sings to her.

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EDUCATIONAL GOAL AREA:

When sung to she is at peace.

MONTHLY LOGS          PAGE THREE

**EMOTIONAL DOMAIN**
EMOTIONAL NEEDS AND GOALS:

_Show her love and care. Try to make her feel comfortable._

Number of Therapy Sessions this month: _____
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EMOTIONAL GOAL AREA:

_She often cries alot and has her tantrums. She also shakes alot and often has withdrawel._

**SOCIAL/ RECREATIONAL DOMAIN:**
Describe the recreational pursuits in which the child currently participates:
1. _Luisito sings to her_          3. _____
2. _____          4. _____
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN SOCIAL/RECREATIONAL
GOAL AREA: _She is calm when being to._

**FAMILY DOMAIN:**
VISIT DATES BY RELATIVES: _3-5 pm, supervised @ the Harl. office_
Include dates, names of visitors, duration of visits, supervised or unsupervised, outcome.
APPROX. NUMBER OF FAMILY PHONE CONTACTS: _N/A_

Include who initiated calls and outcome (if significant).
COMMENT ON SIGNIFICANT FAMILY ISSUES: _N/A_

CONTACT RESTRICTION WITH: _N/A_

MONTHLY LOGS          PAGE FOUR

**INCIDENTS**

For serious incidents such as runaway; physical restraint; hospitalization; suicidal ideation, gestures, or attempts; sexual perpetration; law enforcement involvement; or allegations of abuse or neglect contact the Burke Foundation immediately. Serious incidents described above may require a separate incident form. Burke Foundation personnel will advise.

Case Manager_____     Phone:_____

Charles Campise: Work (512) 858-4258 /cell 461-2935 / home: 847-5083 / Rose cell: 461- 4803

Karyn Rogers: Work (512) 858-4258 / cell 658-0169 / home: 264-7290

**NOTABLE BEHAVIORS**:   These are problematic behaviors that are typically NOT considered serious incidents:

| | | |
|---|---|---|
| A. Substance Abuse | B. Property Destruction | C. Self inflicted injury |
| D. Enuresis | E. Terroristic threat | F. Public incident |
| G. Encopresis/Feces Smearing | H. Provoking peers | I. Unprovoked aggression |
| J. Verbal threats | K. Sexually inappropriate | L. Animal abuse |
| M. School Problems | N. School bus problems | O. Theft and/or Dishonesty |
| P. Breaking House Rules | Q. Hallucinating | R. Missed medication dose |
| S. Bizarre behavior | T. One on One Supervision | U. Assaulted by Peer |

A particular Notable behavior that occurs on more than one day can be described once and just note the dates on which the behavior occurred.   A behavior that occurs each day may be listed as "daily".

Notable behavior letter:_____     Date(s):_____

Description:

Notable behavior letter:_____     Date(s):_____

Description:

MONTHLY LOGS        PAGE FIVE

Notable behavior letter:                    Date(s):

Description:


Notable behavior letter:                    Date(s):

Description:


Notable behavior letter:                    Date(s):

Description:


Notable behavior letter:                    Date(s):

Description:

MONTHLY LOGS    PAGE SIX

Notable behavior letter: _____    Date(s): _____

Description:


Notable behavior letter: _____    Date(s): _____

Description:


Notable behavior letter: _____    Date(s): _____

Description:


Notable behavior letter: _____    Date(s): _____

Description:

MONTHLY LOGS   PAGE SEVEN

Notable behavior letter: _____   Date(s): _____

Description:

Notable behavior letter: _____   Date(s): _____

Description:

Notable behavior letter: _____   Date(s): _____

Description:

Notable behavior letter: _____   Date(s): _____

Description:

# FOSTER PARENT MONTHLY PAPERWORK

MONTH _December_ YEAR _04_

CHILD _Mariah Alvarez_

DOB _9/6/04_  LOC _____

FOSTER HOME: _Castillos_  POS DATES _9/21/04_

CPS CASEWORKER VISIT/CONTACT DATES:  CASE MANAGER: _Elisabeth Rodriguez_ _10/29/04_

## MEDICAL DOMAIN

DATE OF LAST PHYSICAL: _10/7/04_

COPY TURNED IN TO CASE MANAGER? _10/04_  PHYSICIAN _Castaneda_

FOLLOW UP REQUESTED OR REQUIRED? _one year_

DATE OF LAST DENTAL: _N/A_

COPY TURNED IN TO CASE MANAGER?  DENTIST

FOLLOW UP REQUESTED OR REQUIRED?

DATE OF LAST EYE EXAM: _N/A_

COPY TURNED IN TO CASE MANAGER?  OPTOMOTRIST

FOLLOW UP REQUESTED OR REQUIRED?

DATE OF LAST TB TEST: _N/A_

MISC. EXAM:

COPY TURNED IN TO CASE MANAGER?  DOCTOR

FOLLOW UP REQUESTED OR REQUIRED?

DATE OF LAST PSYCHOLOGICAL:

DIAGNOSIS: Axis I and II:

DATE OF LAST PSYCHIATRIC REVIEW:

MEDICATIONS:  List name of med, mg., and for what purpose.  PSYCHIATRIST:

ANY CHANGE IN MEDICATIONS THIS MONTH?

WAS THE CPS CASEWORKER NOTIFIED PRIOR TO CHANGE?

MONTHLY LOGS        PAGE TWO

## BEHAVIORAL DOMAIN
BEHAVIORAL GOALS:

Help Mariah feel comfortable.

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN BEHAVIORAL GOAL AREA:

She doesn't have as many tantrums as she used too.

## EDUCATIONAL DOMAIN
EDUCATIONAL GOALS:

To help Mariah understand.

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EDUCATIONAL GOAL
AREA:

We read and sing to Mariah, as well as play with her.

MONTHLY LOGS      PAGE THREE

**EMOTIONAL DOMAIN**
EMOTIONAL NEEDS AND GOALS:

Make her feel comfortable.

Number of Therapy Sessions this month: _____
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EMOTIONAL GOAL AREA:

Mariah smiles more and laughs more. She seems happier.

**SOCIAL/ RECREATIONAL DOMAIN:**
Describe the recreational pursuits in which the child currently participates:
1. she is read too          3. we play with her.
2. she is sung too          4.
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN SOCIAL/RECREATIONAL
GOAL AREA:

**FAMILY DOMAIN:**
VISIT DATES BY RELATIVES: Wednesdays, 2 hours, supervised, all family
Include dates, names of visitors, duration of visits, supervised or unsupervised, outcome.
APPROX. NUMBER OF FAMILY PHONE CONTACTS: N|A

Include who initiated calls and outcome (if significant).
COMMENT ON SIGNIFICANT FAMILY ISSUES: N|A

CONTACT RESTRICTION WITH: N|A

MONTHLY LOGS          PAGE FOUR

**INCIDENTS**

For serious incidents such as runaway; physical restraint; hospitalization; suicidal ideation, gestures, or attempts; sexual perpetration; law enforcement involvement; or allegations of abuse or neglect contact the Burke Foundation immediately. Serious incidents described above may require a separate incident form. Burke Foundation personnel will advise.

Case Manager_____     Phone:_____

Charles Campise: Work (512) 858-4258 /cell 461-2935 / home: 847-5083 / Rose cell: 461- 4803
Karyn Rogers: Work (512) 858-4258 / cell 658-0169 / home: 264-7290

**NOTABLE BEHAVIORS**: These are problematic behaviors that are typically NOT considered serious incidents:

| | | |
|---|---|---|
| A. Substance Abuse | B. Property Destruction | C. Self inflicted injury |
| D. Enuresis | E. Terroristic threat | F. Public incident |
| G. Encopresis/Feces Smearing | H. Provoking peers | I. Unprovoked aggression |
| J. Verbal threats | K. Sexually inappropriate | L. Animal abuse |
| M. School Problems | N. School bus problems | O. Theft and/or Dishonesty |
| P. Breaking House Rules | Q. Hallucinating | R. Missed medication dose |
| S. Bizarre behavior | T. One on One Supervision | U. Assaulted by Peer |

A particular Notable behavior that occurs on more than one day can be described once and just note the dates on which the behavior occurred. A behavior that occurs each day may be listed as "daily".

Notable behavior letter:_____     Date(s):_____

Description:

Notable behavior letter:_____     Date(s):_____

Description:



**FOSTER PARENT MONTHLY PAPERWORK**

MONTH _Jan._       YEAR _2005._
CHILD _MAriah Alvarez_
DOB _9-6-04_ LOC _____ POS DATES _9/21/04_ ____, ____
FOSTER HOME: _Castilos_       CASE MANAGER: _Elisabeth Rdz_
CPS CASEWORKER VISIT/CONTACT DATES: _9/21/04/11/19/04/1/12/05_
**MEDICAL DOMAIN**
DATE OF LAST **PHYSICAL**: _10/7/04_       PHYSICIAN _J L. Castaneda_
COPY TURNED IN TO CASE MANAGER? _10/04_
FOLLOW UP REQUESTED OR REQUIRED? _one yr_
_____
_____

DATE OF LAST **DENTAL**: _____ DENTIST _N/A_
COPY TURNED IN TO CASE MANAGER? _____
FOLLOW UP REQUESTED OR REQUIRED? _____
_____
_____

DATE OF LAST **EYE EXAM**: _____ OPTOMOTRIST _N/A_
COPY TURNED IN TO CASE MANAGER? _____
FOLLOW UP REQUESTED OR REQUIRED? _____

DATE OF LAST **TB TEST**: _N/A_

**MISC. EXAM**: _N/A_ DOCTOR _N/A_
COPY TURNED IN TO CASE MANAGER? _____
FOLLOW UP REQUESTED OR REQUIRED? _____
_____
_____

DATE OF LAST **PSYCHOLOGICAL**: _N/A_
**DIAGNOSIS**: Axis I and II: _____
_____

DATE OF LAST **PSYCHIATRIC REVIEW**: _N/A_ PSYCHIATRIST: _____
**MEDICATIONS**:   List name of med, mg., and for what purpose.
_____
_____
_____
_____

ANY CHANGE IN MEDICATIONS THIS MONTH? _N/A_
_____
WAS THE **CPS CASEWORKER NOTIFIED** PRIOR TO CHANGE? _____



MONTHLY LOGS          PAGE TWO

**BEHAVIORAL DOMAIN**
BEHAVIORAL GOALS:

Work on her attitude / tantrums.

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN BEHAVIORAL GOAL AREA:

At times she throws her tantrums.
We provide possibly everything for her
but she continues to give some attitude.

**EDUCATIONAL DOMAIN**
EDUCATIONAL GOALS:

We read & sing to her

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EDUCATIONAL GOAL
AREA: She seems to enjoy when we sing
to her (or laughs because we don't know how).
And seems to listen when we read.

MONTHLY LOGS     PAGE THREE

**EMOTIONAL DOMAIN**
EMOTIONAL NEEDS AND GOALS:

Comfort Mariah & make sure she is not feeling lonely.

Number of Therapy Sessions this month:
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EMOTIONAL GOAL AREA:

She continues to have her tantrums as well. Sometimes at night she has trouble sleeping.

**SOCIAL/ RECREATIONAL DOMAIN:**
Describe the recreational pursuits in which the child currently participates:
1. plays with toys
2. listens to tv/radio
3. play w/ her
4.
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN SOCIAL/RECREATIONAL
GOAL AREA:
We sing to her, read to her, & play w/ her.

**FAMILY DOMAIN:**
VISIT DATES BY RELATIVES: Wednesdays 3-5, supervised, last two were w/ family. cancelled.
Include dates, names of visitors, duration of visits, supervised or unsupervised, outcome.
APPROX. NUMBER OF FAMILY PHONE CONTACTS: N/A

Include who initiated calls and outcome (if significant).
COMMENT ON SIGNIFICANT FAMILY ISSUES: N/A

CONTACT RESTRICTION WITH: N/A

**INCIDENTS**                               MONTHLY LOGS          PAGE FOUR

For serious incidents such as runaway; physical restraint; hospitalization; suicidal ideation, gestures, or attempts; sexual perpetration; law enforcement involvement; or allegations of abuse or neglect contact the Burke Foundation immediately. Serious incidents described above may require a separate incident form. Burke Foundation personnel will advise.

Case Manager_____ Phone:_____

Charles Campise: Work (512) 858-4258 /cell 461-2935 / home: 847-5083 / Rose cell: 461- 4803
Karyn Rogers: Work (512) 858-4258 / cell 658-0169 / home: 264-7290

**NOTABLE BEHAVIORS**: These are problematic behaviors that are typically NOT considered serious incidents:

| | | |
|---|---|---|
| A. Substance Abuse | B. Property Destruction | C. Self inflicted injury |
| D. Enuresis | E. Terroristic threat | F. Public incident |
| G. Encopresis/Feces Smearing | H. Provoking peers | I. Unprovoked aggression |
| J. Verbal threats | K. Sexually inappropriate | L. Animal abuse |
| M. School Problems | N. School bus problems | O. Theft and/or Dishonesty |
| P. Breaking House Rules | Q. Hallucinating | R. Missed medication dose |
| S. Bizarre behavior | T. One on One Supervision | U. Assaulted by Peer |

A particular Notable behavior that occurs on more than one day can be described once and just note the dates on which the behavior occurred. A behavior that occurs each day may be listed as "daily".

Notable behavior letter:_____          Date(s):_____

Description:

Notable behavior letter:_____          Date(s):_____

Description:



**FOSTER PARENT MONTHLY PAPERWORK**

**MONTH** _Feb_ **YEAR** _2005_
**CHILD** _MAriah Aluarez_
**DOB** _9-6-04_ **LOC** _Basic_ **POS DATES** _9/1/04_ , _____ , _____
**FOSTER HOME:** _Castillos_ **CASE MANAGER:** _Elizabeth Ruz_
**CPS CASEWORKER VISIT/CONTACT DATES:** _9/21/04 11/19/04 1/12/05_
**MEDICAL DOMAIN**
DATE OF LAST **PHYSICAL:** _10/7/04_ PHYSICIAN _J L CAslaNeda_
COPY TURNED IN TO CASE MANAGER? _10/04_
FOLLOW UP REQUESTED OR REQUIRED? _oNe yr_
_____
_____

DATE OF LAST **DENTAL:** _N/A_ DENTIST _____
COPY TURNED IN TO CASE MANAGER? _____
FOLLOW UP REQUESTED OR REQUIRED? _____
_____
_____

DATE OF LAST **EYE EXAM:** _N/A_ OPTOMOTRIST _____
COPY TURNED IN TO CASE MANAGER? _____
FOLLOW UP REQUESTED OR REQUIRED? _____

DATE OF LAST **TB TEST:** _N/A_

**MISC. EXAM:** _____ DOCTOR _____
COPY TURNED IN TO CASE MANAGER? _____
FOLLOW UP REQUESTED OR REQUIRED? _____
_____
_____

DATE OF LAST **PSYCHOLOGICAL:** _N/A_
**DIAGNOSIS:** Axis I and II: _____
_____

DATE OF LAST **PSYCHIATRIC REVIEW:** _N/A_ PSYCHIATRIST: _____
**MEDICATIONS:** List name of med, mg., and for what purpose.
_____
_____
_____
_____

ANY **CHANGE IN MEDICATIONS** THIS MONTH? _N/A_

WAS THE **CPS CASEWORKER NOTIFIED** PRIOR TO CHANGE? _____

MONTHLY LOGS          PAGE TWO

**BEHAVIORAL DOMAIN**
BEHAVIORAL GOALS:
Stabilize Shakeins
Anger

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN BEHAVIORAL GOAL AREA:
on Shakeins Mariah is improving.
Mariah shakeing is improving,
When she crys in anger she twist and turns
really bad,

**EDUCATIONAL DOMAIN**
EDUCATIONAL GOALS:

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EDUCATIONAL GOAL
AREA:

**EMOTIONAL DOMAIN**                    MONTHLY LOGS        PAGE THREE
EMOTIONAL NEEDS AND GOALS:

_____
_____
_____
_____
_____

Number of Therapy Sessions this month: _____
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EMOTIONAL GOAL AREA:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**SOCIAL/ RECREATIONAL DOMAIN:**
Describe the recreational pursuits in which the child currently participates:
1._____      3._____
2._____      4._____
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN SOCIAL/RECREATIONAL
GOAL AREA:_____

_____
_____
_____
_____

**FAMILY DOMAIN:**
VISIT DATES BY RELATIVES:_____
Include dates, names of visitors, duration of visits, supervised or unsupervised, outcome.
APPROX. NUMBER OF FAMILY PHONE CONTACTS:_____

_____
Include who initiated calls and outcome (if significant).
COMMENT ON SIGNIFICANT FAMILY ISSUES: _____

_____
_____
CONTACT RESTRICTION WITH:_____

**INCIDENTS**                    MONTHLY LOGS          PAGE FOUR

For serious incidents such as runaway; physical restraint; hospitalization; suicidal ideation, gestures, or attempts; sexual perpetration; law enforcement involvement; or allegations of abuse or neglect contact the Burke Foundation immediately. Serious incidents described above may require a separate incident form. Burke Foundation personnel will advise.
Case Manager_____ Phone:_____
Charles Campise: Work (512) 858-4258 /cell 461-2935 / home: 847-5083 / Rose cell: 461- 4803
Karyn Rogers: Work (512) 858-4258 / cell 658-0169 / home: 264-7290

**NOTABLE BEHAVIORS:** These are problematic behaviors that are typically NOT considered serious incidents:

| | | |
|---|---|---|
| A. Substance Abuse | B. Property Destruction | C. Self inflicted injury |
| D. Enuresis | E. Terroristic threat | F. Public incident |
| G. Encopresis/Feces Smearing | H. Provoking peers | I. Unprovoked aggression |
| J. Verbal threats | K. Sexually inappropriate | L. Animal abuse |
| M. School Problems | N. School bus problems | O. Theft and/or Dishonesty |
| P. Breaking House Rules | Q. Hallucinating | R. Missed medication dose |
| S. Bizarre behavior | T. One on One Supervision | U. Assaulted by Peer |

A particular Notable behavior that occurs on more than one day can be described once and just note the dates on which the behavior occurred. A behavior that occurs each day may be listed as "daily".

Notable behavior letter:_____      Date(s):_____

Description:

Notable behavior letter:_____      Date(s):_____

Description:

DATE: 02/24/2005                          LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                     FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. As per foster mother, Mariah
was sick with the flu last week. Dr. Sameer stated she has an upper lung infection and
prescribed an antibiotic, Cefzil 125 mil. 1/2teaspoon 2 times a day and an anti-
inflammatory medication, Prednisolone 4 cc dropper 3 times a day for 5 days for
inflammation and breathing machine every four hours. As per foster mother, she is much
better and she is thriving. She is gaining weight

_Dora Cackley_
Dora Cackley

2-24-05
Date

**FOSTER PARENT MONTHLY PAPERWORK**

MONTH _March_ YEAR _05_

CHILD _Mariah Alvarez_

DOB _9/16/04_ LOC _____ POS DATES _9/21/04_

FOSTER HOME: _Ramon CAlicoAt_ CASE MANAGER: _Maria L. luisa_

CPS CASEWORKER VISIT/CONTACT DATES: _9/21/04/11/19/04/1/12/05/3/31/05_

**MEDICAL DOMAIN**

DATE OF LAST **PHYSICAL:** _10-7-04_ PHYSICIAN _Jose luis Castañeda_

COPY TURNED IN TO CASE MANAGER? _yes_

FOLLOW UP REQUESTED OR REQUIRED? _one year_

_____

_____

DATE OF LAST **DENTAL:** _N/A_ DENTIST _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

_____

_____

DATE OF LAST **EYE EXAM:** _N/A_ OPTOMOTRIST _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

DATE OF LAST **TB TEST:** _N/A_

MISC. EXAM: _____ DOCTOR _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

_____

_____

DATE OF LAST **PSYCHOLOGICAL:** _N/A_

DIAGNOSIS: Axis I and II: _____

_____

DATE OF LAST **PSYCHIATRIC REVIEW:** _N/A_ PSYCHIATRIST: _____

**MEDICATIONS:** List name of med, mg., and for what purpose.

_____

_____

_____

ANY **CHANGE IN MEDICATIONS** THIS MONTH? _N/A_ _____

WAS THE **CPS CASEWORKER NOTIFIED** PRIOR TO CHANGE? _____

MONTHLY LOGS          PAGE TWO

**BEHAVIORAL DOMAIN**
**BEHAVIORAL GOALS:**
Stabilize Shakein
Anger

**BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN BEHAVIORAL GOAL AREA:**
Mariah Shakein is improving
When She Cry in anger she Twist and Turns
really bad

**EDUCATIONAL DOMAIN**
**EDUCATIONAL GOALS:**
learn to talk
learn to hear when we read a Book
Teaching eating Baby food

**BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EDUCATIONAL GOAL AREA:**
She laughing when I talk to her
and when I Read a Book and She is
learning to eat food.

MONTHLY LOGS        PAGE THREE

**EMOTIONAL DOMAIN**
EMOTIONAL NEEDS AND GOALS:

_Tantrums_
_Twist to the side_
_Crying_

Number of Therapy Sessions this month: _____
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EMOTIONAL GOAL AREA:

_on Crying is improvements have been achieved_
_Mariah seems to be Happy most of the Time_

**SOCIAL/ RECREATIONAL DOMAIN:**   _N/A_
Describe the recreational pursuits in which the child currently participates:
1._____   3._____
2._____   4._____
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN SOCIAL/RECREATIONAL
GOAL AREA:_____

**FAMILY DOMAIN:**   _Mom & dad_
VISIT DATES BY RELATIVES: _every week. for two 2. hrs_
Include dates, names of visitors, duration of visits, supervised or unsupervised, outcome.
APPROX. NUMBER OF FAMILY PHONE CONTACTS:_____

Include who initiated calls and outcome (if significant).
COMMENT ON SIGNIFICANT FAMILY ISSUES: _____

CONTACT RESTRICTION WITH:_____

MONTHLY LOGS          PAGE FOUR

**INCIDENTS**

   For serious incidents such as runaway; physical restraint; hospitalization; suicidal ideation, gestures, or attempts; sexual perpetration; law enforcement involvement; or allegations of abuse or neglect contact the Burke Foundation immediately.  Serious incidents described above may require a separate incident form.  Burke Foundation personnel will advise.

Case Manager_____ Phone:_____

Charles Campise: Work (512) 858-4258 /cell 461-2935 / home: 847-5083 / Rose cell: 461- 4803
Karyn Rogers: Work (512) 858-4258 / cell 658-0169 / home: 264-7290

**NOTABLE BEHAVIORS**:  These are problematic behaviors that are typically NOT considered serious incidents:

| | | |
|---|---|---|
| A.  Substance Abuse | B.  Property Destruction | C.  Self inflicted injury |
| D.  Enuresis | E.  Terroristic threat | F.  Public incident |
| G.  Encopresis/Feces Smearing | H.  Provoking peers | I.  Unprovoked aggression |
| J.  Verbal threats | K.  Sexually inappropriate | L.  Animal abuse |
| M.  School Problems | N.  School bus problems | O.  Theft and/or Dishonesty |
| P.  Breaking House Rules | Q.  Hallucinating | R.  Missed medication dose |
| S.  Bizarre behavior | T.  One on One Supervision | U.  Assaulted by Peer |

 A particular Notable behavior that occurs on more than one day can be described once and just note the dates on which the behavior occurred.   A behavior that occurs each day may be listed as "daily".

Notable behavior letter:                         Date(s):

Description:

Notable behavior letter:                         Date(s):

Description:

DATE: 03/29/2005                          LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                  FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. Mariah was on a blanket on the floor. She was trying to push herself up with her arms. As per foster mother, Mariah is gaining strength. She sleeps and eats well and is thriving and gaining weight. As per foster mother, ECI will begin occupational therapy with Mariah. As per foster mother, Mariah takes Accuhist PDX 30 milligrams ½ dropper three times each day for allergies and Tylenol for teething.

Dora Cackley

3-29-05
Date

DATE: 03/21/2005                                LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                  FAMILY: Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. As per foster mother, Mariah sleeps and eats well. She is thriving and gaining weight. As per foster mother, ECI will come next week to evaluate Mariah's always favoring her left side of her body. As per foster mother, Mariah takes Accuhist PDX 30 milligrams ½ dropper three times each day for allergies and Tylenol for teething.

Dora Cackley                                    3-21-05
                                                Date

**FOSTER PARENT MONTHLY PAPERWORK**

MONTH April   YEAR 2005

CHILD Mariah Alvarez

DOB 9/6/04 LOC Basic   POS DATES 9/21/04 ____, ____

FOSTER HOME: Ramone Alicastillo CASE MANAGER: Maria Luisa Livingstone

CPS CASEWORKER VISIT/CONTACT DATES: 9/21/05, 11/19/05, 1/12/05, 3/31/05

**MEDICAL DOMAIN**

DATE OF LAST **PHYSICAL**: 10-7-04   PHYSICIAN Jose Luis Castañedo

COPY TURNED IN TO CASE MANAGER? Yes

FOLLOW UP REQUESTED OR REQUIRED? One Year

DATE OF LAST **DENTAL**: N/A   DENTIST _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

DATE OF LAST **EYE EXAM**: N/A   OPTOMOTRIST _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

DATE OF LAST **TB TEST**: N/A

**MISC. EXAM**: _____   DOCTOR _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

DATE OF LAST **PSYCHOLOGICAL**: N/A

**DIAGNOSIS**: Axis I and II: _____

DATE OF LAST **PSYCHIATRIC REVIEW**: N/A   PSYCHIATRIST: _____

**MEDICATIONS**:  List name of med, mg., and for what purpose.

ANY **CHANGE IN MEDICATIONS** THIS MONTH? N/A

WAS THE **CPS CASEWORKER NOTIFIED** PRIOR TO CHANGE? N/A

MONTHLY LOGS          PAGE TWO

**BEHAVIORAL DOMAIN**
BEHAVIORAL GOALS:

To teach Mariah to speak words & to sit by herself.

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN BEHAVIORAL GOAL AREA:

Progressing accordingly. No regression.

**EDUCATIONAL DOMAIN**
EDUCATIONAL GOALS:

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EDUCATIONAL GOAL
AREA:



MONTHLY LOGS     PAGE THREE

**EMOTIONAL DOMAIN**
EMOTIONAL NEEDS AND GOALS: Take aua. anger because she is very temperamental.

Number of Therapy Sessions this month: None
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EMOTIONAL GOAL AREA:
Progressing, responds to my voice.

**SOCIAL/ RECREATIONAL DOMAIN:**
Describe the recreational pursuits in which the child currently participates:
1. Playing in swings          3.
2.                            4.
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN SOCIAL/RECREATIONAL
GOAL AREA: Progressing. Enjoys swinging.

**FAMILY DOMAIN:**
VISIT DATES BY RELATIVES: Weekly w/ Parents + siblings, Supervised.
Include dates, names of visitors, duration of visits, supervised or unsupervised, outcome. outcome age
APPROX. NUMBER OF FAMILY PHONE CONTACTS: None
Include who initiated calls and outcome (if significant).
COMMENT ON SIGNIFICANT FAMILY ISSUES: None

CONTACT RESTRICTION WITH:

MONTHLY LOGS          PAGE FOUR

## INCIDENTS

For serious incidents such as runaway; physical restraint; hospitalization; suicidal ideation, gestures, or attempts; sexual perpetration; law enforcement involvement; or allegations of abuse or neglect contact the Burke Foundation immediately.  Serious incidents described above may require a separate incident form.  Burke Foundation personnel will advise.
Case Manager ___L. Livingston___) Phone: ___350 8461 (956)___
Charles Campise: Work (512) 858-4258 /cell 461-2935 / home: 847-5083 / Rose cell: 461- 4803
Karyn Rogers: Work (512) 858-4258 / cell 658-0169 / home: 264-7290

**NOTABLE BEHAVIORS**:  These are problematic behaviors that are typically NOT considered serious incidents:

| | | |
|---|---|---|
| A.  Substance Abuse | B.  Property Destruction | C.  Self inflicted injury |
| D.  Enuresis | E.  Terroristic threat | F.  Public incident |
| G.  Encopresis/Feces Smearing | H.  Provoking peers | I.  Unprovoked aggression |
| J.  Verbal threats | K.  Sexually inappropriate | L.  Animal abuse |
| M.  School Problems | N.  School bus problems | O.  Theft and/or Dishonesty |
| P.  Breaking House Rules | Q.  Hallucinating | R.  Missed medication dose |
| S.  Bizarre behavior | T.  One on One Supervision | U.  Assaulted by Peer |

A particular Notable behavior that occurs on more than one day can be described once and just note the dates on which the behavior occurred.   A behavior that occurs each day may be listed as "daily".

Notable behavior letter:                                    Date(s):

Description:

Notable behavior letter:                                    Date(s):

Description:



DATE: 04/29/2005                LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez            FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. As per foster mother, Mariah now has two teeth and is eating pureed table food. She is gaining weight as she eats everything.  As per foster mother, Mariah is gaining strength but she in not able to stand on her own. She sleeps and eats well and is thriving. As per foster mother, Mariah has bronchitis and has to be monitored. As per foster mother, Dr. Sameer checked her  and stated she was  fine.

Dora Cackley

4-29-05
Date

DATE: 04/18/2005                  LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez            FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. Mariah was in a jumping swing and jumping up and down and playing with the toys on the swing.  As per foster mother, Mariah is gaining strength but she in not able to stand on her own. She sleeps and eats well and is thriving and gaining weight. Foster mother took her out and place her on her stomach and she fell asleep.


_____
Dora Cackley

4-18-05
Date

DATE: 04/29/2005                          LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                     FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. As per foster mother, Mariah
now has two teeth and is eating pureed table food. She is gaining weight as she eats
everything.  As per foster mother, Mariah is gaining strength but she in not able to stand
on her own. She sleeps and eats well and is thriving. As per foster mother, Mariah has
bronchitis and has to be monitored. As per foster mother, Dr. Sameer checked her  and
stated she was  fine.


_Dora Cackley_                              4-29-05
Dora Cackley                                Date



DATE: 04/18/2005                       LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                  FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. Mariah was in a jumping swing and jumping up and down and playing with the toys on the swing.  As per foster mother, Mariah is gaining strength but she in not able to stand on her own. She sleeps and eats well and is thriving and gaining weight. Foster mother took her out and place her on her stomach and she fell asleep.

_Dora Cackley_
Dora Cackley

4-18-05
Date

**FOSTER PARENT MONTHLY PAPERWORK**

MONTH _May_ YEAR _2005_
CHILD _Mariah Alvarez_
DOB _9/6/05_ LOC _Basic_ POS DATES _5/1/04_
FOSTER HOME: _Ramon & Ali Castillo_ CASE MANAGER: _Ma Luisa Livingston_
CPS CASEWORKER VISIT/CONTACT DATES: _9/04/ 11/04/ 1/05 3/05 5/05_
**MEDICAL DOMAIN**
DATE OF LAST **PHYSICAL**: _10-7-04_ PHYSICIAN _Jose L Castañeda_
COPY TURNED IN TO CASE MANAGER? _yes_
FOLLOW UP REQUESTED OR REQUIRED? _one year_
_____
_____

DATE OF LAST **DENTAL**: _N/A_ DENTIST_____
COPY TURNED IN TO CASE MANAGER?_____
FOLLOW UP REQUESTED OR REQUIRED?_____
_____
_____

DATE OF LAST **EYE EXAM**: _N/A_ OPTOMOTRIST_____
COPY TURNED IN TO CASE MANAGER?_____
FOLLOW UP REQUESTED OR REQUIRED?_____
_____

DATE OF LAST **TB TEST**: _____

**MISC. EXAM**: _N/A_ DOCTOR_____
COPY TURNED IN TO CASE MANAGER?_____
FOLLOW UP REQUESTED OR REQUIRED? _____
_____
_____

DATE OF LAST **PSYCHOLOGICAL**: _N/A_____
**DIAGNOSIS**: Axis I and II: _____
_____

DATE OF LAST **PSYCHIATRIC REVIEW**:_____ PSYCHIATRIST: _N/A_____
**MEDICATIONS**:   List name of med, mg., and for what purpose.
_____
_____
_____

ANY **CHANGE IN MEDICATIONS** THIS MONTH? _NO_____
_____
WAS THE **CPS CASEWORKER** NOTIFIED PRIOR TO CHANGE?_____

MONTHLY LOGS        PAGE TWO

**BEHAVIORAL DOMAIN**
BEHAVIORAL GOALS:

To teach Mariah to speak words
and to sit by herself

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN BEHAVIORAL GOAL AREA:

Progresing Accordingly No regression

**EDUCATIONAL DOMAIN**
EDUCATIONAL GOALS:

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EDUCATIONAL GOAL
AREA:



MONTHLY LOGS        PAGE THREE

**EMOTIONAL DOMAIN**
EMOTIONAL NEEDS AND GOALS:

Take away anger because she
is very Temperamental.

Number of Therapy Sessions this month: None
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EMOTIONAL GOAL AREA:

Progressing respond to my voice.

**SOCIAL/ RECREATIONAL DOMAIN:**
Describe the recreational pursuits in which the child currently participates:
1. Playin Swings                3.
2.                              4.
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN SOCIAL/RECREATIONAL
GOAL AREA:   Progressing. Enjoys. Swinging.

**FAMILY DOMAIN:**
VISIT DATES BY RELATIVES: Weekly w/ Parents. Siblings
Include dates, names of visitors, duration of visits, supervised or unsupervised, outcome.
APPROX. NUMBER OF FAMILY PHONE CONTACTS: Outcome good

Include who initiated calls and outcome (if significant).
COMMENT ON SIGNIFICANT FAMILY ISSUES: None

CONTACT RESTRICTION WITH:

MONTHLY LOGS          PAGE FOUR

## INCIDENTS

For serious incidents such as runaway; physical restraint; hospitalization; suicidal ideation, gestures, or attempts; sexual perpetration; law enforcement involvement; or allegations of abuse or neglect contact the Burke Foundation immediately.  Serious incidents described above may require a separate incident form.  Burke Foundation personnel will advise.

Case Manager M<sup>c</sup> L. livingstone      Phone: 350 84 61

Charles Campise: Work (512) 858-4258 /cell 461-2935 / home: 847-5083 / Rose cell: 461- 4803
Karyn Rogers: Work (512) 858-4258 / cell 658-0169 / home: 264-7290

**NOTABLE BEHAVIORS**:  These are problematic behaviors that are typically NOT considered serious incidents:

| | | |
|---|---|---|
| A.  Substance Abuse | B.  Property Destruction | C.  Self inflicted injury |
| D.  Enuresis | E.  Terroristic threat | F.  Public incident |
| G.  Encopresis/Feces Smearing | H.  Provoking peers | I.  Unprovoked aggression |
| J.  Verbal threats | K.  Sexually inappropriate | L.  Animal abuse |
| M.  School Problems | N.  School bus problems | O.  Theft and/or Dishonesty |
| P.  Breaking House Rules | Q.  Hallucinating | R.  Missed medication dose |
| S.  Bizarre behavior | (T)  One on One Supervision | U.  Assaulted by Peer |

A particular Notable behavior that occurs on more than one day can be described once and just note the dates on which the behavior occurred.   A behavior that occurs each day may be listed as "daily".

Notable behavior letter:  T -          Date(s):  Daily

Description: Mariah requires close Supervision due to her age at all times Specially close attention on what she finds on her way when she is on tha floor.

Notable behavior letter:                    Date(s):

Description:

FOSTER CHILDREN QUARTELY/DAILY ACTIVITY SCHEDULE

Foster Home: Ramone Ali Castillo

Child: Marius

Quarterly from 1/05 to 4/05

FOSTER PARENTS MUST MAKE A SCHEDULE FOR THE WINTER MONTHS, DURING WHICH THE CHILD ATTENDS SCHOOL, OR OTHERWISE HAS DIFFERENT ACTIVITIES.

| Time | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| 6:00 thru 7:00 | wakup. Breakfast | | | | | | ⌒ |
| 8:00 thru 11:30 | Bath bottletime Dr-visit | | | | | | ⌒ |
| 12:00 thru 1:30 | Church | Mall visit | Dr Appt | out store | | | church |
| 2:00 | sleep. | | | | | out store | out store |
| 3:00 | bottle time | | | | evalue ECI | | out store |
| 4:00 | wakeup. | | ECI evalue Dr visit | ECI evalue Dr visit | evalue ECI | | To wallmart |
| 5:00 thru 6:30 | Bothetime | Dr-visit | Dr-visit | | Dr-visit | | Dr-visit |
| 7:00 | Play. | | | | | | Bath |
| 8:00 | Play. | | | Dr·visit | | Dr visit | |
| 9:00 | Sleep Time | | | | | | |
| 10:00 | Sleep Time | | | | | | |



# Therapeutic Recreational Calendar

Child: Moriah Alvarez     Month/Year _____



|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Activity: | Church | we took her Valley Regional Hopital | Evolution ECI 9-10:30am fam visit 2 hrs. AC Her Insgen | #GB Shopins 2½ hrs | Dr Zamier |  |  |
| Supervision: |  |  |  |  |  |  |  |
| Time: | 1:15 U | 11-15 3pm |  |  |  |  |  |
| Goal: | 2 AC 1 | AC 2 |  | AC 4 |  | 6 | 7 |
| Activity: |  | 8 Dr. 9 Zamier 2-hrs | fam 10 Visit 2-hrs Her Insgen AC | 11 | washan/12 Shopins 2 hrs AC | 13 Bursar King 7:30 5:30 14 |  |
| Supervision: |  |  |  |  |  |  |  |
| Time: |  |  |  |  |  |  |  |
| Goal: |  | AC |  |  |  |  |  |
| Activity: | Park 15 to Play 4-to 6pm | 16 | fam 17 Visit 2 hrs Her Insgen AC | 18 | Play 19 outside 1½ hs AC | 20 | 21 |
| Supervision: |  |  |  |  |  |  |  |
| Time: |  |  |  |  |  |  |  |
| Goal: |  |  |  |  |  |  |  |
| Activity: | 22 | 23 | fam 24 Visit 2 hrs. Her Insgen AC | 25 | Dr 26 Zamier 1½ hr.s AC | 27 | 28 |
| Supervision: |  |  |  |  |  |  |  |
| Time: |  |  |  |  |  |  |  |
| Goal: |  |  |  |  |  |  |  |
| Activity: | wal 29 Marts 2 hrs Shopins 2 AC | fam 30 Visit 2 hrs. Her Insgen AC | fam 31 Visit 2 hrs. Her Insgen AC |  |  |  |  |
| Supervision: |  |  |  |  |  |  |  |
| Time: |  |  |  |  |  |  |  |
| Goal: |  |  |  |  |  |  |  |

DATE: 05/23/2005                    LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez              FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. As per foster mother, Mariah's legs are getting stronger. She sits in a bouncer and is able to extend her legs and stand. She is a happy baby and smiles all the time. As per foster mother, she eats pureed table food and is gaining weight. As per foster mother, Mariah is throwing tantrums between her happy moods.

Dora Cackley

_Dora Cackley_

5-23-05
Date

DATE: 05/09/2005                           LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                       FAMILY: Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. She appears robust and alert and is able to smile at everyone who talks to her. As per foster mother, Mariah is eating pureed table food. She is gaining weight as she eats everything.  As per foster mother, ECI evaluated her on May 5, 2005 and will receive occupational therapy once a week. Mariah is gaining strength and is showing signs of crawling.


Dora Cackley

Dora Cackley

5-9-05
Date

**FOSTER PARENT MONTHLY PAPERWORK**

MONTH _June_ YEAR _2005_

CHILD _Mariah Alvarez_

DOB _9/6/04_ LOC _Basic_ POS DATES _9/6/04_

FOSTER HOME: _Ramone A. Castillo_ CASE MANAGER: _Maria luisa Livingstone_

CPS CASEWORKER VISIT/CONTACT DATES: _2/21/04, 11/19/04, 1/12/05, 7/31/05, 1/05/05_

**MEDICAL DOMAIN**

DATE OF LAST **PHYSICAL**: _10-7-05_          PHYSICIAN _Jose luis Castañeda_

COPY TURNED IN TO CASE MANAGER? _yes_

FOLLOW UP REQUESTED OR REQUIRED? _One year_

DATE OF LAST **DENTAL**: _N/A_          DENTIST

COPY TURNED IN TO CASE MANAGER?

FOLLOW UP REQUESTED OR REQUIRED?

DATE OF LAST **EYE EXAM**: _N/A_          OPTOMOTRIST

COPY TURNED IN TO CASE MANAGER?

FOLLOW UP REQUESTED OR REQUIRED?

DATE OF LAST **TB TEST**:

**MISC. EXAM**: _N/A_          DOCTOR

COPY TURNED IN TO CASE MANAGER?

FOLLOW UP REQUESTED OR REQUIRED?

DATE OF LAST **PSYCHOLOGICAL**: _N/A_

**DIAGNOSIS:** Axis I and II:

DATE OF LAST **PSYCHIATRIC REVIEW**: _N/A_ PSYCHIATRIST:

**MEDICATIONS:**   List name of med, mg., and for what purpose.

ANY **CHANGE IN MEDICATIONS** THIS MONTH? _NO_

WAS THE **CPS CASEWORKER NOTIFIED** PRIOR TO CHANGE?

MONTHLY LOGS     PAGE TWO

**BEHAVIORAL DOMAIN**
BEHAVIORAL GOALS:

Tantrums
Cry e Anger

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN BEHAVIORAL GOAL AREA:

Mariah is progressing on her Tamtrums behavior she still have not very often but very strong. she still having shakins

On Cryins. She still Cryins To Much. and also She is very angry she make a lt of noise when she is angry

**EDUCATIONAL DOMAIN**
EDUCATIONAL GOALS:

P.O.                    1 P.O. Therapy Session This Month
                                 ECI

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EDUCATIONAL GOAL AREA: Mariah Progressing on her. p.o. I work on ther on tray her to walk. but. she just Movin To Much Bron every wore. on The floor

**EMOTIONAL DOMAIN**                    MONTHLY LOGS          PAGE THREE
EMOTIONAL NEEDS AND GOALS:

Anger
Tantrous

Number of Therapy Sessions this month: _____

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EMOTIONAL GOAL AREA:

Mariah has not Progressed on her angred
behavior on a daily basis she gets upset so Quiet
and she have to Much anger

of Jealosy Mariah is not Progressed on the
Jeolosy behavior she Just to all the attention
and she scream to loud

**SOCIAL/ RECREATIONAL DOMAIN:**
Describe the recreational pursuits in which the child currently participates:

1. _____N/A_____        3. _____
2. _____        4. _____

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN SOCIAL/RECREATIONAL
GOAL AREA: _____

**FAMILY DOMAIN:**                MoM.dad Siblings)
VISIT DATES BY RELATIVES: 6/7/05/6/14/6/21/05/6/28/Supervised 1-15 4:30
Include dates, names of visitors, duration of visits, supervised or unsupervised, outcome.
APPROX. NUMBER OF FAMILY PHONE CONTACTS: _____

Include who initiated calls and outcome (if significant).
COMMENT ON SIGNIFICANT FAMILY ISSUES: ___N/A___

CONTACT RESTRICTION WITH: _____N/A_____

BURKE CENTER
THERAPEUTIC RECREATION FORM

CHILD'S NAME: Eric Ryanex
FOSTER PARENT(S): Karone Allison   DATE: June   MONTH/YEAR: 2005

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| **ACTIVITY/DATE:** | Ride em car toy | Ride em car toy | Burger King went there 1:30 R AC | HEB boy food | swims outside | By Ticket Porto 3hrs R AC | walmart R AC |
| GOAL(S): | | | | | | | |
| DURATION: | 2 hrs | 2 hrs | | 4 to 5:45 | 2 hrs | 3 hr | |
| SUPERVISED BY: | Ac | Ac | R AC | AC | Ac | R AC | R AC |
| OUTCOME: | Positive | | | | | | |
| PLANNED OR LEISURE | P   L | P   L | (P)   L | P   L | P   L | (P)   L | P   L |
| **ACTIVITY/DATE:** | | | | Pizza hut | Borger King | Flea Market went Eat | 10 boys to eat Mall |
| GOAL(S): | | | | | | | |
| DURATION: | | 2 hrs | 2 hrs | 2 hrs | 2 hrs | 2 hrs | 3 hr |
| SUPERVISED BY: | | Ac | Ac | R AC | Ac AC | R AC | R AC |
| OUTCOME: | | | | Sara | clear | | |
| PLANNED OR LEISURE | P   L | (P)   L | P   L | P   (L) | (P)   L | P   (L) | (P)   L |
| **ACTIVITY/DATE:** | Target | | swims outside | | Mcdonals | Target Wal mart and Golden | church |
| GOAL(S): | B to 7 | | | | | | |
| DURATION: | 5 to 7 | | 2 hrs | | 4 | 4 hr | 1:10 |
| SUPERVISED BY: | AC RC | | AC RC | | 2 hrs R AC | R AC | R AC |
| OUTCOME: | Positive | | | | | | |
| PLANNED OR LEISURE | P   L | P   L | (P)   L | P   L | (P)   L | (P)   L | (P)   L |
| **ACTIVITY/DATE:** | | | | | | | |
| GOAL(S): | | | | | | | |
| DURATION: | | | | | | | |
| SUPERVISED BY: | | | | | | | |
| OUTCOME: | | | | | | | |
| PLANNED OR LEISURE | P   L | P   L | P   L | P   L | | | |

**GOALS:**

| | | |
|---|---|---|
| A:Self Actualization | H:Help Others | U:Uplifting Experience |
| B:Sense of Belonging | I:Instill Pride | V:Vocational Experience |
| C:Creative Dev. | J:Just Relax | N:New Experiences |
| D:Dev, Sense of Community | | O:Academic Orientation |
| E:Improve Self-Esteem | K:Increase Knowledge | P:Physical Dev/Coordiation |
| F:Have Fun | L:Achieve Laughter | Q:Quit Being Scared(conquer fear) |
| | | R:Develop Reverence |
| | | S:Stress Release |

DATE: 06/14/2005
CHILD: Mariah Alvarez
AGENCY REPRESENTATIVE: Dora Cackley

LENGTH OF VISIT: 1 HOUR
FAMILY:Ramon & Alifonsa Castillo

Content: I observed Mariah as well dressed and healthy. Mariah was sitting in her walker observing her surroundings. As per foster mother, Mariah's legs are getting stronger. She sits in a bouncer and is able to extend her legs and stand. As per foster mother, Mariah is beginning to crawl. She receives physical and occupational therapy once a month.  She is a happy baby and smiles all the time. As per foster mother, she eats pureed table food and is gaining weight. As per foster mother, Mariah weights sixteen pounds.

_Dora Cackley_
Dora Cackley

_6-14-05_
Date

DATE: 06/27/2005                          LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                 FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. Mariah was sitting in her walker observing her surroundings. As per foster mother, Mariah crawls on her stomach around the kitchen.  As per foster mother, Mariah's legs are getting stronger and  sits in a bouncer and is able to extend her legs and stand. As per foster mother, Mariah is beginning to crawl. She receives physical and occupational therapy once a month.  She is a happy baby and smiles all the time.


Dora Cackley                                         6-27-05
Dora Cackley                                         Date

The Burke Foundation
Child Placing Agency
90-Day Treatment Plan

**Child**: Mariah Alvarez
**D.O.B**: 09/06/2004
**Period**: 07/10/2005 thru 10/08/2005
**LOC**: Basic
**Conservator**: DFPS
      Terri Chavez
      382 W. Main
      Raymondville, TX 78582

**Date**: 06/20/2005
**Admission Date**: 09/21/2004
**Date sent**:

**Foster Parents**: Ramon & Alifonsa Castillo
      RT 8 Box 622-8
      Brownsville, TX 78520

**Discharge**: There is no specific date of discharge.

**Prognosis**: Good

**Estimated Length of Stay**: 6 months or until Permanency is reached.
**Re-Evaluation Plan**:
  Semi-monthly home visits by this Agency
  Individual Therapy once per week
  Monthly evaluation of behavior report submitted by foster parents
  Planned Quarterly visits from this Agency

**Input from**: Foster parents, Therapist and Agency representatives

**Progress Assessment**: Mariah is growing, thriving and reaching developmental milestones in the foster home.

**Permanent Domain**: Family Reunification, Concurrent; Alternative Family Conservator ship

**Familial**

**Assessment/Summary**: On August 24, 2004 TDFPS received a report alleging the physical neglect and neglectful supervision of 11 children by both of their parents. The report provided the family's address, but did not provide any names to any of the family members. The report indicated that the ages of the children ranged from 1- 16 years of age. It was alleged that the unknown father and mother were regularly heard yelling and screaming at their children and calling them derogatory names. The repost also stated that the younger children are often outside unsupervised for hours at a time. The report indicated that the children are not fed and that the home was filthy. According to the report, the mother and father sell the food stamps in order to pay the bills. On September 8, 2004, TDFPS made a home visit to 208 West Washington, Harlingen, TX. At the residence, TDFPS made contact with Rene (D.O.B. 02/25/97), Richard (D.O.B. 01/21/98), Robert (D.O.B. 10/04/99), Gabriel (D.O.B. 11/08/2000), Adriana (D.O.B. 06/15/02), Sara Alvarez, (D.O.B. 06/12/03). The children were observed and had no visible injuries. The children were appropriately dressed and they appeared to be clean. The children denied any physical discipline and drug use. On September8, 2004, TDFPS made contact (D.O.B. 06/18/69), mother. Ms. Lucio denied the allegations on the report. The home was observed to be clean at the time of the visit. Ms. Lucio indicated that the father of her 7 youngest children is Roberto Alvarez (D.O.B. 07/23/70). Guadalupe Lucio is the father to the 5 oldest children. Ms. Lucio indicated that that Mr. Lucio resides in Houston, Texas and that she had made arrangements for him to take responsibility for his children. On September 09, 2004, I made contact with Selina Lucio (06/29/92) and Alexandria Lucio (06/21/91) at Memorial Middle School in Harlingen. Both girls denied the allegations on the report. On September 17, 2004, a second report was received alleging the neglectful supervision of Mariah Alvarez (D.O.B. 09/06/2004). The report indicated that the newborn baby was in a chaotic ho



environment that was overly crowded due to the number of people in the home. The report alleged that the mother had a long history of drug use, including 2 prior pregnancies where both MS. Lucio and her newborn infants tested positive for cocaine at the time of the birth. The report indicated further that the mother, Melissa Lucio had not received pre-natal care with any of her children. The report alleged that the mother denied using cocaine since June of 2003. According to the report, the mother indicated that she was very overwhelmed by being the sole caretaker of all of her children but then stated that the father of the children was supportive. On September 21, 2004, I made a second home visit at the residence to address the second report. At this time, the home was found to be unsafe for the children. Ants were seen crawling on the floor and mattress where the newborn baby, Mariah, was sleeping. There was a fan in the window that had no cover, leaving the blades exposed. Inside the refrigerator, there was only a rotten head of lettuce, a carton of eggs and plastic container of mayonnaise. The refrigerator had an odor of spoiled food. The pantry contained one small can of corn, a box of salt, sauce, a small box of infant mixed cereal, and an empty condiment container. There was a strong odor of urine throughout the house. On September 21, 2004, TDFPS made contact with Robert, Gabriel, Adriana, Sara and Mariah Alvarez at their residence. Robert (4 yr old) was observed with a dime size bruise on his stomach, an old scratch on his stomach, an old scratch on his stomach that was about 3 inches long and insect bites on his arms and legs. He was also observed to have 2 staples on his head, reportedly from an injury he sustained from falling off the bed. Gabriel (3yr old) was observed with a bite mark the size of two quarters on his left shoulder, multiple scratches on his face and multiple insect bites on his arms and legs. Adriana (2 yr old) was observed with one-inch linear scab on the top of her head and multiple insect bites on her back, arms, and legs. Her body was very dirty, with dried feces on her genital areas. Sara (1 yr old) was observed to have a half-inch cold sore on the bottom of her lip and multiple insect bites on her arms, legs, and body. She also had an open circular mark on the right side of her leg that appeared to be infected with pus. Sara was observed to be wearing neither underwear nor a diaper. Her body was very dirty with dried feces on her genital area. Mariah was observed to have tremors every once in a while. She was also observed to have a small light green bruise on her right foot. No other visible marks were seen. All of the children appeared as if they had not been bathed. Their hair appeared to be matted and dirty. Their bodies also appeared to be dirty and all of the children had a strong body odor. On September 21, 2004, I made a contact with Rene Alvarez at Zavala Elementary in Harlingen. Rene was observed with small insect bites on his arms and legs. Rene had a very strong odor, which smelled like old wet clothes and he appeared not to have been bathed. While at Zavala Elementary, TDFPS also made contact with Richard Alvarez at the above school. Richard was observed with small insect bites on his arm and legs. Richard also smelled like old wet clothes and appeared to not have bathed. On September 21, 2004, TDFPS made contact with Melissa Lucio. A drug test was administered at this time. Ms. Lucio tested positive for cocaine, but continued to deny using drugs. According to Ms. Lucio, her husband Roberto Alvarez was going to get groceries some time that day. She stated that sometimes the family goes to eat at Loaves and Fishes because she gets tired of cooking. Ms. Lucio admitted to having previous TDFPS history involving drug use and stated that she had participated in services through the Department. Ms. Lucio indicated that she did not have any family members who could take care of her children. She stated that the father to her older children resided in Houston, Texas, and that he would be willing to take responsibility for them. Ms. Lucio stated that Roberto Alvarez, father to her 7 youngest children, worked late and could not make contact with TDFPS at that time. Ms. Lucio was not able to provide TDFPS with any viable placement for her children.

**Current Family Functioning**: Mariah has weekly family visits with her mother.
**Current Child Functioning**: Mariah is doing well in her current foster home placement. She is in placement with her sister Sara.
**Discharge Plan**: The expected outcome of Mariah's stay in foster care include, but is not limited to, she maintaining good physical health, successful participation in therapy, successful participation in academics, and smooth transition between foster care and permanency.
**Visitation notes**: Mariah is having weekly visits with her biological family.

**Discharge planning: 3410.1**
Family Reunification, Concurrent; Alternative Family Conservator ship

**Reason for placement**: TDFPS took Conservatorship of Mariah and her 6 siblings on 09/21/2004 and placed them under Emergency Protection.
**Estimated Length of Stay**: (3410.4.c, 3420.5.c, YFT 4501.04)
6 month to 1 year or until permanency is achieved.
**Prognosis**: good
**Expected Outcomes of Placement**: (3410.4.c, 3420.5.c)
While in The Burke Foundation care, Mariah's identified needs will be addressed in a structured, nurturing and safe environment. Service's required to meet these needs will be provided by The Burke Foundation Treatment Team. Treatment Team members will assist Mariah in preparing for her permanency goal and it is expected that she will meet many of his treatment goals established for her and contained in this document.

### Medical/Healthcare (Physical/Medical/Dental)-3410.4.a (1)

**Assessment/Summary:** As per foster mother, Mariah is a healthy 16-pound baby and is up to date on her medical appointments. As per foster mother, Mariah receives physical, occupational, and developmental therapy once a month from ECI.
**Need:** Mariah will keep and attend her scheduled medical appointment. She will continue to lead a health lifestyle to promote her good health. **Progress:** (+1) Slight Improvement
**Goal:** To keep Mariah in good physical and medical health.
**Plan:** Foster mother will attend all scheduled appointments with Mariah. Foster mother will notify Treatment team if any additional medical needs are found.

Dr. Castaneda
1092 Los Ebanos Blvd.
Brownsville, Texas. 78520

Dr. Eric Valle
925 W. Jefferson
Brownsville, Texas, 78520

Dr. A. Zamir
3025 Boca Chica Suite C
Brownsville, Texas

Medications:
Accuhist Pdx  30 milligrams ½ dropper 3 x @ day am, noon, pm

### Psychological

**Assessment/Summary:** As per foster mother, ECI says she is doing fine and thriving.
**DSM Diagnosis:**
Axis I:
Axis II:
Axis III:
Axis IV:
Axis V:

Treatment Planning/Recommendations:

**Needs:** Mariah needs a developmental and all around physical assessment.    **Progress:** (+2) Significant Improvement
**Goal:** Mariah will have an Assessment.
**Plan:** Foster parent will continue to follow through with Recommendations to make sure Mariah gets all her Psychological needs met. Foster parent will notify CPA Staff if she needs any assistance in complying or following through with these tasks.
**Strengths:** Mariah follows through when told of an appointment and does not give the foster parents a hard time about going. She enjoys taking the drive to the Doctor's office.

3

### Social-3410.4.a (1), J-3000.3, YFT4503

**Assessment/Summary**: As per foster mother, Mariah is cooing and making baby sounds. She likes to be held, rocked and responds well to voices. As per her foster mother, she is a quiet baby and only cries when she is hungry.

**Needs**: Mariah will have more exposure to social settings. **Progress**: (+2) Significant Improvement
    Foster parent will provide support and redirection as necessary.

**Strength**: She enjoys being in a social setting.

### Emotional-3410.4.a (1)

**Assessment/Summary**: As per foster mother, Mariah is thriving and reaching developmental milestones in the foster home. She coos and makes happy baby sounds. As per foster mother, Mariah is focused on the other children when they are playing around her.

**Need**: Mariah will continue to feel safe in his current placement. **Progress**: (+2) Significant Improvement

**Goal**: Foster parent will provide her with a safe environment.

**Plan**:    Foster parent will continue to make Mariah feel safe in her environment.

**Strength**: Mariah recognizes the foster parent's voice and responds to it.

### Behavioral-3410.4.b (2)

**Assessment/Summary**: As per foster mother, Mariah talks and makes happy sounds. She only cries when she is uncomfortable and hungry.

**Needs**: Mariah requires consistency, and nurturance to support positive change with her. **Progress**: (+2) Significant Improvement

**Goal**: Mariah will be given regular praise for her good behavior.

**Plan**: Foster parents will give Mariah more one on one time so she can feel nurtured and safe.

**Strength**: Mariah is a good baby.

### Developmental- 3410.4.a (1)

**Assessment/Summary**: As per foster mother, ECI evaluates Mariah for growth and development. As per foster mother, ECI says she is fine. As per foster mother, Mariah is starting to crawl and her legs have more strength. She can turn her head in the direction of sound; she smiles when someone speaks to her, and she babbles and coos as if trying to talk. She can stay focused on activity around her and tries to grab at things.

**Needs**: Mariah will attempt to reach development milestone set for her. **Progress**: (+2) Significant Improvement

**Goal**: Mariah will continue to meet developmental milestones in a timely manner.

**Plan**: Foster parent will provide her with positive support and stimulation.

**Strengths**: Mariah recognizes those around her.

### Educational-3410.4.a (1), J-3000.3, YFT4501

**Assessment/Summary**: As per foster mother, ECI evaluates Mariah every three months to monitor her development and growth. Her foster mother sings hugs and talks to her daily.

**Needs**: Mariah will be provided with visual toys. **Progress**: (+2) Significant Improvement

**Goal**: Mariah will reach for object and move her hands and lift her head.

**Plan**: Foster parent will provide Mariah with infant toys that enhance visual and motor development.

**Strength**: She is a very smart child who potential is yet to be known.

### Recreational& Leisure-LOC1300, 2300

**Assessment/Summary**: As pr foster mother, Mariah spends most of her time with the family on their family outings. She likes being in her car seat and enjoys being in the car.

**Needs**: Improve interaction during and around recreational activities. **Progress**: (+2) Significant Improvement

**Goal**: To help Mariah develop healthy activities.

4

**Plan**: Foster parent will take Mariah outside for fresh air.
**Strength**: Mariah enjoys being outdoors.

## Daily Living Skills/ PAL-3410.4.a (2)

**Not applicable child is too young**

## Safety and Supervision-3410.4.b (1)

Supervision is within LOC and age appropriate limits. Mariah needs to be supervised fairly closely during the day. Foster parent is always aware of where his is at all times. Mariah can participate in extracurricular activities at school that are supervised by teachers or other school staff. Any trips that last more than 72 hours must be approved in advance by DFPS. DFPS and the Court must approve trips outside the state in advance. Mariah must travel in a safe, licensed vehicle wearing a seat belt. Mariah will ride in her car seat at all times. Foster parents will supervise Mariah at all times.

## Appropriateness of Placement –3420.5.d

Placement in the Castillo home seems to be the best placement for Mariah at this time. She was recently placed as an emergency placement. Mr. and Mrs. Castillo are a Certified Licensed Therapeutic Foster home.

## Home alone/away from home alone Policy
## (Progressive Independence Learning Strategy (PILS)

Specific foster children may need to learn from opportunities in which they are without the immediate supervision of their foster parents or another caring adult. This is considered HOME ALONE OR ALONE FROM HOME time. Foster parents may use this wisely and with a degree of planning, with input from the foster child. Such occasions should be prefaced by a review of emergency procedures. It may be effective to brief the child on first aid skills to self and to others prior to use of this plan. This plan is not set up to cover school, school-related activities, a regular job in the community, or times of going to court, sibling visits, worker contacts, or brief periods after school in the home in which the foster parent will arrive shortly. Mariah is too young and does not qualify for the home alone/away from home policy.

5

**PRN/Restraint Approval**

I, Mehdi Sharifian, Psychiatrist, prescribe PRN the use of Non-violent Crisis Intervention, in the form of the one-minute physical and personal restraint for the foster child Mariah Alvarez, D.O.B 09/06/04. This is due to the child's documented history of physical aggression or to the fact that this young child is at the age in which he/she is capable of being a danger to self or others. She/He could lose control of self and place self or another person in danger. If she/he is engaged in behavior, which places him/her in and emergency situation or creates danger to self or others, at any time, the use of the Non-Violent Crisis Intervention in the form of the one-minute restraint is ordered. The need for this order will be reviewed every three or four months.

Therapeutic Treatment Plan
Signature Page

Mariah Alvarez, Child

_____
Foster Parent

Date

_____
Date  6-20-05

_____
Foster Parent

Date

_____
Date  6-21-05

Maria Livingston
Level One Staff Agent

_____
Therapist

Date
_____

_____
Charles A. Campise M.Ed., LMSW
Clinical Director

Date
_____

_____
Mehdi Sharifian M.D.
Psychiatrist

Date
_____

_____
Richard Connell, Ph.D.
Psychologist

Date final approval
_____

_____
DFPS Case manager

Date
_____

Dora Cackley/Treatment Coordinator

Date  6-20-05

6

**PRN/Restraint Approval**

I, Mehdi Sharifian, Psychiatrist, prescribe PRN the use of Non-violent Crisis Intervention, in the form of the one-minute physical and personal restraint for the foster child Mariah Alvarez, D.O.B 09/06/04. This is due to the child's documented history of physical aggression or to the fact that this young child is at the age in which he/she is capable of being a danger to self or others. She/He could lose control of self and place self or another person in danger. If she/he is engaged in behavior, which places him/her in and emergency situation or creates danger to self or others, at any time, the use of the Non-Violent Crisis Intervention in the form of the one-minute restraint is ordered. The need for this order will be reviewed every three or four months.

Therapeutic Treatment Plan

| | |
|---|---|
| Mariah Alvarez, Child | Date |
| Foster Parent | Date |
| Foster Parent | Date |
| Maria Livingston<br>Level One Staff Agent | Date |
| Therapist | Date |
| Charles A. Campise M.Ed., LMSW<br>Clinical Director | Date |
| Mehdi Sharifian M.D.<br>Psychiatrist | Date |
| Richard Connell, Ph.D.<br>Psychologist | Date final approval |
| _Theresa Chaney_<br>DFPS Case manager | _7/11/2005_<br>Date |
| Dora Cackley/Treatment Coordinator | Date |

6

### PRN/Restraint Approval

I, Mehdi Sharifian, Psychiatrist, prescribe PRN the use of Non-violent Crisis Intervention, in the form of the one-minute physical and personal restraint for the foster child Mariah Alvarez, D.O.B 09/06/04. This is due to the child's documented history of physical aggression or to the fact that this young child is at the age in which he/she is capable of being a danger to self or others. She/He could lose control of self and place self or another person in danger. If she/he is engaged in behavior, which places him/her in and emergency situation or creates danger to self or others, at any time, the use of the Non-Violent Crisis Intervention in the form of the one-minute restraint is ordered. The need for this order will be reviewed every three or four months.

#### Therapeutic Treatment Plan

Mariah Alvarez, Child _____     Date _____

Foster Parent _____     Date _____

Foster Parent _____     Date _____

Maria Livingston _____     Date _____
Level One Staff Agent

Therapist _____     Date _____

Charles A. Campise M.Ed., LMSW _____     Date _____
Clinical Director

Mehdi Sharifian M.D. _____     Date _____
Psychiatrist

*Richard Connell Ph.D* _____     *6-26-05*
Richard Connell, Ph.D.     Date final approval
Psychologist

DFPS Case manager _____     Date _____

Dora Cackley/Treatment Coordinator _____     Date _____

6

**PRN/Restraint Approval**

I, Mehdi Sharifian, Psychiatrist, prescribe PRN the use of Non-violent Crisis Intervention, in the form of the one-minute physical and personal restraint for the foster child Mariah Alvarez, D.O.B 09/06/04. This is due to the child's documented history of physical aggression or to the fact that this young child is at the age in which he/she is capable of being a danger to self or others. She/He could lose control of self and place self or another person in danger. If she/he is engaged in behavior, which places him/her in and emergency situation or creates danger to self or others, at any time, the use of the Non-Violent Crisis Intervention in the form of the one-minute restraint is ordered. The need for this order will be reviewed every three or four months.

## Therapeutic Treatment Plan

| | |
|---|---|
| Mariah Alvarez, Child | Date |
| Foster Parent | Date |
| Foster Parent | Date |
| Maria Livingston<br>Level One Staff Agent | Date |
| Therapist | Date |
| *Charles A Campise*<br>Charles A. Campise M.Ed., LMSW<br>Clinical Director | 6/20/05<br>Date |
| *Mshury*<br>Mehdi Sharifian M.D.<br>Psychiatrist | 7-6-05<br>Date |
| Richard Connell, Ph.D.<br>Psychologist | Date final approval |
| DFPS Case manager | Date |
| Dora Cackley/Treatment Coordinator | Date |

6

**FOSTER PARENT MONTHLY PAPERWORK**

MONTH _July_    YEAR _2005_

CHILD _Mariah Alvarez_

DOB _9/6/04_   LOC _Basic_   POS DATES _9/21/05_

FOSTER HOME: _Castillo's_    CASE MANAGER: _Ma Luisa Livingston_

CPS CASEWORKER VISIT/CONTACT DATES: _9/04/ 11/04/ 1/05/ 3/05/ 5/05/ 7/05_

**MEDICAL DOMAIN**

DATE OF LAST **PHYSICAL:** _10-7-05_    PHYSICIAN _Jose L. Castañeda_

COPY TURNED IN TO CASE MANAGER? _yes_

FOLLOW UP REQUESTED OR REQUIRED? _one year_

DATE OF LAST **DENTAL:** _N/A_    DENTIST _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

DATE OF LAST **EYE EXAM:** _N/A_    OPTOMOTRIST _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

DATE OF LAST **TB TEST:** _N/A_

**MISC. EXAM:** _N/A_    DOCTOR _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

DATE OF LAST **PSYCHOLOGICAL:** _N/A_

**DIAGNOSIS:** Axis I and II: _____

DATE OF LAST **PSYCHIATRIC REVIEW:** _N/A_ PSYCHIATRIST: _____

**MEDICATIONS:** List name of med, mg., and for what purpose.

ANY **CHANGE IN MEDICATIONS** THIS MONTH? _NO_

WAS THE **CPS CASEWORKER NOTIFIED** PRIOR TO CHANGE? _____

MONTHLY LOGS      PAGE TWO

**BEHAVIORAL DOMAIN**
BEHAVIORAL GOALS:

To teach MARiah to Speak and
To Sit by herself.

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN BEHAVIORAL GOAL AREA:

Progressing Accordingly No
Regression

**EDUCATIONAL DOMAIN**
EDUCATIONAL GOALS:

BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EDUCATIONAL GOAL
AREA:

MONTHLY LOGS          PAGE THREE

**EMOTIONAL DOMAIN**
EMOTIONAL NEEDS AND GOALS:

_Take away Anger because She is very_
_Tempeament_

Number of Therapy Sessions this month: ___2  0___
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN EMOTIONAL GOAL AREA:

_Progressing Responds to My voice_
_and my husband To._

**SOCIAL/ RECREATIONAL DOMAIN:**
Describe the recreational pursuits in which the child currently participates:
1. _Playing in Swings_      3. _Riding Toy Car_
2. _____      4. _____
BRIEFLY DESCRIBE PROGRESSION OR REGRESSION IN SOCIAL/RECREATIONAL
GOAL AREA: _Progressing & njoys_
_Swinging & Riding on Toy Car_

**FAMILY DOMAIN:**
VISIT DATES BY RELATIVES: _weekly/w/Parent & Siblings_  _Supervised_
Include dates, names of visitors, duration of visits, supervised or unsupervised, outcome. _good_
APPROX. NUMBER OF FAMILY PHONE CONTACTS: _____
_None_
Include who initiated calls and outcome (if significant).
COMMENT ON SIGNIFICANT FAMILY ISSUES: _None_

CONTACT RESTRICTION WITH: _____

MONTHLY LOGS        PAGE FOUR

**INCIDENTS**

For serious incidents such as runaway; physical restraint; hospitalization; suicidal ideation, gestures, or attempts; sexual perpetration; law enforcement involvement; or allegations of abuse or neglect contact the Burke Foundation immediately. Serious incidents described above may require a separate incident form. Burke Foundation personnel will advise.

Case Manager _Maria Luisa Livingly_ Phone: _350 8461_

Charles Campise: Work (512) 858-4258 / cell 461-2935 / home: 847-5083 / Rose cell: 461- 4803

Karyn Rogers: Work (512) 858-4258 / cell 658-0169 / home: 264-7290

**NOTABLE BEHAVIORS:**   These are problematic behaviors that are typically NOT considered serious incidents:

| | | |
|---|---|---|
| A.  Substance Abuse | B.  Property Destruction | C.  Self inflicted injury |
| D.  Enuresis | E.  Terroristic threat | F.  Public incident |
| G.  Encopresis/Feces Smearing | H.  Provoking peers | I.  Unprovoked aggression |
| J.  Verbal threats | K.  Sexually inappropriate | L.  Animal abuse |
| M.  School Problems | N.  School bus problems | O.  Theft and/or Dishonesty |
| P.  Breaking House Rules | Q.  Hallucinating | R.  Missed medication dose |
| S.  Bizarre behavior | T.  One on One Supervision | U.  Assaulted by Peer |

A particular Notable behavior that occurs on more than one day can be described once and just note the dates on which the behavior occurred.   A behavior that occurs each day may be listed as "daily".

Notable behavior letter: _T_          Date(s): _Daily_

Description: _She is a Baby She requires Constant Supervision She stared Crawling and She put everything on his mouth And She is very Angry She do alot a Tamtrums_

Notable behavior letter:          Date(s):

Description:

**BURKE CENTER**
**THERAPEUTIC RECREATION FORM**

CHILD'S NAME: _____ DATE: July
FOSTER PARENT(S): Ramona Ali _____ YEAR: 2005

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| ACTIVITY/DATE: | Play Soccer 4 | | | | Sea Picture Island 1 | 2 | 3 |
| GOAL(S): | C | | | | | | |
| DURATION: | 2 hrs | | | | 4 days | | |
| SUPERVISED BY: | AC | | | | R & AC | | |
| OUTCOME: | Positive | | | | Positive | | |
| PLANNED OR LEISURE: | (P) L | P L | P L | P L | P (L) | P L | P L |
| ACTIVITY/DATE: | 11 | walk 12 | walk 5 | 7 | 8 | B-day Party 9 | Burger King 10 |
| GOAL(S): | | C | C | | | C | M |
| DURATION: | | 1 hr | 1 hr | | | 3 hrs | 3 hrs |
| SUPERVISED BY: | | R&AC | R&AC | | | R&AC | R&AC |
| OUTCOME: | | Positive | Positive | | | Positive | Positive |
| PLANNED OR LEISURE: | P L | P (L) | P (L) | P L | P L | P L | P (L) |
| ACTIVITY/DATE: | 18 | | | 14 | 15 | Mall & walmart Eat 16 | 17 |
| GOAL(S): | | | | | | K | |
| DURATION: | | | | | | 4 hrs | |
| SUPERVISED BY: | | | | | | R&AC | |
| OUTCOME: | | | | | | Positive | |
| PLANNED OR LEISURE: | P L | P L | P L | P L | P L | P (L) | P L |
| ACTIVITY/DATE: | Play Outside 18 | 19 | 20 | 21 | Beeville TX & Eat 22 | 23 | 24 |
| GOAL(S): | S | | | | S | | |
| DURATION: | 2 hrs | | | | week end | | |
| SUPERVISED BY: | AC | | | | R&AC | | |
| OUTCOME: | Positive | | | | Positive | | |
| PLANNED OR LEISURE: | P L | P L | P L | P L | (P) L | P L | P L |
| ACTIVITY/DATE: | 25 McCalleao 26 Chune Place | Play Ball 27 | | | | | |
| GOAL(S): | M | 2 hrs P | | | | | |
| DURATION: | 1 hrs | AC | | | | | |
| SUPERVISED BY: | AC | Positive | | | | | |
| OUTCOME: | Positive | P L | | | | | |
| PLANNED OR LEISURE: | P L | | | | | | |

**GOALS:**

| | | |
|---|---|---|
| A:Self Actualization | H:Help Others | U:Uplifting Experience |
| B:Sense of Belonging | I:Instill Pride | V:Vocational Experience |
| C:Creative Dev. | J:Just Relax | |
| D:Dev. Sense of Community | K:Increase Knowledge | N:New Experiences |
| E:Improve Self-Esteem | K:Increase Knowledge | O:Academic Orientation |
| F:Have Fun | L:Achieve Laughter | P:Physical Dev/Coordiation |
| | | Q:Quit Being Scared(conquer fear) |
| | | R:Develop Reverence |
| | | S:Stress Relieve |

DATE: 07/28//2005                    LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. Mariah was sitting in her walker
observing her surroundings. As per foster mother, Mariah weighs 21 pounds. As per
foster mother, Mariah's legs are getting stronger and she is able to extend her legs and
stand and she is able to sit by herself. As per foster mother, Mariah is attempting to
stretch her legs as if to walk when held. Mariah receives physical and occupational
therapy once a month.  She is a happy baby who smiles and makes happy baby sounds.


Dora Cackley                              7-28-05
_____                          _____
Dora Cackley                              Date

DATE: 07/11//2005                           LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                       FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. Mariah was sitting in her walker observing her surroundings. As per foster mother, Mariah crawls around the home when she is curious about things.  As per foster mother, Mariah's legs are getting stronger and she is able to extend her legs and stand and she is able to sit by herself. As per foster mother, Mariah receives physical and occupational therapy once a month.  She is a happy baby who smiles and makes happy baby sounds. As per foster mother, Mariah has begun to have temper tantrums when she wants attention.


_Dora Cackley_
Dora Cackley

_7-11-05_
Date

**FOSTER PARENT MONTHLY PAPERWORK**

MONTH Jan       YEAR 2006

CHILD: Mariah Alvarez

DOB 9/6/04 LOC _____ POS DATES 9/01/_____ , _____

FOSTER HOME: Castillos     CASE MANAGER: _____

CPS CASEWORKER VISIT/CONTACT DATES: 9/21/04/10/04/11/04/2/05/5/05/6/05

**MEDICAL DOMAIN**

DATE OF LAST **PHYSICAL**: 9/9/05 _____ PHYSICIAN Dr Zamier

COPY TURNED IN TO CASE MANAGER? yes

FOLLOW UP REQUESTED OR REQUIRED? No

_____
_____
_____

DATE OF LAST **DENTAL**: 10/3/05 _____ DENTIST Rick Villareal

COPY TURNED IN TO CASE MANAGER? yes

FOLLOW UP REQUESTED OR REQUIRED? 6-Mo

_____
_____

DATE OF LAST **EYE EXAM**: N/A _____ OPTOMOTRIST _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

DATE OF LAST **TB TEST**: 9/12/05 Q neg

MISC. EXAM: 09/05 _____ DOCTOR Zamier

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

_____
_____

DATE OF LAST **PSYCHOLOGICAL**: N/A

**DIAGNOSIS:** *Axis I and II:* _____

DATE OF LAST **PSYCHIATRIC REVIEW**: N/A PSYCHIATRIST: _____

**MEDICATIONS:**   List name of med, mg., and for what purpose.

_____
_____

ANY **CHANGE IN MEDICATIONS** THIS MONTH? _____

WAS THE **CPS CASEWORKER NOTIFIED** PRIOR TO CHANGE? _____

# Monthly Log of Notable Behaviors

For serious incidents such as runaway, physical restraint, hospitalizations, suicidal ideation, suicidal gestures or attempts, sexual perpetration, law enforcement involvement, or allegations of abuse or neglect, contact the Burke Foundation immediately.  Serious incidents above may require a separate form.

**The Burke Foundation  512-858-4258**     **Charles Campise (cell) 512-461-2935 (home) 512-847-5083**
**Emily Parks 512-731-3553**

Notable Behaviors:  This is a list of some, but not all behaviors that require detailed documentation.

A.  Substance Abuse
B.  Property Destruction
C.  Self-Inflicted Injury
D.  Enuresis (Uncontrolled Urination)
E.  Terroristic Threat
F.  Public Incident
G.  Encopresis/Feces Smearing
H.  Provoking Peers
I.  Unprovoked Aggression
J.  Verbal Threats
K.  Sexually Inappropriate
L.  Animal Abuse
M.  School Problems
N.  School Bus Problems
O.  Theft and/or Dishonesty
P.  Breaking House Rules
Q.  Hallucinating
R.  Refused Medication
S.  Bizarre Behavior
T.  One on One Supervision
U.  Assault of A Peer
V.  Lying
W.  Cheating
X.  Stealing
Y.  Suicide Talk
Z.  Runaway Talk
AA.    Refused Therapy
BB.    Sneakiness
CC.    Disrespect of Authority
DD.    Manipulating Others
EE.    Blames Others
FF.    Bragging
GG.    Puts Others Down

**Positive Incidents**

A.  Respectful Behavior
B.  Impulse Control
C.  Avoiding Fights/Arguments
D.  Positive Attitude
E.  Sharing feelings with others
F.  Good Grades in School
G.  Positive School Behaviors
H.  Sharing
I.  Compromising
J.  Expressing feelings positively
K.  Working on goals
L.  Taking responsibility
M.  Avoiding peer pressure
N.  Taking of personal property
O.  Respecting others property
P.  Good hygiene
Q.  Reduction in aggressive behaviors
R.  Reduction in negative behaviors

Child's Name _Maria_    Month/Year _Jan. 2006_    Foster Home _Kamone & Ali Castil_

Please list any change in medications or doctor visits child attended _1/10/06/_

_Bronchilis_

**NOTABLE BEHAVIOR LETTER:**     **DATE(S):** _on school days_

Details of Incident: _I have good reports on Mariah Concerning School_

Your Response to Incident: _praises her_

Child's Response: _She laughs and enjoys being praise_

**NOTABLE BEHAVIOR LETTER:** _D._    **DATE(S):** _on school days_

Details of Incident: _Mariah has been behaving at school and no_

Your Response to Incident: _Praises her_

Child's Response: _She enjoys being Praised_

**NOTABLE BEHAVIOR LETTER:** _†_    **DATE(S):**

Details of Incident: _Mariah needs one to ones supervision due to learning how to walk and is not strong enough from her legs_

Your Response to Incident: _I help her all Time To learn how to walk_

Child's Response: _She Tries to walk but enjoys Crowling more_

**NOTABLE BEHAVIOR LETTER:** _I_    **DATE(S):** _very often_

Details of Incident: _Unprovoking aggression She is butes his peers She dont want Nobady To Touch her. she screem or bite them and do Temper Tantrums_

Your Response to Incident: _just I Take care of her do not bite Nobady I Take to her. That is not right._

Child's Response: _She dont Understand Nothing_

**NOTABLE BEHAVIOR LETTER:**                          **DATE(S):**

Details of Incident:

Your Response to Incident:

Child's Response:

**NOTABLE BEHAVIOR LETTER:**                          **DATE(S):**

Details of Incident:

Your Response to Incident:

Child's Response:

**NOTABLE BEHAVIOR LETTER:**                          **DATE(S):**

Details of Incident:

Your Response to Incident:

Child's Response:

**NOTABLE BEHAVIOR LETTER:**                          **DATE(S):**

Details of Incident:

Your Response to Incident:

Child's Response:

**Please send all documentation from Doctor visits, report cards, education information- ARD & IEP. Medication Logs must be handwritten, signed, and mailed or faxed to our office.**

**Foster Parent Signature & Date** _____

FOSTER CHILDREN QUARTERLY DAILY ACTIVITY SCHEDULE

Foster Home: Alejandro Ann Castillo

Quarterly from 9/05 to 12/05

Child: Anna Manuel Albrez Carlosvinos, Carlos Rodriquez + Ever Zuata

FOSTER PARENTS MUST MAKE A SCHEDULE FOR THE WINTER MONTHS, DURING WHICH THE CHILD ATTENDS SCHOOL, OR OTHERWISE HAS DIFFERENT ACTIVITIES.

| Time | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|------|--------|---------|-----------|----------|--------|----------|--------|
| 6:00 thru 7:00 | Get up | Get up | Get up | Get up | Get up | Get up | Get up |
| 8:00 thru 11:30 | Breakfast | | | | | eat Breakfast to go with the | Breakfast to go with the |
| 12:00 thru 1:30 | | | | | | | |
| 2:00 | | | | | | Stories | Stories |
| 3:00 | | Play with Mimi | | | | eat dinner | eat dinner |
| 4:00 | | | | | | | |
| 5:00 thru 6:30 | Dinner | Dinner | Dinner | Dinner | Dinner | | |
| 7:00 | Play with Toys or outside | Play with Toys or outside | Play with Toys or outside | | | watch TV | |
| 8:00 | Bath | Bath | Bath | Bath | | Dinner | |
| 9:00 | Sleep time | Sleep time | Sleep time | Sleep time | | Bath | |
| 10:00 | | | | | | Sleep time | Sleep time |

DATE: 01/04/2006                    LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez               FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. Mariah was walking on a small path by the house with her hand held by her caretaker. Mariah appeared to be struggling to walk as her two feet were turned to the side instead of facing front. As per foster mother, ECI will begin to see Mariah for physical therapy for her legs soon. As per foster mother, Mariah saw Dr. Zamir on December 26 for a cough. Dr. Zamir diagnosed a slight case of bronchitis and prescribed antibiotics. She is doing fine now.

Dora Cackley                        1-4-06
_____                 _____
Dora Cackley                        Date

DATE: 01/23/2006                              LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                    FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley


Content: I observed Mariah as well dressed and healthy. Mariah was sitting quietly in her high chair in the kitchen waiting to eat dinner. As per foster mother, Mariah is a loving child who throws kisses and wants to hug everyone. As per foster mother, Dr. Zamir was going to recommend Mariah wear special shoe to aid her in walking. As per foster mother, ECI will begin to see Mariah for physical therapy for her legs soon. As per foster mother, Mariah saw Dr. Zamir on January 16, 2006 for a slight case of bronchitis and prescribed antibiotics and Abuiterol for breathing therapy. She is doing fine now.


Dora Cackley

1-23-06
Date

## MEDICAL/DENTAL TREATMENT FORM

Medical ✓    Annual _____    Dental _____    Psychiatric _____
Treatment    Exam             Treatment        Monitoring

Child's Name: _Alvarez Mariah_

Date: _1/10/06_   Time: _3 30_   a.m /(p.m) (circle one)

Examiner: _Dr. Asim Zamir_

Address: _4430 E 14th St   Ste B_

City/State/Zip: _Brownsville   Texas   78520_

Phone: _956 544-55-57_

Reason for Visit:
_Fever_

Diagnosis and Treatment:
_A. Bronchitis / URI / pharyngitis_

Medication Prescribed:
_Cefzil 125 mg_          _Motrin_
_Histinex HC_
_Pediapred_
_Ventolin · 4cc 2 inh~/_

Recommendation and Follow up:

_____          _1/10/06_
Examiner's Signature                        Date

_Asim Zamir MD FAAP_
Printed Name

BURKE C

## THERAPEUTIC RECREATION FORM

CHILD'S NAME: _____
FOSTER PARENT(S): Ramen & Ali Castro   DATE: Jan.   YEAR: 2006

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| **ACTIVITY/DATE:** | 1 | | | | | | watch TV cartoons |
| GOAL(S): | | | | | | | L |
| DURATION: | | | | | | | 2 hrs |
| SUPERVISED BY: | | | | | | | R.E. AC |
| OUTCOME: | | | | | | | positive |
| PLANNED OR LEISURE | P   L | P   L | P   L | P   L | P   L | P   L | (P)  L |
| **ACTIVITY/DATE:** | 2 Target | 3 | 4 | 5 | 6 | 7 B.day Party | 8 |
| GOAL(S): | A | | | | | | |
| DURATION: | 3-to 530 | | | | | 3 to 1 | |
| SUPERVISED BY: | AC | | | | | R.E. AC | |
| OUTCOME: | positive | | | | | positive | |
| PLANNED OR LEISURE | P   L | P   L | P   L | P   L | P   L | (P)  L | |
| **ACTIVITY/DATE:** | 9 | 10 | 11 | 12 Burger King | 13 | 14 | 15 Flea Market eat out |
| GOAL(S): | | | | | | | L |
| DURATION: | | | | 2 hrs | | | 9 to 3 PM |
| SUPERVISED BY: | | | | AC | | | R.E. AC |
| OUTCOME: | | | | | | | positive |
| PLANNED OR LEISURE | P   L | P   L | P   L | P  (L) | P   L | P   L | (P) |
| **ACTIVITY/DATE:** | 16 Play on swings | 17 | 18 Play out side in swings | 19 | 20 | 21 B.day Peter Piper Pizza | 22 |
| GOAL(S): | | | S | | | | |
| DURATION: | 1½ hrs | | 2 hrs | | | 1 P.M | |
| SUPERVISED BY: | AC | | AC | | | 2 hrs | |
| OUTCOME: | positive | | positive | | | positive | |
| PLANNED OR LEISURE | (P)  L | P   L | (P)  L | P   L | P   L | (P)  L | |
| **ACTIVITY/DATE:** | 23 | 24 | 25 | | | | |
| GOAL(S): | | | | | | | |
| DURATION: | | | | | | | |
| SUPERVISED BY: | | | | | | | |
| OUTCOME: | | | | | | | |
| PLANNED OR LEISURE | P   L | P   L | P   L | P   L | P   L | P   L | P   L |

**GOALS:**

| | | | |
|---|---|---|---|
| A:Self Actualization | H:Help Others | N:New Experiences | U:Uplifting Experience |
| B:Sense of Belonging | I:Instill Pride | O:Academic Orientation | V:Vocational Experience |
| C:Creative Dev. | J:Just Relax | P:Physical Dev/Coordination | |
| D:Dev. Sense of Community | | Q:Quit Being Scared(conquer fear) | |
| E:Improve Self-Esteem | K:Increase Knowledge | R:Develop Reverence | |
| F:Have Fun | L:Achieve Laughter | S:Stress Release | |
| G:Work Toward Goal | M:Render Honor | | |

**FOSTER PARENT MONTHLY PAPERWORK**

MONTH _Feb_ YEAR _2006_
CHILD. _Mariah Alvarez_
DOB _9/6/04_ LOC _____ POS DATES _9/21_ ___
FOSTER HOME: _Castillo_ , CASE MANAGER: _____
CPS CASEWORKER VISIT/CONTACT DATES: _9/21/04/10/04/11/04/2/05/5/05_ /6/05
MEDICAL DOMAIN
DATE OF LAST PHYSICAL: _9-9-05_ . PHYSICIAN _Sandy Ramirez_
COPY TURNED IN TO CASE MANAGER? _yes_
FOLLOW UP REQUESTED OR REQUIRED? _one year_
_____
_____

DATE OF LAST DENTAL: _10/03/05_ DENTIST _Dr Rick Villareal_
COPY TURNED IN TO CASE MANAGER? _yes_
FOLLOW UP REQUESTED OR REQUIRED? _6 mo_
_____
_____

DATE OF LAST EYE EXAM: _N/A_ OPTOMOTRIST _____
COPY TURNED IN TO CASE MANAGER? _____
FOLLOW UP REQUESTED OR REQUIRED? _____

DATE OF LAST TB TEST: _9-12-05: ✓ neg._

MISC. EXAM: _2/11/06/2/16/06/2/27/06_ DOCTOR _____
COPY TURNED IN TO CASE MANAGER? _____
FOLLOW UP REQUESTED OR REQUIRED? _____
_____
_____

DATE OF LAST PSYCHOLOGICAL: _N/A_
DIAGNOSIS: Axis I and II: _____
_____

DATE OF LAST PSYCHIATRIC REVIEW: _____ PSYCHIATRIST: _____
MEDICATIONS:   List name of med, mg., and for what purpose.
_____
_____
_____

ANY CHANGE IN MEDICATIONS THIS MONTH? _____
WAS THE CPS CASEWORKER NOTIFIED PRIOR TO CHANGE? _____

## Monthly Log of Notable Behaviors

For serious incidents such as runaway, physical restraint, hospitalizations, suicidal ideation, suicidal gestures or attempts, sexual perpetration, law enforcement involvement, or allegations of abuse or neglect, contact the Burke Foundation immediately.  Serious incidents above may require a separate form.

**The Burke Foundation  512-858-4258        Charles Campise (cell) 512-461-2935 (home) 512-847-5083 Emily Parks 512-731-3553**

Notable Behaviors:  This is a list of some, but not all behaviors that require detailed documentation.

**Positive Incidents**

A.  Substance Abuse
B.  Property Destruction
C.  Self-Inflicted Injury
D.  Enuresis (Uncontrolled Urination)
E.  Terroristic Threat
F.  Public Incident
G.  Encopresis/Feces Smearing
H.  Provoking Peers
I.  Unprovoked Aggression
J.  Verbal Threats
K.  Sexually Inappropriate
L.  Animal Abuse
M.  School Problems
N.  School Bus Problems
O.  Theft and/or Dishonesty
P.  Breaking House Rules
Q.  Hallucinating
R.  Refused Medication
S.  Bizarre Behavior
T.  One on One Supervision
U.  Assault of A Peer
V.  Lying
W.  Cheating
X.  Stealing
Y.  Suicide Talk
Z.  Runaway Talk
AA.  Refused Therapy
BB.  Sneakiness
CC.  Disrespect of Authority
DD.  Manipulating Others
EE.  Blames Others
FF.  Bragging
GG.  Puts Others Down

A.  Respectful Behavior
B.  Impulse Control
C.  Avoiding Fights/Arguments
D.  Positive Attitude
E.  Sharing feelings with others
F.  Good Grades in School
G.  Positive School Behaviors
H.  Sharing
I.  Compromising
J.  Expressing feelings positively
K.  Working on goals
L.  Taking responsibility
M.  Avoiding peer pressure
N.  Taking of personal property
O.  Respecting others property
P.  Good hygiene
Q.  Reduction in aggressive behaviors
R.  Reduction in negative behaviors

Child's Name _Mariah Alvarez_ Month/Year _Feb. 2006_     Foster Home _Ramone Ali Castill_
Please list any change in medications or doctor visits child attended _2/11/06/2/16/06/2/27/06_

---

**NOTABLE BEHAVIOR LETTER:** _G_     **DATE(S):** _Since Staring School_

Details of Incident: I have good reports on Mariah concerning school

Your Response to Incident: Praises her

Child's Response: She laughs and enjoys being praised

---

**NOTABLE BEHAVIOR LETTER:** _D_     **DATE(S):**

Details of Incident: Mariah has been behaving at school and Home

Your Response to Incident: Praises her

Child's Response: She enjoys being praised

---

**NOTABLE BEHAVIOR LETTER:** _T_     **DATE(S):** _Daily_

Details of Incident: Mariah needs one to one Supervision due to learning how to walk and is not ~~eno~~ strong enough from her legs

Your Response to Incident: I help her to all The Time to lean how to wa

Child's Response: She Tries to walk but enjoys crawling more

---

**NOTABLE BEHAVIOR LETTER:**     **DATE(S):**

Details of Incident: Potty training Continues on her

Your Response to Incident: I Talk to her and Show Sara's for examp Using the potty

Child's Response: Some Times she cry but Some Times she liked

**NOTABLE BEHAVIOR LETTER:**                          **DATE(S):**

Details of Incident:


Your Response to Incident:

Child's Response:


**NOTABLE BEHAVIOR LETTER:**                          **DATE(S):**

Details of Incident:


Your Response to Incident:

Child's Response:


**NOTABLE BEHAVIOR LETTER:**                          **DATE(S):**

Details of Incident:


Your Response to Incident:

Child's Response:


**NOTABLE BEHAVIOR LETTER:**                          **DATE(S):**

Details of Incident:


Your Response to Incident:

Child's Response:


**Please send all documentation from Doctor visits, report cards, education information- ARD & IEP. Medication Logs must be handwritten, signed, and mailed or faxed to our office.**

**Foster Parent Signature & Date** _____

# BURKE C...TER
## THERAPEUTIC RECREATION FORM

CHILD'S NAME: _____

FOSTER PARENT(S): Rescue All Creative

DATE: Feb

YEAR: 2016



| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| **ACTIVITY/DATE:** | | | 1 | 2 Piter Pizza 3 | 3 | 4 Mall & Bus K | 5 |
| GOAL(S): | | | | M | | K | |
| DURATION: | | | | 3 to 530 | | 1 to 530 | |
| SUPERVISED BY: | | | | AC | | REAC | |
| OUTCOME: | | | | Positive | | Positive | |
| PLANNED OR LEISURE | P     L | P     L | P     L | P   (P)   L | P     L | (P)   L | P     L |
| **ACTIVITY/DATE:** | 6 Play Soccer | 7 | 8 | 9 | 10 Mcdonald 11 | | 12 |
| GOAL(S): | P- | | | | | | |
| DURATION: | 2-hrs | | | | F.E.H | | |
| SUPERVISED BY: | AC | | | | 2-hrs | | |
| OUTCOME: | Positive | | | | AC | | |
| | | | | | Positive | | |
| PLANNED OR LEISURE | (P)   L | P     L | P     L | P   (P)   L | P   (P)  (L) | P     L | P     L |
| **ACTIVITY/DATE:** | 13 Ride Bikes | 14 | 15 | 16 Burger Kins | 17 | 18 | 19 |
| GOAL(S): | P | | | M | | | |
| DURATION: | 1/2 | | | 2 hrs | | | |
| SUPERVISED BY: | AC | | | AC | | | |
| OUTCOME: | Positive | | | Positive | | | |
| PLANNED OR LEISURE | (P)   L | P     L | P     L | P   (L) | P     L | P     L | P     L |
| **ACTIVITY/DATE:** | 20 Play out on Swings | 21 | 22 | 23 | 24 Birthday Porty | 25 | 26 |
| GOAL(S): | F | | | | F - M | | |
| DURATION: | 1/2 hr | | | | 3 hrs | | |
| SUPERVISED BY: | AC | | | | REAC | | |
| OUTCOME: | Positive | | | | | | |
| PLANNED OR LEISURE | (P)   L | P     L | P     L | P     L | P   (P)   L | P     L | P     L |
| **ACTIVITY/DATE:** | 27 Play Ball & Ride Bikes | 28 | | | | | |
| GOAL(S): | B&S | | | | | | |
| DURATION: | 3 hrs | | | | | | |
| SUPERVISED BY: | AC | | | | | | |
| OUTCOME: | Positive | | | | | | |
| PLANNED OR LEISURE | P     L | P     L | P     L | P     L | P     L | P     L | P     L |

**GOALS:**

| A:Self Actualization | H:Help Others | N:New Experiences | U:Uplifting Experience |
|---|---|---|---|
| B:Sense of Belonging | I:Instill Pride | O:Academic Orientation | V:Vocational Experience |
| C:Creative Dev. | J:Just Relax | P:Physical Dev/Coordiation | |
| D:Dev. Sense of Community | | Q:Quit Being Scared(conquer fear) | |
| E:Improve Self-Esteem | K:Increase Knowledge | R:Develop Reverence | |
| F:Have Fun | L:Achieve Laughter | S:Stress Release | |



Name (Nombre) _Alvarez Maria_    Date of Birth (Fecha de Nacimiento) _9-6-04_

| Date (Fecha) | Vaccine (Vacuna) | Validation (Validación) | Next Dose (Próxima Dosis) |
|---|---|---|---|
| | Hepatitis B | | |
| 2-16-06 | Hepatitis B | Certificado | |
| | Hepatitis B | | |
| 11-30-05 | DTP/DTaP/DT/Td IPV/HBV | Dr. Zamir | PRX |
| 2-1-05 | DTP/DTaP/DT/Td IPV/HBV | Dr. Zamis | PRX |
| 4-22-05 | DTP/DTaP/DT/Td IPV/HBV | Dr. Zamis | PRX |
| 12/8/05 | DTP/DTaP/DT/Td | Dr. Zmir | |
| | DTP/DTaP/DT/Td | | |
| | DTP/DTaP/DT/Td | | |
| 11-30-05 | Hib | Dr. Zamir | |
| 2-1-05 | Hib | Dr. Zamir | |
| 4-27-05 | Hib | Dr. Zamir | |
| 12/8/05 | Hib | Dr. Zmir | |
| 11-30-05 | Pneumococcal Conjugate | Dr. Zamir | |
| 2-1-05 | Pneumococcal Conjugate | Dr. Zamir | |
| 4-22-05 | Pneumococcal Conjugate | Dr. Zamir | |
| 12/8/05 | Pneumococcal Conjugate | Dr. Zamir | |
| | IPV | | |
| | IPV | | |
| | IPV | | |
| | IPV | | |
| 9/9/05 | MMR | Dr. Zamir | |
| | MMR | | |
| | Measles (Sarampión) | | |
| 9-12-05 | Varicella (Chickenpox) | DR. Zamis | |
| | Varicella (Chickenpox) | | |
| | Varicella History / Date of Varicella Disease | | |
| | Hepatitis A | | |
| | Hepatitis A | | |
| | Pneumococcal Polysaccharide | | |
| 11/5/05 | Influenza | Dr. Zamir | |
| | Influenza | | |

| TB Test 9/9/05 | Date Read 9/12/05 | Results Neg | TB Test | Date Read | Results |
|---|---|---|---|---|---|
| TB Test | Date Read | Results | TB Test | Date Read | Results |
| TB Test | Date Read | Results | TB Test | Date Read | Results |

Texas Department of Health - Immunization Division    eC-102 (8/2003)



## MEDICAL/DENTAL TREATMENT FORM

Medical _____ ✓  Annual _____  Dental _____  Psychiatric _____
Treatment           Exam            Treatment         Monitoring

Child's Name: _Alvarez Mariah_

Date: _2/27/06_  Time: ___:_____  a.m / p.m  (circle one)

Examiner: _Brownsville Childrens Clinic_

Address: _4430 e 14th st_

City/State/Zip: _Brownsville TX 78521_

Phone: _(956) 544-5571_

Reason for Visit: _Uni B___ check / cough co___

Diagnosis and Treatment: 

Medication Prescribed: _Unif___ / ____ / Pedi____

Recommendation and Follow up: _~17 f_

Examiner's Signature _____  Date _2/27/__

Printed Name _Adim Zamir m.d_

ADIM ZAMIR, M.D., F.A.A.P.

MEDICAL/DENTAL TREATMENT FORM

Medical _____        Annual _____        Dental _____        Psychiatric _____
Treatment              Exam                  Treatment             Monitoring

Child's Name: _Mariah Aliz_____

Date: _2-14___ Time: _3 30___ a.m (p.m) (circle one)

Examiner: _Dr Costan_____

Address: _1092 los Ebanos_____

City/State/Zip: _Brausville_____

Phone: _956 546-8072_____

Reason for Visit:

_____ Cough / HBV_____
_____

Diagnosis and Treatment:

_____ URI_____
_____
_____

Medication Prescribed:

_____ Tylenol_____
_____

Recommendation and Follow up: _pm_____
_____

_Cen Tucci MD_____                    _2-16-06___
Examiner's Signature                          Date

_Dr Castaneda_____
Printed Name

02/11/2006   11:03   9564230307                              KEL                                          PAGE   02



## MEDICAL/DENTAL TREATMENT FORM

Medical ✓          Annual _____        Dental _____       Psychiatric _____
Treatment          Exam                  Treatment            Monitoring


Child's Name: _Alvarez, Mariah_____

Date: _2/11/06____ Time: _11_ : _30_ ___  (a.m)/ p.m  (circle one)

Examiner: _Dr. Asim Zamir_____

Address: _4430 E 14th St._____

City/State/Zip: _Brownsville, TX, 78521_____

Phone: _(956) 544-5557_____

Reason for Visit:
_____
_____
_____
_____

Diagnosis and Treatment:
_____
_____
_____
_____

Medication Prescribed:
_____
_____

Recommendation and Follow up:
_____
_____
_____

_____            _2/11/06_____
Examiner's Signature                          Date

_____
Printed Name

DATE: 02/14/2006                          LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley


Content: I observed Mariah as well dressed and healthy. Mariah was in family court of
for a hearing. Mariah sat on her mother's lap and ate chips and interacted with her
siblings.  As per foster mother, Mariah is a happy child who receives physical therapy
from ECI each week.

February 16, 2006
Foster mother took Mariah to see Dr. Zamir for a cough.


_Dora Cackley_
Dora Cackley

2-14-06
Date



DATE: 02/06/2006                    LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez             FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dressed and healthy. Mariah was in her pajamas preparing to go to sleep.  She sat with the other girls in the home playing with some toys. Mariah wanted to sing and clap her hands. She clapped with me several times and she appeared happy and laughed out loud. As per foster mother, Mariah receives physical therapy from ECI each week.

_____
Dora Cackley

2-6-0)
_____
Date

**FOSTER PARENT MONTHLY PAPERWORK**

MONTH _March_    YEAR _2006_
CHILD _Mariah Alvarez_
DOB _9/6/04_ LOC _Basic_    POS DATES _9/21/04_
FOSTER HOME _Castillos_    CASE MANAGER _Ma. Luisa Livingston_
CPS CASEWORKER VISIT/CONTACT DATES: _9/21/04-10/04-11/04-12/05-5/05-6/05-3/06_
**MEDICAL DOMAIN**
DATE OF LAST PHYSICAL: _3-8-06_    PHYSICIAN _Sandy Ramirez_
COPY TURNED IN TO CASE MANAGER? _yes_
FOLLOW UP REQUESTED OR REQUIRED? _one year 6.mo_

DATE OF LAST DENTAL: _10/03/05_    DENTIST _Rick Villarreal_
COPY TURNED IN TO CASE MANAGER? _yes_
FOLLOW UP REQUESTED OR REQUIRED? _6.mo_

DATE OF LAST EYE EXAM: _N/A_    OPTOMOTRIST
COPY TURNED IN TO CASE MANAGER?
FOLLOW UP REQUESTED OR REQUIRED?

DATE OF LAST TB TEST: _9/12/05 - Q neg_

**MISC. EXAM:**    DOCTOR
COPY TURNED IN TO CASE MANAGER?
FOLLOW UP REQUESTED OR REQUIRED?

DATE OF LAST PSYCHOLOGICAL: _N/A_
**DIAGNOSIS:** *Axis I and II:*

DATE OF LAST **PSYCHIATRIC REVIEW:**    PSYCHIATRIST:
**MEDICATIONS:**    List name of med, mg., and for what purpose.

ANY CHANGE IN MEDICATIONS THIS MONTH?

WAS THE CPS CASEWORKER NOTIFIED PRIOR TO CHANGE?

## Monthly Log of Notable Behaviors

For serious incidents such as runaway, physical restraint, hospitalizations, suicidal ideation, suicidal gestures or attempts, sexual perpetration, law enforcement involvement, or allegations of abuse or neglect, contact the Burke Foundation immediately.  Serious incidents above may require a separate form.

**The Burke Foundation  512-858-4258      Charles Campise (cell) 512-461-2935 (home) 512-847-5083**
**Emily Parks 512-731-3553**

Notable Behaviors:  This is a list of some, but not all behaviors that require detailed documentation.

| | |
|---|---|
| A.  Substance Abuse | **Positive Incidents** |
| B.  Property Destruction | A.  Respectful Behavior |
| C.  Self-Inflicted Injury | B.  Impulse Control |
| D.  Enuresis (Uncontrolled Urination) | C.  Avoiding Fights/Arguments |
| E.  Terroristic Threat | D.  Positive Attitude |
| F.  Public Incident | E.  Sharing feelings with others |
| G.  Encopresis/Feces Smearing | F.  Good Grades in School |
| H.  Provoking Peers | G.  Positive School Behaviors |
| I.  Unprovoked Aggression | H.  Sharing |
| J.  Verbal Threats | I.  Compromising |
| K.  Sexually Inappropriate | J.  Expressing feelings positively |
| L.  Animal Abuse | K.  Working on goals |
| M.  School Problems | L.  Taking responsibility |
| N.  School Bus Problems | M.  Avoiding peer pressure |
| O.  Theft and/or Dishonesty | N.  Taking of personal property |
| P.  Breaking House Rules | O.  Respecting others property |
| Q.  Hallucinating | P.  Good hygiene |
| R.  Refused Medication | Q.  Reduction in aggressive behaviors |
| S.  Bizarre Behavior | R.  Reduction in negative behaviors |
| T.  One on One Supervision | |
| U.  Assault of A Peer | |
| V.  Lying | |
| W.  Cheating | |
| X.  Stealing | |
| Y.  Suicide Talk | |
| Z.  Runaway Talk | |
| AA.  Refused Therapy | |
| BB.  Sneakiness | |
| CC.  Disrespect of Authority | |
| DD.  Manipulating Others | |
| EE.  Blames Others | |
| FF.  Bragging | |
| GG.  Puts Others Down | |

**The Burke Foundation**
**24 hour Incident Report**

**Name**: Mariah Alvarez
**Foster Home**: Ramon & Alifonsa Castillo
**Address**: Rt. 8 Box 622-A
           Brownsville, Texas 78520
**Phone**: 956-542-0860
**Date of Incident**: March 22, 2006
**Time of Incident**: 10:20 am

**Persons Involved**: Mariah Alvarez
**D.O.B**: 09-06-2004

**What Circumstances led up to the Incident:** Mariah was in her classroom at the Head Start Program, playing on school play equipment when she lost her balance and fell to the floor. Her teacher stated she hit the right side of her forehead. As per Head Start teacher, Mariah lost consciousness for like a second and then opened her eyes.

**Describe the Incident**: As per Head Start teacher/report, Mariah was holding on to the Rainbow child climber when she slipped and hit the right side of her forehead and lost consciousness for a second then opened her eyes. The Head Start teachers are: Berta Carrejo & Marianna Gil at Rancho Del Cielo Head Start School

**What Consequences were assigned to the participants?**
Head Start School called foster mother Alifonsa Castillo to notify her about the incident. Foster mother arrived at the school and took Mariah to Dr. J. Castaneda for an examination. Dr. Castaneda examined Mariah and took x-ray of her head and noted she was not injured and stated that there was nothing in the x-rays that showed any time of injury.

Foster mother immediately informed Dora Cackley, Burke Representative of the Incident. Dora Cackley and Mrs. Castillo informed Angie Romo, TDFPS worker of incident.

Dora Cackley
Case manager/Treatment Coordinator

BURKE CENTER
THERAPEUTIC RECREATION FORM

CHILD'S NAME: _____
FOSTER PARENT(S): _____   DATE: March   YEAR: 2002

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| **ACTIVITY/DATE:** | | | 1 Burger King | 2 | 3 | B'day Party at McDonald's | 5 |
| GOAL(S): | | | M | | | E.M | |
| DURATION: | | | 2 hrs | | | 3 hrs | |
| SUPERVISED BY: | | | AC | | | AC, PC | |
| OUTCOME: | | | Positive | | | Positive | |
| PLANNED OR LEISURE | P  L | P  L | P  L | P  L | P  L | (P)  L | P  L |
| **ACTIVITY/DATE:** | 6 play Ball & Ride Bikes | 7 | 8 | 9 Pizza Piper 10 PIZZA | 10 | 11 | 12 |
| GOAL(S): | E P's | | M | M.F. | | | |
| DURATION: | 2 hrs | | 2 hrs | 2 hrs | | | |
| SUPERVISED BY: | AC | | AC | AC | | | |
| OUTCOME: | Positive | | Positive | Positive | | | |
| PLANNED OR LEISURE | (P)  L | P  L | P  L | (P)  L | P  L | P  L | P  L |
| **ACTIVITY/DATE:** | 13 Play out Side on swing 14 | | 15 Burger King | 16 Burger King 16 | 17 | 18 | 19 |
| GOAL(S): | P | | M | | | | |
| DURATION: | 3 hrs | | 3 hrs | | | | |
| SUPERVISED BY: | AC | | AC | | | | |
| OUTCOME: | Positive | | Positive | | | | |
| PLANNED OR LEISURE | (P)  L | P  L | (P)  L | (P)  L | P  L | P  L | P  L |
| **ACTIVITY/DATE:** | 20 | 21 | 22 Burger King | 23 | 24 | 25 Olivero Park. V.S | 26 |
| GOAL(S): | | | F | | | F | |
| DURATION: | | | 3 hrs | | | 3 hrs | |
| SUPERVISED BY: | | | AC | | | AC | |
| OUTCOME: | | | Positive | | | Positive | |
| PLANNED OR LEISURE | P  L | P  L | P  L | P  L | P  L | P  (L) | P  L |
| **ACTIVITY/DATE:** | 27 | 28 | 29 Busser King | | | | |
| GOAL(S): | | | F | | | | |
| DURATION: | | | 3 hrs | | | | |
| SUPERVISED BY: | | | AC | | | | |
| OUTCOME: | | | Positive | | | | |
| PLANNED OR LEISURE | P  L | P  L | P  L | | | | |

**GOALS:**

| | | |
|---|---|---|
| A:Self Actualization | H:Help Others | N:New Experiences | U:Uplifting Experience |
| B:Sense of Belonging | I:Instill Pride | O:Academic Orientation | V:Vocational Experience |
| C:Creative Dev. | J:Just Relax | P:Physical Dev/Coordination | |
| D:Dev. Sense of Community | K:Increase Knowledge | Q:Quit Being Scared(conquer fear) | |
| E:Improve Self-Esteem | | R:Develop Reverence | |
| F:Have Fun | L:Achieve Laughter | S:Stress Release | |
| G:Work Toward Goal | M:Practice Manners | T:Togetherness With Entire Family | |

# MEDICAL/DENTAL TREATMENT FORM

Medical ✓_____   Annual _____   Dental _____   Psychiatric _____
Treatment          Exam              Treatment         Monitoring

Child's Name: _Alvarez Mariah_____

Date: _3/8/06_ Time: ___:___ a.m / p.m (circle one)

Examiner: _Asim Zamir M.D._____

Address: _4430 E. 14th St._____

City/State/Zip: _Brownsville Tx. 78521_

Phone: _956 544-5551_

Reason for Visit:
_Headstart physical_
_has not started walking._

Diagnosis and Treatment:

Medication Prescribed:

Recommendation and Follow up:

Examiner's Signature

_Asim Zamir M.D._                          _3/8/06_
Printed Name                               Date

# CHILD HEALTH RECORD:   FORM 3, SCREENINGS, PHYSICAL EXAMINATION/ASSESSMENT

CHILD'S NAME: Mariah Alvarez    SEX: F    BIRTHDATE: 9-6-04

HEAD START CENTER: Rancho del cielo EHS    PHONE: 350 4240

ADDRESS: 69 old Ebony Parkway C-116

**PART I. TO BE COMPLETED BY/VIDER BEFORE STAFF OR HEALTH CARE PRO SSMENT PHYSICAL EXAMINATION/ASS` HEAD START**

**1. RELEVANT INFORMATION (from Health History, Parent/Teacher Observations):**

18 month physical.

**2. SCREENING TESTS. Starred Items (*) are required by Head Start and recommended by the American Academy of Pediatrics for children 3-5 years. Enter dates if done previously. When recording results, enter at a minimum "N", "S", or "A" for NORMAL, SUSPECT, OR ATYPICAL/ABNORMAL, respectively.**

| TEST | DATE | RESULTS | | TEST | DATE | RESULTS |
|------|------|---------|---|------|------|---------|
| a. PRESENT AGE* | 3/8/06 | 1 Yrs., 6 Mos. | g. VISION (Type of Test)* | | |
| b. HEIGHT (no shoes, to nearest 1/8 in.)* | 3/8/06 | 29" | ACUITY, R/L | | |
| | | | RESCREENING | | |
| c. WEIGHT (light clothing to nearest 1/4 lb.)* | 3/8/06 | 23.7 lbs | STRABISMUS | | |
| | | | COMMENTS | | |
| d. BLOOD PRESSURE | | | | | |
| e. HEMATOCRIT or HEMOGLOBIN* | 3/8/06 | Hgb | h. OTHER TESTS (if indicated) (1) TB | 9/9/05 | 9/12/05 Drmm |
| f. HEARING (Type of Test)* RESULTS, R/L RESCREENING COMMENTS | | | (2) Sickle Cell (3) Lead (4) Ova & Parasites (5) Urinalysis (6) Other | 3/8/06 | pending |

**3. PHYSICAL EXAMINATION/ASSESSMENT. Complete and return top three copies to Head Start.**

| | NORMAL FOR AGE | ABNOR-MAL | NOT EVAL. | COMMENTS (Use Additional sheet if necessary) |
|---|---|---|---|---|
| a. GENERAL APPEARANCE | ✓ | | | |
| b. POSTURE, GAIT | ✓ | | | |
| c. SPEECH | ✓ | | | |
| d. HEAD | ✓ | | | |
| e. SKIN | ✓ | | | |
| f. EYES: (1) External Aspects | | | ✓ | |
| (2) Optic Fundiscopic | | | ✓ | |
| (3) Cover Test | | | | |
| g. EARS: (1) External & Canals | ✓ | | | |
| (2) Tympanic Membranes | ✓ | | | |
| h. NOSE, MOUTH, PHARYNX | ✓ | | | |
| i. TEETH | ✓ | | | |
| j. HEART | ✓ | | | |
| k. LUNGS | ✓ | | | |
| l. ABDOMEN (include hernia) | ✓ | | | |
| m. GENITALIA | ✓ | | | |
| n. BONES, JOINTS, MUSCLES | ✓ | | | |
| o. NEUROLOGICAL/SOCIAL (1) Gross Motor | | | | |
| (2) Fine Motor | ✓ | | | |
| (3) Communication Skills | ✓ | | | |
| (4) Cognitive | ✓ | | | |
| (5) Self-Help Skills | ✓ | | | |
| (6) Social Skills | ✓ | | | |
| p. GLANDS (Lymphatic/Thyroid) | ✓ | | | |
| q. MUSCULAR COORDINATION | ✓ | | | |
| r. OTHER | ✓ | | | |

**s. GENERAL STATEMENT ON CHILD'S PHYSICAL STATUS:**

Signature: JmBollier RW FNP    Date: 3/8/06

**4. FINDINGS, TREATMENTS, AND RECOMMENDATIONS**

**ART II. TO BE COMPLETED BY HEALTH CARE PROVIDER URING AND AFTER PHYSICAL EXAMINATION/ASSESSMENT**

| ABNORMAL FINDINGS/DIAGNOSIS | TREATMENT PLAN | RECOMMENDED FOLLOW-UP OR RESULTS (Initial when complete) | DATE |
|---|---|---|---|
| a. | | | |
| b. | | | |

MEDICAL/DENTAL TREATMENT FORM

Medical_____        Annual _____       Dental _____       Psychiatric _____
Treatment             Exam                 Treatment            Monitoring

Child's Name: _Alvarez, Mariah_____

Date: _3/20/06_____  Time: ____:_____   a.m / p.m  (circle one)

Examiner: _Dr. Zamir_____

Address: _4430 E 14th st_____

City/State/Zip: _Brownsville  TK, 78521_____

Phone:(956) 544-5557_____

Reason for Visit: _____ Ankle lung _____
_____
_____
_____

Diagnosis and Treatment: _____ follow up _____
_____
_____
_____

Medication Prescribed: ____ under 2 days as af _____
_____
_____

Recommendation and Follow up: _____
_____
_____

_____        _3/20/06__
Examiner's Signature                      Date

_ASIM R AMIR MD._
Printed Name

MEDICAL/DENTAL TREATMENT FORM

Medical ✓          Annual _____     Dental _____     Psychiatric _____
Treatment          Exam               Treatment          Monitoring

Child's Name: _Mariah Alvarez_

Date: _3/16/06_  Time: _9:00_  (a.m)/ p.m  (circle one)

Examiner: _____

Address: _4430 E. 14th St. Ste A_

City/State/Zip: _Brownsville TX_

Phone: _544-5557_

Reason for Visit:

_Follow up_

Diagnosis and Treatment:
_Acute Asthma_

Medication Prescribed:
_Cont present meds / Tx as ordered_

Recommendation and Follow up:
_Rtn 2d_

_M Sullivan RN_                              _3/16/06_
Examiner's Signature                          Date

_____
Printed Name

MEDICAL/DENTAL TREATMENT FORM

Medical _____ ✓    Annual _____    Dental _____    Psychiatric _____
Treatment              Exam                 Treatment            Monitoring


Child's Name: _Alvarez, Mariah_____

Date: _3/14/06___ Time: ___:___ a.m / p.m  (circle one)

Examiner: _Dr. Asim Zamir_____

Address: _4430 e 14th st_____

City/State/Zip: _Brownsville, TX 78521_____

Phone: _(954)544-5557_____

Reason for Visit:

_____ _Cough_ _____
_____
_____

Diagnosis and Treatment:

_____ _Acute Bronchitis / Allergies_ ___
_____
_____
_____

Medication Prescribed:

_____ _Will Merick Syrup_ _____
_____
_____ _nap_ _____

Recommendation and Follow up:

_____
_____
_____

_Dr. Asim Zamir_                          _3/14/06_
Examiner's Signature                      Date

_DR. Asim Zamir_
Printed Name

# MEDICAL/DENTAL TREATMENT FORM

Medical _____ /   Annual _____   Dental _____   Psychiatric _____
Treatment                Exam                  Treatment              Monitoring

Child's Name: _Alvarez   Mariah_

Date: _3-13-06_   Time: _8_ : _10_   a.m / p.m (circle one)

Examiner: _Dr Azim Zamir_

Address: _4430 E 14st   Ste B_

City/State/Zip: _Brownsville   Texas  78500_

Phone: _956 544-55-57_

Reason for Visit: _____

Diagnosis and Treatment: _____

Medication Prescribed: _____

Recommendation and Follow up: _____

Examiner's Signature _____                   Date _3/13/06_

Printed Name _____

## MEDICAL/DENTAL TREATMENT FORM

Medical_____    Annual _____    Dental _____    Psychiatric _____
Treatment          Exam                Treatment            Monitoring

Child's Name: Mariah Alvarez

Date: 3/01/06   Time: 2:40   a.m / p.m (circle one)

Examiner: Dr. Qsim Zamir

Address: 4430 E. 14th St., STE. A

City/State/Zip: Brownsville, Tx 78520

Phone: (956) 544-5557

Reason for Visit: Cough - runny nose

Diagnosis and Treatment: Acute Bronchitis

Albuterol 0.4w/tcc NS x 2

Medication Prescribed: Cont present meds tx

Recommendation and Follow up: Rtz 2-3d

_____          3/1/06
Examiner's Signature                Date

_____
Printed Name

**FOSTER PARENT MONTHLY PAPERWORK**

MONTH: April  YEAR: 2006

CHILD: MAriah Alvarez

D.O.B: 9-6-04  LOC: B  POS DATES: 9/21/04

FOSTER HOME: _____  CASE MANAGER: MArialuisa Livington

CPS CASEWORKER VISIT/ CONTACT DATES: 9/04/10/04/11/04/2/5/5/5/6/6/.3/06

**MEDICAL DOMAIN**

DATE OF LAST PHYSICAL: 3-8-06  PHYSICIAN: _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____


DATE OF LAST EYE EXAM: N/A  OPTOMOTRIST: _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____


DATE OF LAST DENTAL: 4/25/06  DENTIST: Rick Villareal

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____


MISC. EXAM: 4/25/06/4.28/06  DOCTOR: Zamier & Castañeda

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____


DATE OF LAST PSYCHOLOGICAL: N/A

DIAGNOSIS: Axis I and II: _____


DATE OF LAST PSYCHIATRIC REVIEW: N/A

PSYCHIATRIST: _____

MEDICATION: List name of med, mg., and for what purpose.


ANY CHANGE IN MEDICATION THIS MONTH? _____


WAS THE CPS CASE WORKER NOTIFIED PRIOR TO CHANGE? _____

## Monthly Log of Notable Behaviors

For serious incidents such as runaway, physical restraint, hospitalizations, suicidal ideation, suicidal gestures or attempts, sexual perpetration, law enforcement involvement, or allegations of abuse or neglect, contact the Burke Foundation immediately. Serious incidents above may require a separate form.

**The Burke Foundation  512-858-4258**

Notable Behaviors: This is a list of some, but not all behaviors that require detailed documentation.

A. Substance Abuse
B. Property Destruction
C. Self-Inflicted Injury
D. Enuresis (Uncontrolled Urination)
E. Terroristic Threat
F. Public Incident
G. Encopresis/Feces Smearing
H. Provoking Peers
I. Unprovoked Aggression
J. Verbal Threats
K. Sexually Inappropriate
L. Animal Abuse
M. Inappropriate behaviors at school
N. School Bus Problems
O. Theft and/or Dishonesty
P. Breaking House Rules
Q. Hallucinating
R. Refused Medication
S. Bizarre Behavior
T. One on One Supervision
U. Assault of A Peer
V. Lying
W. Cheating
X. Stealing
Y. Suicide Talk
Z. Runaway Talk
AA. Refused Therapy
BB. Sneakiness
CC. Disrespect of Authority
DD. Manipulating Others
EE. Blames Others/Makes excuses
FF. Bragging
GG. Puts Others Down
HH. Sarcastic/Rude
II. Demanding /Bossy
JJ. Tattling/Arguing with peers
KK. Oppositional/Argumentative toward adult
LL. Disrespectful towards adults
MM. Impulsive
NN. Ritualistic behavior (obsessive/repetitive)
OO. Overly sensitive to criticism
PP. Demonstrates negative or poor attitude

QQ. Difficulty concentrating
RR. Easily Frustrated
SS. Attention Seeking
TT. Immature for Age
UU. Mood Swings
VV. Frequent Crying
WW. Pities self
XX. Flat affect/Little emotion
YY. Difficulty Identifying feelings
ZZ. Angry/Hostile
AAA. Sullen/Sad
BBB. Superficial
CCC. Fearful
DDD. Morbid thoughts/comments
EEE. Experiences Anxiety
FFF. Nervousness (pulls at hair etc.,)
GGG. Withdraws/Isolates self from groups
HHH. Associates more with older Peers/adults
III. Lack of Confidence/Inadequate presentation
JJJ. Comments of despair/hopelessness
KKK. Fails to demonstrate Positive Leadership abilities
LLL. Demonstrates Poor sportsmanship
MMM. Gives in to Peer Pressure
NNN. Refuses to participate in recreational activities
OOO. Displays oppositional attitude/poor sportsmanship
PPP. Negative daily school report
QQQ. Fails to complete assigned household chores
RRR. Uncooperative with others
SSS. Complains about Biological Family
TTT. Overly Competitive (plays to win)

1

**Positive Incidents**

- A. Respectful Behavior
- B. Impulse Control
- C. Avoiding Fights/Arguments
- D. Positive Attitude
- E. Sharing feelings with others
- F. Completes/Turns in Homework
- G. Passing grades on daily work
- H. ARD/IEP
- I. Exercises
- J. Family Visits
- K. Good Grades in School
- L. Positive School Behaviors
- M. Sharing
- N. Compromising
- O. Expressing feelings positively
- P. Working on goals
- Q. Taking responsibility
- R. Avoiding peer pressure
- S. Taking of personal property
- T. Respecting others property
- U. Good hygiene
- V. Reduction in aggressive behaviors
- W. Reduction in negative behaviors
- S. Made his/her bed
- T. Does Chores
- U. Is helpful and generous
- V. Good manner ei; please, thank you
- W. Plays nicely and shares
- X. Friendly/Kind/cheerful/Polite
- Y. Interacts appropriately with foster family
- Z. Church attendance/activity
- AA. Phone contact with family
- BB. Choir, band or other school activities

Child's Name _Mariah Alvarez_ Month/Year _April 2006_  Foster Home _Castillos_

Please list any change in medications or doctor visits child attended _4/5/06. Dentis_
_4/25/06. Dr. Castaneda. 4/28/06. Dr. Zamier. for_
_oaki Althma ___ A_

**NOTABLE BEHAVIOR LETTER:** 6     **DATE(S):** at school days

Details of Incident  I have good reports on Mariah concern School

Your Response to Incident:  praise her

Child's Response:  She laughs and enjous being praised

---

**NOTABLE BEHAVIOR LETTER:** +     **DATE(S):** Daily

Details of Incident: Mariah - Needs to one to one Supervision due to his tearning how to walk and is not. Strong enongh from his legs.

Your Response to Incident: I keep I Help her all the time to lear how to walk

Child's Response: She tries to walk but enjous to Crowling more

NOTABLE BEHAVIOR LETTER: V V . R R        DATE(S): Very often

Details of Incident: Mariah's ~~days~~ have. frecuent Crying
To. ~~due~~ to She. Slaring To walk and she is not
to STrong. so. She. is. easity frusTra Ted. becouse
she walk and She dont want to walk so
she ~~cyes~~ Cries To much.

Your Response to Incident: I talk. To her. do. not Cry. I help
her to Walk. Some Times. she walk. So good
And Some time. she doesent

Child's Response: She. Gue me. his hand-s. and wen
I halp she walk. but. She. heve afraid
to do it.

---

NOTABLE BEHAVIOR LETTER:                DATE(S):

Details of Incident:




Your Response to Incident:




Child's Response:

**Please send all documentation from Doctor visits, report cards, education information- ARD & IEP. Medication Logs must be handwritten, signed, and mailed or faxed to our office.**

**Foster Parent Signature:** _____

**Date** April 2006 _____

# MEDICAL/DENTAL TREATMENT FORM

Medical_____     Annual _____     Dental ___✓___     Psychiatric _____
Treatment        :     Exam                 Treatment          Monitoring

Child's Name: _Marian Alvary_____

Date: _4 - 25-06_   Time: ___:_____  a.m / p.m  (circle one)

Examiner: _____

Address: _____

City/State/Zip: _____

Phone: _____

Reason for Visit:
_____Exam_____
_____
_____
_____

Diagnosis and Treatment:
_____Normal eruption pattern._____
_____PxFI → Exam_____
_____
_____
_____

Medication Prescribed:
_____∅_____
_____
_____

Recommendation and Follow up:
_____6mo recall_____
_____
_____

_____        _4- 25 06._____
Examiner's Signature                       Date

_Rick Villarreal  D.D.S_____
Printed Name

# MEDICAL/DENTAL TREATMENT FORM

Medical_____    Annual ✓    Dental _____    Psychiatric _____
Treatment         Exam        Treatment          Monitoring

Child's Name: _Margarita Alvarez_

Date: _4-25_ Time: ___:___ a.m / p.m (circle one)

Examiner: _Dr. Castaneda_

Address: _1092 E Los Ebanos Blvd_

City/State/Zip: _Brownsville TX 78520_

Phone: _(956) 546 8072_

Reason for Visit: _Vacunation_
_____
_____
_____

Diagnosis and Treatment:
_Normal_
_____
_____
_____

Medication Prescribed:
_None_
_____
_____

Recommendation and Follow up:
_PRN_
_____
_____

_Castaneda MD_                          _4-25-01_
Examiner's Signature                    Date

_Dr Jose L. Castaneda_
Printed Name

# MEDICAL/DENTAL TREATMENT FORM

Medical __✓__          Annual _____     Dental _____     Psychiatric _____
Treatment              Exam                  Treatment             Monitoring

Child's Name: __Mariah Chuarez__

Date: __4-28-06__ . Time: ____:____ a.m / p.m (circle one)

Examiner: _____

Address: __4430. E. 14th St., STE A__

City/State/Zip: __Brownsville, Tx. 78520__

Phone: __(956) 544-5557__

Reason for Visit: __Cough - runny nose__

Diagnosis and Treatment: __Acute Asthma / purulent rhinit__
__(R) Albuterol 0.4cc /cc N 5x2 Neb__
__Solumedrol 22mg Im Neb.__

Medication Prescribed: __Albuterol 0.4cc /cc Nib q4° CC Nb__
__Zithromax 200/5 - 3mc po qd x5__
__Orapred 15/5 - 3mc po qd x5__
__Pulmicort 0.25% - bid per Neb__

Recommendation and Follow up: __Asthma HC - 1/2 h po prn__

__Rtc 2 days__

__M Brllier RWEN.__                           __4-28-06__
Examiner's Signature                          Date

Printed Name

4430 E. 14th. ST., STE. A.
BROWNSVILLE, TEXAS 7852C

## CHILD PLACING AGENCY
## SEMI-MONTHLY HOME VISITS

DATE: 04/19/2006                          LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez              FAMILY: Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dresses and she appeared healthy. Mariah was playing with a toy on the living room floor. She stood up and attempted to walk by herself across the room. As per foster mother, she is getting stronger at walking but has not mastered the two steps to the next room. As per foster mother, Mariah vomited on herself after the weekly family visit and had to be bathed. As per foster mother, Mariah refuses to drink milk for the next three days after her family visits when she drinks soda and eats junk-food.

_____
Dora Cackley

4-24-06
Date

# CHILD PLACING AGENCY
## SEMI-MONTHLY HOME VISITS

DATE: 04/05/2006        LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez      FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dresses and she appeared healthy. Mariah had arrived from school. It was pajama day at school and she was in her pajamas. She smiled happily and was in a good mood. Mariah sat on the floor and played with some toys and the other children in the home. As per foster mother, Mariah is attempting to walk without assistance. She grabs onto items to stands but is afraid to let go to walk. As per foster mother, Mariah saw Dr. Zamir for her eighteen month check up. Mariah is repeating words and phrases she hears and she continues to receive speech, occupational and physical therapy from ECI.

Dora Cackley

4-10-06
Date

**FOSTER PARENT MONTHLY PAPERWORK**

MONTH: May                          YEAR: 2006
CHILD: Mariah Alvarez
D.O.B: 9/6/04              LOC: B    POS DATES: 9/25/04
FOSTER HOME: Castillos     CASE MANAGER: Ms Luisa Livingston
CPS CASEWORKER VISIT/ CONTACT DATES: 10/3/04/ 10/04/ 4/04/2/05/ 5/05/ 6/05/ 3/06
MEDICAL DOMAIN

DATE OF LAST PHYSICAL: 3/8/06    PHYSICIAN: _____
COPY TURNED IN TO CASE MANAGER? _____
FOLLOW UP REQUESTED OR REQUIRED? _____
_____
_____

DATE OF LAST EYE EXAM: N/A    OPTOMOTRIST: _____
COPY TURNED IN TO CASE MANAGER? _____
FOLLOW UP REQUESTED OR REQUIRED? _____
_____
_____

DATE OF LAST DENTAL: 4/20/06    DENTIST: Rick Villareal
COPY TURNED IN TO CASE MANAGER?    yes
FOLLOW UP REQUESTED OR REQUIRED?    6 mo
_____
_____

MISC. EXAM: 4/25-25-28-06 DOCTOR: Zamien e Villareal
COPY TURNED IN TO CASE MANAGER? _____
FOLLOW UP REQUESTED OR REQUIRED? _____
_____
_____

DATE OF LAST PSYCHOLOGICAL: N/A
DIAGNOSIS: Axis I and II: _____
_____
_____

DATE OF LAST PSYCHIATRIC REVIEW: N/A
PSYCHIATRIST: _____
MEDICATION: List name of med, mg., and for what purpose.
_____
_____
_____

ANY CHANGE IN MEDICATION THIS MONTH? _____
_____

WAS THE CPS CASE WORKER NOTIFIED PRIOR TO CHANGE? _____
_____

## Monthly Log of Notable Behaviors

For serious incidents such as runaway, physical restraint, hospitalizations, suicidal ideation, suicidal gestures or attempts, sexual perpetration, law enforcement involvement, or allegations of abuse or neglect, contact the Burke Foundation immediately.  Serious incidents above may require a separate form.

**The Burke Foundation  512-858-4258     Charles Campise (cell) 512-461-2935 (home) 512-847-5083**
**Emily Parks 512-731-3553**

Notable Behaviors:  This is a list of some, but not all behaviors that require detailed documentation.

**Positive Incidents**

| Notable Behaviors | Positive Incidents |
|---|---|
| A.  Substance Abuse | A.  Respectful Behavior |
| B.  Property Destruction | B.  Impulse Control |
| C.  Self-Inflicted Injury | C.  Avoiding Fights/Arguments |
| D.  Enuresis (Uncontrolled Urination) | D.  Positive Attitude |
| E.  Terroristic Threat | E.  Sharing feelings with others |
| F.  Public Incident | F.  Good Grades in School |
| G.  Encopresis/Feces Smearing | G.  Positive School Behaviors |
| H.  Provoking Peers | H.  Sharing |
| I.  Unprovoked Aggression | I.  Compromising |
| J.  Verbal Threats | J.  Expressing feelings positively |
| K.  Sexually Inappropriate | K.  Working on goals |
| L.  Animal Abuse | L.  Taking responsibility |
| M.  School Problems | M.  Avoiding peer pressure |
| N.  School Bus Problems | N.  Taking of personal property |
| O.  Theft and/or Dishonesty | O.  Respecting others property |
| P.  Breaking House Rules | P.  Good hygiene |
| Q.  Hallucinating | Q.  Reduction in aggressive behaviors |
| R.  Refused Medication | R.  Reduction in negative behaviors |
| S.  Bizarre Behavior | S.  Made his/her bed |
| T.  One on One Supervision | T.  Does Chores |
| U.  Assault of A Peer | U.  Is helpful and generous |
| V.  Lying | V.  Good manner ei; please, thank you |
| W.  Cheating | W.  Plays nicely and shares |
| X.  Stealing | |
| Y.  Suicide Talk | |
| Z.  Runaway Talk | |
| AA.  Refused Therapy | |
| BB.  Sneakiness | |
| CC.  Disrespect of Authority | |
| DD.  Manipulating Others | |
| EE.  Blames Others | |
| FF.  Bragging | |
| GG.  Puts Others Down | |

Child's Name _Mariah Alvez_ Month/Year _May 2006_    Foster Home _Castillo.S_

Please list any change in medications or doctor visits child attended _5/4/5/23/26/06_

**NOTABLE BEHAVIOR LETTER:**    6    **DATE(S):** _School days_

Details of Incident: I have good reports on. mariah Concerning school

Your Response to Incident: Praise her

Child's Response: She laughs and enjoys being praised

**NOTABLE BEHAVIOR LETTER:**    I    **DATE(S):** Very often

Details of Incident: Mariah is getting upset too Quick when she does Not get what she wants in general

Your Response to Incident: I Talked to her and explaind she dont have to have everything she wants

Child's Response: She cry to louds and She does not understand

2

**NOTABLE BEHAVIOR LETTER:** B.          **DATE(S):** very often

Details of Incident: Mariah. like to grab and Trow toys away if there Brake she loughting

Your Response to Incident: I told her That is not okey she needs to take Care of The Toys.

Child's Response: She Just look at me like if she dont Understand

---

**NOTABLE BEHAVIOR LETTER:** T          **DATE(S):** Daily Basis

Details of Incident: Mariah. needs to be Sopervised Constantly and a daily Basis due to his age and she star to walk. She want to climb and every Thing

Your Response to Incident: I always Keep and eye on her I can not trust to be alone or unatended at any Time

Child's Response: She Just look at me. like if she dont Understand and lough

3

Please send all documentation from Doctor visits, report cards, education information- ARD & IEP.
Medication Logs must be handwritten, signed, and mailed or faxed to our office.

Foster Parent Signature: _____

Date _____

## THERAPEUTIC R[ECRE]ATION FORM

CHILD'S NA[ME]:
FOSTER PARENT(S): Ramona Pia

DATE: May
YEAR: 2006

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| ACTIVITY/DATE: | 1 Taco Bell | 2 | 3 | 4 Burger King | 5 | 6 | 7 |
| GOAL(S): | M. | | | F.M. | | | |
| DURATION: | 1½ hr | | | 1 hr. | | | |
| SUPERVISED BY: | AC | | | AC | | | |
| OUTCOME: | Positive | | | Positive | | | |
| PLANNED OR LEISURE | P / L | P / L | P / L | P / L | P / L | P / L | P / L |
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| ACTIVITY/DATE: | | | | | Trip To Beeville Friday Peterson & f | | |
| GOAL(S): | | | | | | | |
| DURATION: | | | | | | | |
| SUPERVISED BY: | | | | | EGR. 3 R/K AC | | |
| OUTCOME: | | | | | Positive | | |
| PLANNED OR LEISURE | P / L | P / L | P / L | P / L | P / L | P / L | P / L |
| ACTIVITY/DATE: | | | | Burger King | | BBQ | |
| GOAL(S): | | | | F.M. | | F.S. | |
| DURATION: | | | | ¼ | | 3 hrs | |
| SUPERVISED BY: | | | | AC | | | |
| OUTCOME: | | | | Positive | | T | |
| PLANNED OR LEISURE | P / L | P / L | P / L | P / L | P / L | P / L | P / L |
| ACTIVITY/DATE: | | | | Burger King | | | Taco Palenque |
| GOAL(S): | | | | M.F. | | | M.F. |
| DURATION: | | | | ¼ | | | 2 hrs |
| SUPERVISED BY: | | | | AC | | | R/E AC |
| OUTCOME: | | | | Positive | | | Positive |
| PLANNED OR LEISURE | P / L | P / L | P / L | P / L | P / L | P / L | P / (L) |
| ACTIVITY/DATE: | | | Target | | | | |
| GOAL(S): | | | | | | | |
| DURATION: | | | 2 hrs | | | | |
| SUPERVISED BY: | | | | | | | |
| OUTCOME: | | | Positive | | | | |
| PLANNED OR LEISURE | P / L | P / L | P / (L) | P / L | P / L | P / L | P / (L) |

**GOALS:**

| | | |
|---|---|---|
| A:Self Actualization | H:Help Others | U:Uplifting Experience |
| B:Sense of Belonging | I:Instill Pride | V:Vocational Experience |
| C:Creative Dev. | J:Just Relax | |
| D:Dev. Sense of Community | | |
| E:Improve Self/Esteem | K:Increase Knowledge | |
| F:Have Fun | L:Achieve Laughter | |
| G:Work Toward Goal | M:Practice Manners | |
| | Q:Quit Being Scared(conquer fear) | |
| | R:Develop Reverence | |
| | S:Stress Release | |
| | T:Togetherness With Foster Family | |
| | O:Academic Orientation | |
| | P:Physical Dev/Coordination | |
| | N:New Experiences | |

# RAPID MEMO

Melanie McGrath
346-0994

| TO | DATE 6-23-06 |
|----|----|
| | SUBJECT Mariah's tx |

Mariah is repeating sounds & attempting words ( !! )

Read to Mariah; do not allow her to "bully" the book
tell her "quiet hands" and you keep control.

Thanks

adams SC1158

Report for the Family of Mariah Alvarez

Date of Report:   05/05/2006
Page 1 of 3

**Purpose:** Report to parents of the child's development listing mastered skills and skills ready to be learned.

We have recently completed an assessment of your child's developmental skills. Please recognize that there are no right or wrong answers, as each child develops at their own pace. This simply helps us understand what milestones Mariah has mastered and what are emerging skills that we can help her with by planning appropriate activities.

Child's Name: Mariah Alvarez

Teacher Name: Ana bertha Carrejo

Date of Birth: 09/06/2004

School Name:  Rancho Del Cielo Early

Your Child has mastered the following skills:

Gross Motor: (GM)                              Mastered Skills

- Walks Up Stairs With Help
- Stoops To Pick Up Toys From Floor Without Falling
- Crawls Up Several Steps
- Walks Alone, Seldom Falls
- Throws Ball Standing Or Sitting

Fine Motor: (FM)                              Mastered Skills

- Holds 3 Cubes
- Scribbles Vigorously In Imitation
- Marks With Pencil
- Places One Cube In Cup
- Beats 2 Spoons Together

Cognitive: (CG)                              Mastered Skills

- Unwraps Toy
- Follows Simple Instructions
- Removes Lid of Box To Find Hidden Toy
- Gives Toy To Adult On Request
- Pats Whistle Doll

Language: (LN)                              Mastered Skills

- Points And Vocalizes To Indicate Wants
- Uses Jargon
- Jabbers Expressively

Copyright © 2004 by Red-e Set Grow, LLC. All rights reserved.

Date of Report:   05/05/2006

Page 2 of 3

Child's Name: Mariah Alvarez

Teacher Name: Ana bertha Carrejo

Date of Birth: 09/06/2004

School Name:   Rancho Del Cielo Early

| | |
|---|---|
| Language: (LN) | Mastered Skills |
| | ☑ Says 2 Words Besides "Ma-ma" and "Da-da" |
| | ☑ Follows Simple Instructions |
| Self-help: (SH) | Mastered Skills |
| | ☑ Moves About House Without Adults |
| | ☑ Places Only Edibles In Mouth |
| | ☑ Walks Up Stairs, One Hand Held |
| | ☑ Uses Spoon With Little Spilling |
| | ☑ Holds Cup And Drinks With Some Spilling |
| Social/Emotional: (SE) | Mastered Skills |
| | ☑ Temper Tantrums Are Common |
| | ☑ Parallel Play Predominates |
| | ☑ Imitates Grown-up Activities (i.e., Housework, Shopwork) |
| | ☑ Stranger Anxiety Reappears |
| | ☑ Wants To Be Near Adults |

Your Child is ready to learn the following skills:

| | |
|---|---|
| Gross Motor: (GM) | Emerging Skills |
| | ☑ Gets Into Standing Position Without Using Hands |
| | ☑ Stands On One Foot, Slight Support |
| | ☑ Climbs Into Adult Chair, Turns To Sit |
| Fine Motor: (FM) | Emerging Skills |
| | ☑ Builds Tower of 2-3 Blocks After Demonstration |
| | ☑ Unwraps Toy |
| | ☑ Inserts Round Shape In Formboard |
| | ☑ Adapts Round Shape In Formboard |
| Cognitive: (CG) | Emerging Skills |
| | ☑ Builds Tower of 2-3 Cubes After Demonstration |
| | ☑ Looks In Appropriate Place When Asked, For Example, "Where Is The Ball?" |

Date of Report:   05/05/2006
Page 3 of 3

Child's Name: Mariah Alvarez

Teacher Name: Ana bertha Carrejo

Date of Birth: 09/06/2004

School Name:  Rancho Del Cielo Early

| | |
|---|---|
| Cognitive: (CG) | Emerging Skills |
| | ▪ Inserts Round Shape Into Formboard |
| Language: (LN) | Emerging Skills |
| | ▪ Looks In Appropriate Place When Asked, For Example, "Where Is The Ball?" |
| | ▪ Imitates Simple Sounds On Request |
| | ▪ Points To Pictures In Book |
| Self-Help: (SH) | Emerging Skills |
| | ▪ Imitates Housework |
| | ▪ Fetches Or Carries Familiar Objects |
| | ▪ Hands Empty Dish When Finished Eating |
| | ▪ Unzips Zippers |
| | ▪ Gets Onto Adult Chair Unaided |
| Social/Emotional: (SE) | Emerging Skills |
| | ▪ Picks Up And Puts Away Toys On Request |
| | ▪ Begins to Claim And Defend Ownership Of Personal Things |
| | ▪ Initiates Own Play Activities |

## CHILD PLACING AGENCY
## SEMI-MONTHLY HOME VISITS

DATE: 06/01/2006                    LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez          FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dresses and she appeared healthy. Mariah was playing with a toy on the living room floor with her sister. She walked carefully across the room so as not to fall. As per foster mother, Mariah is gaining weight and is walking with confidence on her own. As per foster mother, Dr. Patel recommended Mariah have an evaluation done on why her feet extend to the side. As per Dr. Patel, Mariah qualifies for special shoes to help her feet when she walks.

Dora Cackley
Dora Cackley

6-01-06
Date

## CHILD PLACING AGENCY
## SEMI-MONTHLY HOME VISITS

DATE: 06/19/2006                              LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                    FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dresses and she appeared healthy. Mariah was playing with a toy on front porch with her sister.  As per foster mother, Mariah is gaining weight and is walking with confidence on her own. As per foster mother, Dr. Patel recommended Mariah wear orthopedic shoes to straighten her feet when she walks. As per foster mother, Mariah will be fitted for the shoes next week. Mariah appeared very sociable and happy.

_____
Dora Cackley

_6-19-2006_
Date

## CHILD PLACING AGENCY
## SEMI-MONTHLY HOME VISITS

DATE: 07/06/2006                    LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez               FAMILY: Homero & Yuliana Robledo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dresses and she appeared healthy. Mariah was had just awakened from her nap. Mrs. Robledo brought her into the living room from her bedroom. Mariah sat on the sofa and watched with fascination as the other girls moved around the room trying to make a playhouse with blankets. I observed that she tried to call out to Etiel as if to tell her something then she smiled. As per foster mother, Mariah is doing fine. She eats and sleeps well. As per foster mother, Mariah attends her Head Start School everyday and will see Dr. Patel on July 13, 2006 for a follow up appointment.

Dora Cackley

7-06-06
Date

CONTACT FORM

Monitored Visit _____     Caseworker Contact _____ ✓     TDFPS Contact _____

_Mariah + Sam Alvarez_
_Adrian + Eriel Zavala_

Child's Name: _____

Date: _S-19-06_  Time: _10:00_  a.m / p.m  (circle one)

Name of Contact / Monitor: _Dora Cackley_

Reason for Visit: _Bi Monthly Visit - Service Plan_
_for Adrian_

_Dora Cackley_                                  _5-19-06_
Monitor Signature                              Date

_Dora Cackley_
Printed Name



## CHILD PLACING AGENCY
## SEMI-MONTHLY HOME VISITS

DATE: 05/19/2006                                  LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez                     FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dresses and she appeared healthy. Mariah was sitting in her highchair eating breakfast. She appeared happy and content. As per foster mother, Mariah is gaining weight and is walking with confidence on her own. As per foster mother, Dr. Patel recommended Mariah have an evaluation done on why her feet extend to the side. As per Dr. Patel, She may need physical therapy.

Dora Cackley

for Dora

5-25-06
Date

CONTACT FORM

Monitored Visit _____   Caseworker Contact _____   TDFPS Contact _____

_Adriana Zamora, Ethel Zavala_
_Marcht San Alvan_

Child's Name: _____

Date: _May 3_   Time: _4:00_   a.m (p.m) (circle one)

Name of Contact / Monitor: _Dom Cackley_

Reason for Visit: _Di Monthly Visit_
_____
_____
_____

_Dom Cackley_                    _5-3-06_
Monitor Signature                Date

_Dora Cackley_
Printed Name

## CHILD PLACING AGENCY
## SEMI-MONTHLY HOME VISITS

DATE: 05/02/2006                    LENGTH OF VISIT: 1 HOUR
CHILD: Mariah Alvarez              FAMILY:Ramon & Alifonsa Castillo
AGENCY REPRESENTATIVE: Dora Cackley

Content: I observed Mariah as well dresses and she appeared healthy. Mariah was waking across the living room with confidence. She fell to the floor and stood up and attempted to walk by herself across the room again. As per foster mother, she is getting stronger at walking. As per foster mother Mariah is thriving both at home and at the Head Start School. As per foster mother, Mariah eats and sleeps well. Only after family visits, Mariah is moody and will not follow the procedure of the home.

Dora Cackley

5-08-06
Date

**FOSTER PARENT MONTHLY PAPERWORK**

MONTH: June          YEAR: 2006

CHILD: Mariah Alvarez

D.O.B: 9-6-04          LOC: _____   POS DATES: 9/21/04

FOSTER HOME: (Castillo)   CASE MANAGER: Maria Luisa Livingston

CPS CASEWORKER VISIT/ CONTACT DATES: 10/4/11/04/2/05/5/05/6/05/3/06

**MEDICAL DOMAIN**

DATE OF LAST PHYSICAL: 3/8/06    PHYSICIAN: Dr Zamiel

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

_____

DATE OF LAST EYE EXAM: N/A    OPTOMOTRIST: _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

_____

DATE OF LAST DENTAL: 4/25/06   DENTIST: Rick villareal

COPY TURNED IN TO CASE MANAGER? yes

FOLLOW UP REQUESTED OR REQUIRED? 6 MO

_____

MISC. EXAM: _____   DOCTOR: _____

COPY TURNED IN TO CASE MANAGER? _____

FOLLOW UP REQUESTED OR REQUIRED? _____

_____

DATE OF LAST PSYCHOLOGICAL: N/A

DIAGNOSIS: Axis I and II: _____

_____

DATE OF LAST PSYCHIATRIC REVIEW: _____

PSYCHIATRIST: _____

MEDICATION: List name of med, mg., and for what purpose.

_____

ANY CHANGE IN MEDICATION THIS MONTH? _____

WAS THE CPS CASE WORKER NOTIFIED PRIOR TO CHANGE? _____

## Monthly Log of Notable Behaviors

For serious incidents such as runaway, physical restraint, hospitalizations, suicidal ideation, suicidal gestures or attempts, sexual perpetration, law enforcement involvement, or allegations of abuse or neglect, contact the Burke Foundation immediately.  Serious incidents above may require a separate form.
**The Burke Foundation 512-858-4258**

Notable Behaviors: This is a list of some, but not all behaviors that require detailed documentation.

A. Substance Abuse
B. Property Destruction
C. Self-Inflicted Injury
D. Enuresis (Uncontrolled Urination)
E. Terroristic Threat
F. Public Incident
G. Encopresis/Feces Smearing
H. Provoking Peers
I. Unprovoked Aggression
J. Verbal Threats
K. Sexually Inappropriate
L. Animal Abuse
M. Inappropriate behaviors at school
N. School Bus Problems
O. Theft and/or Dishonesty
P. Breaking House Rules
Q. Hallucinating
R. Refused Medication
S. Bizarre Behavior
T. One on One Supervision
U. Assault of A Peer
V. Lying
W. Cheating
X. Stealing
Y. Suicide Talk
Z. Runaway Talk
AA. Refused Therapy
BB. Sneakiness
CC. Disrespect of Authority
DD. Manipulating Others
EE. Blames Others/Makes excuses
FF. Bragging
GG. Puts Others Down
HH. Sarcastic/Rude
II. Demanding /Bossy
JJ. Tattling/Arguing with peers
KK. Oppositional/Argumentative toward adult
LL. Disrespectful towards adults
MM. Impulsive
NN. Ritualistic behavior (obsessive/repetitive)
OO. Overly sensitive to criticism
PP. Demonstrates negative or poor attitude

QQ. Difficulty concentrating
RR. Easily Frustrated
SS. Attention Seeking
TT. Immature for Age
UU. Mood Swings
VV. Frequent Crying
WW. Pities self
XX. Flat affect/Little emotion
YY. Difficulty Identifying feelings
ZZ. Angry/Hostile
AAA. Sullen/Sad
BBB. Superficial
CCC. Fearful
DDD. Morbid thoughts/comments
EEE. Experiences Anxiety
FFF. Nervousness (pulls at hair etc.,)
GGG. Withdraws/Isolates self from groups
HHH. Associates more with older Peers/adults
III. Lack of Confidence/Inadequate presentation
JJJ. Comments of despair/hopelessness
KKK. Fails to demonstrate Positive Leadership abilities
LLL. Demonstrates Poor sportsmanship
MMM. Gives in to Peer Pressure
NNN. Refuses to participate in recreational activities
OOO. Displays oppositional attitude/poor sportsmanship
PPP. Negative daily school report
QQQ. Fails to complete assigned household chores
RRR. Uncooperative with others
SSS. Complains about Biological Family
TTT. Overly Competitive (plays to win)

1

**Positive Incidents**

   A. Respectful Behavior
   B. Impulse Control
   C. Avoiding Fights/Arguments
   D. Positive Attitude
   E. Sharing feelings with others
   F. Completes/Turns in Homework
   G. Passing grades on daily work
   H. ARD/IEP
   I. Exercises
   J. Family Visits
   K. Good Grades in School
   L. Positive School Behaviors
   M. Sharing
   N. Compromising
   O. Expressing feelings positively
   P. Working on goals
   Q. Taking responsibility
   R. Avoiding peer pressure
   S. Taking of personal property
   T. Respecting others property
   U. Good hygiene
   V. Reduction in aggressive behaviors
   W. Reduction in negative behaviors
   S. Made his/her bed
   T. Does Chores
   U. Is helpful and generous
   V. Good manner ei; please, thank you
   W. Plays nicely and shares
   X. Friendly/Kind/cheerful/Polite
   Y. Interacts appropriately with foster family
   Z. Church attendance/activity
   AA.    Phone contact with family
   BB.    Choir, band or other school activities

Child's Name Mariah Alvare  Month/Year 2006  Foster Home Ramone & Ali Casta

Please list any change in medications or doctor visits child attended 6/13/16/20/27/06

---

**NOTABLE BEHAVIOR LETTER:** G  **DATE(S):** on School days

Details of Incident  I have good reports on Mariah concerning school

Your Response to Incident: Praises her

Child's Response: She laughs and enjoys being praised

---

**NOTABLE BEHAVIOR LETTER:** 7  **DATE(S):** Daily

Details of Incident Mariah needs one on one Supervision due to she leom to walk and she is exploring every were and she is not strong enough She feldown very often

Your Response to Incident: I help her to walk. an. keep The eye on her. and ~~she laughs when she feldown~~

Child's Response: She laughs when she feldown She loves to walk

**NOTABLE BEHAVIOR LETTER:** B    **DATE(S):** daily

Details of Incident: Mariah likes to grab and Throw things away. on daily basis

Your Response to Incident: I Supervised her to cloose to avoid it and also explain to her That is not right to do it

Child's Response: She act Some Times like if she dont Understand

---

**NOTABLE BEHAVIOR LETTER:** C    **DATE(S):** daily

Details of Incident: Mariah likes To have Severe Tamper Tantrums when she wants the Toy. sor book. The other kids have

Your Response to Incident: I Talked to her explaing The Situation of the incident

Child's Response: She just stares at me giving me the expresion That she is not understanding

**NOTABLE BEHAVIOR LETTER:**   H                    **DATE(S):** very often

Details of Incident: Mariah is getting too stubborn and hyper Cousing to provoke peers Constantly by fighting or Taking toys away from Them

Your Response to Incident: I Tried to talk To her and explain That Those action are Completely wrong

Child's Response: She does not listen at all.

---

**NOTABLE BEHAVIOR LETTER:**                    **DATE(S):**

Details of Incident: Potty training Countinuins

Your Response to Incident: I explain to her and Sho her that her Sister as example about using The Potty

Child's Response: SomeTime she liked but OtherTime Cry

**Please send all documentation from Doctor visits, report cards, education information- ARD & IEP. Medication Logs must be handwritten, signed, and mailed or faxed to our office.**

**Foster Parent Signature:** _____

**Date** _____

Texas Dept of Family
and Protective Services

**Attachment A**

Form 2085-A
April 2004

## AUTHORIZATION FOR MEDICAL, DENTAL, AND PSYCHOLOGICAL CARE

The Texas Department of Family and Protective Services (FPS), managing conservator of

| Child's Name | | Medicaid or Client No. | |
|---|---|---|---|
| Mariah Alvarez | | | |
| Date of Birth | County | Court No. | Cause No. |
| 09/06/04 | Cameron | | |

hereby authorizes _Burke Foundation_ hereinafter "the caregiver," to arrange medical, dental, and psychological care for this child under the following terms and conditions:

1. **Non-emergency care.**
   Consent:
   The caregiver may consent to routine care provided by a licensed physician, dentist, psychologist, or psychiatrist, subject to the following limitation:

   a) If the child is covered by Medicaid, the provider must accept Medicaid; or the cost of the provider's care must be covered

      - through a county medical - services agency,
      - under the caregiver's health insurance, or
      - by the caregiver directly.

   b) The caregiver must secure the approval of the child's caseworker or the caseworker's supervisor before consenting to

      - a surgical procedure,
      - a treatment that the child's physician considers dangerous, or
      - any other medical treatment that may be threatening to the child's life or long-term health.

   Schedule for routine exams/screenings:
   Children in substitute care should receive an annual medical exam, due at least once every 13 months, and, if they are one year of age or older, a dental exam due every 7 months and whatever follow up treatment is prescribed by the medical or dental provider. Caregivers should utilize the screenings and services offered by the Texas Health Steps Program when possible. Caregivers should discuss their plans to obtain these screenings and services with the child's caseworker. Caregivers should obtain copies of the screenings, exams, or testing performed, signed by the licensed health care professional if possible, and share copies with the child's caseworker.

2. **Emergency Care.** If the child's caseworker, the caseworker's supervisor, or the local CPS emergency on-call caseworker through the abuse hotline (800-252-5400), cannot be contacted in advance, or if there is not enough time to contact them in advance, the caregiver may consent to any emergency treatment recommended by a licensed physician, dentist, psychologist, or psychiatrist. The caregiver must notify the child's caseworker, the caseworker's supervisor, or the emergency on-call caseworker through the abuse hotline, of

SEP-21-2004 TUE 02:42 PM          TDPRS

FAX NO.                                    P. 02/04

Texas Dept of Family
and Protective Services

**Attachment A**

## AUTHORIZATION FOR MEDICAL, DENTAL, AND PSYCHOLOGICAL CARE

Form 2006-A
April 2004

the emergency treatment. Immediately following treatment if possible, or within 24 hours after the initial treatment.

**Note:** The child's caseworker, the caseworker's supervisor, or the local CPS emergency on-call caseworker must approve, prior to admission, a voluntary emergency placement in a mental health facility, because these admissions require the child's consent.

3. **Immunizations.** The caregiver may consent to necessary immunizations.

4. **Drug-testing.** The caregiver must secure the approval of the child's caseworker or the caseworker's supervisor before consenting to random drug-testing.

5. **HIV-Testing.** The caregiver must secure the approval of the child's caseworker or the caseworker's supervisor before consenting to any test designed to detect the human immunodeficiency virus (HIV) that causes acquired immune deficiency syndrome (AIDS). **Exception:** Children who ask to be tested, have the right to be tested without the department's consent, however, the child must be offered information and counseling. The caregiver must also ensure that any duly approved HIV-testing performed on the child conforms to the policies specified in 40 Texas Administrative Code (TAC) §§700.1401-700.1406 (Subchapter N, AIDS Policies for Children in TDFPS's Conservatorship).

| Signature - Caregiver | Date 9/21/04 | Telephone Number 466-7898 |
| Signature - TDFPS Caseworker | Date 4/2/04 | Telephone Number 956-412-4705 |
| Signature - TDFPS Supervisor | Date 9-21-04 | Telephone Number |

**Important:** This form is the only authorization to consent to medical, dental, and psychological care that the child's caseworker and supervisor may sign without consulting the FPS regional attorney.

Texas Dept of Family
and Protective Services

**PLACEMENT AUTHORIZATION
FOSTER CARE/RESIDENTIAL CARE**

Form 2085FC
April 2004

The Texas Department of Protective and Regulatory Services (TDFPS), managing conservator of

| Child's Name<br>Mariah Alvarez | | Client No. | Medicaid No. |
|---|---|---|---|
| Date of Birth<br>09/06/04 | County<br>Cameron | Court No. | Cause No. |

hereby authorizes _Burke Found h_ to serve as this child's caregiver under the following terms and conditions:

1. **Daily care.** The caregiver must provide the child's daily care, protection, control and reasonable discipline. The caregiver must comply with any applicable court orders and must provide care for the child which conforms to all applicable TDFPS rules and standards and any specific instructions from TDFPS.

*Note*: The child's placement with the caregiver is based on the caregiver's compliance with the requirements set forth in the contract with TDFPS. TDFPS, at its sole discretion, may remove the child from the caregiver at any time.

2. **Education.** The caregiver must enroll the child in public school and / or other educational program(s) as directed by the child's caseworker or the caseworker's supervisor. The caregiver may sign any documents needed to enroll the child in a school or other educational program to implement TDFPS's decisions about the child's education. The caregiver may also receive and review all the child's educational records.

3. **Travel.** The caregiver may provide routine transportation for the child, including transportation for medical and dental care. The caregiver may also provide or arrange for the child to travel within the state of Texas and to remain away from the caregiver's facility for as long as 72 consecutive hours.

   The caregiver must secure TDFPS's prior approval for the child to take any trip lasting more than 72 hours. And the caregiver must secure both TDFPS's and the court's prior approval for the child to travel outside Texas. Whenever possible, the caregiver must give the child's caseworker or the caseworker's supervisor at least 10 days' advance notice of any trip that requires TDFPS approval.

4. **Photographs and videotapes.** The caregiver may take photographs and record videotapes of the child for the child's and the caregiver's personal use and for purposes of identification. The caregiver, however, must not release any photographs or videotapes of the child for public use without TDFPS's prior written permission.

5. **Medical Care.** The caregiver may consent to the child's medical, dental, and psychological care as specified in Attachment A, Authorization to Consent to Medical, Dental, and Psychological Care.

6. **Confidentiality.** Under penalty of law, the caregiver must not release information about the child to anyone without the prior authorization of the child's caseworker or the caseworker's supervisor, except as specified below:

   a) The caregiver may provide information about the child to the child's school and other TDFPS - authorized educational programs; to doctors, dentists, and other medical providers; and to counselors and therapists to the extent that the information is needed for the child's education or medical, dental, or psychological treatment.

   b) The caregiver must give TDFPS unrestricted access to information about the child at all times.

7. **Contact with the Family.** The caregiver must permit the child and the child's family (as well as other individuals who are significant to the child) to maintain contact through direct visitation, telephone calls, mail, and gifts under the terms and conditions specified by TDFPS and the court.

8. **School Programs and Extracurricular Activities.** The caregiver may authorize the child to participate in routine school programs and extracurricular activities that do not involve an unusual risk of injury to the child. The caregiver must inform the child's caseworker of all such activities.

**If this is not a FPS foster home placement, respond to questions #9 and #10:**

9. **Reason for Placement.** Briefly discuss the reason for the child's out-of-home placement below.

   Mother and new born tested positive for _Cocaine_

10. **Time in Care.** How long is the child expected to be in care: _Unknown_


FAX NO.

P. 04/04

Texas Dept of Family
and Protective Services

## PLACEMENT AUTHORIZATION
### FOSTER CARE/RESIDENTIAL CARE

Form 2085P
April 200

_____
Signature - Caregiver

9/21/04
Date

466-7358
Telephone No.

_____
Signature - TDFPS Caseworker

9/21/04
Date

956-713-4709
Telephone No.

Muriam Ubano
Signature - TDFPS Supervisor

9/21/04
Date

_____
Telephone No.

**Important** Forms 2085, Placement Authorization Substitute Care, and 2085-A, Authorization for Medical, Dental, and Psychological Care, are the only caregiver authorizations that the child's caseworker and the caseworker's supervisor may sign. If either of them has signed any other caregiver authorization, that authorization is null and void.



07-CR-555-B
State vs.

Melissa E.
Lucio

Bill of FBI #2
witness: Pinkerman
" " — 1, 2, 3, 4, 5 " "

7081. CPD.
D.C.

**PINKERMAN AND GONZALEZ
PSYCHOLOGICAL ASSOCIATES, PC**
2529 W. Trenton Rd.
Edinburg, Texas 78539
(956) 994-3880 voice, 994-3877 fax
brendenke@cs.com

---

**CONFIDENTIAL - FOR PROFESSIONAL USE**
ASSESSMENT REPORT
7-5-2008

Client's Name: Melissa Elizabeth Lucio
Date of Birth: 06-18-1969
Age: 38

> Case Number 07-CR-885-B
> 138[th] Judicial District
> Cameron County, Texas

Date of Interviews:

January 21, 2008
February 11, 2008
February 18, 2008
April 29, 2008

**REFERRAL INFORMATION:**

Mrs. Lucio was referred for psychological evaluation by a Court order dated December 10, 2007. Mrs. Lucio is charged with capital murder in the death of her two and one half years old daughter, Myriah Alvarez. The purpose of the evaluation is to describe the psychological functioning of Mrs. Lucio and identify how her psychological functioning relates to the circumstances of the charge.

Mrs. Lucio was informed that the purpose of the evaluation was to assist her defense of the charge of capital murder. She was charged with murder of her two and one half year old daughter, Mariah. She was told that interviews, record reviews, consultation with collaborating individuals and the administration of psychological tests were methods to be used in conducting the evaluation.

**NOTIFICATION AND CONFIDENTIALITY:**

Mrs. Lucio was also told that any information that she provided might be included in either the written report to be submitted to the Court or in subsequent testimony. She was informed that she could chose not to participate, chose not to answer specific questions



and had the right to consult with her attorney. She was informed that she could end the sessions at any time. Mrs. Lucio did not ask questions regarding the notification. She provided verbal and written consent to proceed. Mr. Gilman, her attorney, witnessed this notification. Mrs. Lucio was also provided reminders about the notification of the limits of confidentiality at the beginning of the second and third interviews.

List of collateral information relied upon:

Extraneous Offense List
Consultation with Mrs. Norma Villaneuva, M.S.W.
Review of CPS summaries
Review of DVD interrogation of Mrs. Lucio

**TECHNIQUES ADMINISTERED**:

DOCUMENT REVIEW (ABOVE)
CLINICAL INTERVIEW
MINI-MENTAL STATUS EXAM
SENTENCE COMPLETION BLANK
WECHSLER ADULT INTELLIGENCE SCALE-III (WAIS-III)
MINNESOTA MULTIPHASIC PERSONALITY INVENTORY-2 (MMPI-2)
MILLON CLINICAL MULTIAXIAL INVENTORY-III (MCMI-III)

**RELEVANT HISTORY**:

Family History, Environment and Interactions

Mrs. Lucio grew up with her natural mother, stepfather, two sisters and three brothers in Houston, Texas. She knows little about her father. Her mother worked at many different jobs and she was the primary economic support for the family. Mrs. Lucio described her early childhood as occurring without major problems despite their fragile income. Initially she described herself being an active, outgoing and happy child but her family life was characterized as having many physical fights. Later, she acknowledged being sexual abused for at least two years. At least one brother has had problems with drugs and alcohol. Collateral information substantiates that her childhood was marked by serious problems.

Mrs. Lucio has been married once. She first married around the age of sixteen and had five children. She has been in a common law relationship with Robert Alavarez for more than eleven years. She has fourteen children. Her parenting style was described as permissive and non-authoritarian. She was chided by others that she allowed her children to get away with misbehavior, physical abuse (of their cousins) and destruction of property without appropriate interventions.

Regarding her educational and vocational history, Mrs. Lucio completed eleventh grade before dropping out of Harlingen High School. She remembers being a B and C student. She recalled having many friends in school and being suspended sometime before Eighth Grade. She rarely got in trouble. Upon entry into high school, she became increasingly alienated from school. During this time, she said her family was marked by physical fights. She recalled disliking school, but getting along well with her teachers. She quit school to get married.

## BEHAVIORAL OBSERVATIONS/MENTAL STATUS:

Mrs. Lucio was cooperative with the assessment and interview although somewhat subdued and constrained. She was dressed in a jail uniform and adequately groomed. There were no overt signs of problems with memory, orientation, judgment or cognition. Her affect and mood appeared within normal limits but somewhat flat and depressed. Her general intellectual abilities seemed average. No overt problems with memory, concentration, attention or orientation were observed. She demonstrated adequate understanding of the purpose of the interview and the process of gathering information. She denied feelings of sadness, anger or anxiety. She denies having specific phobias or bad dreaMrs. Her manner, voice and affect were congruent with the content of her responses.

## DIAGNOSTIC ASSESSMENT-INTELLIGENCE AND PERSONALITY FACTORS:

The WAIS-III is used to assess the general thinking and reasoning skills of individuals aged 16-89 years. The test provides several types of scores in interpreting Mrs. Lucio's intellectual functioning depending on the number of subtests administered. Generally speaking, both IQ and Index scores can be reported if all subtests are given. One or the other of these scores can be provided if less than the full battery of subtests is given.

The Full Scale IQ score provides a general overview of Mrs. Lucio's overall thinking and reasoning skills and encompasses two broad domains: Verbal and Performance. The Verbal IQ score indicates how well she did on tasks that required her to listen to questions and give oral responses to them. These tasks measure her skills in understanding verbal information, thinking with words, and expressing thoughts in words. Alternatively, the Performance IQ score indicates how well she did on tasks that required her to examine and think about things such as designs, pictures, and puzzles and to solve problems without using words. These tasks measure her skills in solving nonverbal problems, sometimes requiring eye-hand coordination and working quickly and efficiently with visual information. If the Verbal and Performance IQ scores are markedly different from each other, the Full Scale IQ score is not the best summary of an individual's performance; the Verbal and Performance scores are better measures of ability in this case.

The Index scores encompass four domains: Verbal Comprehension, Perceptual Organization, Working Memory, and Processing Speed. The Verbal Comprehension

Index provides a measure of how well Mrs. Lucio did on tasks that required her to listen to questions and give oral responses to them. The Perceptual Organization Index indicates how well she did on tasks that required her to examine and think about things such as designs, pictures, and puzzles and to solve problems without using words. The last domain index score is unavailable because the two subtests are optional and were not administered.

On the Indexes, she performed in the Borderline range on the Verbal Comprehension Index (VCI). Her performance, which was better than that of approximately 5.0 out of 100 individuals, is an indication of how well she performs on tasks measuring verbally acquired knowledge. On the Perceptual Organization Index (POI), she performed in the Low Average range, or above that of approximately 21.0 out of 100 individuals. Her performance on the POI is a measure of her nonverbal reasoning skills, attentiveness to detail, and eye-hand coordination. Her Processing Speed Index (PSI) score, which was within the Average range, provides a measure of her ability to process visual information quickly. She scored above approximately 66.0 out of 100 individuals on the PSI.

The scores show how well Mrs. Lucio performed compared to a group of individuals the same age from across the United States. An individual may have WAIS-III scores that fall within a wide range from Extremely Low to Very Superior. Most individuals, however, perform within the Average range.

A percentile rank is also reported. This shows where the her scores rank relative in the national comparison group. For example, if the percentile rank is 45, it would mean that she scored higher than approximately 45 out of 100 individuals her age.

The WAIS-III scores should be interpreted with some caution because any individual may score slightly higher or lower if tested again on a different day.

**WAIS-III Test Scores**

| Scales | Score | Percentile Rank | Category |
|--------|-------|-----------------|----------|
| Verbal | 82 | 12.0 | Low Average |
| Performance | 91 | 27.0 | Average |
| Full Scale | 85 | 16.0 | Low Average |

Mrs. Lucio's Full Scale score is in the Low Average range. She scored higher than approximately 16 out of 100 individuals her age on the combined Verbal and Performance tasks.

**Index Scores Summary**

| Scale | Sum of SS | Index Score | 95% Conf. Interval | PR |
|---|---|---|---|---|
| Verbal Comprehension | 17 | 76 | 71-83 | 5.0 |
| Perceptual Organization | 24 | 88 | 82-96 | 21.0 |
| Processing Speed | 22 | 106 | 96-114 | 66.0 |

Her overall cognitive ability, as estimated by the Full Scale IQ, is in the Low Average range (FSIQ=85).On the Verbal scale, her score is in the Low Average range (VIQ = 82). Melissa's Performance score is in the Average range (PIQ = 91). On the Indexes, Melissa performed in the Borderline range on the Verbal Comprehension Index (VCI = 76). On the Perceptual Organization Index, she performed in the Low Average range (POI = 88). Her Processing Speed Index score was within the Average range (PSI = 106).

**Subtest Scores Summary**

| Verbal Subtests | Standard Score-Age | Percentile |
|---|---|---|
| Vocabulary | 6 | 9 |
| Similarities | 7 | 16 |
| Arithmetic | 9 | 37 |
| Digit Span | 8 | 25 |
| Information | 4 | 2 |
| Comprehension | 8 | 25 |

| Performance Subtests | Standard Score-Age | Percentile |
|---|---|---|
| Picture Completion | 6 | 9 |
| Digit Symbol-Coding | 13 | 84 |
| Block Design | 7 | 16 |
| Matrix Reasoning | 11 | 63 |
| Picture Arrangement | 5 | 16 |
| Symbol Search | 9 | 37 |

Mrs. Lucio's abilities are markedly discrepant from each other. Her abilities to process visual information quickly are much better developed than her nonverbal reasoning abilities, and her verbal comprehension skills. Mrs. Lucio's verbal comprehension skills are less well developed than her other abilities. A relative strength in abilities to process visual information quickly may help Melissa to process more complex information. A relative weakness in verbal comprehension skills however, may make it more difficult for her to apply these skills in problem-solving tasks which are primarily language-based. Overall, her performance across these domains is scattered and suggests considerable variability in her abilities.

## MALINGERING AND RESPONSE BIAS ASSESSMENT

Malingering is defined as exaggerated, minimized and/or distorted signs and symptoms of mental disorder motivated by external factors perceived in the self-interest of the

individual.  The issue of malingering is so frequently encountered in forensic evaluations that it should be acknowledged and addressed in each assessment.

Interpretation of her obtained profiles on the personality questionnaires is possible. She responded in a manner that permits valid interpretation of her responses. She did not appear to exaggerate or minimize signs or symptoms of mental disorder that compromised interpretation of her responses. On the MCMI-III, she tended to magnify illness and personal distress. She may have exaggerated some of her symptoms or she is responding to considerable stress often encountered with incarcerated individuals. On the MMPI-2, she appeared to respond in a frank and open manner. She reported many unusual symptoms infrequently encountered with most women. She tends to be very self critical and has low self esteem.

On the Sentence Completion Blank, Mrs. Lucio's responses suggest she maintains a relatively naïve and simplistic approach to her life. She has an unrealistic viewpoint about the problems she faces. She focuses much of her emotional energy on her family. For example, she answered the following questions: Her greatest worry is "*my children needing me around for physical attention*". She wrote; I can't "*wait to be reunited with my family again*". "I failed *at being a good mother*." Men "*are supposed to respect women*". It is evident that her self esteem and identity are closely tied to her role as a mother and wife. She seems minimally aware of the serious implication of the charges against her. The process of denial and minimization is evident in Mrs. Lucio's viewpoint about being re-united with her children.

Her responses indicate she tends to repress or deny problems. Rather than experience significant anxiety, she becomes physically distressed with vague complaints, upsets and pain. She prefers to rely on medical, rather than psychological, explanations for her problems.  She is aware of being depressed and often experiences unusual thoughts and ideas. She tends to see herself as missing opportunities in life and having a series of setbacks and disappointments.

She is likely to be dependent and demanding in interpersonal relationships. She can be seen as immature, superficial and unskilled in relating to the opposite sex. She tends to assume the role of the passive and weak child if approached by a spouse stronger and protective of her. Similar profiles obtained by other individuals suggest she tries to sustain an inflated view of herself that quickly erodes in interpersonal situations. She strives to portray herself in an unrealistically self reliant stance while feeling very inadequate and ineffective.

She is likely to justify her cycle of self defeating patterns of behavior and attitudes by attributing these characteristics to others. She anticipates criticism and carefully avoids exposing herself to situations where others may evaluate her. She likely has a history of disregarding social conventions and rules. She maintains a cynical attitude and doesn't expect others to meet her needs.

## DIAGNOSTIC IMPRESSIONS:

Personality Organization:

Mrs. Lucio presents with poor verbal comprehension skills and limited general intellectual functions that compromised much of her life history, including educational and work opportunities. She displays consistent difficulty in sustaining meaningful positive interpersonal relationships, especially after her father left and she was sexually abused. Poor verbal comprehension skills also impair her ability to benefit from traditional interventions such as substance abuse treatment and likely contributed to ineffective interventions from Child Protective Services. Her personality organization is characterized by repression, denial and dissociation. Dissociation is defined as the isolation of thoughts from feelings. These processes serve to keep many important elements of daily life from her conscious awareness. She quickly numbs her emotions and assumes a passive, empty presentation where her emotions are not congruent with her external experiences.

Her limited cognitive abilities and weak ego functions makes her vulnerable to interpersonal conflicts and misunderstandings. In times of significant stress, she withdraws into simpler, concrete, unrealistic and constricted functioning marked by passivity, denial, acquiescence and resignation. This pattern of behavior is likely associated with her early childhood experiences of abuse and is often identified in individuals experiencing prior trauma such as sexual abuse. An abuse syndrome with resultant post traumatic stress can be induced by covert and passive means, as well a victimization with aggression and violence. From early childhood through her first marriage and into her present relationship with Mr. Alvarez, Mrs. Lucio was subject to sexual, physical and emotional abuse. The abuse was known by others but no significant actions were ever taken to protect her. She learned that outcries were ineffective and it was better to cultivate a predictable and secure abusive relationship than risk losing family and identity as a mother.

Depression and somatic focus for her distress further isolates her from important sources of support. Her moodiness and withdrawal make it hard for others to offer support when she most needs it. For example, she turned away from professional assistance several times her life when offered birth control interventions, substance welfare and assistance for housing.

Does her personality assessment and psychological dynamics resemble general factors identified in mothers who kill their children? These mothers are characterized in the following categories:

1. Mentally ill Mother- Psychotic episode
2. Retaliating Mother-revenge against the father
3. Depressed Mother-post partum, within first months of life

    4. Merciful Mother-terminally ill child
    5. The Battering Mother- Impulsive murder with rage
    6. The Unwanted or Unexpected Mother-

According to U.S. Department of Justice figures (1996) in child murder cases ninety seven percent of the offenders were male. One out of four of these offenders had prior histories of violence and sixty percent had previously served sentences in the corrections system. Mrs. Lucio has not been previously charged with assault or physical abuse. There are no reports of her being inappropriate, violent or aggressive. There seems to be a low probability that Mrs. Lucio committed fatal violence against Mariah when factoring in her personality organization, past history and gender. She does not meet the criteria for a psychotic, retaliating, merciful, battering or having an unwanted infant perpetrator. She has likely had episodes of depression during her lifetime but there is no evidence that a severe depressive episode accompanied this incident.

What factors might account for her demeanor at the time of her daughters' death and her subsequent interrogation?

Traumatic death evokes a variety of reactions. It is accepted that there is no "normal" reactions to traumatic death, just as people express grief differently. It is not uncommon for people to have reactions such as the following:

shock
anger
guilt
sudden depression
despair and hopelessness

Mrs. Lucio exhibits a consistent pattern of "psychological numbing" often identified with victims of violence and abuse. During the interrogation, she tunes out to the male investigator, who raises his voice. She eventually responds with resignation to sympathy and softness rather than confrontation. She still thinks she can reunite with her children and fails to understand the implications of her situation and statement.

Interregation Observations:

Mrs. Lucio's demeanor in the interrogation was constrained and her affect was flat. Only after repeatedly seeing Mariah's pictures and, being approached in an understanding manner, did she allow herself to have significant feelings. She then began to mourn her loss.

In the interregation, Mrs. Lucio denies she fatally injured Mariah. She states the older four boys would fight and "horse around" with Mariah. She maintains she did not use drugs, did not abuse her children and that her husband did not abuse the children. She affirms she has been testing negative for cocaine. She admits spanking but not to the point like the injuries suffered by Mariah.



**All CPS Conducted drug tests**

Defendant tests positive for drug use (cocaine) on
1. 12/8/2004 (and amphetamines)
2. 2/18/2005
3. 4/11/2005
4. 4/28/2005
5. 5/7/2005
6. 8/31/2005
7. 9/17/2005
8. 10/6/2005
9. 11/4/2005
10. 12/20/2005
11. 1/5/2006
12. 1/10/2006
13. 1/17/2006
14. 1/26/2006
15. 1/31/2006
16. 2/7/2006
17. 2/212006
18. In permanency plan, filed 8/8/2005, Defendant admits she uses cocaine 4 times a month

Defendant tests clean on:
1. 3/9/2006
2. 3/14/2006
3. 3/27/2006
4. 4/4/2006
5. 5/2/2006
6. 5/9/2006
7. 5/30/2006
8. 6/29/2006
9. 10/3/2006
10. 12/20/2006
11. 1/10/2007

Robert Alvarez tests positive for drug use (cocaine) on:
1. 12/8/2004
2. 12/20/2005
3. 1/26/2005
4. 8/31/2005
5. 9/13/2005
6. 1/3/2006
7. 2/16/2006

Robert Alvarez tests negative for drug use on:

1. 11/1/2005
2. 11/6/2006
3. 11/21/2006
4. 12/20/2006
5. 1/23/2007
6. 2/6/2007

Robert Alvarez refuses to be drug tested
1. 5/29/2003: Mr. Alvarez refused to take a drug test.
2. 6/13/2003: Mr. Alvarez refused to take a drug test.

## Miscellaneous

(1) 11/9/2000, Defendant and newborn infant (Gabriel Alvarez) test positive at child's birth. Defendant reports to CPS that she does not care. She had just used cocaine one time.

(2) 6/13/2003, Defendant gives birth to Sarah Alvarez. Both test positive for cocaine. Defendant tells CPS she accidentally used cocaine, possibly by sharing a cigarette with a neighbor.

(3) 1/26/2005 & 12/13/2005 & **1/17/2007**, lab rejects specimen from Defendant for drug test

CPS Case Timeline

1. **12/21/1995: First Report to CPS**

   a. CPS receives report of neglect supervision of children by parent Melissa Lucio. CPS finds insufficient evidence to support a finding of neglect. No further information kept.

2. **6/6/1998: 2nd CPS Report**

   a. CPS receives report of neglect supervision of children by parent Melissa Lucio. CPS finds insufficient evidence to support a finding of neglect. No further information kept.

3. **11/9/2000: 3rd CPS Report**

   a. Defendant gives birth to Gabriel Alvarez. Both test positive for cocaine. Defendant reports to CPS she did not care that she had tested positive for drugs.

4. **12/19/2001: 4th and 5th CPS Report**

   a. CPS investigates Defendant and husband Robert Alvarez after 2 different allegations that they are homeless with their children and refuse to go to a shelter. The children are interviewed and Selena and Richard Lucio reveal that their parents have marital issues, which involve physical confrontations. Defendant denies there is any domestic violence. Mr. Alvarez says that Defendant is on occasion depressed and "at times to the point of wanting to give up". Mr. Alvarez denied domestic violence but admitted to an altercation that occurred at an (Zavala) elementary school. He stated Defendant tried to scratch him and he pushed her back. This resulted in her hurting herself on her nose. Zavala Elementary School Principal Yvonne Montemayor said there had been an incident in which Mr. Alvarez was observed hitting Defendant on the basketball court.

5. **5/22/2002: 6th CPS Report**

   a. CPS investigates after allegation that Gabriel Alvarez is seen in street chasing after cars and that a 15 year old child, name unknown, was caught having sex with a 13 year old and 14 year old neighbor children. CPS investigator found house filthy but did not find enough evidence to validate neglectful supervision.

6. **5/29/2003: 7th CPS Report**

a. CPS investigates Mr. Robert Alvarez for sexual abuse and physical of child Melissa Lucio for inappropriately touching her over her clothes and punching her in the the arm and head. Investigator Martha Cano observed a big bruise on Melissa's left arm that was green and purple in color. Although Melissa had been continuously running away, neither Defendant nor Mr. Alvarez had filed a police report. Mr. Alvarez refused to take a drug test. Case closed because Melissa Lucio has runaway and cannot be interviewed.

7. **6/13/2003: 8th CPS Report**

a. Defendant gives birth to Sarah Alvarez. Both test positive for cocaine. Defendant reports to CPS. Defendant claims to have accidentally used cocaine, possibly by sharing a cigarette with a neighbor. Mr. Alvarez refused to take a drug test.

8. **1/16/2004: 9th CPS Report**

a. CPS investigates Defendant and husband Robert Alvarez after allegation of neglectful supervision. CPS finds sufficient evidence, and validates, Mr. Alvarez and Defendant for neglectful supervision.

9. **8/24/2004: 10th CPS Report**

a. Allegation reported to CPS from unknown reporter stating that the mother (Defendant) and the father of the Alvarez children are regularly heard yelling and screaming at their children and calling them derogatory names. Allegation that there is domestic violence and children will run to use neighbors' phones to call 911. Children are forced to ask neighbors for food. Parents have tried to sell food stamps to people. CPS does not appear to have immediately investigated this until 2nd allegation made on 9/17/2004 (2 investigations are merged).

10. **9/6/2004: 10th CPS Report**

a. CPS investigates Defendant after child Mariah Alvarez born at home. She is taken to the hospital the next day but not tested for drugs until later when the hospital makes a connection to the previous drug positive babies. Mariah Alvarez tests negative for drugs. Per Defendant, one of her daughters had called for an ambulance after Mariah's birth but gave the wrong address.

11. **9/17/2004: Mariah Alvarez is ready to be discharged from hospital but parents cannot be found.**

a. Defendant arrives at the hospital late in the afternoon for a visit and informed of the pending discharge.

12. **9/21/2004: CPS Investigator Ila Amanda De La Garza visits Defendant's house and observes spoiled food in refrigerator, sparse food in the pantry and the strong odor of urine in the house.   Investigator De La Garza also observes the children, who were in their parents' care:**

    a.  Mariah was sleeping on a bed where ants were crawling on the mattress.  She had a small light green bruise on her right foot.

    b.  4 year old Robert Alvarez had a dime size bruise on his stomach, an old scratch on his stomach that was about 3 inches long, and insect bites on his arms and legs.  He was also had 2 staples on his head, reportedly from an injury he sustained from falling off the bed.

    c.  3 year old Gabriel had a bite mark the size of 2 quarters on his left shoulder, multiple scratches on his face and multiple insect bites on his arms and legs.

    d.  2 year old Amanda had a 1-inch linear scab on the top of her head and multiple insect bites on her back, arms, and legs.  Her body was very dirty, with dried feces on her genital area.

    e.  1 year old Sara was observed to have a half-inch cold sore on the bottom of her lip and multiple insect bites on her arms, legs, and body.  She had an open circular mark on the right side of her body that appeared to be infected with puss.  Her body was very dirty with dried feces on her genital area.

    f.  On 9/21/2004, CPS Investigator Ila Amanda De La Garza drug tested Melissa Lucio and she tested positive for cocaine but denied drug use.  Mr. Alvarez admits that he smoked a "roach" about a week ago and done cocaine a couple of days before. CPS conducted a check on Ms. Lucio's food stamp case and found that she received $126 (deposited into her food stamps account) on 9/3/2004 and by 9/8/2004 she only had $5.00 left.

13. **9/21/2004: CPS removes 5 youngest children (the Alvarez children) and places them in foster care. \\**

    a.  The Lucio children are placed with their biological father.  He and Defendant agree to not let Lucio children live with Defendant.

    b.  Children removed because Ms. Lucio (as listed on the removing affidavit):

        i.  tested positive for cocaine,

        ii.  been involved with CPS before and been provided with services (yet continued to use drugs),

        iii.  could not provide a safe placement for the children (i.e. with a friend or family member)

        iv.  had an unsanitary home

    c.  Father Roberto Alvarez was supposedly in Houston and could not be located (we could not give him the children)

    d.  Children were not enrolled in school

14. **9/21/2004: Emergency Removal approved by Judge and an Order For Protection of a Child in an Emergency and Notice of Hearing is signed by District Court Judge M. Murray**

    a.  Fernando Galvan is appointed AAL
    b.  Jackie Church is appointed GAL (no attorney-client privilege)
    c.  Olga Barron is appointed AAL for Melissa Lucio
    d.  Javier Solis is appointed AAL for Robert Alvarez

15. **9/29/2004: Adversary hearing reset to 10/2004 (CPS Judge is only allowed one reset)**

16. **10/5/2004: Adversary hearing held.**

    a.  CPS was granted temporary managing conservatorship of the children.

17. **11/16/2004: Status Hearing held.**

    a.  Family and Children plans accepted by the CPS Court.
    b.  Court finds the parents are doing "ok"

18. **February 16, 2005:  Permanency Review Hearing**

19. **4/5/2005: Defendant overdoses on aspirin**

    a.  Per CPS Report, Defendant claimed she thought she could take more because they were generic aspirin

20. **5/18/2005: HPD files charges against children's oldest brother John Lucio for sexual abuse of younger children and against Defendant and Mr. Alvarez.**

    a.  Mr. Alvarez admitted to CPS that the children had told him that John was touching them inappropriately and he had told "Johnny" to stop it and he did. Defendant denied ever know about the abuse.

(2) **5/18/2005: Permanency Review Hearing**

    a.  Court finds Dep't needs to meet BF's needs better and that M is now compliant
        i.  F completed psychological but did not complete individual services or completed parenting.  F did attend an outpatient program but F told caseworker Elizabeth Rodriguez that he had been discharged from the outpatient program bc he was testing positive for cocaine. F admits to use and is testing positive.

    **ii.** M completed psychological but did not complete individual counseling or complete parenting. M completed substance abuse assessment and was on the waiting list for drug counseling. M tests positive on

        **1.** 2/17/2005

        **2.** 4/11/2005

        **3.** 4/28/2005

        **4.** M overdosed on aspirin on 4/5/2005 (thought she could take more bc they were generic aspirin)

    **iii.** **M** caught with other group of children (the Lucio children) and John Lucio (15), Melissa Lucio (13) test positive for coke and admit to using. Daniela (17) is pregnant and denies use.

    **iv.** FPS worker reports that at this time the condition of the parents home is filthy

**(3) 9/14/2005**: Homestudy on maternal GM, Esperanza Trevino

    **a.** HS found favorable but recommends that mat GM be allowed 90 days to contemplate the placement of the Alvarez children with Mrs. Trevino.

**(4) 9/15/2005**: Permanency Review Hearing

    **a.** M admits in permanency plan filed 8/8/2005 that she uses cocaine 4 times a month

    **b.** By agreement of parties, transfers PMC to the DEP'T w/ approval of court so parents can complete services

    **c.** DFPS is appointed PMC, parents are PPCs and child support is ordered

    **d.** <u>**Robert Alvarez is found to be BF of the children**</u>—child support ordered on him

    **e.** Visits are chaotic b/n parents and children

**(5) 9/27/2005: CPS Judge Flores signs Employer's Order Withholding From Earnings for Child Support for both parents for all children including Mariah**

**(6) 2/14/2006**: Placement Review Hearing

    **a.** Court finds that BM is to go into Rehab

    **b.** Robert Alvarez is in Cameron County Jail for unpaid child support (for his other children not in this cause) and possibly a charge of burglary

    **c.** HS conducted on maternal GM re-introduced as option—court orders to place as many children as possible with her.

    **d.** DFPS to let M and M's AAL know what M needs to do to get children back

**21. 2/16/2006, CPS receives allegation that 4 year old Alexander Lucio was sexually abused by older sibling John Lucio and he told father Robert Alvarez who did nothing. (CPS finally does an investigation)**

a. CPS receives report that 4 year old ALEXANDER LUCIO was sexually abused by older sibling JOHN LUCIO (Alexander claims he told Robert Alvarez)

b. CPS investigates allegation and finds older Lucio children living with Defendant and Mr. Alvarez, despite previous agreement with CPS that children (1) were to live with their biological father in Houston and (2) were not to live with Defendant. CPS drug tests the Lucio children and Defendant and Mr. Alvarez. All test positive for cocaine, except for 16-year-old Daniela Lucio who is pregnant.

**22. 3/4/2006, Defendant leaves Amistad after only 2 weeks of in-house substance abuse treatment because she felt violated.**

a. FPS placed her on a waiting list for Charlie's Place who rejected her because she managed to keep clean for the past 2 months.

**23. 3/14/2006: Supervised Visitation**

a. During visit with child Rene at the CPS office, M tells Rene that she was going to be admitted into rehab and that she was going to leave Robert after was out of jail. M tells child that she was better off without Robert. Now that she wasn't with him she stopped using drugs and she had money and a car.

**24. 4/4/2006: Special Hearing**

a. DFPS asks for special hearing to place child Rene with maternal GM but instead gets information (from child's therapist?) that child needs to be sent to RTC so hearing is recessed to May 3, 2006

**25. 5/3/2006: Special Hearing**

a. Child Rene is sent for an assessment at McAllen Behavioral Center
b. Court orders DFPS to start weekend visits for children with maternal GM

**26. 7/19/2006, CPS receives allegation that 17 year old daughter Melissa Lucio and her 5 month old son is living with Defendant and that the living conditions are deplorable.**

a. All the adults were drinking beer and daughter was using marijuana. Defendant was getting into fights with neighbors. CPS discovered Defendant's current paramour is Gilbert Salinas. Allegations are investigated and ruled out by CPS.

**27. 7/26/2006: Placement Review Hearing**

    a. BF still in jail (since February of 2006)
    b. Finds M is testing clean
        i. Drug tested on 3/9/2006, 3/14/2006, 3/27/2006, 4/4/2006, 5/2/2006, 5/9/2006
        ii. Completed a 2nd drug assessment on 3/6/2006 which recommended in-house drug treatment
        iii. M enrolled in Amistand but only stayed for 2 wks (leaving on 3/4/2006 bc she felt violated). FPS placed her on a waiting list for Charlie's Place who rejected her bc she managed to keep clean for the past 2 months (however, Dep't in their summary blames M for not going to Charlie's place and recommends termination)
    c. Appoints M JPMC with DFPS (who is primary)
    d. Orders children to be placed with mat GM once she is impled and served

## 28. 11/14/2006: Placement Review Hearing

    a. FPS reports in permanency plan filed 11/13/2006 that all kids (including problematic ones) are doing fairly well
    b. Parents' progress
        i. Both attending therapy with VINCE CASTILLO
        ii. M testing negative and F tested negative 11/6/2006 (prior to that he was in jail)
        iii. M has a job working with Elder Care in San Benito (working there since August 2006)
        iv. F has started working for a photography company (F reported he was going to starting learning how to take photos)
        v. On 11/8/2006 M provided DFPS with an address where parents would be living in a 3 bedroom FURNISHED APT at discounted rent bc F would be the apartment complex's maintenance worker. FPS worker visited and all utilities were connected
        vi. M gave a support system (M's adult daughters)
    c. Court finds that M is testing clean
    d. Court finds that M and F are working
    e. Court finds FPS has checked out M and F's home and finds it ok
    f. FPS asks for weekend visits b/n children and parents
    g. Court orders the children be placed with M and F

CHILDREN RETURNED TO PARENTS - ACTUAL DATE UNKNOWN

## 29. 12/15/2006: CPS receives allegations that Mr. Alvarez is physically abusing Defendant, he and Defendant are neglecting children, and that the family about to be kicked out of their apartment.

    a. CPS closes investigation after talking to the caseworker Angie Romo who says that household is just chaotic due to so many people living in same place. She says she has given parents $600 to pay for rent.

## 30. 2/17/2007: Special Hearing

    a. Judge approves FPS's re-removal of the children based on unavailability of parents (both incarcerated)

## 31. 4/3/2007: Placement Hearing

    a. Children provided with grief therapy with Patty Navarro  (great W)
    b. Court orders that children can meet with parents
    c. DFPS had not been providing sibling visits, need to be set up

## 32. 8/14/2007: Placement Review Hearing

    a.

## 33. 8/21/2007: Notice to the court

    a. Child Gabriel Alvarez (6 years old) hospitalized at South Texas Behavioral Center on 8/1/2007, released on 8/16/2007
    b. Given psychiatric evaluation
    c. Reports that child masturbates in public, refuses to wear shoes, aggressive with his foster peers
    d. Diagnosed with ADHD, ruled out post traumatic stress disorder

## 34. 7/31/2007: Notice to the Court

    a. DFPS files favorable homestudy on children's maternal aunt Diana Cerda

## 35. 11/8/2007: Gabriel admitted to South Texas Behavioral Center

## 36. 11/9/2007: Notice to the Court

    a. Child Gabriel Alvarez (6 years old) hospitalized at McAllen Behavioral Center due to erratic behavior
    a. Child Monica Gamez (16 years old) is on runaway as of 10/26/2007

## 37. 11/13/2007: Special Hearing

    a. Children be placed w/ maternal aunt, Diane Cerda, except for Gabriel Alvarez

## 38. 12/13/2007: only Sara and Adriana placed with maternal aunt Diane Cerda

    **a.** Requests that only Adriana and Sara be placed with aunt Diane Cerda. Report does not give reason why didn't FPS didn't obey court's earlier order and why FPS only wants two girls to be placed.

**39. 1/14/2008: Sonya Chavez goes to HPD and says that over the Christmas break child Adriana Alvarez made an outcry of sexual abuse against foster father**

    a. Sonya Chavez says she told the local CPS prior to this and they failed to do anything

**40. 1/14/2008: SANE exam for child Adriana Alvarez**

    a. No physical evidence of sexual abuse

**41. 2/13/2008: Diane Cerda requests that Sara and Adriana be removed from her household.**

    **a.** CPS removes child on 2/14/2008

**42. 2/14/2008: Beto Juarez first counseling session with Melissa Lucio**

    a. Gives her past history to the counselor (really graphic about drug use)
    b. Defendant says that her daughter fell down the stair from their 2nd story apartment and died

**43. 2/21/2008: FPS files a completed home study on Sonia Chavez**

    a. Home study is positive *but* Sonia says she has "too much going on right now"a nd cannot take care of the boys
    b. Maternal Grandmother Esperanza Trevino also resides in her household

**44. 3/5/2008: Beto Juarez 2nd counseling session with Melissa Lucio**

    a. Defendant still claims that child's death was an accident
    b. Counselor sees Melissa Lucio express much anger

**45. 3/5/2008: Beto Juarez 1st counseling session with Roberto Alvarez**

    a. Has 9 children with Melissa Lucio
    b. Admits to using rock cocaine on the days leading up to child's death
    c. Admits that wife does have a bit of a temper

**46. 3/14/2008: Placement Review Report Filed**

    a. Kids have been returned to foster care

47. **3/14/2008 Beto Juarez 3rd counseling session with Melissa Lucio**

    a. Melissa Lucio got into a fight with another jailed inmate
    b. Beto Juarez observed scratches on Lucio's face
    c. Lucio *now* claims that her step dad sexually abused her when she was 7 years old
    d. Lucio refuses to talk about the bite marks with her therapist

48. **3/14/2008: Beto Juarez 2nd counseling session with Roberto Alvarez**

    a. Says he was not father of Mariah but he loved her like she was his own. SAYS HIS WIFE TREATED MARIAH DIFFERENTLY

49. **3/14/2008: Beto Juarez 4th counseling session with Melissa Lucio**

    a. Observed that Lucio still hobbling from her fight with inmate
    b. Blames drugs for all her ills

50. **3/27/2008: Beto Juarez 3rd counseling session with Roberto Alvarez**

    a. Talks about feeling trapped by system—wants to get his children

51. **4/10/2008: Beto Juarez 4th counseling session with Roberto Alvarez**

    a. Stresses that Lucio did not have a history of abusing her children
    b. Talked about delivering Mariah on the kitchen floor

52. **4/10/2008: Beto Juarez 5th counseling session with Melissa Lucio**

    a. Lucio is upset about her 5 year old daughter was sexually abused by foster parents
    b. Lucio goes into detail of the day of child's "accident": she say that after her child fell, she was still awake and nothing really seemed wrong with her, so instead of getting her to the hospital, she wanted to not say anything because she was afraid that if she told her husband, he would attack her verbally (saying she was not a good mother)

53. **5/2/2008: Beto Juarez 6th counseling session with Melissa Lucio**

    a. Lucio got in trouble with some other girls and her visitation rights were taken away from her
    b. Says she had to write her husband and tell him the truth about her daughter and that he was not the father of the child
    c. She did not want to do it but knew it would be brought out in court, so she wanted to tell him before finding it out from others

**54. 5/2/2008: Beto Juarez 4th counseling session with Roberto Alvarez**

    a. Talks about letter he received from Lucio telling him he was not the father of Mariah (received it almost 2 weeks ago)

**55. 5/28/2008: Advisement to the Court (in twins cases)**

    a. Paternity results prove that Roberto Alvarez is the father of the twins, Aaron and Adrian Alvarez

**56. 5/23/08: Permanency Plan and Progress Report Filed for the Twins**

    a. Melissa Lucio gets to visit with the twins at jail through glass window (they hear her voice through a phone)

**57. 6/?/2008: Attorney Olga Barron files an original answer on behalf of her client, Melissa Lucio**

    a. Asserts a general denial each and every material allegation in Petitioner's Original Petition

**58. 9/17/2008: Date of re-set Termination Trial**

CPS Workers:

(1) Initial Removal Investigator Ila Amanda De La Garza: September 2004
    a.   no longer with CPS
(2) First Conservatorship Worker Elizabeth Rodriguez: September 2004-May 18, 2005
(3) Second Conservatorship Worker Theresa ("Terri") Chavez:  June 2006
    a.   Worked briefly on this case (horrible witness)
(4) Third Conservatorship Worker Angie Romo: May 18, 2005-October 2007
    a.   Moved to McAllen CPS officer as an Investigator
    b.   Horrible Witness
(5) Re-removal Investigator: Florence L. Arreola: February 2007: (Still an Investigator with CPS—great witness)
(6) Fourth Conservatorship Worker Johanna Estrada: October 2007-present



## Case Name:  Melissa Lucio
## CPS Case Chronology

### Principals:

| | | | |
|---|---|---|---|
| Melissa Lucio | Mother | DOB:  6/18/69 | 37 y/o |
| Guadalupe Lucio | Father to 5 oldest children | DOB:  7/25/64 | 42 y/o |
| Robert Alvarez | Father to 7 youngest chn. | DOB:  7/23/70 | 36 y/o |
| Daniella Lucio | Oldest daughter | DOB:  4/23/87 | 19 y/o |
| John Lucio | Son | DOB:  12/19/87 | 19y/o |
| Melissa Lucio | Daughter | DOB:  8/2/88 | 18 y/o |
| Alexandra Lucio | Daughter | DOB:  6/12/91 | 15 y/o |
| Selina Lucio | Daughter | DOB:  6/29/92 | 14 y/o |
| Rene Alvarez | Son | DOB:  2/25/97 | 9 y/o |
| Richard Alvarez | Son | DOB:  1/21/98 | 9 y/o |
| Robert Alvarez | Son | DOB:  10/4/99 | 7 y/o |
| Gabriel Alvarez | Son | DOB:  11/8/00 | 6 y/o |
| Adriana Alvarez | Daughter | DOB:  6/15/02 | 4 y/o |
| Sara Alvarez | Daughter | DOB:  6/12/03 | 3 y/o |
| Mariah Alvarez | Daughter | DOB:  9/6/04 | 2 y/o |

### Case History:

The following case history could not be found under Impact, but was documented under the Case ID# 24168149:

1. Case ID# 15051867-On December 21, 1995, Child Protective Services received a Neglectful Supervision report on Daniella, Alexandra, Selina, John, and Melissa I. Lucio.  The case was ruled out.

2. Case ID# 17061540-1996, NSUP of Melissa, Daniela, John, Alexandra & Selena by an unknown AP. The case was R/O and closed.

3. Case ID# 23477236-On June 6, 1998, Child Protective Services received a Neglectful Supervision report on Daniella Lucio and Rene Alvarez by their biological mother Melissa Lucio.  The case was ruled out with factors controlled and the case was closed.

4. Case ID# 24168149/Unit 24         Caseworker:  Debra Deleon
Date of Intake:  11/9/00, P1
Allegation:  PHAB
VC:  Gabriel
AP:  Melissa Lucio, parent
Reporter:  Cindy Moody, Community Agency
Disposition:  RTB, Risk Indicated
Case Action: Open case to Intensive Family Preservation (11/30/00-4/29/01)

Intake:  Ms. Lucio and Gabriel tested positive for cocaine. Gabriel's APGAR rating was between 9 and 7. His birth weight was 5lbs 10 ounces. Ms. Lucio did not get any prenatal care during her pregnancy. She admitted to using cocaine before she gave birth. Ms. Lucio stated, " This was the first time I used cocaine". Ms. Lucio did not care that she tested positive for drugs.

Investigation:  It was learned Gabriel was born at 35 weeks gestation. The siblings, (Daniella, John, Alexandra, Selina, & Melissa) denied drug usage by the parents. An Uncle, Richard was mentioned as using drugs & drinking. He was to be living in the home at one time. The younger siblings (Rene, Richard & Robert) were not interviewed due to their young age. Ms. Lucio admitted to using cocaine for the first time out of curiosity with a friend. She also admitted to not receiving prenatal care. Ms. Lucio could not say why she decided to try cocaine while pregnant. Mr. Alvarez was notified of the drug results & expressed being upset. The family was having financial & housing problems. They were due to be moving out of their home by the end of the week. The family had no water, but was obtaining it from a neighbor. The home was found to have several floor heaters that were accessible to the younger children. The investigation concluded RTB for PHAB of Gabriel by Ms. Lucio. The case was referred to Intensive Family Preservation Services.

Comments/Concerns:  I could not determine by the documentation if Gabriel was voluntarily placed out. It appears he was left in the home. I don't know if we spoke to the parents about the Uncle's drug usage & whether he had access to the children. It would have been beneficial to find

2

out the circumstances regarding Ms. Lucio's drug usage & whether the children had been w/her at the time. I don't know if we obtained the friend's name & spoke to Ms. Lucio about keeping the person away from the children.

<u>In-home Services</u>: Caseworker: Maria B. Monreal
The case was opened for in-home services from 11/30/00 to 4/29/01. The services offered to the family were substance abuse treatment, which included random drug testing by New Beginning. Individual therapy was also offered to the older children, Melissa and Daniella and family therapy. Parenting classes and homemaker services for Ms. Lucio were also provided. The agency also assisted the family with concrete services to help pay the deposit on an apartment, and connection of water, and pay a light bill. The agency also gave the family donated items such as diapers, clothing, supplies for the children and Christmas toys.

The family did participate with services. Ms. Lucio participated with the substance abuse treatment. Home-based therapy was provided. All of Ms. Lucio's drug test results were negative for drug use. Ms. Lucio completed the homemaker services. The home was found to be clean and well kept. The children seemed to have their basic needs met. Ms. Lucio did not complete the parenting classes. Ms. Lucio attended two out of ten parenting classes. Ms. Lucio did receive parenting in the therapy sessions, homemaker services and during home visits with the CPS caseworker. The children, Melissa and Daniella, also participated with individual therapy.

The family was able to reduce the risk of abuse. The family is stable and able to function without the help of Child Protective Services. The family continued to have financial problems. Mr. Alvarez had been unable to maintain a stable job. Mr. Alvarez worked odd job and was waiting to work with Mayflower trucking.

5. Case ID# 24168149/Unit          Caseworker: Cristina Villanueva
Date of Intake: 11/9/01, P2
Allegation: PHNG
VCs: Alexandra, Celina, Rene, Robert, Gabriel, Richard, Daniela, Melissa & John
APs: Melissa Lucio & Robert Alvarez, parents

Reporter:  Sandra McKinney/Nurse & Yvonne Montemayor/School
Personnel
Disposition:  R/O, Factors Controlled
Case Action:  Close case

Intake:  It is known that the family is homeless. They have been living in the park next to Zavala Elementary where SB (10 y/o f) and SB (9 y/o f) go to school.  It is known that the school has been giving the family food for the children. Ms. Lucio and Mr. Alvarez are refusing to go to any type of shelter. It is known that the OV and SBs have gone around to relatives asking for meals, but that the relatives have been very reluctant to help the family.

Intake:  A 2nd. referral was received on this family on 12/11/01. The family has been homeless for the past month to 6 weeks. They are often seen sleeping in a park near Zavala Elementary School. The children rely on the school for food and hygiene. There is a shelter in the area that would accept the family, however they would have to leave daily by 8am. Ms. Lucio has not sought assistance from the shelter due to the provision that she must be out by 8am. Ms. Lucio is not making any attempt to better the current situation despite numerous referrals from concerned individuals.

Investigation:   The 2 referrals were merged in to one investigation.  Five of the children were interviewed (Selena, Alexandra, Rene, Richard & John). Two of the children (Selena & Richard) did reveal the parents having marital issues, which involved physical confrontations.  They relayed the arguments were about financial matters.  One of the children, Selena, stated the parents would drink beer & smoked marijuana on Fridays.  The other children admitted to the parents drinking & smoking.  They described the parents using physical disciplining w/their hands on their buttock area, hands & head.  Selena & Alexandra added that they were also hit w/a hanger.  The children did not describe being physically abused.  The children spoke of how they were currently living w/a relative, but had been moving from place to place.  One of the children (Richard) did admit to staying at a park for a while.  The family was staying w/a friend, Lisa Camacho except for Daniela & Melissa who were w/their maternal grandmother.  Ms. Lucio was contacted & she admitted to having problems locating a home for her family. She had already contacted a couple of community resources, but was told there was no funding. Ms. Lucio had plans to eventually get her 2 children back from her mother, Esperanza Trevino.  She explained that part of the

4

problem was that she was no longer receiving child support from Mr. Guadalupe Lucio. Ms. Lucio denied there being domestic violence. She admitted to getting into arguments, but that Mr. Alvarez would walk away. Ms. Lucio denied physically abusing the children, but did use physical discipline methods. Mr. Alvarez denied the family sleeping at the park, but did stay w/various friends at night. This occurred for approximately 2 weeks. Mr. Alvarez described how Ms. Lucio was depressed at times to the point of wanting to give up. He denied domestic violence, but admitted to an altercation that occurred at an Elementary school. Mr. Alvarez stated Ms. Lucio attempted to scratch him & he pushed her back. This resulted in Ms. Lucio hurting herself on the nose. Mr. Alvarez denied physically abusing the children. He admitted to occasionally spanking the children & initially had problems w/them because he did not know how to handle children. Mr. Alvarez denied drug usage, but admitted to using marijuana when he was younger. The school counselor, Sandra McKinney, was contacted & relayed that the family had been referred to End of the Road Ministries, but the parents refused to go there. The school had planned on assisting the family w/housing & the first month's electric bill, but they put it on hold since Mr. Alvarez was making no efforts to get a job. The school principal, Yvonne Montemayor, was contacted & she described an incident that occurred on 10/31/01 where Mr. Alvarez was observed hitting Ms. Lucio on the basketball court. The home was old and the home environment was observed & found to be cluttered & had an overall lack of cleanliness. The family was primarily living in one of the bedrooms that consisted of a bunk bed & one twin bed w/a rug on the floor. Case was R/O for PHNG of the children by the parents. Case was closed.

*[handwritten in right margin: absent not father not notified]*

Comments/Concerns:  The date of the first intake was 11/9/01, but we did not see the family until 12/19/01. It is unknown why we waited so long to initiate the investigation. I could not locate where we interviewed/observed all the children. There was interviews/observations missing on Melissa, Danielle, Gabriel & Robert. These children were named as VC's. I did not find where we spoke to Ms. Lucio about possible drug usage or attempted to drug test her & Mr. Alvarez. We spoke to school officials as collaterals, but I did not find where we inquired about how the parents cared for their children. In order to clearly rule out a case, we needed to speak to collaterals that could verify the parents were appropriately caring for their children. I did not find where we contacted Mr. Guadalupe Lucio, absent father to notify him of the investigation.

5

6. Case ID# 24168149/Unit                Caseworker:  Julia Trevino
Date of Intake:  5/22/02, P2
Allegation:  NSUP
VCs:  Gabriel & Robert
APs:  Melissa Lucio & Robert Alvarez, parents
Reporter:  Hermelinda Cordero
Disposition:  UTD, Risk Indicated
Case Action:  Open to Contracted Family Preservation (8/16/02-6/4/03)

Intake:  Last weekend Gabriel was seen in the street chasing after cars. He continues to be in the street during the day. Ms. Lucio was told about the incident and her response was to get mad and state, "mind you own business".  There is a convenience store around the corner from the home and Gabriel walks on the street to this store.  The (15 y/o f) SB/UK was caught last week behind some apartments having sex with a 13 and 14-year-old neighbor hood children. They were not related and not household members. Ms. Lucio's response to being told was the same, "Mind you own business".  The family's water has been turned off for a month. The family is flushing the toilets with buckets of water and the home is not in a state of PHNG. It does not appear that there is very much food in the home, but the children do not appear to be losing weight.  The parents are using their food stamp money to buy marijuana. The smell of marijuana is continually coming from the home. When the children call at the door to the parents, many times the parents do not respond.

Investigation:  The children admitted to the younger siblings following the older siblings to a convenient store nearby.  The younger siblings were allowed to play outside in the front yard.  Daniella revealed the younger siblings did not listen to Ms. Lucio when she called them inside.  Daniella did not give any information regarding her sexual behavior.  The children denied Gabriel being allowed to go w/the older siblings anywhere unless Ms. Lucio was present.  Robert was known to follow the older siblings including crossing the street.  Robert was observed during the home visit to crawl out a window to go outside.  He screamed at his mother & used cuss words.  Some of the children (Richard, Renee, Melissa & Selina) were not interviewed.  Ms. Lucio denied the allegations.  She admitted to the older siblings supervising the younger siblings in the back yard.  Ms. Lucio mentioned Mr. Alvarez was presently incarcerated for back child support. She expressed being stressed w/Mr. Alvarez not being present to assist her w/the care of the children & w/Mr. Guadalupe Lucio not paying child

6

support on a consistent basis.  Ms. Lucio informed she had been having behavior problems w/Melissa because she was staying out late & had not returned home last night until the next morning.  She went on to say that she caught Danielle talking to 2 men who are 20 to 30 years old.  Ms. Lucio was also stressed because Melissa told her she had gone out to eat w/one of the men.  She was attempting to get identifying information on the men so she could call in a report to the police.  Ms. Lucio did not believe her daughters were sexually active.  She also spoke about problems she had had w/John because he was caught w/a "roach".  According to Ms. Lucio, John had found it on the street & showed it to his friends.  John was sent to Pathways as a result.  Ms. Lucio notified that Ms. Hermelinda Cordero did an inspection on her home & that she informed her there was a smell of marijuana.  She denied drug usage, but admitted to smoking cigarettes.  The home was found to be in need of cleaning; therefore the family was given until 6/14/02 to do so.  A follow up home visit was conducted & the home was observed to be clean.  The worker observed an infant child, Adriana Alvarez, in the home.  Ms. Lucio informed she had had a baby on 6/15/02.  She had not received prenatal care for the baby.  Ms. Lucio did not want to tell the worker she had been pregnant because the worker had spoken to her about family planning the visit before.  Ms. Cordero w/Harlingen Housing Authority was contacted & described how the family's home did not pass inspection.  The home was found to be unsanitary & unclean.  The toilet was clogged up, the bathtub was filthy, & the stovetop was found dirty.  Ms. Cordero relayed that Ms. Lucio told her that the children might go outside w/out her knowledge.  Ms. Cordero mentioned the issues on the report were information received from other tenants.  The Cano Convenience Store was contacted, but they could not give the names of the younger children observed in their store under the supervision of older siblings.  Case was R/O for NSUP of Robert & Gabriel by Ms. Lucio.  Case was referred to contracted in-home services.

Comments/Concerns:  It was unclear on whether we asked Daniella about having sex w/young boys or associating w/older men.  I could not locate an interview for several of the children, Richard, Rene, Melissa & Selina.  I could not determine if Mr. Alvarez is incarcerated for back child support of these children or if he has other children.  I did not find attempts to contact the absent fathers to the children to notify them of the investigation.  There was an allegation of drug usage, but I did not find documentation where we gave a drug test to Ms. Lucio.

<u>In-home Services</u>:  The family was provided w/monitoring, parenting classes, contract services (Electric bill, Gas, bill), pampers, referred to charity home for furniture and clothing, transportation, school visits, emergency food stamps and Medicaid.  The case was closed due to risk being reduced to an acceptable level.  Mr. Alvarez was back in the home & had odd jobs as a gardener.  Mrs. Lucio had a part time job at the Harlingen Sport Complex.  Melissa (14) was attending church and was behaving very well.  John (12) went back to regular school.  The house was clean & household routines were in place.

7. Case ID# 24168149/Unit
Date of Intake: 5/29/03, P1
Allegations: PHAB & SXAB
VC: Melissa
AP: Robert Alvarez, parent's paramour
Reporter: Jesus Banda, law enforcement
Disposition: UTD, Factors Controlled
Case Action:  Close case

Caseworker:  Martha Cano

<u>Intake</u>:   Today (05-29-03), Melissa made a sexual abuse outcry.  She was touched inappropriately over her clothing by Mr. Alvarez.  This has been occurring for over a year now.  It last occurred last Wednesday (05-21-03).  Melissa ran away from home and was taken to the juvenile detention facility.  Mr. Alvarez picked up Melissa from the juvenile detention facility.  He drove her back home.  On the way home, he reached over and began touching her.  The sexual abuse only happens when he takes Melissa somewhere away from the home.  Ms. Lucio does not know about the sexual abuse.  Melissa went out on Saturday night (05-24-03) and did not come back home until early Sunday (05-25-03) morning.  Mr. Alvarez interrogated Melissa (asking her where she went).  He punched Melissa in the arm and head.  She currently has a big bruise on her left arm.  The bruise is the size of a 50-cent piece.  It is green and purple in color.  Melissa ran away from home again on Sunday (05-25-03).   She ran away from home due to Mr. Alvarez physically abusing her.  Ms. Lucio and Mr. Alvarez have not filed a runaway report with police.  The SB's have already left the home due to Mr. Alvarez physically abusing them.  The SB's also ran away from home on Sunday (05-25-03).  Today (05-29-03) at 1:57 p.m., Melissa was picked up by police for shoplifting at Mervyn's.  The child did not have clothes to wear and went shoplifting.  Melissa was arrested for stealing baby shoes.  The total shoplifting value was $73.00 Melissa was not detained.

8

She will be released to the GP.  The police report is # 036677  (Class A Assault).

<u>Investigation</u>:  Five of the children (Selena, Alexandra, Rene, Daniela & John) were interviewed.  They denied being abused/neglected.  The children expressed behavior problems w/Melissa.  They believed Melissa was making up the sexual abuse allegations & that a male friend of Melissa's caused the bruise.  Daniela informed Melissa would stay w/the male friend off & on.  At the time of the home visits, Melissa was on runaway status therefore was not interviewed.  The younger children (Sarah, Adriana, Gabriel, Robert & Richard) were observed, but not interviewed due to their young age.  The children were observed to be dressed inappropriately & were dirty.  Ms. Lucio denied the allegations.  She stated Melissa was never left alone w/Mr. Alvarez.  Ms. Lucio informed Melissa was having sex w/boys in the neighborhood.  She believed Melissa had left the home because she did not want to follow rules.  Ms. Lucio denied using drugs.  Mr. Alvarez denied the allegations.  He remarked he saw Melissa like his own daughter.  Mr. Alvarez denied drug usage, but refused a drug test.  He revealed he was arrested for drugs in the past.  The police dept. was contacted & it was learned Melissa had been released to her grandparent.  Ms. Hope Trevino was contacted & she stated she had picked up Melissa, but she had left the home the following day.  According to Ms. Trevino, Melissa told her her boyfriend had caused the bruise on her arm.  Melissa also revealed that she had made up the sexual abuse allegations because she did not want to stay in her home.  Case was UTD for SXAB & PHAB of Melissa by Mr. Alvarez.  Case was closed, but was opened under a subsequent referral.

<u>Comments/Concerns</u>:  I could not locate where we contacted collaterals that could say how the parents cared for their children.  I did not find where we notified Mr. Guadalupe Lucio, absent father of the investigation.

8. Case ID# 24873585/Unit                      Caseworker:  Martha Cano
Date of Intake: 6/13/03, P1
Allegations:  NSUP & PHAB
VCs:  Rene, Richard, Robert, Adriana, Gabriel & Sarah
APs: Robert Alvarez/parent's paramour & Melissa Lucio/parent
Reporter:  Samantha Sumega, service provider
Disposition:  RTB, Risk Indicated
Case Action:  Open case to Moderate Family Preservation (7/3/03-7/16/04)

9

Intake: Ms. Lucio was admitted into the Valley Baptist Medical Center on 06/12/03. She gave birth to Sarah last night at 9:12 PM. Ms. Lucio and Sarah both tested positive for cocaine. Sarah weighs 5 lbs and 0.8 oz. On 06/11/03, Ms. Lucio said she asked her neighbor for a cigarette. The neighbor gave her a hand rolled cigarette. Ms. Lucio felt that it tasted funny. She insists that she does not do drugs and does not have time for drugs. She states that she has not used drugs knowingly since the year 2000.

Investigation: The only interview w/the children documented in the structured narrative were from a prior investigation. Refer to it for the information. Ms. Lucio denied the allegations. She insisted that she was given a cigarette to smoke & did not know it had cocaine in it. Ms. Lucio did not obtain prenatal care. She relayed that her daughter, Melissa, was tested by the probation department and tested positive for marijuana. Ms. Lucio was notified to place out her 6 younger children. The older children, Melissa, Daniella & John would show up occasionally in the home. The children were placed w/Ms. Alejandro. Mr. Alvarez refused a drug test. A follow up visit was made & the children were found in the home. Ms. Lucio explained that Ms. Alejandro got ill & dropped off the children the night before. Ms. Lucio was informed she needed to place out the children again. She agreed to place them out w/her mother. Several attempts were made to meet w/Ms. Lucio to finalize the voluntary placement, but she did not respond to the calls/visits. Ms. Alejandro was contacted & she relayed that Ms. Lucio told her she had found someone else to take care of the children and had notified CPS. According to Ms. Alejandro, Ms. Lucio wanted her to sign a paper saying that she was giving the children back. Ms. Alejandro added that Mr. Alvarez later called her & instructed her to tell CPS that she had been ill. She mentioned that she heard Mr. Alvarez was going to be arrested. Ms. Lucio's mother was contacted & she stated that she could not help Ms. Lucio w/caring for the children. She explained that she worked. Ms. Lucio's mother could not give information on Ms. Lucio's whereabouts. Case was RTB for PHAB of Sarah by Ms. Lucio. Case was opened for services.

Comments/Concerns: I could not locate a current interview w/the children regarding the present allegations. An interview conducted on 5/29/03 from a previous investigation was inserted in the structured narrative for this case. I did not find an observation conducted on Sarah to report how she was doing. I did not find where we notified Mr. Guadalupe Lucio, absent father about

the investigation. I don't know how we closed out the investigation if we did not get a hold of Ms. Lucio to discuss the violation of the safety plan & the children remaining in her care. I could not determine if we staffed the case w/legal to discuss the family's lack of participation.

<u>In-home services:</u>          Caseworker: Mary Jane Coder

The case was opened for services from 7/3/03 to 7/16/04. Arrangements were made for Ms. Lucio to stay w/the younger children (Sarah, Adrianna, Gabriel, Robert, Richard & Rene) w/a an ex-sister in law, Ms. Salazar. Mr. Alvarez remained in the family's home w/the older children. A follow up visit was made to Ms. Salazar & it was learned Ms. Lucio had left the home after a week. Ms. Lucio was contacted & was confronted about violating the safety plan. She explained that Mr. Alvarez was having problems w/the older children; therefore she had to return home. A decision was made to leave Ms. Lucio w/all the children. <u>Melissa & Daniella</u> were living w/their father in Houston. Ms. Lucio was never fully able to comply w/services. She had transportation & financial problems. <u>Mr. Alvarez was incarcerated for back child support from a previous relationship.</u> Ms. Lucio continued to have behavior problems w/the older children. The case was referred to contracted in-home services, but they closed out their case when they were not able to locate the family.

<u>Comments/Concerns:</u>  I could not determine how many substance abuse sessions Ms. Lucio participated in & how she did w/them. I don't know how many drug tests were conducted & the results of them. Ms. Lucio was not complying w/in-home services when the case was transferred to contracted in-home services, therefore I don't know if we attempted to staff it for legal intervention. Ms. Lucio would not make herself available for home visits unless she needed CPS to assist her w/food, clothing, items, etc. This family needed support systems & monitoring systems in place before considering transferring/closing the case.

9. Case ID# 25044136/Unit
Date of Intake: 1/16/04, P2                     Caseworker:  Rebecca L. Olivarez
Allegations: NSUP & PHNG
VCs: Gabriel, Robert & Richard
AP: Melissa Lucio/parent
Reporter: Sam Padilla, neighbor
Disposition: RTB, Factors Controlled
Case Action: Close case

11

<u>Intake</u>:  The children are regularly left unattended outside. They are seen alone outside their apartment complex for several hours. They will run up and down the stairs and go in and out of various apartments. Gabriel (4 y/o m) has been seen urinating outside on a number of occasions. The children will also go from neighbor to neighbor asking for food, stating there is no food in the home. The last time they asked for food was about three days ago. It is believed that Ms. Lucio does not work and that she is getting food stamps. It is believed that on or about 1/13/04, the family either had the water turned on in the home or shut off. When Mr. Alvarez lived in the home, he was often seen getting water from the community room of the complex and taking it back to the apartment.  The older SBs usually do not go to school and are often seen walking to or at the mall. The older SBs do not supervise the younger siblings during the day, but have supervised them outside in the late evening.

<u>Investigation</u>:   Three of the children (Richard, Robert & Gabriel) were observed playing outside their backyard w/out anyone supervising them. The worker spoke to the children for about 20-25 minutes w/out anyone checking in on them.  They were under the care of their older sister, Daniella.  She was spoken to & instructed to leave the back door open so she could visually supervise the children at all times.  The children revealed they were going to Loaves & Fishes for food.  The children denied being abused/neglected.  Robert relayed that Daniella was taken out of school to assist Ms. Lucio w/the care of the children.  The children denied asking neighbors for food unless it was something small like a cup of sugar. Several of the children (Melissa, John & Sarah) were not mentioned in the investigation as being observed/interviewed. Ms. Lucio denied the allegations.  She admitted to taking Daniella out of school to assist w/the care of the children.  Ms. Lucio was planning on putting her back in school. She admitted to not having gas in the home, but did have electricity & running water.  There was an incident where Ms. Lucio had not picked up Rene on time from school because she was in court w/John.  The case was RTB for NSUP of Robert, Richard & Gabriel by Ms. Lucio.  The case was closed since in-home was providing services.

<u>Comments/Concerns</u>:  I could not locate where we spoke to collaterals that were aware of how Ms. Lucio cared for her children.  We could have spoken to neighbors to inquire about the allegations.  I did not find where we

12

notified the absent fathers of the investigation. Documentation doesn't reflect that we spoke to the in-home worker about the allegations.

10. Case ID# 25251984/Unit
Date of Intake: 8/24/04, P2          Caseworker: Illa A. Delagarza
Allegations: NSUP & PHNG
VCs: Daniella & Mariah
APs: Melissa Lucio & Robert Alvarez/parents
Reporter: Anony.
Disposition: RTB, Risk Indicated
Case Action: Removal/subcare (9/21/04 to present)

Intake: The family has been living in their duplex for a couple of months. In that time there has been almost constant fighting in the home. Yelling, screaming and hitting are regularly heard at the home. REP does not know for certain if Ms. Lucio or Mr. Alvarez ever hits any of the children, but they are regularly yelled and cursed at. Ms. Lucio and Mr. Alvarez have both been heard calling the children "fucking little bitches." There have been times when the children will run to a neighbor to use the phone to call 911 when Ms. Lucio and Mr. Alvarez have been fighting. Several days ago one of the older girls went to a neighbors screaming, crying and banging on the front door. Mr. Alvarez had a big gash on the right side of his face above his eyebrow. Other children were outside crying and holding each other and Mr. Alvarez told them "get the fuck back inside you son of a bitches." Many times, especially when the parents are fighting, they will kick the children outside the home telling them to "get the fuck out of the house." Most of the time the older children are off doing their own thing away from the home so the younger children, 9 or 10 yrs old and younger, are outside for hours at a time unsupervised. There are many days when the two youngest children, still in diapers, are outside alone together unsupervised. When the children are outside for hours at a time they will have minimal clothing on, very dirty and sagging diapers, hungry and sweating. They will often ask neighbor's for something to eat. There is a pile of wood in the yard with nails in the wood that the children play on that is also surrounded by tall grass. The inside of the house is very filthy. There is very minimal furniture in the home. There is nothing in the kitchen and the only thing in the living room is a couch and TV. There are bags everywhere in the house, but it is unknown if they are full of trash or clothes. There is trash all over the home and the house smells dirty. Many times the children are sent to

13

neighbors to ask for hygiene items or milk. The children are usually very dirty and unkempt. The parents have tried to sell their food stamps to people saying they need money to pay the bills. Everyday around 4 PM the children are taken to a Loaves and Fishes, a kitchen for the homeless, for dinner. On Saturday they also serve breakfast. Sunday is the only day the kitchen is not open and when the children probably have nothing to eat.

Intake: A 2nd referral was received on 9/17/04. On 9/6/04 Mariah was born vaginally at home. According to Ms. Lucio, one of the older female SB's called 911, but did not give the complete address and therefore EMS could not locate the home in time. Mariah was taken and admitted to the Newborn ICU at Valley Baptist Medical Center that same day. Due to the at home birth there were no drug screens performed on Ms. Lucio and/or Mariah. Both Ms. Lucio and 1 yr old SB were positive for cocaine at the time of that child's birth. Ms. Lucio and 3 yr old SB were also positive for cocaine at birth. It is unclear if Ms. Lucio or Mr. Alvarez accompanied Mariah to the hospital. Ms. Lucio visited on 9/8/04, 9/11/04, and called on 9/14/04 to check on Mariah. Ms. Lucio related that the family only has one car and Mr. Alvarez uses it during the day. Ms. Lucio also does not have anyone to watch the other children and these are the reasons she did not visit more often. Mariah was ready for discharge on 9/17/04, but Ms. Lucio and Mr. Alvarez could not be located. The phone #'s provided on 9/6/04 were disconnected or there was no answer. The family does not have a home phone, so the numbers provided were relatives' phone numbers. Ms. Lucio arrived at the hospital in the late afternoon of 9/17/04 for a visit and was informed of the pending discharge. She was required to watch a video and perform some other tasks to meet requirements for Mariah to the released. Mariah will now be discharged on 9/18/04. Ms. Lucio has not received any pre-natal care with any of the children. At each birth Ms. Lucio gives the same excuses (she didn't have Medicaid) and states that plans to have a tubal ligation. Ms. Lucio has indicated that she is very overwhelmed by being the sole caregiver of so many children, but states Mr. Alvarez is supportive.

Investigation: The two referrals were merged into one investigation. Eight of the children were interviewed & denied the allegations. During a follow up contact, 7 of the children were observed to have injuries and/or insect bites. They were also found to be in need of a bath & a change of clothing. Ms. Lucio denied the allegations, but did admit to screaming at the children. According to Ms. Lucio, she would yell at the children, "Don't do this". She denied using foul language. Ms. Lucio spoke of how she would take the

14

family to Loaves & Fishes to eat if she did not feel like cooking. A follow up home visit was made to discuss the 2nd. report. Ms. Lucio was given an instant drug test & she came out positive for cocaine. She could not explain why. Ms. Lucio was questioned on why she gave birth in her home & she responded that her daughter had called for an ambulance, but gave the wrong address. Ms. Lucio admitted to not receiving prenatal care for any of her children. She was notified that she would have to voluntary place her 7 youngest children, but she did not have anyone to care for them. A decision was made to remove the children. The older children were to be placed w/a family member or sent to Houston. Ms. Lucio was given a few hours to find a placement for Daniela, John, Alexandra & Selina. She later gave a couple of names, but they had history w/CPS & APS. Eventually plans were later made to place the children in foster care until their father, Guadalupe Lucio, could pick them up. Mr. Lucio notified CPS he could not pick up the children, but would arrange for his father to transport them to Houston. Ms. Lucio agreed w/the arrangement. Mr. Lucio informed us that he was still legally married to Ms. Lucio & had been providing child support. He was questioned about drug usage & admitted to drinking alcohol on the weekends. Mr. Lucio remarked he would quit drinking since he now had his children. Mr. Alvarez was interviewed & admitted to using drugs. He informed he had smoked a "roach" about a week ago & had done cocaine a couple of days before on 9/22/04. He denied the other allegations regarding the children being physically neglected. A check was conducted on Ms. Lucio's food stamp case. She received $1260.00 deposited into her food stamp account on 9/3/04 & by 9/8/04; she had only $5.00 left. We spoke to a neighbor & she admitted to hearing a woman yelling at the children. Ms. Samantha Sumega, caseworker at Valley Baptist Medical Center was spoken to regarding the medical status on Mariah. She relayed that Mariah was not initially tested for drugs because she was born at home. It wasn't until later that she was tested after realizing whom her mother was. The test came back negative. Mariah was kept in the hospital for 11 days because she was on antibiotics. The child was released on 9/18/04. The home environment was found to smell like urine, have a small limited amount of food, ants were noted on the floor & mattress and a fan was placed on the window sill w/out a cover. Case was RTB for NSUP & PHNG of Rene, Richard, Robert, Gabriel, Adriana, Sara & Mariah by Ms. Lucio & Mr. Alvarez. The case was referred to the CVS unit.

Comments/Concerns: I could not locate interviews for several of the children (Melissa, Alexandra, Selina & John). I do not know if we met

w/them to discuss the allegations. Ms. Lucio arranged for Daniela, Alexandra, Selina & John to be placed w/their father, but I could not find what occurred w/Melissa. Ms. Lucio informed us that one of her daughters had called for an ambulance when she delivered Mariah, but I don't know if we verified this information. I could not locate an interview w/that daughter to confirm the information. It would have been good casework practice to request a courtesy check on the children placed w/their father in Houston. Mr. Alvarez admitted to us that he used drugs recently, but I did not find where we gave him a drug test. I could not locate in the documentation where we spoke to Mr. Alvarez about the allegations regarding him & Ms. Lucio having a disagreement, which lead to physical confrontation. I don't know if we spoke to Mr. Alvarez about Ms. Lucio testing positive for drugs while caring for the children. We could have contacted law enforcement as a collateral since there was allegations of domestic violence & calls to the home.

9/13/05

<u>Conservatorship services:</u>          Caseworker:  Angie Romo
The family was provided services from 9/21/04 to present date. The documentation provided on Impact was data entered by Elizabeth Rodriguez up to the month of May 2005. When the children were initially placed in foster care, they were described as having "survival" attitude. The foster mother explained that who ever got it first (if a food item was dropped, the children would all go for it) & that whatever the children managed to have, they destroyed, such as toys. All the children urinated on themselves at night. The younger three, Gabriel, Robert & Adriana, urinated on themselves during the day too. The children were seen as aggressive to the point of becoming violent. Mariah was observed to tremble a lot, which a physician was stating, might have been as a result of mother using drugs while pregnant. She was referred to ECI because she was also observed to be developmentally delayed. Adriana & Sara were also referred. Robert & Gabriel did not have any immunizations. Gabriel & Robert told girls in school that they wanted to kiss them & have sex w/them. Gabriel made sexual advances toward his own sister, Adriana. He was observed to attempt to kiss Adriana on her private part when she was kneeling down to watch the fish in the foster family's aquarium. The foster parent worked w/the children on redirecting them. All the children required clothing. The parents were observed to have no control over the children's behavior during visits. They would not initiate engagement. The parents would also give the children false hope by telling them they would be out of foster care fairly soon. The parents initially participated in services during the month of October 2004

16

by engaging in a drug assessment & parenting classes, but by the month of November, stopped them. They did participate in visitations during the 2 months. The parents did not provide any kind of structure during the visits & would basically allow the children to do as they please. Adriana was observed fighting not to be held by Mr. Alvarez. Gabriel would show strong attachment to his mother, but would avoid Mr. Alvarez. Court ordered services did consist of parenting, substance abuse outpatient services & individual therapy. During the month of December 2004, both parents were drug tested & came out positive for cocaine. Ms. Lucio also came back positive for amphetamines. The parents were reminded about participating in services. They replied they were busy working. The parents had recently moved, but did not know their address in order to provide it to the worker. The family was given written notification on what services were required of them. They only participated in one parenting class. The parents continued to visit the children, but were informed they could no longer bring food items, as they did not encourage the children to pick up after themselves. The parents would not clean up after the visits. The intake assessment for the children was scheduled for 12/13/04.

The visits for the month of January 2005 were put on hold because the parents totally lost control of their children's behavior. The older children were leaving the visiting room & the younger children were crying uncontrollably. A decision was made to divide the children between 2 visits, so the parents could give the children more quality time. The parents were notified they had to attend parenting classes in order to apply what they learned during the visits. Ms. Lucio quit her job because she was having problems w/the manager & Mr. Alvarez lost his job due to transportation problems. A couple of relatives expressed interest in being considered for placement, so calls were made to both. Ms. Sonia Chavez, maternal aunt, stated she would only help out for a couple of months & did not want to participate in a home study. A message was left for the maternal grandmother, Hope Trevino to call us. Robert continued to sexually act out in the foster home by poking the children in their butt at night. Rene was moved into the foster family's living room, because he was caught in a sexual act w/Richard. Gabriel continued to sexually act out w/children in school. He was observed chasing girls, attempting to touch them on their breast, go into the girl's restroom & look under the stalls & asks girls to kiss him. Robert displayed similar actions. Gabriel was also sexually acting out w/Adriana. He was caught getting on top of her & humping her. The foster mother had to provide close supervision to all the children. She had an appt.

17

w/Dr. Gutierrez, psychiatrist, because the children had all been diagnosed w/ADHD. The foster mother reported that despite giving the children 3 meals & snacks, they were constantly hungry. The children were taken to the Children's Advocacy Center on 1/25/05. Rene did not make any outcry. Richard made outcry against Rene and stated "he did something nasty to me." Richard also stated that he is afraid to say anything because Rene hits him, but that he has also seen Rene touch his younger brothers Robert and Gabriel. Richard also reported seeing Mr. Alvarez and Ms. Lucio kiss and touch each other when he lived in the "bad house." Robert made sexual abuse outcry against his brother Johnny. Robert stated he told Ms. Lucio who did nothing and Mr. Alvarez who told Johnny to stop it and Johnny did. Gabriel could not be understood during the interview and could not focus during the interview. The children were referred to a medical doctor & psychologist to address the children's bedwetting. They concluded this was a behavioral issue & not a medical issue. Mr. Grover, therapist, addressed the sexually acting out w/the children. The parents were drug tested on 1/26/05 & Mr. Lucio admitted to using cocaine 2 weeks prior. The parents were referred to Celia Gonzalez w/the Recovery Center for outpatient services. Ms. Lucio denied being told that John was touching the children sexually. Mr. Alvarez admitted he was given the information, but did not believe it. He did tell John to stop. The parents denied the children wetting themselves while in their care. The worker sat in on the visit so guidance could be given to the parents on how to better control the children. The children acted out & when the parents were advised on what to do, they chose to refuse it. The foster parent had to assist w/getting the children out of the room. The parents attended a drug assessment on 1/31/05. They were given appointments for admission to the outpatient program. Ms. Lucio informed the worker she had gone to Houston to pick up her children, John, Daniella & Alexandra. She was advised that John was not allowed around the children until further notice. A decision was made in court on 2/16/05 that Rene would be moved into a different foster home due to his sexually acting out. The dept. was notified on 4/6/05 that Ms. Lucio had been hospitalized due to an accidental overdosing on aspirin. Ms. Lucio explained she had had a toothache & thought that since she was taking a generic aspirin, she could take several. The parents were again unemployed & were in the process of looking for a job. They were notified that they needed to remain drug free & that 2 of their older children (John & Daniella) had tested positive for cocaine during the 2/16/05 investigation. They denied knowing the children had been using drugs. The Dept. addressed the parents giving the children false hope by telling them that they would be

home by the 5/18/05 hearing. As a result the children would act out & be destructive with each other & the other foster children. At the hearing paternity testing was ordered & Mr. Guadalupe Lucio was entered into the petition. The children expressed great disappointment in having to remain in care. On 5/18/05 charges were filed with the Harlingen Police Dept. against John Lucio for sexually abusing his younger brothers. Charges were also filed against the parents for failing to report the abuse. It was also learned Mr. Lucio had a warrant out for his arrest for failing to show for his probation.

There were 2 entries dated 12/28/06 & 1/29/07, which basically stated that the family was doing well.

The children had a psychological assessment on 12/6/04 w/Dr. Mary Elizabeth De Ferreire:

**Adriana was diagnosed with pervasive developmental disorder, NOS, depressive disorder, NOS, ADHD, primarily hyperactive type, and expressive language disorder.**
**Adriana's treatment recommendations were:** To be referred to psychiatric medication evaluation, referral to speech and occupational evaluation, referral to neurologist for evaluation on ADHD. Adriana was referred to Dr. Daniel Gutierrez, psychiatrist, but was found to be too young to be on medication.

**Robert was diagnosed with ADHD, combined type.**
**Robert's treatment recommendations were:** For a psychiatric medication evaluation, individual therapy, family therapy, ARD, and referral to pediatric neurologist for his ADHD. Robert was referred to Dr. Daniel Gutierrez, psychiatrist, who did not prescribe any medication for Roberto based on an evaluation his teacher made on him.

**Gabriel was diagnosed with pervasive developmental disorder, Nos, ADHD, combined, dysthymic disorder, early onset, mixed receptive-expressive language disorder, and enuresis, nocturnal only.**
**Gabriel's treatment recommendations were:** Refer to psychiatric medication evaluation, individual therapy, speech and occupational evaluation, and referral to pediatric urologist to assess his enuresis. Gabriel did see Dr. Dr. Daniel Gutierrez, psychiatrist, monthly for medical reviews. Gabriel was taking Concerta 18mg for his ADHD and 2mg DDAVP for his

19

enuresis problem. Dr. Gutierrez was asked to reevaluate Gabriel's medication, but from reports received from his teacher and foster parents he continued on the same dosage. Dr. Gutierrez felt Gabriel's behaviors warranted the dosage he was given and recommended the dosage to continue. Gabriel continued to receive therapy with Grover C. Rollins MS., LPC NCC. In therapy Mr. Rollins was addressing Gabriel's sexual acting out, aggressive behavior, inappropriate habits, hygiene, past abuse, coping skills and positive ways to express himself

**Rene was diagnosed with impulsive control disorder, ADHD, primary hyperactive type, neglect of child, parent-child relational problem, sibling relational problem, and enuresis, nocturnal only.**
**Rene's treatment recommendations were:** Include psychiatric medication evaluation, individual therapy, family therapy, parent training for Rene's parents, occupational evaluation/treatment, referral to SSI, referral to special education classes and In-School Counseling for his anger, referral to pediatric urologist for his enuresis. Rene was seeing Dr. Gutierrez, psychiatrist, on a monthly basis for medication reviews. Currently Rene was taking DDAVP 0.2mg to help him control his urination at night, Tartizone 0.50mg to help him sleep and Concerta 36mg for his ADHD. Rene was receiving monthly therapy with Patrick Muller. In therapy Mr. Muller was addressing Rene's sexual acting out, aggressive behavior, inappropriate habits, hygiene, past abuse, coping skills and positive ways to express himself.

**Richard was diagnosed with intermittent explosive disorder, ADHD, combined type, anxiety disorder NOS and dyslexia.**
**Richard's treatment recommendations were:** Be referred for psychiatric medication evaluation, individual therapy, family therapy, ARD meeting, and pediatric neurologist for his ADHD and enuresis. Richard was seeing Dr. Gutierrez, psychiatrist, on a monthly basis for medication reviews. Currently he was taking DDAVP 0.2mg to help him control his urination at night and Concerta 36mg for his ADHD. Dr. Gutierrez was asked to reevaluate Richard's medication, but from reports received from his teacher and foster parents he continued on the same dosage. Dr. Gutierrez felt Richard's behaviors warranted the dosage he was given and recommended the dosage to continue. Richard was receiving therapy with Grover C. Rollins MS. In therapy Mr. Rollins was addressing Richard's sexual acting out, aggressive behavior, inappropriate habits, hygiene, and past abuse.

20

Dr. Xavier "Jay" Martinez competed a psychological evaluation on Mr. Alvarez.

**Mr. Alvarez was diagnosed with**: Axis I: V61.21 Neglect of Child (ren), 304.60 Cocaine Abuse, 300.4 Dysthymic Disorder, late onset. On 12/08/04, Mr. Alvarez was referred to individual counseling with Kelvin McCoy, but he had not attended any counseling sessions to date. He was provided with Mr. McCoy's cell number in order to make arrangements on a convenient time, date and location of when he was able to attend. Also, Mr. Alvarez had been referred to parenting classes with AVANCE and FPS. He last attended parenting classes on 12/08/04. Mr. Alvarez was referred to The Recovery Center for a drug assessment on 10/25/04. It was recommended that Mr. Alvarez attend an outpatient substance abuse program. Around April 15, 2005, Mr. Alvarez was unsuccessfully discharged from outpatient program because he was coming out positive for cocaine when drug tested. Mr. Alvarez was drug tested on 02/17/2005, 04/11/05, and 04/28/05, he came out positive for cocaine. Mr. Alvarez admitted to snorting cocaine.

Dr. Xavier "Jay" Martinez completed a psychological evaluation on Ms. Melissa Lucio.

**Ms. Lucio** was diagnosed with Neglect of Child (ren), Cocaine Abuse, and Dysthymic Disorder. On 12/08/04, Ms. Lucio was referred to individual counseling with Kelvin McCoy, but she had not attended any counseling sessions to date. Ms. Lucio was provided with Mr. McCoy's cell number in order to make arrangements on a convenient time, date and location of when she was able to attend. Also, Ms. Lucio had been referred to parenting classes with AVANCE and FPS. She last attended parenting classes on 12/08/04. Ms. Lucio was referred to The Recovery Center for a drug assessment on 10/25/04. It was recommended that Ms. Lucio attend an outpatient substance abuse program. Ms. Lucio was put on a waiting list previously as The Recovery Center has policy that prohibits couples from entering the program together. On 04/28/05, Ms. Lucio was referred to The Recovery Center for an intake assessment for the outpatient program since Mr. Lucio was no longer in the program. Ms. Lucio was drug tested on 02/17/05, 04/11/05 and 04/28/2005, she came out positive for cocaine.

The Family Plan of Service Evaluation in Impact was as of 5/26/05. The parents had no shown any or very little progress. The only task that was being complied with was visitations.

<u>Comments/Concerns</u>: The CVS documentation was missing monthly narratives from June 2005 up to the present. This makes it difficult to determine where the family was with services & what type of progress they were or were not making at the time of reunification.

11. Case ID# 25422093/Unit                    Caseworker: David Aguilar
Date of Intake: 2/16/05, P1
Allegations: NSUP & SXAB
VCs: John, Alexandra, Melissa, & Gabriel
APs: Melissa Lucio & Robert Alvarez/parents and John Lucio/brother
Reporter:
Disposition: RTB, Factors Controlled
Case Action: Close Case

<u>Intake</u>: Gabriel is in foster care and made an outcry of SXAB by his 17-year-old male SB. Gabriel and several of his other SBs who are also in foster are were sexually acting out and were taken to Maggie's house to be interviewed. This is where the child made the outcry of being abused. Gabriel stated that John sucked his "wee wee." There has been no contact between the younger SBs and the AP since they were removed from the home on 11-21-04. Gabriel said he told his Ms. Lucio and Mr. Alvarez what John was doing. Mr. Alvarez was questioned and said that he remember that Gabriel had told him and that he told John not to do that anymore but he did not believe John was doing it in the first place. John lives with his parents and two sisters who are 13 and 16 years old. There is concern that John may be sexually abusing them even though there has been no outcry.

<u>Investigation</u>: John denied the allegations. He had been living with his father in Houston but didn't like being with him. According to John, he was getting into trouble there & did not want to go back. A drug test was obtained from John, which was positive for cocaine. He was voluntarily placed with his grandmother by Mr. Lucio. Melissa was interviewed & denied the allegations. She had been living with Mr. Lucio but came down to visit. According to Melissa, Mr. Lucio told them to wait until he could get enough money to send for them. Her drug test was negative. Danielle denied the allegations. She informed she was presently pregnant. Danielle was drug tested & was positive for cocaine. She went back with Mr. Lucio. He was to obtain prenatal care & monitor her actions. Ms. Lucio denied the allegation. She admitted she was aware the children were not supposed to

22

be in her care.  According to Ms. Lucio, the children had been visiting since Christmas & were being sent back to live with Mr. Lucio.  Ms. Lucio was tested for drugs & was positive for cocaine.  Mr. Alvarez denied the allegations.  He tested positive for cocaine.  Mr. Lucio admitted to not having enough money to send for the children.  He agreed to send for them & was going to be under the care of the paternal grandfather, Guadalupe Lucio Sr.  The home was observed to be small & dirty.  Case was RTB for SXAB of Gabriel by John Lucio and RTB for NSUP of Alexandra, Danielle, & John by Ms. Lucio, Mr. Alvarez & Mr. Lucio.

Comments/Concerns:  I could not locate where we interviewed the younger siblings regarding the allegations.  This included the younger siblings in foster care & the other sisters (Alexandra & Selina) that were suppose to be with father.  This would have been a good opportunity to question Melissa regarding the SXAB allegations made in the past involving Mr. Alvarez.

12. Case ID# 25428610/Unit   Caseworker:  Lashonna O'veal
Date of Intake: 2/23/05, P2
Allegations:  MDNG & NSUP
VCs:  John, Daniella & Melissa
APs:  Melissa Lucio, Robert Alvarez & Guadalupe Lucio/parents
Reporter:
Disposition:  UTC, Risk Assessment N/A
Case Action:  Close case

Intake:  Ms. Lucio and Mr. Alvarez live in another town.  They have had all of their children (a total of 11 in all) removed from their custody by CPS due to their drug abuse (cocaine).  In December 2004 Mr. Lucio allowed Daniella and the two older SB's to go to Ms. Lucio and Mr. Alvarez for a visit.  Mr. Lucio knew that the children were not supposed to be in the home with Ms. Lucio and Mr. Alvarez.  Mr. Lucio did not make any arrangements for the children to return to him until yesterday (2/22/05).  John did not want to return to Mr. Lucio.  He did not insist that this boy return.  This boy is currently with a GMO in Harlingen.  Mr. Lucio is willing for Daniella and her 3 sisters to stay with his father (Guadalupe Lucio, SR) in Houston.  Daniella is 4 months pregnant by a boyfriend.  Mr. Lucio knew that she was pregnant when she left his home to visit Ms. Lucio.  Mr. Lucio has not provided any prenatal care.  Daniella has tested positive for cocaine.  It is unknown where she got the cocaine.

<u>Investigation</u>:  The investigator was not able to locate the family in Houston. The school district & relatives were contacted.  A message was left for Mr. Lucio to contact CPS.

<u>Comments/Concerns</u>:  A few attempts to locate the family was documented but it did not appear diligent efforts were made.

13. Case ID# 25476734/Unit  RCCL Investigation  Caseworker:  Jennifer Perales
Date of Intake:  4/12/05, P2
Allegation:  PHAB
VC:  Jessica Garcia
AP:  Mary H. Dunlap, foster mother
Reporter:  Cynthia Leizendo, School Personnel
Disposition:  R/O,
Case Action:  Close Case

<u>Intake</u>:  Yesterday, 4/11/05, Jessica Garcia stated that Ms. Dunlap twisted her arm and foot when Ms. Dunlap was mad at her.  Jessica said that a couple weeks ago Ms. Dunlap twisted her foot so hard that she thought her big toe was broken.  Jessica also said that Ms. Dunlap twisted her hand so hard that her fingernail fell off.  The school nurse examined Jessica and no bruising or any other physical evidence of abuse was found.  Her nail does have an indention, but Jessica's nail has been like this since last year when she had a nail infection that caused Jessica's nail to fall off.  Jessica is emotionally disturbed.  It is believed that Jessica may be making this report because she is upset that she will be going to a residential facility in San Antonio on 4/16/05.  Jessica said that she is going to the residential facility because she has gotten into a lot of trouble recently.  Jessica has been running away and the foster parents have to go out and find her.  This is when Ms. Dunlap gets mad at Jessica and twists her arm and foot.

<u>Investigation</u>:  Robert, Richard & Rene were interviewed during the investigation on another foster child in the same home.  All the children including Jessica denied being abused/neglected by the foster parents. Jessica did admit to being restrained & in the process, Ms. Dunlap would step on her foot.  Jessica added that Ms. Dunlap had also twisted her nail back but could not give details as to how.  Robert, Richard & Rene spoke of how Jessica would run out into the street & Ms. Dunlap had to guide her back home.  Ms. Dunlap denied the allegations including restraining Jessica.

24

It was explained Jessica had lost her nail last year when she got an infection. A couple of CPS workers were contacted as collaterals. The case was R/O & closed.

Comments/Concerns:  There was no mention of observing/interviewing Adriana & Gabriel.

14. Case ID# 25526000/Unit               Caseworker:  Lashonna O'veal
Date of Intake:  5/26/05, P2
Allegation: NSUP
VCs:  Selina & Alexandra
AP:  Guadalupe Lucio, parent
Reporter:  Sylvia Rodriguez, family member
Disposition:  UTC, Risk Assessment N/A
Case Action:  Close Case

Intake:  Selina and Alexandra were placed by CPS with Mr. Lucio (55 yr. old m) along with 3 other siblings. However, the 3 other siblings have returned to Ms. Lucio (35 yr. old f). Mr. Lucio has never taken responsibility for the children.  They are living with relatives or out in the street. The children have not been to school since being placed with Mr. Lucio. The children are just babysitting COs "24/7." It seems that the children are only with FM to baby-sit. There is a concern that the children "may be under the influence." Ms. Lucio and Mr. Lucio have a long history of cocaine use. Two of the three siblings that returned to Ms. Lucio, were positive for cocaine.

Investigation:  A couple of home visits were made but the apartment manager & maintenance personnel notified the family had moved. The reporter would not accept incoming calls. A certified letter was sent to the home. The letter was received but the worker did not hear from the family. The local phone & utility company was located but the family could not be located. Case was UTC & closed.

Comments/Concerns:  I could not find documentation that Ms. Lucio was contacted to notify of the investigation & to discuss the allegations regarding her having some of the children.

15. Case ID# 25698848/Unit  RCCL Investigation  Caseworker: Iris Sanchez

25

Date of Intake:  11/13/05, P2
Allegation:  NSUP
VCs:  Unknown, Gabriel & Steven
APs:  Mary H. & Teddy Dunlap, foster parents
Reporter:  Joel Manchaca
Disposition:  R/O,
Case Action:  Close Case

Intake:  On 11/13/05 Steven assaulted FSB.  Steven was angry and pushed Gabriel to the ground.  He had no visible injuries.  Gabriel bumped his knee and arm.  He reported the information to Ms. Dunlap.  It is believed that Ms. Dunlap was in another room when the assault occurred.  Approximately one month ago, Steven assaulted another FSB (unknown) with a tennis racquet. The foster parents did not report the assault.  They thought they could take care of the matter themselves.  Steven recently was caught at school with a knife.  When LA arrived at the scene, PO met him outside of the home.  PO informed LA that Steven has been having a difficult time lately.  PO stated that Steven was being taken to San Benito Juvenile Detention Center. Steven would stay there at least for tonight.  Steven was also being charged for an Assault Class A Misdemeanor for Family Violence.

Investigation:  Gabriel, Richard, Robert & Adriana were interviewed along w/Steven.  The 3 boys denied Gabriel receiving injuries.  Richard & Steven did admit to Steven hitting Richard w/a tennis racket but that they were playing.  No injuries were received.  The 3 boys did state Ms. Dunlap had gotten upset w/Steven & called law enforcement.  Mr. & Mrs. Dunlap denied the allegations.  They stated that Steven had been upset because his visits had been stopped therefore had been acting out. According to Ms. Dunlap, she had gotten w/the therapist to come up w/ways to handle Steven's anger.  He was not being allowed to play w/the younger children. Case was R/O & closed.

16. Case ID# 25832142/Unit                    Caseworker:  Lisa D. Mendoza
Date of Intake:  3/29/06, P1
Allegation:  NSUP
VCs:  Selina & Alexandra
AP:  Guadalupe Lucio, parent
Reporter:
Disposition:  R/O, Factors Controlled

Case Action:  Close Case

<u>Intake</u>:  Selina and Alexandra were placed by CPS with Mr. Lucio (55 yr. old m) along with 3 other siblings.  However, the 3 other siblings have returned to Ms. Lucio (35 yr. old f).  Mr. Lucio has never taken responsibility for the children.  They are living with relatives or out in the street.  The children have not been to school since being placed with Mr. Lucio.  The children are just babysitting COs "24/7."  It seems that the children are only with FM to baby-sit.  There is a concern that the children "may be under the influence."  Ms. Lucio and Mr. Lucio have a long history of cocaine use.  Two of the three siblings that returned to Ms. Lucio, were positive for cocaine.

<u>Investigation</u>:  Alexandra & Selina both denied the allegations.  They stated they had not seen their mother since she moved to San Antonio.  According to the girls, they had not seen their father for the past month because he was in rehab. in Austin.  Both girls informed they were in the 7th. grade at Sam Rayburn Middle School.  Ms. Mary Lopez was contacted & she explained that back in October 2005, the family came to live with her in San Antonio, Texas, the two girls and Mr. Lucio.  They stayed with her for about three months.  Mr. Lucio got himself together, got a job and moved into an apartment.  About two weeks ago he got kicked out of the apartment so his sister Vangie Lucio came to pick him and the girls up for that weekend.  Mr. Lucio then got lost & left.  Ms. Lopez remarked that she assumed he was on a drinking binge and Vangie Lucio got nervous and stated that she couldn't take care of the girls.  That's when Ms. Lopez stated that she would take the girls since they were living there previously.  She stated that at that time they were still trying to give Mr. Lucio some time to come back to the house so something could be set up.  She stated that Mr. Lucio has often had problems with drinking.  She stated that the girls went to school like nothing had happened, but then Selena got in trouble and that's how it was all found out that she was keeping the girls.  At that time she spoke to the principal and he told her that she was keeping them illegally, to call CPS or else she wouldn't have called CPS.  Ms. Lopez stated that the only reason she called was because they told her to call and somehow some way the information was taken incorrectly because Mr. Lucio lives in San Antonio and so do the girls, not in Houston, Texas.  She stated that currently Mr. Lucio was on his way to Austin, Texas, to get into a detox center, but that to her knowledge he was coming back to San Antonio.  The worker notified Ms. Lopez the case would be transferred to San Antonio.  She stated that she just needed

someone to make contact because she didn't want any problems that she cared about the girls and she cared about Mr. Lucio and was happy that he was trying to get some treatment.  A safety plan was set up with Mr. & Mrs. Lopez to contact CPS when Mr. Lucio was discharged from the rehab. center.  They agreed not to allow unsupervised contact between Mr. Lucio & his daughters.  Case was R/O & closed.

Comments/Concerns:  I did not find where we spoke to the parents to notify them of the investigation.  I did not locate where we addressed the allegations w/three other siblings returning to Ms. Lucio's care.

17. Case ID# 25949258/Unit 24          Caseworker:  Rebecca Olivarez
Date of Intake: 7/19/06, P2
Allegations:  NSUP & PHNG
VC:  Isaiah
APs:  Melissa E Lucio/MGM & Melissa Lucio/parent
Reporter:  Rosemary Garcia, aunt
Disposition:  R/O, Factors Controlled
Case Action:  Close Case

Intake:  Ms. Lucio is 17 y/o.  She stated that Mr. Alvarez gives them marijuana and beer.  Ms. Melissa E. Lucio, grandmother, allows Ms. Lucio to do drugs and drink with Mr. Alvarez.  The grandmother uses cocaine, marijuana and beer.  Isaiah is always crying.  Ms. Lucio ignores Isaiah while she uses drugs.  The baby goes to the hospital often.  Ms. Lucio stated that he has trouble breathing and has a rash.  Ms. Lucio stated that it is a heat rash.

Intake:  Maternal grandmother was reported to CPS due to her drug use.  MGM's children are in foster care.  MGM does not suppose to have any children living in her home.  MGM's 17 yr old daughter (Melissa Lucio) and 5-mo grandson are living in the home.  There are holes, spiders, dogs, chickens, goats, and snakes sometimes inside the home.  The chickens go into the home through the backdoor which is left open.  The chickens jump on the stove and counter.  The inside of the home is always dirty.  The inside of the home smells.  There are a lot of flies inside the home.  There are also roaches and big rats inside the home. There are maggots inside the refrigerator.  There is mold, maggots, and flies inside of the refrigerator. There are tarantulas inside the home.  Snakeskins have been found inside. Ms. Lucio does not take care of the baby.  She drinks beer and smokes weed,

28

i

which is provided by MGM and her boyfriend. The baby is always crying. There is no food in the home and there are dirty clothes all over. The house has a bad odor. GM gets into fights with the neighbors when she drinks. The house is "trashed."

Investigation: The two referrals were merged into one investigation. Isaiah was observed to be free of injuries. Ms. Lucio denied the allegations. She admitted to there being a few spiders & occasionally chickens go into the home. According to Ms. Lucio, they push the chickens back out. The back door did not have a screen to keep them out. Ms. Lucio also admitted to rats being in the home but they had put down poison and had not seen them lately. Ms. Lucio explained she had moved in the home because her father had problems with drinking. She denied being sexually abused by anyone. Ms. Lucio informed the father to her child was named Frankie Mendoza & he lived in Houston. She relayed she had been a victim of domestic violence by Mr. Mendoza. Ms. Lucio admitted to having a charge of public intoxication. Ms. Lucio was notified she needed to find another home due to her mother's involvement with the agency & involvement with drugs. She was referred to Harrison Manor housing & parenting classes at Horizon Youth center. The maternal grandmother's paramour, Mr. Gilbert Salinas, was contacted & he did not report any concerns regarding how Ms. Lucio cared for her child. He admitted he had put out rat poison in the home. The maternal grandmother, Melissa E. Lucio, denied the allegations. She did admit her children had been staying with her on weekends and was about to get them back. The caseworker was waiting for her to get an apartment. Ms. Melissa E. Lucio denied her daughter using drugs. A couple of spiders were observed in the home. Case was R/O & closed.

Comments/Concerns: I could not find where we contacted objective collaterals that were aware of how Ms. Melissa Lucio cared for her infant. The child was to have had some immunizations & we could have contacted the Dr. to verify the child was getting his medical needs met. We could have also spoken to neighbors & the reporter. I did not find where we drug tested the maternal grandmother & her paramour. I don't know who Mr. Gilbert Salinas was but Mr. Alvarez was the grandmother's paramour in the past. We needed to have notified the baby's father of the investigation unless he was a danger to the child. It would have been best to follow up with the community resources to ensure someone was following up with Ms. Lucio & her child.

29

18. Case ID# 26105799/Unit 26          Caseworker:  Miguel Rodriguez
Date of Intake:  12/15/06, P1
Allegations:  NSUP & SXAB
VCs:  Selina, Alexandra, Rene, Richard, Robert, Gabriel, Adriana, Sara,
Mariah & Unkn.

APs:  Melissa E Lucio & Roberto Alvarez/parents & John Lucio/brother
Reporter:  Irma Garcia,
Disposition:  Administrative Closure, Risk Assessment N/A
Case Action:  Close Case

Intake:  Reporter has been advised that CPS has worked with this family
before; & that 8 or 9 of them were in foster care until the last few weeks.
The family never paid their rent deposit; never completed all needed
paperwork to live where they are living & when they moved in, Mr. Alvarez
broke the lock on an electric box to steal some electricity. That entire box
had to be replaced & he has now tampered with another box.  NE's are
reportedly saying there's a lot of chaos in this household. It is reporter's
understanding that CPS told the 18 yr old brother John that he was to have
no access to the other children at all & he is living over there. (Reporter is
under the impression that he SXAB some of the children). It is also thought
that Melissa and Danielle aren't supposed to be living there but this isn't
known for sure.  NE's have complained that Mr. Alvarez has been stealing
furniture from their Apts. Mr. Alvarez actually got into a fight with one
tenant who said he was taking one of her lamps. He allegedly PHAB's Ms.
Lucio as well.  On Tuesday, the Apt. was entered & found to be filthy. There
were 2 teenage girls in the Apt. with the other younger children. The 3 yr old
was sitting on the end of a bed where the infant was laying. No one was
watching either of those children. The 3 yr old got up & started going up &
down the stairs, still unsupervised.  The Apt. had a very strong smell of urine
& the bed was full of urine. The children were filthy.  Apparently the
Landlord initially felt bad leaving them w/out electricity & told them they
could run an extension cord to another Apt.; but after talking to the Electric
Company they discovered this was too dangerous & that there could be an
explosion, so they were told they could not do that. They continue doing it
anyway.  The Apt. is a mess with tiny things all over the floors that the little
guys could put into their mouths & get hurt.  Attempts to get them to leave
have been unsuccessful. The family was issued a Citation for an Eviction
Hearing that is set for Jan. 2nd. Not sure where they will move to.

30

<u>Investigation</u>:  The referral was administratively closed after a call was made to the CVS worker, Angie Romo.  She reported she had seen the family the week before & had given Ms. Lucio $600. to assist her with the rent.  Ms. Romo further stated Ms. Lucio was aware John was to be around the children.  She had not seen John in the vicinity.  Ms. Romo relayed Ms. Lucio & Mr. Alvarez had been testing negative on their drug tests.  She did describe the home to be somewhat chaotic due to the size of the family.

<u>Comments/Concerns</u>:  We needed to have done more than a phone call to handle this referral due to the specific allegations made & extensive history with the Dept.  There were too many risk factors with the number of children in the home, several children being very young, the parents having extensive drug usage & the Dept. having PMC over the children to close this referral as is.

19. Case ID# 26167217/Unit 26          Caseworker:  Florence Arreola
Date of Intake: 2/17/07, P1
Allegation:  PHAB
VCs:  Mariah, Alexandra, Selina, Rene, Richard, Robert, Gabriel, Adriana, & Sara
APs:  Melissa E Lucio & Robert Alvarez/parents
Reporter:  Javier Villarreal, Law Enforcement
Disposition:  Pending
Case Action:

<u>Intake</u>:  On 2-17-07 at about 6:51PM, EMS responded to the home because of 2 y/o, Mariah, turning purple & not being able to breath.  When LA responded to the home, purple bruises were observed on Mariah's chest, stomach, & face.  Mr. Alvarez is reported to have been the last person to find Mariah when he called 911.  She was transported to Valley Baptist Medical Center where she was pronounced deceased.  Mariah's death was ruled as due to "homicidal injuries" by the doctor at the hospital.  REP was unable to provide further information concerning the injuries & cause of death.  PA's & the surviving children are being held at Hidalgo Police Station for questioning.  PA's report that Mariah's injuries were caused from the child falling down a flight of stairs on 2-16-07 when the family was moving to a new apartment.  PA's report that the child's fall occurred at 220 E. Madison from an upstairs apartment.  PA's were crying & appeared to be "taking it pretty hard".  The children appear dirty, as if they haven't been bathed recently, & were wearing dirty clothes.  The smallest children were

31

seen outside in the cool weather without shoes.  The family was just moving into the apartment.  There was one mattress seen in the 3-bedroom apartment.  There was trash & clothes seen on the floor.  There was little furniture in the home. LA is requesting immediate response from CPS.

<u>Investigation</u>:  Pending.

6

1  THE STATE OF TEXAS        )

2  COUNTY OF CAMERON         )

3

4      I, RANDALL E. SIMPSON, CSR, Official Court Reporter

5  in and for the County Court at Law No. 1 of Cameron

6  County, State of Texas, do hereby certify that the above

7  and foregoing contains a true and correct transcription

8  of all portions of evidence and other proceedings

9  requested in writing by counsel for the parties to be

10 included in this volume of the Reporter's Record, in the

11 above-styled and numbered cause, all of which occurred

12 in open court or in chambers and were reported by me.

13     I further certify that this Reporter's Record of

14 the proceedings truly and correctly reflects the

15 exhibits, if any, admitted by the respective parties.

16     I further certify that the total cost for the

17 preparation of this Report's Record is $ _30.00_____ and

18 will be paid by Appellants.

19     Witness my hand this _9th_ day of

20 _July_____, 2009.

21

22                          _____

23                          RANDALL E. SIMPSON, CSR NO. 568
                            Expiration date:  12/31/09
                            County Court at Law No. 1
24                          947 E. Harrison Street
                            Brownsville, Texas  78550
25                          (956) 544-0855

1  THE STATE OF TEXAS:

2  COUNTY OF CAMERON:

3                 CERTIFICATE OF COURT REPORTER

4       I, SUE CHANEY SAENZ, Official Court Reporter in

5  and for the Judicial District Courts of Cameron

6  County, State of Texas, do hereby certify that the

7  above and foregoing contains a true and correct

8  transcription of all portions of evidence and other

9  proceedings requested in writing by counsel for the

10  parties to be included in Volumes 3, 7 and 40 of the

11  Reporter's Record, in the above-entitled and numbered

12  cause, all of which occurred in open court or in

13  chambers and were reported by me.

14       I further certify that this Reporter's Record of

15  the proceedings truly and correctly reflects the

16  exhibits, if any, admitted by the respective parties.

17       WITNESS MY OFFICIAL HAND on this the 13th day of

18  July, 2009.

19                     _Sue Chaney Saenz_____
                       SUE CHANEY SAENZ, CSR
20                     Official Court Reporter, Deputy
                       974 East Harrison Street
21                     Brownsville, Texas 78520
                       (956) 544-0874
22                     Certificate No. 2136
                       Expiration Date: 12/31/10

23

24

25

                    SUE CHANEY SAENZ, C.S.R.