Scanned Oct 15, 2010

## CCA Scanning Cover Sheet


2385040

CaseNumber: WR-72,702-01
EventDate: 09/28/2009
Style 1: LUCIO, MELISSA ELIZABETH AND JOHN HENRY RAM
Style 2:
Event code: MISC DOCUMENT RECD

EventID: 2385040
Applicant first name: MELISSA ELIZABETH & JOHN HENRY RAMIREZ
Applicant last name: LUCIO
Offense: 19.03
Offense code: Capital Murder
Trial court case number: 07-CR-885-B
Trial court name: 138th District Court
Trial court number: 320310138
County: Cameron
Trial court ID: 148
Event map code: GENERIC
Event description:
Event description code:
Remarks: MOTION FOR LEAVE TO FILE AMENDED PETITION (ADDITIONAL PARTY); RELATOR'S FIRST AMENDED PETITION FOR PROHIBITION

☐ Document Scanned                    ☐ Created or
                                       ☐ Appended
_____ _____   _____
Scanned by           date          Image ID

Comment
_____
_____
_____

printed by  TEdwards                              vers 1.1 mtc
printed on  10/15/2010 9:31:56 AM                 Page 1 of 1

Scanned Oct 15, 2010

APPLICANT  MELISSA ELIZABETH LUCIO          APPLICATION NOS. 72,702-01

MOTION FOR LEAVE TO FILE
AMENDED PETITION (ADDITIONAL
PARTY) AND RELATOR'S FIRST
AMENDED PETITION FOR PROHIBITION
OR MANDAMUS TEX.R.APP.P. 72.1          XXX

DENY MOTION WITHOUT WRITTEN ORDER.

*Per Curiam*
JUDGE                                                              10/15/09
                                                                    DATE


APPLICANT  JOHN HENRY RAMIREZ             APPLICATION NOS. 72,735-01

MOTION FOR LEAVE TO FILE
AMENDED PETITION (ADDITIONAL
PARTY) AND RELATOR'S FIRST
AMENDED PETITION FOR PROHIBITION
OR MANDAMUS TEX.R.APP.P. 72.1          XXX

DENY MOTION WITHOUT WRITTEN ORDER.

*Per Curiam*
JUDGE                                                              10/15/09
                                                                    DATE

Scanned Oct 15, 2010

No.

In the Court of Criminal Appeals of Texas

In re: Melissa Elizabeth Lucio, Appellant in Cause No.AP 76,020 now pending in this Court, and John Henry Ramirez, Appellant in Cause No.AP 76,100 now pending in this Court, and Larry Warner, Attorney for each of them in the noted appeals, Relators

MOTION FOR LEAVE TO FILE AMENDED PETITION(ADDITIONAL PARTY)

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 2 8 2009
Louise Pearson, Clerk

Larry Warner,
Attorney at Law
2945 Jacaranda
Harlingen, Tx 78550 8658 45
(956)544-5234
office@larrywarner.com
Website: larrywarner.com
State Bar #20871500
Attorney for Relators
Bd.Cert.,Crim.law,tbls(1983)
Member,Bar of the Supreme Court of the United States(1984)
Relator, Attorney for Relators

Page 1 of 7

Scanned Oct 15, 2010

To the Honorable Presiding Judge and the Judges of the Court of Criminal Appeals of Texas:

Relators move the Court of Criminal Appeals of Texas for leave to file an amended petition specifying additional parties and asking for additional relief, as follows:

1. Civil principles govern mandamus. **In re State**, No. 01-02-00923-CV(Tex.App.–Houston[1st Dist.]Sept.5,2002,no pet.)(not selected for publication)2002 WL 2027322

2. The relevant Rules provide:

> "The object of an amendment, as contra-distinguished from a supplemental petition or answer, is to add something to, or withdraw something from, that which has been previously pleaded so as to perfect that which is or may be deficient, or to correct that which has been incorrectly stated by the party making the amendment, or to plead new matter, additional to that formerly pleaded by the amending party, which constitutes an additional claim or defense permissible to the suit."TEX.R.CIV.P.62

> "Parties may amend their pleadings, respond to pleadings on file of other parties, file suggestions of death and make representative parties, and file such other pleas as they may desire by filing such pleas with the clerk at such time as not to

INITIAL BRIEF - 2

operate as a surprise to the opposite party; provided, that any pleadings, responses or pleas offered for filing within seven days of the date of trial or thereafter, or after such time as may be ordered by the judge under Rule 166, shall be filed only after leave of the judge is obtained, which leave shall be granted by the judge unless there is a showing that such filing will operate as a surprise to the opposite party."TEX.R.CIV.P.62

3. Relators seek to add as a party the committee for selection of capital counsel for the Fifth Administrative Judicial Region. TEX.CODE CRIM.P.art.26.052( c) Relators seek to compel the Committee not to remove Mr. Warner as capital appellate counsel for the Fifth Administrative Judicial Region. Relators seek to compel the Committee to place Mr. Warner on the list of attorneys approved for appointment as capital appellate counsel for the Fifth Administrative Judicial Region. Relators seek notice of the Committee's reason for removing Mr. Warner from the list of attorneys approved for appointment as capital appellate counsel for the Fifth Administrative Judicial Region. Relators seek an opportunity to be heard on placement on or removal of Mr. Warner from the list of attorneys approved for appointment as capital appellate counsel for the Fifth Administrative Judicial Region.

INITIAL BRIEF - 3

Scanned Oct 15, 2010

4. Adding the Committee as a party will not surprise the current party, the Presiding Judge of the Fifth Administrative Region, since he is a member of the Committee. TEX.R.CIV.P.62

5. A "court has no discretion to refuse leave to amend pleading unless opposing party presents evidence of surprise or prejudice, or amendment asserts new cause of action and opposing party objects." **Clade v. Larsen** 838 S.W.2d 277(Tex.App.–Dallas 1992,pet. denied) Relators' amendment merely adds an additional party, the noted Committee, in order to obtain full relief.

### Conclusion and request for relief

The Court of Criminal Appeals of Texas should allow Relators to amend to add the Committee on Capital Counsel for the Fifth Administrative Region to be joined as a party and to seek the same relief against the Committee as against the current party.

Respectfully submitted
this September 26, 2009,

Larry Warner

INITIAL BRIEF - 4

Scanned Oct 15, 2010

Attorney at law/Attorney for Appellants/Relators
2945 Jacaranda Drive
Harlingen, Texas 78550 8658 45
956 542 4784; 956 454 4992
email: office@larrywarner.com
website: larrywarner.com
State Bar of Tx 20871500;
USDC,SDTX 1230(1981)
Bd.Cert.,Crim.Law,
Tx.Bd. Legal Specialization(1983)
Member of the Bar of the
Supreme Court of the United States(1984)

Scanned Oct 15, 2010

No.

In the Court of Criminal Appeals of Texas

In re: Melissa Elizabeth Lucio, Appellant in Cause No. AP 76,020 now pending in this Court, and John Henry Ramirez, Appellant in Cause No. AP 76,100 now pending in this Court, and Larry Warner, Attorney for each of them in the noted appeals, Relators

Certificate of Service of Amended Petition

I certify that I will personally cause to be delivered a true copy of the Amended Petition to Hon. Armando Villalobos, District Attorney at 974 East Harrison St., Brownsville, Tx 78520 on September 24, 2009 If I can find out his email address, I will send those items on September 14, 2009 and will advise the Court that I have done that.

I certify that I sent a true copy of the Amended Petition to 5thadmin.region@co.nueces.tx.us to the Presiding Judge of the Fifth Administrative Region.

I certify that I sent a true copy of the Amended Petition to joann.gutierrez@co.nueces.tx.us to the secretary for the Presiding Judge of the Fifth Administrative Region.

I certify that I sent a true copy of the Amended Petition to Hon. Carlos Valdez, District Attorney, Nueces County Courthouse, 901 Leopard, Corpus Christi, Tx at the blind email on his website.

I certify that I will cause to be delivered a true copy of the Amended Petition to Hon. Arturo Cisneros Nelson at the Cameron Courthouse, 974 East Harrison, Brownsville, Tx on 9 14 09.

INITIAL BRIEF - 6

Scanned Oct 15, 2010

I am causing those items to be sent on September 24, 2009.

> Respectfully submitted
> this September 24, 2009,
>
> *[signature]*
>
> Larry Warner,
> Attorney at law/Attorney for
> Appellants/Relators
> 2945 Jacaranda Drive
> Harlingen, Texas 78550 8658 45
> 956 542 4784
> email: office@larrywarner.com
> website: larrywarner.com
> State Bar of Tx 20871500;
> USDC,SDTX 1230(1981)
> Bd.Cert.,Crim.Law,
> Tx.Bd. Legal Specialization(1983)
> Member of the Bar of the
> Supreme Court of the United States(1984)

Scanned Oct 15, 2010

**FedEx. US Airbill** — Express — FedEx Tracking Number: 8665 8940 6140 — Recipient's Copy

**1 From**
Date: 9/25/09
Sender's Name: Larry Warner
Phone: 956-542-4731
Company: Law Office
Address: 2945 Jacaranda Dr
City: Hgn. State: TX ZIP: 78550

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Ct of Crim Appeals
Phone: 512-463-1551
Company: Supreme Ct of Tx Bldg
Recipient's Address: 201 W. 14th St Rm 104
City: Austin State: TX ZIP: 78701

**4a Express Package Service** — Packages up to 150 lbs.
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- FedEx Envelope
- [X] FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday at FedEx Location
- HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods? No

**7 Payment** Bill to: Sender
Total Packages: 1
Total Weight:
Total Declared Value: $

**8 Residential Delivery Signature Options**
- [X] No Signature Required
- Direct Signature
- Indirect Signature

520

8665 8940 6140

---

## Terms And Conditions

**Definitions** On this Airbill, "we," "our," "us," and "FedEx" refer to Federal Express Corporation, its employees, and agents. "You" and "your" refer to the sender, its employees, and agents.

**Agreement To Terms** By giving us your package to deliver, you agree to all the terms on this Airbill and in the current FedEx Service Guide, which is available upon request. You also agree to those terms on behalf of any third party with an interest in the package. If there is a conflict between the current FedEx Service Guide and this Airbill, the current FedEx Service Guide will control. No one is authorized to change the terms of our Agreement.

**Responsibility For Packaging And Completing Airbill** You are responsible for adequately packaging your goods and properly filling out this Airbill. If you omit the number of packages and/or weight per package, our billing will be based on our best estimate of the number of packages we received and/or an estimated "default" weight per package as determined by us.

**Responsibility For Payment** Even if you give us different payment instructions, you will always be primarily responsible for all delivery costs, as well as any cost we incur in either returning your package to you or warehousing it pending disposition.

**Limitations On Our Liability And Liabilities Not Assumed**

- Our liability in connection with this shipment is limited to the lesser of your actual damages or $100, unless you declare a higher value, pay an additional charge, and document your actual loss in a timely manner. You may pay an additional charge for each additional $100 of declared value. The declared value does not constitute, nor do we provide, cargo liability insurance.
- In any event, we will not be liable for any damage, whether direct, incidental, special, or consequential, in excess of the declared value of a shipment, whether or not FedEx had knowledge that such damages might be incurred, including but not limited to loss of income or profits.

- We won't be liable:
  - for your acts or omissions, including but not limited to improper or insufficient packing, securing, marking, or addressing, or those of the recipient or anyone else with an interest in the package.
  - if you or the recipient violates any of the terms of our Agreement.
  - for loss of or damage to shipments of prohibited items.
  - for loss, damage, or delay caused by events we cannot control, including but not limited to acts of God, perils of the air, weather conditions, acts of public enemies, war, strikes, civil commotions, or acts of public authorities with actual or apparent authority.

**Declared Value Limits**

- The highest declared value allowed for a FedEx Envelope or FedEx Pak shipment is $500.
- For other shipments, the highest declared value allowed is $50,000 unless your package contains items of extraordinary value, in which case the highest declared value allowed is $500.
- Items of extraordinary value include shipments containing such items as artwork, jewelry, furs, precious metals, negotiable instruments, and other items listed in the current FedEx Service Guide.
- You may send more than one package on this Airbill and fill in the total declared value for all packages, not to exceed the $100, $500, or $50,000 per package limit described above. (Example: 5 packages can have a total declared value of up to $250,000.) In that case, our liability is limited to the actual value of the package(s) lost or damaged, but may not exceed the maximum allowable declared value(s) or the total declared value, whichever is less. You are responsible for proving the actual loss or damage.

**Filing A Claim** YOU MUST MAKE ALL CLAIMS IN WRITING and notify us of your claim within strict time limits set out in the current FedEx Service Guide.

You may call our Customer Service department at 1.800.GoFedEx 1.800.463.3339 to report a claim; however, you must still file a timely written claim. We aren't obligated to act on any claim until you have paid all transportation charges, and you may not deduct the amount of your claim from those charges.

If the recipient accepts your package without noting any damage on the delivery record, we will assume the package was delivered in good condition. For us to process your claim, you must make the original shipping cartons and packing available for inspection.

**Right To Inspect** We may, at our option, open and inspect your packages before or after you give them to us to deliver.

**Right Of Rejection** We reserve the right to reject a shipment when such shipment would be likely to cause delay or damage to other shipments, equipment, or personnel; or if the shipment is prohibited by law; or if the shipment would violate any terms of our Airbill or the current FedEx Service Guide.

**C.O.D. Services** C.O.D. SERVICE IS NOT AVAILABLE WITH THIS AIRBILL. If C.O.D. Service is required, please use a FedEx C.O.D. Airbill.

**Air Transportation Tax Included** A federal excise tax when required by the Internal Revenue Code on the air transportation portion of this service, if any, is paid by us.

**Money-Back Guarantee** In the event of untimely delivery, FedEx will, at your request and with some limitations, refund or credit all transportation charges. See the current FedEx Service Guide for more information.